UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

N 21885

William Kent Dean
_____ )
       Plaintiff    )
                    )
                    )
vs.                 )    Case No. 17-3112
                    )
Wexford Health Source )
   Respondent Superior )
Dr Abdur Nawoor  and )
unknown Healthcare Employees )
       Defendant(s) )

COMPLAINT

☒    42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐    28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐    Other _____

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

N 21885

Now comes the plaintiff, William Kent Dean, and states as follows:

My current address is: P.O. Box 100 Taylorville Correctional Center Taylorville Illinois 62568

The defendant Wexford Health Source, is employed as a Sub-Contractor to Provide Healthcare Services at Taylorville Correctional Center

The defendant ~~Dr A~~ _____, is employed as _____ at _____

The defendant Dr Abdur Nawoor, is employed as Medical Doctor with Wexford Health Source at Taylorville Correctional Center

The defendant _____, is employed as _____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses To include with Ammended Complaint at later date Various unknown Staff members and employees with Wexford Health Source whose Identity is Not known to PlaINTIFF At this time.

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?        Yes ☐        No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☐        No ☒

C. If your answer to B is yes, how many? N/A   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s)  N/A

   Defendant(s) _____

2. Court (if federal court, give name of district; if state court, give name of county)

   N/A

3. Docket Number/Judge  N/A

2

4. Basic claim made ___N/A___

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing of lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?    Yes ☒    No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?    Yes ☒    No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?    Yes ☒    No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

3

## STATEMENT OF CLAIM

Place of the occurrence **Taylorville Correctional Center**

Date of the occurrence **12-23-15 and Continuing to Present**

Witnesses to the occurrence **c/o Ross, c/o Sturatt, Dr. Severino, Dr. Guaglianone,**

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

### Count I

Defendents violated Plaintiffs 8th Ammendmet Contstutional right, by Acting with deliberate Indifference to his medical well-being by Delaying treatment and ignoring examining Doctors orders, which caused Plaintiffs Cancerous condition to escalate and worsen to the Degree that full recovery is not expected, and will result in Death of Plaintiff in all Probability.

On December 23rd, 2015 Plaintiff made initial visit to the Health Care Unit at Taylorville Correctional Center with complaints of Pain, Blood in Urine. Plaintiff made several more Attempts over the Next 4 months to get help for his Pain and a diagnosis for the Blood in Urine, which to this point has been continous resulting in Plaintiff having to "Pass" large Clots, the examining Dr. even made the Statement if "He was his Patient on the 'outside' he would have me in hospital,"

4

He went on to tell me that all decisions about testing and treatment had to be approved through Wexford at their Corporate office in Pennsylvania. On April 14th Dr Severino from the Springfield Clinic informed me that my tests which were finally conducted on April 12th showed I had Kidney Cancer. I was told I need Surgery immediatly. I did not have Surgery until July 19th, 2016, on Aug 10th I saw another Dr. a Cancer Specialist Dr Guaglianone, He informed me that Cancer had spread to my Liver. From the very begining Wexford has delayed approval for testing, treatment and Surgery, Causing the cancer to grow and spread, resulting in all probability a Terminal Condition, for these Reasons The Defendants are guilty of deliberate Indifference

Count II
Defendants were negligent in their diagnosis and their course of treatment for Plaintiff, causing his condition to escalate to a terminal condition and failed to provide Adequate Healthcare a right guaranteed by U.S Constitution

5

Count II cont.

On December 23, 2016 Plaintiff sought medical treatment from Dr. Abdur Nawoor At the Taylorville Correctional Center Healthcare Unit. Plaintiff had complaints of severe pain and blood in urine. Plaintiff was improperly diagnosed with kidney stones. For the next 3 months Plaintiff made several more visits to Dr Nawoor and the Healthcare unit, with the same complaints. At no time during this period was any testing or diagnostics done to determine the cause. It wasn't until April 12, 2016 (4 months after initial visit) that Plaintiff was diagnosed with Kidney Cancer, the examining Dr at the time, Dr Severino, recomended immediate surgery, it wasn't until July 19, 2016 (3 months later) that Surgery was completed, By then the cancer had already spread to the liver. Plaintiff was told his chances for recovery was "very slim" due to all the delays caused by improper diagnosis and Wexford's hesitance to approve surgery or treatment. This type of medical treatment falls way short of the standard guaranteed to inmates by the U.S. Constitution. For these Reasons Defendents are guilty of Negligence.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Plaintiff Prays Honorable Court find the defendants guilty of Deliberate indifference and negligence and award Damages to the Plaintiff in the Amounts of: $500,000.00 compensatory and 500,000.00 punitive.

JURY DEMAND          Yes  ☒          No  ☐

Signed this __18th__ day of __April__, 20__17__.

_____
(Signature of Plaintiff)

| Name of Plaintiff: William K. Dean | Inmate Identification Number: N21885 |
|---|---|
| Address: Taylorville Corr Ctr PO Box 1000 | Telephone Number: N/A |

Susan L Key 4/18/17

OFFICIAL SEAL
SUSAN L. KEY
Notary Public - State of Illinois
My Commission Expires 5/12/2019

7

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 5/16/2016
**Offender (Please Print):** Dean
**ID#:** N21885
**Present Facility:** Taylorville Corr Ctr
**Facility where grievance issue occurred:** Taylorville Corr Ctr

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___ Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

*Facility where issued* — RECEIVED MAY 2016 I.C.C. WARDEN

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I've been urinating blood since Dec 19th 2016. I've been to HCU many times, after blood and urine tests I was sent to Dr. Severino at Springfield Clinic on March 10th 2016. Finally on April 12th I was given a CT scan! On April 14th 2016 Dr. Severino told me I have Kidney Cancer and it goes into a vein that leads to my lungs. He said we had to do surgery before it spreads. He said at that point I have a 35% chance to live 5 years. C/O Ross and C/O Sturatt were in the room, they heard him. I asked how soon till surgery? He said "It needs to be in no more than a few weeks!" It's now almost 5 weeks later! With each passing day my life expectancy goes down! At times over the last 5 months the blood was so heavy there are large blood clots. So large I can barely pass them and when I do it is with great pain! The heavy clots are back again for the last 2 weeks. I have endured 5 months of physical and mental suffering! I shouldn't be made to wait any longer! If they wait long enough it will spread all over and then its to late!

**Relief Requested:** Surgery! Get HCU, Wexford to stop dragging this out and get me to Surgery!

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

**Offender's Signature:** [signed]  **ID#:** N21885  **Date:** 5/16/2016

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** 5/17/16
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Per Health Care Unit D.O.N. Galvin, Surgeon has been contacted to schedule a surgical date. Currently awaiting a response.

**Print Counselor's Name:** T. Perry  **Counselor's Signature:** J. Perry  **Date of Response:** 5/18/16

### EMERGENCY REVIEW

**Date Received:** 5/17/16

Is this determined to be of an emergency nature?
- [x] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner

**Chief Administrative Officer's Signature:** [signed]  **Date:** 5/17/16



William K. Jean
N21885
Taylorville TCBRCHR
P.O. Box 1000
Taylorville Il
62568

United States District Court
Central District of Illinois
Office of the Clerk
Room 309
Federal Building
100 N.E. Monroe
Peoria Illinois 61602

Legal Mail