UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

VIDEO WRIT

| Case Name: Dean v. Wexford Health Source et al | Case Number: 17-3112 | Beginning Date: July 25, 2017<br><br>Type of Hearing: Status Conference | Type of Trial:<br><br>Length of Trial: 1 hour |
|---|---|---|---|

TO: THE WARDEN OF TAYLORVILLE CORRECTIONAL CENTER

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE SUE E. MYERSCOUGH, UNITED STATES DISTRICT JUDGE, sitting at Springfield, Illinois.

PERSONS TO APPEAR BY VIDEO
ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | TIME OF HEARING |
|---|---|---|---|---|
| William Kent Dean, Plaintiff | N21885 | Taylorville CC Taylorville, IL | July 25, 2017 | 10:00 AM - 11:00 AM |
| Craig Martin and William Strom, Jenner & Block LLP, Attorneys for Plaintiff | | Via video | July 25, 2017 | 10:00 AM – 11:00 AM |
| Daniel Fornoff and Patrick Halliday, Cassiday Schade LLP, Attorneys for Defendants Wexford and Nawoor | | U.S. Courthouse Springfield, IL | July 25, 2017 | 10:00 AM – 11:00 AM |
| Sue E. Myerscough U.S. District Judge | | U.S. Courthouse Springfield, IL | July 25, 2017 | 10:00 AM – 11:00 AM |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS,
WILL BE RESPONSIBLE FOR ESTABLISHING BRIDGED VIDEO CONFERENCE HEARINGS.

Dated: July 10, 2017

*Kenneth A. Wells*

KENNETH A. WELLS, CLERK
UNITED STATES DISTRICT COURT