042447/19344/PEH/DSF

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM KENT DEAN, <br><br> Plaintiff, <br><br> v. <br><br> WEXFORD HEALTH SOURCES, INC., DR. ABDUR NAWOOR and UNKNOWN HEALTHCARE EMPLOYEES, <br><br> Defendants. | Case Number 17-cv-3112 <br><br> Judge Sue E. Myerscough <br><br> Magistrate Judge Tom Schanzle-Haskins |

### RESPONSE TO COURT'S ORDER

NOW COME the Defendants, DR. ABDUR NAWOOR and WEXFORD HEALTH SOURCES, INC., by and through their attorney, Daniel S. Fornoff of CASSIDAY SCHADE LLP, and for their Response to Court's July 25 Order, states as follows:

1. On July 25, 2017, this Court ordered the undersigned to advise the Court within seven days if he will accept service as to the additional defendants: Einwohner, Galvin, and Mincy.

2. The undersigned has conferred with Wexford, and confirmed that Defendants Dr. Rebecca (Einwohner) Gildengers and Kathy Galvin are Wexford employees.

3. The undersigned was informed he cannot accept service for these individuals but will assist Plaintiff's counsel in getting the requests for waiver of service to Defendants Galvin and Dr. Gildengers for their consideration.

4. Defendant Mincy has never been employed by Wexford Health Sources, Inc., at Taylorville. The undersigned was informed by discussions with health care staff at Taylorville that Defendant Mincy was employed by the Department of Corrections as the Health Care Unit

Administrator at Taylorville until approximately January of 2017. It is believed the State of Illinois would provide a defense to Ms. Mincy.

>Respectfully submitted,
>
>CASSIDAY SCHADE LLP
>
>By: /s/ Daniel S. Fornoff
>   Attorneys for Defendant, DR. ABDUR
>   NAWOOR and WEXFORD HEALTH
>   SOURCES, INC.

Daniel S. Fornoff
ARDC No. 6312827
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
dfornoff@cassiday.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017, I electronically filed the foregoing Response to Court's July 25 Order with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Craig C. Martin, Esq.
William Strom, Esq.
Jenner & Block LLP
353 North Clark Street
Chicago IL 60654

and I hereby certify that a true and correct copy of the foregoing Response to Court's July 25 Order was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on August 1, 2017. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

None

/s/ Daniel S. Fornoff

8599298 DFORNOFF;DFORNOFF