## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WILLIAM KENT DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 17-3112-SEM-TSH |
| | ) | |
| WEXFORD HEALTH SOURCE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### ANSWER AND AFFIRMATIVE DEFENSE TO AMENDED COMPLAINT

NOW COMES Defendant, LISA MINCY, by and through her attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby provides her Answer and Affirmative Defenses to Plaintiff's Amended Complaint [Doc. 28], stating as follows:

### ALLEGATIONS[1]

1.      Plaintiff alleges that Defendants delayed the diagnosis and treatment of Plaintiff's kidney cancer, which has adversely affected Plaintiff's prognosis.

**RESPONSE: Defendant Mincy denies that she delayed Plaintiff's diagnosis and treatment.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in this paragraph.**

2.      Plaintiff states an Eighth Amendment claim for deliberate indifference to his serious medical needs and a state law malpractice claim.

**RESPONSE: Defendant denies that she acted with deliberate indifference to Plaintiff's medical needs and denies that she violated any of Plaintiff's constitutional rights whatsoever.  Plaintiff withdrew his state law malpractice claim in his Amended Complaint. [Doc. 28].**

---

[1] Defendant answers the allegations as set forth in this honorable Court's April 26, 2017, Merit Review Order [Doc. 7]. *See* Local Rule 16.3(E)(2) for the Central District of Illinois.

## RELIEF REQUESTED

Defendant denies that Plaintiff is entitled to any relief whatsoever.

## JURY DEMAND

Defendant demands a trial by jury in this matter.

## AFFIRMATIVE DEFENSES

1.      At all times relevant herein, Defendant acted in good faith in the performance of her official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendant is therefore protected from suit by the doctrine of qualified immunity.

2.      Plaintiff's claims for relief that accrued more than two years prior to the initiation of this case and not subject to any tolling are barred by the statute of limitations.

3.      Plaintiff is a person incarcerated within the Illinois Department of Corrections at the time of filing this lawsuit.  Plaintiff has failed to exhaust his administrative remedies regarding the allegations in this lawsuit.  Therefore, his claims are barred by the Prison Litigation Reform Act. 42 U.S.C. § 1997; *See also Perez v. Wisconsin Dept. of Corrections*, 182 F.3d 532 (7th Cir. 1999).

Respectfully submitted,

LISA MINCY,

Defendant,

Mary Kaitlyn Clark-Joseph #6323742
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 782-9014 Phone
(217) 782-8767 Fax
E-mail:  mkclarkjoseph@atg.state.il.us

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

By:   s/Mary Kaitlyn Clark-Joseph
      Mary Kaitlyn Clark-Joseph #6323742
      Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| WILLIAM KENT DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 17-3112-SEM-TSH |
| | ) | |
| WEXFORD HEALTH SOURCE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

       I hereby certify that on October 6, 2017, the foregoing document, *Answer and Affirmative Defenses*, was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Craig Christopher Martin | cmartin@jenner.com |
| William McHenry Strom | wstrom@jenner.com |
| Daniel Stephen Fornoff | dfornoff@cassiday.com |
| Patrick E. Halliday | phalliday@cassiday.com |

                      Respectfully submitted,

                      s/Mary Kaitlyn Clark-Joseph
                      Mary Kaitlyn Clark-Joseph #6323742
                      Assistant Attorney General
                      500 South Second Street
                      Springfield, Illinois  62701
                      (217) 782-9014 Phone
                      (217) 782-8767 Fax
                      E-Mail: mkclarkjoseph@atg.state.il.us