E-FILED
Tuesday, 06 August, 2019  10:09:23 PM
Clerk, U.S. District Court, ILCD

# Exhibit G

# Strom, William M.

| | |
|---|---|
| **From:** | Strom, William M. |
| **Sent:** | Thursday, May 30, 2019 12:42 AM |
| **To:** | 'Rupcich, Joseph N.' |
| **Cc:** | 'Tyrrell, Jeremy'; Pressler, Susan M; Pelz, Joel T.; Wackman, Nathaniel K.S.; Holt, Chloe E.; Amboian, Madison L. |
| **Subject:** | RE: William Dean - amended complaint |

Hi Joe,

We discussed a 30(b)(6) in which Dr. Ritz would be the representative. We would also like to take Dr. Ritz's deposition in his individual capacity. The 30(b)(6) topics for Dr. Ritz and for the financial representative were the following, per our March/April discussions:

-Dr. Steven Ritz, in his personal and individual capacity

1. All policies and procedures for utilization management, as well as how those policies and procedures were applied to Mr. Dean and the circumstances of Mr. Dean's interaction with utilization management. [Related to Former Topics #3-7, but principally #4 (re conservative care)]
2. Since December 1, 2015, all policies, procedures, protocols, practices, and/or other materials written by, relied upon, or used by utilization management personnel employed by Wexford related to utilization management considerations for patient referrals for the following conditions: flank pain, suspicion of internal bleeding, hematuria, kidney stones, urinary tract infection, bladder infection, bladder cancer, kidney or renal cancer, and metastasis. [Former Topic #6 (partial)]
3. How the cost-of-care and other financial considerations factor into utilization management medical decisionmaking, as well as when utilization management medical decisionmakers are made aware of financial or budgetary considerations, including if and when financial or budgetary considerations were involved in the utilization management decisionmaking in Mr. Dean's case.

-TBD, Wexford business person

1. The financial, pricing and/or compensation provisions in the Wexford-IDOC contract. [Former Topic #8]
2. How cost-of-care and other financial, budgetary, and business considerations are communicated to medical decisionmakers.
3. How cost-of-care and other financial, budgetary, and business considerations affect Wexford's written medical policies, procedures, and protocols.

As I stated in my voicemail, I think it would be helpful to get clarity on these deponents' schedules and then backwards plan the cut-off for fact discovery from there. I'll send deposition notices before the week is out. Can you please find out about scheduling availability for these deponents?

Thanks!
Bill

---

**From:** Rupcich, Joseph N. [mailto:jrupcich@cassiday.com]
**Sent:** Tuesday, May 28, 2019 1:18 PM
**To:** Strom, William M. <WStrom@jenner.com>
**Cc:** 'Tyrrell, Jeremy' <JTyrrell@atg.state.il.us>; Pressler, Susan M <spressler@cassiday.com>; Pelz, Joel T. <JPelz@jenner.com>; Wackman, Nathaniel K.S. <NWackman@jenner.com>; Holt, Chloe E. <CHolt@jenner.com>;

Amboian, Madison L. <MAmboian@jenner.com>
**Subject:** RE: William Dean - amended complaint

External Email – Exercise Caution
Bill: remind what 30b6 you were wanting. I'm remembering financial/contract and we took Matticks. Was there another one? thx

---

**From:** Strom, William M. [mailto:WStrom@jenner.com]
**Sent:** Thursday, May 23, 2019 8:03 PM
**To:** Rupcich, Joseph N.
**Cc:** 'Tyrrell, Jeremy'; Pressler, Susan M; Pelz, Joel T.; Wackman, Nathaniel K.S.; Holt, Chloe E.; Amboian, Madison L.
**Subject:** RE: William Dean - amended complaint

Hi Joe,

I agree, it would be helpful to get something on file soon. Do you have time to discuss by phone tomorrow? My concern is for arranging for the close of fact discovery to accommodate remaining Wexford 30(b)(6) depositions with sufficient lead time for my experts to incorporate anything from those depositions into their reports, as needed. I would like to get an idea from you about those representatives' availability in conjunction with setting the remaining case deadlines.

Thanks!
Bill

---

**From:** Rupcich, Joseph N. [mailto:jrupcich@cassiday.com]
**Sent:** Monday, May 20, 2019 8:53 AM
**To:** Strom, William M. <WStrom@jenner.com>
**Cc:** 'Tyrrell, Jeremy' <JTyrrell@atg.state.il.us>; Pressler, Susan M <spressler@cassiday.com>; Pelz, Joel T. <JPelz@jenner.com>; Wackman, Nathaniel K.S. <NWackman@jenner.com>; Holt, Chloe E. <CHolt@jenner.com>; Amboian, Madison L. <MAmboian@jenner.com>
**Subject:** RE: William Dean - amended complaint

External Email – Exercise Caution
Bill: we probably need to get something on file and a motion to continue the trial date with new dates sometime this week. Please send me a proposal. Thanks.

**Joseph Rupcich** | Partner
Cassiday Schade LLP | Phone: 217.572.1714 | Fax: 217.572.1613
111 N. 6th Street, Suite 200, Springfield IL 62701 | www.cassiday.com

CASSIDAY SCHADE LLP
Illinois | Indiana | Missouri | Wisconsin

*This attorney does not consent to electronic service of discovery documents or notices of deposition. Please serve all discovery and notices of deposition by United States mail to the address above.*

[Email chain truncated]