# Exhibit H

| | |
|---|---|
| **From:** | Rupcich, Joseph N. <jrupcich@cassiday.com> |
| **Sent:** | Wednesday, June 12, 2019 10:24 AM |
| **To:** | Strom, William M. |
| **Subject:** | Dean v. Wexford |

External Email – Exercise Caution

Bill:  Dr. Ritz's schedule for depositions is booked into August.  He has 8-16 and 8-23 in the mornings.  It would be my intention to present the financial representative at the same trip.

**Joseph Rupcich** | Partner
Cassiday Schade LLP | Phone: 217.572.1714 | Fax: 217.572.1613
111 N. 6th Street, Suite 200, Springfield IL 62701 | www.cassiday.com

CASSIDAY SCHADE LLP

Illinois | Indiana | Missouri | Wisconsin

*This attorney does not consent to electronic service of discovery documents or notices of deposition.  Please serve all discovery and notices of deposition by United States mail to the address above.*

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. For further information about Cassiday Schade LLP, please see our website at www.cassiday.com or refer to any of our offices. Thank you.