E-FILED
Tuesday, 06 August, 2019 10:09:23 PM
Clerk, U.S. District Court, ILCD

# Exhibit *I*

**Strom, William M.**

| | |
|---|---|
| **From:** | Rupcich, Joseph N. <jrupcich@cassiday.com> |
| **Sent:** | Saturday, August 03, 2019 8:36 AM |
| **To:** | Wackman, Nathaniel K.S. |
| **Cc:** | Martin, Craig C.; Pelz, Joel T.; Strom, William M.; Holt, Chloe E. |
| **Subject:** | Re: Dean |

External Email – Exercise Caution

I would say we won't walk out at 5 but please try and be efficient. Most of your depositions have approached 7 hours with excessive time spent on background information. Thanks.

Sent from my iPhone

On Aug 2, 2019, at 2:10 PM, Wackman, Nathaniel K.S. <NWackman@jenner.com> wrote:

> Dear Joe,
>
> We'd like four hours with this witness.  Can Mr. Little sit from 2-6 PM or another four hour block that afternoon/evening?
>
> Sincerely,
>
> Nate
>
> ---
>
> **From:** Rupcich, Joseph N. [mailto:jrupcich@cassiday.com]
> **Sent:** Friday, August 02, 2019 9:46 AM
> **To:** Wackman, Nathaniel K.S. <NWackman@jenner.com>
> **Cc:** Martin, Craig C. <CMartin@jenner.com>; Pelz, Joel T. <JPelz@jenner.com>; Strom, William M. <WStrom@jenner.com>; Holt, Chloe E. <CHolt@jenner.com>
> **Subject:** RE: Dean
>
> External Email – Exercise Caution
> I can give you 2-5.
>
> ---
>
> **From:** Wackman, Nathaniel K.S. [mailto:NWackman@jenner.com]
> **Sent:** Friday, August 02, 2019 9:45 AM
> **To:** Rupcich, Joseph N.
> **Cc:** Martin, Craig C.; Pelz, Joel T.; Strom, William M.; Holt, Chloe E.
> **Subject:** RE: Dean
>
> Dear Joe,
>
> Thanks very much for coordinating this.  Why don't you let us know when you think we could start on the afternoon of 8/15 and what time we would need to end by for Mr. Little's schedule?
>
> Sincerely,
>
> Nate

**From:** Rupcich, Joseph N. [mailto:jrupcich@cassiday.com]
**Sent:** Friday, August 02, 2019 8:37 AM
**To:** Wackman, Nathaniel K.S. <NWackman@jenner.com>
**Cc:** Martin, Craig C. <CMartin@jenner.com>; Pelz, Joel T. <JPelz@jenner.com>; Strom, William M. <WStrom@jenner.com>; Holt, Chloe E. <CHolt@jenner.com>
**Subject:** RE: Dean

External Email – Exercise Caution
I can present Nick the afternoon of 8-15. I'll need some time to meet with him though.

---

**From:** Wackman, Nathaniel K.S. [mailto:NWackman@jenner.com]
**Sent:** Thursday, August 01, 2019 6:05 PM
**To:** Rupcich, Joseph N.
**Cc:** Martin, Craig C.; Pelz, Joel T.; Strom, William M.; Holt, Chloe E.
**Subject:** RE: Dean

Dear Joe,

I called you earlier today and left a message. Please see the attached correspondence on the issue of scheduling 30(b)(6) depositions.

Sincerely,

Nate

---

**From:** Wackman, Nathaniel K.S.
**Sent:** Tuesday, July 30, 2019 10:58 PM
**To:** 'Rupcich, Joseph N.' <jrupcich@cassiday.com>
**Cc:** Martin, Craig C. <CMartin@jenner.com>; Pelz, Joel T. <JPelz@jenner.com>; Strom, William M. <WStrom@jenner.com>; Holt, Chloe E. <CHolt@jenner.com>
**Subject:** RE: Dean

Dear Joe,

It was good to speak with you this afternoon.

- We again discussed the logistics of the upcoming 30(b)(6) depositions, along with the individual deposition of Dr. Ritz. You stated you had not yet been able to get in touch with Nick Little - the representative Wexford plans to designate on the financial topics - to ask if he could sit for a deposition on the afternoon of August 15. Short of that, you said you would be willing to start the depositions at 8:00 AM in an attempt to get them all done in one day. We agreed that you would keep trying to get in touch with Nick Little and that discussion of whether we would agree to fit the depositions onto one day or how to do that could wait while you tried to get in touch with Mr. Little to see if he could be available August 15.

- I said we had obtained a location for the depositions and I would provide that location by email. The location is AKF Court Reporting, 436 Boulevard of the Allies, Pittsburgh,

2

Pl.'s Opposition to Mot. to Reconsider Case Schedule                                    Exhibit *I* - Page 2 of 9

PA.  As I stated on the phone, I will issue amended deposition notices containing this location when we have reached agreement on the timing of the depositions.

- You said you were sending us the CT films you obtained.  Thank you very much for copying those for us and we look forward to receiving them.

In addition to the topics discussed in this afternoon's phone call, I now have a short list of previously requested discovery that is still outstanding according to our records.  Please let us know when you will be able to provide responses or documents to the following:

- "Any and all communications, including, but not limited to, letters, emails, text-messages, voice-messages, and/or voicemails to or from any of the Defendants that discuss, reference, refer to, or relate to Plaintiff William Kent Dean and/or his medical condition since December 1, 2015."  This was Request No. 6 in our first set of Requests for Production, served on you on October 16, 2018.  In your March 27, 2019 response, you lodged no objections to this request and stated "Investigation is ongoing.  Defendants will supplement this response."

- "Records created from Dr. Nawoor's computer inputs regarding Mr. Dean's treatment, from December 2015 to the present."  These are discussed in Dr. Nawoor's deposition at pages 68-70.  This request was made by email from Bill Strom on December 20, 2018 and renewed on January 26, 2019 (emails attached).

- "Notes, articles, and other papers Dr. Einwohner reviewed/prepared for her deposition."  These are discussed in her deposition at pages 18-20.  This request was made by email from Bill Strom on January 26, 2019 (email attached).

Please respond to this email if you have a different recollection of any of the above topics from our phone call or if the circumstances of any of the above have changed.  We look forward to hearing from you on the above items soon.

Sincerely,

Nate

---

**From:** Wackman, Nathaniel K.S.
**Sent:** Thursday, July 25, 2019 10:13 AM
**To:** 'Rupcich, Joseph N.' <jrupcich@cassiday.com>
**Cc:** Martin, Craig C. <CMartin@jenner.com>; Pelz, Joel T. <JPelz@jenner.com>; Strom, William M. <WStrom@jenner.com>; Holt, Chloe E. <CHolt@jenner.com>; Wackman, Nathaniel K.S. <NWackman@jenner.com>
**Subject:** RE: Dean

Dear Joe,

Thanks for speaking with me on the phone this morning.

- We discussed my prior email regarding the logistics of taking an individual deposition for Dr. Ritz and two 30(b)(6) depositions in the same day (sent July 23 at 2:05 PM CST). You had

- reached out to Nick Little, the proposed 30(b)(6) designee on Wexford's financial topics, to see if he could sit for a deposition on the afternoon of 8/15. You have not yet heard back, but planned to follow up. If not, you said you could try to do a portion of either Dr. Ritz's individual or 30(b)(6) deposition that afternoon. In any event, we generally agreed that, if possible, we should begin the depositions on the afternoon of 8/15 so as to not encounter time issues on 8/16.

- You are getting the CT films (referenced in your email from June 17 at 3:23 PM CST) copied and will provide us with copies when you have them.

- We will send you a list of any outstanding discovery we have previously requested from you soon.

- You confirmed that there are no outstanding discovery requests that you are expecting from us.

Please respond to this email if you have a different recollection of any of the above topics or if the circumstances of any of the above have changed. We look forward to hearing from you on the above items soon.

Sincerely,

Nate

---

**From:** Wackman, Nathaniel K.S.
**Sent:** Tuesday, July 23, 2019 2:05 PM
**To:** 'Rupcich, Joseph N.' <jrupcich@cassiday.com>
**Cc:** Martin, Craig C. <CMartin@jenner.com>; Pelz, Joel T. <JPelz@jenner.com>; Strom, William M. <WStrom@jenner.com>; Holt, Chloe E. <CHolt@jenner.com>
**Subject:** RE: Dean

Dear Joe,

We can take depositions on 8-16 in Pittsburgh. You will recall that, in addition to Rule 30(b)(6) testimony by Ritz and Little, we intend to take Dr. Ritz's deposition in his individual capacity. This was discussed, for instance, in Bill Strom's May 30, 2019 (12:42 AM CST) and March 26, 2019 (10:10 PM CST) emails on the topic of Rule 30(b)(6) depositions. We are concerned that we will be unable to fit Dr. Ritz's individual capacity deposition and two 30(b)(6) witnesses into one day. We should discuss the logistics of how to make this work. We would be open, for instance, to taking one deposition on the afternoon of 8-15 or to taking the depositions of Ritz and Little concurrently.

As for the location, at least one of Mr. Dean's attorneys will travel to Pittsburgh to take the deposition in person. You have indicated we will need to find a physical location for the deposition. We are working on finding a location and will follow up once we identify one.

Please find attached an Amended 30(b)(6) notice and an individual deposition notice for Dr. Ritz, as well as an amended 30(b)(6) notice for the financial deponent (I do not have Little's full name for the notice, but if you send it along, I can amend). The 30(b)(6) notices amend our original 30(b)(6) notice, which we served on you on October 29, 2018. These notices incorporate our discussions - including our telephonic meet and confer on March 19, 2019 - over how to narrow and refine various topics, as well as your desire that we notice each 30(b)(6) deponent separately. We will amend and update these notices as we reach agreement on the timing and location of these depositions.

Please do not hesitate to reach out with any questions.

Thanks,

Nate

---

**From:** "Rupcich, Joseph N." <jrupcich@cassiday.com>
**Date:** July 16, 2019 at 12:43:23 PM MST
**To:** "Strom, William M. (WStrom@jenner.com)" <WStrom@jenner.com>
**Subject: Dean**

<span style="color:red">External Email – Exercise Caution</span>
We will do 8-16 in Pittsburgh. You will need to find a location if you are going in person. If by video, we can use Wexford video. Ritz will be in the morning and Little in the afternoon. Please send me 30b6 notices for each. Thanks.

**Joseph Rupcich** | Partner
Cassiday Schade LLP | Phone: 217.572.1714 | Fax: 217.572.1613
111 N. 6th Street, Suite 200, Springfield IL 62701 | www.cassiday.com
<image001.png>
Illinois | Indiana | Missouri | Wisconsin

*This attorney does not consent to electronic service of discovery documents or notices of deposition. Please serve all discovery and notices of deposition by United States mail to the address above.*

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. For further information about Cassiday Schade LLP, please see our website at www.cassiday.com or refer to any of our offices. Thank you.

---

## Nathaniel K.S. Wackman

**Jenner & Block LLP**
353 North Clark Street, Chicago, IL 60654-3456 | jenner.com
+1 312 840 7571 | TEL
Pronouns: He / Him
NWackman@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. For further information about Cassiday Schade LLP, please see our website at [www.cassiday.com](www.cassiday.com) or refer to any of our offices. Thank you.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. For further information about Cassiday Schade LLP, please see our website at [www.cassiday.com](www.cassiday.com) or refer to any of our offices. Thank you.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. For further information about Cassiday Schade LLP, please see our website at [www.cassiday.com](www.cassiday.com) or refer to any of our offices. Thank you.

# Attachment to
# N. Wackman Aug. 1, 2019 email to J. Rupcich

August 1, 2019

Joel T. Pelz
Tel:  (312) 923-2609
Fax:  (312) 527-0484
Email:jpelz@jenner.com

**VIA EMAIL**
Joseph N. Rupcich
Cassiday Schade LLP
111 North 6th Street, Suite 200
Springfield, IL 62701
Email: jrupcich@cassiday.com

Re:   *Dean v. Wexford Health Source, et al.*, No. 17-03112 (C.D. Ill.)

Dear Mr. Rupcich:

We write concerning the scheduling of the Rule 30(b)(6) depositions of Wexford Health Source, Inc.'s corporate representatives.  We initially issued our 30(b)(6) notice to Wexford on October 29, 2018, over nine months ago.  The Court has now ordered that these depositions take place on or before Friday, August 16, 2019.  *See* 7/16/19 Minute Entry.  Additionally, we have long and repeatedly maintained that we need to take the deposition of Dr. Steven Ritz in his individual capacity and intend to take it immediately before or after his 30(b)(6) deposition.  *See* 3/26/2019 10:10 PM CST Email from W. Strom to J. Rupcich; 5/30/19 12:42 AM CST Email from W. Strom to J. Rupcich. With only two weeks before the Court's deadline for these depositions, we need to reach agreement on the issue of scheduling or bring it before the Court for a resolution.

You had previously offered to present Dr. Ritz and Nicholas Little as 30(b)(6) representatives on August 16, with Dr. Ritz testifying in the morning and Mr. Little testifying in the afternoon.  *See* 7/16/19 12:43 PM MST Email from J. Rupcich to W. Strom.

In response, we stated that we were concerned that we would be unable to conduct all three depositions in one day.  *See* 7/23/19 2:05 PM CST Email from N. Wackman to J. Rupcich.  Under the Federal Rules of Civil Procedure, we have the right to question each 30(b)(6) witness for seven hours.  *See, e.g.*, *Canal Barge Co. v. Commonwealth Edison Co.*, 2001 WL 817853, at *4 (N.D. Ill. July 19, 2001) (citing

Fed. R. Civ. P. 30(d) adv. comm. note). We also have the right to question Dr. Ritz in his individual capacity for seven hours. *See* Fed. R. Civ. P. 30(d)(1). We thus requested that we meet and confer about the logistics of how best to schedule these depositions.

You spoke on the phone with one of our associates, Nate Wackman, on July 25, 2019. *See* 7/25/19 10:13 AM CST Email from N. Wackman to J. Rupcich. You stated that you had attempted to contact Mr. Little to see if he would be available to sit for a deposition on the afternoon of August 15, but you had not heard back and planned to follow up with him. You said alternatively you could reach out to Dr. Ritz to see if we could do either his 30(b)(6) or his individual deposition that day.

You spoke again on the phone with one of our associates, Mr. Wackman, on July 30, 2019. *See* 7/30/19 10:58 PM CST Email from N. Wackman to J. Rupcich. You stated that you still had not heard back from Mr. Little about his availability for a deposition on August 15. You stated that you would continue to try to reach him.

Mr. Wackman called you again today, August 1, 2019, to inquire whether or not you had been able to get in contact with Mr. Little and left a voicemail. We have yet to hear back from you concerning scheduling.

As we stated at the outset of this letter, due to the Court's fast-approaching deadline for depositions, we think it is imperative to reach agreement on this issue or bring it before the Court for resolution. As we have stated in our correspondence, we are open to a variety of solutions that allow us to have the appropriate amount of time with each witness, including starting Dr. Ritz on August 15 instead of Mr. Little or running the depositions of Dr. Ritz and Mr. Little concurrently on August 16. We would also be willing to consider dates in advance of August 15 for one or both depositions. In the event we cannot reach agreement on a solution soon, we reserve our rights to seek appropriate relief from the Court.

We look forward to hearing from you soon on this topic and we can make ourselves available to discuss this topic over the phone at any time and on short notice, including after business hours or on the weekend.


Sincerely,


Joel T. Pelz