ABDUR NAWOOR, M.D.

EXHIBIT A     E-FILED
Friday, 25 October, 2019 09:59:47 PM
December 03, 2018
Clerk, U.S. District Court, ILCD

Page 1

1           IN THE UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS
2                 SPRINGFIELD DIVISION

3   WILLIAM KENT DEAN,                    )
                                          )
4           Plaintiff,                    )
                                          )
5       vs.                               ) No. 17-CV-3112
                                          )
6   WEXFORD HEALTH SOURCES, INC., DR.     )
    ABDUR NAWOOR, DR. REBECCA             )
7   EINWOHNER, NURSE KATHY GALVIN,        )
    and LISA MINCY,                       )
8                                         )
            Defendants.                   )
9

10

11

12

13

14

15
                DEPOSITION OF ABDUR NAWOOR, M.D.
16          TAYLORVILLE CORRECTIONAL FACILITY
                 1144 ILLINOIS ROUTE 29
17               TAYLORVILLE, ILLINOIS
                   DECEMBER 3, 2018
18                   1:00 P.M.

19                   VOLUME I

20

21

22

23

24          Reported and Transcribed by:
       Rhonda Rhodes Bentley, CSR #084-002706
25

ABDUR NAWOOR, M.D.                          December 03, 2018

---

Page 2

```
 1              INDEX
 2  APPEARANCES:
 3  For the Plaintiff: (Appearing via
    videoconference)
 4       William Strom
         JENNER & BLOCK
 5       Attorneys at Law
         353 North Clark Street
 6       Chicago, Illinois 60654-3456
         (312) 222-9350
 7       wstrom@jenner.com
 8  For the Defendants Wexford Health Sources, Inc.,
    Dr. Abdur Nawoor, Dr. Rebecca Einwohner, and
 9  Nurse Kathy Galvin:
         Joseph Rupcich
10       Cassiday Schade LLP
         Attorneys at Law
11       111 North Sixth Street, Suite 200
         Springfield, Illinois 62701
12       (217) 572-1714
         jrupcich@cassiday.com
13
14  For the Defendant Lisa Mincy:
         Hindal Patel
15       ASSISTANT ATTORNEY GENERAL
         500 South Second Street
16       Springfield, Illinois 62701
         (217) 782-1841
17       jtyrrell@atg.state.il.us
18
19
20
21
22
23
24
25
```

---

Page 3

```
 1        INDEX - CONTINUED
 2  EXAMINATION BY:                        PAGE
    Mr. Strom.....................................6
 3
    EXHIBITS:      DESCRIPTION              PAGE
 4  Exhibit 1   Application for Employment.......20
    Exhibit 2   New Medical Director Transition
 5              Plan Completion Confirmation.....74
    Exhibit 3   Receipt for Employee Handbook....77
 6  Exhibit 4   DEA License......................80
    Exhibit 5   Affirmation Statement............82
 7  Exhibit 6   Hepatitis Refusal................85
    Exhibit 7   Personnel Action Form............86
 8  Exhibit 8   Illinois Schedule Assignment.....87
    Exhibit 9   Performance Appraisal............94
 9  Exhibit 10  Disciplinary Action............125
    Exhibit 11  10/28/16 Memo..................131
10  Exhibit 12  Advance Directive..............139
11
12              (Exhibits attached.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 4

```
 1              STIPULATION
 2
 3       IT IS HEREBY EXPRESSLY STIPULATED AND
 4  AGREED by and between the parties that the
 5  DEPOSITION of ABDUR NAWOOR, M.D., may be taken on
 6  DECEMBER 3, 2018, at the Taylorville Correctional
 7  Facility, 1144 Illinois Route 29, Taylorville,
 8  Illinois, pursuant to the applicable Supreme
 9  Court rules, local rules, and the Code of Civil
10  Procedure governing said depositions.
11
12       IT IS FURTHER STIPULATED that the
13  necessity for calling the Court Reporter for
14  impeachment purposes is waived.
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 5

```
 1                 1:00 p.m.
 2          MR. STROM:  Dr. Nawoor, my name is
 3  Bill Strom.  I am an attorney for Mr. William
 4  Kent Dean, the plaintiff, in this case, and I'm
 5  coming to you by video conference from Chicago.
 6  It was originally my plan to drive down to
 7  Taylorville today for this deposition.  However,
 8  the weather here, as I mentioned, my family
 9  situation with a six-week old baby at home
10  prevented me from taking the necessary steps.  So
11  I apologize I can't be there today.
12          THE WITNESS:  Okay.
13          MR. STROM:  Let's go ahead and have
14  everybody state their name and affiliation for
15  the court reporter, please.
16          THE WITNESS:  Start with me or --
17          MR. RUPCICH:  Joe Rupcich, Cassiday
18  Schade.  I represent Dr. Nawoor.
19          MS. PATEL:  Hindal Patel on behalf of
20  Jeremy, Office of the Attorney General.
21          MR. STROM:  And, Dr. Nawoor, please
22  go ahead and state and spell your full name for
23  the record.
24          THE WITNESS:  Yeah.  I'm Dr. Nawoor.
25  The last name is N-a-w-o-o-r.  First name
```

---

ABDUR NAWOOR, M.D.                    December 03, 2018

Page 6

1  A-b-d-u-r.
2          MR. STROM:  Thank you.  And for the
3  purposes of making a record, we're doing this
4  videoconference.  My office is able to record the
5  video feed, and I've asked them to do so for
6  purposes of this deposition.  I just want to make
7  sure that no one either from Cassiday Schade or
8  from the attorney's general's office has any
9  objection to that.
10         MR. RUPCICH:  No.
11         MS. PATEL:  None.
12         MR. STROM:  Okay.  So, Dr. Nawoor,
13 have you ever been deposed before?
14         MR. RUPCICH:  I don't think he's been
15 sworn in yet.
16         MR. STROM:  I'm sorry.  Yes, Madam
17 Court Reporter, would you please swear the
18 witness.
19             ABDUR NAWOOR, M.D.,
20 having first been duly sworn, testifies as
21 follows:
22             EXAMINATION
23 BY MR. STROM:
24     Q.    Okay.  Thank you, Joe.  As you can
25 tell, I'm still just a little harried because of

Page 7

1  all that stuff.
2          Dr. Nawoor, have you ever been
3  deposed before?
4      A.    Yes, once.
5      Q.    Okay.  And so some of what I'm going
6  to have to say will be familiar, but just to make
7  sure that you and I are on the same page, I want
8  to talk about some of the ground rules for a
9  deposition.  The first thing I'll note is that we
10 are talking via video conference and that every
11 now and then there can be delays in either the
12 audio or the video or both, and so we'll try to
13 work past those as best we can as long as they're
14 not disrupting our ability to hear one another.
15 If at any point you have a hard time hearing me
16 or I have a hard time hearing you, it's okay to
17 just cut things off and say something to that
18 effect.  It also means that because it's a little
19 artificial we should take care not to talk over
20 one another, and so let's make sure that we
21 listen carefully.  I'll make sure I listen so
22 that I don't speak over you and let you finish
23 what you're saying and you agree to do the same
24 where you won't speak until I finish speaking.
25         Does that all sound good to you?

Page 8

1      A.    Fine.  Sounds fine.
2      Q.    Okay.  Okay.  And the other thing is
3  even though we can see each other on video, it's
4  important for the purposes of clarity and for our
5  court reporter that you give a verbal response,
6  not just a head shake or a head nod to every
7  question that I ask you.  Is that --
8      A.    Okay.
9      Q.    Okay.  And I am going to ask you a
10 series of questions, and you should answer those
11 questions unless your attorney interposes an
12 objection.  Give him the opportunity to speak to
13 do so.  If he has an objection, he and I will
14 sort it out, and you may be directed to answer if
15 it's not an objection that would preclude your
16 answer.  Is that clear?
17     A.    Yeah.  That's fine.
18     Q.    Okay.
19     A.    Did he ask a question?
20         MR. RUPCICH:  You're fine.
21 BY MR. STROM:
22     Q.    So a couple other things about the
23 ground rules.  If at any point you're not clear
24 about my question, if I was unclear in how I
25 articulated it or you couldn't quite hear me

Page 9

1  correctly, then please go ahead and tell me that,
2  and I will try and find a way to rephrase the
3  question or to ask it better, and if you answer
4  my question, I will assume that you did
5  understand the question.
6      A.    Yes.
7      Q.    Does that make sense?
8      A.    Yeah.
9      Q.    And if at any point during today's
10 deposition you would like to take a break, to get
11 a glass of water, use the facilities, anything
12 like that, please just let me know, and so long
13 as there is not a question pending, it's no
14 problem.  We can stop things for a few minutes to
15 accommodate you.  Does that make sense?
16     A.    Okay.
17     Q.    Okay.  Is there any reason that you
18 are not able to testify truthfully and accurately
19 today?
20     A.    Could you please say that again?
21     Q.    Yes.  My question is is there any
22 reason you're not able to testify truthfully and
23 accurately today?
24     A.    No.
25     Q.    Okay.  And you mentioned that you

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 10

1  were deposed once before.
2       A.   Uh-huh.
3       Q.   **What type of case was that?**
4       A.   It was just a hospital patient that
5  had pancreatitis, and unfortunately the
6  radiologist read it as that.  I went down and
7  talked to him.  He said yeah, that's what it is.
8  Never mentioned about repeating the scan, and
9  patient continued to have problem a month later,
10 and I did the scan, sent him to the GI, and he
11 had cancer of the pancreas, and, frankly, it
12 wasn't my fault.  It was the radiologist's
13 because I went down there, talked to him about
14 it, and he -- so that was the case, yeah.
15      Q.   **Was that a case during the course of**
16 **your employment at Wexford?**
17      A.   No.  No.  No.  I was in private
18 practice then.
19      Q.   **Okay.  And so who was your counsel?**
20 **Were you represented by counsel?**
21      A.   Yeah.  And -- oh, golly, I can't even
22 remember his name now, but anyway he's in
23 Springfield, and it was about two of them anyway.
24 I should remember that name, but I don't.
25      Q.   **Do you recall the name of the law**

Page 11

1  **firm where he practiced?**
2       A.   What's that?  Say that again.
3       Q.   **Do you recall the name of the law**
4  **firm where your lawyers practiced?**
5       A.   I don't.  It's been three years.  So
6  I -- I don't remember.
7       Q.   **Okay.  And so you have never been**
8  **deposed for a case in your role at Wexford; is**
9  **that right?**
10      A.   No.
11           MR. RUPCICH:  He's correct?
12 BY MR. STROM:
13      Q.   **Have you ever been sued?**
14      A.   Yeah, that's true.  I've never been
15 deposed.  This is the first time.
16      Q.   **Okay.  This is the first time you've**
17 **ever been deposed --**
18      A.   Yes.
19      Q.   **-- or the first time you've been**
20 **deposed as an employee of Wexford?**
21      A.   Wexford, yeah.
22           MR. RUPCICH:  Okay.  Hold on.  We're
23 kind of talking over each other here.  You need
24 to wait a second.
25      A.   Okay.

Page 12

1           MR. RUPCICH:  It's getting a little
2  confusing.  He was saying the first time he's
3  been deposed at Wexford.
4  BY MR. STROM:
5       Q.   **Okay.  Is that your testimony, Dr.**
6  **Nawoor?**
7       A.   Yeah.
8       Q.   **Okay.  Thank you.  Have you ever**
9  **testified at a trial or an arbitration?**
10      A.   Never.
11      Q.   **Okay.  Have you been sued before**
12 **since your employment began at Wexford?**
13      A.   No.
14      Q.   **Okay.  Have you ever submitted a**
15 **sworn written statement for a suit in which**
16 **Wexford was named as a defendant?**
17      A.   No.
18      Q.   **And so there have been no lawsuits**
19 **against you as an employee of Wexford or against**
20 **Wexford related to your work --**
21      A.   Well, I think --
22      Q.   **-- relating to your work in your role**
23 **there?**
24      A.   As far as I know there was some -- at
25 least a couple of them, but it hasn't come up yet

Page 13

1  for whatever reason I don't know.  It's been --
2       Q.   **Okay.  So you are aware --**
3       A.   Yeah, there were a couple of them,
4  yeah.
5       Q.   **Okay.  Do you recall what the**
6  **circumstances or what the lawsuit was?**
7       A.   One of the cases was a guy with a
8  chronic pain and wanted some narcotics, which I
9  denied and the Wexford people denied, and that's
10 what was his problem.  He said, you know, he was
11 having chronic severe pain, he wanted to go and
12 get some narcotics, and I didn't give it to him.
13      Q.   **Do you recall what the name was?**
14      A.   Yeah, Tstinic or something like that.
15 James Tstinic, I think.
16           MR. RUPCICH:  T-s-t-i-n-i-c.
17      A.   T-s-t-i-n-i-c.
18           MR. RUPCICH:  I'll spell it.
19 T-s-t-i-n-i-c.
20      A.   Right.
21 BY MR. STROM:
22      Q.   **And do you recall what was the nature**
23 **of his pain?**
24      A.   Yeah, he had a chronic degenerative
25 disc disease, had previous surgery.

ABDUR NAWOOR, M.D.                                December 03, 2018

Page 14

1    Q.    And what was the result of that
2  lawsuit?
3    A.    It hasn't come up yet.  I never heard
4  anything since.  I don't know what's going on
5  with it.  I think --
6    Q.    Do you know whether --
7    A.    It's been over a year.  I never heard
8  anything.
9    Q.    Do you know whether that lawsuit is
10  still pending?
11    A.    I assume it is, but I've never heard
12  anything since that.
13    Q.    Okay.  Are there any other lawsuits
14  that you have been named as a defendant or where
15  your work has come up --
16    A.    Yeah.
17    Q.    -- where Wexford was named as a
18  defendant?
19    A.    Yeah.
20    MR. RUPCICH:  Okay.  Let's hold on.
21  Doctor, I need you to give us a three count.
22    A.    All right.
23    MR. RUPCICH:  Wait until he finishes
24  and then count to three because our court
25  reporter can only take down one at a time.

Page 15

1    All right.  Bill, you've -- finish
2  your question, and then he'll answer it.
3  BY MR. STROM:
4    Q.    Okay.  I'm sorry.  I apologize.  I
5  hope I'm not talking over you inadvertently.
6  There's just me in the room here.  So, Dr.
7  Nawoor, my question was are you aware of any
8  other lawsuits where you have been named as a
9  defendant or Wexford has been named as a
10  defendant based on your work?
11    A.    Yeah.  There was one -- another one
12  Mr. Noser, N-o-s-e-r, and -- a patient who had
13  had previous surgery and has a colostomy bag, and
14  he wanted to have surgery for that, and I kept
15  presenting him to Wexford, and they kept saying
16  no, they didn't want him to go for surgery, and
17  that's the reason he was for the lawsuit.
18    Q.    And what kind of a surgery would he
19  be getting?
20    A.    Well, I just say abdominal surgery to
21  correct the hernia, and he wanted that colostomy
22  closed.
23    Q.    Okay.  So there are two lawsuits
24  you've mentioned so far.  One was the fellow with
25  the degenerative disc disease in his back.  The

Page 16

1  second was the fellow with a hernia and a
2  colostomy bag who wished to get surgery.  Are
3  there any others?
4    A.    None that I'm aware of.
5    Q.    Okay.  Have you ever been a plaintiff
6  in a lawsuit?
7    A.    No.
8    Q.    Are you familiar with Joseph A.
9  Carter, an inmate who brought a lawsuit against
10  Wexford in 2017?
11    A.    I know the name.  I think he was
12  discharged, was complaining of some pain, and --
13    MR. RUPCICH:  Hold on.  Hold on.  I
14  don't want you to disclose patient information.
15    A.    Okay.
16    MR. RUPCICH:  If he asks you about a
17  case and what it's about, that's fine.
18    A.    Yeah, I remember the name.
19  BY MR. STROM:
20    Q.    Okay.  And do you recall that there
21  was a lawsuit filed against you by -- by
22  Mr. Carter?
23    A.    Yeah, I know.  Yeah.  Sure.  Yeah.
24    Q.    Okay.  Do you recall what -- okay.
25  Do you recall what the nature of his claims of

Page 17

1  that lawsuit were?
2    A.    I think he was complaining of some
3  pain -- ankle pain, that he said we didn't do
4  anything for his pain.  That's about it.
5    Q.    Do you know whether that case has
6  reached a resolution?
7    A.    Again for some strange reason I've
8  never heard anything about Tstinic, Carter, and
9  Noser.  Noser was the most recent one, and I
10  don't know what's going on with his.
11    Q.    Okay.  Did you review any documents
12  in preparation for today's deposition?
13    A.    Yeah, I did.  I looked at the charts,
14  yeah.
15    Q.    And when you say the charts, do you
16  mean medical documents related to Mr. Dean here?
17    A.    That's right.  Yes.
18    Q.    Did you look at any other documents
19  besides Mr. Dean's medical charts?
20    A.    Not really.
21    Q.    When you say not really, can you
22  explain what you mean?
23    A.    You're talking about documents
24  pertaining to the case?
25    Q.    I'm talking about documents that

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 18

1  you've reviewed to prepare for today.
2       A.   Yes.  I did.  Yeah.  I have it with
3  me, yes.
4       Q.   And so -- so you've mentioned
5  Mr. Dean's medical charts, and I asked if there
6  were other documents, and you said not really.
7  So I asked you to explain what you meant by not
8  really.
9       A.   Yeah.  There's two articles that I
10 pull out of the UpToDate.
11      Q.   And what are those two articles
12 about?
13      A.   It's about the Epidemiology -- let me
14 see what the -- and I'll tell you what it is.
15 Just a second.  Yeah, Pathology, Pathogenesis of
16 Renal Cell Carcinoma, and the other one was
17 Clinical Manifestations, Evaluation and Staging
18 of Renal Carcinoma.
19      MR. STROM:  Okay.  Joe, do you think
20 I could get copies of those documents, please,
21 after we conclude either today or tomorrow?
22      MR. RUPCICH:  That's fine.
23      A.   Okay.
24 BY MR. STROM:
25      Q.   Thank you.

Page 19

1            Dr. Nawoor, did you review any other
2  documents besides those articles --
3       A.   No.
4       Q.   -- and Dr. -- and Mr. Dean's charts?
5       A.   No.  I didn't.  No.
6       Q.   Okay.  Did you create or prepare any
7  documents in preparation for today's deposition?
8       A.   Not particularly, no.  I just
9  underlined what's in the article, and that's
10 about it.
11      Q.   Okay.  Did you have any conversations
12 with anyone other than Mr. Rupcich --
13      A.   No.
14      Q.   -- about your deposition?
15      A.   Except the lawyer that was there
16 before him.  Mr. Fornoff I think is his name.
17      Q.   Okay.  So I would like to talk a
18 little bit about your background.
19      A.   Uh-huh.
20      MR. STROM:  And we're going to start
21 with -- Joe, I sent some documents.  Did you
22 receive those okay?
23      MR. RUPCICH:  When did you send
24 those?
25      MR. STROM:  I sent those pretty

Page 20

1  recently, within the last hour or so.
2       MR. RUPCICH:  No.  I mean I was
3  driving here.  No, I did not.  What are they?
4       MR. STROM:  Okay.  I understand.  We
5  can talk about documents tomorrow, but the ones
6  that I wanted to talk about are the personnel
7  file that you sent me.  Do you have copies of
8  that with you?
9       MR. RUPCICH:  I have it
10 electronically on my iPad.  Is there something --
11 I mean if you need him to look at something, I
12 can show it to him on the iPad, and if you refer
13 to it by the page number, you can make it part of
14 the record then.
15      MR. STROM:  Okay.  Joe, I know that's
16 a little clunky.  I apologize for the logistics
17 here.  So I can refer by PDF page number.  I
18 would like to start with on PDF page 30, and what
19 I'd like to designate Exhibit No. 1 as PDF pages
20 30 through 46.
21      MR. RUPCICH:  Now, are you talking
22 about the Bates numbers in the lower right corner
23 that I put on these?  Is -- Do you see those?
24      MR. STROM:  Now that I look at them,
25 I am referring to those Bates numbers, yes.  I

Page 21

1  didn't see those as I was preparing because they
2  were overwritten by other --
3       MR. RUPCICH:  Okay.
4       MR. STROM:  -- by other numbers, but
5  yeah, it is page 30 through page 46.
6       MR. RUPCICH:  Okay.
7  BY MR. STROM:
8       Q.   Okay.  So, Dr. Nawoor, do you --
9  please take a look at Bates pages 30 through 46,
10 and when you've had a chance to just briefly look
11 at them, let me know and let me know whether you
12 recognize them.
13      A.   I recognize my handwriting, yeah.
14      MR. RUPCICH:  That's your CV?
15      A.   Yeah.
16      MR. RUPCICH:  It's your application?
17      A.   Yeah, I recognize all of them, yeah.
18 BY MR. STROM:
19      Q.   And so what is this document?  Can
20 you describe it for the record, please?
21      A.   This is, you know, when I came in and
22 my education and the board certification and
23 basically that --
24      MR. RUPCICH:  Is this what you
25 submitted when you started?

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 22

1      A.    Yeah, uh-huh.  Right.
2  BY MR. STROM:
3      Q.    So I'm going to refer to pages 30
4  through 46 as Exhibit 1 and as your application.
5  Can we be in agreement that those are acceptable
6  ways to characterize this document?
7      A.    Yes.
8      Q.    Okay.  So looking at Bates page 31,
9  Application for Employment is at the top right
10 corner.
11     A.    Uh-huh.
12     Q.    And this has your contact information
13 as well as some information that they're
14 collecting that background for their HR purposes,
15 it seems.
16     A.    Right.
17     Q.    My question is -- it states below
18 your name and below other names you use like Dr.
19 Rahman Nawoor, the Position Applied for.  Do you
20 see where I'm looking?
21     A.    Yeah.
22     Q.    It says Position Applied for:
23 Medical Director?
24     A.    Right.
25     Q.    And then to the right of that on page

Page 23

1  31 it says Hillsboro, Illinois.  Do you see where
2  I'm looking?
3      A.    Right.
4      Q.    Is the Taylorville Correctional
5  Center in Hillsboro, Illinois?
6      A.    No, that -- yeah, they are in
7  Hillsboro, Illinois.  That's where they wanted me
8  to go initially.
9      Q.    Okay.  So you were applying for a
10 position at Hillsboro, Illinois; is that right?
11     A.    Yeah.  I was with Wexford, not any
12 particular correctional center.
13     Q.    I understand.  And so you thought
14 when you first were applying you were applying
15 for a job at Hillsboro?
16     A.    Right.
17     Q.    Without telling me precisely where
18 you live, about how far of a drive is it from
19 your home to Hillsboro, Illinois?
20     A.    Probably about an hour -- 40 minutes
21 maybe, yeah, depending on the traffic.
22     Q.    Okay.  And about how far of a drive
23 is it now from your home to Taylorville?
24     A.    Again depending on how fast I drive
25 and the weather and everything, probably about 35

Page 24

1  minutes -- 30, 35.
2      Q.    Okay.  Okay.  And when did you make
3  this application?
4      A.    It was somewhere around December
5  2015 -- September 2015.
6      Q.    So you made the application in
7  September of 2015?
8      A.    Uh-huh.  Uh-huh.
9      Q.    And if I recall correctly from these
10 records, you began your employment with Wexford
11 in December of 2015; is that right?
12     A.    Right.  I started in December.
13     Q.    Okay.  Okay.  At the bottom of Bates
14 page 31 here in Exhibit 1, your application, it
15 says University of Cambridge, England.
16     A.    Uh-huh.
17     Q.    It's got an asterisk next to it.  Do
18 you see where I'm looking?
19     A.    Yeah.  Right.
20     Q.    And then that asterisk corresponds to
21 where it says degree and field of study.
22     A.    Yeah.
23     Q.    Do you see where I'm looking at?
24     A.    Yeah.  Mauritius is where I came
25 from.

Page 25

1          THE COURT REPORTER:  Where?  I'm
2  sorry.
3      A.    Mauritius, M-a-u-r-i-t-i-u-s.  And
4  all our exam is done through Cambridge University
5  in England.
6  BY MR. STROM:
7      Q.    Okay.
8      A.    That's where I sat for.
9      Q.    Okay.  And then to the left of that
10 it says, See my CV.  Do you see that?
11     A.    Yeah.
12     Q.    Okay.  My understanding is that your
13 CV begins on Bates page 34.
14     A.    Uh-huh.
15     Q.    Is that correct?
16     A.    Right.
17     Q.    And it's a one-page CV?
18     A.    Uh-huh.
19     Q.    Okay.  And what is a CV?
20     A.    Just your education, what you've
21 done, and yeah, just a sequence of your
22 education.  That's about it.
23     Q.    And is another word for CV resume?
24     A.    Basically.
25     Q.    Okay.  So working from your CV --

ABDUR NAWOOR, M.D.                        December 03, 2018

---

Page 26

1 from your CV here, you mentioned education, and I
2 see in the middle of page 34, which is Exhibit
3 1 --
4      A.    Uh-huh.
5      Q.    -- a section on education.  Begins
6 with your Doctor of Medicine -- your MD degree.
7      A.    Uh-huh.
8      Q.    Where did you earn your MD degree?
9      A.    I went to medical school in Dublin,
10 Ireland, and they didn't have MD degrees.  It was
11 called an LRCP, and Licensure Royal College of
12 Physicians and Surgeons, and then when I came
13 here I took the foreign graduate exam, and that's
14 where I got the MD.
15      Q.    Okay.  So the LRCP that you earned at
16 the Royal College of Physicians and Surgeons in
17 Dublin, that's the equivalent of an MD; is that
18 right?
19      A.    Basically, yes, should be.
20      Q.    And so once you have taken the exam,
21 does it confer a degree of MD?
22      A.    Well, that's what -- yeah, that's
23 what it is.  I mean they want you to take the
24 foreign graduate to get the MD exam.
25      Q.    Okay.  Is there a degree granting

Page 27

1 institution for that medical doctor degree?
2      A.    Not that I'm aware of.
3      Q.    Okay.  And you mentioned the
4 University of Cambridge in Great Britain before.
5 Is that the program -- was it through the
6 University of Cambridge that you completed that
7 undergraduate degree?
8      A.    Yeah, and they did all our
9 undergraduate degree.  We have to take it and
10 everything goes to them, and whether you pass or
11 fail it comes from there.
12      Q.    And what years were you studying as
13 an undergraduate?
14      A.    Oh, that's a long time ago.  Oh, boy.
15 I think it's probably in the 50s, 60s maybe.
16      Q.    Okay.  Do you recall whether you
17 immediately went to Dublin, Ireland, upon
18 completing your undergraduate degree?
19      A.    No, basically I was supposed to go to
20 England, what they call it Polytechnical, and
21 basically I was a -- I was not a science student
22 up until the last two years.  I hate to say that,
23 but my dad wanted me to be a doctor and I didn't
24 want to be a doctor.  That's -- anyway.  And --
25 but basically I gave in.  I says so -- I was

Page 28

1 supposed to go to England to Polytechnic to do a
2 chemistry, physics, biology, but then I heard
3 that they had the entrance exam to medical school
4 in Dublin, Ireland.  So I just went over there
5 and took it.  I just got in the first 25.  So I
6 got in there.
7      Q.    Okay.  What was your course of study
8 as an undergraduate before you began studying
9 science?
10      A.    Would you rephrase that?
11      Q.    Yes.  What subjects were you studying
12 before you began studying sciences as an
13 undergrad?
14      A.    You know, the course over there in
15 Mauritius from the -- what you call high school,
16 I guess, from one to five years we did
17 everything, including chemistry, physics, and up
18 until the fifth year then you can decide whether
19 you want to go literatures or science.  That's
20 the way it is.  And I did decide -- well, I did
21 literature, and so -- but -- and then I decided
22 to go, and that's what my dad wanted me to do.
23 So that's what I did in England, and I went to
24 Ireland, took the exam, and that was it.
25      Q.    Do you recall at what age you made

Page 29

1 the changeover from literatures to science?
2      A.    Well, let's see.  I'm over here,
3 around 16 maybe.
4      Q.    Okay.  And do you recall how old you
5 were when you moved to Dublin?
6      A.    I was probably 19, 20.
7      Q.    And at that point did you have the
8 equivalent of a bachelor's degree?
9      A.    You can call it that.  It's called a
10 higher score certificate from Cambridge.  That's
11 all I know.
12      Q.    Okay.  So with your high school
13 certificate from Cambridge University you were
14 eligible to go to medical school; is that right?
15      A.    Yeah, eligible to it -- yeah, you can
16 -- like I said, they want you to have more
17 science and chemistry, physics, biology, and
18 botany.  So that's why I went to England to the
19 Polytechnic for that for a year or two, and --
20 but then I found out you could take an exam in
21 Dublin, Ireland.  So I went there and tried, and
22 I just got in to medical school.
23      Q.    So you moved to Dublin in 1964 and
24 took the exam?
25      A.    Right.

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 30

1    Q.    I understand.  So your course of
2  medical study at the Royal College of Physicians
3  and Surgeons was from 1964 to 1970?
4    A.    Right.  Correct.
5    Q.    Can you describe briefly how your
6  studies changed over the course of that six
7  years?
8    A.    Regarding what?
9    Q.    My question, I guess, is were you
10 studying the same things in 1969 and 1970 as you
11 were in 1964 and 1965 as a beginning student?
12   A.    No, I mean they had their own
13 program, where you -- first year there you do --
14 you do chemistry, biology, and physics, and then
15 after that you go into anatomy or whatever else,
16 you know after that, and after three years you do
17 clinical, you go to the hospital.  That's about
18 it until you're done, and in my last year they
19 started having -- they used -- I don't know if --
20 you're probably not, and the exam was essay exam.
21 They ask you five essay type of questions, but in
22 my last year they changed that, and the American
23 way of multiple questions, and that's one reason
24 I went and took the ECFM just to get some
25 practice, lo and behold, I passed it anyway and

Page 31

1  met Dr. -- what's his name -- anyway from
2  Buffalo, New York.  He came over to kind of
3  recruit doctors for residency and internship, and
4  that's how I got into United States.
5    Q.    So did you begin your clinical study
6  during the course of your education at the Royal
7  College of Physicians and Surgeons, did you begin
8  that clinical study in your fourth year?
9    A.    Right.  It's in the fourth year,
10 yeah.
11   Q.    And was that on schedule compared to
12 your classmates who entered at the same time?
13   A.    Yes.  Right.  So, yeah.  Yes.
14   Q.    And your completion of your studies
15 in Dublin in 1970, was that also on schedule?
16   A.    Yeah.
17   Q.    It says in your CV that you completed
18 your studies in Dublin in May of 1970 and that
19 you began your internship at Mercy Hospital in
20 Buffalo, New York --
21   A.    Correct.
22   Q.    -- in July of 1971.  I think you were
23 just discussing that.
24   A.    Yes.
25   Q.    Can you tell me what did you do for

Page 32

1  the 14 months in-between the completion of your
2  studies and the beginning of your internship?
3    A.    Primarily I was waiting to -- well, I
4  got married in-between, and then we decided just
5  to go whenever they wanted me in Buffalo, New
6  York.  I think we started in June or something
7  like that or July.
8    Q.    Do you recall when it is that you
9  learned that you would start the internship in
10 July of 1971 in Buffalo?
11   A.    Well, I can't for sure tell you, but
12 that's -- it took me a few months, and I decided
13 to get married, and so -- and then we went over
14 there.
15   Q.    Okay.  Is there a specialty area of
16 practice or a focus of your area of practice
17 during your clinical studies in Ireland?
18   A.    I always wanted to -- because there's
19 asthma in my family, so I wanted to do some
20 fellowship or something in the respiratory
21 disease.
22   Q.    And so was that the focus of your
23 study in Ireland?
24   A.    Not necessarily.  It was general
25 medicine, you know.  It covered everything, you

Page 33

1  know.  It wasn't a one specification.  It was
2  just general things you have to do, and
3  pathology, anatomy, physiology, pharmacology,
4  whatever.  We did all that.
5    Q.    Okay.  And so when you began your
6  internship at Mercy Hospital in Buffalo --
7    A.    Uh-huh.
8    Q.    -- was that internship focused on
9  pulmonology or respiratory diseases?
10   A.    No, internship means you rotate
11 through different things.  They have medicine,
12 gynecology, obstetrics, and the -- basically --
13 basically that was it, you know, and general
14 medicine first, gynecology, obstetrics, and
15 surgery.
16   Q.    Dr. Nawoor, as an intern did you get
17 to do any work specializing in respiratory
18 diseases or pulmonology?
19   A.    Not at that time, no.  I decided on
20 that after I did three years in Dayton, Ohio, and
21 that's -- I decided to go into a fellowship,
22 two-year fellowship.
23   Q.    And so according to your CV in Dayton
24 you were at Miami Valley Hospital from July of
25 1972 to July 1974.

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 34

1    A.    Right.
2    Q.    Is that -- are those dates correct?
3    A.    Right.  Three years, yeah.
4    Q.    Okay.  I just want to make sure that
5  I'm understanding correctly.  I get only two
6  years from 1972 to 1974.  Were you there two or
7  three years?
8    A.    No, it's a three-year program.
9  Unless I put the wrong thing there.  I don't
10  know.  '72, '73, '74.  That will be three years.
11  July -- it was three years anyway.  That's all I
12  can say.
13    Q.    Okay.  It could just be a typo.  That
14  happens.  So I see that your fellowship in
15  pulmonary medicine that you mentioned began in
16  July of 1975.  Is that correct?
17    A.    Uh-huh.  Right.
18    Q.    And that was at the University of
19  Wisconsin in Madison?
20    A.    That's correct.
21    Q.    And did you begin that fellowship
22  immediately upon completing your residency?
23    A.    Right.
24    Q.    Okay.  So your internship at Mercy
25  Hospital in Buffalo lasted one year --

Page 35

1    A.    One year.
2    Q.    -- is that correct?
3    A.    Yes.  Correct.
4    Q.    And was that internship intended to
5  be of one-year duration?
6    A.    That's the way it is.  One year.
7  They don't even do that anymore.
8    Q.    Okay.  And then your residency in
9  Dayton, Ohio, at Miami Valley Hospital you
10  testified lasted three years.  Was it originally
11  planned to last three years?
12    A.    That's what it is, a three-year
13  program.
14    Q.    Okay.  And then you followed that up
15  with the fellowship in pulmonary medicine at the
16  University of Wisconsin in Madison, and that was
17  from July of 1975 to July of 1976; is that right?
18    A.    Right.  That's correct.
19    Q.    So it lasted just -- it lasted just
20  one year?
21    A.    It's a two-year program.
22    Q.    Okay.  The dates here appear to me to
23  show just one year, from July of one year to July
24  of the next year?
25    A.    It's a two-year program.  I know I

Page 36

1  did two years.
2    Q.    Do you recall what year you completed
3  your fellowship in pulmonary medicine at the
4  University of Wisconsin?
5    A.    Well, I -- '75, '76 -- it was '76.
6    Q.    Okay.  I'm confused about -- I'm
7  confused about the dates because by my counting
8  '71 to '72 for the internship is one year.
9    A.    Uh-huh.
10    Q.    Then '72 to '74 for the residency is
11  two years, and then '7 --
12    A.    All I can tell you what I did.  One
13  year internship in Buffalo, three years in
14  Dayton, Ohio, and two years in Wisconsin.  That's
15  all I can -- these probably I put the wrong date
16  on it.  Could be.
17    Q.    Okay.  So do you recall for certain
18  what year you completed your fellowship?
19    A.    Yeah, I think it was '76.
20    Q.    Could it have been '77?
21    A.    What's that?  '77.
22    Q.    Could it have been 1977?
23    A.    I'm not sure.  I know I did two
24  years.  That's all I can tell you.  And '76,
25  yeah, I went -- I was in Springfield.  I think I

Page 37

1  left Madison.  We went to Springfield, Illinois.
2    Q.    So your next position was in
3  Springfield, Illinois?
4    A.    Right.
5    Q.    And was that at Physician Group
6  Associates?
7    A.    That's correct.
8    Q.    And I'm looking now at the same
9  Exhibit 1, at Bates page number 37, and there at
10  number 9 it shows your employment at Physician
11  Group Associates in Springfield.  Do you see
12  where I'm looking?
13    A.    Right.  Correct.  I saw it.
14    Q.    What was your -- what was your -- I'm
15  sorry.  Go ahead.
16    A.    No.  No.  You go ahead.
17    Q.    My question is what was your title at
18  Physician Group Associates?
19    A.    I was just an employed physician.
20    Q.    And you were there from 1976 to 2014?
21    A.    Correct.
22    Q.    So that's 38 years, correct?
23    A.    Uh-huh.  Right.
24    Q.    And you received no promotions during
25  the course of that 38 years; is that right?

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 38

1      A.      There was no such thing as promotion.
2  We were all partners in the same group.
3      Q.      Okay.  It says that you were
4  president for eight years?
5      A.      I was, yeah.
6      Q.      What does that mean?
7      A.      I mean I took care of all the problem
8  with the group and finances and other things, and
9  the employees' problems and all that kind of
10 stuff.
11     Q.      Were you elected by your partners to
12 the position of president?
13     A.      Yes.
14     Q.      Do you recall what years you served
15 as president?
16     A.      Oh, probably '13, '14.  I'm just
17 guessing.
18     Q.      It says on here at number 8 that you
19 were president for eight years.  Am I reading
20 that correctly?
21     A.      Eight years.  I don't think so.
22 That's wrong.  I know I was president -- elected
23 me twice.  That's all I know.
24     Q.      Okay.  Do you recall in what years
25 you were elected president?

Page 39

1      A.      I think it was somewhere around '13
2  and '14 or somewhere in that range, '12, '13 or
3  '14.  I can't remember exactly.  It's been a
4  while.
5      Q.      Were you president of PGA in 2014?
6      A.      Yes, correct.
7      Q.      And so is it your testimony that you
8  were president of PGA --
9      A.      Uh-huh.
10     Q.      -- from approximately 2000 to
11 approximately --
12     A.      Yes.
13     Q.      -- 2014?
14     A.      Right.
15     Q.      Okay.  So you were first elected
16 president in approximately 2000-2001; is that
17 right?
18     A.      That's correct.  All I know is it was
19 two years -- twice I was elected.  That's all.
20     Q.      Did you receive any raises during the
21 course of your 38 years as a physician with
22 Physician Group Associates?
23     A.      Receive what?
24     Q.      Pay raises.
25             MR. RUPCICH:  Pay raises.

Page 40

1      A.      Oh, no.  No.  No.  Again we were just
2  partners, all of us, and, you know, you know,
3  there was no such thing.  No.  I didn't.
4  BY MR. STROM:
5      Q.      So you did not receive a salary?
6      A.      Yeah, I got a salary, yeah, what I
7  generated, and so that's about it, you know.  We
8  didn't get paid for doing this.
9      Q.      And so were you paid then on the
10 basis of the group's profits?
11     A.      No, based on what you generate in the
12 office and in the hospital when you're --
13     Q.      Okay.  Can you explain that to me?
14     A.      When you admit patient to the
15 hospital, you have to put your charges.  That's
16 how you make money, and then people you see in
17 the office.
18     Q.      So were you paid on the basis of only
19 the --
20     A.      What you generate.
21     Q.      -- only the work that you personally
22 did?
23     A.      Right.  So what you generate, that's
24 how you get paid.
25     Q.      Okay.  And so my question about pay

Page 41

1  raises, I guess, was intended to get at whether
2  your pay was the same in 2014 as it was in 1976.
3      A.      No, it wasn't.  1976 -- no, my --
4  my -- when I first started it was -- was -- I was
5  not a partner then.  I was just an employed
6  physician until I became a partner two or three
7  years later.  Then the money I got was what I
8  generated.
9      Q.      Okay.  So do you recall in what year
10 you were made a partner?
11     A.      Well, I started in '76.  It could be
12 '78 -- '77, '78.  I can't -- I don't remember,
13 but it was two years later.
14     Q.      Do you recall whether the other
15 partners had to vote in order to accept you as a
16 partner?
17     A.      That's right.  Yeah, they have to.
18 They had to.
19     Q.      Do you recall on what basis they made
20 that decision if you know?
21     A.      Well, your training like we went
22 through, that's --
23     Q.      So were you evaluated?
24     A.      What you mean?  I mean evaluation is
25 when they were there, see what you were doing in

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 42

1  the office and in the hospital.  That's how you
2  evaluate.  You mean something written, you
3  mean --
4       Q.    Yes.  If there's --
5       A.    No.
6       Q.    I was wondering if there was a formal
7  evaluation.
8       A.    Well, nothing written.  It just --
9  you know, they were just -- at least see what you
10 were doing the office and in the hospital.
11      Q.    Did they count the number of patients
12 you saw?
13      A.    Yeah.
14      Q.    Was that an important part of
15 evaluating whether to vote for you?
16      A.    I'm sure -- I'm sure it was, yeah.
17      Q.    Okay.  Do you know about any other
18 measures that were used to decide whether to vote
19 you into the partnership?
20      A.    Not that I'm aware of.
21      Q.    Okay.  On the same page Bates 37 as
22 part of Exhibit 1 still, number 11 at the bottom
23 of the page where it asks, are you currently
24 employed, you wrote retired.  Do you see where
25 I'm looking?

Page 43

1       A.    Are you currently employed?  In '76?
2             MR. RUPCICH:  No, this is the Wexford
3  application from 2014.
4  BY MR. STROM:
5       Q.    No.
6       A.    Oh, yeah.  Yeah.  Yeah.  You know.
7             MR. RUPCICH:  He's just asking if you
8  see where it says retired.
9       A.    Yeah, I see that, yeah, retired.
10            MR. RUPCICH:  Okay.
11 BY MR. STROM:
12      Q.    When did you retire?
13      A.    It's 2015, somewhere around there,
14 November, December, somewhere in there.
15      Q.    In November or December of 2015 is
16 when you retired?
17      A.    Well, something -- maybe a little
18 earlier than that, but that's when I retired.
19 Yeah.  On --
20      Q.    Okay.  Why did you decide to retire?
21      A.    Well, first of all, I didn't like the
22 work.  Let's go back -- we sold our -- the group
23 to HSHS, you know, the St. John's, and I didn't
24 like the way they were doing things.  So I said,
25 okay, I'm going to quit.  I did.

Page 44

1       Q.    And when did you sell your group to
2  HSHS?
3       A.    Somewhere was again in 2015.
4       Q.    Okay.  If that was in 2015 can you
5  explain why above it says that you were employed
6  at PGA from 1976 to 2014?
7       A.    Why I was employed?
8       Q.    No, why does it say 2014 if your
9  testimony is that these things happened in 2015?
10      A.    I don't know why.  Again must have
11 been a lot of errors.  I know I was there until
12 2015 before I left.
13      Q.    Okay.  And you left and retired after
14 the sale to HSHS?
15      A.    Yes.
16      Q.    What does HSHS stand for?
17      A.    It's the Hospital Sisters.  That's
18 what that means.  I mean St. John's is, I guess,
19 owned by the Sisters anyway.
20      Q.    So the first HS stands for Hospital
21 Sisters?
22      A.    Yeah.  That's what it --
23      Q.    What does the second HS stand for?
24      A.    It's the same thing.  It says HSHS.
25 That's all I know.

Page 45

1       Q.    Okay.
2       A.    I --
3       Q.    As president --
4       A.    Go ahead.
5       Q.    As president did you have a role in
6  -- a special role in deciding to sell the group?
7             MR. RUPCICH:  Object to vague as to
8  special role.
9  BY MR. STROM:
10      Q.    Okay.  I can clarify.  Dr. Nawoor, as
11 president did you seek out HSHS as a prospective
12 buyer?
13      A.    Not until the last two years -- two,
14 three years before, we all sat down and decided
15 that's what we would like to do.
16      Q.    And so you said the last two years.
17 Would that mean that you decided with your
18 partners to sell in approximately 2013?
19      A.    Oh, all of us sat down and decided
20 that's what we probably would like to do.
21      Q.    Was that in 2013?
22      A.    Well, after -- yeah, I think, the
23 final thing was done in 2015.
24      Q.    Okay.  And so as president were you
25 responsible for finding a buyer?

ABDUR NAWOOR, M.D.                                      December 03, 2018

Page 46

1      A.    Not -- all of us have to do that,
2  yeah, and the -- the one doctor that was talking
3  to HSHS, and -- was Dr. Mullendore.  I guess
4  after that we sat down and talked to them, all of
5  us.  He couldn't make that decision by himself.
6  We had to all agree to it.
7      Q.    I understand.  So my question is did
8  you have different responsibilities from your
9  partners because of your role as president in
10 seeking out a buyer?
11     A.    Not particularly.  I think all of us
12 sat down and talked the pros and cons of doing
13 it, and so they asked me whether I agree with
14 that, and I agreed with it.
15     Q.    Were you responsible for talking to
16 potential buyers too?
17     A.    No, we talked to them several times
18 prior to it.  Talked to St. John's people,
19 whoever they were, yeah.
20     Q.    So before the decision was made to
21 talk to St. John's or before the decision was
22 made to sell to HSHS, was there a period of time
23 when you and your partners were looking at lots
24 of different options for a buyer?
25     A.    No, we -- we tried to recruit more

Page 47

1  people, and we had a problem with it, you know,
2  and we couldn't get -- recruit a lot of people,
3  and then several of them came and didn't stay,
4  and so that's the reason we say, well, we're all
5  getting old.  So we wanted some new blood in
6  there so we couldn't do that, and we decided to
7  go the other way.
8      Q.    So you were trying to recruit new
9  employed physicians who could join the
10 partnership after training?
11     A.    Right.
12     Q.    And do you recall what year you
13 decided with your partners it was important to
14 start recruiting new physicians?
15     A.    Yeah, we had been talking about that
16 for at least three years, and we did talk to some
17 people and they came and I guess weren't
18 interested.  That's all.
19     Q.    Approximately what years date wise
20 was that?
21     A.    We talked about it for quite a while,
22 but I'd say probably three or four years before
23 we sold the place.
24     Q.    And you sold in 2015; is that right?
25     A.    Yeah, we did -- yeah, the final thing

Page 48

1  was done in 2015.
2      Q.    Do you recall when you started the
3  process for that final sale?  Was that also in
4  2015?
5      A.    It was in 2015, yes.
6      Q.    Okay.  Do you recall what month in
7  2015 the sale was?
8            MR. RUPCICH:  I'm going to make an
9  objection.
10     A.    No.
11           MR. RUPCICH:  This is cumulative and
12 irrelevant.
13 BY MR. STROM:
14     Q.    You can answer the question, Dr.
15 Nawoor.
16     A.    The question was the -- when did we
17 decide to sell; is that correct?
18     Q.    What year the sale became final or
19 what month in that year the sale became final?
20     A.    Yeah, it was in November, December,
21 somewhere in there.
22     Q.    Okay.  It was your testimony earlier
23 that you decided to leave after the sale of your
24 practice --
25     A.    Uh-huh.

Page 49

1      Q.    -- because you didn't like how things
2  were going; is that correct?
3      A.    Yeah.  I didn't like the way they
4  wanted us to work, you know, just -- they were
5  saying, well, you got to see so many patients in
6  15 minutes and all this kind of thing, and I just
7  didn't like it.
8      Q.    So I'm just trying to understand when
9  it was that you worked after the sale of your
10 group for HSHS.
11     A.    How long did I work for them?  Is
12 that what you say?
13     Q.    That's part of my question, yes.  How
14 long did you work for HSHS?
15     A.    Well, I was there for a couple
16 months, a couple of months or more, and I decided
17 just to leave after that, and I didn't like it.
18 And I've got other partners that did the same
19 thing, and she's actually working for Wexford
20 right now.
21     Q.    So you decided to leave your
22 employment with HSHS in what month of 2015?
23     A.    Well, whenever they took over, and I
24 was there for maybe a couple of months or so.
25     Q.    Okay.  Can you tell me why it is that

ABDUR NAWOOR, M.D.                                        December 03, 2018

Page 50

1  you described yourself as retired?
2       A.    Well, I mean that's what I did.  I
3  left, and I just decided to go get out and find
4  something else.  Initially I decided to just do
5  locum, but I didn't do that, and until I met
6  Dr. Gauen, who told me about Wexford.
7       Q.    You said you initially decided just
8  to do -- did I hear you correctly -- locum?
9       A.    Well, I didn't really want to do
10  locum, but I did.  I talked to them on multiple
11  occasions.
12       Q.    What is locum?
13       A.    It's just that you work there
14  temporary, you know, somebody's off and either on
15  vacation or whatever, they're sick, or whatever,
16  something like that.  It's not a full-time --
17  it's a full-time job, but it's not there for long
18  term.
19       Q.    So that's working as a physician in
20  another office on a temporary basis?
21       A.    Another physician, yes, and, you
22  know.
23       Q.    I'm sorry.  I missed your answer.
24       A.    Yeah, you work as a physician, and I
25  didn't go to any of those because they were --

Page 51

1  some of them was in Alaska or somewhere else.  I
2  didn't want to do that.
3       Q.    Okay.  So I guess I'm just curious
4  about that word retired still because it seems
5  that you left one job and took another.  So why
6  did you use the word retired?
7       A.    I left one job and took another job?
8  I did -- it was nine months I didn't do anything,
9  and, you know, I didn't until I met Dr. Gauen.
10       Q.    Okay.  So that's different from your
11  testimony from before.  For nine months you did
12  not work.  Is that your testimony now?
13       A.    Yes.
14             MR. RUPCICH:  Object to the
15  foundation.  He's asking --
16  BY MR. STROM:
17       Q.    You can answer the question, Doctor.
18       A.    Yeah, I didn't work for nine months,
19  yeah.  I was looking around to see --
20       Q.    Approximately --
21       A.    Yeah, I was looking around to see
22  what's available, and I didn't like the locum
23  tenens, and so one day I met Dr. Gauen in the
24  hospital at a conference, and he told me, well,
25  why don't you talk to Wexford, and I did.

Page 52

1       Q.    Do you recall when that was?
2       A.    It was at least a few months before I
3  started, which is December 2015.
4       Q.    Okay.  So I want to make sure I
5  understand your testimony.  You began in 2015,
6  correct?
7       A.    Wexford, yes.  I started yeah, in
8  December 2015.
9       Q.    Okay.  And you were not employed for
10  approximately nine months before that; is that
11  right?
12       A.    That's correct.
13       Q.    And so for one or two months before
14  that nine months of unemployment you were working
15  for HSHS after they bought your practice,
16  correct?
17       A.    Right.  Right.
18       Q.    Okay.  And you left HSHS and
19  described yourself as retired, correct?
20       A.    Yeah.
21       Q.    Did you receive a buyout from HSHS
22  when you retired?
23       A.    Yeah.  Yes.  Each one of us got
24  something, yeah.
25       Q.    And was it tied to your monthly pay?

Page 53

1       A.    I think it was, yeah.
2       Q.    Do you know how many months' worth of
3  your monthly pay you received as severance or as
4  buyout?
5       A.    I can't remember for sure.
6       Q.    Was it as much as six months' monthly
7  pay as a buyout?
8       A.    Oh, boy.  I -- probably.  I can't say
9  for sure.
10       Q.    Was it more than six months' pay as a
11  buyout?
12       A.    Well, if I remember, the actual
13  number was 329,000 or something.
14       Q.    Okay.  How did that compare to your
15  annual salary at HSHS?
16       A.    The annual salary?  Again it would
17  probably -- I think it was 200 something.  I
18  can't say for sure.
19       Q.    Okay.  Dr. Nawoor, are you doing
20  okay?  Would you like to take a break?
21       A.    I'm okay.
22             MR. RUPCICH:  Let's take five.
23             MR. STROM:  Okay.
24             (Whereupon a break was taken.)
25  BY MR. STROM:

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 54

1       Q.      Okay.  Dr. Nawoor, I'm looking now at
2  page Bates number 40 in Exhibit 1.  At the top of
3  the page is question number 24.  Let me know when
4  you're looking at the same page as me.
5       A.      Yeah.
6       Q.      Okay.  On this page it asks about
7  your professional licenses.  Do you see where I'm
8  looking?
9       A.      Yeah.
10      Q.      Okay.  And here it says that you had
11 a -- had at the time of your application a
12 medical physician's license in Illinois, correct?
13      A.      Uh-huh, right.
14      Q.      And when were you first licensed in
15 Illinois?
16      A.      It was when I -- last year when I
17 left Dayton.  You know, I -- so that would be
18 what?  '70 -- probably '72, '73.
19      Q.      So after you left Dayton, you were
20 licensed by the State of Illinois?
21      A.      Prior to leaving Dayton, yeah.
22      Q.      And so you used an Illinois license
23 while you were at your residency at the
24 University of Wisconsin?
25      A.      No, I didn't have to do that over

Page 55

1  there, you know, they -- they always give you a
2  license -- temporary license in Wisconsin.
3       Q.      You had your Illinois license while
4  you were in Wisconsin?
5       A.      Right.
6       Q.      Okay.  Has your Illinois license ever
7  lapsed in the period since then?
8       A.      Did it ever lapse?  Is that what he
9  said?
10      Q.      Has it ever lapsed?
11      A.      No.  No.
12      Q.      Okay.  So you've had an active
13 license since you left Dayton --
14      A.      Right.
15      Q.      -- in the State of Illinois up
16 through now?
17      A.      As far as I know, yeah.
18      Q.      Okay.  And have you ever possessed a
19 license in any other state to practice medicine?
20      A.      No.
21      Q.      Okay.  Do you have any board
22 certifications?
23      A.      Yes, I was board certified in
24 internal medicine.  End up in December of 2015,
25 and when I started with HSHS because they said

Page 56

1  that's the way all the physicians feel, because
2  of your age you don't have to take it again, you
3  know, to work with them, and so I didn't, and so
4  -- but I'm also board certified in pulmonary
5  disease.
6       Q.      Okay.  And so you were board
7  certified in pulmonary disease starting what
8  year?
9       A.      It was about ten years ago.
10      Q.      Okay.  So starting in approximately
11 2008 you were first certified?
12      A.      Right.
13      Q.      That's board certified in pulmonary
14 medicine; is that correct?
15      A.      Right.
16      Q.      And that certification lapsed in
17 approximately 2014?
18      A.      Yeah, I'm still board certified, end
19 -- probably end up in 19 -- in 20 -- 2020.
20      Q.      Okay.  So when you chose -- when you
21 were at HSHS, you said that you did not become
22 re-certified?
23      A.      No, that's what they told us.  They
24 said, well, we don't necessarily want you to go
25 because of your age, and they said that if you

Page 57

1  want to, that's up to you, but we don't
2  necessarily want you to go and take the board
3  certification again.
4            MR. RUPCICH:  He's talking about his
5  internal medicine certification.
6       A.      Internal medicine.
7  BY MR. STROM:
8       Q.      Okay.  So even though HSHS said it
9  wasn't necessary, you did recertify; is that
10 right?
11      A.      Not in internal medicine, but the --
12 I didn't do that because they didn't want me to.
13 They didn't want us to do that.  So I said that's
14 fine.  You know, so -- but I was already board
15 certified in pulmonary disease.
16      Q.      Okay.  So I misunderstood.  There are
17 two areas in which you're board certified.  There
18 is internal medicine and pulmonology, correct?
19      A.      Correct.
20      Q.      Okay.  When were you first certified
21 in internal medicine?
22      A.      Again it was -- it was ten years
23 prior to that.  So I don't know -- in 2015.
24      Q.      So you were first certified in
25 internal medicine in approximately 2005?

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 58

1      A.      Somewhere in there.  Somewhere around
2 there.
3      Q.      And then that certification lapsed
4 and you did not renew your certification in
5 internal medicine --
6      A.      Oh.
7      Q.      -- correct?
8      A.      That's what I was hoping to stay with
9 HSHS, so they say, well, you don't have to.  If
10 you want to do it, that's up to you.
11      Q.      Okay.  And would it have cost you
12 money out of your own pocket to get re-certified?
13      A.      Basically, yes.  That was the reason
14 I didn't take --
15      Q.      And your pulmonological
16 certification, I think I must have misunderstand
17 you before, and so I don't want to put words in
18 your mouth.  Do you recall approximately what
19 year you became board certified in pulmonology?
20      A.      I'd say it was 2010 or something like
21 that.  I think it was five years.  They gave you
22 five years.  Yeah, I think.
23      Q.      And then you renewed your
24 certification in pulmonology in 2015; is that
25 right?

Page 59

1      A.      Yeah -- no, I didn't.  I'm still
2 board 35 you go -- what is it -- when I -- I got
3 board certified in about 2014 or '15, so it will
4 end up 19 -- in 2020.  So if you go back to '15.
5 I'm still board certified, but it's 19 -- 2020
6 it's going to end up.
7      Q.      When were you first board certified
8 in pulmonology?
9      A.      In 2015.  I --
10      Q.      Okay.
11      A.      I practiced medicine basically.  I
12 was doing 50/50 internal medicine and 50/50
13 pulmonary medicine, and I was busy.  I didn't get
14 time to take it, and the -- so finally I decided
15 to do so.  So --
16      Q.      Okay.  And so at -- when you were
17 still in private practice and you were a member
18 of -- a partner at PGA, was your practice also 50
19 percent internal medicine and 50 percent
20 pulmonology?
21      A.      I would say probably, yeah.
22      Q.      And does that describe your entire
23 period that you worked at PGA, or does that
24 describe only parts of it?
25      A.      No, the whole time I worked -- well,

Page 60

1 PGA -- actually the first one was Physician Group
2 Clinic, I think you have that, and then it became
3 PGA, but it's the same people working there
4 together.  They changed the name.  And so -- but
5 I did 50/50 all the time and sometimes 60/40 but
6 it depends.
7      Q.      And when you said you did 60/40,
8 which practice were you doing more of at that
9 time?
10      A.      Well, I did a lot of intensive care
11 medicine.  You know, bronchoscopy and things like
12 that.
13      Q.      Does intensive care medicine fall
14 under pulmonology or under internal medicine?
15      A.      Both.  More pulmonology.  I mean now
16 -- intensive care was doing mostly patients with
17 pulmonary disease and patients on the
18 ventilators, and I took care of their medical
19 problems too because I was an internal medicine
20 physician.
21      Q.      And so when you described your
22 practice at some times as 60/40, I just want to
23 make sure I understand, the 60 percent is
24 pulmonology; is that right?
25      A.      It varied.  Sometimes it is 60

Page 61

1 percent.  Like I said, I spent a lot of time in
2 taking care of patient in intensive care.
3      Q.      Is it ever sometimes 60 percent
4 internal medicine?
5      A.      Could be, yeah.  It varies, but it
6 was more the other way.
7      Q.      Okay.  How many partners did you have
8 in PGA when you decided to sell the practice?
9      A.      One, two, three -- probably about
10 five, six.
11      Q.      And how many partners were there when
12 you first became partner --
13      A.      The same number.
14      Q.      -- in approximately 1978, '79?
15      A.      It's the same number.  Well, there
16 was one -- there were two -- two new one, and
17 they were younger, but Tsang was one of them who
18 is working here now at Wexford and Dr. LaFata,
19 who was -- his father was the original -- started
20 the group.
21          MR. RUPCICH:  Let's spell those.
22 Tsang, T-s-a-n-g.
23      A.      Yeah.
24          MR. RUPCICH:  LaFata.
25      A.      L-a-F-a-t-a.

ABDUR NAWOOR, M.D.                          December 03, 2018

Page 62

1  BY MR. STROM:
2       Q.    And did the number of partners remain
3  more or less the same during your 38 years with
4  PGA?
5       A.    Basically, yeah.
6       Q.    Did your partners practice in other
7  areas of medicine?
8       A.    Did my partners -- the other -- say
9  that again.  I didn't quite understand.
10      Q.    The other partners at PGA, did they
11 practice in other areas of medicine?
12      A.    Yes.  We had people doing
13 rheumatology and endocrinology.  We had family
14 practice too.  Dr. Gauen was one of them.
15      Q.    Did anyone else among your partners
16 practice in internal medicine?
17      A.    Yes, most of them did actually.  In
18 family practice, internal medicine, and we had
19 endocrinologist and rheumatologist too.
20      Q.    Did any of your partners practice in
21 pulmonology?
22      A.    No.
23      Q.    Were you going to say something more?
24      A.    No, huh-uh.
25      Q.    Okay.  And so you've described

Page 63

1  talking to Dr. Galvin --
2       A.    Gauen, yes.
3       Q.    -- about possible employment with
4  Wexford; is that your testimony?
5       A.    Yes.
6             MR. RUPCICH:  Did you say Gauen?
7       A.    G-a-u-e-n.
8  BY MR. STROM:
9       Q.    Excuse me?
10      A.    G-a-u-e-n, Gauen.
11      Q.    What's Dr. Gauen's first name?
12      A.    Ralph.
13      Q.    Ralph Gauen.  Okay.  And it's also
14 your testimony that Ralph Gauen was one of your
15 partners with PGA?
16      A.    Yes.
17      Q.    Did he also work for a time with
18 HSHS?
19      A.    I don't think so.  See, that's before
20 they -- before they brought the group in.
21      Q.    And how long had he been working at
22 Wexford if you know when he told you?
23      A.    December of 2000.
24            MR. RUPCICH:  Make sure you let him
25 finish.

Page 64

1       A.    Oh, sorry.
2             MR. RUPCICH:  Give him like a two
3  count.
4       A.    Right.  Go ahead.
5  BY MR. STROM:
6       Q.    My question was do you, if you know,
7  how long was Dr. Gauen working at Wexford before
8  he told you about it?
9       A.    As far as I know he had quit already
10 when I talked to him.  He was just doing --
11 filling in when -- off and on.  That's all.  He
12 wasn't working full-time.
13      Q.    Okay.  I'm looking now at page Bates
14 44 of Exhibit 1.  Let me know when you're looking
15 at the same page.
16      A.    Uh-huh.
17            MR. RUPCICH:  Okay.
18      A.    All right.
19 BY MR. STROM:
20      Q.    Okay.  It says here in the middle
21 that the position you're applying for is medical
22 director.  Do you see that?
23      A.    I see that.
24      Q.    What is a medical director?
25      A.    Well, you just see all of the

Page 65

1  patients and make sure the nurses are doing their
2  job right, and that's basically it, educate the
3  patient them self as far as their problems.
4       Q.    Is there just one medical director at
5  Taylorville Correctional Center?
6       A.    Yes, just one, yeah.
7       Q.    Are there any other full-time
8  physicians employed by Wexford at Taylorville?
9       A.    No.  Like I said, I mean Gauen fills
10 in sometimes when I'm gone on vacation or if we
11 need him.
12      Q.    Under what circumstances would you
13 need him to fill in if you're not on vacation?
14      A.    If I'm not on -- well, I'm usually
15 not -- we don't -- no, I take care of everything.
16 I don't really need him unless I'm out of town.
17            MR. RUPCICH:  In deposition.
18 BY MR. STROM:
19      Q.    Okay.  On the same page just below
20 medical director, this is Bates 44 of Exhibit 1,
21 it says Graham Correctional Center, Hillsboro,
22 Illinois.  Do you see that?
23      A.    Yeah.  That's where they --
24            MR. RUPCICH:  He's just asking if you
25 see it.

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 66

1      A.   Yeah.  Yeah, I see that.
2 BY MR. STROM:
3      Q.   Was it your understanding at that
4 time that you filled out this application that
5 you were applying for a job at Graham
6 Correctional Center?
7      A.   No, that -- when I talked to the
8 people in 2015, that's where they wanted me to
9 go.  Graham Correctional in Hillsboro.  So I did
10 go there.  I did visit over there.  And I told
11 them I didn't want to drive that far, and then
12 Gauen was leaving Taylorville, and I said, well,
13 I'd like to have his job, and so that's what
14 happened.
15     Q.   And so the reason that the location
16 changed from Graham to Taylorville is because a
17 position opened up and you wanted that position
18 instead; is that right?
19     A.   Yeah, because Taylorville is closer
20 to my -- to Springfield, and I told them -- I
21 said I'd like to go there rather than work in
22 Hillsboro.
23     Q.   Okay.  What are your job
24 responsibilities as medical director at
25 Taylorville?

Page 67

1      A.   Basically to see the patient and
2 educate the nurses and the -- and the patient for
3 that matter.  So basically that's it, to see
4 the -- what they call sick call, patient that
5 comes in acute problem, and we see -- like this
6 morning we see them first.  They have to be seen
7 within 24 hours.  I see them and I see chronic
8 patients, and -- and then we have other things,
9 you know, like three months meeting, and that --
10 what they call collegial.  I'm not sure whether
11 you're aware of that -- that we have to discuss
12 cases with Pittsburgh, but patient --
13     Q.   Okay.  So approximately how many
14 hours a week do you work in your position --
15     A.   Eight hours a day and five days.
16 That's 40, I guess.
17     Q.   And approximately how many of that 40
18 hours are you seeing patients directly?
19     A.   Basically about five, six hours,
20 yeah.
21     Q.   So between 25 to 30 hours a week of
22 the 40 hours you see patients?
23     A.   Right.  And not only that, we got an
24 infirmary there too.  I have to admit patients
25 there.  So we have to see them every day too.

Page 68

1 It's only about six, seven people.
2      Q.   So are infirmary rounds included in
3 that 25 to 30 hours per week?
4      A.   I make rounds in the infirmary every
5 day.  You -- you're not supposed to anyway, but
6 you know, if -- they're chronic, you're only
7 supposed see them once a day a -- once a week, I
8 mean, and the acute one you have to see every
9 day, but I see them, chronic, acute every day.
10     Q.   You mentioned that for sick call
11 inmates need to be seen within 24 hours.  Within
12 24 hours of what?
13     A.   Of whatever -- whether they injured
14 them self playing basketball or whatever, and
15 again they are seen by the nurses anyway and they
16 decide them self whether they need to follow up
17 with me.  So some if they do, then they will --
18 I'll see them within 24 hours.
19     Q.   The nurses decide whether there needs
20 to be follow-up with you?
21     A.   Yeah.
22     Q.   Okay.  And for the other ten to 15
23 hours per week, what other responsibilities do
24 you have?
25     A.   Well, I got -- I have paperwork to

Page 69

1 do, and lab -- and putting the lab on the
2 computer, what they call non-formulary lab.  I
3 have to get the okay from Pittsburgh for certain
4 tests that I order, and basically then they have
5 all kinds of other things in correctional, and
6 that you have to do anyway, and which has nothing
7 to do with their healthcare anyway.  It's all
8 their rules and regulations you have to follow.
9      Q.   So can you give me an example?
10     A.   Well, you know, things like if they
11 got an issue, they're always watching whether
12 you're closing the door, when you -- if there's
13 nobody in your -- seeing the patient in the
14 office and make sure you close your door, and
15 turn the light off when you're not working in
16 your office, and it's basically that, and that's
17 basically it.  You know.  It's just -- has
18 nothing to do with healthcare anyway.
19     Q.   So for the ten to 15 hours a week
20 that you're not seeing patients, you mentioned
21 paperwork, you mentioned inputting tests, labs, I
22 think you said.
23     A.   Uh-huh.
24     Q.   And you mentioned other
25 responsibilities.  So I just want to make sure I

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 70

1  understand what all of those responsibilities
2  are.
3         A.    Sometimes you have to --
4         Q.    Let's start with --
5         A.    You got to write scripts, and again I
6  have to call pharmacy for certain medications,
7  and that's what we call non-formulary, and they
8  have to approve that, and that's kind of
9  time-consuming, and the -- and then the -- if
10 there's any lab that needs to be put on the
11 computer for Pittsburgh to approve, we do that,
12 and every Wednesday we have collegial.  That
13 takes about two to three hours.  And presenting
14 patients that needs tests to be done, and/or that
15 need to exotic type of lab work or whatever.
16        Q.    So when you use the word
17 non-formulary, I understand that to have a
18 certain meaning that's opposite of formulary, and
19 I just want to make sure we're talking about the
20 same thing as --
21        A.    Yeah.  Go ahead.
22        Q.    -- can you describe what formulary
23 and non-formulary are?
24        A.    Formulary is regular drug we use
25 every day, like aspirin and NSAID, but if it's

Page 71

1  something that we don't use normally, you have to
2  put that in for the pharmacy, Boswell Pharmacy to
3  approve it or they will call me and ask me why am
4  I ordering this, and the -- more so they would
5  approve it anyway, but you have to go that route.
6         Q.    So --
7         A.    Some of these drugs are expensive.
8  That's the reason.
9         Q.    So does non-formulary mean those
10 drugs that you need to seek someone else's
11 approval to prescribe?
12        A.    I prescribe it.  They approve it.
13        Q.    Okay.  So non-formulary means someone
14 else has to approve if you prescribe it?
15        A.    Right.  And if they -- you -- not
16 usually but rarely we have to talk to Pittsburgh
17 to get the okay and the approval.
18        Q.    And if it's not approved, then the
19 patient does not receive the non-formulary drug,
20 correct?
21        A.    We have an alternative drug that's on
22 the formulary.
23        Q.    So a formulary means the drugs that
24 you have the authority to prescribe and then the
25 patients will receive it without additional

Page 72

1  approval, correct?
2         A.    That's correct.
3         Q.    And formulary and non-formulary also
4  describe lab tests, correct?
5         A.    Yeah.  You know, non-formulary
6  basically there are drugs that the -- basically
7  expensive.  That's what it is.  And the -- and
8  that's one thing, and two, it's available.
9  Boswell Pharmacy has it.  If they don't have it,
10 they will suggest something else.  If I'm okay
11 with it, I say okay.
12        Q.    Can anybody in Wexford management
13 overrule a decision you make on a formulary
14 prescription?
15              MR. RUPCICH:  Object to the form.
16 Foundation.  If you can answer, go ahead.
17        A.    I have to answer this?
18              MR. RUPCICH:  Yeah.  You can answer
19 it.
20        A.    Okay.  Well, anyway, as far as I
21 know, the drugs-wise, nobody has ever questioned
22 me why am I using a drug.  Except, you know, I
23 have to fill out the form and send it to Boswell
24 Pharmacy.  They tell me whether they have it or
25 they don't want to approve it because it's too

Page 73

1  expensive.
2         Q.    So when you write a prescription do
3  you know off the top of your head whether the
4  drug you're prescribing is formulary or
5  non-formulary?
6         A.    Well, we have a list of drugs.
7  That's what I look at before I go order it.
8  Basically we know what's non-formulary anyway,
9  but we -- but basically we have a -- two sheets,
10 one formulary, non-formulary.  So I have to look
11 it up and see which one we approve.
12        Q.    And so when it's a non-formulary
13 drug, you know that it has to be approved by
14 someone else before your patient will receive it,
15 correct?
16        A.    Correct.
17        Q.    But if it's formulary, does it also
18 have to be approved by someone else before your
19 patient will receive it?
20        A.    No.
21        Q.    Do you know of any instances where
22 you have prescribed a formulary drug and your
23 patient has not received it?
24        A.    Well, it does happen sometimes
25 because they have to order it.  Takes two to

ABDUR NAWOOR, M.D.                          December 03, 2018

---

Page 74

1 three days sometimes to get it.
2     Q.    Are you aware of any time when
3 somebody overruled your prescription for a
4 formulary drug?
5     A.    No, not aware of that.
6     Q.    Okay.  Are you aware at any time when
7 you ordered a formulary lab test and the lab test
8 was not performed because somebody else said it
9 should not be?
10     A.    Formulary lab, no.
11     Q.    Correct.
12     A.    Usually goes through no problem.
13     Q.    Okay.  I'd like to direct your
14 attention to what's been marked as Bates number
15 8, and I'm going to have this marked as Exhibit
16 2.  It's just this single page, Bates number 8.
17 Let me know when you're looking at page number 8,
18 please.
19     A.    Yeah.
20     Q.    What is this document?
21     A.    It's a -- something you have to sign,
22 the Training and Program Development Department
23 in Pittsburgh, by email or scan.  It's a -- I
24 certified I've completed it, the medical
25 director.  Yeah, it's just saying that I have

---

Page 75

1 completed a New Medical Director Transition Plan.
2     Q.    Have you seen this document before,
3 Doctor?
4     A.    Yeah.
5     Q.    And I see that it's not your name
6 that's signed on here.  It looks like Shawn
7 Coates.  Who is Shawn Coates?
8     A.    She works for Wexford.  That's all I
9 know.
10     Q.    Does she work for Wexford in
11 Pittsburgh?
12     A.    Yeah.  She -- yeah, it could be
13 Pittsburgh or somewhere else, but I'm not quite
14 sure where it's all in Pittsburgh.
15     Q.    To your knowledge Shawn Coates does
16 not work in Taylorville, Illinois, correct?
17     A.    Yeah.
18     Q.    Can you explain what a New Medical
19 Director Transition Plan is?
20     A.    The -- it's just make sure that you
21 put in there and you're complying with all the
22 rules and regulations that they have here.
23 That's basically what it means, from the
24 correctional point of view, and it has nothing to
25 do with healthcare.  Like I said before, you

---

Page 76

1 know, make sure you turn the light out, you close
2 the door when you leave, don't leave patient in
3 the room by them self, and that's basically it.
4     Q.    So is it your testimony that a New
5 Medical Director Transition Plan does not have
6 anything to do with continuity of healthcare?
7     A.    I -- very little, if any.  I mean
8 I've never been questioned about, you know, the
9 way I treat patient or what I'm using or not
10 using.
11     Q.    What was your role, if any, in
12 preparing this certification?
13     A.    Really basically they asking me
14 question about, you know, thing we talked about,
15 and I said yeah, I'm doing what the rules and
16 regulations wants me to do, yeah.
17     Q.    This is a document -- Exhibit 2 Bates
18 8, this is a document that certifies or confirms
19 completion of a plan.  Is there a separate
20 document that contains the transition plan?
21     A.    Not that I'm aware of.
22     Q.    So you have never seen a New Medical
23 Director Transition Plan; is that right?
24     A.    I don't think so.
25     Q.    And it's your testimony that the

---

Page 77

1 purpose of a New Medical Director Transition Plan
2 is to make sure that you're complying with
3 Corrections-related regulations; is that right?
4     A.    Yeah, basically, yeah.
5     Q.    Okay.  I'd like to look next at Bates
6 20, please, and I'll mark this for the record as
7 Exhibit 3.  Please let me know when you're also
8 looking at Bates 20.
9     A.    Uh-huh.
10     Q.    Have you seen this document before?
11     A.    Yeah.
12     Q.    What is it?
13     A.    Okay.  It's an employment, you know
14 handbook and about things you're supposed to do
15 and not do, and -- basically.
16     Q.    So to be clear, Exhibit 3 Bates 8 is
17 not a handbook itself, right?  It's just one
18 page.
19     A.    Right.  I didn't see any handbook.
20     Q.    So did you receive an employee
21 handbook?
22     A.    Yeah, I have it in my office, yeah.
23     Q.    And what is -- what is the employee
24 handbook?  What -- what subject matters does the
25 employee handbook cover?

---

ABDUR NAWOOR, M.D.                                      December 03, 2018

---

Page 78

1    A.    Well, it covered a lot of things.
2  You know, drugs, and what you're supposed to do
3  and not do, like -- like I say again, leaving
4  lights on and don't close the door when you leave
5  the office, you know, that kind of thing.  Other
6  thing is if you're doing any kind of procedure,
7  you're not supposed to leave things in the
8  office, and -- that's the nurse's job not to
9  leave, but I want to make sure they do that, and
10 any scissors or scalpel or whatever.
11    Q.    Does the employee handbook cover
12 things like formulary versus non-formulary,
13 medications and tests?
14    A.    Yeah, they -- yes, they do have that,
15 but, like I said, they got two sheets.  One says
16 formulary, one says non-formulary.  It's up to me
17 to look at it and see which one is non-formulary.
18    Q.    Does the employee handbook set out
19 expectations for participation in collegial
20 review?
21    A.    Yes, and the -- again, yeah, there we
22 would discuss that, what's available, what's not
23 available, what's, you know, as far as tests, lab
24 or whatever.
25    Q.    Does the employee handbook cover

---

Page 79

1  things or cover the topic of employee
2  evaluations?
3    A.    Yes, it does, and --
4    Q.    Does it cover -- I'm sorry.  Go
5  ahead.
6    A.    Well, I'm listening.  Go ahead.
7    Q.    Okay.  Does the employee handbook
8  cover the subject matter of employee discipline?
9    A.    Yes, it does, yes, and -- and if you
10 do something wrong, they'll warn you, and if you
11 keep doing it, then -- then they may, you know,
12 stop you from working here, you know.  End up
13 you're unemployed.
14    Q.    Does the employee handbook cover the
15 subject of termination of employment?
16    A.    Yes.
17    Q.    Are there other lesser employment
18 consequences short of termination like suspension
19 with or without pay?
20    A.    Yes, they discipline you, they don't
21 pay you for X number of days or whatever, so that
22 kind of stuff.
23    Q.    As part of your pay do you receive
24 bonuses?
25    A.    The only time I know you receive

---

Page 80

1  bonuses is when you recruit another doctor to
2  work for Wexford.
3    Q.    So there are no annual
4  performance-based bonuses?
5    A.    Not that I know of.
6    Q.    Okay.  And you said you have a copy
7  of the employee handbook in your office there; is
8  that right?
9    A.    Uh-huh.  Correct.
10    Q.    Has there been a new addition of the
11 employee handbook since you first signed this
12 receipt in December of 2015?
13    A.    Not that I'm aware of.  I'm not aware
14 of it.
15    Q.    Okay.  I'd like to look next at Bates
16 page No. 23, which I'll mark as Exhibit 4.  Let
17 me know when you're looking at that page with me.
18    A.    Yes.
19    Q.    Have you seen this document before?
20    A.    Yeah, uh-huh.  Yes.
21    Q.    What is this document?
22    A.    It's, you know, your license to
23 practice, and for using -- prescribing drugs,
24 your license.
25    Q.    And it's issued by the Drug

---

Page 81

1  Enforcement Administration in Washington DC; is
2  that right?
3    A.    Right.
4    Q.    And it's issued to you although it
5  says Graham Correctional Center, correct?
6    A.    Yeah.
7    Q.    And it says that it was issued on
8  10/19/2015.  That's October 19 of 2015.  Do you
9  see that?
10    A.    Uh-huh.  Right.
11    Q.    At that time you had not yet begun
12 work at Wexford, correct?
13    A.    Right.  You had to have that to work.
14    Q.    It's your testimony --
15    A.    Yeah, I couldn't start work until I
16 get this, yeah.
17    Q.    Okay.  And so you obtained this
18 DEA registration certificate --
19    A.    Right.
20    Q.    -- in anticipation of employment with
21 Wexford; is that right?
22    A.    Yeah.  Yeah.  They told me that.  I
23 couldn't start until you get these up to date.
24    Q.    Okay.  And it looks like it cost $731
25 to be certified; is that right?

---

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 82

1    A.    Right.  Right.
2        Q.    Did you pay that out of pocket?
3    A.    I did.  The -- yes, I did.
4        Q.    And were you reimbursed for any or
5    all of that?
6    A.    I -- not that I'm aware of.
7        Q.    I don't have any more questions about
8    that document.  The next one I'd like to look at
9    is Bates page 25, and I'll mark this as Exhibit
10   5.  Let me know when you're looking at the same
11   page as me.
12   A.    Yeah.
13       Q.    Okay.  Have you seen this document
14   before?
15   A.    Yeah.  I signed it.  Yeah.
16       Q.    What is this document?
17   A.    It's just an Affirmation Statement,
18   basically -- Business Code of Conduct, and that's
19   basically what it is.
20       Q.    What's the Business Code of Conduct
21   it refers to?
22   A.    That you, you know, just follow the
23   rules and regulation, and basically treat the
24   employees and nurses especially appropriately,
25   and so, like I said before, you make sure you

Page 83

1    close the door, turn the light off, and don't
2    leave a scalpel in the room after you're done
3    with it.
4        Q.    Is the Business Code of Conduct the
5    same as the employee handbook?
6    A.    Anger?  Is that what you said?
7        Q.    No, let me repeat my question.  I'm
8    sorry.
9    A.    Yeah.
10       Q.    My question is is the Business Code
11   of Conduct here on Exhibit 5 the same as the
12   employee handbook we discussed earlier?
13   A.    Yeah.
14       Q.    So they're the same document?
15   A.    Well, not the same, but it's
16   basically close to.
17       Q.    Does the Business Code of Conduct and
18   the employee handbook, do they cover exactly the
19   same subject matter?
20       MR. RUPCICH:  Object to the
21   foundation.
22   A.    In general --
23       MR. RUPCICH:  Go ahead if you can
24   answer.
25   BY MR. STROM:

Page 84

1        Q.    What subject matter would be
2    contained in the Business Code of Conduct that
3    would not be contained in the employee handbook,
4    if you know?
5        MR. RUPCICH:  Same objection.
6    Foundation.
7    BY MR. STROM:
8        Q.    Dr. Nawoor, you may answer that
9    question.
10   A.    Okay.  What's in this and not in the
11   other?  Okay.  Well, basically I mean, like I
12   said, it's the way you treat the others, and
13   follow the rules and regulation.  That's
14   basically it, and for that matter the way you
15   dress, and the language you use, and sexual
16   harassment type of thing.
17       Q.    Does the Business Code of Conduct
18   include standards of medical care?
19   A.    It does, yeah, and -- yes, it should.
20       Q.    Does the employee handbook cover
21   standards of medical care?
22   A.    Yes, they do.  Yeah.
23       Q.    What's your understanding behind or
24   about the purpose behind these two different
25   documents?  Why are there two of them?

Page 85

1        MR. RUPCICH:  Object to the
2    foundation.
3    A.    I think they -- as far as I'm
4    concerned they're more or less the same.  They
5    overlap of -- they repeat a lot of things here.
6    And I think they are more or less the same as far
7    as I can tell.
8        Q.    Okay.  I'd like to look next at Bates
9    page 26.  I'll mark this as Exhibit No. 6.  Once
10   again looking at page 26 Exhibit 26, Dr. Nawoor,
11   have you seen this before?
12   A.    Yes, I signed it anyway.
13       Q.    What is it?
14   A.    It's a thing regarding refusal, and
15   for hepatitis B vaccination records, and if
16   patients refuse, they have to sign the paper for
17   that.
18       Q.    And what is it that you refused?
19   A.    What's that?  What they refused?
20       MR. RUPCICH:  You.
21   BY MR. STROM:
22       Q.    What did you refuse?
23   A.    Well, the vaccination and a blood
24   test and things like that, and medication.
25       Q.    And why did you refuse hepatitis B

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 86

1  vaccination?
2       A.    Because I've never been exposed to
3  it.  That's why.
4       Q.    Okay.  I'd like to look next, please,
5  at Bates 53.  I'll mark Bates 53 as Exhibit 7,
6  and please let me know when you're looking at
7  Bates 53 Exhibit 7 if you recognize this
8  document.
9       A.    Yeah, it's a Personnel Action Form,
10 yeah.
11            MR. RUPCICH:  Have you seen this
12 before?
13       A.    Yeah.
14 BY MR. STROM:
15       Q.    What's a Personnel Action Form, Dr.
16 Nawoor?
17            MR. RUPCICH:  Object to the
18 foundation.
19       A.    Just that whatever you do wrong, that
20 they have the right to question.
21 BY MR. STROM:
22       Q.    Okay.  Have you seen this Personnel
23 Action Form before, Dr. Nawoor?
24       A.    Yeah.
25       Q.    And you see in the upper right-hand

Page 87

1  corner it says the effective date is 12/4/16?
2       A.    Yeah.
3       Q.    That's about one year after you began
4  your employment with Wexford, correct?
5       A.    Right.  Unfortunately.
6       Q.    So what's your understanding of what
7  this Personnel Action Form -- what the purpose of
8  this Personnel Action Form is?
9       A.    They were just talking about my
10 salary, there was no change in it.
11       Q.    And do you receive an evaluation for
12 a salary increase on a yearly basis?
13       A.    Not that I'm aware of.
14       Q.    Were you aware at the time that you
15 were being evaluated in December of 2016 for a
16 salary increase?
17       A.    Yeah, I was aware of it, but I --
18 nobody ever asked me any questions about it, and
19 -- and obviously they didn't find anything wrong,
20 and to increase or decrease whatever if --
21       Q.    Are you aware of any other times that
22 you have been evaluated for a pay increase?
23       A.    Frankly I'm not aware, and -- no.
24       Q.    Okay.  I'd like to look next, please,
25 at Bates 54, which I'll mark as Exhibit 8, and

Page 88

1  once you're on Bates 54 Exhibit 8, please let me
2  know if you recognize this document.
3       A.    Yeah.
4       Q.    What is Exhibit 8?
5       A.    This is how you work five days a week
6  and you're off on weekends.
7       Q.    Okay.  So at the top it says Illinois
8  Schedule Assignment Form.  Do you see that?
9       A.    Uh-huh, right.
10       Q.    And so it's your testimony that
11 Exhibit 8 here provides for your five-day-a-week
12 and weekends off working schedule; is that right?
13       A.    Right.
14       Q.    And if you look at the bottom do you
15 see the section that says Approval Signatures?
16       A.    Yeah.
17       Q.    And here at the bottom of Exhibit 8
18 do you see where it says Kathy Galvin's name?
19       A.    Yes.
20       Q.    Who is Kathy Galvin?
21       A.    She was the director of nursing.
22       Q.    And you say.  When was Kathy
23 Galvin director of nursing?
24       A.    It was up until recently, and this is
25 December.  I think she left somewhere in November

Page 89

1  or somewhere around there of this year.
2       Q.    And it appears that Kathy Galvin was
3  employed at Wexford on 12/2/15 based on the
4  signatures there, which is about when you started
5  working there, correct?
6       A.    Yeah, initially, yeah.
7       Q.    Do you see where underneath her
8  printed name it says Site Scheduler?
9       A.    Where?  Yeah.  Yeah.  He scheduled
10 the nurses.  That's what he does.  Has nothing to
11 do with --
12       Q.    What is a site scheduler?
13       A.    Well, they -- the director of nursing
14 is for nurses, not for me.
15       Q.    Okay.  So what does a site scheduler
16 do for nurses?
17       A.    Well, you just schedule them -- when
18 they're working, what time they're working, if
19 you have shortages of nurses, you get other
20 nurses to fill in, and that's what she does.
21       Q.    Is the site scheduler responsible for
22 scheduling patients' treatment?
23       A.    Not really.  And the -- in a sense,
24 yes.  Yes, she does.  She has something to say
25 anyway, but most of it is done by other nurses,

ABDUR NAWOOR, M.D.                        December 03, 2018

Page 90

1 and then she oversees it.
2      Q.    Okay.  I'm not sure that I understood
3 that.  So I just want to make sure I'm clear.
4 Kathy Galvin as a site scheduler, is she
5 responsible for scheduling patient appointments?
6      A.    Basically yes, but most of the time
7 the nurses will do the -- schedule the patient,
8 and then she will look at it and say whether we
9 should see this patient or not.  She just
10 oversees it.  That's what she does.
11      Q.    Is she responsible for deciding
12 whether a patient should see a nurse or a doctor?
13      A.    Not that I'm aware of, you know.  I
14 made that decision to see a patient, and, now
15 again I told you before, the sick call, whoever
16 sees the patient, they make the decision whether
17 I should see the patient or not, and they would
18 put down follow up with MD, medical director.
19      Q.    So the nurse who sees a patient at
20 sick call is supervised by Kathy Galvin or was
21 supervised by Kathy Galvin; is that correct?
22      A.    In a sense, yes.  She looks at it and
23 she can override what they decide anyway, and
24 yeah, she does that.
25      Q.    You said before she is not

Page 91

1 responsible for scheduling you; is that correct?
2      A.    Yeah, as far as I know.  I mean not
3 my schedule.  I work every day, and if I decide
4 to take a vacation, I fill out a form, and she --
5 she has to sign it too, and besides Wexford.
6      Q.    Do you know why Kathy Galvin signed
7 this in the approval signature's block?
8      A.    Why did she sign it?  I suppose, you
9 know, she's name -- she's the site scheduler.
10 That's why she signed it.
11      Q.    I guess that's really not her
12 signature I see now.  Now that I looked at it, it
13 looks like Shawn Coates signed it, didn't she?
14      A.    Shawn Coates is a manager.  Shawn
15 Coates I think it is -- it should be.
16      Q.    Oh, I see.  Okay.  So this is Shawn
17 Gates here?
18      A.    Uh-huh.
19      MR. RUPCICH:  Coates.
20      A.    Coates, yes.  I think she's gone too.
21 She's not here anymore.
22 BY MR. STROM:
23      Q.    Was Shawn Coates your manager?
24      A.    Yes, she -- yes, she does -- I mean
25 if you does anything wrong -- if I did anything

Page 92

1 wrong, she would let me know as far as --
2      Q.    And she was -- I'm sorry.  Go ahead.
3      A.    It's not anything to do with
4 healthcare but anything to do with rules and
5 regulation at Corrections.
6      Q.    Was Shawn Coates an employee of
7 Wexford?
8      A.    Yes.
9      Q.    And was she located at the
10 Taylorville Correctional Center?
11      A.    No.  She -- I'm not quite sure where
12 she worked, but I don't think she was in
13 Pittsburgh either.  She was somewhere else, but
14 I'm not quite sure what --
15      Q.    And you said her job was to correct
16 you if you didn't follow Correctional rules; is
17 that right?
18      A.    Not only me, anybody else working
19 there, if there's a question of conduct or
20 whether -- you know, as I said before, leaving
21 lights on, don't close the door behind you,
22 and -- I mean lock the door, and things like
23 that, you know.  No leaving scalpel or scissors
24 anywhere.
25      Q.    And Shawn Coates was not working at

Page 93

1 Taylorville Correctional Center, that's your
2 testimony, correct?
3      A.    Not that I'm aware of.
4      Q.    How would Shawn Coates know if you
5 turned the light off or if you closed, locked the
6 door?
7      A.    Well, the officer that's there will
8 sometimes and even the other worker -- the other
9 employee, I think they're supposed to do that,
10 and if I did something wrong, like not closing
11 the door, they can report me to the officer,
12 so --
13      Q.    Okay.  Here on Exhibit 8, the
14 Illinois Schedule Assignment Form, do you know
15 why Kathy Galvin was supposed to give approval of
16 your assignment to Taylorville?
17      A.    I wasn't aware of that.  All I know
18 is people in Pittsburgh are supposed to do that,
19 but I'm not -- the -- part of it I think is to --
20 I guess she was seeing how I was dealing with
21 patient or treating patient and being on-site
22 there, and I think that's probably the -- they
23 used her to assess.
24      Q.    Do you know why Kathy Galvin would
25 have signed an approval form for the dates that

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 94

1  you work like full-time with every weekend off?
2      A.    Why?  I'm not sure.  You got to ask
3  her.  I don't know.
4      Q.    Okay.  I want to look next at Bates
5  pages 55 through 59.  55 says at the top
6  Performance Appraisal Form, and it looks like the
7  entire form runs Bates 55 through 59.  So
8  together I'd like to call those five pages
9  Exhibit 9.  Please let me know after you've had a
10  chance to look at those five pages, 55 through
11  59, and let me know whether you recognize this
12  document.
13      A.    Yeah.  It's a form that's again just
14  to assess and to see if I meet expectation and/or
15  exceed expectation.
16      Q.    Have you seen this Performance
17  Appraisal Form Exhibit 9 before?
18      A.    Yeah.
19      Q.    Do you recall when you saw Exhibit 9
20  last?
21      A.    Yes.  I signed it.
22      Q.    You say that you signed it.  So is it
23  your testimony you last saw it on December 23,
24  2016, as reflected page on Bates 59 of Exhibit 9?
25      A.    Yes, I signed it, and it was true --

Page 95

1  and again Shawn Coates and Dr. Matticks.
2      Q.    And who is Dr. Matticks?
3      A.    He's the regional director.
4      Q.    And when it says that Dr. Matticks is
5  next level manager, does that mean that
6  Dr. Matticks is manager to Shawn Coates?
7      A.    Yes.  Yes.
8      Q.    Is Shawn Coates a medical
9  professional?
10      A.    No -- well, she was a nurse, as far
11  as I know.
12      Q.    Okay.  So I'd like to direct your
13  attention to Exhibit 9, Bates page 55.  Do you
14  see where it says the evaluation period is from
15  12/2/2015 to 12/2/2016 at the top?
16      A.    Uh-huh.  Right.
17      Q.    So you agree this is your performance
18  appraisal for your first year working at Wexford?
19      A.    Yeah.
20      Q.    Okay.  And below that there is a
21  section with ratings and categories and
22  definitions.  Do you see that?
23      A.    Yeah.
24      Q.    Do you see that there were four
25  different ratings?

Page 96

1      A.    Uh-huh.
2      Q.    DM?
3      A.    Yeah.
4      Q.    And DM means does not meet
5  expectations?
6      A.    Yeah.
7      Q.    ME means meet expectations?
8      A.    Yes, as far as I know.
9            MR. RUPCICH:  He's just asking if ME
10  means meets expectations.
11      A.    Yeah, I see that, yeah.
12  BY MR. STROM:
13      Q.    Okay.  And EE means exceeds
14  expectations?
15      A.    Right.
16      Q.    And then FE means far exceeds
17  expectations, correct?
18      A.    Right.
19      Q.    And would you agree with me that DM
20  is the low end of that scale and FE is the high
21  end of that scale?
22      A.    Yeah.
23      Q.    Okay.  So looking directly below that
24  there's a section on quality of work.  Do you see
25  that?

Page 97

1      A.    Uh-huh.
2      Q.    And do you see where there is a box
3  for employee rating marked ME for meets
4  expectations on Exhibit 9 page 55?
5      A.    Right.  I see that.
6      Q.    And do you see below that -- do you
7  see below that where there is a spot for
8  supervisor rating marked ME for meets
9  expectations?
10      A.    Right.
11      Q.    Okay.  And do you see where there are
12  supporting comments for both the employee and the
13  supervisor for quality of work?
14      A.    Yeah.  Well, that's related again not
15  to healthcare.  As far as I know.  It's just that
16  after being in private practice for 40, 50 years,
17  I had to adjust to the correctional rules and
18  regulations and all of that, and that's what
19  they're talking about.
20      Q.    When you say that's what they're
21  talking about, what do you mean?
22      A.    I mean about, you know -- again go
23  back to that, leaving lights on, don't close the
24  door, or leaving instrument in the room after you
25  use it, things like that.

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 98

1      Q.      So for quality of work here, your
2  understanding is that this evaluation has to do
3  with meeting correctional standards; is that
4  right?
5      A.      That's right, yes.
6      Q.      And -- okay.  I see where you have
7  written, "I usually take a good history and do
8  appropriate physical on patients."
9      A.      Right.
10     Q.      Do you see that?
11     A.      I see that.
12     Q.      Does that comment -- first of all,
13  did you write that comment?
14     A.      That's my handwriting.  That's --
15     Q.      But it's typed.  Do you recall
16  whether you typed in that comment?
17     A.      I may have, but I don't remember.  I
18  mean if it was -- if this was typed if it was, I
19  probably typed it, but I usually -- if I wrote
20  that, it wouldn't be that good.
21     Q.      Okay.  So you don't remember whether
22  you wrote this supporting comments or not?
23     A.      Not -- I don't quite remember that.
24  I probably did, but -- whatever it --
25     Q.      Do you agree that the comment, "I

Page 99

1  usually take a good history and do appropriate
2  physical on patients," relates to the quality of
3  healthcare?
4      A.      Yes.
5      Q.      Okay.  And then below that do you see
6  where it says supervisor's supporting comments?
7      A.      Uh-huh.
8      Q.      Statement there is Dr. Nawoor is
9  showing improvement in his quality of work as he
10  is becoming more familiar with correctional work?
11     A.      Right.
12     Q.      Do you see that?
13     A.      I see that.  And basically --
14             MR. RUPCICH:  He's just asking if you
15  see it.
16     A.      I do.  I did see it.  I do see it.
17  BY MR. STROM:
18     Q.      And it's your testimony that that
19  comment relates to following correctional
20  regulations; is that right?
21     A.      Exactly.  Has nothing to do with
22  healthcare as far as I'm concerned.
23     Q.      Did you receive any feedback during
24  your first year at Wexford on the quality -- on
25  your quality of work as it relates to healthcare?

Page 100

1      A.      Verbally, yes.
2      Q.      Okay.  And so it's not reflected in
3  this Exhibit 9 Performance Appraisal Form, at
4  least in the portions we've looked at so far; is
5  that your testimony?
6      A.      Uh-huh.
7             MR. RUPCICH:  Object to the form.
8  The document speaks for itself.  He's not an HR
9  person.
10  BY MR. STROM:
11     Q.      Dr. Nawoor, you can answer that
12  question.
13     A.      What was your question?  Would I
14  agree with that comment?
15             MR. RUPCICH:  Why don't you -- can we
16  have the question read back.
17             MR. STROM:  Absolutely.  That's what
18  I was going to ask.
19             (Whereupon the requested portion of
20  the record was read by the court reporter.)
21     A.      Yes, the comment made there by -- was
22  supervisor rating.
23             MR. RUPCICH:  Let's -- I'm going to
24  have him read this.  If we're going to be
25  quizzing him on what's in this document, he's

Page 101

1  going to have to take time to read this entire
2  performance evaluation.  So we -- do you want to
3  sit here while he does it, or do you want to take
4  a break?
5             MR. STROM:  I'm sorry.  I just want
6  to -- maybe I can cut to the chase a little bit.
7  I'm not here intending to quiz Dr. Nawoor about
8  the contents of the document.  I want to
9  understand his -- the effects that receiving this
10  document had on him.  So that's why I'm asking
11  him about his understanding of what the comments
12  mean.
13     A.      It's -- as far as I know, nobody had
14  ever had any problem with the way I treat patient
15  medically, and I did have problem with the rules
16  and regulations initially, and there's no
17  question about that, and so that's what they were
18  making comment about that, and so this is a
19  different place as far as compared to the working
20  in the world.  It's a hundred percent different.
21  I didn't have all these rules and regulations in
22  the real world.  Yeah, I mean --
23  BY MR. STROM:
24     Q.      So it's your understanding --
25     A.      Go ahead.

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 102

1     Q.    I was just going to ask.  So it's
2  your understanding that the comments on quality
3  of work in this evaluation relate to correctional
4  standards and rules?
5     A.    Yes.
6     Q.    That's your understanding?
7     A.    Yes.
8     Q.    Okay.  You just testified that you
9  had problems at first.  Is that your testimony?
10    A.    Yeah, I did.  You know, I had to
11 follow the rules and regulations because, you
12 know, I worked for 50 years in private practice,
13 and if I go see a patient in a room, I don't
14 necessarily have to close the door, you know.  I
15 mean this is different here.  You not only have
16 to close the door, you have to lock the door.
17    Q.    And so can you describe what those
18 problems were?
19    A.    I just mentioned one of them there.
20 Closing door behind and not leaving lights in my
21 office when I leave the office and leaving the
22 scalpel and this and that after I'm finished
23 using it.  Again that's not my job.  It's the job
24 of the nurses to make this -- take that away from
25 the room, but I do tell them if they forget, and

Page 103

1  that's basically it really.  I mean the one other
2  thing is the -- is if you're talking on the phone
3  and an inmate asks you Doc, can I talk to whoever
4  is on the phone, you're not supposed to do that.
5  Some of these things the regulations here and
6  there, you have to get used to.  You can't
7  just start working here and knowing this whole
8  thing right away.
9     Q.    Looking at the next section where it
10 says job knowledge.  Do you see that section?
11    A.    Yeah.  Okay.
12    Q.    Do you see where there is an employee
13 rating and a supervisor rating both marked ME for
14 meets expectations?
15    A.    Yeah, I see that here.
16    Q.    Do you see the comment under
17 employee's supporting comments, "I usually
18 prescribe up-to-date treatment"?
19    A.    Yes.  I see that.
20    Q.    Did you write that comment?
21    A.    I probably did.  Again I typed it
22 more likely, not write it.
23    Q.    And you agree that that is a comment
24 reflecting on the quality of healthcare that you
25 were providing?

Page 104

1     A.    Right.  I usually make sure, you
2  know, and I don't know if up to date -- every day
3  or I get a chance if I'm not busy.
4     Q.    And then do you see the supervisor's
5  supporting comment under job knowledge?  Do you
6  see that section?
7     A.    Uh-huh.
8     Q.    I'm going to read that supporting
9  comment there, and then I'm going to ask you a
10 question about your understanding of the comment.
11    A.    Right.
12    Q.    It says, Dr. Nawoor is becoming more
13 familiar with his role as medical director.  Dr.
14 Nawoor still has room for improvement, but his
15 clinical skills are excellent.
16    A.    Uh-huh.
17    Q.    I want to take that one piece at a
18 time.
19    A.    Uh-huh.
20    Q.    Dr. Nawoor's becoming more familiar
21 with his role as medical director.
22    A.    Right.
23    Q.    What's your understanding of what
24 that means?
25    A.    My understanding is to make sure that

Page 105

1  I educate the nurses, make sure they're doing
2  things right, and that the -- basically that --
3  and that they follow the rules and regulations,
4  and, like I said before, it took me sometimes to
5  get used to that, you know.  When I was in
6  private practice, I was the boss.  Again I could
7  do anything, make my own rules and regulation.  I
8  don't have to close the door behind me, you know.
9  So here you have to -- it's part of the
10 correctional system.  So -- and now I do it.
11 So --
12    Q.    That comment that we just read about
13 becoming more familiar with your role as medical
14 director --
15    A.    Right.
16    Q.    -- do you understand that comment to
17 have any significance for your work as a primary
18 care provider?
19    A.    Right.  And I mean basically what
20 they tried to get at is make sure that everything
21 is done properly as from a medical standpoint.
22 And that they --
23    Q.    So it's your understanding that that
24 first sentence about your role as a medical
25 director relates to both correctional regulations

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 106

1 and your provision of primary care --
2      A.   Right.
3      Q.   -- your provision of primary care.
4 Is that your testimony?
5      A.   Right.  And, like I say, when I left
6 the world to work here, and basically I know I
7 was here to see patients and treat them, and I
8 wasn't very attuned to all the rules and
9 regulations that Corrections has.  I never worked
10 in Corrections.
11      Q.   Okay.  So what's your understanding
12 about that comment?  Is it about your work as a
13 doctor, or is it about your work as --
14      A.   No.
15      Q.   -- as an employee in a correctional
16 setting, or is it both?
17      A.   No -- yeah, make it clear then, my
18 clinical skills is excellent.  That's what I --
19 you know, that's what the doctor does.  You know,
20 as long as I treat the patients right and it
21 shouldn't be -- I mean I need to follow the other
22 stuff.  There's no question about it.  It's
23 just -- that's what they want.  You have to.  You
24 have no choice.
25      Q.   So looking at that part you just drew

Page 107

1 attention to -- the final comment on Bates 55,
2 the supporting comments for job knowledge rating
3 of meets expectations, Exhibit 9.
4      A.   Uh-huh.
5      Q.   You mentioned clinical skills are
6 excellent.  Would you agree that that is a
7 comment about your provision of primary care?
8      A.   Yeah.  I agree with that.
9      Q.   Okay.  Would you agree that that is
10 not a comment about your ability to follow
11 correctional regulations?
12      A.   Not necessarily.  I mean the -- I
13 don't think so, and they aren't --
14      Q.   Okay.
15      A.   -- pointing to anything severe, and I
16 follow and I am now.  I don't have any problem at
17 all now.
18      Q.   Okay.  We looked at the first
19 statement about becoming more familiar with your
20 role as medical director.  We looked at the third
21 statement about your clinical skills are
22 excellent.  I want to talk about the second
23 statement that reads, "Dr. Nawoor still has room
24 for improvement."
25      A.   Yeah, in regard --

Page 108

1      MR. RUPCICH:  He's just asking if you
2 see it.
3      A.   Yeah, I see it.
4 BY MR. STROM:
5      Q.   What's your understanding of what
6 that comment means?
7      A.   Well, basically what they're talking
8 about, the -- again the rules and regulations in
9 correctional that I need to follow.  Basically
10 that's all it is, you know, and, you know, make
11 sure you sign all the prescriptions, staff them,
12 and follow in the chart the -- I'm sure you're
13 aware about the SOAP stuff, you know, and the
14 subjective, the objective finding, and your plan
15 and all that, and I did that in private practice
16 anyway, but -- so all these improvement basically
17 is I was following these regulations here, and I
18 don't talk to the inmate, you know, and the
19 inmate is not supposed to talk to me anyway in
20 the waiting room, and I don't talk to them or
21 make comment about their treatment or whatever
22 else.
23      Q.   And so it's your understanding that
24 the comment, "Dr. Nawoor still has room for
25 improvement," does not relate to your clinical

Page 109

1 skills and your provision of primary care; is
2 that right?
3      A.   I don't think so.
4      MR. STROM:  Okay.  Dr. Nawoor, would
5 you like to take a break?
6      MR. RUPCICH:  Yeah, let's take a
7 break.  How long?
8      MR. STROM:  I'm fine with five
9 minutes again, Joe, unless you want some more.
10      MR. RUPCICH:  Okay.  No, that's fine.
11      MR. STROM:  Okay.
12      (Whereupon a break was taken.)
13 BY MR. STROM:
14      Q.   I'm looking still at Exhibit 9, and
15 now I'm looking at Bates page 56.  And the
16 section I'm looking at is in the top half of the
17 page where it says Organizational Skills.  Do you
18 see that?
19      A.   Uh-huh.
20      Q.   And again the employee rating and the
21 supervisor rating are both ME for meets
22 expectations.  Do you see that?
23      A.   Yeah.
24      Q.   And do you see where the employee's
25 supporting comment is, "I usually oversee what

ABDUR NAWOOR, M.D.                          December 03, 2018

Page 110

1  the nurses are doing"?
2      A.    Right.  I do that.
3      Q.    Did you write that?  Did you write
4  that comment?
5      A.    Yeah.  I -- yeah.
6      Q.    Okay.  And would you agree that
7  overseeing what the nurses are doing would relate
8  to providing primary care?
9      A.    Yes.
10          MR. RUPCICH:  Object to the form.
11     A.    Providing primary care can mean
12 making sure that all the prescriptions are
13 signed, stamped, and that they basically -- like
14 I said before, take a good history and physical,
15 and especially when I'm not here at night, and on
16 Saturday and Sunday, I depend on them to at least
17 examine the patient, take a good history, and
18 especially the young ones coming in, and some of
19 them are very good, some are not, and --
20     Q.    Do you see the section under
21 Organizational Skills --
22     A.    Uh-huh.
23     Q.    -- Exhibit 9 page 56, where it says
24 Supervisor's Supporting Comments?
25     A.    Yeah.

Page 111

1      Q.    I'm going to read what's written
2  there and I'm going to ask you what your --
3      A.    Yeah.
4      Q.    I'm going to ask you what's -- I'm
5  going to read it --
6      A.    Yeah.
7      Q.    I'm going to ask you what your --
8      A.    Yeah.  Yeah.
9      Q.    Dr. Nawoor, I don't have -- I don't
10 have a question pending right now.  Okay.  So I'm
11 going to read it, and I'm going to ask you my
12 question.
13     A.    Okay.  It says Dr. Nawoor --
14          MR. RUPCICH:  Doctor, hold on.  He
15 just wants you to wait.  He's going to read it
16 and --
17     A.    Okay.  Go ahead.
18          MR. RUPCICH:  Just relax.
19     A.    Okay.
20 BY MR. STROM:
21     Q.    Okay.  So it says, "With support from
22 the administration, Dr. Nawoor is becoming more
23 organized with his daily activities/duties."
24     A.    Uh-huh.
25     Q.    What does that comment mean to you?

Page 112

1      A.    Well, basically it's about, you know,
2  make sure that I write what I see, and then
3  they -- the physical exam and all that, and also
4  make sure sign the prescription and symptom, and
5  these are the kind of things they're talking
6  about, and also when you do see the patient in
7  the infirmary, make sure you write your note and
8  all that and sign all this stuff that needed to
9  be signed, and I could -- the night before if
10 they call me, I ordered something, I have to go
11 the next day sign it, and so when I first started
12 there in 2015, a lot of those things compared to
13 the real world is totally different because my
14 nurses used to sign things, do things, and the --
15 so that's what they're talking about there, and
16 so that's it, and they don't have to do that
17 anymore because I do everything anymore, and the
18 -- and they don't have to oversee on all these
19 things, and so it took me a long time, but I did
20 it, but again I'd done nothing to improve as far
21 as my healthcare skills.  I had 50 years of
22 practice.  That's a hell of a lot of years.
23     Q.    When it says, "witness support from
24 the administration," who does the administration
25 mean?

Page 113

1      A.    I mean -- I'm talking about the
2  Wexford and directors and whatever, and mostly
3  people in the Pittsburgh.  That's where
4  administration is.  Has nothing to do with
5  Correctional administration.
6      Q.    Did Wexford administration give you
7  feedback about the organization of your clinical
8  notes?
9      A.    Yeah, and --
10     Q.    What feedback did they give you about
11 your notes?
12     A.    About the only thing that they can
13 complain about is my handwriting, and that's
14 about it.  I doubt -- and the -- I had the same
15 problem in the world that I have here, and
16 believe it or not I used to get A in penmanship.
17 That's the -- that's when I write, but I write
18 faster, you know, I mean as a doctor, and most --
19 most doctors' handwritings, I can't even read the
20 other guys from the other different Corrections.
21     Q.    So I want to skip now down to still
22 looking at Exhibit 9 Bates page number 58.  At
23 the bottom of the page there is a section for
24 overall rating.  When you get there, please let
25 me know so that we can be on the same page.

ABDUR NAWOOR, M.D.                           December 03, 2018

---

Page 114

1      A.    Okay.  Yeah.  I see.
2      Q.    Okay.  Overall rating, you see that
3  the employee rating and the supervisor rating are
4  both ME for meets expectations?
5      A.    Right.
6      Q.    And do you see where in the
7  employee's supporting comments there are no
8  supporting comments?
9      A.    Yeah.
10     Q.    Do you remember why you didn't write
11 any supporting comments for your overall rating?
12     A.    I didn't feel -- I didn't think there
13 was any reason for me to do so because I was
14 doing okay.  And I talked to basically
15 Dr. Matticks, and he comes at least once a month,
16 and I asked him what do you think, you know.
17 You're fine, and sometimes I have to call him to
18 send patient to the ER, or the -- I mean it's
19 rare, but I do, and then he's -- you know, he
20 always has good comments, you know.  So no, I
21 didn't write any comment about myself.  I don't
22 think that would be right either.
23     Q.    So you said you don't think that
24 would be right?
25     A.    Well, I mean I know when I'm -- what

---

Page 115

1  I'm doing, at least from the healthcare
2  standpoint, you know, and, like I said before, I
3  do a good history and a good physical, and listen
4  to the patient and do the report, whatever is
5  appropriate.
6      Q.    And then in the same box where
7  there's the supervisor's supporting comments,
8  there are some supporting comments.  Do you see
9  that?
10     A.    Uh-huh, yeah.
11     Q.    I'm going to read them piece by
12 piece, and I'm going to ask you what your
13 understanding is of them.  So the first one is,
14 "Dr. Nawoor has been working through deficiencies
15 throughout the last 12 months in his employment
16 with WHS at Taylorville."  What's your
17 understanding of what that means?
18     A.    It means about what I said before
19 like, you know, make sure if I write a
20 prescription -- I mean I said that's what the
21 patient needs in the note, and sometimes I get
22 busy, I don't get to write a prescription for it,
23 and the nurses pick that up and I write it.  And
24 that's basically other than the -- they do --
25 maybe they do complain about my handwriting.

---

Page 116

1  That's another thing anyway.
2             And again going back to what I said
3  before, leaving lights on and locking the door.
4  When you leave the office, you know, don't leave
5  patient in there.  I don't do that, but I mean
6  sometimes I would get out of the room and go in
7  and look at an x-ray and forget to turn, lock the
8  door, but I don't do that anymore.
9      Q.    So in that statement when it talks
10 about deficiencies, the deficiencies that you are
11 aware of are related to your handwriting and
12 related to the correctional setting rules; is
13 that right?
14     A.    Right.  Right.
15     Q.    Are there any other deficiencies that
16 you're aware of that are captured in that
17 statement?
18     A.    Not that I'm aware of anyway and the
19 -- let's see.  I'm going to think about it.  No,
20 not really anyway, so I write my notes, I do the
21 SOAP stuff, and I sign my note and -- and when I
22 tell them about the lab work and x-rays, I make
23 sure to put discuss with patient, and that's --
24 initially -- I mean again I don't think anybody
25 can blame me for that.  After working 50 years in

---

Page 117

1  practice, all these things were done by my
2  nurses, and my job was to see patient and treat
3  them, and -- but this is -- this is different
4  here.  I have to get used to it.
5      Q.    Going to the next sentence, it says,
6  "Dr. Nawoor is becoming more familiar with
7  correctional medicine and continues to show
8  slight improvement in his deficiencies on a daily
9  basis."
10     A.    Right.
11     Q.    And I have two questions about that
12 statement.  So the first question is what do you
13 understand it to mean by correctional medicine?
14     A.    Correctional regulation you mean?
15           MR. RUPCICH:  Correctional medicine.
16     A.    Yeah, basically what they want --
17 they saying is -- first of all, it's got nothing
18 to do with actual medicine or healthcare.
19           MR. RUPCICH:  He's asking what you --
20 what does correctional medicine mean.  What does
21 that mean?
22     A.    Yeah, it means that, you know, you
23 make sure that you see the patient, sign
24 everything, and -- and you don't -- you don't
25 leave patient in the room, and by them self, or

---

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 118

1  don't leave stuff, scalpel and things in the room
2  when you're done, and make sure you sign
3  everything, the note and everything else.  It has
4  nothing to do with actual healthcare.
5  BY MR. STROM:
6      Q.    And the second question that I have
7  about that statement is it says, "continues to
8  show slight improvement in his deficiencies on a
9  daily basis."  What's your understanding about
10 why they wrote slight improvement?
11     A.    Basically, like I said, is signing
12 things mostly and make sure if I write a drug,
13 make sure the -- the prescription is done and
14 signed and all that type of thing.  That's
15 basically what they're talking about.  Anyway
16 that's done anymore.  So that's initially.  What
17 year was that anyway?  I don't even know.  Was
18 that --
19     Q.    I think we discussed it was your
20 first year from December of '15 to December 2016.
21     A.    I won't deny it.  When I first
22 started, I mean I had to get used to this, and
23 the other thing is -- and -- the bottom line is I
24 came here to work, and nobody ever told me
25 anything about all these things, and all these

Page 119

1  rules and regulations and everything else, and
2  the issue is not here, Galvin can tell you that.
3  You know, you were put in here and never ever
4  spent time make sure you follow it and what
5  regulation you should follow now.  And that's the
6  truth.  Nobody did.
7      Q.    Do you know why they didn't write,
8  substantial improvement in these deficiencies on
9  a daily basis?
10         MR. RUPCICH:  Object to the form.
11 Foundation.
12 BY MR. STROM:
13     Q.    You can answer if you know, Doctor.
14     A.    What was the question again?
15     Q.    Do you know why they didn't write,
16 showing substantial improvement in his
17 deficiencies on a daily basis?
18     A.    I'm not sure why.  I don't even know
19 who wrote that, but I mean that's the supervising
20 the --
21         MR. RUPCICH:  Do you know why Dr.
22 Matticks wrote what he wrote -- chose those
23 words?
24     A.    Well, you know, I think probably
25 maybe Galvin told him anything about signing and

Page 120

1  this thing, all that, that's why, and -- but I
2  talked to him this last week.  He's happy about
3  everything now.
4  BY MR. STROM:
5      Q.    I'm going to read you the last
6  statement and ask you some questions about it.
7  It says, "Dr. Nawoor's clinical skills are
8  excellent and has shown great improvement in the
9  area of collegial review referrals."  So the
10 first question is about the first section.
11 Clinical skills are excellent.  Would you agree
12 that that's a comment about your skill as a
13 primary health provider?
14     A.    I have excellent skills in taking --
15 in making diagnosis and treatment, and in a
16 logical way, and I have no problem with that.
17     Q.    So you'd agree that that's about your
18 primary care skills?
19     A.    Yes.
20     Q.    Okay.  And then the second statement
21 that you have shown great improvement in the area
22 of collegial review referrals, what does that
23 mean to you?
24     A.    All that means is, you know, make
25 sure you refer -- I mean we talk every Wednesday

Page 121

1  about patient, okay -- patient that has problem
2  or need more tests or whatever, and -- but
3  initially I was kind of -- because I found that
4  my hand was tied trying to do things, all this,
5  you know, lab work and non-formulary, I wasn't
6  used to that.  So I was kind of referring a lot
7  of patients to Pittsburgh to discuss with them.
8  And -- but now I'm becoming more selective.
9  That's exactly what that means.
10     Q.    Okay.  And then looking at page 59 of
11 Exhibit 9, this is where the top box says
12 Employee Development.  Do you see that?
13     A.    Uh-huh.
14     Q.    And the first question relates to
15 education or training that you've completed over
16 the last 12 months.
17     A.    Yeah.
18     Q.    Do you see that?
19     A.    Yeah.
20     Q.    The box is empty.
21     A.    What date was that?  Yeah, that's in
22 December '16, and yeah, I went through -- I don't
23 know why I didn't put that down there.  I went to
24 Rochester, Minnesota, for five, six days to --
25 for a board review.  Don't know why that's not in

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 122

1  there.  They have the -- Pittsburgh have it.  I
2  had to do that anyway because I couldn't get my
3  license otherwise.  You know, you have to have 50
4  credit hours, and that's what I got, and plus,
5  you know, few things that they're talking about.
6       Q.    Do you know were you responsible
7  solely for filling out this box, or was your
8  supervisor -- immediate manager or immediate
9  supervisor also responsible for filling that out?
10      A.    I -- been filling that out, not me.
11 I have to agree with it, but I mean --
12      Q.    The next box --
13      A.    -- it says Employee Development.  I
14 mean they need some information.  I said -- I
15 mean they should have -- somebody should have
16 filled this form out here.  What's the name on
17 here?  Matticks is, again Coates, and that's
18 not -- yeah.
19      Q.    Looking at the next box where it says
20 "What skills/training can this employee more
21 fully develop in the next 12 months?"  Do you
22 know who was responsible for filling in that box?
23      A.    I think as far as I know Matticks
24 should.
25      Q.    And in the next box it says, "List

Page 123

1  any specific objectives that employee is trying
2  to accomplish during the next 12 months and be
3  evaluated against at the next review."  Do you
4  know who's responsible for filling in that box?
5       A.    This Matticks should have filled that
6  out, and sometimes Shawn Coates would do it, but
7  I think regional director should do it.
8       Q.    Do you know whether there has been
9  another evaluation of you using this form since
10 December of 2016?
11      A.    Not that I'm aware of, and most of
12 the things we talked about, it's verbal.  You
13 know, like I said he comes once a month.  We sit
14 down and talk and about things, and as far as I
15 know, the -- he didn't have any problem with my
16 healthcare, and there was other things here and
17 there about signing things and all that, and
18 leaving doors open and lights, and as far as I
19 know, every time I talk to him, he doesn't say
20 anything different anyway.
21      Q.    Was a policy change ever communicated
22 to you that Wexford would stop using this form?
23      A.    No, I know they had some kind of
24 evaluation form.  Yeah, I knew that.
25            MR. RUPCICH:  He's asking if they

Page 124

1  ever told you if they stopped using this form.
2       A.    Stopped, no.  Nobody.  No.
3  BY MR. STROM:
4       Q.    So to your knowledge they still use
5  this form for employee evaluations?
6            MR. RUPCICH:  Object to the
7  foundation.
8       A.    Yeah.  The -- it's what it is.  It's
9  a form for evaluation.  It's not for me to fill
10 it in, and it's for the regional director.
11 BY MR. STROM:
12      Q.    But there were portions of this form
13 that you filled in for the self evaluation in the
14 other pages.  You remember we talked about some
15 of those?
16      A.    Uh-huh.  Yeah, I remember.
17      Q.    Have you been asked to do something
18 similar since December 2016 and another round of
19 self evaluation?
20      A.    I'm not aware of it.
21      Q.    Did you ever have a meeting with
22 Shawn Coates either in person or over the phone
23 about the contents of this review at or about the
24 time of December of 2016?
25      A.    No, the only time I talked to Shawn

Page 125

1  Coates is we have meetings every two weeks,
2  called QI meeting, which is improvement, quality
3  improvement.  And I'd say every two, three weeks.
4  So we talk about all these things, and there was
5  never any bad comment about my healthcare, and
6  again all these little things about signing and
7  -- and all have to do with non-healthcare stuff.
8       Q.    How about Dr. Matticks, did you ever
9  have a meeting with him before -- around the time
10 of December 2016 to discuss this evaluation or
11 what's reflected in it?
12      A.    No -- well, no, the -- you talking
13 about 2016.  No, I didn't.
14      Q.    Did Dr. Matticks give you any
15 feedback on the skill with which you provided
16 healthcare during the period of December 2015 to
17 December 2016?
18      A.    Yes.  And he does that every week
19 when I call him, and he always has praise for my
20 skill, what I'm doing, and you can ask him that.
21 He's never said anything different to me.
22      Q.    Okay.  I'd like to move now to Bates
23 page 60 and 61 which together I will refer to as
24 Exhibit 10.  Please take a second to look at both
25 pages and let me know when you have finished

ABDUR NAWOOR, M.D.                                    December 03, 2018

Page 126

1  looking at both of them, make sure that you're
2  familiar with them.
3        A.    Yeah, I see that.  I remember that.
4        Q.    Okay.  So you're familiar with this
5  form?
6        A.    Yes.  Yeah.
7        Q.    And what is it?
8        A.    Yeah, I said -- I left the scissors
9  for one minute, going to talk to the nurses, and
10  again, like I said before, the nurses or anybody
11  working there, if -- if anybody else is doing
12  something wrong, they -- they're supposed to
13  report this, and that's what they did.  And
14  nothing happened --
15        Q.    And -- and this was in July of 2018;
16  is that right?
17        A.    Right.  Correct.
18        Q.    It says that in the box description
19  of current incident/issue at the end of the
20  comments there it says an internal investigation
21  was completed by facility Internal Affairs,
22  IDOC --
23        A.    Uh-huh.
24        Q.    -- and found this incident to be
25  substantiated.  What took place from your

Page 127

1  perspective during the internal investigation?
2        A.    Yeah, I talked to the officers there
3  and explained to him what happened, and I turned
4  my back to go talk to the nurse, and it was
5  probably a minute or so, and -- and the nurse
6  asked me when I talked to him where's the
7  scissors, I said I left it there, and so it was
8  not even a minute.  So she reported it.  They're
9  supposed to, I guess.  I'm supposed to if I see
10  something wrong.
11        Q.    And it says current discipline,
12  written warning is the box that's checked there.
13        A.    Uh-huh.
14        Q.    What is the significance of a written
15  warning?
16        A.    First time they can discipline you or
17  just not pay you for a few days, and then if you
18  keep doing it, you're liable to kind of end your
19  employment.  That's about it.
20        Q.    What is the consequence for receiving
21  a written warning?
22        A.    Say that again.
23        Q.    What is the consequence for receiving
24  a written warning?
25        A.    Well, I mean it's -- I think there's

Page 128

1  nothing wrong with that.  I mean they are
2  supposed to do that, and they do it, and I have
3  to pay attention to it, and I do.  I don't do
4  that anymore.
5        Q.    So you're not docked any pay for a
6  written warning?
7        A.    No.
8        Q.    Are there any other disciplinary
9  measures taken when you receive a written
10  warning?
11        A.    As far as I know, they didn't do
12  anything.  They telling me that, you know, if you
13  keep doing it, then they will have something
14  done, but I haven't.
15        Q.    Do you know whether a specified
16  number of written warnings will result in a
17  specific job consequence or job action?
18        A.    They never told me how many times.
19  They said, well, if you keep doing it, we're
20  going to look at it, and give you a warning and
21  you may end up no work without pay there for X
22  number, whatever, and if you keep doing it, it
23  may end up in the termination of employment.
24        Q.    In the next box, the box that begins
25  with outline what the employee must do.  Do you

Page 129

1  see that box?
2        A.    Okay.
3        Q.    This is Exhibit 10 page 60, and in
4  that box, outline what the employee must do, the
5  final comment written here is you must also have
6  a nurse must be present for any procedures
7  involving sharps or other equipment.  Do you see
8  that?
9        A.    Yeah.
10        Q.    Is the requirement to have a nurse
11  present with you for procedures involving sharps
12  or other equipment, is that a disciplinary
13  measure?
14        A.    Not -- I don't do that.  Every time I
15  do anything, there's always a nurse there, but
16  the problem is sometimes a nurse don't take these
17  things -- they don't take the instrument out of
18  there, and actually I complained to the new DON
19  not too long ago about the nurses bringing their
20  scissors and they leave.  I say they should not
21  do that, and they don't do that anymore.  They
22  are supposed to be there, help me, and also take
23  this instrument out of there.  That's not my job.
24        Q.    I'd like to look then next below the
25  boxes and above the word acknowledged.  There is

ABDUR NAWOOR, M.D.                          December 03, 2018

Page 130

1  a place where it says evaluation date,
2  12/24/2018.  Do you see that?
3      A.   Yeah, I see that.
4      Q.   Do you see that, Dr. Nawoor?
5      A.   Yeah.
6      Q.   Okay.  That date is still in the
7  future.  What's your understanding of what's
8  going to happen on the evaluation date, December
9  24 of this year?
10     A.   They -- yeah, I think if I don't make
11 any improvement, they're going to just accelerate
12 the evaluation, whatever they want to do after
13 that.
14     Q.   So is this evaluation date related to
15 the specific incident from July of 2018?
16          MR. RUPCICH:  Object to the
17 foundation.
18     A.   I see.  Yeah, I think this is
19 September '18.  And I saw that, and I signed it,
20 and I didn't have any problem with that.  I mean
21 again I want to emphasize it has nothing to do
22 with healthcare.  This is all rules and
23 regulations that you have to follow.  Has no
24 impact at all on treatment of patients.
25     Q.   I just want to make sure I understand

Page 131

1  what the evaluation date here is.  Is this an
2  evaluation date that comes specifically from this
3  disciplinary action?
4          MR. RUPCICH:  Object to the
5  foundation.  Do you know?
6      A.   Do I know the evaluation?
7          MR. RUPCICH:  He's asking if 12/24/18
8  is the date generated by this disciplinary
9  report.
10     A.   Yeah, I'm sure -- it is, yeah.
11 BY MR. STROM:
12     Q.   So will you have a meeting on
13 12/24/18, do you know?
14     A.   What's that?  Yeah.  I mean I am
15 aware of this.  And even nothing has happened
16 since they told me that.
17     Q.   Okay.
18     A.   As a matter of fact they have signed
19 my contract for the next two years.
20     Q.   Okay.  I'd like to direct your
21 attention next to Bates page 67, which I'll mark
22 as Exhibit 11.  Let me know when you're looking
23 at that document too.
24     A.   Yeah.  I see that.  I remember that.
25 Yeah, I --

Page 132

1          MR. RUPCICH:  He's just asking if you
2  see it.
3      A.   Yeah, I do see it.
4          MR. RUPCICH:  Yep.
5  BY MR. STROM:
6      Q.   Okay.  And so this is -- do you
7  recognize this document?
8      A.   Yeah, I do.
9      Q.   And what is it?
10     A.   It's just telling you, you know, they
11 -- you know, I was reading my magazine, and I
12 just kind of happened to doze off, just for a few
13 seconds, and that's about it.  I'm sure that
14 happened to a lot of people.
15          THE COURT REPORTER:  I'm sorry.  What
16 was the last part?
17          THE WITNESS:  What's that?
18          THE COURT REPORTER:  What did you
19 just say?
20          THE WITNESS:  I said I was reading a
21 magazine, medical magazine, and I just happened
22 to doze off, and probably a split second, and
23 the --
24          MR. RUPCICH:  The last thing he says
25 was, I'm sure that's happened to a lot of people.

Page 133

1  Wasn't that what you said?
2      A.   Yeah.  I did say that.
3          MR. RUPCICH:  All right.
4  BY MR. STROM:
5      Q.   And so you would agree with me this
6  is a memo about that incident of dozing off?
7      A.   I didn't quite understand the
8  question.
9      Q.   Sure.  I was asking -- my first
10 question was about what is this document, and you
11 described the contents of the document.  So I
12 just wanted to make sure we were on the same page
13 that Exhibit 11 is a memo that's about an
14 incident where you dozed off, correct?
15     A.   Yeah.  It's a memo, yeah.
16     Q.   Okay.  And I'll represent to you just
17 in case you haven't read it thoroughly.  If you
18 haven't had time to, that's fine.  I'll represent
19 to you that the incident that you referred to
20 about dozing off occurred on August 23, 2016.
21     A.   Right.
22     Q.   Do you remember that incident?
23     A.   Yes.
24     Q.   And do you know why that happened?
25     A.   I was just sitting, you know, in the

U.S. Legal Support, Inc.
(312) 236-8352

ABDUR NAWOOR, M.D.                                December 03, 2018

Page 134

1  -- I think it was lunchtime, and I just happened
2  to have my medical magazine, and there was a JAMA
3  magazine, and I just happened to doze off, and
4  the -- I'm not mentioning names. A lot of these
5  people including -- will tell me, it happened to
6  me sometimes too, but it's not supposed to
7  happen. I know that. I mean it hasn't happened
8  since.
9       Q.   And it says, I'll represent to you,
10 "sleeping while on duty." I'm just curious. Are
11 you considered on duty when you're at lunch?
12      A.   I guess you do. I was at lunchtime.
13 I guess you do. You know, you have to --
14      Q.   Do you recall when this incident
15 occurred were you in an area where there were --
16 where there were correctional inmates present?
17      A.   No. No, I was in my office.
18      Q.   Do you remember anything about why
19 you might have fallen asleep while on duty?
20      A.   I didn't really. I was reading,
21 and -- you know, I just kind of dozed off
22 momentarily. I mean, like I said before, this
23 happened to me or anybody else could happen. I
24 mean sitting down and reading anything, and you
25 can doze off. That's not -- it's not

Page 135

1  premeditated like, okay, I'm going to go to
2  sleep, you know, and --
3       Q.   So as you sit here today --
4       A.   Actually that comment was made by a
5  lot of people working there, and I won't mention
6  names. Well, it's happened to me too. So don't
7  worry about it. You know, but you need to --
8  don't do it again, you know.
9       Q.   So as you sit here today you don't
10 recall any specific reason why you might have
11 fallen asleep at work that day?
12      A.   No, I was just reading. Why do you
13 fall asleep while you're reading? I mean because
14 if you're tired or whatever.
15      Q.   Okay. The second incident in here --
16 and just in case you don't remember the details,
17 I'll represent to you that it says -- well, it
18 says two dates. The first is September 9 -- the
19 first listed is September 13, and the second is
20 September 9, and I guess it appears that the
21 conversation took place on the 13th, but the
22 incident happened on the 9th. So the second
23 incident says that you allowed an offender to use
24 the state telephone to speak to a family member.
25 Do you remember that incident?

Page 136

1       A.   I remember that, and I wasn't aware
2  -- nobody ever told me that you can't do that. I
3  was talking to the patient's wife, and he said,
4  "Can I talk to her?" And I said -- again in a
5  real world I would have no problem. There would
6  have been no discipline to anybody if I let him
7  talk to his wife, but this is correctional. So I
8  wasn't aware of that. Again I want to reiterate
9  this. I started working there. Nobody ever
10 spent time telling me all these things.
11      Q.   Do you recall -- let me start that
12 question over. Do you frequently speak with your
13 patients' spouses during the course of --
14      A.   No.
15      Q.   -- treating your patients?
16      A.   That was the only time I ever did,
17 and as a matter of fact a lot of them call, want
18 to talk to me. I say no, I'm not talking to you,
19 you know. That was the only time.
20      Q.   And to make sure I understand
21 correctly, was the problem with this incident
22 that you allowed your patient to use the phone or
23 was the problem that you were speaking to the
24 patient's spouse in the first place?
25      A.   Well, she was on the phone, I was

Page 137

1  talking to the patient -- I mean to the wife, and
2  the patient was sitting right there next to --
3  was in the wheelchair next to me, saying can I
4  say something to her. I -- I mean I just gave
5  him the phone. That's all. I didn't realize
6  that you couldn't do that. You know, I don't
7  know why because they talk on the phone all the
8  time in the infirmary with their family.
9       Q.   Do you know why this -- why neither
10 of these incidents resulted in a disciplinary
11 action like the form we were looking at before?
12      A.   Because they didn't feel like it's a
13 -- I think it's correctional, and it's a -- this
14 is a danger, I think, you know, to -- to other
15 people who work in there, and they could go in
16 the room and steal things or whatever, and if
17 you're falling asleep, you could get in there
18 and --
19      Q.   So my question is do you know why
20 these incidents didn't result in a Disciplinary
21 Action Form like the one that we were looking at?
22      A.   As far as I know there was -- there
23 was no discipline action against me. So far as I
24 know.
25      Q.   Do you know why not?

ABDUR NAWOOR, M.D.                          December 03, 2018

---

Page 138

1  A.  Because I'm doing okay now.  I'm not
2  doing the things they mentioned.  And like I said
3  before, a month ago they send me my contract for
4  another two years.  So if they had any
5  disciplinary action, they would let me know.
6  Q.  Dr. Nawoor, are you aware of ever
7  having dozed off on the job at other times?
8  A.  I dozed off on the job?
9  MR. RUPCICH:  At other times.
10 BY MR. STROM:
11 Q.  Are you aware that you have at any
12 other time?
13 A.  Not that I know of.
14 MR. STROM:  So, Joe, if you have it
15 handy, the next document I'd like to look at is
16 the Uniform Do-Not-Resuscitate Advance Directive
17 that you emailed to me and I emailed back to you.
18 If you don't have it handy, that's fine, and we
19 can wrap up for the day.  I just have a couple
20 questions.  Now's a good time to do it given our
21 time limits.
22 MR. RUPCICH:  Sure.  It's in front of
23 him.
24 BY MR. STROM:
25 Q.  Okay.  So, Dr. Nawoor, I'm marking

---

Page 139

1  this Exhibit 11.  This is a two-page long Uniform
2  DNR Advance Directive.
3  A.  Uh-huh.
4  Q.  It's for Mr. Dean.
5  A.  Uh-huh.
6  Q.  Have you seen this document before?
7  A.  Yeah, sure.
8  Q.  And you've seen this specific DNR
9  Advance Directive for Mr. Dean?
10 A.  Yeah, and -- yeah, we read this to
11 him, and he -- that's not unusual to do,
12 especially if they are very sick or have
13 potential to die soon or whenever, and --
14 MR. RUPCICH:  He's just asking if
15 you've seen it.
16 A.  Yeah, I've seen it, but we don't --
17 this was done and to make sure he understands,
18 you know, if he -- something happened to him,
19 they'll put a tube down his throat or on a
20 ventilator, and they need to know that.
21 MR. RUPCICH:  Just wait for a
22 question, Doctor.
23 A.  Yeah.
24 BY MR. STROM:
25 Q.  Dr. Nawoor, you said, "We read it to

---

Page 140

1  him."  Who is "we"?
2  A.  What's that?  Who is -- I mean --
3  Q.  You said, "We read it to him."
4  A.  Anybody working in healthcare.
5  That's what I'm talking about.
6  Q.  Okay.  So did you read this document
7  to Mr. Dean?
8  A.  Yeah, of course.  It was read.  I
9  explained to him verbally and I read it.  I gave
10 it to him.  He read it.  And he said that's what
11 I want.  I want everything done, and he signed
12 it.
13 Q.  And Kathy Galvin has also signed this
14 document.  Do you see that?
15 A.  Where is it?  Yeah, I did.  Yes.
16 Yeah.
17 Q.  And did Kathy Galvin also help to
18 explain what this document said to Mr. Dean?  Do
19 you recall?
20 A.  She read -- yeah, I did it, and she
21 -- she was present.
22 Q.  Have you ever presented a Uniform DNR
23 Advance Directive to Mr. Dean besides this one?
24 A.  Not that I'm aware of.
25 Q.  And looks like this one was signed in

---

Page 141

1  November of 2016, correct?
2  A.  Uh-huh.
3  MR. RUPCICH:  Hold on.
4  BY MR. STROM:
5  Q.  Just making sure we're in agreement
6  as to when this document is done -- when this
7  document is dated.  That's all.
8  A.  11/8/16.
9  Q.  Have you ever presented -- have you
10 ever presented a Uniform DNR Advance Directive to
11 Mr. Dean since November 8, 2016?
12 A.  No.
13 Q.  Why not?
14 A.  Because he signed it already.  He's
15 made it clear to me verbally many times, I want
16 -- I want you to do everything that you can for
17 me, and I want to get out of correctional and go
18 home with my wife, and so why would I insist that
19 he sign it otherwise.
20 Q.  Did you present a Uniform DNR Advance
21 Directive to Mr. Dean before November 8 of 2016?
22 A.  Not that I'm aware of.
23 Q.  Do you know whether Kathy Galvin ever
24 presented a Uniform DNR Advance Directive to
25 Mr. Dean on another date besides this one?

---

ABDUR NAWOOR, M.D.                           December 03, 2018

Page 142

1    A.    Not that I'm aware of.  I don't know.
2    Q.    **Was anyone else present on November 8**
3 **when you and Kathy Galvin were present to give**
4 **this document --**
5    A.    As far as I know --
6    Q.    **-- to Mr. Dean and explain it to him?**
7    A.    As far as I know it's me and her that
8 was there.
9    Q.    **Do you recall what she said, if**
10 **anything, about this document?**
11    A.    She said just like what I said,
12 tell that to him that he got potential problem,
13 and we need to know what -- if something happen
14 to you on the premises here, we have to know what
15 to do, whether to -- you know, send you out or do
16 compression and get you back, and so eventually
17 if you go to the ER somewhere, they will intubate
18 you and put you on a ventilator if you're not
19 breathing or, you know, shock you, whatever, all
20 kinds of medications.  He was aware of that, and
21 he -- he decided that's what he wanted, and he
22 still does.
23    Q.    **Do you recall that Mr. Dean's surgery**
24 **for his cancer took place in approximately July**
25 **of 2016?**

Page 143

1    A.    Yes, somewhere in July, yeah,
2 correct.
3    Q.    **So this -- this Advance DNR**
4 **Directive -- excuse me -- this Uniform DNR**
5 **Advance Directive, Exhibit 11, signed in November**
6 **of 2016, and about that time, November of 2016,**
7 **did you think Mr. Dean was in grave risk of**
8 **dying?**
9    A.    Oh, yeah, he had a lot of co-morbid
10 problem.  We talked about that to him, but
11 verbally he always says, well, hey, I want to --
12 I want to get out of here.  I want to live.  So
13 we never approached that thing, but, of course,
14 and then he went on the chemotherapy and all
15 that, and we say, well, we better know what he
16 wants us to do if something happened.  That's the
17 only reason we asked him.
18    Q.    **At that time what did you think the**
19 **chances were that he would die within the next**
20 **six months?**
21    A.    I didn't think so that he was going
22 to die in six months.  I don't think anybody can
23 say when you're going to die anyway, and so the
24 -- but he had enough problem, cardiac problem,
25 he's diabetic, he's hypertensive, he's got

Page 144

1 cancer, that had metastasized, and although the
2 prognosis of patient like him without any other
3 co-morbid problem has improved tremendous.
4 Five-year survival is now 72 percent, and we're
5 talking about people who don't have a lot of
6 co-morbid problem that he does.  He's got
7 cardiomyopathy.  He's -- he's been in heart
8 failure before.  He's had -- he had an MI when he
9 was in the hospital, a small one, but he did.
10 He's got coronary disease.  He's got chronic
11 renal problem.  So he had everything against him.
12 And so the --
13    Q.    So --
14    A.    Yeah, go ahead.  Go ahead.
15    Q.    **So despite all of that, in November**
16 **of 2016 you didn't think that he was in grave**
17 **danger of dying in the next six months?**
18    A.    Oh, yes.  No, I didn't think so
19 because when he got back, I was surprised he
20 survived the surgery, frankly, and with a bad
21 heart and coronary problem, and then diabetes,
22 hypertension, and chronic renal problem, he was
23 lucky to be alive, and so a lot of people in his
24 situation probably would say no, no, leave me
25 alone, I don't want anything done, you know, and

Page 145

1 so -- but he wanted to live, so -- and he did.
2 I'm surprised.  I mean if you talk to the surgeon
3 and the urologist and cardiology, they will tell
4 you that.  I mean this guy is a miracle in a
5 sense.  And right now he's -- he's doing okay,
6 you know, I mean he's got his treatment, but he's
7 okay, you know.  He's obviously a -- survival
8 rate is, like I say, is running into the 73
9 percent.
10    Q.    **So I just have one more question**
11 **because I know we're short on time, and that is**
12 **you mentioned that one of the complicating**
13 **factors he faced was chronic renal problems.  I**
14 **just want to make sure I understand what those**
15 **chronic renal problems were.  I mean you're**
16 **referring to history of kidney stones, his kidney**
17 **cancer, or something else?**
18    A.    No, I'm talking about his renal
19 function.  His actual renal function, and the --
20 I'm not talking about -- the creatinine is
21 helpful, but it's not very helpful to -- for a
22 patient.  You have to do what we call a GFR, a
23 glomerular filtration rate, and it tell you where
24 -- what stage of renal problem he's in.  And he's
25 running right in the -- I think he was in the 40s

Page 146

1  or 43 which would put him in a probably second or
2  third stage of renal failure because of his
3  diabetes, and so that's why we sent him to see
4  Dr. Einwohner, but he did for a while and then he
5  decided he didn't want to do that, and if you
6  read the chart, in the past -- this year, I've
7  written in the chart that I've forced him -- not
8  forced him, but I told him you better go see a
9  renal guy, and he agreed to see Dr. Einwohner,
10  but unfortunately he -- he left -- she left
11  before he could.  So now she's going -- he's
12  going to see another renal -- another renal guy,
13  and he still doesn't want to.  He says, I'll go
14  once and I'm not going again, and I want to put
15  him back in the infirmary for 24 hours.  He says
16  I'm not going in there.
17         MR. STROM:  Okay.  We will resume
18  tomorrow.  Thank you very much, Dr. Nawoor.
19  Thank you, Joe, Ms. Patel, and Madam Court
20  Reporter.  I'm sorry.  I'm blanking on your name
21  for a moment.  Please excuse me.  I really
22  appreciate everybody's flexibility, and again I
23  apologize that I couldn't be there in person
24  today.  Joe, we'll send you some more documents
25  tonight if there are any more, and we'll

Page 147

1  reconvene tomorrow morning at 9.
2         MR. RUPCICH:  9:00.  I've got we took
3  3 hours and 15 minutes today.  So --
4         MR. STROM:  Yeah.
5         MR. RUPCICH:  All right.  Thanks.
6         (The deposition was recessed at 4:31
7  p.m., and continued to December 4, 2019, at 9:00
8  a.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 148

1         CERTIFICATION
2
3         I, Rhonda Rhodes Bentley, CSR, a
   Certified Shorthand Reporter (IL), do hereby
4  certify that ABDUR NAWOOR, M.D., came before me
   on DECEMBER 3, 2018, and swore before me to
5  testify to the truth, the whole truth and nothing
   but the truth regarding his knowledge touching
6  upon the matter in controversy.
7         I do further certify that I did take
   stenographic notes of the questions propounded to
8  said witness and his answers thereto and that
   said notes were reduced to typewritten form under
9  my direction and supervision.
10         I do further certify that the
   attached and foregoing is a true, correct and
11  complete copy of my notes and that said testimony
   is now herewith returned.  I do further certify
12  that said deposition was taken at the Taylorville
   Correctional Facility, 1144 Illinois Route 29,
13  Taylorville, Illinois.
14         I do further certify that I am not
   related in any way to any of the parties involved
15  in this action and have no interest in the
   outcome thereof.  Dated at Divernon, Illinois,
16  December 10, 2018.
17
18
19         /s/ Rhonda Rhodes Bentley
20         Rhonda Rhodes Bentley, CSR
           CSR# 084-002706
21
22
23
24
25

Page 149

1         IN THE UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF ILLINOIS
2            SPRINGFIELD DIVISION
3  WILLIAM KENT DEAN,                 )
                                      )
4         Plaintiff,                  )
                                      )
5     vs.                             )  No. 17-CV-3112
                                      )
6  WEXFORD HEALTH SOURCES, INC., DR.  )
   ABDUR NAWOOR, DR. REBECCA          )
7  EINWOHNER, NURSE KATHY GALVIN,     )
   and LISA MINCY,                    )
8                                     )
          Defendants.                 )
9
10
11
12
13         This is to certify that I have read
   the transcript of my deposition taken in the
14  above-entitled cause, and that the foregoing
   transcript taken on DECEMBER 3, 2018, accurately
15  states the questions asked and the answers given
   by me, with the exception of the corrections
16  noted, if any, on the attached errata sheet(s).
17
18
19  _____
                 ABDUR NAWOOR, M.D.
20
21
22  Subscribed and Sworn before
   me this _____ day of
23  _____, 2018.
24
   _____
25  Notary Public

ABDUR NAWOOR, M.D.

December 03, 2018
Index: $731..accommodate

**$**

**$731**  81:24

**1**

**1**  20:19 22:4 24:14 26:3 37:9 42:22 54:2 64:14 65:20

**10**  125:24 129:3

**10/19/2015**  81:8

**11**  42:22 131:22 133:13 139:1 143:5

**11/8/16**  141:8

**12**  39:2 115:15 121:16 122:21 123:2

**12/2/15**  89:3

**12/2/2015**  95:15

**12/2/2016**  95:15

**12/24/18**  131:7, 13

**12/24/2018**  130:2

**12/4/16**  87:1

**13**  38:16 39:1,2 135:19

**13th**  135:21

**14**  32:1 38:16 39:2, 3

**15**  49:6 59:3,4 68:22 69:19 118:20 147:3

**16**  29:3 121:22

**18**  130:19

**19**  29:6 56:19 59:4, 5 81:8

**1964**  29:23 30:3, 11

**1965**  30:11

**1969**  30:10

**1970**  30:3,10 31:15,18

**1971**  31:22 32:10

**1972**  33:25 34:6

**1974**  33:25 34:6

**1975**  34:16 35:17

**1976**  35:17 37:20 41:2,3 44:6

**1977**  36:22

**1978**  61:14

**1:00**  5:1

**2**

**2**  74:16 76:17

**20**  29:6 56:19 77:6, 8

**200**  53:17

**2000**  39:10 63:23

**2000-2001**  39:16

**2005**  57:25

**2008**  56:11

**2010**  58:20

**2013**  45:18,21

**2014**  37:20 39:5, 13 41:2 43:3 44:6,8 56:17 59:3

**2015**  24:5,7,11 43:13,15 44:3,4,9, 12 45:23 47:24 48:1,4,5,7 49:22 52:3,5,8 55:24 57:23 58:24 59:9 66:8 80:12 81:8 112:12 125:16

**2016**  87:15 94:24 118:20 123:10 124:18,24 125:10, 13,17 133:20 141:1,

11,21 142:25 143:6 144:16

**2017**  16:10

**2018**  126:15 130:15

**2019**  147:7

**2020**  56:19 59:4,5

**23**  80:16 94:23 133:20

**24**  54:3 67:7 68:11, 12,18 130:9 146:15

**25**  28:5 67:21 68:3 82:9

**26**  85:9,10

**3**

**3**  77:7,16 147:3

**30**  20:18,20 21:5,9 22:3 24:1 67:21 68:3

**31**  22:8 23:1 24:14

**329,000**  53:13

**34**  25:13 26:2

**35**  23:25 24:1 59:2

**37**  37:9 42:21

**38**  37:22,25 39:21 62:3

**4**

**4**  80:16 147:7

**40**  23:20 54:2 67:16,17,22 97:16

**40s**  145:25

**43**  146:1

**44**  64:14 65:20

**46**  20:20 21:5,9 22:4

**4:31**  147:6

**5**

**5**  82:10 83:11

**50**  59:18,19 97:16 102:12 112:21 116:25 122:3

**50/50**  59:12 60:5

**50s**  27:15

**53**  86:5,7

**54**  87:25 88:1

**55**  94:5,7,10 95:13 97:4 107:1

**56**  109:15 110:23

**58**  113:22

**59**  94:5,7,11,24 121:10

**6**

**6**  85:9

**60**  60:23,25 61:3 125:23 129:3

**60/40**  60:5,7,22

**60s**  27:15

**61**  125:23

**67**  131:21

**7**

**7**  36:11 86:5,7

**70**  54:18

**71**  36:8

**72**  34:10 36:8,10 54:18 144:4

**73**  34:10 54:18 145:8

**74**  34:10 36:10

**75**  36:5

**76**  36:5,19,24 41:11 43:1

**77**  36:20,21 41:12

**78**  41:12

**79**  61:14

**8**

**8**  38:18 74:15,16,17 76:18 77:16 87:25 88:1,4,11,17 93:13 141:11,21 142:2

**9**

**9**  37:10 94:9,17,19, 24 95:13 97:4 100:3 107:3 109:14 110:23 113:22 121:11 135:18,20 147:1

**9:00**  147:2,7

**9th**  135:22

**A**

**A-B-D-U-R**  6:1

**a.m.**  147:8

**abdominal**  15:20

**ABDUR**  6:19

**ability**  7:14 107:10

**Absolutely**  100:17

**accelerate**  130:11

**accept**  41:15

**acceptable**  22:5

**accommodate**  9:15

ABDUR NAWOOR, M.D.

**accomplish** 123:2

**accurately** 9:18, 23

**acknowledged** 129:25

**action** 86:9,15,23 87:7,8 128:17 131:3 137:11,21,23 138:5

**active** 55:12

**activities/ duties** 111:23

**actual** 53:12 117:18 118:4 145:19

**acute** 67:5 68:8,9

**addition** 80:10

**additional** 71:25

**adjust** 97:17

**administration** 81:1 111:22 112:24 113:4,5,6

**admit** 40:14 67:24

**Advance** 138:16 139:2,9 140:23 141:10,20,24 143:3, 5

**Affairs** 126:21

**affiliation** 5:14

**Affirmation** 82:17

**age** 28:25 56:2,25

**agree** 7:23 46:6, 13 95:17 96:19 98:25 100:14 103:23 107:6,8,9 110:6 120:11,17 122:11 133:5

**agreed** 46:14 146:9

**agreement** 22:5 141:5

**ahead** 5:13,22 9:1 37:15,16 45:4 64:4 70:21 72:16 79:5,6 83:23 92:2 101:25 111:17 144:14

**Alaska** 51:1

**alive** 144:23

**allowed** 135:23 136:22

**alternative** 71:21

**American** 30:22

**anatomy** 30:15 33:3

**and/or** 70:14 94:14

**Anger** 83:6

**ankle** 17:3

**annual** 53:15,16 80:3

**anticipation** 81:20

**anymore** 35:7 91:21 112:17 116:8 118:16 128:4 129:21

**apologize** 5:11 15:4 20:16 146:23

**appears** 89:2 135:20

**application** 21:16 22:4,9 24:3,6, 14 43:3 54:11 66:4

**Applied** 22:19,22

**applying** 23:9,14 64:21 66:5

**appointments** 90:5

**appraisal** 94:6, 17 95:18 100:3

**approached** 143:13

**appropriately** 82:24

**approval** 71:11, 17 72:1 88:15 91:7 93:15,25

**approve** 70:8,11 71:3,5,12,14 72:25 73:11

**approved** 71:18 73:13,18

**approximately** 39:10,11,16 45:18 47:19 51:20 52:10 56:10,17 57:25 58:18 61:14 67:13, 17 142:24

**arbitration** 12:9

**area** 32:15,16 120:9,21 134:15

**areas** 57:17 62:7, 11

**article** 19:9

**articles** 18:9,11 19:2

**articulated** 8:25

**artificial** 7:19

**asks** 16:16 42:23 54:6 103:3

**asleep** 134:19 135:11,13 137:17

**aspirin** 70:25

**assess** 93:23 94:14

**assignment** 88:8 93:14,16

**Associates** 37:6,11,18 39:22

**assume** 9:4 14:11

**asterisk** 24:17,20

**asthma** 32:19

**attention** 74:14

95:13 107:1 128:3 131:21

**attorney** 5:3,20 8:11

**attorney's** 6:8

**attuned** 106:8

**audio** 7:12

**August** 133:20

**authority** 71:24

**aware** 13:2 15:7 16:4 27:2 42:20 67:11 74:2,5,6 76:21 80:13 82:6 87:13,14,17,21,23 90:13 93:3,17 108:13 116:11,16, 18 123:11 124:20 131:15 136:1,8 138:6,11 140:24 141:22 142:1,20

---

**B**

**baby** 5:9

**bachelor's** 29:8

**back** 15:25 43:22 59:4 97:23 100:16 116:2 127:4 138:17 142:16 144:19 146:15

**background** 19:18 22:14

**bad** 125:5 144:20

**bag** 15:13 16:2

**based** 15:10 40:11 89:3

**basically** 21:23 25:24 26:19 27:19, 21,25 33:12,13 58:13 59:11 62:5 65:2 67:1,3,19 69:4, 16,17 72:6 73:8,9 75:23 76:3,13 77:4, 15 82:18,19,23 83:16 84:11,14 90:6

99:13 103:1 105:2, 19 106:6 108:7,9,16 110:13 112:1 114:14 115:24 117:16 118:11,15

**basis** 40:10,18 41:19 50:20 87:12 117:9 118:9 119:9, 17

**basketball** 68:14

**Bates** 20:22,25 21:9 22:8 24:13 25:13 37:9 42:21 54:2 64:13 65:20 74:14,16 76:17 77:5,8,16 80:15 82:9 85:8 86:5,7 87:25 88:1 94:4,7, 24 95:13 107:1 109:15 113:22 125:22 131:21

**began** 12:12 24:10 28:8,12 31:19 33:5 34:15 52:5 87:3

**begin** 31:5,7 34:21

**beginning** 30:11 32:2

**begins** 25:13 26:5 128:24

**begun** 81:11

**behalf** 5:19

**behold** 30:25

**Bill** 5:3 15:1

**biology** 28:2 29:17 30:14

**bit** 19:18 101:6

**blame** 116:25

**blanking** 146:20

**block** 91:7

**blood** 47:5 85:23

ABDUR NAWOOR, M.D.

December 03, 2018
Index: board..complying

**board** 21:22
55:21,23 56:4,6,13,
18 57:2,14,17 58:19
59:2,3,5,7 121:25

**bonuses** 79:24
80:1,4

**boss** 105:6

**Boswell** 71:2
72:9,23

**botany** 29:18

**bottom** 24:13
42:22 88:14,17
113:23 118:23

**bought** 52:15

**box** 97:2 115:6
121:11,20 122:7,12,
19,22,25 123:4
126:18 127:12
128:24 129:1,4

**boxes** 129:25

**boy** 27:14 53:8

**break** 9:10 53:20,
24 101:4 109:5,7,12

**breathing**
142:19

**briefly** 21:10 30:5

**bringing** 129:19

**Britain** 27:4

**bronchoscopy**
60:11

**brought** 16:9
63:20

**Buffalo** 31:2,20
32:5,10 33:6 34:25
36:13

**Business** 82:18,
20 83:4,10,17 84:2,
17

**busy** 59:13 104:3
115:22

**buyer** 45:12,25
46:10,24

**buyers** 46:16

**buyout** 52:21
53:4,7,11

---

**C**

**call** 27:20 28:15
29:9 67:4,10 68:10
69:2 70:6,7 71:3
90:15,20 94:8
112:10 114:17
125:19 136:17
145:22

**called** 26:11 29:9
125:2

**Cambridge**
24:15 25:4 27:4,6
29:10,13

**cancer** 10:11
142:24 144:1
145:17

**captured** 116:16

**Carcinoma**
18:16,18

**cardiac** 143:24

**cardiology**
145:3

**cardiomyopath
y** 144:7

**care** 7:19 38:7
60:10,13,16,18 61:2
65:15 84:18,21
105:18 106:1,3
107:7 109:1 110:8,
11 120:18

**carefully** 7:21

**Carter** 16:9,22
17:8

**case** 5:4 10:3,14,
15 11:8 16:17 17:5,
24 133:17 135:16

**cases** 13:7 67:12

**Cassiday** 5:17
6:7

**categories**
95:21

**Cell** 18:16

**center** 23:5,12
65:5,21 66:6 81:5
92:10 93:1

**certificate**
29:10,13 81:18

**certification**
21:22 56:16 57:3,5
58:3,4,16,24 76:12

**certifications**
55:22

**certified** 55:23
56:4,7,11,13,18
57:15,17,20,24
58:19 59:3,5,7
74:24 81:25

**certifies** 76:18

**chance** 21:10
94:10 104:3

**chances** 143:19

**change** 87:10
123:21

**changed** 30:6,22
60:4 66:16

**changeover**
29:1

**characterize**
22:6

**charges** 40:15

**chart** 108:12
146:6,7

**charts** 17:13,15,
19 18:5 19:4

**chase** 101:6

**checked** 127:12

**chemistry** 28:2,
17 29:17 30:14

**chemotherapy**
143:14

**Chicago** 5:5

**choice** 106:24

**chose** 56:20
119:22

**chronic** 13:8,11,
24 67:7 68:6,9
144:10,22 145:13,
15

**circumstances**
13:6 65:12

**claims** 16:25

**clarify** 45:10

**clarity** 8:4

**classmates**
31:12

**clear** 8:16,23
77:16 90:3 106:17
141:15

**Clinic** 60:2

**clinical** 18:17
30:17 31:5,8 32:17
104:15 106:18
107:5,21 108:25
113:7 120:7,11

**close** 69:14 76:1
78:4 83:1,16 92:21
97:23 102:14,16
105:8

**closed** 15:22 93:5

**closer** 66:19

**closing** 69:12
93:10 102:20

**clunky** 20:16

**co-morbid**
143:9 144:3,6

**Coates** 75:7,15
91:13,14,15,19,20,
23 92:6,25 93:4
95:1,6,8 122:17
123:6 124:22 125:1

**Code** 82:18,20
83:4,10,17 84:2,17

**collecting** 22:14

**College** 26:11,16
30:2 31:7

**collegial** 67:10
70:12 78:19 120:9,
22

**colostomy**
15:13,21 16:2

**comment** 98:12,
13,16,25 99:19
100:14,21 101:18
103:16,20,23 104:5,
9,10 105:12,16
106:12 107:1,7,10
108:6,21,24 109:25
110:4 111:25
114:21 120:12
125:5 129:5 135:4

**comments**
97:12 98:22 99:6
101:11 102:2
103:17 107:2
110:24 114:7,8,11,
20 115:7,8 126:20

**communicated**
123:21

**compare** 53:14

**compared** 31:11
101:19 112:12

**complain** 113:13
115:25

**complained**
129:18

**complaining**
16:12 17:2

**completed** 27:6
31:17 36:2,18 74:24
75:1 121:15 126:21

**completing**
27:18 34:22

**completion**
31:14 32:1 76:19

**complicating**
145:12

**complying**
75:21 77:2

ABDUR NAWOOR, M.D.

December 03, 2018
Index: compression..die

**compression** 142:16

**computer** 69:2 70:11

**concerned** 85:4 99:22

**conclude** 18:21

**conduct** 82:18, 20 83:4,11,17 84:2, 17 92:19

**confer** 26:21

**conference** 5:5 7:10 51:24

**confirms** 76:18

**confused** 36:6,7

**confusing** 12:2

**cons** 46:12

**consequence** 127:20,23 128:17

**consequences** 79:18

**considered** 134:11

**contact** 22:12

**contained** 84:2, 3

**contents** 101:8 124:23 133:11

**continued** 10:9 147:7

**continues** 117:7 118:7

**continuity** 76:6

**contract** 131:19 138:3

**conversation** 135:21

**conversations** 19:11

**copies** 18:20 20:7

**copy** 80:6

**corner** 20:22 22:10 87:1

**coronary** 144:10,21

**correct** 11:11 15:21 25:15 30:4 31:21 34:2,16,20 35:2,3,18 37:7,13, 21,22 39:6,18 48:17 49:2 52:6,12,16,19 54:12 56:14 57:18, 19 58:7 71:20 72:1, 2,4 73:15,16 74:11 75:16 80:9 81:5,12 87:4 89:5 90:21 91:1 92:15 93:2 96:17 126:17 133:14 141:1 143:2

**correctional** 23:4,12 65:5,21 66:6,9 69:5 75:24 81:5 92:10,16 93:1 97:17 98:3 99:10,19 102:3 105:10,25 106:15 107:11 108:9 113:5 116:12 117:7,13,14,15,20 134:16 136:7 137:13 141:17

**Corrections** 92:5 106:9,10 113:20

**Corrections-related** 77:3

**correctly** 9:1 24:9 34:5 38:20 50:8 136:21

**corresponds** 24:20

**cost** 58:11 81:24

**counsel** 10:19,20

**count** 14:21,24 42:11 64:3

**counting** 36:7

**couple** 8:22

12:25 13:3 49:15, 16,24 138:19

**court** 5:15 6:17 8:5 14:24 25:1 100:20 132:15,18 146:19

**cover** 77:25 78:11,25 79:1,4,8, 14 83:18 84:20

**covered** 32:25 78:1

**create** 19:6

**creatinine** 145:20

**credit** 122:4

**cumulative** 48:11

**curious** 51:3 134:10

**current** 126:19 127:11

**cut** 7:17 101:6

**CV** 21:14 25:10,13, 17,19,23,25 26:1 31:17 33:23

---

**D**

**dad** 27:23 28:22

**daily** 111:23 117:8 118:9 119:9,17

**danger** 137:14 144:17

**date** 36:15 47:19 81:23 87:1 104:2 121:21 130:1,6,8,14 131:1,2,8 141:25

**dated** 141:7

**dates** 34:2 35:22 36:7 93:25 135:18

**day** 51:23 67:15, 25 68:5,7,9 70:25 91:3 104:2 112:11

135:11 138:19

**days** 67:15 74:1 79:21 88:5 121:24 127:17

**Dayton** 33:20,23 35:9 36:14 54:17, 19,21 55:13

**DC** 81:1

**DEA** 81:18

**dealing** 93:20

**Dean** 5:4 17:16 139:4,9 140:7,18,23 141:11,21,25 142:6 143:7

**Dean's** 17:19 18:5 19:4 142:23

**December** 24:4, 11,12 43:14,15 48:20 52:3,8 55:24 63:23 80:12 87:15 88:25 94:23 118:20 121:22 123:10 124:18,24 125:10, 16,17 130:8 147:7

**decide** 28:18,20 42:18 43:20 48:17 68:16,19 90:23 91:3

**decided** 28:21 32:4,12 33:19,21 45:14,17,19 47:6,13 48:23 49:16,21 50:3,4,7 59:14 61:8 142:21 146:5

**deciding** 45:6 90:11

**decision** 41:20 46:5,20,21 72:13 90:14,16

**decrease** 87:20

**defendant** 12:16 14:14,18 15:9,10

**deficiencies** 115:14 116:10,15 117:8 118:8 119:8, 17

**definitions** 95:22

**degenerative** 13:24 15:25

**degree** 24:21 26:6,8,21,25 27:1,7, 9,18 29:8

**degrees** 26:10

**delays** 7:11

**denied** 13:9

**deny** 118:21

**Department** 74:22

**depend** 110:16

**depending** 23:21,24

**depends** 60:6

**deposed** 6:13 7:3 10:1 11:8,15,17, 20 12:3

**deposition** 5:7 6:6 7:9 9:10 17:12 19:7,14 65:17 147:6

**describe** 21:20 30:5 59:22,24 70:22 72:4 102:17

**description** 126:18

**designate** 20:19

**details** 135:16

**develop** 122:21

**Development** 74:22 121:12 122:13

**diabetes** 144:21 146:3

**diabetic** 143:25

**diagnosis** 120:15

**die** 139:13 143:19, 22,23

ABDUR NAWOOR, M.D.

December 03, 2018
Index: direct..EXAMINATION

**direct** 74:13 95:12
131:20

**directed** 8:14

**Directive** 138:16
139:2,9 140:23
141:10,21,24 143:4,
5

**directly** 67:18
96:23

**director** 22:23
64:22,24 65:4,20
66:24 74:25 75:1,19
76:5,23 77:1 88:21,
23 89:13 90:18 95:3
104:13,21 105:14,
25 107:20 123:7
124:10

**directors** 113:2

**disc** 13:25 15:25

**discharged**
16:12

**disciplinary**
128:8 129:12 131:3,
8 137:10,20 138:5

**discipline** 79:8,
20 127:11,16 136:6
137:23

**disclose** 16:14

**discuss** 67:11
78:22 116:23 121:7
125:10

**discussed**
83:12 118:19

**discussing**
31:23

**disease** 13:25
15:25 32:21 56:5,7
57:15 60:17 144:10

**diseases** 33:9,
18

**disrupting** 7:14

**DM** 96:2,4,19

**DNR** 139:2,8
140:22 141:10,20,

24 143:3,4

**Do-not-
resuscitate**
138:16

**Doc** 103:3

**docked** 128:5

**doctor** 14:21 26:6
27:1,23,24 46:2
51:17 75:3 80:1
90:12 106:13,19
111:14 113:18
119:13 139:22

**doctors** 31:3

**doctors'** 113:19

**document** 21:19
22:6 74:20 75:2
76:17,18,20 77:10
80:19,21 82:8,13,16
83:14 86:8 88:2
94:12 100:8,25
101:8,10 131:23
132:7 133:10,11
138:15 139:6 140:6,
14,18 141:6,7
142:4,10

**documents**
17:11,16,18,23,25
18:6,20 19:2,7,21
20:5 84:25 146:24

**DON** 129:18

**door** 69:12,14
76:2 78:4 83:1
92:21,22 93:6,11
97:24 102:14,16,20
105:8 116:3,8

**doors** 123:18

**doubt** 113:14

**doze** 132:12,22
134:3,25

**dozed** 133:14
134:21 138:7,8

**dozing** 133:6,20

**dress** 84:15

**drew** 106:25

**drive** 5:6 23:18,
22,24 66:11

**driving** 20:3

**drug** 70:24 71:19,
21 72:22 73:4,13,22
74:4 80:25 118:12

**drugs** 71:7,10,23
72:6 73:6 78:2
80:23

**drugs-wise**
72:21

**Dublin** 26:9,17
27:17 28:4 29:5,21,
23 31:15,18

**duly** 6:20

**duration** 35:5

**duty** 134:10,11,19

**dying** 143:8
144:17

---

**E**

---

**earlier** 43:18
48:22 83:12

**earn** 26:8

**earned** 26:15

**ECFM** 30:24

**educate** 65:2
67:2 105:1

**education** 21:22
25:20,22 26:1,5
31:6 121:15

**EE** 96:13

**effect** 7:18

**effective** 87:1

**effects** 101:9

**Einwohner**
146:4,9

**elected** 38:11,22,
25 39:15,19

**electronically**
20:10

**eligible** 29:14,15

**else's** 71:10

**email** 74:23

**emailed** 138:17

**emphasize**
130:21

**employed** 37:19
41:5 42:24 43:1
44:5,7 47:9 52:9
65:8 89:3

**employee** 11:20
12:19 77:20,23,25
78:11,18,25 79:1,7,
8,14 80:7,11 83:5,
12,18 84:3,20 92:6
93:9 97:3,12 103:12
106:15 109:20
114:3 121:12
122:13,20 123:1
124:5 128:25 129:4

**employee's**
103:17 109:24
114:7

**employees**
82:24

**employees'**
38:9

**employment**
10:16 12:12 22:9
24:10 37:10 49:22
63:3 77:13 79:15,17
81:20 87:4 115:15
127:19 128:23

**empty** 121:20

**end** 55:24 56:18,
19 59:4,6 79:12
96:20,21 126:19
127:18 128:21,23

**endocrinologis
t** 62:19

**endocrinology**
62:13

**Enforcement**
81:1

**England** 24:15
25:5 27:20 28:1,23
29:18

**entered** 31:12

**entire** 59:22 94:7
101:1

**entrance** 28:3

**Epidemiology**
18:13

**equipment**
129:7,12

**equivalent**
26:17 29:8

**ER** 114:18 142:17

**errors** 44:11

**essay** 30:20,21

**evaluate** 42:2

**evaluated** 41:23
87:15,22 123:3

**evaluating**
42:15

**evaluation**
18:17 41:24 42:7
87:11 95:14 98:2
101:2 102:3 123:9,
24 124:9,13,19
125:10 130:1,8,12,
14 131:1,2,6

**evaluations**
79:2 124:5

**eventually**
142:16

**everybody's**
146:22

**exam** 25:4 26:13,
20,24 28:3,24
29:20,24 30:20
112:3

**EXAMINATION**
6:22

ABDUR NAWOOR, M.D.

December 03, 2018
Index: examine..group's

**examine** 110:17

**exceed** 94:15

**exceeds** 96:13, 16

**excellent** 104:15 106:18 107:6,22 120:8,11,14

**excuse** 63:9 143:4 146:21

**Exhibit** 20:19 22:4 24:14 26:2 37:9 42:22 54:2 64:14 65:20 74:15 76:17 77:7,16 80:16 82:9 83:11 85:9,10 86:5,7 87:25 88:1,4, 11,17 93:13 94:9, 17,19,24 95:13 97:4 100:3 107:3 109:14 110:23 113:22 121:11 125:24 129:3 131:22 133:13 139:1 143:5

**exotic** 70:15

**expectation** 94:14,15

**expectations** 78:19 96:5,7,10,14, 17 97:4,9 103:14 107:3 109:22 114:4

**expensive** 71:7 72:7 73:1

**explain** 17:22 18:7 40:13 44:5 75:18 140:18 142:6

**explained** 127:3 140:9

**exposed** 86:2

---

**F**

**faced** 145:13

**facilities** 9:11

**facility** 126:21

**fact** 131:18 136:17

**factors** 145:13

**fail** 27:11

**failure** 144:8 146:2

**fall** 60:13 135:13

**fallen** 134:19 135:11

**falling** 137:17

**familiar** 7:6 16:8 99:10 104:13,20 105:13 107:19 117:6 126:2,4

**family** 5:8 32:19 62:13,18 135:24 137:8

**fast** 23:24

**faster** 113:18

**father** 61:19

**fault** 10:12

**FE** 96:16,20

**feed** 6:5

**feedback** 99:23 113:7,10 125:15

**feel** 56:1 114:12 137:12

**fellow** 15:24 16:1

**fellowship** 32:20 33:21,22 34:14,21 35:15 36:3,18

**field** 24:21

**file** 20:7

**filed** 16:21

**fill** 65:13 72:23 89:20 91:4 124:9

**filled** 66:4 122:16 123:5 124:13

**filling** 64:11 122:7,9,10,22 123:4

**fills** 65:9

**filtration** 145:23

**final** 45:23 47:25 48:3,18,19 107:1 129:5

**finally** 59:14

**finances** 38:8

**find** 9:2 50:3 87:19

**finding** 45:25 108:14

**fine** 8:1,17,20 16:17 18:22 57:14 109:8,10 114:17 133:18 138:18

**finish** 7:22,24 15:1 63:25

**finished** 102:22 125:25

**finishes** 14:23

**firm** 11:1,4

**five-day-a-week** 88:11

**Five-year** 144:4

**flexibility** 146:22

**focus** 32:16,22

**focused** 33:8

**follow** 68:16 69:8 82:22 84:13 90:18 92:16 102:11 105:3 106:21 107:10,16 108:9,12 119:4,5 130:23

**follow-up** 68:20

**forced** 146:7,8

**foreign** 26:13,24

**forget** 102:25 116:7

**form** 72:15,23 86:9,15,23 87:7,8 88:8 91:4 93:14,25 94:6,7,13,17 100:3, 7 110:10 119:10

122:16 123:9,22,24 124:1,5,9,12 126:5 137:11,21

**formal** 42:6

**formulary** 70:18, 22,24 71:22,23 72:3,13 73:4,10,17, 22 74:4,7,10 78:12, 16

**Fornoff** 19:16

**found** 29:20 121:3 126:24

**foundation** 51:15 72:16 83:21 84:6 85:2 86:18 119:11 124:7 130:17 131:5

**fourth** 31:8,9

**frankly** 10:11 87:23 144:20

**frequently** 136:12

**front** 138:22

**full** 5:22

**full-time** 50:16, 17 64:12 65:7 94:1

**fully** 122:21

**function** 145:19

**future** 130:7

---

**G**

**G-A-U-E-N** 63:7, 10

**Galvin** 63:1 88:20,23 89:2 90:4, 20,21 91:6 93:15,24 119:2,25 140:13,17 141:23 142:3

**Galvin's** 88:18

**Gates** 91:17

**Gauen** 50:6 51:9, 23 62:14 63:2,6,10,

13,14 64:7 65:9 66:12

**Gauen's** 63:11

**gave** 27:25 58:21 137:4 140:9

**general** 5:20 32:24 33:2,13 83:22

**general's** 6:8

**generate** 40:11, 20,23

**generated** 40:7 41:8 131:8

**GFR** 145:22

**GI** 10:10

**give** 8:5,12 13:12 14:21 55:1 64:2 69:9 93:15 113:6,10 125:14 128:20 142:3

**glass** 9:11

**glomerular** 145:23

**golly** 10:21

**good** 7:25 98:7,20 99:1 110:14,17,19 114:20 115:3 138:20

**graduate** 26:13, 24

**Graham** 65:21 66:5,9,16 81:5

**granting** 26:25

**grave** 143:7 144:16

**great** 27:4 120:8, 21

**ground** 7:8 8:23

**group** 37:5,11,18 38:2,8 39:22 43:22 44:1 45:6 49:10 60:1 61:20 63:20

**group's** 40:10

ABDUR NAWOOR, M.D.

**guess** 28:16 30:9
41:1 44:18 46:3
47:17 51:3 67:16
91:11 93:20 127:9
134:12,13 135:20

**guessing** 38:17

**guy** 13:7 145:4
146:9,12

**guys** 113:20

**gynecology**
33:12,14

---

**H**

---

**half** 109:16

**hand** 121:4

**handbook**
77:14,17,19,21,24,
25 78:11,18,25
79:7,14 80:7,11
83:5,12,18 84:3,20

**handwriting**
21:13 98:14 113:13
115:25 116:11

**handwritings**
113:19

**handy** 138:15,18

**happen** 73:24
130:8 134:7,23
142:13

**happened** 44:9
66:14 126:14 127:3
131:15 132:12,14,
21,25 133:24 134:1,
3,5,7,23 135:6,22
139:18 143:16

**happy** 120:2

**harassment**
84:16

**hard** 7:15,16

**harried** 6:25

**hate** 27:22

**he'll** 15:2

**head** 8:6 73:3

**health** 120:13

**healthcare** 69:7,
18 75:25 76:6 92:4
97:15 99:3,22,25
103:24 112:21
115:1 117:18 118:4
123:16 125:5,16
130:22 140:4

**hear** 7:14 8:25
50:8

**heard** 14:3,7,11
17:8 28:2

**hearing** 7:15,16

**heart** 144:7,21

**hell** 112:22

**helpful** 145:21

**hepatitis** 85:15,
25

**hernia** 15:21 16:1

**hey** 143:11

**high** 28:15 29:12
96:20

**higher** 29:10

**Hillsboro** 23:1,5,
7,10,15,19 65:21
66:9,22

**Hindal** 5:19

**history** 98:7 99:1
110:14,17 115:3
145:16

**hold** 11:22 14:20
16:13 111:14 141:3

**home** 5:9 23:19,
23 141:18

**hope** 15:5

**hoping** 58:8

**hospital** 10:4
30:17 31:19 33:6,24
34:25 35:9 40:12,15
42:1,10 44:17,20

51:24 144:9

**hour** 20:1 23:20

**hours** 67:7,14,15,
18,19,21,22 68:3,
11,12,18,23 69:19
70:13 122:4 146:15
147:3

**HR** 22:14 100:8

**HS** 44:20,23

**HSHS** 43:23 44:2,
14,16,24 45:11
46:3,22 49:10,14,22
52:15,18,21 53:15
55:25 56:21 57:8
58:9 63:18

**huh-uh** 62:24

**hundred** 101:20

**hypertension**
144:22

**hypertensive**
143:25

---

**I**

---

**IDOC** 126:22

**Illinois** 23:1,5,7,
10,19 37:1,3 54:12,
15,20,22 55:3,6,15
65:22 75:16 88:7
93:14

**immediately**
27:17 34:22

**impact** 130:24

**important** 8:4
42:14 47:13

**improve** 112:20

**improved** 144:3

**improvement**
99:9 104:14 107:24
108:16,25 117:8
118:8,10 119:8,16
120:8,21 125:2,3
130:11

**in-between**
32:1,4

**inadvertently**
15:5

**incident** 126:24
130:15 133:6,14,19,
22 134:14 135:15,
22,23,25 136:14

**incident/issue**
126:19

**incidents**
137:10,20

**include** 84:18

**included** 68:2

**including** 28:17
134:5

**increase** 87:12,
16,20,22

**infirmary** 67:24
68:2,4 112:7 137:8
146:15

**information**
16:14 22:12,13
122:14

**initially** 23:8
50:4,7 89:6 101:16
116:24 118:16
121:3

**injured** 68:13

**inmate** 16:9
103:3 108:18,19

**inmates** 68:11
134:16

**inputting** 69:21

**insist** 141:18

**instances** 73:21

**institution** 27:1

**instrument**
97:24 129:17,23

**intended** 35:4
41:1

**intending** 101:7

**intensive** 60:10,
13,16 61:2

**interested** 47:18

**intern** 33:16

**internal** 55:24
57:5,6,11,18,21,25
58:5 59:12,19
60:14,19 61:4
62:16,18 126:20,21
127:1

**internship** 31:3,
19 32:2,9 33:6,8,10
34:24 35:4 36:8,13

**interposes** 8:11

**intubate** 142:17

**investigation**
126:20 127:1

**involving** 129:7,
11

**ipad** 20:10,12

**Ireland** 26:10
27:17 28:4,24 29:21
32:17,23

**irrelevant** 48:12

**issue** 69:11 119:2

**issued** 80:25
81:4,7

---

**J**

---

**JAMA** 134:2

**James** 13:15

**Jeremy** 5:20

**job** 23:15 50:17
51:5,7 65:2 66:5,13,
23 78:8 92:15
102:23 103:10
104:5 107:2 117:2
128:17 129:23
138:7,8

**Joe** 5:17 6:24
18:19 19:21 20:15
109:9 138:14

ABDUR NAWOOR, M.D.

146:19,24

**John's** 43:23
44:18 46:18,21

**join** 47:9

**Joseph** 16:8

**July** 31:22 32:7,10
33:24,25 34:11,16
35:17,23 126:15
130:15 142:24
143:1

**June** 32:6

---

**K**

**Kathy** 88:18,20,
22 89:2 90:4,20,21
91:6 93:15,24
140:13,17 141:23
142:3

**Kent** 5:4

**kidney** 145:16

**kind** 11:23 15:18
31:2 38:9 49:6 70:8
78:5,6 79:22 112:5
121:3,6 123:23
127:18 132:12
134:21

**kinds** 69:5 142:20

**knew** 123:24

**knowing** 103:7

**knowledge**
75:15 103:10 104:5
107:2 124:4

---

**L**

**L-A-F-A-T-A**
61:25

**lab** 69:1,2 70:10,15
72:4 74:7,10 78:23
116:22 121:5

**labs** 69:21

**Lafata** 61:18,24

**language** 84:15

**lapse** 55:8

**lapsed** 55:7,10
56:16 58:3

**lasted** 34:25
35:10,19

**law** 10:25 11:3

**lawsuit** 13:6
14:2,9 15:17 16:6,9,
21 17:1

**lawsuits** 12:18
14:13 15:8,23

**lawyer** 19:15

**lawyers** 11:4

**learned** 32:9

**leave** 48:23 49:17,
21 76:2 78:4,7,9
83:2 102:21 116:4
117:25 118:1
129:20 144:24

**leaving** 54:21
66:12 78:3 92:20,23
97:23,24 102:20,21
116:3 123:18

**left** 25:9 37:1
44:12,13 50:3 51:5,
7 52:18 54:17,19
55:13 88:25 106:5
126:8 127:7 146:10

**lesser** 79:17

**level** 95:5

**liable** 127:18

**license** 54:12,22
55:2,3,6,13,19
80:22,24 122:3

**licensed** 54:14,
20

**licenses** 54:7

**Licensure** 26:11

**light** 69:15 76:1
83:1 93:5

**lights** 78:4 92:21
97:23 102:20 116:3
123:18

**limits** 138:21

**list** 73:6 122:25

**listed** 135:19

**listen** 7:21 115:3

**listening** 79:6

**literature** 28:21

**literatures** 28:19
29:1

**live** 23:18 143:12
145:1

**lo** 30:25

**located** 92:9

**location** 66:15

**lock** 92:22 102:16
116:7

**locked** 93:5

**locking** 116:3

**locum** 50:5,8,10,
12 51:22

**logical** 120:16

**logistics** 20:16

**long** 7:13 9:12
27:14 49:11,14
50:17 63:21 64:7
106:20 109:7
112:19 129:19
139:1

**looked** 17:13
91:12 100:4 107:18,
20

**lot** 44:11 47:2
60:10 61:1 78:1
85:5 112:12,22
121:6 132:14,25
134:4 135:5 136:17
143:9 144:5,23

**lots** 46:23

**low** 96:20

**lower** 20:22

**LRCP** 26:11,15

**lucky** 144:23

**lunch** 134:11

**lunchtime**
134:1,12

---

**M**

**M-A-U-R-I-T-I-U-S** 25:3

**M.D.** 6:19

**Madam** 6:16
146:19

**made** 24:6 28:25
41:10,19 46:20,22
90:14 100:21 135:4
141:15

**Madison** 34:19
35:16 37:1

**magazine**
132:11,21 134:2,3

**make** 6:6 7:6,20,
21 9:7,15 20:13
24:2 34:4 40:16
46:5 48:8 52:4
60:23 63:24 65:1
68:4 69:14,25 70:19
72:13 75:20 76:1
77:2 78:9 82:25
90:3,16 102:24
104:1,25 105:1,7,20
106:17 108:10,21
112:2,4,7 115:19
116:22 117:23
118:2,12,13 119:4
120:24 126:1
130:10,25 133:12
136:20 139:17
145:14

**making** 6:3
101:18 110:12
120:15 141:5

**management**
72:12

**manager** 91:14,
23 95:5,6 122:8

**Manifestations**
18:17

**mark** 77:6 80:16
82:9 85:9 86:5
87:25 131:21

**marked** 74:14,15
97:3,8 103:13

**marking** 138:25

**married** 32:4,13

**matter** 67:3 79:8
83:19 84:1,14
131:18 136:17

**matters** 77:24

**Matticks** 95:1,2,
4,6 114:15 119:22
122:17,23 123:5
125:8,14

**Mauritius** 24:24
25:3 28:15

**MD** 26:6,8,10,14,
17,21,24 90:18

**meaning** 70:18

**means** 7:18 33:10
44:18 71:13,23
75:23 96:4,7,10,13,
16 104:24 108:6
115:17,18 117:22
120:24 121:9

**meant** 18:7

**measure** 129:13

**measures** 42:18
128:9

**medical** 17:16,19
18:5 22:23 26:9
27:1 28:3 29:14,22
30:2 54:12 60:18
64:21,24 65:4,20
66:24 74:24 75:1,18
76:5,22 77:1 84:18,
21 90:18 95:8
104:13,21 105:13,
21,24 107:20
132:21 134:2

ABDUR NAWOOR, M.D.

December 03, 2018
Index: medically..Organizational

**medically** 101:15

**medication** 85:24

**medications** 70:6 78:13 142:20

**medicine** 26:6 32:25 33:11,14 34:15 35:15 36:3 55:19,24 56:14 57:5,6,11,18,21,25 58:5 59:11,12,13,19 60:11,13,14,19 61:4 62:7,11,16,18 117:7,13,15,18,20

**meet** 94:14 96:4,7

**meeting** 67:9 98:3 124:21 125:2,9 131:12

**meetings** 125:1

**meets** 96:10 97:3, 8 103:14 107:3 109:21 114:4

**member** 59:17 135:24

**memo** 133:6,13, 15

**mention** 135:5

**mentioned** 5:8 9:25 10:8 15:24 18:4 26:1 27:3 34:15 68:10 69:20, 21,24 102:19 107:5 138:2 145:12

**mentioning** 134:4

**Mercy** 31:19 33:6 34:24

**met** 31:1 50:5 51:9,23

**metastasized** 144:1

**MI** 144:8

**Miami** 33:24 35:9

**middle** 26:2 64:20

**Minnesota** 121:24

**minute** 126:9 127:5,8

**minutes** 9:14 23:20 24:1 49:6 109:9 147:3

**miracle** 145:4

**missed** 50:23

**misunderstand** 58:16

**misunderstood** 57:16

**moment** 146:21

**momentarily** 134:22

**money** 40:16 41:7 58:12

**month** 10:9 48:6, 19 49:22 114:15 123:13 138:3

**monthly** 52:25 53:3,6

**months** 32:1,12 49:16,24 51:8,11,18 52:2,10,13,14 67:9 115:15 121:16 122:21 123:2 143:20,22 144:17

**months'** 53:2,6, 10

**morning** 67:6 147:1

**mouth** 58:18

**move** 125:22

**moved** 29:5,23

**Mullendore** 46:3

**multiple** 30:23 50:10

---

## N

**N-A-W-O-O-R** 5:25

**N-O-S-E-R** 15:12

**named** 12:16 14:14,17 15:8,9

**names** 22:18 134:4 135:6

**narcotics** 13:8, 12

**nature** 13:22 16:25

**Nawoor** 5:2,18, 21,24 6:12,19 7:2 12:6 15:7 19:1 21:8 22:19 33:16 45:10 48:15 53:19 54:1 84:8 85:10 86:16,23 99:8 100:11 101:7 104:12,14 107:23 108:24 109:4 111:9, 13,22 115:14 117:6 130:4 138:6,25 139:25 146:18

**Nawoor's** 104:20 120:7

**necessarily** 32:24 56:24 57:2 102:14 107:12

**needed** 112:8

**night** 110:15 112:9

**nod** 8:6

**non-formulary** 69:2 70:7,17,23 71:9,13,19 72:3,5 73:5,8,10,12 78:12, 16,17 121:5

**non-healthcare** 125:7

**Noser** 15:12 17:9

**note** 7:9 112:7 115:21 116:21 118:3

**notes** 113:8,11 116:20

**November** 43:14,15 48:20 88:25 141:1,11,21 142:2 143:5,6 144:15

**Now's** 138:20

**NSAID** 70:25

**number** 20:13,17 37:9,10 38:18 42:11,22 53:13 54:2,3 61:13,15 62:2 74:14,16,17 79:21 113:22 128:16,22

**numbers** 20:22, 25 21:4

**nurse** 90:12,19 95:10 127:4,5 129:6,10,15,16

**nurse's** 78:8

**nurses** 65:1 67:2 68:15,19 82:24 89:10,14,16,19,20, 25 90:7 102:24 105:1 110:1,7 112:14 115:23 117:2 126:9,10 129:19

**nursing** 88:21,23 89:13

---

## O

**Object** 45:7 51:14 72:15 83:20 85:1 86:17 100:7 110:10 119:10 124:6 130:16 131:4

**objection** 6:9 8:12,13,15 48:9 84:5

**objective** 108:14

**objectives** 123:1

**obstetrics** 33:12,14

**obtained** 81:17

**occasions** 50:11

**occurred** 133:20 134:15

**October** 81:8

**offender** 135:23

**office** 5:20 6:4,8 40:12,17 42:1,10 50:20 69:14,16 77:22 78:5,8 80:7 102:21 116:4 134:17

**officer** 93:7,11

**officers** 127:2

**Ohio** 33:20 35:9 36:14

**on-site** 93:21

**one-page** 25:17

**one-year** 35:5

**open** 123:18

**opened** 66:17

**opportunity** 8:12

**opposite** 70:18

**options** 46:24

**order** 41:15 69:4 73:7,25

**ordered** 74:7 112:10

**ordering** 71:4

**organization** 113:7

**Organizational** 109:17 110:21

ABDUR NAWOOR, M.D.

December 03, 2018
Index: organized..prescribing

**organized** 111:23

**original** 61:19

**originally** 5:6 35:10

**outline** 128:25 129:4

**overlap** 85:5

**override** 90:23

**overrule** 72:13

**overruled** 74:3

**oversee** 109:25 112:18

**overseeing** 110:7

**oversees** 90:1, 10

**overwritten** 21:2

**owned** 44:19

**P**

**p.m.** 5:1 147:7

**pages** 20:19 21:9 22:3 94:5,8,10 124:14 125:25

**paid** 40:8,9,18,24

**pain** 13:8,11,23 16:12 17:3,4

**pancreas** 10:11

**pancreatitis** 10:5

**paper** 85:16

**paperwork** 68:25 69:21

**part** 20:13 42:14, 22 49:13 79:23 93:19 105:9 106:25 132:16

**participation** 78:19

**partner** 41:5,6, 10,16 59:18 61:12

**partners** 38:2,11 40:2 41:15 45:18 46:9,23 47:13 49:18 61:7,11 62:2,6,8,10, 15,20 63:15

**partnership** 42:19 47:10

**parts** 59:24

**pass** 27:10

**passed** 30:25

**past** 7:13 146:6

**Patel** 5:19 6:11 146:19

**Pathogenesis** 18:15

**pathology** 18:15 33:3

**patient** 10:4,9 15:12 16:14 40:14 61:2 65:3 67:1,2,4, 12 69:13 71:19 73:14,19,23 76:2,9 90:5,7,9,12,14,16, 17,19 93:21 101:14 102:13 110:17 112:6 114:18 115:4, 21 116:5,23 117:2, 23,25 121:1 136:22 137:1,2 144:2 145:22

**patient's** 136:3, 24

**patients** 42:11 49:5 60:16,17 65:1 67:8,18,22,24 69:20 70:14 71:25 85:16 98:8 99:2 106:7,20 121:7 130:24 136:15

**patients'** 89:22 136:13

**pay** 39:24,25 40:25 41:2 52:25 53:3,7,10 79:19,21, 23 82:2 87:22 127:17 128:3,5,21

**PDF** 20:17,18,19

**pending** 9:13 14:10 111:10

**penmanship** 113:16

**people** 13:9 40:16 46:18 47:1,2, 17 60:3 62:12 66:8 68:1 93:18 113:3 132:14,25 134:5 135:5 137:15 144:5, 23

**percent** 59:19 60:23 61:1,3 101:20 144:4 145:9

**performance** 94:6,16 95:17 100:3 101:2

**performance-based** 80:4

**performed** 74:8

**period** 46:22 55:7 59:23 95:14 125:16

**person** 100:9 124:22 146:23

**personally** 40:21

**personnel** 20:6 86:9,15,22 87:7,8

**perspective** 127:1

**pertaining** 17:24

**PGA** 39:5,8 44:6 59:18,23 60:1,3 61:8 62:4,10 63:15

**pharmacology** 33:3

**pharmacy** 70:6 71:2 72:9,24

**phone** 103:2,4 124:22 136:22,25 137:5,7

**physical** 98:8 99:2 110:14 112:3 115:3

**physician** 37:5, 10,18,19 39:21,22 41:6 50:19,21,24 60:1,20

**physician's** 54:12

**physicians** 26:12,16 30:2 31:7 47:9,14 56:1 65:8

**physics** 28:2,17 29:17 30:14

**physiology** 33:3

**pick** 115:23

**piece** 104:17 115:11,12

**Pittsburgh** 67:12 69:3 70:11 71:16 74:23 75:11, 13,14 92:13 93:18 113:3 121:7 122:1

**place** 47:23 101:19 126:25 130:1 135:21 136:24 142:24

**plaintiff** 5:4 16:5

**plan** 5:6 75:1,19 76:5,19,20,23 77:1 108:14

**planned** 35:11

**playing** 68:14

**pocket** 58:12 82:2

**point** 7:15 8:23 9:9 29:7 75:24

**pointing** 107:15

**policy** 123:21

**Polytechnic** 28:1 29:19

**Polytechnical** 27:20

**portion** 100:19

**portions** 100:4 124:12

**position** 22:19, 22 23:10 37:2 38:12 64:21 66:17 67:14

**possessed** 55:18

**potential** 46:16 139:13 142:12

**practice** 10:18 30:25 32:16 48:24 52:15 55:19 59:17, 18 60:8,22 61:8 62:6,11,14,16,18,20 80:23 97:16 102:12 105:6 108:15 112:22 117:1

**practiced** 11:1,4 59:11

**praise** 125:19

**precisely** 23:17

**preclude** 8:15

**premeditated** 135:1

**premises** 142:14

**preparation** 17:12 19:7

**prepare** 18:1 19:6

**preparing** 21:1 76:12

**prescribe** 71:11, 12,14,24 103:18

**prescribed** 73:22

**prescribing** 73:4 80:23

ABDUR NAWOOR, M.D.

**prescription**
72:14 73:2 74:3
112:4 115:20,22
118:13

**prescriptions**
108:11 110:12

**present** 129:6,11
134:16 140:21
141:20 142:2,3

**presented**
140:22 141:9,10,24

**presenting**
15:15 70:13

**president** 38:4,
12,15,19,22,25
39:5,8,16 45:3,5,11,
24 46:9

**pretty** 19:25

**prevented** 5:10

**previous** 13:25
15:13

**Primarily** 32:3

**primary** 105:17
106:1,3 107:7 109:1
110:8,11 120:13,18

**printed** 89:8

**prior** 46:18 54:21
57:23

**private** 10:17
59:17 97:16 102:12
105:6 108:15

**problem** 9:14
10:9 13:10 38:7
47:1 67:5 74:12
101:14,15 107:16
113:15 120:16
121:1 123:15
129:16 130:20
136:5,21,23 142:12
143:10,24 144:3,6,
11,21,22 145:24

**problems** 38:9
60:19 65:3 102:9,18
145:13,15

**procedure** 78:6

**procedures**
129:6,11

**process** 48:3

**professional**
54:7 95:9

**profits** 40:10

**prognosis** 144:2

**program** 27:5
30:13 34:8 35:13,
21,25 74:22

**promotion** 38:1

**promotions**
37:24

**properly** 105:21

**pros** 46:12

**prospective**
45:11

**provided** 125:15

**provider** 105:18
120:13

**providing**
103:25 110:8,11

**provision** 106:1,
3 107:7 109:1

**pull** 18:10

**pulmonary**
34:15 35:15 36:3
56:4,7,13 57:15
59:13 60:17

**pulmonologica
l** 58:15

**pulmonology**
33:9,18 57:18
58:19,24 59:8,20
60:14,15,24 62:21

**purpose** 77:1
84:24 87:7

**purposes** 6:3,6
8:4 22:14

**put** 20:23 34:9
36:15 40:15 58:17

70:10 71:2 75:21
90:18 116:23 119:3
121:23 139:19
142:18 146:1,14

**putting** 69:1

---

## Q

**QI** 125:2

**quality** 96:24
97:13 98:1 99:2,9,
24,25 102:2 103:24
125:2

**question** 8:7,19,
24 9:3,4,5,13,21
15:2,7 22:17 30:9
37:17 40:25 46:7
48:14,16 49:13
51:17 54:3 64:6
76:14 83:7,10 84:9
86:20 92:19 100:12,
13,16 101:17
104:10 106:22
111:10,12 117:12
118:6 119:14
120:10 121:14
133:8,10 136:12
137:19 139:22
145:10

**questioned**
72:21 76:8

**questions** 8:10,
11 30:21,23 82:7
87:18 117:11 120:6
138:20

**quit** 43:25 64:9

**quiz** 101:7

**quizzing** 100:25

---

## R

**radiologist** 10:6

**radiologist's**
10:12

**Rahman** 22:19

**raises** 39:20,24,
25 41:1

**Ralph** 63:12,13,
14

**range** 39:2

**rare** 114:19

**rarely** 71:16

**rate** 145:8,23

**rating** 97:3,8
100:22 103:13
107:2 109:20,21
113:24 114:2,3,11

**ratings** 95:21,25

**re-certified**
56:22 58:12

**reached** 17:6

**read** 10:6 100:16,
20,24 101:1 104:8
105:12 111:1,5,11,
15 113:19 115:11
120:5 133:17
139:10,25 140:3,6,
8,9,10,20 146:6

**reading** 38:19
132:11,20 134:20,
24 135:12,13

**reads** 107:23

**real** 101:22 112:13
136:5

**realize** 137:5

**reason** 9:17,22
13:1 15:17 17:7
30:23 47:4 58:13
66:15 71:8 114:13
135:10 143:17

**recall** 10:25 11:3
13:5,13,22 16:20,
24,25 24:9 27:16
28:25 29:4 32:8
36:2,17 38:14,24
41:9,14,19 47:12
48:2,6 52:1 58:18
94:19 98:15 134:14
135:10 136:11
140:19 142:9,23

**receipt** 80:12

**receive** 19:22
39:20,23 40:5 52:21
71:19,25 73:14,19
77:20 79:23,25
87:11 99:23 128:9

**received** 37:24
53:3 73:23

**receiving** 101:9
127:20,23

**recent** 17:9

**recently** 20:1
88:24

**recertify** 57:9

**recessed** 147:6

**recognize**
21:12,13,17 86:7
88:2 94:11 132:7

**reconvene**
147:1

**record** 5:23 6:3,4
20:14 21:20 77:6
100:20

**records** 24:10
85:15

**recruit** 31:3 46:25
47:2,8 80:1

**recruiting** 47:14

**refer** 20:12,17
22:3 120:25 125:23

**referrals** 120:9,
22

**referred** 133:19

**referring** 20:25
121:6 145:16

**refers** 82:21

**reflected** 94:24
100:2 125:11

**reflecting**
103:24

**refusal** 85:14

ABDUR NAWOOR, M.D.

December 03, 2018
Index: refuse..set

**refuse** 85:16,22, 25

**refused** 85:18,19

**regard** 107:25

**regional** 95:3 123:7 124:10

**registration** 81:18

**regular** 70:24

**regulation** 82:23 84:13 92:5 105:7 117:14 119:5

**regulations** 69:8 75:22 76:16 77:3 97:18 99:20 101:16,21 102:11 103:5 105:3,25 106:9 107:11 108:8, 17 119:1 130:23

**reimbursed** 82:4

**reiterate** 136:8

**relate** 102:3 108:25 110:7

**related** 12:20 17:16 97:14 116:11, 12 130:14

**relates** 99:2,19, 25 105:25 121:14

**relating** 12:22

**relax** 111:18

**remain** 62:2

**remember** 10:22,24 11:6 16:18 39:3 41:12 53:5,12 98:17,21,23 114:10 124:14,16 126:3 131:24 133:22 134:18 135:16,25 136:1

**renal** 18:16,18 144:11,22 145:13, 15,18,19,24 146:2, 9,12

**renew** 58:4

**renewed** 58:23

**repeat** 83:7 85:5

**repeating** 10:8

**rephrase** 9:2 28:10

**report** 93:11 115:4 126:13 131:9

**reported** 127:8

**reporter** 5:15 6:17 8:5 14:25 25:1 100:20 132:15,18 146:20

**represent** 5:18 133:16,18 134:9 135:17

**represented** 10:20

**requested** 100:19

**requirement** 129:10

**residency** 31:3 34:22 35:8 36:10 54:23

**resolution** 17:6

**respiratory** 32:20 33:9,17

**response** 8:5

**responsibilitie s** 46:8 66:24 68:23 69:25 70:1

**responsible** 45:25 46:15 89:21 90:5,11 91:1 122:6, 9,22 123:4

**result** 14:1 128:16 137:20

**resulted** 137:10

**resume** 25:23 146:17

**retire** 43:12,20

**retired** 42:24 43:8,9,16,18 44:13 50:1 51:4,6 52:19, 22

**review** 17:11 19:1 78:20 120:9,22 121:25 123:3 124:23

**reviewed** 18:1

**rheumatologis t** 62:19

**rheumatology** 62:13

**right-hand** 86:25

**risk** 143:7

**Rochester** 121:24

**role** 11:8 12:22 45:5,6,8 46:9 76:11 104:13,21 105:13, 24 107:20

**room** 15:6 76:3 83:2 97:24 102:13, 25 104:14 107:23 108:20,24 116:6 117:25 118:1 137:16

**rotate** 33:10

**round** 124:18

**rounds** 68:2,4

**route** 71:5

**Royal** 26:11,16 30:2 31:6

**rules** 7:8 8:23 69:8 75:22 76:15 82:23 84:13 92:4,16 97:17 101:15,21 102:4,11 105:3,7 106:8 108:8 116:12 119:1 130:22

**running** 145:8,25

**runs** 94:7

**Rupcich** 5:17 6:10,14 8:20 11:11, 22 12:1 13:16,18 14:20,23 16:13,16 18:22 19:12,23 20:2,9,21 21:3,6,14, 16,24 39:25 43:2,7, 10 45:7 48:8,11 51:14 53:22 57:4 61:21,24 63:6,24 64:2,17 65:17,24 72:15,18 83:20,23 84:5 85:1,20 86:11, 17 91:19 96:9 99:14 100:7,15,23 108:1 109:6,10 110:10 111:14,18 117:15, 19 119:10,21 123:25 124:6 130:16 131:4,7 132:1,4,24 133:3 138:9,22 139:14,21 141:3 147:2,5

**S**

**salary** 40:5,6 53:15,16 87:10,12, 16

**sale** 44:14 48:3,7, 18,19,23 49:9

**sat** 25:8 45:14,19 46:4,12

**Saturday** 110:16

**scale** 96:20,21

**scalpel** 78:10 83:2 92:23 102:22 118:1

**scan** 10:8,10 74:23

**Schade** 5:18 6:7

**schedule** 31:11, 15 88:8,12 89:17 90:7 91:3 93:14

**scheduled** 89:9

**scheduler** 89:8, 12,15,21 90:4 91:9

**scheduling** 89:22 90:5 91:1

**school** 26:9 28:3, 15 29:12,14,22

**science** 27:21 28:9,19 29:1,17

**sciences** 28:12

**scissors** 78:10 92:23 126:8 127:7 129:20

**score** 29:10

**scripts** 70:5

**seconds** 132:13

**section** 26:5 88:15 95:21 96:24 103:9,10 104:6 109:16 110:20 113:23 120:10

**seek** 45:11 71:10

**seeking** 46:10

**sees** 90:16,19

**selective** 121:8

**sell** 44:1 45:6,18 46:22 48:17 61:8

**send** 19:23 72:23 114:18 138:3 142:15 146:24

**sense** 9:7,15 89:23 90:22 145:5

**sentence** 105:24 117:5

**separate** 76:19

**September** 24:5,7 130:19 135:18,19,20

**sequence** 25:21

**series** 8:10

**served** 38:14

**set** 78:18

**setting** 106:16
116:12

**severance** 53:3

**severe** 13:11
107:15

**sexual** 84:15

**shake** 8:6

**sharps** 129:7,11

**Shawn** 75:6,7,15
91:13,14,16,23
92:6,25 93:4 95:1,6,
8 123:6 124:22,25

**sheets** 73:9 78:15

**shock** 142:19

**short** 79:18
145:11

**shortages** 89:19

**show** 20:12 35:23
117:7 118:8

**showing** 99:9
119:16

**shown** 120:8,21

**shows** 37:10

**sick** 50:15 67:4
68:10 90:15,20
139:12

**sign** 74:21 85:16
91:5,8 108:11
112:4,8,11,14
116:21 117:23
118:2 141:19

**signature** 91:12

**signature's**
91:7

**signatures**
88:15 89:4

**signed** 75:6
80:11 82:15 85:12
91:6,10,13 93:25
94:21,22,25 110:13
112:9 118:14
130:19 131:18
140:11,13,25

141:14 143:5

**significance**
105:17 127:14

**signing** 118:11
119:25 123:17
125:6

**similar** 124:18

**single** 74:16

**Sisters** 44:17,19,
21

**sit** 101:3 123:13
135:3,9

**site** 89:8,12,15,21
90:4 91:9

**sitting** 133:25
134:24 137:2

**situation** 5:9
144:24

**six-week** 5:9

**skill** 120:12
125:15,20

**skills** 104:15
106:18 107:5,21
109:1,17 110:21
112:21 120:7,11,14,
18

**skills/training**
122:20

**skip** 113:21

**sleep** 135:2

**sleeping** 134:10

**slight** 117:8
118:8,10

**small** 144:9

**SOAP** 108:13
116:21

**sold** 43:22 47:23,
24

**solely** 122:7

**somebody's**
50:14

**sort** 8:14

**sound** 7:25

**Sounds** 8:1

**speak** 7:22,24
8:12 135:24 136:12

**speaking** 7:24
136:23

**speaks** 100:8

**special** 45:6,8

**specializing**
33:17

**specialty** 32:15

**specific** 123:1
128:17 130:15
135:10 139:8

**specifically**
131:2

**specification**
33:1

**spell** 5:22 13:18
61:21

**spent** 61:1 119:4
136:10

**split** 132:22

**spot** 97:7

**spouse** 136:24

**spouses** 136:13

**Springfield**
10:23 36:25 37:1,3,
11 66:20

**St** 43:23 44:18
46:18,21

**staff** 108:11

**stage** 145:24
146:2

**Staging** 18:17

**stamped** 110:13

**stand** 44:16,23

**standards**
84:18,21 98:3 102:4

**standpoint**
105:21 115:2

**stands** 44:20

**start** 5:16 19:20
20:18 32:9 47:14
70:4 81:15,23 103:7
136:11

**started** 21:25
24:12 30:19 32:6
41:4,11 48:2 52:3,7
55:25 61:19 89:4
112:11 118:22
136:9

**starting** 56:7,10

**state** 5:14,22
54:20 55:15,19
135:24

**statement** 12:15
82:17 99:8 107:19,
21,23 116:9,17
117:12 118:7 120:6,
20

**states** 22:17 31:4

**stay** 47:3 58:8

**steal** 137:16

**steps** 5:10

**stones** 145:16

**stop** 9:14 79:12
123:22

**stopped** 124:1,2

**strange** 17:7

**Strom** 5:2,3,13,21
6:2,12,16,23 8:21
11:12 12:4 13:21
15:3 16:19 18:19,24
19:20,25 20:4,15,24
21:4,7,18 22:2 25:6
40:4 43:4,11 45:9
48:13 51:16 53:23,
25 57:7 62:1 63:8
64:5,19 65:18 66:2
83:25 84:7 85:21
86:14,21 91:22
96:12 99:17 100:10,
17 101:5,23 108:4
109:4,8,11,13

111:20 118:5
119:12 120:4 124:3,
11 131:11 132:5
133:4 138:10,14,24
139:24 141:4
146:17 147:4

**student** 27:21
30:11

**studies** 30:6
31:14,18 32:2,17

**study** 24:21 28:7
30:2 31:5,8 32:23

**studying** 27:12
28:8,11,12 30:10

**stuff** 7:1 38:10
79:22 106:22
108:13 112:8
116:21 118:1 125:7

**subject** 77:24
79:8,15 83:19 84:1

**subjective**
108:14

**subjects** 28:11

**submitted** 12:14
21:25

**substantial**
119:8,16

**substantiated**
126:25

**sued** 11:13 12:11

**suggest** 72:10

**suit** 12:15

**Sunday** 110:16

**supervised**
90:20,21

**supervising**
119:19

**supervisor**
97:8,13 100:22
103:13 109:21
114:3 122:8,9

**supervisor's**
99:6 104:4 110:24

ABDUR NAWOOR, M.D.

December 03, 2018
Index: support..uh-huh

115:7

**support** 111:21
112:23

**supporting**
97:12 98:22 99:6
103:17 104:5,8
107:2 109:25
110:24 114:7,8,11
115:7,8

**suppose** 91:8

**supposed** 27:19
28:1 68:5,7 77:14
78:2,7 93:9,15,18
103:4 108:19
126:12 127:9 128:2
129:22 134:6

**surgeon** 145:2

**Surgeons** 26:12,
16 30:3 31:7

**surgery** 13:25
15:13,14,16,18,20
16:2 33:15 142:23
144:20

**surprised**
144:19 145:2

**survival** 144:4
145:7

**survived** 144:20

**suspension**
79:18

**swear** 6:17

**sworn** 6:15,20
12:15

**symptom** 112:4

**system** 105:10

─────────

**T**

**T-S-A-N-G** 61:22

**T-S-T-I-N-I-C**
13:16,17,19

**takes** 70:13 73:25

**taking** 5:10 61:2
120:14

**talk** 7:8,19 19:17
20:5,6 46:21 47:16
51:25 71:16 103:3
107:22 108:18,19,
20 120:25 123:14,
19 125:4 126:9
127:4 136:4,7,18
137:7 145:2

**talked** 10:7,13
46:4,12,17,18 47:21
50:10 64:10 66:7
76:14 114:14 120:2
123:12 124:14,25
127:2,6 143:10

**talking** 7:10
11:23 15:5 17:23,25
20:21 46:2,15 47:15
57:4 63:1 70:19
87:9 97:19,21 103:2
108:7 112:5,15
113:1 118:15 122:5
125:12 136:3,18
137:1 140:5 144:5
145:18,20

**talks** 116:9

**Taylorville** 5:7
23:4,23 65:5,8
66:12,16,19,25
75:16 92:10 93:1,16
115:16

**telephone**
135:24

**telling** 23:17
128:12 132:10
136:10

**temporary**
50:14,20 55:2

**ten** 56:9 57:22
68:22 69:19

**tenens** 51:23

**term** 50:18

**termination**
79:15,18 128:23

**test** 74:7 85:24

**testified** 12:9
35:10 102:8

**testifies** 6:20

**testify** 9:18,22

**testimony** 12:5
39:7 44:9 48:22
51:11,12 52:5 63:4,
14 76:4,25 81:14
88:10 93:2 94:23
99:18 100:5 102:9
106:4

**tests** 69:4,21
70:14 72:4 78:13,23
121:2

**thing** 7:9 8:2 34:9
38:1 40:3 44:24
45:23 47:25 49:6,19
70:20 72:8 76:14
78:5,6 84:16 85:14
103:2,8 113:12
116:1 118:14,23
120:1 132:24
143:13

**things** 7:17 8:22
9:14 30:10 33:2,11
38:8 43:24 44:9
49:1 60:11 67:8
69:5,10 77:14 78:1,
7,12 79:1 85:5,24
92:22 97:25 103:5
105:2 112:5,12,14,
19 117:1 118:1,12,
25 121:4 122:5
123:12,14,16,17
125:4,6 129:17
136:10 137:16
138:2

**thought** 23:13

**three-year** 34:8
35:12

**throat** 139:19

**tied** 52:25 121:4

**time** 7:15,16
11:15,16,19 12:2
14:25 27:14 31:12
33:19 46:22 54:11
59:14,25 60:5,9
61:1 63:17 66:4

74:2,6 79:25 81:11
87:14 89:18 90:6
101:1 104:18
112:19 119:4
123:19 124:24,25
125:9 127:16
129:14 133:18
136:10,16,19 137:8
138:12,20,21 143:6,
18 145:11

**time-
consuming**
70:9

**times** 46:17 60:22
87:21 128:18 138:7,
9 141:15

**tired** 135:14

**title** 37:17

**today** 5:7,11 9:19,
23 18:1,21 135:3,9
146:24 147:3

**today's** 9:9 17:12
19:7

**told** 50:6 51:24
56:23 63:22 64:8
66:10,20 81:22
90:15 118:24
119:25 124:1
128:18 131:16
136:2 146:8

**tomorrow** 18:21
20:5 146:18 147:1

**tonight** 146:25

**top** 22:9 54:2 73:3
88:7 94:5 95:15
109:16 121:11

**topic** 79:1

**totally** 112:13

**town** 65:16

**traffic** 23:21

**training** 41:21
47:10 74:22 121:15

**transition** 75:1,
19 76:5,20,23 77:1

**treat** 76:9 82:23
84:12 101:14 106:7,
20 117:2

**treating** 93:21
136:15

**treatment** 89:22
103:18 108:21
120:15 130:24
145:6

**tremendous**
144:3

**trial** 12:9

**true** 11:14 94:25

**truth** 119:6

**truthfully** 9:18,
22

**Tsang** 61:17,22

**Tstinic** 13:14,15
17:8

**tube** 139:19

**turn** 69:15 76:1
83:1 116:7

**turned** 93:5 127:3

**two-page** 139:1

**two-year** 33:22
35:21,25

**type** 10:3 30:21
70:15 84:16 118:14

**typed** 98:15,16,
18,19 103:21

**typo** 34:13

─────────

**U**

**uh-huh** 10:2
19:19 22:1,11 24:8,
16 25:14,18 26:4,7
33:7 34:17 36:9
37:23 39:9 48:25
54:13 64:16 69:23
77:9 80:9,20 81:10
88:9 91:18 95:16
96:1 97:1 99:7

ABDUR NAWOOR, M.D.

December 03, 2018
Index: unclear..years

100:6 104:7,16,19
107:4 109:19
110:22 111:24
115:10 121:13
124:16 126:23
127:13 139:3,5
141:2

**unclear** 8:24

**undergrad**
28:13

**undergraduate**
27:7,9,13,18 28:8

**underlined** 19:9

**underneath**
89:7

**understand** 9:5
20:4 23:13 30:1
46:7 49:8 52:5
60:23 62:9 70:1,17
101:9 105:16
117:13 130:25
133:7 136:20
145:14

**understanding**
25:12 34:5 66:3
84:23 87:6 98:2
101:11,24 102:2,6
104:10,23,25
105:23 106:11
108:5,23 115:13,17
118:9 130:7

**understands**
139:17

**understood**
90:2

**unemployed**
79:13

**unemployment**
52:14

**Uniform** 138:16
139:1 140:22
141:10,20,24 143:4

**United** 31:4

**University** 24:15
25:4 27:4,6 29:13
34:18 35:16 36:4

54:24

**unusual** 139:11

**up-to-date**
103:18

**upper** 86:25

**Uptodate** 18:10

**urologist** 145:3

---

**V**

**vacation** 50:15
65:10,13 91:4

**vaccination**
85:15,23 86:1

**vague** 45:7

**Valley** 33:24 35:9

**varied** 60:25

**varies** 61:5

**ventilator**
139:20 142:18

**ventilators**
60:18

**verbal** 8:5 123:12

**verbally** 100:1
140:9 141:15
143:11

**versus** 78:12

**video** 5:5 6:5
7:10,12 8:3

**videoconferen**
**ce** 6:4

**view** 75:24

**visit** 66:10

**vote** 41:15 42:15,
18

---

**W**

**wait** 11:24 14:23
111:15 139:21

**waiting** 32:3
108:20

**wanted** 13:8,11
15:14,21 20:6 23:7
27:23 28:22 32:5,
18,19 47:5 49:4
66:8,17 133:12
142:21 145:1

**warn** 79:10

**warning** 127:12,
15,21,24 128:6,10,
20

**warnings** 128:16

**Washington**
81:1

**watching** 69:11

**water** 9:11

**ways** 22:6

**weather** 5:8
23:25

**Wednesday**
70:12 120:25

**week** 67:14,21
68:3,7,23 69:19
88:5 120:2 125:18

**weekend** 94:1

**weekends** 88:6,
12

**weeks** 125:1,3

**Wexford** 10:16
11:8,20,21 12:3,12,
16,19,20 13:9 14:17
15:9,15 16:10 23:11
24:10 43:2 49:19
50:6 51:25 52:7
61:18 63:4,22 64:7
65:8 72:12 75:8,10
80:2 81:12,21 87:4
89:3 91:5 92:7
95:18 99:24 113:2,6
123:22

**wheelchair**
137:3

**WHS** 115:16

**wife** 136:3,7 137:1
141:18

**William** 5:3

**Wisconsin**
34:19 35:16 36:4,14
54:24 55:2,4

**wise** 47:19

**wished** 16:2

**wondering** 42:6

**word** 25:23 51:4,6
70:16 129:25

**words** 58:17
119:23

**work** 7:13 12:20,
22 14:15 15:10
33:17 40:21 43:22
49:4,11,14 50:13,24
51:12,18 56:3 63:17
66:21 67:14 70:15
75:10,16 80:2
81:12,13,15 88:5
91:3 94:1 96:24
97:13 98:1 99:9,10,
25 102:3 105:17
106:6,12,13 116:22
118:24 121:5
128:21 135:11
137:15

**worked** 49:9
59:23,25 92:12
102:12 106:9

**worker** 93:8

**working** 25:25
49:19 50:19 52:14
60:3 61:18 63:21
64:7,12 69:15 79:12
88:12 89:5,18
92:18,25 95:18
101:19 103:7
115:14 116:25
126:11 135:5 136:9
140:4

**works** 75:8

**world** 101:20,22
106:6 112:13
113:15 136:5

**worry** 135:7

**worth** 53:2

**wrap** 138:19

**write** 70:5 73:2
98:13 103:20,22
110:3 112:2,7
113:17 114:10,21
115:19,22,23
116:20 118:12
119:7,15

**written** 12:15
42:2,8 98:7 111:1
127:12,14,21,24
128:6,9,16 129:5
146:7

**wrong** 34:9 36:15
38:22 79:10 86:19
87:19 91:25 92:1
93:10 126:12
127:10 128:1

**wrote** 42:24
98:19,22 118:10
119:19,22

---

**X**

**x-ray** 116:7

**x-rays** 116:22

---

**Y**

**year** 14:7 28:18
29:19 30:13,18,22
31:8,9 34:25 35:1,6,
20,23,24 36:2,8,13,
18 41:9 47:12
48:18,19 54:16 56:8
58:19 87:3 89:1
95:18 99:24 118:17,
20 130:9 146:6

**yearly** 87:12

**years** 11:5 27:12,
22 28:16 30:7,16
33:20 34:3,6,7,10,
11 35:10,11 36:1,
11,13,14,24 37:22,

ABDUR NAWOOR, M.D.

December 03, 2018
Index: York..younger

25 38:4,14,19,21,24
39:19,21 41:7,13
45:13,14,16 47:16,
19,22 56:9 57:22
58:21,22 62:3 97:16
102:12 112:21,22
116:25 131:19
138:4

**York** 31:2,20 32:6

**young** 110:18

**younger** 61:17

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 150

```
 1            IN THE UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS
 2                  SPRINGFIELD DIVISION

 3  WILLIAM KENT DEAN,                    )
                                         )
 4           Plaintiff,                   )
                                         )
 5      vs.                               ) No. 17-CV-3112
                                         )
 6  WEXFORD HEALTH SOURCES, INC., DR.     )
    ABDUR NAWOOR, DR. REBECCA            )
 7  EINWOHNER, NURSE KATHY GALVIN,        )
    and LISA MINCY,                       )
 8                                        )
             Defendants.                  )
 9

10

11

12

13

14

15
                DEPOSITION OF ABDUR NAWOOR, M.D.
16          TAYLORVILLE CORRECTIONAL FACILITY
                  1144 ILLINOIS ROUTE 29
17               TAYLORVILLE, ILLINOIS
                    DECEMBER 4, 2018
18                    9:00 A.M.

19                    VOLUME II

20

21

22

23

24          Reported and Transcribed by:
        Rhonda Rhodes Bentley, CSR #084-002706
25
```

U.S. Legal Support, Inc.
(312) 236-8352

ABDUR NAWOOR, M.D.                              December 04, 2018

```
                                                     Page 151
  1                        INDEX

  2   APPEARANCES:

  3   For the Plaintiff: (Appearing via
      videoconference)
  4            William Strom
               JENNER & BLOCK
  5            Attorneys at Law
               353 North Clark Street
  6            Chicago, Illinois 60654-3456
               (312) 222-9350
  7            wstrom@jenner.com

  8   For the Defendants Wexford Health Sources, Inc.,
      Dr. Abdur Nawoor, Dr. Rebecca Einwohner, and
  9   Nurse Kathy Galvin:
               Joseph Rupcich
 10            Cassiday Schade LLP
               Attorneys at Law
 11            111 North Sixth Street, Suite 200
               Springfield, Illinois 62701
 12            (217) 572-1714
               jrupcich@cassiday.com

 13

 14   For the Defendant Lisa Mincy:
               Hindal Patel
 15            ASSISTANT ATTORNEY GENERAL
               500 South Second Street
 16            Springfield, Illinois 62701
               (217) 782-1841
 17            jtyrrell@atg.state.il.us

 18

 19

 20

 21

 22

 23

 24

 25
```

ABDUR NAWOOR, M.D.                    December 04, 2018

```
 1                 INDEX - CONTINUED

 2   EXAMINATION BY:                          PAGE
     Mr. Strom.............................154, 311
 3   Mr. Rupcich...........................303, 167

 4   EXHIBITS:       DESCRIPTION                PAGE
     Exhibit 13      Time Detail....................156
 5   Exhibit 14      Offender Outpatient Progress
                     Notes..........................206
 6   Exhibit 15      Offender Outpatient Progress
                     Notes..........................217
 7   Exhibit 16      Offender Outpatient Progress
                     Notes..........................222
 8   Exhibit 17      Offender Outpatient Progress
                     Notes..........................230
 9   Exhibit 18      Renal Progress Note............230
     Exhibit 19      Renal Teleclinic Orders........232
10   Exhibit 20      Utilization Notes..............242
     Exhibit 21      2/2/16 Exam....................260
11   Exhibit 22      Offender Outpatient Progress
                     Notes..........................272
12   Exhibit 23      Offender Outpatient Progress
                     Notes..........................274

13

14

15               (Exhibits attached.)

16

17

18

19

20

21

22

23

24

25
```

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 153

 1                      STIPULATION

 2

 3           IT IS HEREBY EXPRESSLY STIPULATED AND

 4    AGREED by and between the parties that the

 5    DEPOSITION of ABDUR NAWOOR, M.D., VOLUME II, may

 6    be taken on DECEMBER 4, 2018, at the Taylorville

 7    Correctional Facility, 1144 Illinois Route 29,

 8    Taylorville, Illinois, pursuant to the applicable

 9    Supreme Court rules, local rules, and the Code of

10    Civil Procedure governing said depositions.

11

12           IT IS FURTHER STIPULATED that the

13    necessity for calling the Court Reporter for

14    impeachment purposes is waived.

15

16

17

18

19

20

21

22

23

24

25

ABDUR NAWOOR, M.D.                                December 04, 2018

Page 154

1                    9:13 a.m.

2                    ABDUR NAWOOR, M.D.,

3    having first been duly sworn, testifies as

4    follows:

5                    EXAMINATION RESUMED

6    BY MR. STROM:

7         Q.    Okay.  Good morning, Dr. Nawoor.

8    Again my name is Bill Strom.  I represent William

9    Kent Dent.  We are again conducting this video or

10   this deposition by video conference, and so just

11   as a reminder that there will be times when

12   there's a short delay in our speaking to one

13   another, and that it's important for the sake of

14   the court reporter as well as for the sake of the

15   video recording that we do not talk over one

16   another.  So please wait until I've finished

17   speaking before you start, and I will do the same

18   for you.  Do you understand that?

19        A.    Yes, I do.

20        Q.    And you are under oath for this

21   deposition just as though you were in a courtroom

22   setting.  Do you understand that?

23        A.    I understand that.

24        Q.    And during the course of -- during

25   the course of the deposition there may be

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 155

1  questions that I ask that you find are not as

2  clear or that I find are not as clear as either

3  of us would like.  So if you have any questions

4  about my questions, please feel free to raise

5  them, and if you don't raise any questions, I'll

6  assume you understood me.  Does that make sense?

7         A.    Yeah.  Right.

8         Q.    Okay.  Dr. Nawoor, is there any

9  reason that you would not be able to testify

10  truthfully today?

11         A.    I don't think so.

12         Q.    Okay.  Did you review any documents

13  between when we concluded yesterday's portion of

14  the deposition and beginning this morning's

15  portion?

16         A.    Right.  I did.

17         Q.    What documents did you review?

18         A.    My -- mostly the -- my encounter with

19  Mr. Dean on 12/23/15 onwards, and I looked at

20  that this morning and last night.

21         Q.    And those documents are from

22  Mr. Dean's medical charts; is that right?

23         A.    Yes.

24         Q.    Okay.  And we're going to be talking

25  about some of those documents today too.  So the

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 156

1  first thing before we talk about those documents
2  that I would like to talk about is a document
3  that I sent to Mr. Rupcich called the Time Detail
4  Report.  This is a document from your employer
5  Wexford.
6              Mr. Rupcich, do you have that?
7              MR. RUPCICH:  I have it on my iPad.
8              MR. STROM:  Okay.  So I'm on page 1,
9  and I believe that we're on Exhibit 12.  Is that
10  right, Madam Court Reporter?
11             THE COURT REPORTER:  I wasn't
12  marking.  I'm not sure if you have two 11s
13  though.  You might want to check.  I wasn't the
14  one marking so I wasn't -- I have -- but I think
15  you might have two of them, but I might be wrong.
16             MR. STROM:  Okay.  Thank you for
17  drawing my attention to that.  So for the sake of
18  clarity just in case, we will call this one
19  Exhibit 13 instead.
20  BY MR. STROM:
21      Q.    Dr. Nawoor, the document that you're
22  looking at on the iPad there, it is a 42-page
23  long PDF, and on the first page in the upper left
24  corner it says Time Detail.  Are you looking at
25  the same document as I am?

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 157

 1        A.    Yeah.  Right.  Right.

 2        Q.    And just below Time Detail it says

 3   that the period is from 12/1/2015 to 11/30/2018.

 4   Do you see that?

 5        A.    Yeah.

 6        Q.    Okay.  And I'll represent to you that

 7   this 42-page document, all of which we'll call

 8   Exhibit 13, it's nothing more than these time

 9   detail or time reports from your employment.  Do

10   you understand what I mean by that?

11        A.    Yeah.  Yes.

12        Q.    Okay.  Is this a document that you

13   have seen before?

14        A.    Not really.

15        Q.    Okay.  And so scrolling down the page

16   to the first entry on 12/2/2015 --

17        A.    Uh-huh.  Right.

18        Q.    -- you see that first entry that I'm

19   looking at?

20        A.    Yeah.

21        Q.    And it says Mgmt Decision Hours -

22   Working, just below that in italics Orientation.

23   Do you see that?

24        A.    Yeah.  Yes.

25        Q.    Okay.  Do you know what Mgmt

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 158

1  Decision Hours are?

2        A.    I guess time you get in and clock

3  out.

4        Q.    Okay.  Do you know that for certain,

5  or is that just what your -- what your best guess

6  is looking at the document today?

7        A.    No, I usually start -- usually start

8  at 8 and 4.  I subsequently did change that,

9  yeah.

10             MR. RUPCICH:  He's just asking

11  what --

12  BY MR. STROM:

13        Q.    Okay.  My question --

14        A.    I understand the working hours.

15        Q.    My question is --

16        A.    Yeah, I understand that.

17        Q.    Right.  So to be very clear, Dr.

18  Nawoor, I want to ask questions about the

19  different abbreviations and the different terms

20  that are used in this document but only if you're

21  familiar with them.  So --

22        A.    Well, I'm not --

23        Q.    If you're just trying to tell me

24  today what you understand them to mean, that's

25  different from already understanding because

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 159

1  you're familiar with the document.  So I just

2  want to make sure that we're on the same page

3  about that.  Okay?

4          A.    Okay.

5          Q.    Okay.  So my question is do you know

6  what management decision hours are?

7          A.    As far as I know, no, I'm not quite

8  sure what that means.  All I know is when I'm

9  supposed to --

10         Q.    Okay.

11         A.    -- start and finish.

12         Q.    Sure.  That makes sense to me.  So my

13 next question -- we can put this document aside

14 if it's not one you're familiar with.  So my next

15 question is not related to this document, and it

16 is what time is your start time each morning?

17         A.    Right now it's 7:30 to 3:30, but

18 initially it was 4 to 8.

19               MR. RUPCICH:  4 --

20         A.    4 to 8 p.m.

21 BY MR. STROM:

22         Q.    Okay.  At 7:30 in the morning do you

23 have to punch a clock?

24         A.    No.  No, I mean -- I'm sorry.  It's 8

25 to 4, not 4 to 8.  8 to 4.  8 a.m. to 4 p.m.

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 160

 1        Q.    Okay.  Thank you for clarifying that.
 2   So do you punch a clock when you start at 7:30 in
 3   the morning?
 4        A.    Yeah.  Yeah.  I do.
 5        Q.    And you have to punch the clock also
 6   when you finish at 3:30?
 7        A.    Yes.
 8        Q.    Do you punch the clock at any other
 9   time during the day?
10        A.    No.
11        Q.    All right.  So when you first arrive
12   on a typical day at 7:30 what is your first
13   responsibility?
14        A.    I usually make rounds in the
15   infirmary.
16        Q.    And about how long does that take?
17        A.    Probably about 15 minutes.  Depending
18   whether we have acute or chronic patient, and if
19   it's all chronic, it doesn't take long.  If
20   there's acute patient, it might take me longer
21   than 15 minutes.
22        Q.    And when you make rounds in the
23   infirmary do you talk with each of the patients?
24        A.    Absolutely, yes.
25        Q.    So assuming that that takes 15

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 161

1    minutes or maybe more, what's the longest that it
2    might take you to do rounds in the infirmary?
3        A.    Probably about 30, 40 minutes.
4    Again, like I said, if they're chronic I see them
5    on Monday, they're all chronic, it takes me very
6    little time because I know what their problem is.
7    If they have something acute they complain about
8    and I listen to them, takes me more time, you
9    know, but usually they don't.  You know, they
10   always -- they're in there for some chronic
11   problem.  I know what the problem is, how they're
12   doing.
13       Q.    Dr. Nawoor, after you've finished
14   rounds, what's usually your next responsibility?
15       A.    I usually make notes in the chart
16   about what I talk to the patient and what's the
17   plan for.  That's about it.
18       Q.    So the next task is --
19       A.    To --
20       Q.    The next task is to make notes about
21   the patients you saw during rounds?
22       A.    Right.  Right.  Right.
23       Q.    And about how long does that usually
24   take?
25       A.    Again it depends.  You know, the

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 162

1   place where we work, nurses and me, it's very
2   crowded, so it depends if they are -- they are
3   doing their job, and I usually go and do my
4   clinic and then come back, write this stuff or
5   vice-versa, you know.  It all depends on how busy
6   it is.  I don't think you've seen the place.
7   It's a very small area, and it's about three,
8   four people working in that area, and so I have
9   to get a chair, sit down and do my stuff.
10        Q.    Are there three or four chairs
11   available for the three or four people in that
12   area?
13        A.    There's -- there's two chairs and two
14   little stool, and that's about it.  It's very --
15        Q.    How many desks are there in that
16   area?
17        A.    There's only one desk.  I think the
18   -- it's not very big.  It's about the size of the
19   table.  And -- but again they're there before I
20   come, you know, nurses are there probably around
21   6 or so, and they're doing their stuff, whatever.
22   I can't just tell them get out and let me do my
23   stuff.  So I say I'll come back and let you
24   finish, and then I write my stuff.
25        Q.    What time do you usually see your

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 163

1  first patient during sick call on a typical day?

2       A.    Usually about as late as quarter to

3  9, quarter --

4       Q.    At the latest 8:45?

5       A.    8:45, yeah.

6       Q.    And how long is each -- and how long

7  is each appointment during sick call scheduled

8  for?

9       A.    I don't have specific time scheduled.

10 I just see them for -- it may take sometimes half

11 an hour or more for one patient.  It may take ten

12 minutes or even five minutes, you know, so it

13 depends on the problem.  There's no scheduled

14 time.  Okay.  To see a patient for 15 minutes,

15 there's no such thing.  I mean they're scheduled

16 at a certain time, but it could take a half an

17 hour, it could take more.  Sometimes, and

18 invariably it's about I'd say about ten, 15

19 minutes, and if they have to have x-rays, I have

20 to send them to x-ray and then see them again so

21 it varies.

22      Q.    So when you have an appointment --

23 your first appointment of the day at 8:45, what

24 time is the second appointment usually scheduled?

25      A.    It's usually every 15 minutes or so,

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 164

1  and --

2       Q.    And so there is a new appointment

3  approximately every 15 minutes but each --

4       A.    Yeah.

5       Q.    -- appointment doesn't necessarily

6  last 15 minutes; is that right?

7       A.    That's correct.  It all depends on

8  the problem.

9       Q.    And what -- and when your appointment

10 finishes before the 15 minutes has passed, what

11 do you do?

12      A.    The nurse will bring -- they put the

13 chart on the table in the -- in my room and so

14 they check the patient, take the blood pressure

15 and everything else, then they put the chart in

16 and I just pick up the chart, call the patient.

17      Q.    So if you finish early with one

18 appointment, does the next appointment start

19 early?

20      A.    Right.  And they usually the charts

21 are there.  I just call the patient, and they

22 come in.

23      Q.    About how long does sick call last on

24 a typical day?

25      A.    It all depends how many sick call we

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 165

1   have.  You know, and sometime four or five, like

2   today I think we've got about four or five, and

3   so I'd probably say about an hour.  And again it

4   depends on what the problem is, you know, I can't

5   just put a time on it, and some patients are

6   there with some serious problem, then it will

7   take me a longer time.

8        Q.    When you know that a patient has a

9   serious problem, are you able to set your

10  schedule for the different start times to allow

11  more time for that patient?

12       A.    No.  Of course, I don't know that

13  ahead of time, you know.  I mean they come in,

14  and then when I'm talking to them, I realize

15  whether they do or they don't have a serious

16  problem, and invariably we see them anyway if

17  they're scheduled regardless, and we see the next

18  patient anyway even with the -- if it's after

19  3:30 sometimes I do.

20       Q.    Do you see follow-up patients during

21  sick call?

22       A.    Well, again depends what their

23  problem is.  Again yeah, we do see them have them

24  come back if there's a problem to be followed.

25       Q.    Is there another time during your day

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 166

 1  when you have follow-up appointments with your

 2  patients?

 3         A.    Yes, we do.  It's a mixture like

 4  today we have a lot of follow-up and a lot of

 5  sick call, and they're not putting chronic

 6  because what we're doing here now.  So it would

 7  be just follow-up and sick call.

 8         Q.    After you've completed approximately

 9  one hour of sick call, what's usually next?

10         A.    I just write my note.  If there's a

11  prescription to be written, I do that, and if the

12  patient needs something, -let's say he need a

13  knee brace or whatever, something like that, I

14  have to go talk to the nurse and make sure they

15  know that the patient needs that, and so all this

16  takes time.  It's not just a set thing that you

17  do every day, you know.  It varies on depending

18  on the patient's problem.

19         Q.    So after you've completed sick call,

20  what is the next thing that is on your schedule?

21         A.    Well, usually they don't put all sick

22  call one after the other.  It may be mixed in

23  with sick call, follow-up, and whatever.  So we

24  see all of them not necessarily one after the

25  other sick call.  So they all mixed up in there,

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 167

1  you know, in the schedule.

2      Q.    Okay.  So it's not necessarily the

3  case that all of your sick call patients come in

4  one group; is that right?

5      A.    No, they don't, no.

6      Q.    On a day when you have multiple

7  patients coming for sick call and multiple

8  patients coming for a follow-up, how is your

9  schedule determined?  Do you determine your

10  schedule for a day like that?

11      A.    Not necessarily, no, I don't.  If

12  they're there, I see them.  I have to.  Sick

13  call, we have to see sick call regardless.

14      Q.    Do you have to see follow-up

15  patients?

16      A.    Yeah, we do, but usually if we have

17  something else going on like collegial or

18  anything else and so we can reschedule follow-ups

19  sometimes if it's nothing pressing.

20      Q.    So I'm trying to get a better

21  understanding of what your day looks like, and so

22  let me repeat back to you what I understand so

23  far, and correct me if I'm wrong when I finish.

24  You start your day at 7:30 in the morning, and at

25  7:30 you do rounds in the infirmary for mostly

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 168

1  patients with chronic diseases?

2      A.    Uh-huh.

3      Q.    There are some patients who you see

4  there from time to time who have acute problems

5  that may include the same patients, it may be

6  different patients, and after you've completed

7  your rounds, you start around 8:45 with sick call

8  patients?

9      A.    Uh-huh.

10     Q.    And sick call patients and follow-up

11  patients may be seen mixed in with one another in

12  terms of --

13     A.    Right.

14     Q.    -- when the appointments are slotted

15  into your schedule.  Is that all accurate so far?

16     A.    Yeah, so far, yeah.  Yeah.

17     Q.    Okay.  Do you have a scheduled lunch

18  break?

19     A.    The nurses do.  I don't.  If I'm

20  working -- well, I do have it scheduled for

21  lunch, but I usually don't take lunch until I'm

22  done with a patient.

23     Q.    What time is your lunchtime scheduled

24  for?

25     A.    Usually around 11:30 or something --

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 169

1  somewhere 11:30, 12.

2        Q.    And how long is it?

3        A.    I mean -- might take five minutes.  I

4  eat and I go, I do whatever I have to do.  I

5  don't take a half hour sit down and do nothing.

6  I just eat and then do my stuff.

7        Q.    Would you see another patient before

8  a half hour had elapsed over your lunch hour?

9        A.    Sometimes I do, yeah, and the nurse

10 will still -- they find their lunch, they will

11 still keep on seeing the patient, taking the

12 blood pressure and everything else and put the

13 chart in my room.  If I'm done with my lunch, I

14 just go and then continue to see the patient.  I

15 don't -- I don't have a fixed lunchtime, no.  Now

16 me, I don't.  The nurses probably do, and because

17 they're union, they have to.  And I'm non-union,

18 but I usually just eat very quick, five minutes,

19 maybe ten minutes.

20       Q.    Is there ever a time when you have to

21 wait for a nurse to complete his or her lunch

22 break before you can see another patient?

23       A.    Yes.  Yes.  It does happen.

24       Q.    So once you begin seeing patients,

25 you said no later than 8:45, and you see sick

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 170

1  call patients and you see chronic -- excuse me --
2  follow-up patients.  When do you typically end
3  your day of seeing patients?
4        A.    It's when the -- when I see the last
5  patient, that's when it ends, and invariably I
6  would say probably around 3:00.
7        Q.    Around 3:00?
8        A.    Yeah.  Again it depends what kind of
9  problem all this patient -- sometimes they have
10 very bad problem.  You have to have cardiogram.
11 You got to do x-rays and decide whether they have
12 to go somewhere else on an emergency type of
13 thing, and so it varies every day, you know.
14 This is -- it's not kind of set in stone what you
15 do.  You kind of have to do according to what the
16 patient's complaining of and what they need, and
17 blood, x-rays or whatever, and I may need some of
18 their old charts to look at and see what their
19 problems are and where they come from, how long
20 they've been in other correctional centers.  So
21 all this takes time.
22       Q.    When you -- when you have a typical
23 day, do you complete seeing patients at 3 p.m.?
24       A.    No, it's usually about 3:30, and once
25 I'm done there's other things to be done, you

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 171

1  know, in -- the people in the pharmacy call and

2  they need -- and multiple other things that I

3  have to deal with, and so by 3:30 I'm pretty much

4  done.  Not always but --

5      Q.    I understand you have other

6  responsibilities, and so what I'm trying to

7  understand is when those other responsibilities

8  take place.  Is it the case that they take place

9  in-between appointments with patients?

10      A.    Right, and sometimes, you know,

11  in-between seeing patients if there's something

12  pressing, a phone call or somebody calling and I

13  have to leave and go and answer the phone, and

14  put the patient out in the waiting room and lock

15  the door and go and answer.

16              So all these, like I said, take time,

17  you know.  I mean I can't just say, well, I'll

18  call back or I'm -- it depends who's on the

19  phone.  And other things I do also is I have to

20  call -- if somebody's been admitted to the

21  hospital, I have to call the hospital to find out

22  what's going on and what they're doing and things

23  like that.

24      Q.    Do you set aside time each day for

25  writing in your patients' charts?

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 172

1      A.    Set a time, no, but I write right
2  away when I see them.  I don't put the chart and
3  write later.  I write whatever -- I write right
4  away right after I see them.
5      Q.    How about any orders?  Do you set
6  aside time each day to write orders for your
7  patients?
8      A.    No, I write it right there and then,
9  whatever they need.
10     Q.    Do you set aside time each day to
11 review your patient's charts for upcoming
12 appointments?
13     A.    No, I don't have the time to do that.
14 All I know what the schedule.  I see them first
15 thing in the morning.  I don't know what the next
16 day's schedule going to be like.  I don't know
17 who's going to be on it.  If I have to do that,
18 I'll probably have to work until 6, 7:00 at
19 night.
20     Q.    Is there someplace you can look to
21 see who the patients are for the following day or
22 later on the same day?
23     A.    Yeah, I can -- if I look at the
24 schedule, I can tell.  I always ask the nurse,
25 you know, how many patients, and quickly look at

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 173

 1  it, and sometimes if I feel this patient's been
 2  seen or doesn't have to be seen right away, I
 3  tell them and they will put them on another
 4  schedule.
 5        Q.    And what does the schedule look like?
 6        A.    In regard to what?  The number of
 7  people?  Usually --
 8        Q.    I guess --
 9        A.    Yeah, usually it's about -- I would
10  say about 20, 25 people.  And --
11        Q.    And on -- I'm sorry.  Go ahead.
12        A.    Go ahead.  Anyway, but -- it has
13  nothing to do with her, but when Galvin was
14  there, you know, I mean she was trying to get
15  everything done.  Clinic -- hypertension,
16  diabetic.  They have to do that at certain time.
17  So there was a time when I was seeing 40 people a
18  day.
19        Q.    So certain patients with certain
20  chronic ailments need to be seen at specific
21  times of day?
22        A.    No.  No.  We see them as they come
23  along, and a lot of times also some of these
24  patients are -- they're working, and if you
25  schedule them for 1:00, and they say, well, I'm

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 174

1  working.  I can't come in at 1.  So we have to

2  either reschedule them or see them at a later

3  time.

4        Q.    Okay.  I'm trying to understand what

5  it is that you were telling me about what Kathy

6  Galvin did with the hypertension or the other

7  patients that you --

8        A.    I agree with what she was doing.

9  That is once still kind of -- she was trying to

10 get all -- the hypertension clinic and diabetic

11 clinic has to be done at a certain time of the

12 year, and so that's what Wexford want anyway.  So

13 -- so that's -- sometimes she'll put more people

14 there for me to see chronic patient, and there

15 was a time when I was seeing about 40 people a

16 day, but then Dr. Matticks changed that.  He came

17 and said no, I don't think he should see 40

18 people a day, maybe 25.  And that's what I'm

19 doing now.

20       Q.    I see.  So do I understand you

21 correctly that there were times when you saw

22 upwards of 40 patients a day because it was the

23 time of year for the hypertension or diabetic

24 clinic; is that right?

25       A.    I have to finish it on time.

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 175

```
 1        Q.      And by finish it on time, you mean
 2   finish it by a specific date; is that right?
 3        A.      May take months or, they have months
 4   for hypertension clinic, diabetic clinic and the
 5   lupus clinic.
 6        Q.      Okay.  So you have during the course
 7   of your day approximately 20 to 25 patients, and
 8   you see them as they come, and you write in their
 9   charts, and you write orders for them during the
10   course of the day.  Is it ever the case that you
11   have to return to a chart or to an order for a
12   patient after you have completed the appointment
13   with that patient?
14        A.      You mean write more orders, is that
15   what you -- sometimes it happens, yes, so very
16   rarely, but it does happen.  Sometimes you have
17   to write some other orders, depending, like I
18   said, if they come with pain in the ankle or
19   their knee, and I go see the x-ray and there's
20   something on it, then I have to go write --
21   rewrite on the chart, add the stuff that they
22   need.
23        Q.      Do you have an x-ray there at
24   Taylorville?
25        A.      Yes.  Yeah, we see -- we have a
```

ABDUR NAWOOR, M.D.                                December 04, 2018

Page 176

1    technician come in Monday and Friday.

2         Q.    And is the x-ray a formulary order?

3         A.    Yes, it is.  Yeah, I don't have to

4    call Pittsburgh for that, no.  All we do is chest

5    x-ray, knee x-ray, hip x-ray, back x-rays.  We

6    don't have to call Pittsburgh.

7         Q.    When you order an x-ray for a

8    patient, is it done the same day?

9         A.    Yeah.

10        Q.    And is it the case that you are able

11   to talk with that patient the same day about the

12   results of that x-ray?

13        A.    I tell them.  I look at it.  I say,

14   well, there's no fractures, you're okay, and then

15   they leave, and then they come back on their

16   follow-up, but if there's any fracture or

17   anything like that, that's -- usually that is the

18   way I treated it, and then usually they come back

19   and they're not doing well, have things going on.

20   About six weeks later, we usually put them to

21   collegial to send them out somewhere or call

22   something.

23        Q.    Okay.  I'm just trying to understand

24   with the x-ray are you able to order an x-ray for

25   a patient, conduct the x-ray, and then give

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 177

1    treatment, or otherwise interpret the x-ray all

2    in one day; is that accurate?

3         A.    That's accurate, yeah.  We don't get

4    the report.

5         Q.    Are you able to do ultrasound?

6               MR. RUPCICH:  Hold on.  He --

7    BY MR. STROM:

8         Q.    I'm sorry.  I interrupted you.

9               MR. RUPCICH:  Yeah.

10        A.    We don't get the report -- official

11   report probably two or three days later.  I look

12   at it right away anyway, and -- but we don't get

13   the official report until two or three days.

14   BY MR. STROM:

15        Q.    Do you put casts on broken limbs in

16   the correctional setting?

17        A.    No, we don't put casts.  We always

18   send them out.

19        Q.    Are you able to do an ultrasound at

20   Taylorville?

21        A.    Yeah, there's radiologists come in.

22   We schedule it with him, and every -- depending

23   on his schedule.  So usually maybe once a month

24   or something like that.

25        Q.    Is ultrasound a formulary procedure?

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 178

```
 1        A.     Well, no.  Now we have to get the
 2   okay from Pittsburgh.
 3        Q.     Do you know why that is?
 4        A.     I have no idea.  That's their rule
 5   and regulation they have.  The Wexford made that.
 6   So I have nothing to do with it.
 7        Q.     Is there a different radiologist --
 8   I'm sorry.  Go ahead.
 9        A.     A different radiologist, no.  The --
10   it depends where they send the x-ray to be read.
11   I'm sure they have more than one radiologist who
12   reads --
13        Q.     For a -- for an ultrasound is it a
14   radiologist who conducts that, or is it a
15   different kind of a professional?
16        A.     No, they -- it's a guy who comes in.
17   I think he does mostly that.  I think that's
18   mostly ultrasound.  As far as I know.  I don't
19   know what else he does.  He comes in.  He does
20   all the ultrasound.
21        Q.     Do you know what his training is?
22        A.     Really I don't.  All I know --
23        Q.     So you don't --
24        A.     Yeah, I don't know what his
25   training -- I don't ask anyway.  I assume
```

ABDUR NAWOOR, M.D.                     December 04, 2018

                                                    Page 179
 1  Wexford --

 2        Q.    You don't know whether --

 3        A.    I assume Wexford --

 4        Q.    You don't know whether he's a medical

 5  doctor?

 6        A.    Yeah, he's a medical doctor.  He's an

 7  MD.

 8        Q.    Okay.

 9              MR. RUPCICH:  Are you talking about

10  the person that reads the ultrasound or the

11  person that performs it?

12        A.    Performs it and reads it, both.

13  BY MR. STROM:

14        Q.    And ultrasound is done once a month;

15  is that right?

16        A.    Well, it varies on his schedule.

17  Sometimes it's every three or four weeks.

18  Sometimes it's longer.  Depends how many people

19  we have to have ultrasound, and so it varies, but

20  I think I would say maybe once a -- maybe four or

21  five weeks or so.

22        Q.    Does the ultrasound MD bring his or

23  her own equipment?

24        A.    Yeah, his own equipment.

25        Q.    Is there an ultrasound piece of

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 180

1    equipment that's kept at Taylorville at all

2    times?

3          A.    No.  No, he brings his own.

4          Q.    The x-ray machine is at Taylorville

5    at all times though; correct?

6          A.    Right.  Yeah.  It is.

7          Q.    Can you do a complete blood count as

8    a formulary order?

9          A.    Yes.  Yeah, you can do that.

10          Q.    Is a complete -- is a complete blood

11    count done at Taylorville?

12          A.    Now we do -- we do -- we draw the

13    blood, but it's not run -- you know, it's sent

14    out.  I think it's U of I, and so if they sent it

15    out, we don't get it, probably the next day or

16    the day after.  Now, sometimes if I think I need

17    something done very quickly, I send it to the

18    manager -- I mean the nurses manager will take

19    the blood to Taylorville Hospital and they run it

20    the same day.  So --

21          Q.    Do you have the --

22          A.    Go ahead.

23          Q.    Do you have the discretion to order

24    that blood test be done at Taylorville on the

25    same day in the same way that you do a regular

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 181

 1  CBC?

 2       A.    Right.  Yes, I do.

 3       Q.    What kind of testing do you do to

 4  assess a patient's kidney health?

 5             MR. RUPCICH:  Object to vague.

 6       A.    Well, basically we do a creatinine --

 7  a serum creatinine and a urine dipstick, and that

 8  we can do a dipstick in the office.  The, as I

 9  said yesterday at the very end, serum creatinine

10  is not very helpful for us as far as kidney

11  function is concerned depending on your body

12  habitus.  If you're skinny, you may get a very

13  low creatinine because you don't have the muscle

14  mass.  If you get somebody who is three or 400

15  pounds --

16             THE COURT REPORTER:  I'm sorry,

17  Doctor.

18       A.    I mean if a patient is skinny, your

19  creatinine would be low, abnormally low --

20             MR. RUPCICH:  When she interrupts

21  you, she wants you to repeat back exactly what

22  you said.  You said someone three or 400 pounds.

23       A.    Yeah, right.  And they have a lot of

24  muscle mass, so the creatinine would be

25  abnormally high.  Doesn't necessarily mean that

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 182

1  the kidneys is bad.  Like I said yesterday again,

2  you do a GFR, which is a glomerular filtration

3  rate, that's more accurate.  As far as the kidney

4  function, and the -- so -- so basically we do a

5  creatinine and a dipstick urine depending on what

6  they're there for, you know.

7  BY MR. STROM:

8      Q.    Are you able to get creatinine test

9  results on the same day that you take --

10     A.    No.

11     Q.    -- a sample?

12     A.    No, we don't.  It's the same like the

13 CBC, and it goes out to U of I, comes back the

14 next day.  Now, if I feel again that I need that

15 right away, I'll give it to the DON or somebody

16 else who take the blood to Taylorville Hospital.

17     Q.    Is creatinine tested for in a blood

18 test?

19     A.    It's a blood test, yeah.

20     Q.    And I want to make sure that I'm

21 understanding completely as best I can today.  Is

22 creatinine a protein?

23     A.    No -- yes, it is.

24     Q.    And you've talked about the muscle

25 mass of different patients who might have

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 183
1  creatinine testing done that there would be less

2  in a skinny person and more in a person of large

3  muscle mass.

4        A.    Uh-huh.

5        Q.    Is creatinine a waste product?

6        A.    It is.

7        Q.    And is presence of creatinine in

8  kidneys -- or in the blood -- excuse me.  Is the

9  presence of creatinine in the blood normal?

10        A.    Well, it is.  Yeah, they have their

11  own normal.  Yeah.  I mean the lab would have the

12  normal so --

13        Q.    So it's low in some circumstances and

14  high in some circumstances depending on lots of

15  different factors; is that accurate?

16        A.    That's correct.  That's correct.

17        Q.    Okay.  If you were looking at a

18  patient with low muscle mass and high creatinine,

19  what might that be an indication of?

20              MR. RUPCICH:  Object to vague.

21  Incomplete hypothetical.

22        A.    It's kidney patient.  Well, then that

23  makes a big difference because usually they have

24  a relatively normal creatinine or it may be low,

25  and if it's high, then we need to find out what's

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 184

1  going on.  It may not even be a problem with --

2  with the kidneys.  There's something called

3  rhabdomyolysis -- r-h-a-b-d-o-m-y-o-l-y-s-i-s,

4  rhabdomyolysis, which is a -- it's a breakdown on

5  the muscle, and, of course, that would kick up

6  the creatinine, and you -- but again all depends

7  on the situation, what the patient's complaining

8  of, and especially if it's a skinny patient on a

9  high creatinine, then I'd like to know why, and

10  it could still be a kidney problem, but usually

11  would probably do a GFR and make sure that --

12  check the urine and -- and you would tell -- it

13  all depends on the situation, what they're there

14  for.

15  BY MR. STROM:

16      Q.    When creatinine levels are

17  unexpectedly high like we were talking about with

18  a skinny patient with high levels or a patient

19  with low muscle mass with high levels, you

20  mentioned that one possible cause is kidney

21  function, and another possible cause is

22  rhabdomyolysis?

23      A.    Uh-huh.

24      Q.    Are there any other possible causes?

25           MR. RUPCICH:  Object to vague.

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 185

1   Incomplete hypothetical.

2        A.    Well, you know, sometimes medication

3   can do it, you know, and if you're on medication

4   or they've had an injury of some kind, it would

5   kick up the creatinine.

6   BY MR. STROM:

7        Q.    When you say an injury, do you mean

8   like a soft tissue injury or something else?

9        A.    Soft tissue.  Muscle type.

10       Q.    Are there any other causes that

11  you're aware of for unexpectedly high creatinine

12  level?

13       A.    Yeah.  Again sometimes, like I said,

14  medication especially, cancer type of medication

15  can do that, and the common cause, like I said,

16  is kidney function, rhabdomyolysis and tissue

17  injury.  That's basically it.

18       Q.    And you mentioned a GFR as being a

19  more accurate measure --

20       A.    Yeah.

21       Q.    -- of -- is it a more accurate

22  measure of what?

23       A.    Of the kidney function.

24       Q.    Okay.  And so what is a GFR, and how

25  is it performed?

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 186

1        A.    It's a blood test.

2        Q.    And is a GFR blood test formulary?

3        A.    I don't think so.  The GFR, yeah,

4   it -- no.  No.  No.  It's formulary.  We do that

5   all the time.

6        Q.    It is?

7        A.    It's formulary.

8        Q.    Okay.  And so that again means that

9   you don't need to seek additional approval or

10  authorization to order that, correct?

11       A.    That's correct.  Yeah.

12       Q.    So what does the GFR tell you about

13  the kidney's function?

14       A.    Well, it just tells you whether the

15  patient has a normal renal function or whether

16  it's abnormal, and again anything above 60 or

17  above would be pretty much normal, and anything

18  below that it would put them in the different

19  category of renal function -- abnormal renal

20  function.

21       Q.    And so is 60 a count of something?

22       A.    Yeah, it just measure the filtration

23  rate.  That's what they measure.

24       Q.    So what sorts of symptoms might a

25  patient be complaining of that you would order a

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 187

1  GFR?

2            MR. RUPCICH:  Object to vague.

3       A.    The thing is -- the thing is if they

4  have a problem, a chronic problem, for example,

5  diabetes or hypertension, and usually most people

6  don't complain that much depending on the stage

7  of the kidney function -- abnormal kidney

8  function.  If they don't, usually I look at the

9  lab work, and that's how I pick it up.  And they

10  have an increased creatinine or they may have --

11  so the albumin and protein may be low because

12  they're losing that in the urine, and all these

13  are -- I usually would order a GFR and see

14  whether it is low or not, and so -- and basically

15  that's what I do.

16  BY MR. STROM:

17       Q.    Are there any physical symptoms that

18  a patient would describe to you that would lead

19  you to do a GFR?

20            MR. RUPCICH:  Object to vague.

21       A.    Not particularly.  I mean the GFR

22  being low, they be complaining of not urinating

23  right or not making enough urine, and/or the

24  color of the urine might be different or, you

25  know, the sometimes if they are chronic kidney

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 188

1  problem, they may be losing weight, and they're

2  nauseated GI problem because of that, and so all

3  these -- invariably though when I see -- I'm

4  talking about in this situation here in

5  Correctional, usually I pick up those things from

6  the lab, and that's how we start talking to them

7  afterwards and see what -- they don't usually

8  complain a lot, and -- or they would come in once

9  in a while with swelling in their leg because

10  they're losing a lot of protein in the urine, and

11  that will cause them to have swelling in the leg.

12  BY MR. STROM:

13      Q.    Does a creatinine test tell you

14  anything about kidney stones?

15      A.    Not really, no.

16      Q.    Does a GFR tell you anything about

17  kidney stones?

18      A.    Huh-uh, no.  That's two different

19  things.

20      Q.    Have you treated kidney stones

21  before, Dr. Nawoor?

22      A.    Sure.  Yeah, in the world I have, and

23  I have here too.

24      Q.    What are the symptoms of kidney

25  stones?

ABDUR NAWOOR, M.D.                          December 04, 2018

                                                      Page 189
 1        A.    Well, usually they're asymptomatic.
 2   I can tell you that.  Unless the stones start to
 3   move, then they will have pain, and it's usually
 4   in the kidney area, and it makes go down the
 5   ureter which it will start coming down.  Of
 6   course, they bleed.  Sometimes depending on the
 7   stone.  If the stone is rough and big, it will
 8   bleed, and it all depends.  If the stone's
 9   stable, stationary, it's not going to cause
10   problem.
11        Q.    So a stationary kidney stone
12   typically does not cause pain?
13        A.    No, should not.
14        Q.    Does a -- does a stationary kidney
15   stone typically result in trace amounts of blood
16   in the urine?
17        A.    Not necessarily.  Sometimes people --
18   we see them and we say you got kidney stones and
19   they -- well, I didn't know and my urine's always
20   clear.  It will not -- they don't bleed from that
21   unless it moves, and again depends how rough the
22   stone is, how big the stone is, and once it start
23   moving, you're going to have pain.  I'm just
24   telling you that.  I had one eight years ago so I
25   know.  It woke me up in the morning.

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 190

1        Q.     And kidney stones are also very
2    painful to pass, correct?
3        A.     Right.  Again it depends on the size.
4    The bigger it is, the harder it is to pass the
5    stone, and it's not -- depending on the size.
6        Q.     You just testified that under some
7    circumstances you have told a patient that they
8    had kidney stones and they were not aware of it.
9    How do you diagnose kidney stones under those
10   circumstances?
11       A.     I usually -- you know, they come in.
12   They're complaining of say constipation or
13   whatever, and/or abdominal pain.  We do what we
14   call an abdominal x-ray or KUB, and you can see
15   the stone there.
16       Q.     Is an abdominal x-ray something you
17   can perform with the equipment at Taylorville?
18       A.     Yes.  Yes.
19       Q.     And is it formulary to do so?
20       A.     Yeah, it is formulary.
21       Q.     And is an abdominal x-ray the same
22   thing as a KUB, or KUB is a different procedure?
23       A.     It's the same.  The same.  They do an
24   upright.  You know, the patient is standing, they
25   do the x-ray.

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 191

1        Q.     So a patient who comes in with
2   abdominal pain could have the x-ray performed and
3   learn that they have kidney stones --
4        A.     Possibly.
5        Q.     -- even if they don't see any blood
6   in their urine --
7        A.     Yeah.
8        Q.     -- is that right?
9        A.     That's correct.  Yes.
10       Q.     And you mentioned pain in the kidney
11  area.  Just to make sure that I'm understanding,
12  the kidney area, you mean the -- sort of in the
13  lower back area, correct?
14       A.     It's in the loin right here, yeah, in
15  the loin area, l-o-i-n.
16       Q.     Okay.  And do kidney stones sometimes
17  cause visible blood in the urine?
18       A.     Yes.  It does.  It's more moving.
19       Q.     Do kidney stones ever result in
20  visible blood in the urine that is clotted blood?
21       A.     Not necessarily clotted but visible
22  blood, yes.
23       Q.     Is it possible for kidney stones to
24  cause clotted blood in the urine?
25       A.     Usually I've never seen clotted blood

ABDUR NAWOOR, M.D.                              December 04, 2018

Page 192

1  in the urine, and usually the patient -- it's

2  mixed with urine so I don't think -- I've never

3  seen clots in the urine itself.  Myself I

4  haven't.  It's possible clot.  There's no reason.

5  It depends on how long the bleeding had been

6  there.  Blood will clot eventually.

7      Q.    What are some other possible forms of

8  kidney abnormality or kidney malfunction that can

9  result in blood in the urine?

10     A.    A lot of it or if people on -- for

11 example, on blood thinner, that can happen.  If

12 they've had any kind of trauma to their kidney,

13 it can happen.  Cystitis is another -- usually

14 it's common and especially in the elderly, they

15 can have very bad bleeding and the stone that we

16 talk about, and -- and any renal mass or cancer

17 of the kidney can do that too.

18     Q.    You mentioned cystitis, and I don't

19 think I know what that is.  Can you tell me what

20 cystitis is?

21     A.    Bladder infection.  The bladder.  And

22 they can bleed pretty bad from it.

23     Q.    Okay.  And so cystitis is not a

24 malady of the kidney even though it results in --

25     A.    No, it's the bladder.

ABDUR NAWOOR, M.D.                                    December 04, 2018

 1        Q.     -- some of the same symptoms as
 2   malady of the kidneys; is that accurate?
 3        A.     Right.  It's nothing do with the
 4   kidney, just a bladder infection.
 5        Q.     Okay.  So you mentioned some of the
 6   root causes of hematuria, blood in the urine,
 7   include cystitis, which is in the bladder?
 8        A.     Uh-huh.
 9        Q.     The use of blood thinners?
10        A.     And stone.
11        Q.     Kidney stones, a possible trauma to
12   the kidney area.  You also mentioned kidney
13   cancer or other -- I think you said masses?
14        A.     Yeah.  And prostate too.  Prostate
15   can cause that too.
16        Q.     And so that's just any malady of the
17   prostate; is that right?
18        A.     Without a malignancy, you know.
19        Q.     Are there any other causes of
20   hematuria that we haven't discussed already?
21              MR. RUPCICH:  Object to the form.
22   Overly vague.
23        A.     I mean I've given you the commonest
24   cause, you know, in the -- again the -- you can
25   see it why it's not hematuria, you know,

ABDUR NAWOOR, M.D.                          December 04, 2018

```
 1  rhabdomyolysis.  The urine looks like blood.
 2  It's not blood, you know, and the -- but the
 3  commonest cause I gave you anyway is usually
 4  either trauma or kidney stones, prostate problem,
 5  cystitis, and, of course, any form of cancer
 6  anywhere from the cancer, ureter or bladder.
 7  BY MR. STROM:
 8       Q.    You mentioned that rhabdomyolysis
 9  results in urine that looks like blood.  What
10  does that mean?
11       A.    Well, it doesn't -- it's not blood.
12  It's a -- a -- coming from the muscle.  The --
13  you know, it's myoglobin.  That's what it is, you
14  know, and it's not blood, it's -- but they have
15  got special test to do that, to tell you whether
16  it is myoglobin or not.
17       Q.    You mentioned dipstick tests as
18  another thing that can be done at Taylorville?
19       A.    Yeah.
20       Q.    Is that a urine test?
21       A.    Yes.  Yeah, it's a urine test, yeah.
22       Q.    And what does a dipstick test as a
23  urine test test for?
24       A.    Oh, well, we do that mostly for
25  infection, urinary tract infection, and also, you
```

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 195

1  know, we can see -- any kind of urinary tract

2  infection can cause blood in the urine, and it

3  depends, you know, whether it's a one plus, two

4  plus, three plus, four plus on this strip that

5  you're looking at, and the -- so -- but it will

6  tell you usually if there's any white cell there

7  and -- and whether it's positive for what we call

8  nitrite.  That always suggests an infection, and

9  any protein there, and the pH, and all that.

10        Q.    So the dipstick test tests for

11  indicators of infection like a change in pH or

12  the presence of proteins or the presence of

13  nitrites; is that correct?

14        A.    Correct.  Not always protein, but

15  nitrite.  Infection will be nitrite positive.

16        Q.    Does the dipstick test test for the

17  presence of bacteria?

18        A.    No.

19        Q.    Okay.

20        A.    It can tell you if there's white cell

21  there and the nitrite positive suggests that

22  there's an infection going on.  You have to

23  culture the urine.

24        Q.    When a dipstick test is performed on

25  urine, do you see the test itself?

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 196

1        A.    Yeah, I do.  Yeah.

2        Q.    Do you see the urine specimen itself?

3        A.    Yes, we do.  Yeah.

4        Q.    You personally?

5        A.    Yeah, I look at it, yeah.  I look at

6   the strip and then the urine is there.  So I can

7   see it.

8        Q.    Do you perform the dipstick test

9   yourself?

10       A.    No, the nurse do.  I don't.  The

11  nurse do.

12             MR. STROM:  Okay.  So why don't we

13  take a short break.

14             MR. RUPCICH:  Five minutes?

15             THE WITNESS:  Okay.

16             MR. STROM:  Sure.

17             (Whereupon a break was taken.)

18  BY MR. STROM:

19       Q.    Dr. Nawoor, you testified earlier

20  about the room in which you and nurses share

21  space for and you use that room sometimes to

22  write your notes --

23       A.    Uh-huh.

24       Q.    -- or to write orders.

25       A.    Uh-huh.

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 197

```
 1        Q.    Is that -- is it like an office?
 2        A.    I don't think so.  You could call it
 3  that, but it's a very restricted area.  That's
 4  all I can tell you.  I mean the -- I mean the
 5  chairs and people are there, it makes it big
 6  problem.  And so --
 7        Q.    Is there --
 8        A.    Is there what?
 9        Q.    Is there a computer in there?
10        A.    Say that again.  Please.
11        Q.    Is there a computer -- is there a
12  computer in that room?
13        A.    No.  No, there's no computer.
14        Q.    Is there a -- does the door close and
15  lock?
16        A.    Yeah.  Yes.  And there's an ice maker
17  in there too.  So it's a big bulky stuff that's
18  in there, and they make coffee in there, and so
19  it's very, very restricted place, you know, and a
20  lot of times I got to have to take my chart in my
21  office to do my stuff, you know.
22              MR. RUPCICH:  Just answer what he
23  asks you, okay, just what he asks.
24        A.    Okay.
25  BY MR. STROM:
```

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 198

1        Q.    You have a private office as well?

2        A.    Yes.

3        Q.    Is there a computer in there?

4        A.    Yes.

5        Q.    About how big is that office?

6        A.    I don't know.  I can't tell.  It's

7   smaller than this, and it's about probably a

8   third of this room, a little bit less.

9        Q.    Is there a desk and chair?

10       A.    Yes.

11       Q.    Are there bookcases?

12       A.    Yes.  Yeah, it's on the wall anyway,

13  but I also share this room with the -- with the

14  ophthalmologist, the eye doctor, but not every

15  day.  She comes in maybe once or twice a week,

16  and then I get out of there, and then he uses the

17  room all day, and he's got his instrument in

18  there.

19       Q.    On a day when the ophthalmologist is

20  not there, about how much time do you spend in

21  your office?

22       A.    I don't.  He's there sometimes until

23  6:00 at night.  So I have to use some of the

24  radiology room depending what day it is.  On

25  Monday and Friday, the x-ray technician is there.

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 199

1  So -- until 1 so I can't get in there until after

2  1:00.

3       Q.    Okay.  My question is on a day when

4  the ophthalmologist is not there, how much time

5  can you spend in your office?

6       A.    Probably at the most probably a

7  couple of hours, even less than that because I'm

8  always seeing patients and doing things outside

9  and in the infirmary.  I spend very little time

10 in there.  I'd say probably an hour, between

11 lunch and --

12      Q.    I'm sorry.  What was the last thing

13 you said?

14      A.    I said probably an hour between lunch

15 and looking at the computer, sometimes I have to

16 put a non-formulary lab on the computer for them

17 to approve.  So I do that.  So it all depends.

18      Q.    Do you see patients in your office?

19      A.    I don't.

20      Q.    Where do you see patients?

21      A.    This one room that we see patients

22 there, and that's the only places.  No other --

23 we don't see patients anywhere else.

24      Q.    And is that room, for lack of a

25 better way of putting it, does it look like a

Page 200

 1  doctor's office?

 2       A.     Yes.

 3       Q.     So there's a sink and hand soap?

 4       A.     Yeah, there's a sink and medication.

 5  There's bandages or whatever you want there

 6  anyway, and so -- it's okay.  Not the greatest,

 7  but it's okay.

 8       Q.     And is there -- is there a table for

 9  patients to sit on?

10       A.     There's a chair.

11       Q.     If a patient needs to lie down, where

12  can they lie down?

13       A.     There's a bed there too.

14       Q.     And in that room you mentioned

15  bandages.  Are the dipstick tests kept in that

16  room?

17       A.     Yeah -- no, the dipstick is in

18  another room outside.

19       Q.     Okay.  Are you able to get your

20  patient's height and weight in that room?

21       A.     No, we used to do that until -- but

22  there's another room next to it.  That's where

23  the nurse see the patient, talk to them, weigh

24  them, take their blood pressure and the heart

25  rate or whatever, temperature, and then they

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 201

1   bring the chart to me.

2        Q.    Okay.  So when you meet with

3   patients, you are able to meet with them in the

4   presence of just one nurse in the doctor's office

5   behind a closed door; is that all right?

6        A.    No, no nurse there.  It's me and the

7   patient.

8        Q.    Okay.  I guess I misunderstood.

9   Yesterday I thought you testified that a nurse is

10  present with you when you meet with patients?

11       A.    The nurse --

12       Q.    Is that accurate?

13       A.    What I said is the patient -- the

14  nurse is there when I'm doing something -- you

15  know, performing something or on the patient,

16  then they should be there.  They're supposed to

17  be there.  You know, but in general they don't.

18  They stay in the other room.  They take their

19  vital signs and then bring the patient to the

20  waiting room and bring the chart to me, but

21  they're not always there.

22       Q.    So the nurse would -- okay.  So is

23  the nurse present for something like drawing

24  blood?

25       A.    Drawing -- they don't draw blood in

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 202

1   my office.  They draw it in that little room
2   where they do the urine dipstick.
3        Q.    I see.  So when you say when you're
4   doing something to the patient the nurse is
5   usually there or should be there, what do you
6   mean by doing something?
7        A.    You know, if I'm removing sutures or,
8   you know, the -- or doing a cardiogram I have to
9   look at it, and so -- any -- any kind of
10  procedure, okay, they're supposed to be there.
11       Q.    But -- but if you're just talking to
12  the patient --
13       A.    No.
14       Q.    -- about symptoms the patient is
15  experiencing and what you're going to order next,
16  the nurse is not there?
17       A.    No.  No.  The -- I see the patient.
18  I write it on the note, and I -- if I think it's
19  pressing, I'll just tell go to the next door and
20  talk to the nurse and say I need that right away
21  so --
22       Q.    Okay.  Do you remember when you first
23  saw Mr. Dean?
24       A.    Yes.  It was on 12/23, a little
25  before that.  I think it's 12/8 or something like

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 203

1  that.  I have a date here.  Yeah, 12/8, and I

2  just started there, and he came in with a rash,

3  which it had been treated.

4           MR. RUPCICH:  He just asked if you

5  remembered that.

6      A.    Yes, I remember, 12/8 anyway.

7  BY MR. STROM:

8      Q.    And the documents that you have in

9  front of you there, are those Mr. Dean's medical

10  charts?

11     A.    It's just a copy of the dates.

12  That's all.  It's not an actual chart.  No.

13          MR. RUPCICH:  Bill, it's notes.

14  BY MR. STROM:

15     Q.    Is that a copy of or a list of the

16  dates that you prepared for today's testimony?

17     A.    Right.  Right.

18     Q.    And does that list of dates that you

19  prepared also include notes about what happened

20  on the different dates?

21     A.    Right.  Right.

22     Q.    Okay.  So you mentioned 12/8.  You

23  also mentioned 12/23.  I want to talk about

24  12/23.

25     A.    Uh-huh.

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 204

1        Q.    What do you recall about your meeting
2   with Mr. Dean on 12/23, if anything?
3        A.    He came in complaining of bleeding,
4   hematuria.
5        Q.    Do you remember anything else about
6   that appointment?
7        A.    No, that's about all he complained
8   of, and that day anyway there was no pain or
9   anything like that.  It was just passing a lot of
10  blood, so --
11       Q.    Do you recall how many times he said
12  he had passed blood?
13       A.    Well, he came in that day, the day
14  before, and so he didn't tell me how many times
15  he's had blood.  He usually comes when he has any
16  problem, and he had blood in his urine that day,
17  the night before, whatever.
18       Q.    So I'd like to look now at some of
19  Mr. Dean's Taylorville medical records.
20       A.    Uh-huh.
21       Q.    This is Bates number 1340 and 1341 in
22  those -- in those records.
23       A.    Yeah.
24       Q.    Do you see those two pages, Dr.
25  Nawoor?

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 205

 1          A.     So this is for 23, yes, I see that.

 2          Q.     And do you see the second page also?

 3          A.     Yeah.  Yeah.  Yes.

 4          Q.     So what are we looking at here on

 5   pages 1340 and 1341?

 6          A.     Well, like I say, he came in that day

 7   complaining of blood in his urine, and --

 8          Q.     Let me interrupt you for just a

 9   second.

10          A.     Yeah.

11          Q.     I'm sorry.  Let me interrupt you for

12   just a second.  What kind of a document is this?

13   That's my question.

14                 MR. RUPCICH:  Which page?

15   BY MR. STROM:

16          Q.     1340 and 1341.  If they're different

17   kinds of documents, I guess I just wasn't aware

18   of that, but what kind of a document is this?

19                 MR. RUPCICH:  I want to make sure we

20   have the same thing.  You have his handwritten

21   note?

22                 MR. STROM:  Yeah.

23                 MR. RUPCICH:  And then the next page

24   is the --

25          A.     Sick call.

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 206

```
 1              MR. RUPCICH:  -- nurse note?

 2              MR. STROM:  1341 is Offender

 3  Outpatient Progress Notes.  It's also dated

 4  12/23.

 5              MR. RUPCICH:  It says Urinary Tract

 6  Infection at the top left?

 7              MR. STROM:  Yes.

 8              MR. RUPCICH:  Okay.  Why don't we

 9  take them separately.

10        A.    Okay.

11  BY MR. STROM:

12        Q.    Okay.  Sure.  So let's talk about

13  1340, and we'll mark that Exhibit 14.  So on

14  Exhibit 14 dated 12/23/15, Dr. Nawoor, you were

15  just starting to talk about this, and you

16  mentioned bleeding --

17        A.    Uh-huh.

18        Q.    -- but before we get into the

19  contents of what this document are, what is this

20  document?

21        A.    What is what now?  I didn't

22  understand what you -- could you rephrase?

23        Q.    What is this document?

24        A.    Oh, this is my --

25        Q.    Yes.  Is this document your
```

Page 207

 1  handwritten notes?

 2        A.    That's my handwritten notes, and I

 3  saw Mr. Dean on 12/23, and that's my written

 4  note, yeah.

 5        Q.    And so let's walk through this.

 6        A.    Uh-huh.

 7        Q.    I see where it has been stamped MD

 8  Sick Call?

 9        A.    Right.

10        Q.    And underneath that it looks like it

11  says hematuria.  Do you see that too?

12        A.    Right.

13        Q.    And hematuria is the presence of

14  blood in the urine?

15        A.    Correct.

16        Q.    Did you see blood in Mr. Dean's urine

17  on this day?

18        A.    Yeah.  Yes.

19        Q.    And the next line, what are those

20  numbers?

21        A.    They are the blood pressure,

22  temperature and all that.  Is that what you're

23  talking about?  And the respiration and the

24  weight.

25        Q.    So is weight -- is the weight 243 at

ABDUR NAWOOR, M.D.                           December 04, 2018

Page 208

 1   the left there?

 2        A.    Yeah.  Yes.

 3        Q.    And the temperature is 97.9?

 4        A.    Correct.

 5        Q.    And the blood pressure is 125/80?

 6        A.    Correct.

 7        Q.    And is the respiration rate 18?

 8        A.    Uh-huh.

 9              MR. RUPCICH:  Yes?

10        A.    Yes.

11   BY MR. STROM:

12        Q.    What's the last number that I haven't

13   said there?  I don't -- I'm not sure what that

14   number is.  I'm not sure what it means.

15        A.    The pulse 74.

16        Q.    I see.  Okay.  So if you could please

17   on the next line read what you've written there.

18        A.    Yeah.  It's patient came in

19   complaining of chronic recurrent hematuria and

20   history of renal stone.  Denies any pain or

21   fever.  Had seen nephrologist three months before

22   that.  Had CT of abdomen a year ago.  And --

23   yeah, and so will have to revise his CAT scan.

24              MR. RUPCICH:  Review?  Is that

25   review?

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 209

```
 1        A.     To review his CAT scan.

 2   BY MR. STROM:

 3        Q.     And that all looks like it started

 4   with the letter S; is that right?

 5        A.     Yeah.

 6        Q.     And S stands for subjective?

 7        A.     Yeah.

 8        Q.     And that means how the patient

 9   describes --

10        A.     What they're complaining of.

11        Q.     Subjective means how the patient them

12   self describes?

13        A.     Uh-huh, right.

14        Q.     Okay.  And then what have you written

15   next to O?

16        A.     Patient alert, and has normal heart

17   rate, lungs are clear, no pain in the kidney

18   area, or abdominal pain on ballottement of the

19   kidney.  B-a-l-l-o-t-t-e-m-e-n-t.  It's just

20   pushing on the kidney.

21        Q.     So when you pushed on Mr. Dean's

22   kidneys he felt no pain?

23        A.     No, he had no pain.

24        Q.     And what have you written next to A?

25        A.     Hematuria.  That's the most likely
```

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 210

1  with kidney stone since he had a history of

2  kidney stones.

3       Q.    Okay.  So we've gone down the

4  left-hand side, which is subjective, objective,

5  assessment up at the top?

6       A.    Right.

7       Q.    And the objective portion is the

8  portion you wrote next to the letter O, correct?

9       A.    Right.

10      Q.    And those are the things that you

11 observed in your evaluation and in your

12 examination of the patient, right?

13      A.    Right.

14      Q.    And then what you wrote next to A is

15 your assessment, correct?

16      A.    Right.

17      Q.    And how would you describe what an

18 assessment is?

19      A.    I mean you just kind of put two and

20 two together and of their presentation and their

21 physical finding.  That's it.  So he had no pain.

22      Q.    And the assessment that you wrote

23 was?

24      A.    Yeah, hematuria most likely due to a

25 stone since he had a -- he had history of a

ABDUR NAWOOR, M.D.                    December 04, 2018

1  stone.

2       Q.    And then in the second column --

3       A.    Uh-huh.

4       Q.    -- where it says Plans at the top --

5       A.    Okay.

6       Q.    -- and it looks like you've written

7  P --

8       A.    Yeah.

9       Q.    -- and started to list plans.  Can

10  you, please, read what your plans are that you've

11  listed here.

12       A.    We did a urine dipstick which showed

13  blood, and --

14       Q.    I'm sorry.

15       A.    -- urine --

16       Q.    Dr. Nawoor, I'm going to stop you for

17  just a second.

18       A.    Yeah.

19       Q.    Can you please read what the plans

20  are in order starting from the top there?

21       A.    Okay.

22             MR. RUPCICH:  Just read it.  Don't

23  explain it.

24       A.    Okay.  Urine dipstick.  Urine

25  dipstick.  CBC urine dipstick.  And it was

ABDUR NAWOOR, M.D.                              December 04, 2018

Page 212

 1  positive for blood.  And patient refused to have
 2  his urine strained -- refused strain, and so I
 3  said you need to increase your fluid, and if
 4  hematuria persists, we may have to go to the ER
 5  or see a urologist eventually.  This was
 6  discussed with the patient.
 7         Q.    So that's your signature underneath?
 8         A.    Correct.
 9         Q.    Okay.  I have some questions about
10  some of those things.  So a CBC is a complete
11  blood count, correct?
12         A.    Complete blood count, yeah.  Yes.
13         Q.    And briefly what does a complete
14  blood count tell you?
15         A.    It tells you whether the white count
16  is normal.  If he has infection, it will be
17  elevated, and it also tell you what the
18  hemoglobin is and whether they're anemic or not,
19  and they also give you the differential -- I mean
20  the different type of white cell, and so that's
21  about it.
22         Q.    And a complete blood count is done by
23  taking a blood specimen, correct?
24         A.    Right.  Yeah.
25         Q.    Okay.  Number 2 is the urine

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 213

1   dipstick, and you said positive for blood.
2   Positive is the -- it looks like a plus sign
3   circle there; is that right?
4         A.    Yeah.  Yeah.  The blood was there
5   anyway.  We could see it anyway when we done the
6   dipstick, you know.
7         Q.    And you testified earlier today that
8   the dipstick will show presence of white blood
9   cells; is that right?
10         A.    Correct.  Yes.
11         Q.    And does the urine dipstick tell you
12   anything about hemoglobin?
13         A.    It just tells you there's blood
14   there.  It doesn't tell you about the hemoglobin.
15   The blood count but not the --
16         Q.    Okay.  And you said that the patient
17   refused -- did you say straining?
18         A.    Yeah, usually if we think they
19   have -- they have stones, which he has a history
20   of, we usually strain the urine, see if they're
21   passing stone, but he didn't want to do that.
22         Q.    What does that mean?  You strain it
23   using what?
24         A.    Just use thing that we give them, the
25   urine goes through there, but if there's any

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 214
1  stone, it will get stuck in it, and the urine
2  will go through but the stone won't.
3      Q.    And that's something that you offered
4  to him to do during the course of the appointment
5  or afterward?
6      A.    No, afterwards.  He takes it with him
7  and any time he urinates, he's supposed to do
8  that.
9      Q.    And he refused it?
10     A.    He did.
11     Q.    Do you recall why he refused it?
12     A.    He said I don't want to do it.  So he
13  didn't give any good reason.  He said I don't
14  want to do it.
15     Q.    And so you advised him to increase
16  his fluid intake?
17     A.    Right.  I did.
18     Q.    Why did -- why did you advise him to
19  increase his fluid intake?
20     A.    Just to kind of flush the kidney and
21  see to stop the bleeding if it was due to the
22  stone, and one thing we do usually have the
23  patient increase the fluid intake, and --
24     Q.    You mentioned that you would -- there
25  was the possibility that if the hematuria

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 215

1  persisted, he would have to go to the ER.  How

2  long would the hematuria persist before you would

3  recommend going to the ER?

4      A.    Well, I mean if it persisted and

5  patient is getting hypotensive, they are really

6  looking sweaty or whatever, and acute problems,

7  which he didn't have, and then, of course, I

8  couldn't send him to the ER without talking to

9  Pittsburgh, and so that's a possibility, and so I

10  did eventually talk to Pittsburgh, and collegial

11  anyway, and we decided to do an ultrasound.

12      Q.    So I guess I'm not sure I understand

13  under what circumstances hematuria leads to a

14  visit to the ER.

15      A.    Well, if it's already -- I mean the

16  massive -- their blood pressure is dropping, and

17  they have all the symptoms of hypotension,

18  sweating, and low blood pressure, and low blood

19  count, and the -- so these are the time, but he

20  never had all this.  He was just normal except

21  for the hematuria, and the --

22      Q.    Is hematuria alone a reason to go to

23  an emergency room?

24      A.    Alone?  No, I don't think so.  It

25  depends -- again it depends how massive it is,

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 216

1  and what -- the pressure the patient is getting

2  symptomatic with it, then that's a different

3  thing, and even then I would probably sit and

4  talk to, probably -- I would talk to Pittsburgh

5  or the regional director, and see if they agree

6  with me, you know, and -- but given his history,

7  a very strong history of hematuria -- I mean of

8  kidney stone, and he had seen the urologist, I

9  think it was January '15, and they were trying

10  lithotripsy.

11                THE COURT REPORTER:  I'm sorry?

12                MR. RUPCICH:  Lithotripsy, l-i-t-h --

13        A.    L-i-t-h-o-t-r-i-p-s-y.  So, you know,

14  he had a very strong history of that, and, of

15  course, it was logical way to approach this is to

16  eventually -- first get an ultrasound and see if

17  there's any stone there or if there's something

18  else in the ureter or bladder or even the kidney,

19  but it did turn out to be negative, that

20  ultrasound at the time.

21        Q.    So you started off your answer by

22  talking about if the hematuria is massive.  Did I

23  hear that correctly?

24        A.    Right.  I mean --

25                MR. RUPCICH:  Just yes.

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 217

 1        A.     Yeah.  Okay.

 2   BY MR. STROM:

 3        Q.     And what do you mean by massive?

 4        A.     I mean if it's really passing bright

 5   red blood continuously, that's -- that would be

 6   massive, and eventually dropping his blood count

 7   and become symptomatic like low blood pressure,

 8   dizzy, sweaty, and things like that, which he

 9   didn't have.

10        Q.     Is massive hematuria a reason on its

11   own to go to an emergency room?

12        A.     Yes, I think it would be, but I have

13   to present it again, get the okay to do that.

14        Q.     I want to look next at Bates page

15   1341.  We'll mark this Exhibit 15.  Dr. Nawoor,

16   are you looking at that page with me now?

17        A.     Yeah.  Go ahead.

18        Q.     What is this document?

19        A.     It -- it says on 12/23 he was

20   urinating blood.

21        Q.     I'm going to stop you for just a

22   second.

23        A.     He's coming in with hematuria.

24        Q.     And so it's an Outpatient Progress

25   Note, correct?

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 218

 1      A.    Yeah.

 2      Q.    And it's dated 12/23 so the same date

 3  as Exhibit --

 4      A.    Uh-huh.

 5      Q.    -- 14 that you were just looking at,

 6  correct?

 7      A.    Yeah.

 8      Q.    And this outpatient progress note --

 9      A.    Uh-huh.

10      Q.    -- Exhibit 15, did you write this?

11      A.    No, this was written by the sick call

12  by the nurse.

13      Q.    How do you know that?

14      A.    Because she sign it at the bottom

15  there.  It's not mine.  It's a nurse.

16      Q.    And did you see this document before

17  you saw Dr. -- or before you saw -- let me start

18  my question over.

19            Did you see Exhibit 15 before you saw

20  Mr. Dean on December 23, 2015?

21      A.    I did.  Yes, I did.

22      Q.    And did it look like this before you

23  -- before you saw Mr. Dean that day, or has there

24  been anything added to it since then?

25      A.    I mean I -- on my note -- I mean

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 219

```
 1  after I saw -- I saw this the day I saw him and
 2  then I wrote my note.  He said he also -- yeah,
 3  that's it.  I usually see the sick call with the
 4  patient, it comes with them, and I see that.  I
 5  read it and then do -- ask him more questions.
 6          Q.    And is this -- is part of this sick
 7  call note in Exhibit 15, is it typed up by the
 8  nurse before sending it to you?
 9          A.    No, it's written like it is there.
10          Q.    So does every note like this -- every
11  Outpatient Progress Note like Exhibit 15 include
12  Urinary Tract Infection at the top left corner?
13          A.    Urinary tract, you mean every sick
14  call?  Is that what you said?
15          Q.    Yes, that was my question.
16          A.    It depends what they're coming from,
17  not necessarily hematuria.  They could come for
18  some other thing, but it would be similar to
19  that, yeah.
20          Q.    I see.  So is Exhibit 15, for lack of
21  a better way of putting it, is it prewritten with
22  some of these symptoms?
23          A.    Let's see.  No.  It's not.  They --
24  they wouldn't do that.  I mean like he came with
25  hematuria.  That's what they put there.  They
```

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 220
 1   come with knee pain, they'll put knee pain there.
 2        Q.    Okay.  So I think that we're -- I
 3   think we're just talking past each other.  My
 4   question is because I see things like Urinary
 5   Tract Infection is typed at the upper left-hand
 6   corner of Exhibit 15 --
 7        A.    Uh-huh.
 8        Q.    -- and I also see on the right-hand
 9   side hematuria is present.  That's also typed,
10   but it's been circled.
11        A.    Uh-huh.
12        Q.    And so my question is does the nurse
13   have time to type up this form before sending the
14   patient to you or is this a special form?
15        A.    No, that's a special form.
16        Q.    That already includes --
17        A.    It's a special form for dipstick.
18   It's a special form.
19        Q.    Okay.  So let me make sure I'm
20   following correctly.  When a nurse sees a patient
21   who complains of, for example, urinating blood,
22   that nurse is able to pick a specific kind of
23   progress notes page that includes information
24   like urinary tract infection at the upper
25   right-hand corner and hematuria in the left

ABDUR NAWOOR, M.D.                              December 04, 2018

Page 221

1  column -- or I'm sorry -- urinary tract infection

2  in the upper left-hand corner and hematuria is

3  present already pre-typed in the right-hand

4  column --

5          A.    Uh-huh.

6          Q.    -- based on the complaint from the

7  patient; is that right?

8          A.    Right.  All sick call looks like that

9  though.  It's not only just for urine.

10         Q.    But if the patient came in

11 complaining of a stiff knee, it would look like

12 this, but it would have different words

13 pre-typed, correct?

14         A.    Right, yeah, it would.

15         Q.    Okay.  And so this document, Exhibit

16 15, you saw this document when you saw Mr. Dean

17 on December 23, 2015?

18         A.    Right.

19         Q.    Okay.  I want to look next at Bates

20 1342.  This is also titled Offender Outpatient

21 Progress Notes.  It has Mr. Dean's name at the

22 top.

23         A.    Uh-huh.

24         Q.    Have you seen this page before, Dr.

25 Nawoor?

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 222
 1        A.    Let's see.  Yeah, I seen that, yeah.
 2   Yes.
 3        Q.    What is on this page?
 4        A.    Okay.  There's urine there too on
 5   12/28, I guess.  It's just a blood test that I
 6   guess Dr. Einwohner ordered and BMB, creatinine,
 7   albumin, and hemoglobin, A1C, and that's about
 8   it.
 9        Q.    And how do you know that Dr.
10   Einwohner ordered it?
11        A.    Because I'm -- the nurse told me
12   that.  They always tell me that's what she wants,
13   and I'm okay, go ahead.
14        Q.    If I haven't said already, I'd like
15   this to be Exhibit 16.  So here on Exhibit 16,
16   which is Bates 1342, the next entry also starts
17   with lab line and is dated 1/6/16.  Do you see
18   that?
19        A.    Uh-huh.
20        Q.    And what does that entry say and
21   mean?
22        A.    Hemoglobin, A1C.
23        Q.    What does that mean?
24        A.    That just that they measure how much
25   glucose is tagged to the hemoglobin in the blood.

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 223

1  That's what they're measuring.

2       Q.    And why is that being measured for

3  Mr. Dean?

4       A.    Well, it's because he's diabetic and

5  the -- that's the main reason.

6       Q.    So that entry on 1/6/16 is not

7  related to his complaints of hematuria?

8       A.    No.  No.

9       Q.    The first lab line that we read from

10 12/28/15 --

11      A.    Uh-huh.

12      Q.    -- you mentioned urine, creatinine,

13 albumin, and --

14      A.    BMP.

15      Q.    What was the last one?

16      A.    It's a BMB.

17      Q.    BMB?

18      A.    Yeah, and I said the urine,

19 creatinine, albumin, and protein.

20      Q.    And protein.  And is that -- was that

21 lab done because of Mr. Dean's complaint about

22 hematuria?

23      A.    No, I think he said -- Dr. Einwohner

24 saw him because of his renal function, and that's

25 the reason he ordered a urine, creatinine,

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 224

1  albumin, and protein, and he did the A1C, to make

2  sure that his kidney -- his diabetes being

3  controlled.

4       Q.    Is there something else about

5  Mr. Dean's health in December of 2015 that you're

6  aware of that -- that signals that there's

7  something wrong with his kidney health?

8       A.    Yes, I mean, first of all, he had

9  chronic kidney problem.  That's one thing.  And,

10  like I said before, you know, not only that he's

11  got kidney stones, and he has history of

12  hypertension, and non-ischemic cardiomyopathy.

13  He had a pacemaker actually put in.  So he had a

14  lot of comorbidity problems.

15      Q.    So is having a pacemaker, is that --

16  is that correlated with kidney problems?

17      A.    Not necessarily, no.  That's more

18  cardiac problem than the -- but again, you know,

19  if he -- he has any cardiac failure, if his heart

20  is not working properly, it could affect the

21  kidney possibly indirectly.

22      Q.    Okay.  So I want to focus on only the

23  things that would affect his kidney function

24  because you mentioned that he had history of

25  kidney function problems.

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 225

1        A.    Uh-huh.

2        Q.    Going back to Exhibit 15 -- I'm

3   sorry.  Going back to Exhibit 14, this is Bates

4   1340 --

5        A.    Uh-huh.

6        Q.    -- you mentioned that you wrote about

7   his history of kidney stones on this page,

8   correct?

9        A.    Right.  Yes, I did.

10        Q.    Why didn't you write anything on this

11   page about his other history of kidney problems?

12        A.    Because he came in for one thing.

13   I'm not going to do his old history.  I have to

14   stick with what he's here for.  I mean we

15   don't -- you know, if he's coming for hematuria,

16   I don't have any reason to talk about his heart

17   or his lung or there's no reason for that.

18        Q.    But if he comes in for hematuria, you

19   do have reason to talk about his kidneys, right?

20        A.    Right.  Right.

21        Q.    And so I guess my question is why you

22   haven't written anything here about problems

23   about kidney abnormalities or about kidney

24   function otherwise?

25        A.    No, he came in with hematuria.  I'm

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 226

1  trying to find out what was the cause for it.
2  That's what -- you know, and we know he had some
3  chronic kidney problem, but there's -- so I was
4  just sticking to what he came here for and do
5  more specific anyway.
6       Q.    So the kind of chronic kidney problem
7  that he had cannot lead to hematuria; is that
8  your testimony?
9       A.    Not necessarily, and it should not
10 unless he's got something else going on like
11 kidney stones or something else or infection or
12 the prostate problem or trauma that we talked
13 about before, and the -- so basically that's it,
14 and so we -- I mean I -- because he comes with a
15 hematuria, I'm not going to be talking about his
16 kidneys, his cardiac problem, his lung problem.
17 You don't have time to do all that unless it's
18 correlating with hematuria.  I don't think his
19 heart had anything to do with hematuria.
20      Q.    Right.  But his kidney function does
21 have something to do with hematuria, doesn't it?
22      A.    The -- well, not necessarily.  You
23 could have an abnormal kidney function, never
24 have hematuria.
25      Q.    Okay.  So let's go back, please, to

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 227

 1  Exhibit 16.  Exhibit 16 is Bates 1342.  We talked
 2  about the first two entries.  I'm now looking at
 3  the third entry which looks like it's dated
 4  1/7/16.
 5          A.    Uh-huh.
 6          Q.    It might be 10:20 a.m.  Do you see
 7  that?
 8          A.    Yeah.
 9          Q.    And what does it say occurred on
10  1/7/16?
11          A.    If I can read it right, it says blood
12  draw for -- looks like hematuria.  Why would they
13  put UA?  I'm not quite sure what that means.  UA
14  is urine, you know, but I'm not sure why -- what
15  else that stands for here.
16          Q.    Okay.  And how about --
17          A.    I think --
18          Q.    It's been handwritten right next to
19  1/7/16.  What does that say?
20          A.    Talking about what Einwohner said --
21  oh, this, it's 10:45.  And there it's a
22  urinalysis.  There was no blood drawn.  It's a
23  urinalysis.
24          Q.    Okay.  Can you read for me word for
25  word what it says next to 1/7/16 to the best of

ABDUR NAWOOR, M.D.                         December 04, 2018

Page 228

1   your ability.

2          A.    Okay.  So it says telemed with --

3   that was the nurse, with Dr. Einwohner done.  Of

4   course, then that's the blood pressure, pulse,

5   and all that and weight, and then 1/7/16, 10:45

6   they did a UA.

7          Q.    And are the urinalysis results in

8   Mr. Dean's chart somewhere?

9          A.    It should be.  I don't have the

10  chart, but it should be.

11         Q.    But they're not here.  Okay.  I'd

12  like to go to the next page, Bates 1343.  This is

13  also an Outpatient Progress Note.  The first

14  entry is dated 1/13/16.  Do you see that page?

15         A.    Yeah.  Yeah.

16         Q.    And this is another Outpatient

17  Progress Notes page, correct?

18         A.    Yeah.

19         Q.    And what does this first entry on

20  1/13/16 say?

21         A.    It says collegial with Dr. Ritz,

22  R-i-t-z, and we talked about getting -- he

23  suggested let's go with an ultrasound.

24         Q.    And Dr. Ritz --

25         A.    Yeah.

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 229

1        Q.    Dr. Ritz is in -- who is Dr. Ritz
2   again, please?
3        A.    Well, he's in Pittsburgh, and he's
4   director of all of this stuff anyway over there,
5   and the medical director.
6        Q.    And is Dr. Ritz responsible -- is he
7   in utilization management?
8        A.    Yeah.  He is.
9        Q.    And he needed to approve a renal
10  ultrasound; is that right?
11       A.    Yeah, I had to talk to him, and we
12  discuss it, and we all decided we'd get an
13  ultrasound.
14       Q.    And is this your handwriting?  Did
15  you write this note on 1/13/16?
16       A.    Right.  I did.  I did.
17       Q.    Okay.  Okay.  I apologize, but we're
18  going to have to shuffle some documents here.
19  The next thing that I would like to look at, Joe,
20  is in one of the attachments that I sent that's
21  -- the attachment is called Einwohner Records
22  Bates excerpts.  The page I want to look at is
23  Bates 62.  In that PDF it's page 22, and at the
24  top it says Renal Progress Note.
25                 MR. RUPCICH:  When did you send that?

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 230

 1              MR. STROM:  I sent that this morning.

 2              MR. RUPCICH:  Okay.  I haven't been

 3  in the office.  What -- this is from -- can you

 4  just give me a Bates number of Dr. Einwohner's

 5  records?

 6              MR. STROM:  I can, yeah.  It's

 7  Einwohner's Bates 62.

 8              MR. RUPCICH:  Okay.

 9  BY MR. STROM:

10      Q.   Okay.  Dr. Nawoor, take a look at

11  this, Bates 62 -- we'll mark it Exhibit 17.  At

12  the top it says Renal Progress Note, and it's

13  dated 1/7/16.  Let me know when you've had a

14  chance to look at it and are able to answer some

15  questions.

16              MR. RUPCICH:  I don't think you

17  actually mentioned the 1/13/16 note as Exhibit

18  17, but was that your intention?

19              MR. STROM:  It was.

20              MR. RUPCICH:  Okay.  Then we'll just

21  put on the record that Exhibit 17 is -- what

22  Bates was it?

23              MR. STROM:  1343, is that right?

24              MR. RUPCICH:  So 18 is Einwohner 61.

25              MR. STROM:  62.

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 231

 1              MR. RUPCICH:  Sorry.  62.

 2        A.    Okay.

 3   BY MR. STROM:

 4        Q.    Okay.  Dr. Nawoor, this is a Renal

 5   Progress Note dated 1/7/16, correct?

 6        A.    Uh-huh.

 7              MR. RUPCICH:  Yes?

 8        A.    Yes.

 9   BY MR. STROM:

10        Q.    And at the bottom it says Einwohner

11   Records Bates 62.  That's been typed after the

12   fact on to this document.  Do you see that?

13        A.    Yeah.  Yeah.

14        Q.    Okay.  Have you seen this document

15   before?

16        A.    Not really.  I don't remember seeing

17   it.

18              MR. RUPCICH:  Speak up.

19        A.    No, I don't.

20   BY MR. STROM:

21        Q.    Okay.  The --

22        A.    Because -- okay.  Go ahead.  Go

23   ahead.

24        Q.    So this Renal Progress Note after --

25   let me start my question over.  You didn't look

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 232

1  at this document before you next saw Mr. Dean?

2      A.    Did I see this document?  No, I

3  didn't see this document before I saw Mr. Dean

4  because any time I see Einwohner, I don't really

5  get to see the note unless there's something the

6  nurse will tell me.  Carol usually talked to her,

7  and if she wants something, she should tell me.

8      Q.    If Dr. Einwohner wants something,

9  she'll tell you, is that your testimony?

10     A.    No, she tell the nurse Carol who

11  really deal with her, and then she'll tell me

12  what she wants and what she's thinking, you know.

13     Q.    So you don't talk to Dr. Einwohner

14  after she has seen one of your patients?

15     A.    No, not usually, and she will call me

16  if she has something in mind.

17     Q.    Can you give me an example of

18  something in mind she might call you about?

19     A.    She wants, you know, to do something

20  about his blood pressure, maybe we should

21  increase or decrease his medication or things

22  like that.

23     Q.    I'd like to look at Einwohner Bates

24  63, and I'll mark this Exhibit 19.  This is a

25  document that says Renal Teleclinic Orders at the

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 233

 1   top right corner.

 2       A.    Uh-huh.

 3       Q.    It's also dated 1/7/16.

 4       A.    Yeah.  Yes.

 5       Q.    Dr. Nawoor, have you seen this

 6   document before?

 7       A.    This, no.

 8       Q.    Looking to the bottom portion of the

 9   document, the bottom half, you see there are

10   those check boxes.  One of them has been checked

11   off as CBC.  Do you see that?

12       A.    Yeah, I see that.

13       Q.    And do you see that further down the

14   page that the box has been checked off for UA?

15       A.    Yeah.

16       Q.    And CBC stands for complete blood

17   count, correct?

18       A.    Right.

19       Q.    And UA stands for urinalysis?

20       A.    Yes.

21       Q.    So would you agree with me that this

22   looks like Dr. Einwohner is ordering a CBC and a

23   urinalysis?

24       A.    Looks that way, yeah.

25       Q.    Did you receive the results of those

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 234

1  tests?

2       A.    Probably did, but I -- I have to go

3  back to the chart to tell you what it showed.

4  It's not on here.

5       Q.    Okay.  But you haven't seen this

6  document before, right?

7       A.    This particular, no, but again Carol

8  deal with Einwohner, and he tells -- she tells me

9  everything she wants, and -- and then they do it.

10  I said I'm okay to do it, and then we see the

11  result, and -- but it's not on here, so I can't

12  tell you what it showed.

13       Q.    Who's Carol?

14       A.    Carol is a nurse.

15       Q.    And what's her last name?

16       A.    Oh, boy.  Carol -- I don't know.  I

17  know her by the name Carol or is it -- I don't --

18  I can't remember.

19       Q.    Does she work at Taylorville?

20       A.    Yeah, she works here.  She's been

21  there way before me, and I always go by first

22  names so I don't usually know their last name.

23       Q.    Do you know what Carol's job

24  responsibilities are?

25       A.    Carol's responsibilities, she does a

ABDUR NAWOOR, M.D.                          December 04, 2018

                                                    Page 235

 1  lot of things.  Anyway one of the things is to at

 2  least talk to the renal doctor, which is

 3  Einwohner, and schedule patients like people with

 4  hepatitis C, needs to be treated, and she deals

 5  with that, talking to Dr. Paul, so she's got a

 6  lot of things she does anyway.

 7      Q.    Are there records of what Carol tells

 8  you that Dr. Einwohner told her?

 9      A.    Yeah, she always tells me what she

10  wants this or that or if it's a non-formulary

11  this is what she wants, you need to put that on

12  the computer, and I do it.

13      Q.    So Carol doesn't have any written

14  notes herself that she gives you or that she

15  maintains herself about what Dr. Einwohner wants?

16      A.    Well, she does.  She has notes and

17  knows whether she talked to me, and that's what

18  Einwohner wants.  Yeah, I'm sure she writes notes

19  on the chart.

20      Q.    But she just tells you verbally what

21  Dr. Einwohner wants?

22      A.    That's right.

23      Q.    Okay.  On Exhibit 19, which is Bates

24  63, at the very bottom it says in handwritten

25  notes, it appears to say "case for collegial."

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 236

1   Do you see that?

2        A.    Uh-huh.  Right.

3        Q.    And it appears to be dated 1/11/16?

4        A.    Uh-huh.  Right.

5        Q.    Is Dr. Einwohner requesting a

6   collegial review of Mr. Dean here?

7        A.    That's what it says, yeah.

8        Q.    This is not reflecting a collegial

9   that's already been scheduled, is it?

10       A.    No.  Usually any collegial I have to

11  do, right.

12       Q.    So do you have the authority to

13  decide on whose cases come to collegial?

14       A.    Usually, yeah.

15       Q.    Does Dr. Einwohner have authority

16  independent of you to call a case for collegial?

17       A.    No, I mean she can call, talk to Dr.

18  Ritz and do that, and -- but -- or she can talk

19  to me, and if she wants somebody to go to

20  collegial, that's okay, but I -- I still have to

21  do it, write the -- fill out the form and say

22  why.

23       Q.    Who was involved in a collegial

24  review typically?

25       A.    It is me and Chad, he's the record

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 237

1  manager there, and director whatever you want to

2  call it, and sometimes most of the time Katie,

3  who is a -- with the state.  That's it.

4      Q.    Okay.  I think it's possible I didn't

5  hear every name.  So I'm going to make sure that

6  I -- that I did hear.  You mentioned Katie who is

7  with the state.  Is that the Department of

8  Corrections?

9      A.    Yeah.  Yeah.

10      Q.    And you mentioned Chad who's in

11  records management; is that right?

12      A.    Right.  Correct.

13      Q.    And are you involved in collegial?

14      A.    Yeah, I have to be.  I have to

15  present the case.

16      Q.    And I didn't hear any other names you

17  might have mentioned.

18      A.    No, I don't -- no, I don't -- usually

19  most of the time it's us three and rarely Katie's

20  not there, but usually me, Chad and Katie.

21      Q.    And what's the purpose of collegial?

22      A.    Basically discuss patient's case, and

23  I usually mention what I think should be done,

24  could be done, and whatever they want me to do,

25  and so it's a discussion about the case, you

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 238

1  know.

2       Q.    When you say whatever they want you

3  to do, who is "they"?

4       A.    Mainly Dr. Ritz.  Not they, him.

5       Q.    So Dr. Ritz is also involved in

6  collegial?

7       A.    Oh, yeah, he is, yeah.  He's the one

8  have to present.

9       Q.    Okay.  I had -- I see.  Okay.

10       A.    I said he's the one we have to

11  present the case to.

12       Q.    Okay.  So I just want to make sure I

13  understand who all of the participants are

14  because I understood your testimony before was

15  that it was you and Chad and Katie.  It's the

16  three of you?

17       A.    Yeah, we present the case, yes.

18       Q.    I must have misheard you because of

19  the technology, so I apologize for that, but Dr.

20  Ritz is also involved.  That's four people

21  involved.  Are there any other involved?

22       A.    The only one is the secretary.  He's

23  the secretary there.  That's about it -- there in

24  Pittsburgh, that's about it, there in Pittsburgh

25  anyway there on the telephone talking to.

ABDUR NAWOOR, M.D.                          December 04, 2018

```
 1        Q.     And collegial is done by telephone?
 2        A.     Yeah, by telephone.
 3        Q.     Do you send Dr. Ritz any documents or
 4   charts in advance of collegial?
 5        A.     Chad will send -- fax them a copy of
 6   all the collegial I write, and they review it,
 7   and then we talk about it.
 8        Q.     Does Dr. Einwohner ever join you in
 9   collegial?
10        A.     No.
11        Q.     Why not?
12        A.     I don't know.  I guess she's not
13   involved in it.  She's not in that capacity, I
14   guess.  I don't know.  There's no reason for her
15   to be there anyway.
16        Q.     Dr. Einwohner's a nephrologist,
17   correct?
18        A.     Correct, yes.
19        Q.     And that means that her specialty is
20   ailments of the kidney?
21        A.     Yeah.  Yes.
22        Q.     But there's no need for her to be
23   involved in a collegial about a patient with
24   kidney ailments?
25        A.     But I'm never -- I've been here three
```

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 240

1  years and she's never been on collegial

2  regardless, and usually it's either Dr. Ritz, and

3  if he's not there, Dr. Fisher would, and

4  sometimes rarely Dr. Funk, you know, when Dr.

5  Ritz --

6          Q.    Do you know --

7          A.    Go ahead.

8          Q.    Do you know what branches of medicine

9  Dr. Ritz specializes in?

10         A.    As far as I know he's a nephrologist.

11  That's all I know.

12         Q.    Chad is not a medical doctor,

13  correct?

14         A.    No, he's an MD -- she is.  She has to

15  be a MD first to be a nephrologist.

16               MR. RUPCICH:  Okay.  I think -- Chad

17  is an MD?

18         A.    No, Chad is not, no.  Chad is just

19  the director of the medical records, and

20  Einwohner --

21  BY MR. STROM:

22         Q.    I'm sorry.

23         A.    Okay.  That's fine.

24         Q.    Okay.  So I do understand Dr. Ritz is

25  an MD and Dr. Einwohner is an MD, and so Chad

ABDUR NAWOOR, M.D.                              December 04, 2018

Page 241

1   though is not an MD, correct?

2        A.    No.  No.

3        Q.    And you mentioned Katie as well.

4        A.    Uh-huh.

5        Q.    What's Katie's last name, do you

6   know?

7        A.    Katie.  Let's see.  Oh, god.  I

8   don't -- I know these people by first name.  I

9   never ask their second name.

10       Q.    And can you remind me again, what's

11  her role?

12       A.    Well, she's with the state, whatever,

13  you know, and she always talking to the --

14  informing this Dr. Meek in Chicago of what's

15  going on, is there any problem or what should be

16  done and things like that, but he also kind of

17  oversees the patient's care.  She can look around

18  see what's going on.  If he feel there's

19  something amiss anyway, she will let me know.

20       Q.    Is Katie a medical doctor?

21       A.    No.  No.

22       Q.    Is she a nurse?

23       A.    She was a nurse, yeah.  She's still a

24  nurse, yeah.

25       Q.    Okay.  So the next document that I

ABDUR NAWOOR, M.D.                         December 04, 2018

Page 242

 1  want to look at is collegial notes from January

 2  of 2016.

 3              MR. RUPCICH:  Can we take five before

 4  we switch gears?

 5              MR. STROM:  Sure can.

 6              (Whereupon a break was taken.)

 7  BY MR. STROM:

 8      Q.    Okay.  So off the record Madam Court

 9  Reporter just a second.

10              (There was an off-the-record

11  discussion.)

12  BY MR. STROM:

13      Q.    Back on the record, and obviously I

14  recognize, Joe, that we've got a time limit.  So

15  I'm not expecting that we're going to go on and

16  off as we sort of sort through these together.

17  It's my responsibility to have these to you.

18              So let's talk about these two

19  utilization management notes that are together on

20  this page that I'll mark Exhibit 20.  Exhibit 20

21  is two utilization management notes, one dated

22  1/19/2016, with a timestamp of 18:41, and the

23  other below it is dated 1/26/2016 with a

24  timestamp of 14:13.

25              Dr. Nawoor, when you are certain that

ABDUR NAWOOR, M.D.                                December 04, 2018

Page 243
1  you're looking at the same page as I am, please
2  let me know and I'll ask you some questions about
3  this document.
4          A.    Okay.
5          Q.    Okay.  So Exhibit 20 is a utilization
6  management -- a set of utilization management
7  notes, correct?
8          A.    Yeah.
9          Q.    Have you seen these utilization
10 management notes before?
11         A.    Not really.  All I have from
12 collegial is what I talk to them and what I put
13 on the charts.  Okay.  I don't usually see these.
14         Q.    Okay.  So what you have from
15 collegial is what you put on the chart and what
16 else?
17         A.    That's it.  I mean I will discuss
18 what I come up with and write down what the
19 problem of the patient and what we decided at
20 collegial.  It's all in the chart.
21         Q.    Okay.  So you're not responsible for
22 entering these notes?
23         A.    No.
24         Q.    And you haven't seen these notes
25 before; is that right?

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 244

1        A.    No, not really.

2        Q.    Okay.  Do you recall collegial on

3   January 19 of 2016 --

4        A.    Uh-huh.

5        Q.    -- regarding Mr. Dean?

6        A.    Yeah.  Yes.

7        Q.    And without looking at this document,

8   from your memory what do you recall about

9   collegial on January 19 of 2016 about Dr. --

10  about Mr. Dean?

11       A.    Yeah, I mean he had a hematuria so --

12  which was persistent despite the normal

13  ultrasound.  So I put conferred with Dr. Ritz

14  again to decide what we planning to do, either

15  see a urologist, see him to make sure there's no,

16  nothing going on in the ureter or the bladder and

17  the kidney, and his notes said that, that he

18  wanted to do a cystoscopy, and that's negative,

19  but -- and then do a CAT scan, but I think he

20  decided to do the CAT scan before the -- the

21  cystoscopy.  That's my understanding.  Maybe he

22  did the cystoscopy in his office, and --

23       Q.    What kind of --

24       A.    Go ahead.

25       Q.    What kind of a procedure is a

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 245

1  cystoscopy?

2        A.    Oh, it's just a -- you know, they put

3  a scope -- it's just a scope through the penis

4  and to look at the ureter -- the ureter and the

5  bladder, and probably have a look at the prostate

6  too, and then make sure there's nothing in the

7  ureter itself and the bladder, and nothing coming

8  down -- no blood coming down from the kidney

9  or -- they could see stones if it's in the pelvis

10  of the kidney, and -- so that's about it.

11        Q.    So as --

12        A.    Yeah, go ahead.  Go ahead.

13        Q.    A cystoscopy is done with a scope

14  inserted into the urethra; is that right?

15        A.    That's correct.

16        Q.    And is it purely a visual

17  examination?

18        A.    It's visual, yeah.

19        Q.    Are there any -- are there any

20  specimens collected during the course of a

21  cystoscopy?

22        A.    Yeah, they can collect urine.  That

23  is one thing, and if there's anything they see

24  that needs to be biopsied, they will do that, and

25  that's about it, or if there's stricture.

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 246

  1      Q.    What is stricture?

  2      A.    It's just narrowing of the ureter or

  3 urethra from whatever cause anyway.  They can see

  4 that.

  5      Q.    And a cystoscopy would allow a

  6 urologist to visually examine the urethra,

  7 correct?

  8      A.    Right.  Yes.

  9      Q.    And it would allow the urologist to

 10 visually examine the ureters; is that right?

 11      A.    Right, yes.

 12      Q.    Would it allow the urologist to

 13 visually examine the prostate?

 14      A.    Yes, they can -- they can see

 15 directly -- they can't see directly, but they can

 16 tell if anything going on, if it's enlarged or

 17 not.

 18      Q.    So indirectly they can see visually

 19 whether the prostate is enlarged?

 20      A.    Yeah, if it's -- yeah, they can do

 21 that, yeah.

 22      Q.    Does cystoscopy allow a urologist to

 23 look inside the bladder?

 24      A.    Yes.  Yes.

 25      Q.    Would a cystoscopy allow a urologist

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 247

1    to see blood in the bladder?

2         A.    Yes.

3         Q.    And the ureters, correct me if I'm

4    wrong here, but I believe the ureters go from the

5    kidneys down to the bladder; is that right?

6         A.    That's correct, yeah.

7         Q.    And so the cystoscopy also allows

8    visual inspection of the -- visual examination of

9    the ureters themselves?

10        A.    Yeah.  Yes.

11        Q.    And does that include the interior of

12   the ureters?

13        A.    Basically that's what they're looking

14   at, the interior.

15        Q.    Can a cystoscopy go all the way the

16   length of the ureter to the kidney?

17        A.    All they can see is probably what we

18   call the pelvis of the kidney, you know, where

19   the ureter start.  That's about it.

20        Q.    So the cystoscopy does not go into

21   the kidney?

22        A.    No.

23        Q.    But it can go as far as where the

24   ureter meets the kidney?

25        A.    Yeah.  Right.

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 248

```
 1        Q.    And that's called the pelvis?
 2        A.    Yeah, the start of it, yeah, that's
 3  the pelvis.
 4        Q.    Okay.  And so the purpose of a
 5  cystoscopy when there is hematuria is to
 6  determine whether the source of hematuria is in
 7  any of those places we just discussed, the
 8  ureters --
 9        A.    Uh-huh.
10        Q.    -- the bladder, indirectly from the
11  prostate or inside the urethra; is that right?
12        A.    That's correct.  Yes.
13        Q.    And so the cystoscopy can be used to
14  rule out any of those as sources of blood in the
15  urine?
16        A.    Yes.  Yes.
17        Q.    Okay.  A cystoscopy cannot diagnose a
18  kidney stone, correct?
19        A.    It all depends.  Sometimes we see a
20  kidney stone in the pelvis too.  It depends.  If
21  there's one there, they will see it but not if --
22  not in the renal --
23        Q.    Okay.
24        A.    -- parenchymal -- the actual renal
25  tissue.  If there's any stone there, you can't
```

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 249

1  see that.

2      Q.   Is a cystoscopy performed while the
3  patient is awake?

4      A.   The -- no, they're not awake.  It's
5  what they call conscious sedation, but they can
6  also be put to sleep, yeah.

7      Q.   Okay.  But uniformly not done while
8  the patient is awake, correct?

9      A.   Right.  No, they're not.

10     Q.   Okay.  So we looked at Exhibit 20,
11 which contained utilization management notes, and
12 I understand it's your testimony that you have
13 not seen these utilization management notes
14 before, correct?

15     A.   That's correct.  Yes.

16     Q.   Okay.  You may still be able to help
17 me understand what is written here based on your
18 knowledge of your patient.  So on the note dated
19 1/19/2016, the top note of the two on Exhibit
20 20 -- I'm going to read what's written there, and
21 I'm going to ask you some questions when I reach
22 some points that I don't understand.  Okay?

23     A.   Uh-huh.

24     Q.   It says Dr. Einwohner's evaluating
25 patient and patient reported intermittent

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 250

 1   hematuria?

 2          A.    Uh-huh.

 3          Q.    HX, which I understand means history

 4   of lithotripsy 12/30/14.  Discussed this patient

 5   in collegial 1/13/16 with Dr. Nawoor and Dr.

 6   Ritz.  Recent UA, which I understand means

 7   urinalysis?

 8          A.    Right.

 9          Q.    C & S done 1/7/16.

10          A.    Uh-huh.

11          Q.    What's C & S?

12          A.    Just culture and sensitivity.

13   Culture.

14          Q.    What does that mean?

15          A.    They culture looking for infection.

16          Q.    And you said culture and sensitivity?

17          A.    Yeah.  If there's anything growing,

18   then the lab will run the sensitivity against the

19   bacteria.

20          Q.    What does that mean?

21          A.    It means that -- it depends what the

22   bacteria is sensitive to, whether it's penicillin

23   or Tetracycline or something else.  That's what

24   sensitivity is.

25          Q.    So sensitivity means using some sort

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 251

1  of pharmaceutical to assess the effect?

2       A.    Yeah, if it's -- if it's positive,

3  yeah.

4       Q.    Okay.  After that it says shows large

5  blood --

6       A.    Uh-huh.

7       Q.    -- decided will get on-site

8  renal/bladder USD by Precise - no IQ.  So a

9  couple of questions about what I've just read

10 there.  When it says shows large blood, what does

11 that mean?

12      A.    That means that they have, you know,

13 a lot of blood in the urine.

14      Q.    Okay.  Decided will get on-site

15 renal/bladder USD by Precise.  I don't understand

16 what it means starting with the word renal which

17 I do understand means of the kidney, but --

18      A.    Yeah.

19      Q.    I'm not sure how to parse that.  So

20 what does renal/bladder USD by Precise mean?

21      A.    I suppose USD mean ultrasound of the

22 bladder and the kidney, yeah.

23            MR. RUPCICH:  By Precise.

24 BY MR. STROM:

25      Q.    Okay.  So that means --

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 252

```
 1        A.    Yeah.  Right.

 2        Q.    So renal/bladder USD means a kidney

 3   and bladder ultrasound; is that right?

 4        A.    Right.  Yes.

 5        Q.    And what does -- what does by Precise

 6   mean?

 7        A.    That I'm not sure.

 8        Q.    Okay.  Do you know what no IQ means?

 9        A.    Not really.  I have no idea what it

10   means there.

11        Q.    Okay.  The second note here on

12   Exhibit 20 is the one below it dated 1/26/2016.

13   Do you see that?

14        A.    Uh-huh.  This here.  Yeah.

15        Q.    I'm going to read that and ask you to

16   help me to decipher it if you can.  It says per

17   SC log received on 1/26/2016 states, quote,

18   waiting for a call back with date, end quote.  Do

19   you know what the SC log is?

20        A.    SC log.  Okay.  I have no idea.  I've

21   never seen this.

22        Q.    Okay.  That's fine.  Do you know what

23   waiting for call back with date means here?

24        A.    I guess they're waiting for call back

25   for the ultrasound.  I suppose that's what it
```

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 253

1  means, result.

2       Q.    Okay.  But to be clear, you are

3  making your best educated guess based on the

4  context here, right?

5       A.    That's true.  Yeah.  I've never seen

6  this before.  I don't -- I don't understand a lot

7  of the abbreviation here.

8       Q.    Yeah.  Okay.  The happy news is that

9  means we don't have to spend much more time with

10  this exhibit.  The last question I would like to

11  ask you about this exhibit is do you know looking

12  at the note dated 1/19/2016, the first note --

13      A.    Yeah.

14      Q.    -- above where it says authorization

15  comment, there is a gray box that says

16  authorization comments with an S?

17      A.    Uh-huh.

18      Q.    And at the bottom of that gray box it

19  says Beg DOS.  Do you see where I'm looking right

20  now?

21      A.    Yeah, I see that, yeah.

22      Q.    Okay.  Looks like there's a date

23  there, 2/2/2016.  Do you see that?

24      A.    Uh-huh.  I see that.  I see 2/2/16,

25  yeah.

ABDUR NAWOOR, M.D.                              December 04, 2018

Page 254

1      Q.    Do you know what it is that
2  2/2/2016 -- what the significance of that date is
3  in this -- in this comments field?
4      A.    I don't know the exact abbreviation.
5  I wish I knew to answer your question.
6      Q.    Sure.  Okay.  I understand that the
7  abbreviations aren't yours, and you don't know
8  those because this isn't your note.  Do you
9  recall from your treatment of Dr. Dean if there's
10  some significance to February 2, 2016?
11      A.    Yeah.  Renal bladder completed.
12  That's what it says.  Ultrasound.
13          MR. RUPCICH:  He's looking at the
14  renal bladder ultrasound was done.
15      A.    It says -- it says renal bladder
16  complete, but I'm not quite sure what -- looks
17  like S -- and that Nurse Eggiman's note there.
18  BY MR. STROM:
19      Q.    All right.  But you're looking at a
20  document to refresh your recollection of the
21  case; is that right?
22      A.    Yeah.  When I see that wrote that,
23  Eggiman is the present DON.
24          MR. RUPCICH:  He looked at page 1343
25  at the bottom.  I think that was Exhibit --

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 255

 1              MR. STROM:  Okay.

 2              MR. RUPCICH:  I've lost the exhibit.

 3              MR. STROM:  I did too.

 4              MR. RUPCICH:  17.  Exhibit 17 he

 5    looked at, and --

 6    BY MR. STROM:

 7         Q.    Okay.  I see it now too.  Okay.  So

 8    at the bottom of Bates 1343, 2/2/16, we think

 9    this is Exhibit 17, it says renal bladder

10    ultrasound complete.  Do you see that too?

11              MR. RUPCICH:  Yeah.

12    BY MR. STROM:

13         Q.    Okay.  Okay.

14         A.    Yeah.

15         Q.    And I want to be perfectly clear.  I

16    wasn't sure what the significance of 2/2/2016 was

17    in that utilization management note in Exhibit

18    20.  I was only asking in the hopes that you

19    could help me to clarify, and you've done that.

20    So I sure appreciate it.

21              Okay.  So we can put away altogether

22    the utilization management notes.

23              Dr. Nawoor, have you ever seen

24    utilization management notes in the course of

25    your treatment of Mr. Dean before?

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 256

1      A.    Not really.  I mean like I said, I
2  see the patient.  I see we have collegial.  I
3  write the note.  It's in the chart, but I never
4  see those things.
5      Q.    Do you recall ever seeing utilization
6  management notes for any of your patients there
7  at Taylorville?
8      A.    Not really.  I'm not -- I'm not aware
9  that I'm supposed to look at it at all.  I
10 know -- the -- if it's regarding collegial, I
11 write it in the chart anyway so whatever it say
12 or whatever we want to refer the patient
13 somewhere, we do that.  I do that.
14     Q.    Okay.  So just to make sure that I'm
15 totally clear, you have not before seen these
16 utilization management notes in your treatment of
17 any patient at Taylorville?
18     A.    Not that I know of, no.
19     Q.    Okay.  Going back to the Einwohner
20 Renal Teleclinic order, which was Einwohner Bates
21 63, it was your testimony that you had not seen
22 this document before.  So my question is have you
23 ever seen any renal teleclinic orders related to
24 your treatment of Mr. Dean?
25     A.    Yeah, I've seen the -- not the order,

Page 257

 1  the result, but the -- like I said before, Carol
 2  talked to her, and she tells Carol what she wants
 3  and Carol does tell me, and if it's formulary, I
 4  write it.  If it's not, I have to put it on the
 5  computer.
 6       Q.   But this specific document you
 7  haven't seen anything in this format --
 8       A.   No.
 9       Q.   -- in your treatment of Mr. Dean
10  before, correct?
11       A.   Not really.
12       Q.   Okay.  I'm wondering why you say not
13  really.  Have you seen a document like this in
14  your treatment of Mr. Dean?
15       A.   I don't remember seeing those
16  documents anyway.  What I ordered, what logged
17  and what collegial, that's all I'm seeing.  I
18  have specific consultation, I look at it, yes,
19  you know.
20       Q.   So you have been asked in a specific
21  consultation about a document that looks like
22  this before?
23       A.   No.  No.  No.  No.  I said if I look
24  at a consultation to anybody, but I've never seen
25  this thing.  I didn't know they existed, frankly.

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 258

 1        Q.     Okay.  So you haven't seen a document
 2   for any of your patients at Taylorville that
 3   looks like this Renal Teleclinic Order; is that
 4   right?
 5        A.     No, I don't.
 6        Q.     Okay.  And then looking at Einwohner
 7   Bates number 62, which is the Renal Progress Note
 8   also dated 1/7/16 --
 9        A.     Uh-huh.
10        Q.     -- you said that you had not -- it
11   was your testimony you had not seen this document
12   before --
13        A.     No.
14        Q.     -- and so my question is have you
15   seen a document like this before in your
16   treatment of Mr. Dean?
17        A.     I've never seen this -- anything
18   that's on there was -- was told to me by Carol
19   and it to be done, you know.
20        Q.     And so you have never seen a renal
21   progress note like this for --
22        A.     No.
23        Q.     -- any of your patients at
24   Taylorville, correct?
25        A.     Not usually, no.  They come back

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 259

1  after they see the Einwohner or somebody else,

2  but they tell me when I ask them questions about

3  what did they say, and they say that, and, you

4  know, usually write the note, and if there's any

5  official typed note I would read it, and -- and

6  then, like I said, Carol would tell me what --

7  specifically what she wants or he wants, whoever

8  it is, especially --

9          Q.    When you say they come back, do you

10  mean --

11          A.    What's that?  I say no, I mean

12  frankly, renal notes I've never seen by

13  Einwohner.  Now I see everybody else,

14  consultation.  If I send out and I see it, I read

15  it.  This is for some reason over the years I've

16  never seen it.

17          Q.    Okay.  You testified they come

18  back -- when you say they come back after seeing

19  Dr. Einwohner --

20          A.    The patient.

21          Q.    -- I think you meant --

22          A.    The patient.

23          Q.    -- your patients.  Okay.  I just

24  wanted to make sure I was clear.  And so just to

25  be very clear, you have never seen a renal

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 260
1  progress note in this format in your treatment of
2  your patients at Taylorville; is that correct?
3        A.    Not that I know of.  Not -- I don't
4  remember reading her note anyway.
5        Q.    Okay.  The next document I want to
6  look at is Einwohner Records Bates 180.  This
7  looks to be a page that was faxed on February 3,
8  2016, according to the printing at the top.  It
9  has a header for the Central Illinois
10 Radiological Associates, Ltd., in Springfield.
11       A.    Uh-huh.
12       Q.    Has Mr. Dean's name.
13       A.    Uh-huh.
14       Q.    Please let me know when you've had a
15 chance to look at this document and make sure
16 we're on the same page.
17       A.    Right.
18             MR. RUPCICH:  Is this Exhibit 21
19 then?
20             MR. STROM:  It will be Exhibit 21,
21 yes.
22       A.    Yeah, I see that.
23 BY MR. STROM:
24       Q.    Okay.  And to be clear, this comes
25 from Dr. Einwohner's records, not yours?

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 261

1      A.    Uh-huh.

2      Q.    And so I am not attributing any of

3   the handwriting on this document to you?

4      A.    Uh-huh.

5      Q.    Is that a correct assumption that

6   none of the handwriting on this document is

7   yours?

8      A.    I signed the bottom of it, you know,

9   I looked at the record -- record and signed it.

10      Q.    Oh, okay.  That is your signature

11   there in the --

12      A.    Yes.

13      Q.    -- substance portion I see.  Okay.

14   So you have seen this document before?

15      A.    Right.  I have.

16      Q.    What is this document?

17      A.    Well, it's a renal ultrasound.  It

18   was basically reported as normal except for some

19   cortical thin -- thinning, which means that the

20   patient -- anybody with chronic renal problem

21   would have cortical thinning.

22      Q.    What is cortical thinning?

23      A.    When they lose part of the renal

24   tissue itself or parenchyma, which is the cortex,

25   the outside of the kidney, and we see that in

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 262

 1  anybody, especially diabetic, and it's a --

 2  anybody with renal -- chronic renal problem would

 3  lose their cortical -- they have cortical

 4  thinning.  Would be to -- okay.

 5       Q.    So this is -- February 2, 2016, is

 6  the exam date.  Do you see that?

 7       A.    Right.  I see that.

 8       Q.    And partly down the page do you see

 9  where it says Findings?

10       A.    Uh-huh.  Yes.

11       Q.    And it describes the right kidney and

12  gives measurements as well as the left kidney

13  with measurements?

14       A.    Yeah.

15       Q.    So let's talk about what the findings

16  were with the right kidney.  I'm going to read to

17  you some of what's written here and ask questions

18  about it.

19       A.    Uh-huh.

20       Q.    It says no mass lesions or evidence

21  of hydronephrosis.  So my first question is what

22  are mass lesions?

23       A.    It's just a -- you know, any solid

24  mass.  Anything solid in the kidney, you would

25  see it, you know, or masses, is like -- like a

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 263

1   tumor or something like that or even a cyst.

2        Q.    Is a mass lesion --

3        A.    Yeah.  Okay.  Yeah, there's no -- no

4   mass lesion.

5        Q.    So --

6        A.    Yeah, right.  You go ahead.

7        Q.    So a mass lesion is a cyst --

8        A.    No.

9        Q.    -- or a tumor?

10       A.    No.  No.  You can also -- a cyst can

11  look like a mass if it has blood in it or a clot

12  of blood or something like that or any kind of

13  debris.  It's sometimes very hard to see on

14  ultrasound whether this is an actual malignancy

15  or is it a cyst with some debris in it or some

16  clots or whatever, but when they say mass, they

17  say mass, you're looking at something abnormal

18  other than kidney tissue.

19       Q.    What does lesion mean?

20       A.    Lesion mean that it's something

21  abnormal that they're looking at.  And

22  hydronephrosis just means that, you know, if you

23  have any obstruction in the kidney without -- the

24  ureter will be dilated anyway.  Bowel obstruction

25  or kidney stone or something else.

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 264

1        Q.      Okay.  So hydronephrosis is evidence
2   of an obstruction?
3        A.      It's a dilatation of any organ if
4   there's any obstruction there.  It's the same
5   with your bowel.  If it gets obstructed, it's
6   going to be dilated.  It's not nephrosis.
7   Nephrosis means kidney.  In the colon it's the
8   same thing.  If it's obstructed, it's going to be
9   dilated just like the kidney.
10        Q.      So hydronephrosis means dilation of
11   the ureters --
12        A.      Yeah, basically.
13        Q.      -- based on some sort of obstruction;
14   is that right?
15        A.      That's right.  Obstruction.  It could
16   be inside or it could be outside.  Prostate can
17   even get enlarged, press on the ureter, and
18   you'll get an obstruction, and or any mass in the
19   pelvis itself can press on the ureter and cause
20   problem, and then usually we see with kidney
21   stones, but that's the most common.
22        Q.      And that's because the kidney stone
23   can block the flow, correct?
24        A.      Yeah, the flow of urine, yes.
25        Q.      If there is no mass lesion or

Page 265

1    evidence of hydronephrosis, is that evidence in

2    favor of or against the diagnosis of kidney

3    stones?

4         A.    Yeah, but it's not against that

5    because you can have kidney stones depending on

6    where it is.  If it's in the kidney, it's not

7    going to cause obstruction.  Even if it's in the

8    pelvis, it may not.  If it's not moving, it's not

9    going to cause obstruction.

10         Q.    Is a kidney stone something that

11    would be detected as a mass lesion?

12         A.    No, not really.  Usually it's

13    calcified so they'll be able to tell you whether

14    it is a kidney stone or a mass, and mass in the

15    kidney or in the genitourinary tract is not

16    usually calcified, you know, except for renal

17    stone.  Now, some renal stone it may not be

18    calcified.  So you may not see it on the -- on

19    the ultrasound.

20         Q.    So the sentence here, "no mass

21    lesions or evidence of hydronephrosis" --

22         A.    Uh-huh.

23         Q.    -- that is not evidence -- that's not

24    conclusive evidence one way or the other about

25    kidney stones; is that correct?

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 266

1        A.     That -- yeah, you can say that.

2        Q.     Okay.  The next sentence is normal

3   flow on Doppler.  What does that mean?

4        A.     It means the urine is going down and

5   with normal flow and there was no obstruction.  I

6   mean they're talking about the blood supply.

7   There was normal flow of blood, venous or

8   arterial.

9        Q.     So the statement normal flow on

10  Doppler is an indication that there's normal flow

11  of blood?

12       A.     That's what it says.  Normal flow of

13  blood whether -- again whether it's venous or

14  arterial.

15       Q.     Okay.  The sentence that I'm reading

16  here on Exhibit 21 simply says, "Normal flow on

17  Doppler."

18       A.     Right.

19       Q.     It doesn't indicate anything about

20  venous or arterial.

21       A.     Well --

22       Q.     So I just want to make sure I

23  understand correctly.  Normal flow on Doppler is

24  related to blood; is that right?

25       A.     Yeah, when they're talking about

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 267

1    blood -- when you're talking about blood, you're
2    talking about venous blood and arterial blood.
3         Q.    Okay.  So my question is about this
4    sentence on Exhibit 21 where it says, "Normal
5    flow on Doppler."
6         A.    Uh-huh.
7         Q.    Is that related to urine?
8         A.    No.  No.  It's the blood.
9         Q.    Okay.  That's strictly related to the
10   blood flow?
11        A.    The blood flow and -- anyway whatever
12   blood is going in is arterial.  Coming out is
13   venous.
14        Q.    Okay.  And then looking at the next
15   line, left kidney, it has measurements.  We
16   talked about the mild cortical thinning, and then
17   it has the same statement, no mass lesion or
18   evidence of hydronephrosis, normal flow on
19   Doppler, correct?
20        A.    Right.  Right.
21        Q.    Okay.  And it means the same thing to
22   the left kidney that it meant for the right
23   kidney, right?
24        A.    Both the same more or less except for
25   the thinning of the cortex on the left, yes.

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 268

```
 1        Q.    Right.  Okay.  The next line down
 2   says, "Bladder:  No sonographic evidence of an
 3   intraluminal mass lesion."
 4        A.    Right.
 5        Q.    What does that mean?
 6        A.    That means there's nothing in the
 7   bladder like a mass or polyps or whatever else
 8   in -- that they can see.  There's no echo coming
 9   out of the blood.  That's what the ultrasound is.
10   It's an echo.
11        Q.    What does intraluminal mean?
12        A.    Inside the blood.
13        Q.    Okay.  In the statement below the
14   bladder section it says, "Impression."
15        A.    Uh-huh.
16        Q.    I want to talk about the statements
17   here.
18        A.    Uh-huh.
19        Q.    What they are and are not evidence of
20   from your perspective as a medical doctor.  So it
21   says, "Possible mild left renal cortical
22   thinning."
23        A.    Uh-huh.
24        Q.    Does mild cortical thinning, is that
25   a symptom of kidney stones?
```

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 269
 1        A.    No, it's symptoms of chronic kidney
 2   problem or sign.
 3        Q.    Is it a symptom of kidney cancer?
 4        A.    No.  No.
 5        Q.    Okay.  "No renal mass lesions or
 6   evidence of hydronephrosis."  I believe that
 7   that's almost exactly the same statement we've
 8   already talked about.
 9        A.    Right.
10        Q.    Just inserting the word renal which I
11   understand means of the kidney; is that correct?
12        A.    Correct.
13        Q.    Okay.  And then, "No sonographic
14   evidence of an intraluminal mass lesion within
15   the bladder."  We just talked about that,
16   correct?
17        A.    Right.  That's correct.
18        Q.    So is there -- is there any statement
19   here that is conclusive evidence of kidney
20   stones?
21        A.    No.  No.
22        Q.    Is there any statement here that is
23   conclusive evidence of kidney cancer?
24        A.    No.  Not see it not in the
25   ultrasound.

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 270

```
 1        Q.    Okay.  I would like to go back to
 2   Mr. Dean's medical records.  We were talking at
 3   one point about Bates 1343, and there appears to
 4   be an entry on 2/1/16 by Dr. Nawoor.  Let me know
 5   when you have found that entry in the middle of
 6   the page.
 7        A.    Yeah.  I see it.
 8        Q.    I'm going to cut to the chase here,
 9   and correct me if I'm wrong, but it appears that
10   the patient needs to have a full bladder for his
11   ultrasound?
12        A.    Right.
13        Q.    And that ultrasound -- this note is
14   dated 2/1/16.  We know that that ultrasound took
15   place on 2/2/16 --
16        A.    Yeah.
17        Q.    -- is that correct?
18        A.    Right.  Correct.
19        Q.    So my question is did you see
20   Mr. Dean on 2/1/16?
21        A.    Yeah.  Well, I see it all the time,
22   anyway, yeah.  I signed that anyway.
23        Q.    Is that your handwriting --
24        A.    Yeah.
25        Q.    -- that he needs to have a full
```

ABDUR NAWOOR, M.D.                                December 04, 2018

Page 271

1  bladder?

2       A.    Yeah.  Yes.

3       Q.    Okay.  Okay.  So I'd like to look now

4  at Bates 1346.

5       A.    Uh-huh.

6       Q.    Is this your progress note --

7       A.    Yes.

8       Q.    -- Dr. Nawoor?

9       A.    Yes.

10       Q.    Okay.  And it's dated 2/10/16?

11       A.    Right.

12       Q.    And it has information about his

13  vital signs again, correct?

14       A.    Yeah.

15       Q.    Is that correct?

16       A.    That's correct.

17       Q.    Okay.  Before this -- before this

18  appointment with Mr. Dean on 2/10/16 --

19       A.    Uh-huh.

20       Q.    -- did you look at your -- your notes

21  about your appointment with him on 2/1/16?

22       A.    Yeah, when I wrote it, I probably did

23  look at it.  This is 2/10, right?

24       Q.    That's right.

25       A.    Yeah.

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 272

```
 1        Q.    We were just talking about 2/1/16 and
 2   the note about having a full bladder for his
 3   renal ultrasound.
 4        A.    Right.  Right.  Right.
 5        Q.    Did you read that note before
 6   2/10/16?
 7        A.    Yeah, I read the note in the office.
 8   Yeah, I saw the notes.
 9        Q.    Did you read your note from
10   12/23/15 --
11        A.    Yeah.
12        Q.    -- which is on Bates 1340?
13        A.    Yeah, I did.  Yeah.  Yes.
14        Q.    Here on Bates 1346, which I believe
15   is going to be Exhibit 22, below the vital signs
16   next to the S can you please walk me through what
17   your note is --
18        A.    Yes.
19        Q.    -- for subjective there next to the
20   S?
21        A.    History of intermittent hematuria,
22   and the urine positive for blood, and was ordered
23   by nephrologist, which is Einwohner.  No pain.
24   We stopped his aspirin.  And the finding on exam
25   was basically no pain -- no pain --
```

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 273

1      Q.    So I think you're about to get into
2  the objective part next to O, right?  You're
3  about to start about the objective part?
4      A.    Yeah.  Right.
5      Q.    I want to stop you before you get
6  there.  Let's talk about something that you said
7  in your subjective there.  You said that there
8  was an order by Dr. Einwohner.  What was the
9  order?
10      A.    The -- yeah, ordered by -- the urine
11  was ordered by Einwohner.
12      Q.    Urinalysis was ordered by Dr.
13  Einwohner?
14      A.    Right.  That's what it says here.
15      Q.    Where are the results of -- okay.
16  Where are the results of that urinalysis?
17      A.    Within the chart.  I don't have it
18  here unless it's here.
19      Q.    Is it the next page?  Is that a
20  urinalysis result on Taylorville Medical Records
21  Bates 1347.
22      A.    Yeah.  Yeah, it says is -- go ahead,
23  yeah.
24      Q.    I just want to make sure that that's
25  what that was, that's a urinalysis result?

ABDUR NAWOOR, M.D.                    December 04, 2018

                                            Page 274
 1        A.    Yeah, it is.  This is blood, urine,
 2   and some protein.  The protein is probably coming
 3   from the blood.
 4        Q.    Okay.  And the blood is near the
 5   bottom where it says BLD; is that right?
 6        A.    Uh-huh.
 7        Q.    I'm sorry.  Is that right, Dr.
 8   Nawoor?
 9        A.    That's right, yeah.  Yeah.
10        Q.    Okay.  Bates 1347 we'll mark as
11   Exhibit 23.  Going back to Exhibit 22 you ordered
12   that his aspirin be stopped?
13        A.    Uh-huh.  Right.
14        Q.    Why is that?
15        A.    Aspirin is -- you know, it's an
16   anti-platelet.  It aggravates -- if anybody's
17   bleeding, it would aggravate that, whether it's
18   GI or bladder or kidney or whatever.
19        Q.    And I understood you to say that you
20   were ordering that he stop his aspirin; is that
21   correct?
22        A.    Yeah, I did.
23        Q.    Is there a reason you wrote that next
24   to S in the subjective part of your note?
25        A.    Probably no good reason, but

                 U.S. Legal Support, Inc.
                      (312) 236-8352

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 275

 1   sometimes I do that, you know, the --

 2       Q.    I want to talk next about what's in

 3   the O portion of your note.  Objective.  Can you

 4   read that for me, please?

 5       A.    Sure.  It says normal rhythm, meaning

 6   heart rhythm, lungs clear, no swelling, and the

 7   GI there's no mass found, no tenderness, no loin

 8   tenderness over the -- I mean over the kidney.

 9   That's all I wrote.

10       Q.    And your testimony just now is no

11   swelling, but it says no edema, right?

12       A.    Yeah, no edema.

13       Q.    No edema, and edema is just swelling,

14   correct?

15       A.    Swelling.

16       Q.    Do you recall where you were looking

17   for swelling?

18       A.    In the leg.

19       Q.    In the leg?

20       A.    Yeah.

21       Q.    Why were you looking in the leg for

22   swelling?

23       A.    Well, that's where usually it is if

24   they have any heart failure or they got --

25   they're losing a lot of protein in the urine.

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 276

 1  That's all going to show -- if they've got some
 2  venous problem, that's where you look for it.
 3       Q.    Okay.  And A for your assessment,
 4  what have you written there?
 5       A.    Hematuria cause undetermined, yeah.
 6  The question mark.
 7       Q.    Okay.  In the right-hand column under
 8  plans, and you've written P, please read to me
 9  what your plans were.
10       A.    Yeah.  Dipstick urine today, will be
11  discussing his case at collegial today.  Urine
12  grossly bloody.
13       Q.    And then you signed that and dated it
14  2/10.  Below that you've written another P?
15       A.    Yeah, I did that because I --
16       Q.    Is that your handwriting again?
17       A.    Yeah.  Yeah.  I was kind of concerned
18  about it.  So I said rather than waiting, I need
19  to talk to Dr. Ritz.  That same day we talked to
20  Dr. Ritz at collegial.  And we both decided that
21  he needs further workup, you know, a cystoscopy,
22  and if that's negative, a CAT scan of the kidney.
23       Q.    You didn't write down anything about
24  the CAT scan here, though, correct?
25       A.    No.  No, that's what urologists do

ABDUR NAWOOR, M.D.                                December 04, 2018

Page 277

1  when you send them for hematuria.  They have to

2  find out -- you know, they always do a cystoscopy

3  if indicated.  If not, if we don't feel very

4  strongly about it, they will do a CAT scan or

5  even an ultrasound, but we already did the

6  ultrasound.

7         Q.    You wrote that his urine was grossly

8  bloody?

9         A.    Uh-huh.

10        Q.    Do you recall seeing his grossly

11 bloody urine that day?

12        A.    Yes.  Yes, I did.

13        Q.    Did you send him to the emergency

14 room that day for his grossly bloody urine?

15        A.    No, there was no reason to.  He

16 wasn't symptomatic.  He wasn't hypotensive.  He

17 wasn't sweating.  His heart rate was normal.  He

18 was talking to me just like I'm talking to you,

19 and there was no reason.  We had time to find out

20 what's going on with him.

21        Q.    So the next step that was determined

22 at collegial with Dr. Ritz was to send him to a

23 urologist for a cystoscopy; is that right?

24        A.    Yeah, not just a cystoscopy, it's

25 just to find out where that blood is coming from.

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 278

 1  Is it from the bladder, from the ureter, or from
 2  the kidney?
 3        Q.    Is a cystoscopy formulary?
 4        A.    No.  No, we have to get the okay from
 5  -- from Dr. Ritz.
 6        Q.    Is a CAT scan formulary?
 7        A.    A CAT scan also is non-formulary.
 8        Q.    If you make a referral to a
 9  urologist, I understand that also needs
10  utilization management approval, correct?
11        A.    Yeah, they -- not necessarily, but
12  invariably they do.  They tell us what they want,
13  and we present it to Dr. Ritz and he has to
14  approve it, and then sometimes if we don't want
15  to wait for collegial, I'll get on the phone and
16  talk to him, and I'll say, well, I think that's
17  what we need to do, and he just approve it or
18  not.
19        Q.    Do you have independent authority to
20  send one of your patients to a urologist?
21        A.    No, not without talking to Dr. Ritz.
22        Q.    When Dr. Ritz approves a referral to
23  a urologist, is the referral limited in terms of
24  what --
25        A.    No.

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 279

```
 1        Q.    -- procedures may be performed?
 2        A.    No.  No.  But they --
 3        Q.    So if Dr. Ritz --
 4        A.    I mean he will let -- the urologist
 5   whoever it is, they will let us know what they
 6   want to do, and so invariably Dr. Ritz would
 7   approve it anyway, either by phone or at
 8   collegial.
 9        Q.    So if you and Dr. Ritz agree to a
10   referral to a urologist at collegial and you
11   agree that the next step in diagnosing the cause
12   of the hematuria is a cystoscopy, does Dr. Ritz
13   tell the urologist to run only a cystoscopy?
14        A.    Oh, no.  No.  No.  We send it with an
15   intent to look at the kidney, the ureter, and the
16   bladder.  So to look at the ureter and the
17   bladder you have to do a cystoscopy, and if
18   that's negative, then you do a CAT scan.  You can
19   go the other way, do a CAT scan first, and then
20   if it's negative, then do the cystoscopy, and
21   I -- so he ordered the CT scan, and that's what
22   showed a mass in there, and which is kind of a
23   funny because the ultrasound was negative.
24        Q.    Okay.  I just want to make sure that
25   I'm perfectly clear on this.
```

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 280

1          A.    Uh-huh.

2          Q.    When a referral to a urologist is

3    made, any procedure that urologist may wish to

4    perform that is non-formulary is also being

5    approved by approving that referral; is that

6    right?

7          A.    That's correct, yeah.  He just have

8    to find the cause of the hematuria with a CAT

9    scan or cystoscopy.  He has to do it.

10         Q.    Okay.  So this decision was made on

11   February 10, 2016, correct?

12         A.    Correct.

13         Q.    Do you recall when Mr. Dean got to

14   see a urologist?

15         A.    Yeah, but let's see.  I tell you

16   what -- yeah, he saw Dr. Severino on 3/10/16.

17         Q.    Okay.  And do you recall whether he

18   received a CAT scan or a cystoscopy on March 10?

19         A.    I think he decided to do the CAT

20   scan.

21         Q.    Did he perform the CAT scan on March

22   10?

23         A.    I did -- as far as on the sheet --

24   no, he said he did both -- I mean we did -- it

25   says CT and cystoscopy ordered by Severino.

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 281

1  That's what he said here.

2       Q.    Right.  So my question is whether you

3  recall if the CT scan and cystoscopy took place

4  on March 10, 2016.

5       A.    Okay.  That was a consultation, and I

6  think it was done on that date.

7            MR. RUPCICH:  Don't guess.

8       A.    Huh?

9            MR. RUPCICH:  Don't guess.

10      A.     No, I mean I don't have anything

11  there.  Well, it was done, CT, abdomen and

12  pelvis.  Yeah, it was done on 4/12/16.

13  BY MR. STROM:

14      Q.    Okay.  And you're referring to your

15  notes that you prepared for today's testimony to

16  refresh your recollection, correct?

17      A.    Yeah.  It was done 4 -- 4/12/16.

18      Q.    Do you recall why there was an

19  interval from 3/10 to 4/16 before the CT scan was

20  performed?

21      A.    Usually, like I said, you have to --

22  we mention that -- we have to get the okay from

23  Pittsburgh again, and then depending on Dr.

24  Severino's schedule when he wants to order this,

25  it's up to him, so -- we have -- I have nothing

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 282

1  to do with it, and it's all Severino and decision
2  when he wants to get it done.  He has to schedule
3  it with the hospital or with Springfield Clinic,
4  wherever that was done.  So usually they don't do
5  it right away when you ask them.  You have to
6  have the opening to do it.
7        Q.    So is it your testimony that further
8  approvals from utilization management were needed
9  after the March 10 --
10       A.    As far as I know --
11       Q.    -- consultation with Dr. Severino?
12       A.    Right.  Right.
13             MR. RUPCICH:  Make sure you let him
14  finish.
15       A.    Huh?
16             MR. RUPCICH:  Make sure you let him
17  finish before you answer.
18       A.    Yeah.
19  BY MR. STROM:
20       Q.    So you agree with me that you first
21  saw Mr. Dean on December 23, 2015, when he was
22  complaining of hematuria and that he was still
23  complaining of hematuria on February 10, 2016,
24  right?
25       A.    Right.  Right.

ABDUR NAWOOR, M.D.                         December 04, 2018

Page 283

 1      Q.    And you agree with me that

 2 approximately six weeks --

 3      A.    Uh-huh.

 4      Q.    -- had elapsed between those two

 5 dates, right?

 6      A.    Right.  Right.

 7      Q.    And you would agree with me that

 8 during that six weeks you had not yet reached a

 9 diagnosis of the cause of the hematuria, correct?

10      A.    That's correct, yeah.  The only

11 reason is --

12      Q.    Okay.  And --

13      A.    That's fine.

14      Q.    And what is the reason you hadn't

15 reached a diagnosis after six weeks?

16      A.    Well, basically because the system in

17 the Correctional.  They had to go through talk to

18 collegial.  We had to approve it, and then they

19 have to -- the -- Chad has to talk to the

20 consultant, whoever it is, and get an

21 appointment, and depending on their schedule.  So

22 all of this takes time.  You can't do that right

23 over, you know, and so that's the -- that's where

24 the problem is, in the -- even in the real world,

25 you know, I can tell you, it didn't get -- it was

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 284

1   the same, especially now with the insurance.

2   They don't let you do CAT scan.  You have to wait

3   sometime two weeks before they tell you, yes, go

4   ahead, do it.

5          Q.    And so in your professional opinion

6   as a medical doctor, after six weeks during which

7   hematuria continues undiagnosed, is it

8   appropriate for another month to elapse before a

9   urologist consult?

10         A.    The -- no, I think whenever that was

11  approved, that Chad got it and talked to Severino

12  right away.  It's -- the problem was -- his

13  schedule was a problem, and you can see there, I

14  talked to him to expedite thing in the chart, and

15  I did talk to him, and he did, you know, at least

16  see him a bit sooner than he wanted to.  I was

17  concerned about it, and I told him that, you

18  know, we need to do something, you know, and it's

19  in the chart.

20         Q.    Can you refer me to where you're --

21  where you're referring that it's in the chart?

22         A.    The 4/1/16 it says talked to Dr.

23  Severino and he will let me know his decision of

24  moving the date whatever.

25                MR. RUPCICH:  It's page 1356.

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 285

 1              MR. STROM:  Is that Bates -- okay.
 2   Thank you.
 3   BY MR. STROM:
 4        Q.    And, Dr. Nawoor, it looks like that's
 5   the lower right-hand section where you've written
 6   P, right?
 7        A.    Uh-huh.  Will discuss with Dr.
 8   Severino to expedite his schedule -- his
 9   appointment.
10        Q.    And then you did discuss it with Dr.
11   Severino.  Is that your testimony?
12        A.    Yes, I did.
13        Q.    Did you discuss it with him on April
14   1 of 2016?
15        A.    Yeah, 4/1/16, yeah.
16        Q.    So you discussed it with him three
17   weeks after his first consult with Dr. Severino?
18        A.    Uh-huh, yeah.  I did.  Like I said,
19   they were -- I can't do anything about his
20   schedule, you know.  And the -- Dean was not the
21   only patient he sees.  I mean he's got surgery,
22   he's got this and that.  This was not in my hand
23   or Dr. Ritz hand or Wexford's hands.  It's --
24        Q.    Okay.  So you asked him to expedite
25   on the 1st of April and he was then seen on the

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 286

1   10th of April, correct?

2        A.    Uh-huh.  Right.

3        Q.    Excuse me.  I misspoke.  You asked

4   for expedited -- expedited appointment on the 1st

5   of April and then he was seen on the 12th of

6   April, correct?

7        A.    Right.

8        Q.    So why didn't you ask for an

9   expedited meeting between March 10 and April 1?

10       A.    Why?  Because other things has to go

11  through the right process in Corrections.  I have

12  to do a collegial.  I have to talk to -- discuss

13  it with them and that's the reason.  I couldn't

14  just talk to him, expedite it, doing this and

15  that until I talked to Pittsburgh.

16       Q.    And is that because the approval from

17  utilization management that we discussed --

18       A.    Uh-huh.

19       Q.    -- that led to the referral was

20  insufficient to get a CAT scan also?

21       A.    I think so, even if they -- we need

22  to get the -- still got to get the okay from Ritz

23  or whoever is there in --

24       Q.    And so you didn't ask again for three

25  weeks from March 10 to April 1 because you were

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 287

1  waiting for an approval from utilization

2  management at Wexford?

3       A.    Yeah, for the CAT scan?  Is that what

4  you're talking about?

5       Q.    Yes.  About expediting the

6  appointment.

7       A.    Right.  The -- the CAT scan was done

8  on 4/12, right?  That's what it says here.

9       Q.    Right.  So my question is is the

10  reason you didn't ask for an expedited

11  appointment for March 10 to April 1st, for three

12  weeks, is the reason for that because you were

13  waiting for an approval from Pittsburgh first?

14       A.    Yeah, we -- no, we got the approval,

15  and, like I said, we have to call -- Chad has to

16  call the Severino, and you -- it all depends on

17  his schedule.  That's out of our hand.  Any time

18  we make -- we can't force them to see patient the

19  next day, and they have their own schedule.

20       Q.    So you discussed Mr. Dean's case at

21  collegial on February 10, 2016, correct?

22       A.    Right.  Right.  Correct.

23       Q.    And there was an approval at that

24  collegial for him to be referred to a urologist,

25  right?

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 288

```
 1        A.      Correct.  Yes.

 2        Q.      And your testimony is that a referral

 3   for -- to see a urologist includes all of the

 4   non-formulary testing that that urologist might

 5   reasonably request, correct?

 6                MR. RUPCICH:  Object to the

 7   foundation.

 8        A.      Yeah.  Usually that's the way it

 9   goes.  Now, invariably, you know, if they ordered

10   something out of the ordinary, Pittsburgh, they

11   don't like that.  They want us to talk to them

12   before we -- we approve it or he approves it, you

13   know, so --

14   BY MR. STROM:

15        Q.      And so you saw Mr. Dean again on

16   February 26, right?

17        A.      February 26, yes, uh-huh.  Yeah, I

18   did.

19        Q.      And he told you that he was -- that

20   he was experiencing heavy blood in his urine

21   still, correct?

22        A.      That's right.

23        Q.      Why didn't you call on February 26 to

24   request an earlier urologist appointment than

25   March 10?
```

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 289

```
 1        A.    When did we do that?  Yeah, I talked
 2   to Severino on 4/1, and the -- first of all, and
 3   Chad was working on the scheduling with him, and
 4   that's the reason, you know, his schedule didn't
 5   allow him to see the patient any sooner.
 6        Q.    So on 4/1 you called Dr. Severino to
 7   ask for an expedited appointment --
 8        A.    Right.
 9        Q.    -- correct?
10        A.    That's correct.  And he got -- he
11   talked to me.
12        Q.    And you called for that expedited
13   appointment?
14        A.    Yes, and he did move the appointment.
15        Q.    So when you called, he moved the
16   appointment for you, right?
17        A.    Yes, he did.
18        Q.    But you didn't call between March 10
19   and April 1, right?
20        A.    Probably not, no.  And again we were
21   waiting on --
22        Q.    And you also --
23        A.    Yeah, go ahead.  Go ahead.
24        Q.    You also didn't call between February
25   26 and March 10, correct?
```

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 290

```
 1        A.    Yeah.  The reason we didn't call is
 2  we were waiting to see what's going on, and when
 3  he's going to see him, and what he's going to do,
 4  and again we -- we were thinking about cystoscopy
 5  and CAT scan, and, like I said, if it was in the
 6  world, this would -- you know, we usually do that
 7  a lot faster, but even now it's not.  It's
 8  probably even longer than that because insurance
 9  don't let you do CAT scan or MRI or anything
10  without discussing with the administration, and
11  it usually takes about a week or two.  So then
12  the same thing here.  We have to go through the
13  hoops to get all this thing approved and done.
14  It's nothing that I -- if it was left to me, I
15  would have done it even sooner.  I would have
16  done the CAT scan -- ordered the CAT scan sooner.
17  It's just the system wouldn't allow me to do
18  that.
19        Q.    Mr. Dean was diagnosed with renal
20  cancer on April 14, right?
21        A.    Uh-huh, right.
22        Q.    And that followed his CT scan on
23  April 12, 2016?
24        A.    Uh-huh.
25        Q.    And the CAT scan showed that not only
```

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 291

1  did he have kidney cancer but the tumor had grown

2  into his inferior vena cava, correct?

3       A.    Correct.  Yes.

4       Q.    And I understand that the inferior

5  vena cava is one of the largest veins; that is a

6  blood vessel returning blood to the heart; is

7  that right?

8       A.    Correct, yes.

9       Q.    Okay.  Given that diagnosis what was

10  your reaction?

11            MR. RUPCICH:  Object to the form.

12  Vague.

13       A.    Well, my reaction was that we need to

14  expedite -- I think this guy probably needs to

15  have surgery done, and again surgery in his case

16  was not easy.  We had to go get consult from

17  cardiology, cardiothoracic surgeon, and urology,

18  and, you know, all these -- it takes -- takes

19  time, you know, and they had to do echocardiogram

20  and all these other -- you know, it takes two to

21  three weeks or more before we can do anything --

22  they can schedule -- surgery was scheduled on

23  4/25, it was approved, and -- on 4/25, and then

24  he went to all of the consults after that before

25  the surgery.  And -- and -- and the surgery was

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 292

1  scheduled 7/19.

2        Q.    The surgery was scheduled on July 19,

3  so that's over three months after his diagnosis,

4  correct?

5        A.    Correct.  Again --

6        Q.    Do you recall when he was approved

7  for surgery for his renal cancer?

8        A.    4/25.

9        Q.    Are you aware of any other surgery

10 dates that were scheduled for Mr. Dean besides

11 the one in July of 2016?

12       A.    Yeah, I mean he was -- he was

13 admitted for surgery, but what test was ordered,

14 is that what you're saying?

15       Q.    No, my question is are you aware

16 of --

17       A.    Yeah, of course, I'm aware of it.

18       Q.    My question is are you aware of any

19 other dates on which surgery was scheduled for

20 Mr. Dean --

21       A.    No.

22       Q.    -- besides the date in July?

23       A.    I'm not aware of it.  No, I'm not.

24       Q.    Are you aware of the date on which

25 outside doctors like a cardiologist signed off on

ABDUR NAWOOR, M.D.                              December 04, 2018

Page 293

 1  Mr. Dean being ready for surgery?

 2       A.    Yeah, the cardiology was approved on

 3  5/4, and then they went to see the cardiologist,

 4  and they did an echocardiogram, and then they --

 5  they had to fax back their or email back their

 6  consult, whether they agree with the patient is

 7  okay for surgery, which they did.  So all this

 8  takes some time, you know, and then he had to go

 9  see Dr. Hazelrigg, the cardiothoracic surgeon,

10  and he had to make up his mind whether he wants

11  to do that or not, and then there was also a

12  question whether they were going to do this in

13  St. John's or Memorial because the -- Severino

14  could not do that in St. John's.  He had to do it

15  in Memorial otherwise he would have had to refer

16  the patient to SIU, which again would have taken

17  another probably three, four weeks, by the time

18  you get a consult there and they would want to

19  see you, look at all the records and the chart

20  and the x-rays.  That's -- that's the way all the

21  time problem came up, had nothing to do with me.

22  That's all I know.  I mean --

23       Q.    Would that referral to SIU also

24  require approval from utilization management at

25  Wexford?

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 294

1       A.    Most likely as far as I know, but

2   maybe, maybe not.  You know, I'm not sure.  This

3   is not -- it's already been approved, surgery

4   been approved.  So it was just a question of the

5   urologist -- whether they -- SIU would agree to

6   see the patient.  I don't think it had to go to

7   collegial.

8            MR. STROM:  Off the record for a

9   moment.

10           (There was an off-the-record

11  discussion.)

12  BY MR. STROM:

13       Q.   Dr. Nawoor, do you know the specific

14  date on which it was decided that Mr. Dean would

15  have surgery in July of 2016?

16       A.   I'm not sure about that, but I know

17  it was in the chart, and -- and the surgery was

18  approved by collegial anyway, and let's see.

19  Let's see.  Yeah.  4/25.

20       Q.   Do you know why his surgery was

21  approved at collegial again on June 11?

22       A.   June 11.  I don't have that one.  It

23  was approved again?

24           MR. RUPCICH:  Can you direct us to a

25  page or --

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 295

 1            MR. STROM:  Yeah.

 2       A.    I know it was approved on 4/25.

 3  That's it.

 4            MR. STROM:  Let me see if I can -- I

 5  got that from our -- from your answer.  It's page

 6  17 of the answer response to our paragraph 46 in

 7  the currently operative complaint.  The document

 8  that backs that up, I don't have close at hand

 9  right now.

10            MR. RUPCICH:  Okay.

11  BY MR. STROM:

12       Q.    So, Dr. Nawoor, do you recall that

13  enough time elapsed that Mr. Dean had to have a

14  second approval by an outside cardiologist that

15  he was ready for surgery before he could be --

16       A.    Yes.

17       Q.    -- before he could go into surgery in

18  July?

19       A.    Yes, and that needed to be done

20  because he had a cardiomyopathy.  He's got an

21  ICD, and he has history of heart failure before.

22  You can't send a patient just straight to surgery

23  and just like that.  We had to do that.  It needs

24  to be done, and he could have said no, no

25  surgery, and it would -- so -- but he approved it

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 296

1   anyway, and the -- I mean but that took time too.

2        Q.    When you say he could have said no,

3   no surgery, do you mean Mr. Dean?

4        A.    No, the cardiologist.  I mean he

5   had --

6        Q.    Oh, the cardiologist could have

7   said --

8        A.    Yeah, he's got cardiomyopathy.  He

9   had an ejection fraction of 43, which is not

10  normal.  It's not bad.  Some people live a fairly

11  normal life with 43 or 45, and the -- so it was

12  lower than that before, and so putting him

13  through surgery, I think, and he was a high risk

14  surgery, no matter which way you look at it, he

15  was at high risk, and I was even surprised he

16  survived that, he came back to prison.

17       Q.    Do you recall on December 23, 2016,

18  in your first meeting with Mr. Dean about his

19  hematuria, do you recall talking with him about

20  possible diagnoses of the cause of that

21  hematuria?

22       A.    Yes, we talked about that, yeah.

23  Verbally I talked to him, tell him we need to

24  find out why -- what's causing it, but you have

25  to do -- go through collegial and talk to

Page 297

1  collegial before we can get everything done.  So

2  everything was done according to, you know, his

3  background history and in a logical way, I

4  think -- and we did the urine, we did the

5  ultrasound, went to collegial to get the

6  approval, and then eventually Severino and had

7  the scan done and saw the cardiologist and

8  cardiac surgeon, and most of this -- after that

9  it was approved was in the hand of these people

10  there and their schedule and everything.  So it

11  has nothing to do with us.

12          Q.    Do you recall telling Mr. Dean that

13  the diagnosis for the cause of his hematuria

14  could be either kidney stones or cancer?

15          A.    Yeah, I said we went through the

16  differential diagnosis which is kidney and the

17  bladder and prostate and the kidney.  So I didn't

18  know what was the cause of the hematuria at the

19  time so we had to go through all the tests.

20  Plus, I mean he wasn't really clinically at least

21  in any kind of distress.  I told him that we had

22  to go through to find out exactly what was going

23  on, but like I said, unfortunately after we do

24  that, it was up to Springfield and -- and the

25  time was a problem over there, not with us.

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 298

1        Q.    Do you recall telling him words to
2   the effect that your best guess that it was
3   either kidney stones or cancer?
4        A.    Yeah, I did tell him -- I gave him
5   the differential of hematuria.  I told him what
6   could be causing it.  He had bleeding.  He had a
7   kidney stone.  He had a long history of it, and
8   that could be causing problem, but we're not a
9   hundred percent.  So we have to go through the
10  motion with it and get the urologist and the
11  cystoscopy and the CAT scan.  All this was done,
12  and because of the system I guess it was done --
13  all these things in Springfield and it wasn't
14  done in a timely fashion because of the system --
15  the correctional system and outside with their
16  schedule and, you know, these guys are busy, you
17  know, cardiac surgeon, and the urologist and
18  unless he was hypotensive or dying or something
19  like that, and so that's a different thing, but
20  even then he would be -- he was at any time very,
21  very high-risk patient for surgery.
22       Q.    Do you recall the date on which
23  Mr. Dean first started receiving cancer drugs
24  following his surgery?
25       A.    Okay.  Let me see.  Yeah.  Yeah, I

ABDUR NAWOOR, M.D.                                December 04, 2018

Page 299

```
 1  think it was 1/18.
 2       Q.    I'm sorry, Dr. Nawoor.  Your papers
 3  are covering the microphone and causing a lot of
 4  noise.  Can you move it, please?
 5       A.    Oh, I'm sorry.  I'm sorry.  It's
 6  1/18/17.  I'm sorry.
 7       Q.    That's okay.
 8       A.    1/18/17.
 9       Q.    1/8/17 I believe is when he first --
10       A.    Yeah.
11       Q.    -- was approved for a different
12  medication.
13       A.    Yeah, that's --
14       Q.    The date that I have is the first
15  drug he was prescribed is Votrient on October 19
16  of 2016.
17       A.    Right.
18       Q.    Do you recall that?
19       A.    I recall that, yeah.
20       Q.    And the medication was not approved
21  for Mr. Dean until November 14, 2016, almost a
22  month later?
23       A.    Uh-huh.
24       Q.    And he didn't receive his first dose
25  until November 18, 2016.  Do you recall that?
```

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 300

 1        A.    Yeah.  Yes.

 2        Q.    In your medical opinion was it

 3   appropriate for his first prescription with a

 4   cancer-fighting drug to come three months after

 5   his surgery --

 6        A.    Well --

 7        Q.    -- of cancerous -- for cancer?

 8        A.    Yeah, I mean --

 9              MR. RUPCICH:  Object to the

10   foundation.

11        A.    Yeah, bottom line is he had -- Dr.

12   Ritz had some question about this Votrient and

13   whether it has a lot of side effects, and I guess

14   he was -- any cancer drug is expensive, and he

15   wanted to talk to the pharmacologist in

16   Pittsburgh and discuss that, and they eventually

17   approved it.  Again they had to go through the

18   hoops to do that.  You know, you can't say okay,

19   yeah, in that system go ahead and do it, you

20   know, and -- now all this cancer drugs are

21   palliative treatment anyway, and they do have

22   some nasty side effects sometimes, but that's not

23   -- should not stop you from treatment, and I know

24   for a fact that --

25   BY MR. STROM:

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 301

1       Q.     So, Dr. Nawoor, I'm going to, I'm
2   going to cut you off for a moment because I know
3   I'm short on time.
4       A.     Yeah.
5       Q.     My question was was it appropriate in
6   your opinion as a medical professional for there
7   to be an interval of three months between surgery
8   and the prescription of a cancer-fighting drug?
9              MR. RUPCICH:  Object to the
10  foundation.
11      A.     Yeah, I don't think it was, you know,
12  inappropriate because, you know, this drug, like
13  I said, is expensive and has a lot of side
14  effects, and it's not curative, and --
15  BY MR. STROM.
16      Q.     Okay.  I'm going to stop you there.
17      A.     Yeah.
18      Q.     I'm going to stop you there because
19  you did say those things before.  My next
20  question is was it medically appropriate in your
21  opinion as a medical professional for the 30 days
22  to elapse between his prescription of Votrient on
23  October 19 until he received --
24      A.     Yes.
25      Q.     -- his first dose on November 18?

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 302

```
 1        A.     In my opinion it was.  Given through
 2   the system, I think it was, and they have to go
 3   through the motion.  I don't --
 4        Q.     Would your patients in private
 5   practice --
 6        A.     No, in private practice.
 7        Q.     Would your patients in private
 8   practice who had medical HMO, would they wait a
 9   month to receive their first dose of a
10   cancer-fighting drug?
11        A.     I can't answer this question because
12   it depends again on the HMOs.  I can guarantee
13   you they would question the drug too, and they do
14   that anymore.  Now, when I was in practice long
15   time ago they didn't, but now the insurance they
16   do.  They will raise question about -- they
17   wouldn't tell you, yeah, go ahead and do it.
18   They would look at the price, the cost, and the
19   side effect and the effect of the drug, and so
20   the -- so I think it was appropriate, I think.
21        Q.     I understand your testimony to be
22   that it may be economically appropriate but in
23   your experience and in your opinion as a medical
24   professional --
25        A.     Yeah.
```

ABDUR NAWOOR, M.D.                         December 04, 2018

Page 303

1      Q.    -- is it medically appropriate?

2            MR. RUPCICH:  Object to the

3  foundation.

4      A.    Yeah, I -- I think -- I think it was

5  in this system.  Obviously, you know, the quicker

6  you get treated, the better, you know, but that

7  doesn't -- that's not the real world.

8            MR. STROM:  Okay.  I don't think I

9  have any further questions.  Joe.

10           THE WITNESS:  Thank you.  I don't.

11           MR. RUPCICH:  Just hold on.

12                   EXAMINATION

13  BY MR. RUPCICH:

14     Q.    Doctor, you were asked a few minutes

15  ago about your initial conversation with Mr. Dean

16  on his hematuria on December 23, 2015.  Do you

17  remember that?

18     A.    Yeah.

19     Q.    And you said that your differential,

20  that you told Mr. Dean included kidney stones and

21  cancer, right?

22     A.    Right.

23     Q.    And you weren't able to rule in or

24  rule out --

25     A.    Absolutely, yeah.

Page 304

1        Q.     -- at that time either -- anything in
2    the differential, right?
3        A.     Right.
4        Q.     On February 2 Mr. -- of 2015 Mr. Dean
5    underwent an ultrasound, right?
6        A.     Uh-huh.
7        Q.     Yes?
8        A.     Yes.
9        Q.     And you reviewed those results?
10       A.     Yes.
11       Q.     Did that result of that ultrasound
12   shed any light on kidney cancer as it existed on
13   your differential at that time?
14       A.     Not then the ultrasound didn't.
15       Q.     Did it suggest that the kidney cancer
16   was less likely?
17       A.     At that time, yeah, it did.
18       Q.     Why?
19       A.     Because it was normal ultrasound.
20   There was no mass seen on there on the kidneys.
21       Q.     Would you have expected if the
22   patient had cancer of the kidney that the
23   ultrasound would have showed something?
24       A.     Well, definitely should have showed
25   the echo on the --

ABDUR NAWOOR, M.D.                           December 04, 2018

Page 305

1        Q.      When you say the echo, what's that
2   mean?

3        A.      Yes, the ultrasound.

4        Q.      So as of February when you received
5   this ultrasound, it was suggestive against
6   cancer?

7        A.      At the time, yes.

8        Q.      Okay.  But you continued to
9   investigate --

10        A.      Yeah, I mean I thought we still had
11   to find out for sure what was going on.

12        Q.      And Dr. Severino was managing
13   Mr. Dean's care from March 10 forward, correct?

14        A.      Uh-huh.

15        Q.      Yes?

16        A.      Yes.

17        Q.      And you've sent patients to outside
18   specialists before, right?

19        A.      Yeah.  Yes.

20        Q.      And they generally don't perform
21   diagnostic procedures the same day they have a
22   consult, right?

23        A.      Not usually unless they're in the
24   hospital or that's a different --

25        Q.      Outside consultants can order tests

Page 306

1  stat, right?

2        A.    Yes, they can.

3        Q.    And stat would be their suggestion to

4  do it --

5        A.    Right away, yeah.

6        Q.    -- right away?

7        A.    Yeah.

8        Q.    Can they request stat appointments?

9  Specialists?

10       A.    Not usually, and depending on their

11  schedule and what kind of patient they're seeing,

12  and again you can get stat consult if you're in

13  the hospital, that's -- but outside it all

14  depends.  You know, if you're a doctor, talk to

15  the other doctor, they could do that.  I used to

16  do that and they didn't like me for that because

17  I used to request for them to see my patients in,

18  so -- but I don't think they can order stat.

19       Q.    Let me ask you this.  Consultants can

20  request the time frame in which they want the

21  follow-up, correct?

22       A.    Yeah.

23       Q.    They can say I want to see the

24  patient in 14 days?

25       A.    Yeah, they can do that.

ABDUR NAWOOR, M.D.                            December 04, 2018

Page 307

1        Q.     I want to see the patient in seven
2    days?
3        A.     Yes.  Yes, they can do that.
4        Q.     Now, did Dr. Severino order any CTs
5    on a stat basis?
6        A.     No.  No.
7        Q.     Okay.  Did he request to see Mr. Dean
8    back on a time frame that you did not provide
9    Mr. Dean back to him?
10       A.     No, that's why I talked to him to
11   expedite.
12       Q.     What was the reason that Mr. Dean was
13   to have a full bladder for the sonograph?
14       A.     That's a normal procedure for --
15   because they have to know where the bladder is
16   and if the bladder's empty, if there's no urine
17   in there, you're not going to see it on the
18   ultrasound.
19       Q.     So having a full bladder relates to
20   the ability to visualize --
21       A.     Right.
22       Q.     -- the bladder?
23       A.     You have to have the echo back from
24   the bladder, and then also mostly it's to see the
25   surrounding organ around.  If the bladder is

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 308

1    empty and there's no urine, you're not going to
2    get any echo.  That's what the ultrasound does.
3    I said the ultrasound sends sounds to get a
4    reflection by echo.
5         Q.    Okay.  In looking at the ultrasound
6    report from February of 2016 --
7         A.    Uh-huh.
8         Q.    -- was there any suggestion the
9    radiologist wasn't able to get a sufficient echo?
10        A.    No, I don't think so.
11        Q.    The indication from your review of it
12   was that he was able to visualize -- that he was
13   able to visualize what he needed to visualize?
14        A.    Right.  Yeah.  Okay.  Well, I don't
15   think -- the echo was done anyway, but if they
16   couldn't do it, you just have to bring the
17   patient back, make sure he's got a full bladder
18   and then reschedule him.
19        Q.    Would not having a full bladder
20   affect the ability to see the kidneys?
21        A.    No.
22        Q.    Okay.  So the full bladder relates to
23   the bladder?
24        A.    Right.
25        Q.    Okay.  I think at one point you said

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 309

 1  that Dr. Ritz was a nephrologist?

 2        A.    No, he's not.  He's a family

 3  practice.

 4        Q.    Family practice.  You had said during

 5  your testimony between say December 2015 and

 6  April 2016 Mr. Dean never presented as I think

 7  you said, appearing visibly ill?

 8        A.    No, he never did, and he always his

 9  old self.  Talked to him, and he wasn't

10  hypotensive, wasn't sweating, in sinus

11  tachycardic or rapid heart rate, and no drop in

12  his blood pressure, and so he was just normal

13  like I'm talking to you and that.  So I didn't

14  feel that I had to, you know, go ahead and send

15  him somewhere else to get things done.  I said we

16  have to go.  Given his background, history,

17  that's what you do.  You have to take a good

18  history from the patient with their background

19  history.

20        Q.    Okay.  So sinus tachycardia, rapid

21  breathing, in a patient who has had bleeding,

22  what is that suggestive of?

23        A.    I mean if they have bleeding -- now

24  he was having intermittent bleeding.  He wasn't

25  bleeding continuously for hours and hours, and so

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 310

1  that's why his -- you know, his pressure was

2  down.  He was -- so his pressure didn't drop when

3  he's standing and walking.  So he was basically

4  okay and until it was time to work him up.

5        Q.    Did you have any signs clinically

6  that he was acutely anemic?

7        A.    No.

8        Q.    And those signs would be what you

9  just described?

10       A.    That's one of the things.  Anemic.

11 Would be short of breath.

12       Q.    Okay.  And there were blood counts

13 done on Mr. Dean, correct?

14       A.    Yeah.

15       Q.    And to your knowledge did any of

16 those blood counts show he was acutely anemic?

17       A.    No.

18       Q.    And when you discussed with the

19 plaintiff's counsel, Mr. Strom, about sending the

20 patient to the emergency room --

21       A.    Uh-huh.

22       Q.    -- would that be for acute anemia?

23       A.    Well, if their hemoglobin is low, and

24 usually if it's 7 or below that, we will do that,

25 and then if they're symptomatic, we will do that.

ABDUR NAWOOR, M.D.                        December 04, 2018

Page 311

1      Q.     That wasn't the case with Mr. Dean?

2      A.     No.

3      Q.     And a CBC would show if the bleeding

4  was significant?

5      A.     Oh, yeah, definitely.

6      Q.     And that would be in the hemoglobin

7  and hematocrit values?

8      A.     That's correct.

9             MR. RUPCICH:  Okay.  That's all I've

10  got.  Do you have any questions?

11            MS. PATEL:  Nope.

12            MR. RUPCICH:  Bill?

13            MR. STROM:  I have a very limited

14  amount of redirect.

15                 FURTHER EXAMINATION

16  BY MR. STROM:

17      Q.     Dr. Nawoor, you mentioned the word

18  differential in your testimony with both me and

19  with Mr. Rupcich regarding reviewing the possible

20  causes of Mr. Dean's hematuria.  Do you remember

21  that word differential?

22      A.     Yes.  Yes.  The differential.

23      Q.     What does that word mean?

24      A.     Well, the word tells you the

25  difference -- the different reason for hematuria.

ABDUR NAWOOR, M.D.                         December 04, 2018

Page 312
1  You know, we mentioned before, cystitis, kidney

2  stone, and cancer of the genitourinary tract.  It

3  could be the kidney.  It could be ureter.  It

4  could be a bladder.  It could be a prostate

5  and --

6       Q.    Does the differential include

7  probabilities about different diagnoses?

8       A.    Yes.  Sure, yes.

9       Q.    Is it fair to assume that those

10  probabilities change based on additional data

11  points?

12      A.    Yeah, it does.  I mean his ultrasound

13  being normal, it would kind of tell me, well

14  maybe there is nothing there, this wasn't cancer,

15  and which still could be something else in the

16  ureter or the bladder, and, so like I said, he

17  was clinically okay to go for further tests so

18  that's what we did, and since he was having

19  consistent intermittent hematuria, and we decided

20  to send him to urology for them to at least work

21  up the genitourinary tract.

22      Q.    And the ultrasound that was performed

23  on February 2, 2016, if it were a kidney stones

24  would you have expected that ultrasound to show

25  something?

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 313

 1      A.     It would.  It should have shown
 2   something.
 3      Q.     When just a moment ago you told
 4   Mr. Rupcich or Mr. Rupcich asked you whether Dr.
 5   Severino managed Mr. Dean's care from March 10
 6   forward, do you remember that question?
 7      A.     Yeah.  The --
 8      Q.     And your answer was -- your answer
 9   was yes, that he did, correct?
10      A.     Yeah.  I think so, yeah.
11      Q.     What does it mean that Dr. Severino
12   managed Mr. Dean's care from March 10 forward?
13      A.     Well, I mean, first of all, he -- you
14   know, he saw the patient -- at least when I
15   called him, he saw the patient sooner than he
16   would, and he ordered the CT scan and cystoscopy,
17   and so that was the appropriate thing to do given
18   the fact that the ultrasound was normal.  So we
19   went at the time dealing with a kidney stone.
20      Q.     At that time you were still
21   Mr. Dean's primary care provider, correct?
22      A.     Yes.
23      Q.     And even after March 10 Wexford's
24   utilization management made the decisions about
25   whether Mr. Dean would receive non-formulary

ABDUR NAWOOR, M.D.                          December 04, 2018

Page 314

1   treatment, correct?

2          A.    Uh-huh, right.

3          Q.    Dr. Severino did not have the

4   authority to make those decisions by himself,

5   right?

6          A.    To do CAT scan you mean?  CAT scan --

7          Q.    To do non-formulary treatment.

8          A.    Well, which is CAT scan, and I don't

9   think so.  In this case, I think they could -- he

10  could have done it without getting approval.  We

11  referred the patient to him to work it up.  So

12  that means he could do anything he wants.

13         Q.    Regardless of the costs to Wexford?

14         A.    Yeah, I think he could do that, but

15  we send patient out for other things, and they

16  decide to -- unless it's like a surgery probably

17  not, then the -- but for a CAT scan, I think -- I

18  don't think that we needed to -- he could have

19  done that without that.

20         Q.    When you refer to outside

21  specialists, do the outside specialists know that

22  your patients are incarcerated individuals?

23         A.    Oh, definitely, yeah.

24         Q.    And so do they know about the

25  scheduling challenges and the security

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 315

 1  challenges --

 2         A.    Yeah.

 3         Q.    -- for dealing with incarcerated

 4  patients?

 5         A.    Oh, yeah, they're aware of that.

 6  They're aware of that.

 7         Q.    Is it ever appropriate for you as the

 8  medical director to request that an outside

 9  specialist perform diagnostics on the same day as

10  a consult given those scheduling difficulties?

11         A.    The -- well, I could do that.  I mean

12  if it's been approved to go to the specialist, I

13  wouldn't have any problem doing that.  I say

14  well -- I told him that when I talked to him, I

15  said I'm concerned that we need to get the scan

16  done and the cystoscopy and as soon as possible.

17         Q.    And when was that that you told him

18  that?

19         A.    Severino whenever that was, 4

20  something.

21         Q.    Was that when you called him to ask

22  about expediting?

23         A.    Yeah, right.  Right.

24         Q.    And that was April 1, 2016?

25         A.    I think so, yeah.

ABDUR NAWOOR, M.D.                                    December 04, 2018

Page 316

```
 1        Q.    From December of 2015 to April of
 2   2016 was Mr. Dean using a wheelchair?
 3        A.    As far as I know he's always been in
 4   a wheelchair as far as I know.
 5             MR. STROM:  Okay.  I don't have any
 6   more questions.
 7             MR. RUPCICH:  I have one.
 8                FURTHER EXAMINATION
 9   BY MR. RUPCICH:
10        Q.    From the time Dr. Severino became
11   involved in Mr. Dean's care to your knowledge did
12   you and Wexford ever not approve anything Dr.
13   Severino had asked for?
14        A.    Not that I'm aware of.
15             MR. RUPCICH:  That's all.
16             Bill, anything else?
17             MR. STROM:  No.
18             MR. RUPCICH:  Okay.  He'll reserve
19   his signature.
20             THE COURT REPORTER:  And are you
21   going to order the transcript?
22             MR. STROM:  I'll write.  Yes, please.
23             THE COURT REPORTER:  How would you
24   like that?  E-tran?
25             MR. STROM:  That's fine, yes, please.
```

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 317

1                    And, Joe, can you -- I can send you

2     an email to this effect if you'd like, but can

3     you please send me copies of the articles that

4     Dr. Nawoor reviewed that we -- that we discussed

5     yesterday as well as copies of his notes there,

6     please?

7                    MR. RUPCICH:  Sure.

8                    THE COURT REPORTER:  And can I get a

9     copy of the exhibits to attach?

10                   MR. STROM:  Yes.  If you can be in

11    contact with our docketing department who

12    contacted your company or else me directly.  I

13    can give you my email address.

14                   THE COURT REPORTER:  Okay.  Please.

15                   MR. STROM:  Contact me or I can take

16    down your email address for that matter.

17                   THE COURT REPORTER:  Well, if you

18    give me your email, then I can -- I don't know.

19                   MR. STROM:  Sure.  It's

20    wstrom@jenner.com.

21                   THE COURT REPORTER:  Okay.  Thank

22    you.  And then do you want E-tran also?

23                   MR. RUPCICH:  I want a full size PDF.

24                   MS. PATEL:  E-tran.

25                   (The deposition was concluded at 1:23

ABDUR NAWOOR, M.D.                    December 04, 2018

Page 318

1  p.m., and the signature of the deponent was

2  reserved.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 319

```
 1                    CERTIFICATION

 2

 3          I, Rhonda Rhodes Bentley, CSR, a
     Certified Shorthand Reporter (IL), do hereby
 4   certify that ABDUR NAWOOR, M.D., came before me
     on DECEMBER 4, 2018, and swore before me to
 5   testify to the truth, the whole truth and nothing
     but the truth regarding his knowledge touching
 6   upon the matter in controversy.

 7          I do further certify that I did take
     stenographic notes of the questions propounded to
 8   said witness and his answers thereto and that
     said notes were reduced to typewritten form under
 9   my direction and supervision.

10          I do further certify that the
     attached and foregoing is a true, correct and
11   complete copy of my notes and that said testimony
     is now herewith returned.  I do further certify
12   that said deposition was taken at the Taylorville
     Correctional Facility, 1144 Illinois Route 29,
13   Taylorville, Illinois.

14          I do further certify that I am not
     related in any way to any of the parties involved
15   in this action and have no interest in the
     outcome thereof.  Dated at Divernon, Illinois,
16   December 10, 2018.

17

18          /s/ Rhonda Rhodes Bentley

19          _____

20          Rhonda Rhodes Bentley, CSR
            CSR# 084-002706
21

22

23

24

25
```

ABDUR NAWOOR, M.D.                              December 04, 2018

Page 320

```
 1            IN THE UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF ILLINOIS
 2                   SPRINGFIELD DIVISION

 3   WILLIAM KENT DEAN,                    )
                                          )
 4            Plaintiff,                   )
                                          )
 5        vs.                             ) No. 17-CV-3112
                                          )
 6   WEXFORD HEALTH SOURCES, INC., DR.     )
     ABDUR NAWOOR, DR. REBECCA            )
 7   EINWOHNER, NURSE KATHY GALVIN,        )
     and LISA MINCY,                      )
 8                                        )
              Defendants.                 )
 9

10

11

12

13            This is to certify that I have read
     the transcript of my deposition taken in the
14   above-entitled cause, and that the foregoing
     transcript taken on DECEMBER 4, 2018, accurately
15   states the questions asked and the answers given
     by me, with the exception of the corrections
16   noted, if any, on the attached errata sheet(s).

17

18

19            _____
                   ABDUR NAWOOR, M.D.
20

21

22   Subscribed and Sworn before
     me this _____ day of
23   _____, 2018.

24   _____
25   Notary Public
```

U.S. Legal Support, Inc.
(312) 236-8352

ABDUR NAWOOR, M.D.

---

**-**

**-let's** 166:12

---

**1**

**1** 156:8 174:1 199:1 285:14 286:9,25 289:19 315:24

**1/11/16** 236:3

**1/13/16** 228:14,20 229:15 230:17 250:5

**1/18** 299:1

**1/18/17** 299:6,8

**1/19/2016** 242:22 249:19 253:12

**1/26/2016** 242:23 252:12,17

**1/6/16** 222:17 223:6

**1/7/16** 227:4,10, 19,25 228:5 230:13 231:5 233:3 250:9 258:8

**1/8/17** 299:9

**10** 280:11,18,22 281:4 282:9,23 286:9,25 287:11,21 288:25 289:18,25 305:13 313:5,12,23

**10:20** 227:6

**10:45** 227:21 228:5

**10th** 286:1

**11** 294:21,22

**11/30/2018** 157:3

**11:30** 168:25 169:1

**11s** 156:12

**12** 156:9 169:1 290:23

**12/1/2015** 157:3

**12/2/2015** 157:16

**12/23** 202:24 203:23,24 204:2 206:4 207:3 217:19 218:2

**12/23/15** 155:19 206:14 272:10

**12/28** 222:5

**12/28/15** 223:10

**12/30/14** 250:4

**12/8** 202:25 203:1, 6,22

**125/80** 208:5

**12th** 286:5

**13** 156:19 157:8

**1340** 204:21 205:5,16 206:13 225:4 272:12

**1341** 204:21 205:5,16 206:2 217:15

**1342** 221:20 222:16 227:1

**1343** 228:12 230:23 254:24 255:8 270:3

**1346** 271:4 272:14

**1347** 273:21 274:10

**1356** 284:25

**14** 206:13,14 218:5 225:3 290:20 299:21 306:24

**14:13** 242:24

**15** 160:17,21,25 163:14,18,25 164:3, 6,10 216:9 217:15

**11s** 156:12

**218:**10,19 219:7,11, 20 220:6 221:16 225:2

**16** 222:15 227:1

**17** 230:11,18,21 255:4,9 295:6

**18** 208:7 230:24 299:25 301:25

**180** 260:6

**18:41** 242:22

**19** 232:24 235:23 244:3,9 292:2 299:15 301:23

**1:00** 173:25 199:2

**1:23** 317:25

**1st** 285:25 286:4 287:11

---

**2**

**2** 212:25 254:10 262:5 304:4 312:23

**2/1/16** 270:4,14, 20 271:21 272:1

**2/10** 271:23 276:14

**2/10/16** 271:10,18 272:6

**2/2/16** 253:24 255:8 270:15

**2/2/2016** 253:23 254:2 255:16

**20** 173:10 175:7 242:20 243:5 249:10,20 252:12 255:18

**2015** 218:20 221:17 224:5 282:21 303:16 304:4 309:5 316:1

**2016** 242:2 244:3, 9 254:10 260:8 262:5 280:11 281:4

**282:**23 285:14 287:21 290:23 292:11 294:15 296:17 299:16,21, 25 308:6 309:6 312:23 315:24 316:2

**21** 260:18,20 266:16 267:4

**22** 229:23 272:15 274:11

**23** 205:1 218:20 221:17 274:11 282:21 296:17 303:16

**243** 207:25

**25** 173:10 174:18 175:7

**26** 288:16,17,23 289:25

---

**3**

**3** 170:23 260:7

**3/10** 281:19

**3/10/16** 280:16

**30** 161:3 301:21

**3:00** 170:6,7

**3:30** 159:17 160:6 165:19 170:24 171:3

---

**4**

**4** 158:8 159:18,19, 20,25 281:17 315:19

**4/1** 289:2,6

**4/1/16** 284:22 285:15

**4/12** 287:8

**4/12/16** 281:12,17

**4/16** 281:19

**4/25** 291:23 292:8 294:19 295:2

**40** 161:3 173:17 174:15,17,22

**400** 181:14,22

**42-page** 156:22 157:7

**43** 296:9,11

**45** 296:11

**46** 295:6

---

**5**

**5/4** 293:3

---

**6**

**6** 162:21 172:18

**60** 186:16,21

**61** 230:24

**62** 229:23 230:7, 11,25 231:1,11 258:7

**63** 232:24 235:24 256:21

**6:00** 198:23

---

**7**

**7** 310:24

**7/19** 292:1

**74** 208:15

**7:00** 172:18

**7:30** 159:17,22 160:2,12 167:24,25

**8**

**8** 158:8 159:18,20, 24,25

**8:45** 163:4,5,23 168:7 169:25

**9**

**9** 163:3

**97.9** 208:3

**9:13** 154:1

**A**

**a.m.** 154:1 159:25 227:6

**A1c** 222:7,22 224:1

**abbreviation** 253:7 254:4

**abbreviations** 158:19 254:7

**abdomen** 208:22 281:11

**abdominal** 190:13,14,16,21 191:2 209:18

**ABDUR** 154:2

**ability** 228:1 307:20 308:20

**abnormal** 186:16,19 187:7 226:23 263:17,21

**abnormalities** 225:23

**abnormality** 192:8

**abnormally** 181:19,25

**Absolutely** 160:24 303:25

**accurate** 168:15 177:2,3 182:3 183:15 185:19,21 193:2 201:12

**actual** 203:12 248:24 263:14

**acute** 160:18,20 161:7 168:4 215:6 310:22

**acutely** 310:6,16

**add** 175:21

**added** 218:24

**additional** 186:9 312:10

**address** 317:13, 16

**administration** 290:10

**admitted** 171:20 292:13

**advance** 239:4

**advise** 214:18

**advised** 214:15

**affect** 224:20,23 308:20

**afterward** 214:5

**aggravate** 274:17

**aggravates** 274:16

**agree** 174:8 216:5 233:21 279:9,11 282:20 283:1,7 293:6 294:5

**ahead** 165:13 173:11,12 178:8 180:22 217:17 222:13 231:22,23 240:7 244:24 245:12 263:6 273:22 284:4

**Absolutely** 289:23 300:19 302:17 309:14

**ailments** 173:20 239:20,24

**albumin** 187:11 222:7 223:13,19 224:1

**alert** 209:16

**altogether** 255:21

**amiss** 241:19

**amount** 311:14

**amounts** 189:15

**and/or** 187:23 190:13

**anemia** 310:22

**anemic** 212:18 310:6,10,16

**ankle** 175:18

**anti-platelet** 274:16

**anybody's** 274:16

**anymore** 302:14

**apologize** 229:17 238:19

**appearing** 309:7

**appears** 235:25 236:3 270:3,9

**appointment** 163:7,22,23,24 164:2,5,9,18 175:12 204:6 214:4 271:18, 21 283:21 285:9 286:4 287:6,11 288:24 289:7,13,14, 16

**appointments** 166:1 168:14 171:9 172:12 306:8

**approach** 216:15

**approval** 186:9 278:10 286:16 287:1,13,14,23 293:24 295:14 297:6 314:10

**approvals** 282:8

**approve** 199:17 229:9 278:14,17 279:7 283:18 288:12 316:12

**approved** 280:5 284:11 290:13 291:23 292:6 293:2 294:3,4,18,21,23 295:2,25 297:9 299:11,20 300:17 315:12

**approves** 278:22 288:12

**approving** 280:5

**approximately** 164:3 166:8 175:7 283:2

**April** 285:13,25 286:1,5,6,9,25 287:11 289:19 290:20,23 309:6 315:24 316:1

**area** 162:7,8,12,16 189:4 191:11,12,13, 15 193:12 197:3 209:18

**arrive** 160:11

**arterial** 266:8,14, 20 267:2,12

**articles** 317:3

**asks** 197:23

**aspirin** 272:24 274:12,15,20

**assess** 181:4 251:1

**assessment** 210:5,15,18,22 276:3

**Associates** 260:10

**assume** 155:6 178:25 179:3 312:9

**assuming** 160:25

**assumption** 261:5

**asymptomatic** 189:1

**attach** 317:9

**attachment** 229:21

**attachments** 229:20

**attention** 156:17

**attributing** 261:2

**authority** 236:12,15 278:19 314:4

**authorization** 186:10 253:14,16

**awake** 249:3,4,8

**aware** 185:11 190:8 205:17 224:6 256:8 292:9,15,17, 18,23,24 315:5,6 316:14

**B**

**B-A-L-L-O-T-T-E-M-E-N-T** 209:19

**back** 162:4,23 165:24 167:22 171:18 176:5,15,18 181:21 182:13 191:13 225:2,3 226:25 234:3 242:13 252:18,23, 24 256:19 258:25 259:9,18 270:1

ABDUR NAWOOR, M.D.

December 04, 2018

274:11 293:5 296:16 307:8,9,23 308:17

**background** 297:3 309:16,18

**backs** 295:8

**bacteria** 195:17 250:19,22

**bad** 170:10 182:1 192:15,22 296:10

**ballottement** 209:18

**bandages** 200:5,15

**based** 221:6 249:17 253:3 264:13 312:10

**basically** 181:6 182:4 185:17 187:14 226:13 237:22 247:13 261:18 264:12 272:25 283:16 310:3

**basis** 307:5

**Bates** 204:21 217:14 221:19 222:16 225:3 227:1 228:12 229:22,23 230:4,7,11,22 231:11 232:23 235:23 255:8 256:20 258:7 260:6 270:3 271:4 272:12,14 273:21 274:10 285:1

**bed** 200:13

**Beg** 253:19

**begin** 169:24

**beginning** 155:14

**big** 162:18 183:23 189:7,22 197:5,17 198:5

**bigger** 190:4

**Bill** 154:8 203:13 311:12 316:16

**biopsied** 245:24

**bit** 198:8 284:16

**bladder** 192:21, 25 193:4,7 194:6 216:18 244:16 245:5,7 246:23 247:1,5 248:10 251:22 252:3 254:11,14,15 255:9 268:2,7,14 269:15 270:10 271:1 272:2 274:18 278:1 279:16,17 297:17 307:13,15,19,22,24, 25 308:17,19,22,23 312:4,16

**bladder's** 307:16

**BLD** 274:5

**bleed** 189:6,8,20 192:22

**bleeding** 192:5, 15 204:3 206:16 214:21 274:17 298:6 309:21,23,24, 25 311:3

**block** 264:23

**blood** 164:14 169:12 170:17 180:7,10,13,19,24 182:16,17,19 183:8, 9 186:1,2 189:15 191:5,17,20,22,24, 25 192:6,9,11 193:6,9 194:1,2,9, 11,14 195:2 200:24 201:24,25 204:10, 12,15,16 205:7 207:14,16,21 208:5 211:13 212:1,11,12, 14,22,23 213:1,4,8, 13,15 215:16,18 217:5,6,7,20 220:21 222:5,25 227:11,22 228:4 232:20

**bed** 200:13

**bloody** 276:12 277:8,11,14

**BMB** 222:6 223:16,17

**BMP** 223:14

**body** 181:11

**bookcases** 198:11

**bottom** 218:14 231:10 233:8,9 235:24 253:18 254:25 255:8 261:8 274:5 300:11

**bowel** 263:24 264:5

**box** 233:14 253:15,18

**boxes** 233:10

**boy** 234:16

**brace** 166:13

**branches** 240:8

**break** 168:18 169:22 196:13,17 242:6

**breakdown** 184:4

**breath** 310:11

**breathing** 309:21

**briefly** 212:13

**bright** 217:4

**bring** 164:12 179:22 201:1,19,20 308:16

233:16 245:8 247:1 248:14 251:5,10,13 263:11,12 266:6,7, 11,13,24 267:1,2,8, 10,11,12 268:9,12 272:22 274:1,3,4 277:25 288:20 291:6 309:12 310:12,16

**brings** 180:3

**broken** 177:15

**bulky** 197:17

**busy** 162:5 298:16

---

**C**

**calcified** 265:13, 16,18

**call** 156:18 157:7 163:1,7 164:16,21, 23,25 165:21 166:5, 7,9,19,22,23,25 167:3,7,13 168:7,10 170:1 171:1,12,18, 20,21 176:4,6,21 190:14 195:7 197:2 205:25 207:8 218:11 219:3,7,14 221:8 232:15,18 236:16,17 237:2 247:18 249:5 252:18,23,24 287:15,16 288:23 289:18,24 290:1

**called** 156:3 184:2 229:21 248:1 289:6,12,15 313:15 315:21

**calling** 171:12

**cancer** 185:14 192:16 193:13 194:5,6 269:3,23 290:20 291:1 292:7 297:14 298:3,23 300:7,14,20 303:21 304:12,15,22 305:6 312:2,14

**cancer- fighting** 300:4 301:8 302:10

**cancerous** 300:7

**capacity** 239:13

**cardiac** 224:18, 19 226:16 297:8

298:17

**cardiogram** 170:10 202:8

**cardiologist** 292:25 293:3 295:14 296:4,6 297:7

**cardiology** 291:17 293:2

**cardiomyopath y** 224:12 295:20 296:8

**cardiothoracic** 291:17 293:9

**care** 241:17 305:13 313:5,12,21 316:11

**Carol** 232:6,10 234:7,13,14,16,17 235:7,13 257:1,2,3 258:18 259:6

**Carol's** 234:23, 25

**case** 156:18 167:3 171:8 175:10 176:10 235:25 236:16 237:15,22, 25 238:11,17 254:21 276:11 287:20 291:15 311:1 314:9

**cases** 236:13

**casts** 177:15,17

**CAT** 208:23 209:1 244:19,20 276:22, 24 277:4 278:6,7 279:18,19 280:8,18, 19,21 284:2 286:20 287:3,7 290:5,9,16, 25 298:11 314:6,8, 17

**category** 186:19

**causing** 296:24 298:6,8 299:3

ABDUR NAWOOR, M.D.

December 04, 2018
Index: cava..correct

**cava** 291:2,5

**CBC** 181:1 182:13
211:25 212:10
233:11,16,22 311:3

**cell** 195:6,20
212:20

**cells** 213:9

**centers** 170:20

**Central** 260:9

**Chad** 236:25
237:10,20 238:15
239:5 240:12,16,18,
25 283:19 284:11
287:15 289:3

**chair** 162:9 198:9
200:10

**chairs** 162:10,13
197:5

**challenges**
314:25 315:1

**chance** 230:14
260:15

**change** 158:8
195:11 312:10

**changed** 174:16

**chart** 161:15
164:13,15,16
169:13 172:2
175:11,21 197:20
201:1,20 203:12
228:8,10 234:3
235:19 243:15,20
256:3,11 273:17
284:14,19,21
293:19 294:17

**charts** 155:22
164:20 170:18
171:25 172:11
175:9 203:10 239:4
243:13

**chase** 270:8

**check** 156:13
164:14 184:12
233:10

**checked** 233:10,
14

**chest** 176:4

**Chicago** 241:14

**chronic** 160:18,
19 161:4,5,10 166:5
168:1 170:1 173:20
174:14 187:4,25
208:19 224:9 226:3,
6 261:20 262:2
269:1

**circle** 213:3

**circled** 220:10

**circumstances**
183:13,14 190:7,10
215:13

**clarify** 255:19

**clarifying** 160:1

**clarity** 156:18

**clear** 155:2
158:17 189:20
209:17 253:2
255:15 256:15
259:24,25 260:24
275:6 279:25

**clinic** 162:4
173:15 174:10,11,
24 175:4,5 282:3

**clinically** 297:20
310:5 312:17

**clock** 158:2
159:23 160:2,5,8

**close** 197:14
295:8

**closed** 201:5

**clot** 192:4,6
263:11

**clots** 192:3 263:16

**clotted** 191:20,
21,24,25

**coffee** 197:18

**collect** 245:22

**collected** 245:20

**collegial** 167:17
176:21 215:10
228:21 235:25
236:6,8,10,13,16,
20,23 237:13,21
238:6 239:1,4,6,9,
23 240:1 242:1
243:12,15,20 244:2,
9 250:5 256:2,10
257:17 276:11,20
277:22 278:15
279:8,10 283:18
286:12 287:21,24
294:7,18,21 296:25
297:1,5

**colon** 264:7

**color** 187:24

**column** 211:2
221:1,4 276:7

**comment**
253:15

**comments**
253:16 254:3

**common** 185:15
192:14 264:21

**commonest**
193:23 194:3

**comorbidity**
224:14

**company** 317:12

**complain** 161:7
187:6 188:8

**complained**
204:7

**complaining**
170:16 184:7
186:25 187:22
190:12 204:3 205:7
208:19 209:10
221:11 282:22,23

**complains**
220:21

**complaint** 221:6
223:21 295:7

**complaints**
223:7

**complete** 169:21
170:23 180:7,10
212:10,12,13,22
233:16 254:16
255:10

**completed**
166:8,19 168:6
175:12 254:11

**completely**
182:21

**computer** 197:9,
11,12,13 198:3
199:15,16 235:12
257:5

**concerned**
181:11 276:17
284:17 315:15

**concluded**
155:13 317:25

**conclusive**
265:24 269:19,23

**conduct** 176:25

**conducting**
154:9

**conducts**
178:14

**conference**
154:10

**conferred**
244:13

**conscious**
249:5

**consistent**
312:19

**constipation**
190:12

**consult** 284:9
285:17 291:16
293:6,18 305:22
306:12 315:10

**consultant**
283:20

**consultants**
305:25 306:19

**consultation**
257:18,21,24
259:14 281:5
282:11

**consults** 291:24

**contact** 317:11,
15

**contacted**
317:12

**contained**
249:11

**contents** 206:19

**context** 253:4

**continue** 169:14

**continued** 305:8

**continues** 284:7

**continuously**
217:5 309:25

**controlled** 224:3

**conversation**
303:15

**copies** 317:3,5

**copy** 203:11,15
239:5 317:9

**corner** 156:24
219:12 220:6,25
221:2 233:1

**correct** 164:7
167:23 180:5
183:16 186:10,11
190:2 191:9,13
195:13,14 207:15
208:4,6 210:8,15
212:8,11,23 213:10
217:25 218:6
221:13 225:8
228:17 231:5
233:17 237:12
239:17,18 240:13
241:1 243:7 245:15
246:7 247:3,6
248:12,18 249:8,14,

ABDUR NAWOOR, M.D.

December 04, 2018
Index: correctional..diagnoses

15 257:10 258:24 260:2 261:5 264:23 265:25 267:19 269:11,12,16,17 270:9,17,18 271:13, 15,16 274:21 275:14 276:24 278:10 280:7,11,12 281:16 283:9,10 286:1,6 287:21,22 288:1,5,21 289:9, 10,25 291:2,3,8 292:4,5 305:13 306:21 310:13 311:8 313:9,21 314:1

**correctional** 170:20 177:16 188:5 283:17 298:15

**Corrections** 237:8 286:11

**correctly** 174:21 216:23 220:20 266:23

**correlated** 224:16

**correlating** 226:18

**cortex** 261:24 267:25

**cortical** 261:19, 21,22 262:3 267:16 268:21,24

**cost** 302:18

**costs** 314:13

**counsel** 310:19

**count** 180:7,11 186:21 212:11,12, 14,15,22 213:15 215:19 217:6 233:17

**counts** 310:12,16

**couple** 199:7 251:9

**court** 154:14 156:10,11 181:16 216:11 242:8 316:20,23 317:8,14, 17,21

**courtroom** 154:21

**covering** 299:3

**creatinine** 181:6,7,9,13,19,24 182:5,8,17,22 183:1,5,7,9,18,24 184:6,9,16 185:5,11 187:10 188:13 222:6 223:12,19,25

**crowded** 162:2

**CT** 208:22 279:21 280:25 281:3,11,19 290:22 313:16

**CTS** 307:4

**culture** 195:23 250:12,13,15,16

**curative** 301:14

**cut** 270:8 301:2

**cyst** 263:1,7,10,15

**cystitis** 192:13, 18,20,23 193:7 194:5 312:1

**cystoscopy** 244:18,21,22 245:1, 13,21 246:5,22,25 247:7,15,20 248:5, 13,17 249:2 276:21 277:2,23,24 278:3 279:12,13,17,20 280:9,18,25 281:3 290:4 298:11 313:16 315:16

———————

**D**

**data** 312:10

**date** 175:2 203:1 218:2 252:18,23 253:22 254:2 262:6

281:6 284:24 292:22,24 294:14 298:22 299:14

**dated** 206:3,14 218:2 222:17 227:3 228:14 230:13 231:5 233:3 236:3 242:21,23 249:18 252:12 253:12 258:8 270:14 271:10 276:13

**dates** 203:11,16, 18,20 283:5 292:10, 19

**day** 160:9,12 163:1,23 164:24 165:25 166:17 167:6,10,21,24 170:3,13,23 171:24 172:6,10,21,22 173:18,21 174:16, 18,22 175:7,10 176:8,11 177:2 180:15,16,20,25 182:9,14 198:15,17, 19,24 199:3 204:8, 13,16 205:6 207:17 218:23 219:1 276:19 277:11,14 287:19 305:21 315:9

**day's** 172:16

**days** 177:11,13 301:21 306:24 307:2

**deal** 171:3 232:11 234:8

**dealing** 313:19 315:3

**deals** 235:4

**Dean** 155:19 202:23 204:2 207:3 218:20,23 221:16 223:3 232:1,3 236:6 244:5,10 254:9 255:25 256:24 257:9,14 258:16 270:20 271:18

280:13 282:21 285:20 288:15 290:19 292:10,20 293:1 294:14 295:13 296:3,18 297:12 298:23 299:21 303:15,20 304:4 307:7,9,12 309:6 310:13 311:1 313:25 316:2

**Dean's** 155:22 203:9 204:19 207:16 209:21 221:21 223:21 224:5 228:8 260:12 270:2 287:20 305:13 311:20 313:5,12,21 316:11

**debris** 263:13,15

**December** 218:20 221:17 224:5 282:21 296:17 303:16 309:5 316:1

**decide** 170:11 236:13 244:14 314:16

**decided** 215:11 229:12 243:19 244:20 251:7,14 276:20 280:19 294:14 312:19

**decipher** 252:16

**decision** 157:21 158:1 159:6 280:10 282:1 284:23

**decisions** 313:24 314:4

**decrease** 232:21

**delay** 154:12

**Denies** 208:20

**Dent** 154:9

**department** 237:7 317:11

**depending** 160:17 166:17

175:17 177:22 181:11 182:5 183:14 187:6 189:6 190:5 198:24 265:5 281:23 283:21 306:10

**depends** 161:25 162:2,5 163:13 164:7,25 165:4,22 170:8 171:18 178:10 179:18 184:6,13 189:8,21 190:3 192:5 195:3 199:17 215:25 219:16 248:19,20 250:21 287:16 302:12 306:14

**deponent** 318:1

**deposition** 154:10,21,25 155:14 317:25

**describe** 187:18 210:17

**describes** 209:9,12 262:11

**desk** 162:17 198:9

**desks** 162:15

**detail** 156:3,24 157:2,9

**detected** 265:11

**determine** 167:9 248:6

**determined** 167:9 277:21

**diabetes** 187:5 224:2

**diabetic** 173:16 174:10,23 175:4 223:4 262:1

**diagnose** 190:9 248:17

**diagnosed** 290:19

**diagnoses** 296:20 312:7

ABDUR NAWOOR, M.D.

**diagnosing** 279:11

**diagnosis** 265:2 283:9,15 291:9 292:3 297:13,16

**diagnostic** 305:21

**diagnostics** 315:9

**difference** 183:23 311:25

**differential** 212:19 297:16 298:5 303:19 304:2, 13 311:18,21,22 312:6

**difficulties** 315:10

**dilatation** 264:3

**dilated** 263:24 264:6,9

**dilation** 264:10

**dipstick** 181:7,8 182:5 194:17,22 195:10,16,24 196:8 200:15,17 202:2 211:12,24,25 213:1, 6,8,11 220:17 276:10

**direct** 294:24

**directly** 246:15 317:12

**director** 216:5 229:4,5 237:1 240:19 315:8

**discretion** 180:23

**discuss** 229:12 237:22 243:17 285:7,10,13 286:12 300:16

**discussed** 193:20 212:6 248:7 250:4 285:16 286:17 287:20

310:18 317:4

**discussing** 276:11 290:10

**discussion** 237:25 242:11 294:11

**diseases** 168:1

**distress** 297:21

**dizzy** 217:8

**docketing** 317:11

**doctor** 179:5,6 181:17 198:14 235:2 240:12 241:20 268:20 284:6 303:14 306:14,15

**doctor's** 200:1 201:4

**doctors** 292:25

**document** 156:2,4,21,25 157:7,12 158:6,20 159:1,13,15 205:12, 18 206:19,20,23,25 217:18 218:16 221:15,16 231:12, 14 232:1,2,3,25 233:6,9 234:6 241:25 243:3 244:7 254:20 256:22 257:6,13,21 258:1, 11,15 260:5,15 261:3,6,14,16 295:7

**documents** 155:12,17,21,25 156:1 203:8 205:17 229:18 239:3 257:16

**DON** 182:15 254:23

**door** 171:15 197:14 201:5 202:19

**Doppler** 266:3, 10,17,23 267:5,19

**DOS** 253:19

**dose** 299:24 301:25 302:9

**draw** 180:12 201:25 202:1 227:12

**drawing** 156:17 201:23,25

**drawn** 227:22

**drop** 309:11 310:2

**dropping** 215:16 217:6

**drug** 299:15 300:4,14 301:8,12 302:10,13,19

**drugs** 298:23 300:20

**due** 210:24 214:21

**duly** 154:3

**dying** 298:18

———

**E**

**E-TRAN** 316:24 317:22,24

**earlier** 196:19 213:7 288:24

**early** 164:17,19

**easy** 291:16

**eat** 169:4,6,18

**echo** 268:8,10 304:25 305:1 307:23 308:2,4,9,15

**echocardiogram** 291:19 293:4

**economically** 302:22

**edema** 275:11,12, 13

**educated** 253:3

**effect** 251:1 298:2 302:19 317:2

**effects** 300:13,22 301:14

**Eggiman** 254:23

**Eggiman's** 254:17

**Einwohner** 222:6,10 223:23 227:20 228:3 229:21 230:24 231:10 232:4,8,13, 23 233:22 234:8 235:3,8,15,18,21 236:5,15 239:8 240:20,25 256:19, 20 258:6 259:1,13, 19 260:6 272:23 273:8,11,13

**Einwohner's** 230:4,7 239:16 249:24 260:25

**ejection** 296:9

**elapse** 284:8 301:22

**elapsed** 169:8 283:4 295:13

**elderly** 192:14

**elevated** 212:17

**email** 293:5 317:2,13,16,18

**emergency** 170:12 215:23 217:11 277:13 310:20

**employer** 156:4

**employment** 157:9

**empty** 307:16 308:1

**encounter** 155:18

**end** 170:2 181:9 252:18

**ends** 170:5

**enlarged** 246:16, 19 264:17

**entering** 243:22

**entries** 227:2

**entry** 157:16,18 222:16,20 223:6 227:3 228:14,19 270:4,5

**equipment** 179:23,24 180:1 190:17

**ER** 212:4 215:1,3, 8,14

**evaluating** 249:24

**evaluation** 210:11

**eventually** 192:6 212:5 215:10 216:16 217:6 297:6 300:16

**evidence** 262:20 264:1 265:1,21,23, 24 267:18 268:2,19 269:6,14,19,23

**exact** 254:4

**exam** 262:6 272:24

**examination** 154:5 210:12 245:17 247:8 303:12 311:15 316:8

**examine** 246:6, 10,13

**excerpts** 229:22

**excuse** 170:1 183:8 286:3

**exhibit** 156:9,19 157:8 206:13,14 217:15 218:3,10,19 219:7,11,20 220:6 221:15 222:15

ABDUR NAWOOR, M.D.

December 04, 2018
Index: exhibits..happened

225:2,3 227:1
230:11,17,21
232:24 235:23
242:20 243:5
249:10,19 252:12
253:10,11 254:25
255:2,4,9,17
260:18,20 266:16
267:4 272:15
274:11

**exhibits** 317:9

**existed** 257:25
304:12

**expected** 304:21
312:24

**expecting**
242:15

**expedite** 284:14
285:8,24 286:14
291:14 307:11

**expedited**
286:4,9 287:10
289:7,12

**expediting**
287:5 315:22

**expensive**
300:14 301:13

**experience**
302:23

**experiencing**
202:15 288:20

**explain** 211:23

**eye** 198:14

---

**F**

---

**fact** 231:12 300:24
313:18

**factors** 183:15

**failure** 224:19
275:24 295:21

**fair** 312:9

**fairly** 296:10

**familiar** 158:21
159:1,14

**family** 309:2,4

**fashion** 298:14

**faster** 290:7

**favor** 265:2

**fax** 239:5 293:5

**faxed** 260:7

**February** 254:10
260:7 262:5 280:11
282:23 287:21
288:16,17,23
289:24 304:4 305:4
308:6 312:23

**feel** 155:4 173:1
182:14 241:18
277:3 309:14

**felt** 209:22

**fever** 208:21

**field** 254:3

**fill** 236:21

**filtration** 182:2
186:22

**find** 155:1,2
169:10 171:21
183:25 226:1 277:2,
19,25 280:8 296:24
297:22 305:11

**finding** 210:21
272:24

**findings** 262:9,
15

**fine** 240:23 252:22
283:13 316:25

**finish** 159:11
160:6 162:24
164:17 167:23
174:25 175:1,2
282:14,17

**finished** 154:16
161:13

**finishes** 164:10

**Fisher** 240:3

**fixed** 169:15

**flow** 264:23,24
266:3,5,7,9,10,12,
16,23 267:5,10,11,
18

**fluid** 212:3 214:16,
19,23

**flush** 214:20

**focus** 224:22

**follow-up**
165:20 166:1,4,7,23
167:8,14 168:10
170:2 176:16
306:21

**follow-ups**
167:18

**force** 287:18

**form** 193:21 194:5
220:13,14,15,17,18
236:21 291:11

**format** 257:7
260:1

**forms** 192:7

**formulary** 176:2
177:25 180:8 186:2,
4,7 190:19,20 257:3
278:3,6

**forward** 305:13
313:6,12

**found** 270:5
275:7

**foundation**
288:7 300:10
301:10 303:3

**fraction** 296:9

**fracture** 176:16

**fractures** 176:14

**frame** 306:20
307:8

**frankly** 257:25
259:12

**free** 155:4

**Friday** 176:1
198:25

**front** 203:9

**full** 270:10,25
272:2 307:13,19
308:17,19,22
317:23

**function** 181:11
182:4 184:21
185:16,23 186:13,
15,19,20 187:7,8
223:24 224:23,25
225:24 226:20,23

**Funk** 240:4

**funny** 279:23

---

**G**

---

**Galvin** 173:13
174:6

**gave** 194:3 298:4

**gears** 242:4

**general** 201:17

**generally** 305:20

**genitourinary**
265:15 312:2,21

**get all** 174:10
290:13

**GFR** 182:2 184:11
185:18,24 186:2,3,
12 187:1,13,19,21
188:16

**GI** 188:2 274:18
275:7

**give** 176:25
182:15 212:19
213:24 214:13
230:4 232:17
317:13,18

**glomerular**
182:2

**glucose** 222:25

**god** 241:7

**good** 154:7
214:13 274:25
309:17

**gray** 253:15,18

**greatest** 200:6

**grossly** 276:12
277:7,10,14

**group** 167:4

**growing** 250:17

**grown** 291:1

**guarantee**
302:12

**guess** 158:2,5
173:8 201:8 205:17
215:12 222:5,6
225:21 239:12,14
252:24 253:3 281:7,
9 298:2,12 300:13

**guy** 178:16 291:14

**guys** 298:16

---

**H**

---

**habitus** 181:12

**half** 163:10,16
169:5,8 233:9

**hand** 200:3
285:22,23 287:17
295:8 297:9

**hands** 285:23

**handwriting**
229:14 261:3,6
270:23 276:16

**handwritten**
205:20 207:1,2
227:18 235:24

**happen** 169:23
175:16 192:11,13

**happened**
203:19

ABDUR NAWOOR, M.D.

December 04, 2018
Index: happy..July

**happy** 253:8

**hard** 263:13

**harder** 190:4

**Hazelrigg** 293:9

**He'll** 316:18

**header** 260:9

**health** 181:4
224:5,7

**hear** 216:23 237:5,
6,16

**heart** 200:24
209:16 224:19
225:16 226:19
275:6,24 277:17
291:6 295:21
309:11

**heavy** 288:20

**height** 200:20

**helpful** 181:10

**hematocrit**
311:7

**hematuria**
193:6,20,25 204:4
207:11,13 208:19
209:25 210:24
212:4 214:25 215:2,
13,21,22 216:7,22
217:10,23 219:17,
25 220:9,25 221:2
223:7,22 225:15,18,
25 226:7,15,18,19,
21,24 227:12
244:11 248:5,6
250:1 272:21 276:5
277:1 279:12 280:8
282:22,23 283:9
284:7 296:19,21
297:13,18 298:5
303:16 311:20,25
312:19

**hemoglobin**
212:18 213:12,14
222:7,22,25 310:23
311:6

**hepatitis** 235:4

**high** 181:25
183:14,18,25 184:9,
17,18,19 185:11
296:13,15

**high-risk** 298:21

**hip** 176:5

**history** 208:20
210:1,25 213:19
216:6,7,14 224:11,
24 225:7,11,13
250:3 272:21
295:21 297:3 298:7
309:16,18,19

**HMO** 302:8

**HMOS** 302:12

**hold** 177:6 303:11

**hoops** 290:13
300:18

**hopes** 255:18

**hospital** 171:21
180:19 182:16
282:3 305:24
306:13

**hour** 163:11,17
165:3 166:9 169:5,8
199:10,14

**hours** 157:21
158:1,14 159:6
199:7 309:25

**Huh-uh** 188:18

**hundred** 298:9

**HX** 250:3

**hydronephrosi
s** 262:21 263:22
264:1,10 265:1,21
267:18 269:6

**hypertension**
173:15 174:6,10,23
175:4 187:5 224:12

**hypotension**
215:17

**hypotensive**
215:5 277:16
298:18 309:10

**hypothetical**
183:21 185:1

---

**I**

**ICD** 295:21

**ice** 197:16

**idea** 178:4 252:9,
20

**ill** 309:7

**Illinois** 260:9

**important**
154:13

**Impression**
268:14

**in-between**
171:9,11

**inappropriate**
301:12

**incarcerated**
314:22 315:3

**include** 168:5
193:7 203:19
219:11 247:11
312:6

**included** 303:20

**includes** 220:16,
23 288:3

**Incomplete**
183:21 185:1

**increase** 212:3
214:15,19,23
232:21

**increased**
187:10

**independent**
236:16 278:19

**indication**
183:19 266:10

308:11

**indicators**
195:11

**indirectly**
224:21 246:18
248:10

**individuals**
314:22

**infection** 192:21
193:4 194:25 195:2,
8,11,15,22 206:6
212:16 219:12
220:5,24 221:1
226:11 250:15

**inferior** 291:2,4

**infirmary**
160:15,23 161:2
167:25 199:9

**information**
220:23 271:12

**informing**
241:14

**initial** 303:15

**initially** 159:18

**injury** 185:4,7,8,
17

**inserted** 245:14

**inserting** 269:10

**inside** 246:23
248:11 264:16
268:12

**inspection**
247:8

**instrument**
198:17

**insufficient**
286:20

**insurance** 284:1
290:8 302:15

**intake** 214:16,19,
23

**intent** 279:15

**intention** 230:18

**interior** 247:11,
14

**intermittent**
249:25 272:21
309:24 312:19

**interpret** 177:1

**interrupt** 205:8,
11

**interrupted**
177:8

**interrupts**
181:20

**interval** 281:19
301:7

**intraluminal**
268:3,11 269:14

**invariably**
163:18 165:16
170:5 188:3 278:12
279:6 288:9

**investigate**
305:9

**involved** 236:23
237:13 238:5,20,21
239:13,23 316:11

**ipad** 156:7,22

**IQ** 251:8 252:8

**italics** 157:22

---

**J**

**January** 216:9
242:1 244:3,9

**job** 162:3 234:23

**Joe** 229:19 242:14
303:9 317:1

**John's** 293:13,14

**join** 239:8

**July** 292:2,11,22
294:15 295:18

ABDUR NAWOOR, M.D.

December 04, 2018
Index: June..management

**June** 294:21,22

## K

**Kathy** 174:5

**Katie** 237:2,6,20
238:15 241:3,7,20

**Katie's** 237:19
241:5

**Kent** 154:9

**kick** 184:5 185:5

**kidney** 181:4,10
182:3 183:22
184:10,20 185:16,
23 187:7,25 188:14,
17,20,24 189:4,11,
14,18 190:1,8,9
191:3,10,12,16,19,
23 192:8,12,17,24
193:4,11,12 194:4
209:17,19,20 210:1,
2 214:20 216:8,18
224:2,7,9,11,16,21,
23,25 225:7,11,23
226:3,6,11,20,23
239:20,24 244:17
245:8,10 247:16,18,
21,24 248:18,20
251:17,22 252:2
261:25 262:11,12,
16,24 263:18,23,25
264:7,9,20,22
265:2,5,6,10,14,15,
25 267:15,22,23
268:25 269:1,3,11,
19,23 274:18 275:8
276:22 278:2
279:15 291:1
297:14,16,17 298:3,
7 303:20 304:12,15,
22 312:1,3,23
313:19

**kidney's** 186:13

**kidneys** 182:1
183:8 184:2 193:2
209:22 225:19
226:16 247:5
304:20 308:20

**kind** 170:8,14,15
174:9 178:15 181:3
185:4 192:12 195:1
202:9 205:12,18
210:19 214:20
220:22 226:6
241:16 244:23,25
263:12 276:17
279:22 297:21
306:11 312:13

**kinds** 205:17

**knee** 166:13
175:19 176:5 220:1
221:11

**knew** 254:5

**knowledge**
249:18 310:15
316:11

**KUB** 190:14,22

## L

**l-i-t-h** 216:12

**L-I-T-H-O-T-R-**
**I-P-S-Y** 216:13

**l-o-i-n** 191:15

**lab** 183:11 187:9
188:6 199:16
222:17 223:9,21
250:18

**lack** 199:24
219:20

**large** 183:2 251:4,
10

**largest** 291:5

**late** 163:2

**latest** 163:4

**lead** 187:18 226:7

**leads** 215:13

**learn** 191:3

**leave** 171:13
176:15

**led** 286:19

**left** 156:23 206:6
208:1 219:12
220:25 262:12
267:15,22,25
268:21 290:14

**left-hand** 210:4
220:5 221:2

**leg** 188:9,11
275:18,19,21

**length** 247:16

**lesion** 263:2,4,7,
19,20 264:25
265:11 267:17
268:3 269:14

**lesions** 262:20,
22 265:21 269:5

**letter** 209:4 210:8

**level** 185:12

**levels** 184:16,18,
19

**lie** 200:11,12

**life** 296:11

**light** 304:12

**limbs** 177:15

**limit** 242:14

**limited** 278:23
311:13

**list** 203:15,18
211:9

**listed** 211:11

**listen** 161:8

**lithotripsy**
216:10,12 250:4

**live** 296:10

**lock** 171:14
197:15

**log** 252:17,19,20

**logged** 257:16

**logical** 216:15
297:3

**loin** 191:14,15
275:7

**long** 156:23
160:16,19 161:23
163:6 164:23 169:2
170:19 192:5 215:2
298:7 302:14

**longer** 160:20
165:7 179:18 290:8

**longest** 161:1

**looked** 155:19
249:10 254:24
255:5 261:9

**lose** 261:23 262:3

**losing** 187:12
188:1,10 275:25

**lost** 255:2

**lot** 166:4 173:23
181:23 188:8,10
192:10 197:20
204:9 224:14 235:1,
6 251:13 253:6
275:25 290:7 299:3
300:13 301:13

**lots** 183:14

**low** 181:13,19
183:13,18,24
184:19 187:11,14,
22 215:18 217:7
310:23

**lower** 191:13
285:5 296:12

**lunch** 168:17,21
169:8,10,13,21
199:11,14

**lunchtime**
168:23 169:15

**lung** 225:17
226:16

**lungs** 209:17
275:6

**lupus** 175:5

## M

**M.D.** 154:2

**machine** 180:4

**Madam** 156:10
242:8

**made** 178:5
280:3,10 313:24

**main** 223:5

**maintains**
235:15

**make** 155:6 159:2
160:14,22 161:15,
20 166:14 182:20
184:11 191:11
197:18 205:19
220:19 224:1 237:5
238:12 244:15
245:6 256:14
259:24 260:15
266:22 273:24
278:8 279:24
282:13,16 287:18
293:10 308:17
314:4

**maker** 197:16

**makes** 159:12
183:23 189:4 197:5

**making** 187:23
253:3

**malady** 192:24
193:2,16

**malfunction**
192:8

**malignancy**
193:18 263:14

**managed** 313:5,
12

**management**
159:6 229:7 237:11
242:19,21 243:6,10
249:11,13 255:17,
22,24 256:6,16
278:10 282:8

ABDUR NAWOOR, M.D.

286:17 287:2
293:24 313:24

**manager** 180:18
237:1

**managing**
305:12

**March** 280:18,21
281:4 282:9 286:9,
25 287:11 288:25
289:18,25 305:13
313:5,12,23

**mark** 206:13
217:15 230:11
232:24 242:20
274:10 276:6

**marking** 156:12,
14

**mass** 181:14,24
182:25 183:3,18
184:19 192:16
262:20,22,24 263:2,
4,7,11,16,17
264:18,25 265:11,
14,20 267:17 268:3,
7 269:5,14 275:7
279:22 304:20

**masses** 193:13
262:25

**massive** 215:16,
25 216:22 217:3,6,
10

**matter** 296:14
317:16

**Matticks** 174:16

**MD** 179:7,22 207:7
240:14,15,17,25
241:1

**meaning** 275:5

**means** 159:8
186:8 208:14 209:8,
11 227:13 239:19
250:3,6,21,25
251:12,16,17,25
252:2,8,10,23
253:1,9 261:19
263:22 264:7,10

266:4 267:21 268:6
269:11 314:12

**meant** 259:21
267:22

**measure** 185:19,
22 186:22,23
222:24

**measured** 223:2

**measurements**
262:12,13 267:15

**measuring**
223:1

**medical** 155:22
179:4,6 203:9
204:19 229:5
240:12,19 241:20
268:20 270:2
273:20 284:6 300:2
301:6,21 302:8,23
315:8

**medically**
301:20 303:1

**medication**
185:2,3,14 200:4
232:21 299:12,20

**medicine** 240:8

**Meek** 241:14

**meet** 201:2,3,10

**meeting** 204:1
286:9 296:18

**meets** 247:24

**Memorial**
293:13,15

**memory** 244:8

**mention** 237:23
281:22

**mentioned**
184:20 185:18
191:10 192:18
193:5,12 194:8,17
200:14 203:22,23
206:16 214:24
223:12 224:24
225:6 230:17 237:6,

10,17 241:3 311:17
312:1

**Mgmt** 157:21,25

**microphone**
299:3

**middle** 270:5

**mild** 267:16
268:21,24

**mind** 232:16,18
293:10

**mine** 218:15

**minutes** 160:17,
21 161:1,3 163:12,
14,19,25 164:3,6,10
169:3,18,19 196:14
303:14

**misheard**
238:18

**misspoke** 286:3

**misunderstood** 201:8

**mixed** 166:22,25
168:11 192:2

**mixture** 166:3

**moment** 294:9
301:2 313:3

**Monday** 161:5
176:1 198:25

**month** 177:23
179:14 284:8
299:22 302:9

**months** 175:3
208:21 292:3 300:4
301:7

**morning** 154:7
155:20 159:16,22
160:3 167:24
172:15 189:25
230:1

**morning's**
155:14

**motion** 298:10
302:3

**move** 189:3
289:14 299:4

**moved** 289:15

**moves** 189:21

**moving** 189:23
191:18 265:8
284:24

**MRI** 290:9

**multiple** 167:6,7
171:2

**muscle** 181:13,
24 182:24 183:3,18
184:5,19 185:9
194:12

**myoglobin**
194:13,16

---

**N**

**names** 234:22
237:16

**narrowing** 246:2

**nasty** 300:22

**nauseated**
188:2

**Nawoor** 154:2,7
155:8 156:21
158:18 161:13
188:21 196:19
204:25 206:14
211:16 217:15
221:25 230:10
231:4 233:5 242:25
250:5 255:23 270:4
271:8 274:8 285:4
294:13 295:12
299:2 301:1 311:17
317:4

**necessarily**
164:5 166:24 167:2,
11 181:25 189:17
191:21 219:17
224:17 226:9,22
278:11

**needed** 229:9
282:8 295:19
308:13 314:18

**negative** 216:19
244:18 276:22
279:18,20,23

**nephrologist**
208:21 239:16
240:10,15 272:23
309:1

**nephrosis**
264:6,7

**news** 253:8

**night** 155:20
172:19 198:23
204:17

**nitrite** 195:8,15,
21

**nitrites** 195:13

**noise** 299:4

**non-formulary**
199:16 235:10
278:7 280:4 288:4
313:25 314:7

**non-ischemic**
224:12

**non-union**
169:17

**normal** 183:9,11,
12,24 186:15,17
209:16 212:16
215:20 244:12
261:18 266:2,5,7,9,
10,12,16,23 267:4,
18 275:5 277:17
296:10,11 304:19
307:14 309:12
312:13 313:18

**note** 166:10
202:18 205:21
206:1 207:4 217:25
218:8,25 219:2,7,
10,11 228:13
229:15,24 230:12,
17 231:5,24 232:5
249:18,19 252:11

ABDUR NAWOOR, M.D.

December 04, 2018
Index: notes..performing

253:12 254:8,17
255:17 256:3 258:7,
21 259:4,5 260:1,4
270:13 271:6 272:2,
5,7,9,17 274:24
275:3

**notes** 161:15,20
196:22 203:13,19
206:3 207:1,2
220:23 221:21
228:17 235:14,16,
18,25 242:1,19,21
243:7,10,22,24
244:17 249:11,13
255:22,24 256:6,16
259:12 271:20
272:8 281:15 317:5

**November**
299:21,25 301:25

**number** 173:6
204:21 208:12,14
212:25 230:4 258:7

**numbers** 207:20

**nurse** 164:12
166:14 169:9,21
172:24 196:10,11
200:23 201:4,6,9,
11,14,22,23 202:4,
16,20 206:1 218:12,
15 219:8 220:12,20,
22 222:11 228:3
232:6,10 234:14
241:22,23,24
254:17

**nurses** 162:1,20
168:19 169:16
180:18 196:20

---

O

**oath** 154:20

**Object** 181:5
183:20 184:25
187:2,20 193:21
288:6 291:11 300:9
301:9 303:2

**objective** 210:4,
7 273:2,3 275:3

**observed**
210:11

**obstructed**
264:5,8

**obstruction**
263:23,24 264:2,4,
13,15,18 265:7,9
266:5

**occurred** 227:9

**October** 299:15
301:23

**off-the-record**
242:10 294:10

**Offender** 206:2
221:20

**offered** 214:3

**office** 181:8
197:1,21 198:1,5,21
199:5,18 200:1
201:4 202:1 230:3
244:22 272:7

**official** 177:10,13
259:5

**on-site** 251:7,14

**onwards** 155:19

**opening** 282:6

**operative** 295:7

**ophthalmologi
st** 198:14,19 199:4

**opinion** 284:5
300:2 301:6,21
302:1,23

**order** 175:11
176:2,7,24 180:8,23
186:10,25 187:13
202:15 211:20
256:20,25 258:3
273:8,9 281:24
305:25 306:18
307:4 316:21

**ordered** 222:6,10
223:25 257:16
272:22 273:10,11,
12 274:11 279:21

**observed** 280:25 288:9
290:16 292:13
313:16

**ordering** 233:22
274:20

**orders** 172:5,6
175:9,14,17 196:24
232:25 256:23

**ordinary** 288:10

**organ** 264:3
307:25

**Orientation**
157:22

**outpatient** 206:3
217:24 218:8
219:11 221:20
228:13,16

**Overly** 193:22

**oversees** 241:17

---

P

**p.m.** 159:20,25
170:23 318:1

**pacemaker**
224:13,15

**pages** 204:24
205:5

**pain** 175:18 189:3,
12,23 190:13 191:2,
10 204:8 208:20
209:17,18,22,23
210:21 220:1
272:23,25

**painful** 190:2

**palliative** 300:21

**papers** 299:2

**paragraph**
295:6

**parenchyma**
261:24

**parenchymal**
248:24

**parse** 251:19

**part** 219:6 261:23
273:2,3 274:24

**participants**
238:13

**partly** 262:8

**pass** 190:2,4

**passed** 164:10
204:12

**passing** 204:9
213:21 217:4

**past** 220:3

**PATEL** 311:11
317:24

**patient** 160:18,20
161:16 163:1,11,14
164:14,16,21 165:8,
11,18 166:12,15
168:22 169:7,11,14,
22 170:5,9 171:14
174:14 175:12,13
176:8,11,25 181:18
183:18,22 184:8,18
186:15,25 187:18
190:7,24 191:1
192:1 200:11,23
201:7,13,15,19
202:4,12,14,17
208:18 209:8,11,16
210:12 212:1,6
213:16 214:23
215:5 216:1 219:4
220:14,20 221:7,10
239:23 243:19
249:3,8,18,25 250:4
256:2,12,17 259:20,
22 261:20 270:10
285:21 287:18
289:5 293:6,16
294:6 295:22
298:21 304:22
306:11,24 307:1
308:17 309:18,21
310:20 313:14,15
314:11,15

**patient's** 166:18
170:16 172:11
173:1 181:4 184:7

**parse** 200:20 237:22
241:17

**patients** 160:23
161:21 165:5,20
166:2 167:3,7,8,15
168:1,3,5,6,8,10,11
169:24 170:1,2,3,23
171:9,11 172:7,21,
25 173:19,24 174:7,
22 175:7 182:25
199:8,18,20,21,23
200:9 201:3,10
232:14 235:3 256:6
258:2,23 259:23
260:2 278:20 302:4,
7 305:17 306:17
314:22 315:4

**patients'** 171:25

**Paul** 235:5

**PDF** 156:23
229:23 317:23

**pelvis** 245:9
247:18 248:1,3,20
264:19 265:8
281:12

**penicillin** 250:22

**penis** 245:3

**people** 162:8,11
171:1 173:7,10,17
174:13,15,18
179:18 187:5
189:17 192:10
197:5 235:3 238:20
241:8 296:10 297:9

**percent** 298:9

**perfectly** 255:15
279:25

**perform** 190:17
196:8 280:4,21
305:20 315:9

**performed**
185:25 191:2
195:24 249:2 279:1
281:20 312:22

**performing**
201:15

ABDUR NAWOOR, M.D.

December 04, 2018
Index: performs..Radiological

**performs** 179:11,12

**period** 157:3

**persist** 215:2

**persisted** 215:1, 4

**persistent** 244:12

**persists** 212:4

**person** 179:10,11 183:2

**personally** 196:4

**perspective** 268:20

**ph** 195:9,11

**pharmaceutical** 251:1

**pharmacologist** 300:15

**pharmacy** 171:1

**phone** 171:12,13, 19 278:15 279:7

**physical** 187:17 210:21

**pick** 164:16 187:9 188:5 220:22

**piece** 179:25

**Pittsburgh** 176:4,6 178:2 215:9,10 216:4 229:3 238:24 281:23 286:15 287:13 288:10 300:16

**place** 162:1,6 171:8 197:19 270:15 281:3

**places** 199:22 248:7

**plaintiff's** 310:19

**plan** 161:17

**planning** 244:14

**plans** 211:4,9,10, 19 276:8,9

**point** 270:3 308:25

**points** 249:22 312:11

**polyps** 268:7

**portion** 155:13, 15 210:7,8 233:8 261:13 275:3

**positive** 195:7, 15,21 212:1 213:1,2 251:2 272:22

**possibility** 214:25 215:9

**possibly** 191:4 224:21

**pounds** 181:15, 22

**practice** 302:5,6, 8,14 309:3,4

**pre-typed** 221:3, 13

**Precise** 251:8,15, 20,23 252:5

**prepared** 203:16,19 281:15

**prescribed** 299:15

**prescription** 166:11 300:3 301:8, 22

**presence** 183:7, 9 195:12,17 201:4 207:13 213:8

**present** 201:10, 23 217:13 220:9 221:3 237:15 238:8, 11,17 254:23 278:13

**presentation** 210:20

**presented** 309:6

**press** 264:17,19

**pressing** 167:19 171:12 202:19

**pressure** 164:14 169:12 200:24 207:21 208:5 215:16,18 216:1 217:7 228:4 232:20 309:12 310:1,2

**pretty** 171:3 186:17 192:22

**prewritten** 219:21

**price** 302:18

**primary** 313:21

**printing** 260:8

**prison** 296:16

**private** 198:1 302:4,6,7

**probabilities** 312:7,10

**problem** 161:6, 11 163:13 164:8 165:4,6,9,16,23,24 166:18 170:9,10 184:1,10 187:4 188:1,2 189:10 194:4 197:6 204:16 224:9,18 226:3,6, 12,16 241:15 243:19 261:20 262:2 264:20 269:2 276:2 283:24 284:12,13 293:21 297:25 298:8 315:13

**problems** 168:4 170:19 215:6 224:14,16,25 225:11,22

**procedure** 177:25 190:22

202:10 244:25 280:3 307:14

**procedures** 279:1 305:21

**process** 286:11

**product** 183:5

**professional** 178:15 284:5 301:6, 21 302:24

**progress** 206:3 217:24 218:8 219:11 220:23 221:21 228:13,17 229:24 230:12 231:5,24 258:7,21 260:1 271:6

**properly** 224:20

**prostate** 193:14, 17 194:4 226:12 245:5 246:13,19 248:11 264:16 297:17 312:4

**protein** 182:22 187:11 188:10 195:9,14 223:19,20 224:1 274:2 275:25

**proteins** 195:12

**provide** 307:8

**provider** 313:21

**pulse** 208:15 228:4

**punch** 159:23 160:2,5,8

**purely** 245:16

**purpose** 237:21 248:4

**pushed** 209:21

**pushing** 209:20

**put** 159:13 164:12, 15 165:5 166:21 169:12 171:14 172:2 173:3 174:13 176:20 177:15,17 186:18 199:16

210:19 219:25 220:1 224:13 227:13 230:21 235:11 243:12,15 244:13 245:2 249:6 255:21 257:4

**putting** 166:5 199:25 219:21 296:12

**Q**

**quarter** 163:2,3

**question** 158:13, 15 159:5,13,15 199:3 205:13 218:18 219:15 220:4,12 225:21 231:25 253:10 254:5 256:22 258:14 262:21 267:3 270:19 276:6 281:2 287:9 292:15, 18 293:12 294:4 300:12 301:5,20 302:11,13,16 313:6

**questions** 155:1,3,4,5 158:18 212:9 219:5 230:15 243:2 249:21 251:9 259:2 262:17 303:9 311:10 316:6

**quick** 169:18

**quicker** 303:5

**quickly** 172:25 180:17

**quote** 252:17,18

**R**

**r-h-a-b-d-o-m-y-o-l-y-s-i-s** 184:3

**R-I-T-Z** 228:22

**Radiological** 260:10

ABDUR NAWOOR, M.D.

December 04, 2018
Index: radiologist..room

**radiologist** 178:7,9,11,14 308:9

**radiologists** 177:21

**radiology** 198:24

**raise** 155:4,5 302:16

**rapid** 309:11,20

**rarely** 175:16 237:19 240:4

**rash** 203:2

**rate** 182:3 186:23 200:25 208:7 209:17 277:17 309:11

**reach** 249:21

**reached** 283:8, 15

**reaction** 291:10, 13

**read** 178:10 208:17 211:10,19, 22 219:5 223:9 227:11,24 249:20 251:9 252:15 259:5, 14 262:16 272:5,7,9 275:4 276:8

**reading** 260:4 266:15

**reads** 178:12 179:10,12

**ready** 293:1 295:15

**real** 283:24 303:7

**realize** 165:14

**reason** 155:9 192:4 214:13 215:22 217:10 223:5,25 225:16,17, 19 239:14 259:15 274:23,25 277:15, 19 283:11,14 286:13 287:10,12

289:4 290:1 307:12 311:25

**recall** 204:1,11 214:11 244:2,8 254:9 256:5 275:16 277:10 280:13,17 281:3,18 292:6 295:12 296:17,19 297:12 298:1,22 299:18,19,25

**receive** 233:25 299:24 302:9 313:25

**received** 252:17 280:18 301:23 305:4

**receiving** 298:23

**Recent** 250:6

**recognize** 242:14

**recollection** 254:20 281:16

**recommend** 215:3

**record** 230:21 236:25 242:8,13 261:9 294:8

**recording** 154:15

**records** 204:19, 22 229:21 230:5 231:11 235:7 237:11 240:19 260:6,25 270:2 273:20 293:19

**recurrent** 208:19

**red** 217:5

**redirect** 311:14

**refer** 256:12 284:20 293:15 314:20

**referral** 278:8,22, 23 279:10 280:2,5 286:19 288:2 293:23

**referred** 287:24 314:11

**referring** 281:14 284:21

**reflecting** 236:8

**reflection** 308:4

**refresh** 254:20 281:16

**refused** 212:1,2 213:17 214:9,11

**regard** 173:6

**regional** 216:5

**regular** 180:25

**regulation** 178:5

**related** 159:15 223:7 256:23 266:24 267:7,9

**relates** 307:19 308:22

**remember** 202:22 203:6 204:5 231:16 234:18 257:15 260:4 303:17 311:20 313:6

**remembered** 203:5

**remind** 241:10

**reminder** 154:11

**removing** 202:7

**renal** 186:15,19 192:16 208:20 223:24 229:9,24 230:12 231:4,24 232:25 235:2 248:22,24 251:16 254:11,14,15 255:9 256:20,23 258:3,7, 20 259:12,25 261:17,20,23 262:2 265:16,17 268:21 269:5,10 272:3 290:19 292:7

**renal/bladder** 251:8,15,20 252:2

**repeat** 167:22 181:21

**rephrase** 206:22

**report** 156:4 177:4,10,11,13 308:6

**reported** 249:25 261:18

**reporter** 154:14 156:10,11 181:16 216:11 242:9 316:20,23 317:8,14, 17,21

**reports** 157:9

**represent** 154:8 157:6

**request** 288:5,24 306:8,17,20 307:7 315:8

**requesting** 236:5

**require** 293:24

**reschedule** 167:18 174:2 308:18

**reserve** 316:18

**reserved** 318:2

**respiration** 207:23 208:7

**response** 295:6

**responsibilities** 171:6,7 234:24,25

**responsibility** 160:13 161:14 242:17

**responsible** 229:6 243:21

**restricted** 197:3, 19

**result** 189:15

191:19 192:9 234:11 253:1 257:1 273:20,25 304:11

**results** 176:12 182:9 192:24 194:9 228:7 233:25 273:15,16 304:9

**RESUMED** 154:5

**return** 175:11

**returning** 291:6

**review** 155:12,17 172:11 208:24,25 209:1 236:6,24 239:6 308:11

**reviewed** 304:9 317:4

**reviewing** 311:19

**revise** 208:23

**rewrite** 175:21

**rhabdomyolysis** 184:3,4,22 185:16 194:1,8

**rhythm** 275:5,6

**right-hand** 220:8,25 221:3 276:7 285:5

**risk** 296:13,15

**Ritz** 228:21,24 229:1,6 236:18 238:4,5,20 239:3 240:2,5,9,24 244:13 250:6 276:19,20 277:22 278:5,13,21, 22 279:3,6,9,12 285:23 286:22 300:12 309:1

**role** 241:11

**room** 164:13 169:13 171:14 196:20,21 197:12 198:8,13,17,24 199:21,24 200:14,

ABDUR NAWOOR, M.D.

16,18,20,22 201:18, 20 202:1 215:23 217:11 277:14 310:20

**root** 193:6

**rough** 189:7,21

**rounds** 160:14, 22 161:2,14,21 167:25 168:7

**rule** 178:4 248:14 303:23,24

**run** 180:13,19 250:18 279:13

**Rupcich** 156:3,6, 7 158:10 159:19 177:6,9 179:9 181:5,20 183:20 184:25 187:2,20 193:21 196:14 197:22 203:4,13 205:14,19,23 206:1, 5,8 208:9,24 211:22 216:12,25 229:25 230:2,8,16,20,24 231:1,7,18 240:16 242:3 251:23 254:13,24 255:2,4, 11 260:18 281:7,9 282:13,16 284:25 288:6 291:11 294:24 295:10 300:9 301:9 303:2, 11,13 311:9,12,19 313:4 316:7,9,15,18 317:7,23

---

**S**

---

**sake** 154:13,14 156:17

**sample** 182:11

**SC** 252:17,19,20

**scan** 208:23 209:1 244:19,20 276:22, 24 277:4 278:6,7 279:18,19,21 280:9, 18,20,21 281:3,19

284:2 286:20 287:3, 7 290:5,9,16,22,25 297:7 298:11 313:16 314:6,8,17 315:15

**schedule** 165:10 166:20 167:1,9,10 168:15 172:14,16, 24 173:4,5,25 177:22,23 179:16 235:3 281:24 282:2 283:21 284:13 285:8,20 287:17,19 289:4 291:22 297:10 298:16 306:11

**scheduled** 163:7,9,13,15,24 165:17 168:17,20, 23 236:9 291:22 292:1,2,10,19

**scheduling** 289:3 314:25 315:10

**scope** 245:3,13

**scrolling** 157:15

**secretary** 238:22,23

**section** 268:14 285:5

**security** 314:25

**sedation** 249:5

**seek** 186:9

**sees** 220:20 285:21

**send** 163:20 176:21 177:18 178:10 180:17 215:8 229:25 239:3, 5 259:14 277:1,13, 22 278:20 279:14 295:22 309:14 312:20 314:15 317:1,3

**sending** 219:8 220:13 310:19

**sends** 308:3

**sense** 155:6 159:12

**sensitive** 250:22

**sensitivity** 250:12,16,18,24,25

**sentence** 265:20 266:2,15 267:4

**separately** 206:9

**serum** 181:7,9

**set** 165:9 166:16 170:14 171:24 172:1,5,10 243:6

**setting** 154:22 177:16

**Severino** 280:16,25 282:1,11 284:11,23 285:8,11, 17 287:16 289:2,6 293:13 297:6 305:12 307:4 313:5, 11 314:3 315:19 316:10,13

**Severino's** 281:24

**share** 196:20 198:13

**she'll** 174:13 232:9,11

**shed** 304:12

**sheet** 280:23

**short** 154:12 196:13 301:3 310:11

**show** 213:8 276:1 310:16 311:3 312:24

**showed** 211:12 234:3,12 279:22 290:25 304:23,24

**shown** 313:1

**shows** 251:4,10

**shuffle** 229:18

**sick** 163:1,7 164:23,25 165:21 166:5,7,9,19,21,23, 25 167:3,7,12,13 168:7,10 169:25 205:25 207:8 218:11 219:3,6,13 221:8

**side** 210:4 220:9 300:13,22 301:13 302:19

**sign** 213:2 218:14 269:2

**signals** 224:6

**signature** 212:7 261:10 316:19 318:1

**signed** 261:8,9 270:22 276:13 292:25

**significance** 254:2,10 255:16

**significant** 311:4

**signs** 201:19 271:13 272:15 310:5,8

**similar** 219:18

**simply** 266:16

**sink** 200:3,4

**sinus** 309:10,20

**sit** 162:9 169:5 200:9 216:3

**situation** 184:7, 13 188:4

**SIU** 293:16,23 294:5

**size** 162:18 190:3, 5 317:23

**skinny** 181:12,18 183:2 184:8,18

**sleep** 249:6

**slotted** 168:14

**small** 162:7

**smaller** 198:7

**soap** 200:3

**soft** 185:8,9

**solid** 262:23,24

**somebody's** 171:20

**someplace** 172:20

**sonograph** 307:13

**sonographic** 268:2 269:13

**sooner** 284:16 289:5 290:15,16 313:15

**sort** 191:12 242:16 250:25 264:13

**sorts** 186:24

**sounds** 308:3

**source** 248:6

**sources** 248:14

**space** 196:21

**Speak** 231:18

**speaking** 154:12,17

**special** 194:15 220:14,15,17,18

**specialist** 315:9, 12

**specialists** 305:18 306:9 314:21

**specializes** 240:9

**specialty** 239:19

**specific** 163:9 173:20 175:2

ABDUR NAWOOR, M.D.

220:22 226:5 257:6,
18,20 294:13

**specifically**
259:7

**specimen** 196:2
212:23

**specimens**
245:20

**spend** 198:20
199:5,9 253:9

**Springfield**
260:10 282:3
297:24 298:13

**St** 293:13,14

**stable** 189:9

**stage** 187:6

**stamped** 207:7

**standing** 190:24
310:3

**stands** 209:6
227:15 233:16,19

**start** 154:17 158:7
159:11,16 160:2
164:18 165:10
167:24 168:7 188:6
189:2,5,22 218:17
231:25 247:19
248:2 273:3

**started** 203:2
209:3 211:9 216:21
298:23

**starting** 206:15
211:20 251:16

**starts** 222:16

**stat** 306:1,3,8,12,
18 307:5

**state** 237:3,7
241:12

**statement** 266:9
267:17 268:13
269:7,18,22

**statements**
268:16

**states** 252:17

**stationary**
189:9,11,14

**stay** 201:18

**step** 277:21
279:11

**stick** 225:14

**sticking** 226:4

**stiff** 221:11

**stone** 170:14
189:7,11,15,22
190:5,15 192:15
193:10 208:20
210:1,25 211:1
213:21 214:1,2,22
216:8,17 248:18,20,
25 263:25 264:22
265:10,14,17 298:7
312:2 313:19

**stone's** 189:8

**stones** 188:14,
17,20,25 189:2,18
190:1,8,9 191:3,16,
19,23 193:11 194:4
210:2 213:19
224:11 225:7
226:11 245:9
264:21 265:3,5,25
268:25 269:20
297:14 298:3
303:20 312:23

**stool** 162:14

**stop** 211:16
214:21 217:21
273:5 274:20
300:23 301:16,18

**stopped** 272:24
274:12

**straight** 295:22

**strain** 212:2
213:20,22

**strained** 212:2

**straining** 213:17

**strictly** 267:9

**stricture** 245:25
246:1

**strip** 195:4 196:6

**Strom** 154:6,8
156:8,16,20 158:12
159:21 177:7,14
179:13 182:7
184:15 185:6
187:16 188:12
194:7 196:12,16,18
197:25 203:7,14
205:15,22 206:2,7,
11 208:11 209:2
217:2 230:1,6,9,19,
23,25 231:3,9,20
240:21 242:5,7,12
251:24 254:18
255:1,3,6,12
260:20,23 281:13
282:19 285:1,3
288:14 294:8,12
295:1,4,11 300:25
301:15 303:8
310:19 311:13,16
316:5,17,22,25
317:10,15,19

**strong** 216:7,14

**strongly** 277:4

**stuck** 214:1

**stuff** 162:4,9,21,
23,24 169:6 175:21
197:17,21 229:4

**subjective**
209:6,11 210:4
272:19 273:7
274:24

**subsequently**
158:8

**substance**
261:13

**sufficient** 308:9

**suggest** 304:15

**suggested**
228:23

**suggestion**
306:3 308:8

**suggestive**
305:5 309:22

**suggests** 195:8,
21

**supply** 266:6

**suppose** 251:21
252:25

**supposed** 159:9
201:16 202:10
214:7 256:9

**surgeon** 291:17
293:9 297:8 298:17

**surgery** 285:21
291:15,22,25 292:2,
7,9,13,19 293:1,7
294:3,15,17,20
295:15,17,22,25
296:3,13,14 298:21,
24 300:5 301:7
314:16

**surprised**
296:15

**surrounding**
307:25

**survived** 296:16

**sutures** 202:7

**sweating** 215:18
277:17 309:10

**sweaty** 215:6
217:8

**swelling** 188:9,
11 275:6,11,13,15,
17,22

**switch** 242:4

**sworn** 154:3

**symptom**
268:25 269:3

**symptomatic**
216:2 217:7 277:16
310:25

**suggestion**
306:3 308:8

**symptoms**
186:24 187:17
188:24 193:1
202:14 215:17
219:22 269:1

**system** 283:16
290:17 298:12,14,
15 300:19 302:2
303:5

---

**T**

**table** 162:19
164:13 200:8

**tachycardia**
309:20

**tachycardic**
309:11

**tagged** 222:25

**takes** 160:25
161:5,8 166:16
170:21 214:6
283:22 290:11
291:18,20 293:8

**taking** 169:11
212:23

**talk** 154:15 156:1,
2 160:23 161:16
166:14 176:11
192:16 200:23
202:20 203:23
206:12,15 215:10
216:4 225:16,19
229:11 232:13
235:2 236:17,18
239:7 242:18
243:12 262:15
268:16 273:6 275:2
276:19 278:16
283:17,19 284:15
286:12,14 288:11
296:25 300:15
306:14

**talked** 182:24
226:12 227:1
228:22 232:6
235:17 257:2
267:16 269:8,15

ABDUR NAWOOR, M.D.

276:19 284:11,14, 22 286:15 289:1,11 296:22,23 307:10 309:9 315:14

**talking** 155:24 165:14 179:9 184:17 188:4,6 202:11 207:23 215:8 216:22 220:3 226:15 227:20 235:5 238:25 241:13 266:6,25 267:1,2 270:2 272:1 277:18 278:21 287:4 296:19 309:13

**task** 161:18,20

**Taylorville** 175:24 177:20 180:1,4,11,19,24 182:16 190:17 194:18 204:19 234:19 256:7,17 258:2,24 260:2 273:20

**technician** 176:1 198:25

**technology** 238:19

**teleclinic** 232:25 256:20,23 258:3

**telemed** 228:2

**telephone** 238:25 239:1,2

**telling** 174:5 189:24 297:12 298:1

**tells** 186:14 212:15 213:13 234:8 235:7,9,20 257:2 311:24

**temperature** 200:25 207:22 208:3

**ten** 163:11,18 169:19

**tenderness** 275:7,8

**terms** 158:19 168:12 278:23

**test** 180:24 182:8, 18,19 186:1,2 188:13 194:15,20, 21,22,23 195:10,16, 24,25 196:8 222:5 292:13

**tested** 182:17

**testified** 190:6 196:19 201:9 213:7 259:17

**testifies** 154:3

**testify** 155:9

**testimony** 203:16 226:8 232:9 238:14 249:12 256:21 258:11 275:10 281:15 282:7 285:11 288:2 302:21 309:5 311:18

**testing** 181:3 183:1 288:4

**tests** 194:17 195:10 200:15 234:1 297:19 305:25 312:17

**Tetracycline** 250:23

**thin** 261:19

**thing** 156:1 163:15 166:16,20 170:13 172:15 187:3 190:22 194:18 199:12 205:20 213:24 214:22 216:3 219:18 224:9 225:12 229:19 245:23 257:25 264:8 267:21 284:14 290:12,13 298:19 313:17

**things** 170:25 171:2,19,22 176:19 188:5,19 199:8 210:10 212:10 217:8 220:4 224:23 232:21 235:1,6 241:16 256:4 286:10 298:13 301:19 309:15 310:10 314:15

**thinking** 290:4

**thinner** 192:11

**thinners** 193:9

**thinning** 261:19, 21,22 262:4 267:16, 25 268:22,24

**thought** 201:9 305:10

**time** 156:3,24 157:2,8,9 158:2 159:16 160:9 161:6, 8 162:25 163:9,14, 16,24 165:5,7,11, 13,25 166:16 168:4, 23 169:20 170:21 171:16,24 172:1,6, 10,13 173:16,17 174:3,11,15,23,25 175:1 186:5 198:20 199:4,9 214:7 215:19 216:20 220:13 226:17 232:4 237:2,19 242:14 253:9 270:21 277:19 283:22 287:17 291:19 293:8,17,21 295:13 296:1 297:19,25 298:20 301:3 302:15 304:1, 13,17 305:7 306:20 307:8 310:4 313:19, 20 316:10

**timely** 298:14

**times** 154:11 165:10 173:21,23 174:21 180:2,5 197:20 204:11,14

**timestamp** 242:22,24

**tissue** 185:8,9,16 248:25 261:24 263:18

**titled** 221:20

**today** 155:10,25 158:6,24 165:2 166:4 182:21 213:7 276:10,11

**today's** 203:16 281:15

**told** 190:7 222:11 235:8 258:18 284:17 288:19 297:21 298:5 303:20 313:3 315:14,17

**top** 206:6 210:5 211:4,20 219:12 221:22 229:24 230:12 233:1 249:19 260:8

**totally** 256:15

**trace** 189:15

**tract** 194:25 195:1 206:5 219:12,13 220:5,24 221:1 265:15 312:2,21

**training** 178:21, 25

**transcript** 316:21

**trauma** 192:12 193:11 194:4 226:12

**treated** 176:18 188:20 203:3 235:4 303:6

**treatment** 177:1 254:9 255:25 256:16,24 257:9,14 258:16 260:1 300:21,23 314:1,7

**true** 253:5

**truthfully** 155:10

**tumor** 263:1,9 291:1

**turn** 216:19

**type** 170:12 185:9, 14 212:20 220:13

**typed** 219:7 220:5,9 231:11 259:5

**typical** 160:12 163:1 164:24 170:22

**typically** 170:2 189:12,15 236:24

---

**U**

**UA** 227:13 228:6 233:14,19 250:6

**uh-huh** 157:17 168:2,9 183:4 184:23 193:8 196:23,25 203:25 204:20 206:17 207:6 208:8 209:13 211:3 218:4,9 220:7,11 221:5,23 222:19 223:11 225:1,5 227:5 231:6 233:2 236:2,4 241:4 244:4 248:9 249:23 250:2,10 251:6 252:14 253:17,24 258:9 260:11,13 261:1,4 262:10,19 265:22 267:6 268:15,18,23 271:5, 19 274:6,13 277:9 280:1 283:3 285:7, 18 286:2,18 288:17 290:21,24 299:23 304:6 305:14 308:7 310:21 314:2

**ultrasound** 177:5,19,25 178:13, 18,20 179:10,14,19,

ABDUR NAWOOR, M.D.

December 04, 2018
Index: underneath..written

22,25 215:11
216:16,20 228:23
229:10,13 244:13
251:21 252:3,25
254:12,14 255:10
261:17 263:14
265:19 268:9
269:25 270:11,13,
14 272:3 277:5,6
279:23 297:5 304:5,
11,14,19,23 305:3,5
307:18 308:2,3,5
312:12,22,24
313:18

**underneath**
207:10 212:7

**understand**
154:18,22,23
157:10 158:14,16,
24 167:22 171:5,7
174:4,20 176:23
206:22 215:12
238:13 240:24
249:12,17,22 250:3,
6 251:15,17 253:6
254:6 266:23
269:11 278:9 291:4
302:21

**understanding**
158:25 167:21
182:21 191:11
244:21

**understood**
155:6 238:14
274:19

**underwent**
304:5

**undetermined**
276:5

**undiagnosed**
284:7

**unexpectedly**
184:17 185:11

**uniformly** 249:7

**union** 169:17

**upcoming**
172:11

**upper** 156:23
220:5,24 221:2

**upright** 190:24

**upwards** 174:22

**ureter** 189:5
194:6 216:18
244:16 245:4,7
246:2 247:16,19,24
263:24 264:17,19
278:1 279:15,16
312:3,16

**ureters** 246:10
247:3,4,9,12 248:8
264:11

**urethra** 245:14
246:3,6 248:11

**urinalysis**
227:22,23 228:7
233:19,23 250:7
273:12,16,20,25

**urinary** 194:25
195:1 206:5 219:12,
13 220:4,24 221:1

**urinates** 214:7

**urinating** 187:22
217:20 220:21

**urine** 181:7 182:5
184:12 187:12,23,
24 188:10 189:16
191:6,17,20,24
192:1,2,3,9 193:6
194:1,9,20,21,23
195:2,23,25 196:2,6
202:2 204:16 205:7
207:14,16 211:12,
15,24,25 212:2,25
213:11,20,25 214:1
221:9 222:4 223:12,
18,25 227:14
245:22 248:15
251:13 264:24
266:4 267:7 272:22
273:10 274:1
275:25 276:10,11
277:7,11,14 288:20
297:4 307:16 308:1

**urine's** 189:19

**urologist** 212:5
216:8 244:15 246:6,
9,12,22,25 277:23
278:9,20,23 279:4,
10,13 280:2,3,14
284:9 287:24 288:3,
4,24 294:5 298:10,
17

**urologists**
276:25

**urology** 291:17
312:20

**USD** 251:8,15,20,
21 252:2

**utilization** 229:7
242:19,21 243:5,6,9
249:11,13 255:17,
22,24 256:5,16
278:10 282:8
286:17 287:1
293:24 313:24

**V**

**vague** 181:5
183:20 184:25
187:2,20 193:22
291:12

**values** 311:7

**varies** 163:21
166:17 170:13
179:16,19

**veins** 291:5

**vena** 291:2,5

**venous** 266:7,13,
20 267:2,13 276:2

**verbally** 235:20
296:23

**vessel** 291:6

**vice-versa**
162:5

**video** 154:9,10,15

**visible** 191:17,20,
21

**visibly** 309:7

**visit** 215:14

**visual** 245:16,18
247:8

**visualize** 307:20
308:12,13

**visually** 246:6,
10,13,18

**vital** 201:19
271:13 272:15

**Votrient** 299:15
300:12 301:22

**W**

**wait** 154:16
169:21 278:15
284:2 302:8

**waiting** 171:14
201:20 252:18,23,
24 276:18 287:1,13
289:21 290:2

**walk** 207:5 272:16

**walking** 310:3

**wall** 198:12

**wanted** 244:18
259:24 284:16
300:15

**waste** 183:5

**week** 198:15
290:11

**weeks** 176:20
179:17,21 283:2,8,
15 284:3,6 285:17
286:25 287:12
291:21 293:17

**weigh** 200:23

**weight** 188:1
200:20 207:24,25
228:5

**Wexford** 156:5
174:12 178:5 179:1,
3 287:2 293:25

314:13 316:12

**Wexford's**
285:23 313:23

**wheelchair**
316:2,4

**white** 195:6,20
212:15,20 213:8

**William** 154:8

**woke** 189:25

**wondering**
257:12

**word** 227:24,25
251:16 269:10
311:17,21,23,24

**words** 221:12
298:1

**work** 162:1 172:18
187:9 234:19 310:4
312:20 314:11

**working** 157:22
158:14 162:8
168:20 173:24
174:1 224:20 289:3

**works** 234:20

**workup** 276:21

**world** 188:22
283:24 290:6 303:7

**write** 162:4,24
166:10 172:1,3,6,8
175:8,9,14,17,20
196:22,24 202:18
218:10 225:10
229:15 236:21
239:6 243:18 256:3,
11 257:4 259:4
276:23 316:22

**writes** 235:18

**writing** 171:25

**written** 166:11
207:3 208:17
209:14,24 211:6
218:11 219:9
225:22 235:13
249:17,20 262:17

ABDUR NAWOOR, M.D.

December 04, 2018
Index: wrong..yesterday's

276:4,8,14 285:5

**wrong** 156:15
167:23 224:7 247:4
270:9

**wrote** 210:8,14,22
219:2 225:6 254:22
271:22 274:23
275:9 277:7

**wstrom@
jenner.com.**
317:20

---

### X

---

**x-ray** 163:20
175:19,23 176:2,5,
7,12,24,25 177:1
178:10 180:4
190:14,16,21,25
191:2 198:25

**x-rays** 163:19
170:11,17 176:5
293:20

---

### Y

---

**year** 174:12,23
208:22

**years** 189:24
240:1 259:15

**yesterday** 181:9
182:1 201:9 317:5

**yesterday's**
155:13