EXHIBIT B      E-FILED
Friday, 25 October, 2019 02:59:49 PM
Clerk, U.S. District Court, ILCD

REBECCA EINWOHNER
November 20, 2018

```
 1              THE UNITED STATES DISTRICT COURT

 2           FOR THE CENTRAL DISTRICT OF ILLINOIS

 3                   SPRINGFIELD DIVISION

 4                      -  -  -
     WILLIAM KENT DEAN,          ) CIVIL DIVISION
 5                               )
             Plaintiff,          ) NO. GD 17-CV-3112
 6                               )
                                 )
 7                               ) DEPOSITION OF
                                 ) REBECCA EINWOHNER
 8      -vs-                     )
                                 ) Filed on Behalf of the
 9                               ) Plaintiff
                                 )
10                               ) Counsel of Record For
     WEXFORD HEALTH SOURCES,     ) This Party:
11   INC., DR. ABDUR NAWOOR,     )
     DR. REBECCA EINWOHNER,      ) William M. Strom, Esq.
12   NURSE KATHY GALVIN, and     ) Jenner & Block
     LISA MINCY                  ) 353 N. Clark Street
13                               ) Chicago, IL 60654
             Defendants.
14

15

16

17

18                      -  -  -

19

20      REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
        WITHOUT AUTHORIZATION FROM THE CERTIFYING AGENCY
21

22

23

24
```

REBECCA EINWOHNER                                        November 20, 2018

```
 1              DEPOSITION OF REBECCA EINWOHNER, a

 2    Defendant herein, called by the Plaintiff for

 3    examination, taken pursuant to the Federal Rules

 4    of Civil Procedure, by and before Alyssa A.

 5    Repsik, a notary public in and for the

 6    Commonwealth of Pennsylvania, at Wexford Health

 7    Sources, Inc., 501 Holiday Drive, Foster Plaza 4,

 8    Pittsburgh, PA, on Tuesday, November 20, 2018, at

 9    9:37 a.m.

10    COUNSEL PRESENT:

11
      For the Plaintiff:      William M. Strom, Esq.
12                            Jenner & Block
                              353 N. Clark Street
13                            Chicago, IL 60654

14
      For the Defendants:     Joseph N. Rupcich, Esq.
15                            Cassiday Schade, LLP
                              111 North 6th Street
16                            Springfield, IL 62701

17
                              Brett Furmanski, Esq.
18                            Illinois Attorney
                              General's Office
19                            424 S. 2nd Street
                              Springfield, IL 62701
20

21

22

23

24
```

page 3 of 301 transcript

REBECCA EINWOHNER                              November 20, 2018

Page 3

```
 1                      -   -   -

 2                    I N D E X

 3   WITNESS                              PAGE

 4   Rebecca Einwohner, M.D.

 5    By Mr. Strom                        3, 267
      By Mr. Rupcich                        263
 6
                        -   -   -
 7
               E X H I B I T S
 8
      NUMBER      DESCRIPTION             PAGE
 9     1          CT 8/14/14               177
       2          11/11/14 Dr. Baron Note  188
10     3          UM Note                  189
       4          Furlough Paperwork       191
11     5          Pinckneyville Note       196
       6          Kidney Ultrasound        204
12     7          E-mail                   206
       8          Renal Teleclinic Order   235
13     9          Progress Note            256
      10          3/10/16 Note             261
14

15

16

17

18

19

20

21

22

23

24
```

U.S. Legal Support, Inc.
(312) 236-8352

Page 4

```
 1                P R O C E E D I N G S
 2           REBECCA EINWOHNER, a Defendant
 3   herein, having been first duly sworn, was
 4   examined and testified as follows:
 5                   EXAMINATION
 6   BY MR. STROM:
 7       Q.    Dr. Einwohner, good morning.
 8       A.    Good morning.
 9       Q.    My name is Bill Strom.  I work at
10   Jenner & Block in Chicago, and I represent
11   William Kent Dean, who's the Plaintiff in this
12   case.
13           I want you to know that, obviously,
14   the technology is fickle and it's not an ideal
15   setup today; so I apologize for that.
16           One thing I've noted so far with
17   the audio is that sometimes when you speak,
18   due to the delays, it's just a little bit
19   quiet.  It doesn't quite come through very
20   well to me.
21           So one thing I'd like to ask you,
22   please, is to speak up and to speak slowly,
23   maybe even more so than usual if that's okay.
24   Does that sound okay to you?
```

REBECCA EINWOHNER                              November 20, 2018

```
 1        A.    It does.  I'll repeat back what I
 2   heard from you, is that there are delays
 3   between the audio and visual, that we should
 4   take time and speak loudly, clearly.
 5        Q.    That's right.  And I heard all of
 6   that very clearly.  So that -- if you're
 7   comfortable with that volume, that will work
 8   very well for me.
 9        A.    Okay.
10        Q.    Can you please state your name and
11   spell it for the record?
12        A.    Rebecca Einwohner, R-E-B-E-C-C-A,
13   E-I-N-W-O-H-N-E-R.
14        Q.    And I heard you pronounce it
15   differently than I have.  I'm very sorry about
16   that.  It's Einwohner?
17        A.    Einwohner.
18        Q.    Okay.  And what is your city and
19   state?  In what city and state do you reside?
20        A.    Pittsburgh, Pennsylvania.
21        Q.    And you're currently employed at
22   Wexford; is that right?
23        A.    Yes.
24        Q.    And what's your title at Wexford?
```

REBECCA EINWOHNER                                    November 20, 2018

Page 6

```
 1      A.      Telemedicine physician.

 2      Q.      Have you ever given a deposition

 3   before, Dr. Einwohner?

 4      A.      Yes.

 5      Q.      Okay.  Since you've been deposed

 6   before, we're going to quickly talk about just

 7   some ground rules to remind you before we

 8   begin today and what those ground rules are.

 9              And so the first is the court

10   reporter took an oath.  You are -- or you took

11   an oath from the court reporter, and you're

12   under oath today.  That has the same effect as

13   though are you testifying in court; do you

14   understand that?

15      A.      Yes.

16      Q.      And it's important, as we have

17   already discussed a little bit, for there to

18   be a clear record of today's deposition.

19              I'm going to ask a series of

20   questions, and to make sure that there's a

21   clear transcript, it's important that you

22   respond audibly to each of my questions

23   without using just a nod or a head shake.  Do

24   you understand that?
```

REBECCA EINWOHNER                          November 20, 2018

Page 7

```
 1       A.    Yes.
 2       Q.    And related, please allow me to
 3  finish my question before you answer, and I
 4  will allow you to finish your answers before I
 5  start my next question.  So far I think that's
 6  going very well despite the technical problem.
 7       A.    Okay.
 8       Q.    Does that make sense?
 9       A.    Yes.
10       Q.    If you don't understand any of my
11  questions, just let me know and I'll do my
12  best to rephrase it.  Do you understand that?
13       A.    Yes.
14       Q.    If you don't say anything about
15  understanding a question, I will assume that
16  you do understand.  Does that make sense?
17       A.    Yes.
18       Q.    If there's ever a point during the
19  course of today's deposition that you need a
20  break, water, something -- a bite to eat, just
21  let me know or let Mr. Rupcich know that and
22  we can accommodate you on that.
23             The only thing that I request is
24  that we answer any pending questions before
```

REBECCA EINWOHNER                          November 20, 2018

Page 8
1    going to a break.  Do you understand that?
2         A.    Yes.
3         Q.    Do you have any questions about the
4    procedure we're going to follow today for the
5    deposition?
6         A.    No.
7         Q.    Is there any reason you cannot
8    testify truthfully today?
9         A.    No.
10        Q.    You mentioned before just a moment
11   ago that you have been previously deposed.
12   How many times do you think you have been in a
13   deposition and been deposed?
14        A.    One.
15        Q.    And when was that?
16        A.    Approximately five or six years
17   ago.
18        Q.    What kind of a case was it?
19        A.    Can you please clarify?
20        Q.    Sure.  Were you the defendant or
21   one of the defendants in that case?
22        A.    I don't recall.
23        Q.    Who was the plaintiff?
24        A.    Can you please clarify?  Are you

REBECCA EINWOHNER                          November 20, 2018

Page 9

1    asking for a patient's name?

2         Q.    I'm asking something about -- if

3    you cannot give the patient's name, I

4    understand.  But it was a medical patient who

5    was the plaintiff?

6         A.    I believe so.

7         Q.    And --

8                   MR. RUPCICH:  It's fine.

9    BY MR. STROM:

10        Q.    -- was the medical patient

11   plaintiff, was that plaintiff -- did that

12   plaintiff receive care from Wexford?

13        A.    Yes.

14        Q.    Did you treat that plaintiff as

15   that plaintiff's doctor?

16        A.    Yes.

17        Q.    And when you say "yes," does that

18   mean you visited with or had appointments with

19   that plaintiff via teleclinic?

20        A.    Yes, via teleclinic.

21        Q.    Did you ever meet that plaintiff in

22   person for medical consultation or treatment?

23        A.    No.

24        Q.    Do you know where that patient was

REBECCA EINWOHNER                                    November 20, 2018

Page 10

1   residing at the time that you met with him or

2   her via teleclinic?

3       A.    Are you referring to a correctional

4   facility name?

5       Q.    If that person was at a

6   correctional facility, yes.

7       A.    The individual was at a

8   correctional facility.  I do not recall which

9   particular one at the time.

10      Q.    Do you know what state the

11  correctional facility was in?

12      A.    The correctional facility was in

13  Illinois.

14      Q.    Were you represented by counsel

15  when you were deposed?

16      A.    Yes.

17      Q.    Who was counsel when you were

18  deposed five or six years ago?

19      A.    Matthew Weller.

20      Q.    What firm was Mr. Weller practicing

21  at the time?

22      A.    I do not recall.

23            MR. RUPCICH:  Bill, he's at my

24  firm.  I can cut to the chase on this.

REBECCA EINWOHNER                                November 20, 2018

```
 1                    MR. STROM:  Thank you.
 2                    MR. RUPCICH:  And as part of
 3   our discussion from yesterday, we can give you
 4   the case number.
 5                    MR. STROM:  Sure.  Okay.
 6   BY MR. STROM:
 7       Q.    Dr. Einwohner, you said you do not
 8   recall if you were a defendant in that case?
 9                    MR. RUPCICH:  Do you know if
10   you were a defendant or whether you were
11   deposed as a witness treating physician?
12                    THE WITNESS:  I don't recall
13   the distinction.
14   BY MR. STROM:
15       Q.    Do you understand that you are a
16   defendant in this case?
17       A.    Yes.
18       Q.    Have you ever testified at a trial
19   or an arbitration?
20       A.    Can you please clarify?
21       Q.    Yes.  Have you ever given testimony
22   in a different context, in a courtroom or
23   before a judge or an arbitrator?
24       A.    I still need more clarification.
```

REBECCA EINWOHNER                          November 20, 2018

```
 1                    MR. RUPCICH:  He just wants to
 2    know if you've ever testified in court in
 3    front of a judge or, you know, quasi-judicial
 4    proceeding.
 5              Have you ever testified other than
 6    in the deposition you told him about a minute
 7    ago?
 8    BY MR. STROM:
 9        Q.    That's right.  That's my question.
10        A.    Jury duty, but it was dismissed and
11    never went to anything.  Just in a room with
12    jurors.  And I had to go to a courthouse after
13    somebody stole my bag.
14        Q.    Okay.
15        A.    I don't know what you would call
16    that meeting.
17        Q.    So you talked about two different
18    occasions; am I understanding you correctly?
19        A.    I spoke about two.  I've never -- I
20    think I may have been called a couple of times
21    for jury duty, but they were always -- they
22    never got very far.  They were in a room with
23    jurors waiting, and then we listened to some
24    information and were dismissed.  That may have
```

REBECCA EINWOHNER                          November 20, 2018

```
 1   been a couple of times.
 2        Q.    I understand.  So you were not a
 3   witness in a trial proceeding in those
 4   instances?
 5        A.    No.
 6        Q.    Okay.  When Mr. Weller represented
 7   you at the deposition, you said, five or six
 8   years ago, do you recall generally what the
 9   topic or the subject matter that you testified
10   on was?
11        A.    I recall the general case of the
12   patient.
13        Q.    What do you mean by that, "the
14   general case"?
15        A.    I recall the name.  I recall some
16   of the medical problems the patient had.
17        Q.    And so your testimony in that case,
18   was it about his medical diagnosis?
19        A.    I believe so.
20        Q.    And did it also concern the steps
21   that you took to diagnose him?
22        A.    I don't recall.
23        Q.    Did it involve the steps that you
24   took to prescribe treatment for his medical
```

REBECCA EINWOHNER                              November 20, 2018

Page 14

1    diagnosis?

2         A.    I don't recall the specifics of the

3    deposition with Mr. Weller.

4         Q.    Okay.  Do you recall what subject

5    he talked about during that deposition at all?

6         A.    No.

7         Q.    Okay.  Have you ever been a

8    plaintiff or a defendant in a court proceeding

9    in your personal capacity?

10        A.    As I previously mentioned, once I

11   had to go to a courthouse after my bag was

12   taken.  I don't recall what kind of a legal

13   proceeding that was.

14        Q.    So you did not hire a lawyer or

15   file a lawsuit against the person who took

16   your bag?

17        A.    No.

18        Q.    Okay.  I want to talk next about

19   what you did to prepare for today's

20   deposition.  Did you review any documents in

21   preparation for today's deposition?

22        A.    Yes.

23        Q.    What documents did you review?

24        A.    The patient's chart.

REBECCA EINWOHNER                               November 20, 2018

Page 15

1        Q.    And when you say "the patient's

2    chart," you mean medical records pertaining to

3    William Kent Dean; is that right?

4        A.    Yes.

5        Q.    Specifically what documents from

6    Mr. Dean's records did you review?

7        A.    Clinic notes, imaging reports,

8    refusals for services, E-mails with

9    utilization management, notes related to

10   urology.

11                MR. RUPCICH:  Bill, basically

12   it's that packet of info we sent you.

13                MR. STROM:  Okay.

14   BY MR. STROM:

15       Q.    Dr. Einwohner, are you familiar

16   with the packet Mr. Rupcich is referring to?

17       A.    Yes.

18       Q.    Okay.  Did you review any documents

19   beyond that packet?

20       A.    I believe that that is the packet

21   is -- I believe that's the packet.

22       Q.    So you did not review anything

23   else?

24       A.    I have a paper chart that, as every

Page 16

1   teleclinic patient has, which I believe is the

2   same as this packet here.

3        Q.     So the paper chart that you just

4   mentioned, it would be basically photocopies

5   of that packet, or that packet is photocopies

6   of it; is that right?

7        A.     I believe that Mr. Rupcich's chart

8   is a photocopy of the paper chart.

9        Q.     I understand.  Did you have

10  conversations with anyone besides your lawyer?

11       A.     I spoke with internal risk

12  management to set up this appointment.

13       Q.     In your conversation with internal

14  risk management, what did you talk about?

15       A.     Logistics of scheduling, time frame

16  we would need, days we would -- what we would

17  do a day, a deposition day, for example,

18  preparing what I would need to do.

19       Q.     When you say, "preparing what you

20  would need to do," did you discuss with

21  internal risk management what documents you

22  should look at?

23       A.     I do not recall specific which

24  documents.

REBECCA EINWOHNER                        November 20, 2018

Page 17

```
 1        Q.    Did they tell you to review any
 2   documents?
 3        A.    I do not recall specific
 4   instructions.
 5        Q.    About how many times did you talk
 6   with somebody in internal risk management?
 7        A.    A couple several times regarding
 8   setting up the appointment, confirming.
 9        Q.    Was it more than five?
10        A.    I don't recall.
11        Q.    Less than five?
12        A.    Likely.
13        Q.    I'm sorry.  I missed that.
14        A.    Likely.
15              MR. RUPCICH:  Make sure to
16   keep your voice up.
17   BY MR. STROM:
18        Q.    Likely less than five times?
19        A.    Likely.  Can you hear me?
20        Q.    For the most part.  I just stumbled
21   over the word "likely."
22              Any conversations with anyone else
23   about this deposition?
24        A.    I don't recall.
```

REBECCA EINWOHNER                                    November 20, 2018

Page 18

1       Q.      Did you prepare any documents to

2    prepare for this deposition?

3       A.      Can you please clarify?

4       Q.      Sure.  Did you take any new notes

5    in preparing for this deposition?

6       A.      Yes.

7       Q.      And what was the subject of the new

8    notes that you took in preparation for this

9    deposition?

10      A.      Organization.

11      Q.      What do you mean by "organization"?

12      A.      Dividing the patient's chart into

13   different subject areas, such as imaging

14   studies versus clinic notes.

15      Q.      Did you make an index or another

16   document that shows that organization of the

17   different documents in the patient's medical

18   record?

19      A.      Could you please repeat that?

20      Q.      Sure.  Did you make an index,

21   handwritten or typed up, of the organization

22   you just described?

23      A.      Yes.

24      Q.      Did you make any other notes about

REBECCA EINWOHNER                          November 20, 2018

```
 1   that organization you just described?

 2        A.    I don't think so.  I need to stop

 3   for a moment and tell that you your video

 4   image on the screen just went away and

 5   reappeared.

 6        Q.    Okay.  Can you see me now?

 7        A.    I can.

 8        Q.    Okay.

 9        A.    Can you see me now?

10        Q.    I can, yes.

11              THE WITNESS:  Did anybody else

12   in the room see Mr. --

13              MR. RUPCICH:  I was looking

14   down at my paper.  I didn't see it.  Seems

15   fine now.

16              THE WITNESS:  Okay.

17   BY MR. STROM:

18        Q.    Okay.  We were just talking about

19   the notes that you made while preparing for

20   this deposition.  You mentioned that you made

21   an index of the documents from the patient's

22   chart, from Mr. Dean's chart for his medical

23   record.  Did you make any other notes?

24        A.    Clarification:  I'm not sure what
```

REBECCA EINWOHNER                                    November 20, 2018

Page 20

1    you mean by an "index."  I don't recall any

2    others.

3         Q.    Okay.  When I say an index, I guess

4    I meant a list of categories, of documents.

5    And you mentioned categories like imaging and

6    clinic notes, and so I imagine an index would

7    be just a list of those documents or of those

8    categories of documents.

9              Did you make such a list of the

10   categories of those documents?

11        A.    Yes.

12        Q.    And when you made that list, does

13   that list show the page numbers or some other

14   identifications of which documents belong to

15   which category?

16        A.    No.

17        Q.    Do you have a copy of that index in

18   front of you today?

19        A.    No.

20        Q.    Okay.

21        A.    No.

22        Q.    I'm not asking because I think

23   you're hiding something.  I'm asking only

24   because I see that you have documents in front

REBECCA EINWOHNER                          November 20, 2018

Page 21

 1   of you that I can't read there here.  That's
 2   the only reason I ask.
 3                   MR. RUPCICH:  It's blank
 4   paper.
 5                   THE WITNESS:  Blank paper.
 6   BY MR. STROM:
 7       Q.    Okay.  Got you.
 8       A.    It says Brett Furmanski, Attorney
 9   General, and William Strom, your name.  The
10   other three are blank.
11       Q.    That's fine.  Yeah.  Okay.
12             So it's your testimony you don't
13   recall making any other notes besides that
14   list of categories?
15       A.    No.  I don't recall.
16       Q.    Okay.  I would like to speak next
17   about your education.
18             Where did you attend undergraduate
19   university?
20       A.    University of California.
21       Q.    Is that the University of
22   California Berkley?
23       A.    I started at Berkley.  I graduated
24   from Davis.  There were only a couple terms

REBECCA EINWOHNER                    November 20, 2018

1    over a couple years there.

2         Q.    What degree did you earn from the
3    University of California?

4         A.    Bachelor's of Science in
5    physiology.

6         Q.    Did you have any other majors
7    besides physiology?

8         A.    No.  I came in undeclared.

9         Q.    Did you earn a minor in any other
10   area?

11        A.    No.

12        Q.    What is physiology?

13        A.    The study of how things work.

14        Q.    What do you mean by, "the study of
15   how things work"?

16        A.    The study of how a living thing
17   might work.

18        Q.    Is physiology relating to all
19   living things, animals, plants?

20        A.    I believe that plants have
21   physiology and animals have physiology.

22        Q.    Okay.  Did you study a specific
23   kind of physiology?

24        A.    Animal.

REBECCA EINWOHNER                                    November 20, 2018

Page 23

```
 1        Q.     And was your study in animal
 2  physiology focused on humans or was it broader
 3  than that?
 4        A.     No, it was broader.
 5        Q.     Okay.  What other degrees do you --
 6  have you earned?
 7        A.     I have a medical degree.
 8        Q.     And is that a medical doctor, M.D.?
 9        A.     Yes.
10        Q.     Where did you earn your M.D.?
11        A.     New Jersey Medical School, Rutgers.
12        Q.     To step back just one moment, what
13  year did you earn your Bachelor's of Science
14  from the University of California system?
15        A.     1991 I graduated from Davis.
16        Q.     And what year did you begin study
17  at the New Jersey Medical School at Rutgers?
18        A.     Repeat, please.
19        Q.     What year did you begin study at
20  the New Jersey Medical School for your M.D.
21  degree?
22        A.     So that would have had to have been
23  '93, because I graduated in May of '97.
24        Q.     And what did you do between your
```

Page 24

```
 1   graduation from the University of California

 2   in 1991 and starting your studies for your

 3   medical doctor degree at the New Jersey

 4   Medical University at Rutgers?

 5        A.     Several things.  I was a research

 6   assistant at the Johns Hopkins Medical Center

 7   in approximately 1992 for close to a year.  I

 8   did exam preparation for medical school

 9   entrance.  I was a substitute teacher, and I

10   cared for an elder grandparent.

11        Q.     Okay.  Let's see if we can put

12   those in chronological order.  I understand

13   these things sometimes overlap, and that's

14   okay.

15             So after your graduation in 1991

16   from University of California Davis, what was

17   the first of those -- or what was the first

18   job, if you will, that you took on?

19        A.     I recall doing some teaching.

20        Q.     And is that the substitute teaching

21   you were referring to, or is that a separate

22   teaching?

23        A.     No, that's the teaching.

24        Q.     Okay.  So you began substitute
```

REBECCA EINWOHNER                               November 20, 2018

Page 25

1    teaching in 1991; is that right?

2          A.    Yes.

3          Q.    And --

4          A.    Yes.

5          Q.    -- when did you stop substitute

6    teaching?

7          A.    By 1992 I believe I had moved.  And

8    I was a research assistant.

9          Q.    And where did you substitute teach?

10         A.    In California.

11         Q.    What city?

12         A.    Variable.

13         Q.    Can you give me a short list of

14   some of the cities?

15         A.    I don't recall.

16         Q.    Was it in the -- can you give me

17   the name of a large metro area city that it

18   was close to?

19         A.    The Bay Area.  It's the San

20   Francisco Bay Area.

21         Q.    Okay.  So you substitute taught in

22   multiple cities in the Bay Area from 1991 to

23   1992?

24         A.    Yes.

REBECCA EINWOHNER                                November 20, 2018

    1        Q.    In 1992, you testified that you
    2   were a research assistant at Johns Hopkins
    3   Medical Center.  That's in Baltimore; is that
    4   right?
    5        A.    Yes.
    6        Q.    And you testified it was for
    7   approximately one year?
    8        A.    I said close to one year, I
    9   believe.
   10        Q.    Okay.
   11        A.    Nine months, one year, something in
   12   that range.
   13        Q.    Okay.  You also mentioned
   14   previously that you had exam prep for medical
   15   school entrance.  Do you recall approximately
   16   when you took the medical school entrance
   17   test?
   18        A.    I don't recall.  It would have been
   19   in the '91 to '93 range.
   20        Q.    Do you recall if you were in the
   21   Bay Area when you were studying for the -- was
   22   it the MCAT?  I'm sorry.  That was a compound
   23   question.
   24              It was the MCAT that you were

Page 27

1    studying for; is that right?

2         A.    Yes.

3         Q.    Do you recall you were living in

4    the Bay Area when you were studying for the

5    MCAT?

6         A.    I believe so.

7         Q.    Do you recall if you also studied

8    for the MCAT during the time you lived in

9    Baltimore?

10        A.    I don't recall.

11        Q.    Okay.  You also mentioned that you

12   cared for an elderly grandparent.  Where was

13   that?

14        A.    In the Bay Area in California.

15        Q.    And so when did you begin caring

16   for your grandparent?

17        A.    1991.

18        Q.    And when you moved to Baltimore and

19   Johns Hopkins, at that time, was it no longer

20   your responsibility to care for that

21   grandparent?

22        A.    No.

23        Q.    Okay.  When you were a research

24   assistant at Johns Hopkins Medical Center,

REBECCA EINWOHNER                                November 20, 2018

                                                              Page 28
1    what sort of research were you assisting in

2    doing?

3         A.    Within a clinical trials group

4    within endocrinology, and assisting in some of

5    the data related to fats and diabetics.

6         Q.    Was that a paid position?

7         A.    Yes.

8         Q.    You testified so far this morning

9    that you worked as a substitute teacher in the

10   Bay Area.  That you worked as a research

11   assistant at Johns Hopkins Medical Center in

12   Baltimore.  And that you also had

13   responsibility to care for an elderly

14   grandparent in the Bay Area.  And you studied

15   for and prepared for the medical school

16   entrance exam, the MCAT, from the period 1991

17   to 1993.

18             Are there any other jobs that you

19   held during that period?

20        A.    As best I recall.

21        Q.    Okay.  You testified earlier that

22   you began your studies for your medical doctor

23   degree in 1993, and that you graduated in May

24   of 1997.

REBECCA EINWOHNER                                    November 20, 2018

Page 29

1              In May of 1997, where did you go to

2     next?

3         A.    My internship.

4         Q.    Where was your internship?

5         A.    University of Pittsburgh Medical

6     Center.

7         Q.    And in what subdiscipline of

8     medicine was your internship?

9         A.    Internal medicine.

10        Q.    And did that begin in May of 1997?

11        A.    I believe that the graduation from

12    medical school was in late May, and the

13    internship started before the end of June

14    of '97.

15        Q.    And how long was your internship?

16        A.    The internship is one year followed

17    by two years of residency.

18        Q.    And where was your residency?

19        A.    At the University of Pittsburgh

20    Medical Center.

21        Q.    So just to make sure I'm tracking

22    the whole timeline, your internship was from

23    roughly June 1997 to June 1998, and then you

24    began your residency still at the University

REBECCA EINWOHNER                          November 20, 2018

Page 30

1     of Pittsburgh Medical Center in approximately

2     June of 1998 and it lasted until approximately

3     June of 2000?

4          A.     Correct.

5          Q.     When you completed your residency,

6     where did you work next?

7          A.     University of Pittsburgh Medical

8     Center as a fellow.

9          Q.     How long was your fellowship?

10         A.     Two years.

11         Q.     So from approximately June 2000 to

12    June 2002?

13         A.     Correct.

14         Q.     And was your fellowship in internal

15    medicine?

16         A.     No.

17         Q.     Let me back up to make sure I

18    haven't missed anything.  Was your residency

19    in internal medicine?

20         A.     Yes.

21         Q.     In what subdiscipline of medicine

22    was your fellowship?

23         A.     Nephrology.

24         Q.     And nephrology is the study of and

REBECCA EINWOHNER                          November 20, 2018

1    diagnosis of nephrologies of the kidney; is

2    that right?

3         A.    Yes.  Clarification:  Nephrology

4    fellowships sometimes go by renal.

5         Q.    I missed that last word, sorry.

6         A.    Sometimes another name for

7    fellowships could be renal, spelled R-E-N-A-L.

8         Q.    Right.  Okay.  And renal also means

9    related to the kidneys; right?

10        A.    Yes.

11        Q.    When you completed your fellowship

12   at the University of Pittsburgh in 2002, where

13   did you work next?

14        A.    Private practice.

15        Q.    In what city and state was that

16   private practice located?

17        A.    In the Pittsburgh, Pennsylvania

18   metro area.

19        Q.    What's the name of that private

20   practice?

21        A.    It does not exist anymore.

22        Q.    What was it called?

23        A.    Associates in Kidney Disease and

24   Hypertension.

REBECCA EINWOHNER                              November 20, 2018

Page 32

1        Q.     And how long or what years did you

2   work in private practice at Associates in

3   Kidney Disease and Hypertension?

4        A.     2002 to 2003.

5        Q.     And what was your job title there?

6        A.     Physician.

7        Q.     Why did you leave Associates in

8   Kidney Disease and Hypertension?

9        A.     They downsized.

10       Q.     Where did you go to work next?

11       A.     A variety of things.  I worked

12   primarily -- I worked primarily nonclinical

13   work writing exam preparation questions.

14       Q.     Were you doing that for an exam

15   prep company?

16       A.     Yes.

17       Q.     What company?

18       A.     Exam Master.

19       Q.     And during what period did you

20   write questions for Exam Master?

21       A.     Approximately 2005, 2006 ongoing

22   for several years, at least with ongoing

23   editing.

24       Q.     Are you still writing questions for

REBECCA EINWOHNER                              November 20, 2018

Page 33

1    Exam Master?

2        A.    Not actively writing, occasionally

3    editing.

4        Q.    Did you hold any other jobs between

5    the time that you left Associates in Kidney

6    Disease and Hypertension and when you began

7    writing questions for Exam Master in 2005 or

8    2006?

9        A.    There were additional volunteer

10   positions of various sorts, such as reviewing

11   articles, volunteer occasional clinical

12   screening physicians, health screenings for

13   various kidney organizations.

14       Q.    So were you unemployed between 2003

15   and 2005?

16       A.    Yes, volunteer.

17             Excuse me.  Do you notice that your

18   screen is depixelating?

19       Q.    I didn't notice that.  I'm sorry.

20   Are you able to see me okay at the moment?

21       A.    I am.  A square box appeared and

22   disappeared by your head.

23       Q.    Okay.  What was the next job that

24   you had either at the same time -- well, yes,

REBECCA EINWOHNER                        November 20, 2018

Page 34

1    at the same time, I suppose, as working to

2    write questions for Exam Master?  What was the

3    next job that you held?

4         A.    A volunteer position at Catholic

5    Charities free clinic, where I worked for

6    several months as a volunteer capacity

7    physician.

8         Q.    What period was that?  What years?

9         A.    I recall 2008.

10        Q.    And after you finished volunteering

11   at Catholic Charities, what did you do next?

12        A.    I started working for Wexford

13   Health and a federally qualified health

14   center.  Both positions started up around the

15   end of 2008 to the beginning 2009.

16        Q.    Wexford Health, and then you said a

17   federally qualified -- can you repeat,

18   federally qualified what?

19        A.    Federally qualified health center.

20        Q.    What was the name of the federally

21   qualified health center?

22        A.    Primary Care Health Services.

23        Q.    Primary Care Health --

24        A.    Services.

REBECCA EINWOHNER                                    November 20, 2018

Page 35

1        Q.     -- Services.  Thank you.

2        A.     You're welcome.

3        Q.     When you first began working for

4    Wexford Health, what was your job title?

5        A.     As best I recall, telemedicine

6    physician.

7        Q.     And have you been continuously

8    employed as a telemedicine physician with

9    Wexford since roughly 2008?

10       A.     Yes.

11       Q.     Is that a full-time position?

12       A.     No.  Excuse me.

13       Q.     I'm sorry.

14       A.     Excuse me.

15               THE WITNESS:  Do you see the

16   screen?

17               MR. RUPCICH:  I'm mostly

18   looking at my paper, so no.  Just focus on

19   what he's saying.  Don't worry about what he

20   looks like.

21               THE WITNESS:  Okay.

22   BY MR. STROM:

23       Q.     Can you describe the parameters of

24   your part-time employment with Wexford?

REBECCA EINWOHNER                                    November 20, 2018

Page 36

```
 1        A.     Can you please clarify that?

 2        Q.     Sure.  How many hours a week do you

 3   work for Wexford?

 4               MR. RUPCICH:  Currently, Bill?

 5               THE WITNESS:  As needed.

 6   BY MR. STROM:

 7        Q.     Yes.

 8        A.     As needed.

 9        Q.     Do you work from the Wexford

10   office?

11        A.     Yes.

12        Q.     How many days a week do you come to

13   the Wexford office on average?

14        A.     As needed.  Might be two.  Excuse

15   me?

16        Q.     Yes?

17        A.     Could we take a break?

18        Q.     Absolutely.

19        A.     Thank you.

20        Q.     You're welcome.

21               MR. RUPCICH:  Take five?

22               MR. STROM:  Sure thing.

23               (A recess was taken.)

24   BY MR. STROM:
```

REBECCA EINWOHNER                                    November 20, 2018

Page 37

```
 1        Q.    Dr. Einwohner, it's perfectly fine
 2   any time you need a break.
 3        A.    Thank you.
 4        Q.    You know.  Absolutely.  That worked
 5   quite well.
 6        A.    Good.
 7        Q.    So no problems at all.  We were
 8   just discussing your employment with Wexford
 9   since 2008.
10              When you first started in 2008,
11   were you also working on an as-needed basis?
12        A.    Yes.
13        Q.    And so that as-needed basis has
14   characterized your employment with Wexford for
15   the full period from 2008 to present?
16        A.    Yes.
17        Q.    You also mentioned employment with
18   the federally qualified health center, Primary
19   Care Health Services beginning in you said
20   late 2008 or maybe early 2009.  Do you still
21   work for that health provider?
22        A.    No.
23        Q.    When did that employment come to an
24   end?
```

REBECCA EINWOHNER                              November 20, 2018

1        A.      Let's see.  I believe 2013.

2        Q.      And have you held any other

3    positions, any other employment besides your

4    position with Wexford between 2009 and the

5    present besides that provider?

6        A.      Could you please clarify?  By

7    "provider," do you mean Primary Care Health

8    Services?

9        Q.      I do.

10        A.      Correct.  Those are the two

11   employers.

12        Q.      Okay.  Is your employment with

13   Wexford on a -- subject to a contract?

14        A.      Could you please clarify?

15        Q.      Sure.  Do you have an employment

16   agreement that specifies a minimum number of

17   hours per week or a minimum pay that they -- a

18   minimum salary they must pay you on a yearly

19   basis?

20        A.      No, I do not have a minimum salary

21   or a minimum number of hours.

22        Q.      Is there a maximum number of hours

23   or maximum pay that they can pay you per year?

24        A.      Not that I know of.

REBECCA EINWOHNER                              November 20, 2018

Page 39

1        Q.      Does Wexford provide you benefits

2    like health insurance?

3        A.      Wexford does not provide me health

4    insurance.

5        Q.      And you don't have any other

6    employment that provides you with health

7    insurance?

8        A.      I do not have health insurance

9    through an employer.

10        Q.      You mentioned that, on average, you

11   currently come to the Wexford office two days

12   a week.  Have there been periods since 2008

13   when it has been more than two days a week for

14   an extended period of time?

15        A.      Can you please repeat that?

16        Q.      Sure.  Let me ask a different

17   question.

18            Do you do more work now for Wexford

19   than you did when you started working for them

20   in 2008?

21        A.      Since starting for Wexford in 2008,

22   it has been on an as-needed basis.  I had been

23   working a couple days a week in the 15 hour

24   range.  It had been for a period up to about

REBECCA EINWOHNER                                    November 20, 2018

Page 40

1    20 hours a week, down to 15 -- back down to 15

2    hours a week.  It has varied over the time,

3    and now as needed.

4        Q.    And when you are working for

5    Wexford, one of the things that you -- that

6    I'm aware of from the fact of this case is the

7    renal teleclinic.

8              Are you, during those hours,

9    exclusively meeting with teleclinic patients?

10             I'm going to withdraw that

11   question, Dr. Einwohner.  It was very badly

12   asked.  That's my fault.  Let me ask a

13   different question instead.

14       A.    Okay.

15       Q.    The question is, what are your

16   responsibilities in your employment with

17   Wexford?

18       A.    I am assisting Wexford and the

19   providers with the care of patients with renal

20   issues.

21       Q.    And so do you meet with patients by

22   teleclinic?

23       A.    I have met with patients by

24   teleclinic.

REBECCA EINWOHNER                          November 20, 2018

Page 41

1          Q.     About how many hours of the 15 to
2    20 hours per week do you typically spend
3    meeting with patients via teleclinic?
4          A.     The majority of the time was
5    focused on the teleclinic and the related
6    coordination of care.
7          Q.     When you say, "the related
8    coordination of care," what does that mean?
9          A.     Charting, orders, communication
10   with providers, non-video communication with
11   nurses to follow up on order clarifications,
12   tests.
13         Q.     About how many different patients
14   would you see via teleclinic in a typical
15   week?
16         A.     Variable.  Depending on news and
17   follow ups and other responsibilities.
18         Q.     What would a typical week look
19   like?  How many patients?
20         A.     Again, variable.  There might be 14
21   tele follow-up visits, there might be multiple
22   conference calls with providers.  There might
23   be new ones.
24                     MR. RUPCICH:  New ones?

REBECCA EINWOHNER                          November 20, 2018

                                                          Page 42
    1                    THE WITNESS:  New -- new
    2  evaluations, new patients.  Variable.
    3  BY MR. STROM:
    4      Q.   How many patients would you visit
    5  with via teleclinic in a busy week?
    6                    MR. RUPCICH:  I'm going to
    7  make an objection to vague.
    8                    MR. STROM:  That's fair.
    9                    MR. RUPCICH:  Busy in the
   10  sense of busy with clinical care rather than
   11  the other duties?
   12                    MR. STROM:  Yes.  That struck
   13  me too, Joe.  I can withdraw that question and
   14  re-ask.
   15  BY MR. STROM:
   16      Q.   Dr. Einwohner, in a week where you
   17  had a lot of visits via teleclinic with
   18  patients, how many visits via teleclinic would
   19  you have?
   20      A.   Just the teleclinic on a -- if it
   21  were a two-day week, perhaps 14, 15.  If it
   22  were a three-day week, perhaps 20 -- 20 --
   23  three-day week, 20, 21 separate from phone
   24  e-consults and provider calls.

REBECCA EINWOHNER                          November 20, 2018

Page 43

1      Q.     And when you have your teleclinic
2   visits with patients, is that via video
3   conference?
4      A.     Yes.
5      Q.     Are there ever any other media
6   used?  Do you ever do a telephone visit with a
7   patient instead of video conference?
8      A.     Generally patient visits are visual
9   visits with the assistance of technology,
10  which could fail.
11     Q.     When the technology fails -- we've
12  seen that happen today.
13     A.     Yes.
14     Q.     Do you ever visit with your
15  patients by telephone instead?
16     A.     Generally not.  Technology has
17  failed.
18     Q.     So it's not the plan to visit by
19  telephone instead, but it has happened?
20     A.     Generally not.  Technology has
21  failed.
22     Q.     Okay.  I just want to make sure I'm
23  understanding.  Have you ever talked with one
24  of your patients by telephone instead of via

REBECCA EINWOHNER                                    November 20, 2018

Page 44

1   video?

2       A.    I believe the technology has failed

3   with the nurse and the patient in a teleclinic

4   both present.

5               MR. RUPCICH:  He just wants to

6   know if you then talked to them by telephone

7   instead of video conference.

8               THE WITNESS:  Generally if it

9   fails, there's a bit of -- if there's any

10  audio left we might wrap it up.  That's

11  generally the way it goes.

12  BY MR. STROM:

13      Q.    Okay.  So if it fails on the front

14  end, do you ever just make a phone call

15  instead?

16      A.    Generally not just a phone call.

17      Q.    Okay.  I hear you using the word

18  "generally," and I just want to make sure I'm

19  not misunderstanding.

20              I understand that as a rule that's

21  not the plan.  I'm just wondering if it's ever

22  happened, even though it wasn't the plan?

23      A.    We generally try to wrap up with

24  the audio piece if the video failed, and then

REBECCA EINWOHNER                                    November 20, 2018

Page 45

1    move the patient back -- back out of the tele

2    suite and follow up with the provider.

3          Q.     Okay.  So you've never talked to

4    one of your patients via telephone instead of

5    by video conference?

6          A.     That may have happened with a

7    failed technology.

8          Q.     Okay.  That's all I was wondering.

9                 So we spent some time talking about

10   your teleclinic visits with patients.  I have

11   one other question about them.

12                How long is the typical meeting

13   with a patient by teleclinic?

14         A.     There are some patient-specific

15   issues.  Not every patient is the same.

16   However, a new visit might take in the order

17   of 35 to 45 minutes, and a follow-up might

18   take 20.  In a more complex situation, perhaps

19   longer.

20         Q.     What happens at a new patient

21   visit?

22         A.     A new patient visit would start by

23   patient identifications.  Identifying

24   information and the reason for referral.  The

REBECCA EINWOHNER                        November 20, 2018

Page 46

1    patient would understand that this was a tele

2    visit.  The reason for the referral.  If

3    they'd ever had teleclinic or not.  If they've

4    ever seen a kidney doctor; if not, if they've

5    ever had any issues before.  So the initial

6    history.

7              There would be a focus on -- a

8    focus on medical history pertaining to general

9    medical problems they had, and also how they

10   might relate to the kidney.

11             General history and physical and,

12   with the assistance of a nurse present, an

13   examination with the assistance of nurse

14   present.  A review of information from what we

15   needed so far, and a plan to get started on

16   the reason for the referral.

17             There might be some planning with

18   the nurse to follow afterwards related to care

19   coordination and next steps.

20        Q.    And so that plan for next steps,

21   does that plan involve the follow-up visits

22   that you mentioned?

23        A.    Yes, if follow-up was needed.

24        Q.    Do your job responsibilities

REBECCA EINWOHNER                          November 20, 2018

Page 47

```
 1    involve diagnosing -- let me start over again.
 2              Is it part of your job
 3    responsibilities to diagnose ailments of the
 4    kidneys?
 5         A.    To assist the primary care doctors
 6    in Wexford and helping in that.
 7         Q.    And when you say "assist," what do
 8    you mean by assist only?
 9         A.    Assist the primary care doctors on
10    information gathering to help make the
11    diagnosis, perhaps evaluations or studies that
12    might be needed to help make a diagnosis.
13         Q.    What other steps do you take to
14    assist in making a diagnosis?
15         A.    Depending on different patients,
16    there might be diagnostic studies of lab tests
17    or imaging.  Depending on the patient, we
18    might coordinate with utilization management
19    about getting those studies.
20         Q.    Do you write prescriptions?
21         A.    Yes.
22         Q.    Do you make referrals to outside
23    doctors?
24         A.    I have.  Wexford's UM needs to
```

REBECCA EINWOHNER                                    November 20, 2018

Page 48

1   approve them at present.

2        Q.    And UM is utilization management?

3        A.    Correct.

4        Q.    Do you ever make referrals to other

5   doctors employed by Wexford in other

6   specialties?

7        A.    Most recently all referrals have

8   had to go through the Wexford UM collegial

9   process.

10              MR. RUPCICH:  You mean

11   referrals to outside providers?

12                   THE WITNESS:  Any referrals

13   have to.

14              MR. RUPCICH:  Okay.

15   BY MR. STROM:

16        Q.    Okay.  And so are there other -- to

17   your knowledge, are there other specialists

18   among the physicians employed by Wexford?

19        A.    Please clarify.  Do you mean at

20   present?

21        Q.    Yes.

22        A.    At present, I believe there is

23   infectious care, hepatitis.  I'm not aware of

24   any other specialists.

REBECCA EINWOHNER                                    November 20, 2018

Page 49

 1        Q.    Does Wexford --

 2        A.    Oh.

 3        Q.    Go ahead.

 4        A.    I do not know who provides

 5   psychiatry care.

 6        Q.    Is there an infectious care

 7   teleclinic, too?

 8        A.    I believe that there are.

 9        Q.    Do you ever refer your patients at

10   the renal teleclinic to the infectious care

11   teleclinic?

12        A.    I don't recall referring a patient

13   for -- I don't recall referring a patient

14   directly to hepatitis care.

15        Q.    Have you ever referred a patient

16   for psychological treatment?  You said you

17   weren't sure who provides that, but have you

18   ever made a referral for psychological care or

19   treatment?

20        A.    Correction:  I don't know if the

21   psychiatrist is employed by Wexford or

22   somebody else.  I do not know who employs

23   them.

24        Q.    Okay.  Go ahead.  I'm sorry.

REBECCA EINWOHNER                                    November 20, 2018

Page 50

```
 1       A.     Your next question?

 2       Q.     Okay.  Yes.

 3              If you were going to refer somebody

 4   to infectious diseases or infectious care,

 5   would that require UM approval?

 6       A.     At present, yes, my referral would

 7   have to go through UM.

 8       Q.     So we talked about some of the

 9   steps that you might take in assisting the

10   diagnosis of ailments of the kidneys.  We

11   talked about information gathering, diagnostic

12   studies, blood tests, imaging.

13              We talked about writing

14   prescriptions for treatment.  We talked about

15   referrals to other doctors, which requires UM

16   approval.  We talked about your work to

17   coordinate with utilization management.  We

18   talked about the other teleclinics that exist,

19   although you have not made any referrals that

20   you can recall for hepatitis.

21              Are there any other steps that you

22   take in diagnosing or assisting in the

23   diagnosis of ailments of the kidneys?

24       A.     I'd like to just clarify that the
```

REBECCA EINWOHNER                                    November 20, 2018

Page 51

 1   approval process in Wexford has changed over
 2   the years.
 3        Q.    Okay.
 4        A.    And in past years, although I don't
 5   recall referring somebody directly to Wexford,
 6   I might, depending on a lab test, have
 7   recommended that the primary care doctor
 8   address it or suggest that UM address it.
 9             Wexford did, in past years, use to
10   employ specialists inhouse who are no longer
11   here.
12             Additionally, Wexford in the past,
13   did not always have the same procedure that
14   there are more recently.  Clarification.
15   Okay.  Your next question?
16        Q.    And when you say the primary care
17   providers, does that mean -- who does that
18   mean?
19        A.    Each site usually has a medical
20   director who is the primary care doctor.
21   There may be more than one primary care
22   doctor, per se.
23        Q.    Are all of your patients at the
24   renal teleclinic incarcerated individuals?

REBECCA EINWOHNER                          November 20, 2018

Page 52

```
 1      A.    Yes.   Rarely somebody would leave
 2  for a work camp.   I'm not sure about that
 3  status.   I do not believe I still cared for
 4  them.
 5      Q.    Have you ever met with any of your
 6  patients at Wexford in person?
 7      A.    No.
 8      Q.    You previously testified that a
 9  nurse would assist with your appointments,
10  your meetings with your patients.   What kind
11  of things would the nurse do or does a nurse
12  do when assisting?
13      A.    The nurses -- the teleclinic nurses
14  did activities both before the clinic, during
15  the clinic, and after the clinic.
16           The teleclinic nurses might have
17  been the ones relaying the referral from the
18  doctors.   And in so doing, the reason for the
19  referral, how long the problem had been going
20  on, and relaying that back to the doctor.
21           The nurse may have been involved in
22  gathering the information necessary to see us
23  and relaying that information back to the
24  doctor.
```

REBECCA EINWOHNER                                  November 20, 2018

Page 53

1                  At the time of the initial visit,
2       as the history was reviewed, the nurses would
3       have a chart in hand and relay information as
4       the patient's history was taken and assist the
5       patient if the patient needed assistance.
6                  Or if there was information that
7       the nurse saw appropriate, they shared that.
8       That could have been included medications, but
9       it could have also included other chart
10      information.
11                 During examination, the nurse would
12      help give general information, blood pressure
13      readings, temperatures, but also assist an
14      examination because it was remote.
15                 There were certain things I could
16      do with peripheral equipment, and certain
17      things that could not be done.  So the nurses
18      assisted in a guided examination.
19                 The nurses, when I educated the
20      patient, the nurse would sometimes re-explain
21      that to the patient.  And in getting requested
22      information, the nurse might assist in that in
23      gaining requested information or studies.
24                 When explaining some next steps or

REBECCA EINWOHNER                           November 20, 2018

Page 54

1    tests, again, the nurse might clarify what's

2    involved in that with that patient.  The

3    nurses helped get the patients back to the

4    medical unit if they need to be seen again.

5              The nurses may have assisted in

6    some diagnostic studies if needed.  If it was

7    a nursing procedure, like a -- sometimes an

8    on-site urinalysis, nurses would get those,

9    sometimes asking a quantity or volume of how

10   much urine was urinated.  There are different

11   nursing steps.

12             And they can coordinate about

13   gathering -- sometimes gathering all these

14   requested informations.  The nurses received

15   the teleclinic summaries.  The nurses

16   clarified if any questions had to come back.

17   The nurses scheduled the appointments.

18             And they worked with medical

19   records as needed and with utilization

20   management as authorizations came in.

21      Q.    Okay.  I want to ask you a couple

22   of questions about some of those steps just to

23   make sure that I understand it.

24             You just mentioned that nurses

REBECCA EINWOHNER                          November 20, 2018

Page 55

1    would ask any clarifying questions.  What

2    sorts of clarifying questions do you mean

3    there?

4         A.    I try to explain things in very

5    basic understandable terms.  If the patient

6    did not understand it, the nurse might say it

7    a different way.

8              There might have been patients who

9    are hard of hearing.  There might have been

10   patients who just did not understand it.

11   There might have been various reasons.  That's

12   a for example.

13        Q.    So the clarifying questions that

14   the nurses were responsible for were questions

15   from patients about their diagnosis or about

16   their plan for course of treatment or things

17   like that; is that right?

18        A.    Well, they could be, but also in

19   history taking.

20        Q.    Okay.

21        A.    When I would be asking at an

22   initial visit, we were speaking about an

23   initial visit.  Same thing at a follow up

24   visit.  If I was asking a question, the nurse

Page 56

1    might help clarify that.

2            And then at the end I generally

3    asked all patients, did I answer your

4    questions, did I address your questions.  That

5    was the general plan.

6       Q.    Okay.  You also mentioned that,

7    during a visit, the assisting nurse would have

8    the charts in hand.  Did you have identical

9    copies of those charts that they were

10   referring to while assisting in a visit?

11      A.    No, I did not.  The onsite had its

12   own chart which might include everything.  I

13   would imagine it did have everything.

14      Q.    Before you would have an initial

15   visit with a patient, did you review any

16   charts for that patient?

17      A.    Before an initial visit, it was

18   variable how much information I got.  Based on

19   the reason for the referral, I might ask for

20   information.

21           Sometimes the site on their own

22   would send information.  There were often

23   requests related for the reason they were

24   referred.  Are there any background

REBECCA EINWOHNER                              November 20, 2018

Page 57

1   information.

2       Q.    Okay.  So I want to talk a little

3   bit about your responsibilities when you're

4   not meeting via teleclinic with a patient, as

5   in, simply what's happening outside of those

6   video conferences.

7             I would anticipate that there would

8   be some preparation related to that visit and

9   that there would be some follow up after that

10  visit based on your testimony today, and

11  because you mentioned things like

12  communication and you mentioned things like

13  charting and things like that.

14            And so the questions that I'm about

15  to ask are related to just giving me the whole

16  picture of how your 15 to 20 hours per week is

17  used, understanding that only a portion of

18  that is in face-to-face teleclinic visits.

19            So my questions are related to

20  what's happening outside of those visits even

21  if it's related to those visits.  Does that

22  make sense?

23      A.    Yes.

24      Q.    Okay.  So when you mentioned

REBECCA EINWOHNER                                    November 20, 2018

Page 58

1    charting outside of the teleclinic visit, what
2    does charting specifically mean?
3         A.     Each patient at the end of their
4    visit had a clinic note and at least one order
5    sheet.  Additional order sheets, again, would
6    be subject like anything else and would have
7    to be approved.
8              So completion of my clinic notes
9    and getting those clinic notes to the site
10   where the patient was seen was necessary.
11             In more recent years, that was done
12   through scan E-mailing.  And in past years it
13   had been done through faxing.  That's changed
14   over time.  But the completion of those notes
15   and the completion of orders was one thing.
16             If there were tests that needed to
17   be done, communication might be necessary with
18   utilization management and/or utilization
19   management nurse and/or the site and
20   additional completion of more orders.
21             If anything was non-formulary,
22   again, special forms would have to be filled
23   out and completed and sent back.  So that's
24   part of that piece.

REBECCA EINWOHNER                                November 20, 2018

Page 59

```
1          Q.    So all of those -- I'm sorry.  Were
2    you about to say something else?
3          A.    That was the charting question,
4    right, and getting that back to the site?
5               Scheduling had to be coordinated
6    with multiple sites in a fixed amount of time
7    based on their scheduling.
8               New referrals would have to come
9    in, and in the event of any technical
10   problems, backup plans would have to be made.
11   So there was scheduling coordination.
12              There were clarifications that came
13   in about orders.  There were diagnostic
14   studies that were not available either at the
15   time of the visit but later became available.
16   I'm following up on those.  So that was a bit
17   of the charting issue that was in the follow
18   up.
19              In preparation for clinics, what
20   was the last clinic?  What was ordered?  Do I
21   have those results?  Maybe I don't have those
22   results.  Who has those results?  I needed to
23   know that and then contact the site in getting
24   the information if it wasn't available.
```

REBECCA EINWOHNER                          November 20, 2018

Page 60

1              Sometimes requests were made that

2    very day and they need to get those and be in

3    touch with the nurse, the doctor, UM.

4              Were there other questions?  I

5    think you asked about charting and I think you

6    asked about things in between.

7         Q.    Yeah.  Let me pose a new question

8    to make sure that we got it and that we're not

9    missing anything.

10             You just mentioned diagnostic

11   studies where they were not available.  Does

12   that mean diagnostic studies, like, to use the

13   colloquial term, tests where the result just

14   wouldn't be available at the time of the

15   appointment itself and so you have to get the

16   result after the appointment?

17        A.    Yes.  Or sometimes incomplete or

18   sometimes -- sometimes not done yet.

19   Sometimes refused.  Sometimes, again,

20   coordinating with UM, approved but not done.

21   Sometimes the record is just not back.  Any of

22   these could have been possible.

23        Q.    When you make a referral to an

24   outside doctor, you testified that that

REBECCA EINWOHNER                          November 20, 2018

Page 61

1    requires utilization management approval.  Who
2    receives the results -- or who receives the
3    decision that utilization management gets?  Do
4    you receive that specifically?
5         A.    Clarification:  In more recent
6    years it has to all go through UM.  I believe
7    that in earlier years when I worked for
8    Wexford there may have been a change in that
9    plan before.  So let's update to the more
10   present time.
11            Can you ask again, please?
12        Q.    Sure.  So let's see if we can set
13   timeframes on it.  Do you recall when the
14   policy became that all referrals needed to go
15   through UM?
16        A.    Although I do not recall an exact
17   date, I'm thinking somewhere around 2014 to
18   2015.  I don't remember exactly.
19        Q.    Okay.  So talking about that period
20   during which UM approvals were required, would
21   you receive their decisions when you would
22   make a referral?
23        A.    It would have to be a
24   recommendation.  I would not refer.  UM was in

REBECCA EINWOHNER                              November 20, 2018

Page 62

1    charge.  If UM was agreeable, they might do

2    one of several things:  They might suggest

3    that I contact the primary care doctor and let

4    the primary care doctor have that conversation

5    with them, or they might agree to something

6    like an imaging study.  Yeah.  So it could go

7    a couple ways.

8        Q.    Has there ever been a time when you

9    would make a recommendation whether it's for a

10   referral or a study to UM and UM did not

11   contact you with their decision?

12       A.    Can you repeat that, please?

13       Q.    Sure.  Let me ask a more

14   fundamental question.

15            When UM makes decisions on your

16   recommendations, how do they communicate those

17   decisions?

18       A.    Much of the correspondence through

19   UM is through E-mail.

20       Q.    And so if you make a recommendation

21   for a patient to UM, UM would E-mail you back

22   their decision on that recommendation?

23       A.    Yes.  Could there ever be a verbal

24   communication?  Likely.

REBECCA EINWOHNER                                    November 20, 2018

Page 63

```
 1        Q.     When there are verbal
 2   communications, are those noted that a
 3   decision had been made some place in the
 4   patient record?
 5        A.     In general, I keep notes in the
 6   chart that I have.
 7               To add, although I may have
 8   communicated with UM, if I don't hear back
 9   from UM, I try to follow up.  Why have I not
10   heard back from UM?
11        Q.     How do you decide when it's time to
12   follow up with UM?
13        A.     Again, patient specific on the
14   case.  I might be preparing for clinic and
15   recognize that I had asked for something that
16   I did not have the results of.  That might be
17   an indication to follow up with UM and see if
18   this was ever reviewed.
19               I do not have a specific time
20   frame.  Again, it is patient specific.  That's
21   one example.
22        Q.     If there is --
23        A.     Excuse me.
24        Q.     Yes?
```

REBECCA EINWOHNER                                November 20, 2018

Page 64

1        A.    Have you finished your question?

2        Q.    I did not.  I stopped mid question

3    and then I started over.

4        A.    I apologize.

5        Q.    That's okay.  Not to worry.  I know

6    that the video and the audio is not as nice as

7    we would like it to be and it can be a little

8    awkward, so no problem.

9        A.    Okay.

10        Q.    Are there times when you follow up

11    with UM prior to preparation for your next

12    teleclinic visit?

13        A.    Again, this would be all patient

14    specific about cases that might have needed

15    sooner follow-up.  I might see the UM staff

16    and follow up with them.

17        Q.    Do you have any systems that you

18    use to help yourself remember to follow up on

19    a request or a recommendation to UM?

20        A.    Can you clarify, please?

21        Q.    Sure.  Do you use any

22    organizational systems to keep track of when

23    you need to do follow up for a patient with

24    UM?

REBECCA EINWOHNER                            November 20, 2018

Page 65

 1        A.    I don't believe I have any

 2   organizational system that you are describing.

 3   Sometimes I have had pending notes.

 4        Q.    You have pending notes, is that

 5   what you're --

 6        A.    Well, I sent an E-mail and I might

 7   not have filed that to the chart.  And I have

 8   had notes on the calendar to follow up on

 9   labs.

10        Q.    So sometimes you'll put a note in

11   your calendar to follow up on a request?

12        A.    I recall to follow up on labs or to

13   follow up with a doctor.  I don't specifically

14   know if I have had a calendar note to follow

15   up with UM.  I do not recall that.

16        Q.    Okay.

17        A.    All patient specific.

18        Q.    So if a recommendation to UM is

19   pending, what other things might prompt you to

20   follow up with UM if you haven't heard back

21   from them yet?

22        A.    Patient specific, but communication

23   from a site.  The site has a teleclinic nurse.

24   The site has a health care unit administrator.

REBECCA EINWOHNER                        November 20, 2018

Page 66

1    The site has a scheduler.  The site has a

2    primary care doctor.

3           Q.    Okay.

4           A.    And the sites in between visits

5    were sending me things, pending labs.  So

6    sometimes there were things to follow up on,

7    lab checks, but sometimes the sites were --

8    they were the primary care doctors.

9           Q.    Okay.  So you mentioned things that

10   might prompt you to follow up would be patient

11   specific, that it might be seeing a member of

12   the UM staff and thinking then to follow up

13   with them.  It might be that you received

14   information or communications from the site

15   that prompted you to follow up.  Or it might

16   be that in preparing for teleclinic that you

17   recognized that you're missing some

18   information or don't know the decision on a

19   recommendation.

20                Are there any other things that

21   prompt you to follow up on a recommendation

22   that you make to UM?

23          A.    Well, this might be patient

24   specific.  But, again, sometimes there were

REBECCA EINWOHNER                              November 20, 2018

Page 67

1    visits scheduled.  There were actual phone

2    visits scheduled or times to follow up in

3    between the follow-up.

4         Q.    Follow up with UM or with patients?

5         A.    No.  Sometimes there were phone

6    conferences scheduled with doctors or nurses.

7    Again, patient specific.

8         Q.    Okay.  In addition to those things

9    that we listed now, are there any other things

10   that prompt you to follow up with UM on a

11   recommendation where you haven't received

12   their decision yet?

13        A.    Not that I recall.  They sometimes

14   followed up with me.

15        Q.    Okay.  Okay.  We were talking about

16   job responsibilities, and so far we've talked

17   about charting.  We talked about

18   communications.  We talked about the orders

19   and the form that are necessary for

20   non-formulary -- I assume that that's

21   pharmaceuticals, but correct me if I'm wrong.

22   Does non-formulary mean something other than

23   pharmaceuticals ever?

24        A.    Yes.  Labs.

REBECCA EINWOHNER                           November 20, 2018

Page 68

1        Q.     It does?  Okay.

2        A.     Labs.

3        Q.     Labs.  Got it.  Okay.  We talked

4   about scheduling and communications back and

5   forth from the site when there are

6   clarifications or questions.  We talked about

7   the time that you spend reviewing files to

8   prepare for teleclinic.

9        A.     Yes.

10        Q.     A question about that:  About how

11   long, on average, does it take you to review a

12   file to prepare for a teleclinic follow-up

13   visit?

14        A.     That's very variable depending on

15   the complexity of the chart.  I might be

16   sending a hundred pages of documents.  It's

17   really variable, and patients have various

18   levels of complexity.

19             And that also goes between the in

20   between visits when documents go in, and that

21   also goes to the new referrals.  And that also

22   goes from communication sometimes in between

23   visits from doctors.

24        Q.     Dr. Einwohner, are you paid on an

REBECCA EINWOHNER                          November 20, 2018

Page 69

1   hourly basis?

2        A.    Yes.

3        Q.    Are there guidelines that Wexford

4   has for the number of minutes or hours that

5   you should spend in preparing for a teleclinic

6   follow-up?

7        A.    Can you please clarify that?

8        Q.    Yes.  Does Wexford have

9   expectations about how much time you spend in

10  reviewing a patient chart before a follow-up

11  teleclinic visit with that patient?

12                  MR. RUPCICH:  Object to the

13  foundation.

14  BY MR. STROM:

15       Q.    You can answer.

16       A.    Could you repeat the question,

17  please?

18       Q.    Yes.

19                  MR. STROM:  Madam court

20  reporter, can you repeat it and, if necessary,

21  Dr. Einwohner, I'll try to rephrase it if it's

22  not clear.

23                  (Reporter read back from the

24  record.)

REBECCA EINWOHNER                          November 20, 2018

Page 70

 1                    THE WITNESS:  I am not aware

 2     that Wexford has a specific time frame

 3     guideline for chart review in preparation for

 4     a follow-up visit.

 5     BY MR. STROM:

 6          Q.    So Wexford does not require you to

 7     spend a minimum amount of time in chart review

 8     before a renal teleclinic visit?

 9          A.    I'm not aware of a required time of

10     chart review.

11          Q.    They've never communicated to you a

12     minimum time that you should spend reviewing

13     charts?

14          A.    I do not recall an expectation for

15     a time review minimum for chart review.

16          Q.    Have they set an expectation as to

17     the maximum amount of time you should spend

18     reviewing charts to prepare for a renal

19     teleclinic visit?

20          A.    I am not aware of a maximum time

21     review for charts.

22          Q.    Would you like to take a break at

23     this time?

24          A.    That sounds fine.

REBECCA EINWOHNER                                November 20, 2018

Page 71

1        Q.    So ten minutes?

2               MR. RUPCICH:  Sure.

3               (A recess was taken.)

4    BY MR. STROM:

5        Q.    Dr. Einwohner, have you ever been

6    told by someone at Wexford that you spent too

7    much time preparing for a renal teleclinic

8    visit with a patient?

9        A.    Could you repeat that, please?

10       Q.    Has anyone at Wexford ever told you

11   that the amount of time that you spent

12   preparing for a renal teleclinic visit with a

13   patient was too much time?

14       A.    I don't recall hearing that.

15       Q.    You testified earlier just before

16   our break that you're paid on an hourly basis.

17   And a question that I had about that was, do

18   you decide and tell Wexford how many hours

19   it's appropriate to pay you for a given day?

20       A.    No.

21       Q.    And so when you need to come into

22   the office for a day where you are doing

23   teleclinic visits, Wexford tells you how many

24   hours you will be there and get paid for?

REBECCA EINWOHNER                              November 20, 2018

Page 72

1      A.     On a day that I would have a
2   teleclinic visit -- teleclinic visits
3   scheduled I would come to the office, punch
4   in, prepare for the clinics, see the clinic
5   patients, do my other responsibilities, wrap
6   up, and leave.  Punch out.  Correction:  Punch
7   out and leave.
8      Q.     And does Wexford tell you what time
9   you're expected to punch in and what time
10  you're expected to punch out?
11     A.     Wexford does not give specific
12  guidelines about hour of day.  Was that your
13  question?
14     Q.     I think it's related to my
15  question.  That's a fine answer.
16            My question is also driving at,
17  does Wexford tell you the number of hours that
18  should lapse between when you punch in and
19  punch out on a given day?
20     A.     No.  Wexford -- the number of hours
21  needed is based on the amount of taking care
22  of the patients who are being referred to me,
23  including new ones, and caring for the
24  existing ones and, on a weekly basis, trying

REBECCA EINWOHNER                                    November 20, 2018

Page 73

1    to do that in about a couple days a week of

2    work.

3              Although I have, as needed, worked

4    more on the 20 hour range, and perhaps

5    seasonally there might have been some weeks

6    where there were more.  I was told to go back

7    to the way it had been, so that's what I did.

8              So the number of patients scheduled

9    in a compatible time frame with the needs of

10   the sites and a compatible schedule with the

11   needs of the site, preparing for them, dealing

12   as best as possible with those hours per week,

13   taking care of the tasks needed.

14             Does that answer your question?

15   Q.    I think it does, yeah.  I have some

16   follow-up questions about it.

17             Are there ever times when you

18   review patient charts off the clock?

19   A.    When I am in the office I am on the

20   clock.  Whether I am reviewing charts of

21   things that are coming in, I am here and on

22   the clock.

23             If I were to be getting any calls

24   outside of the office, then Wexford asks to

REBECCA EINWOHNER                          November 20, 2018

Page 74

1    submit out of office time.  Does that answer

2    your question?

3         Q.    I think so.  So your testimony is

4    that there aren't any times when you are off

5    the clock either because you're at the office

6    and you punched in, or else you submit out of

7    office hours to Wexford for that time spent

8    outside the office; is that your testimony?

9         A.    Yes.  They aren't necessarily

10   submitted immediately because they might

11   accumulate and then they're submitted.

12        Q.    Right.

13              MR. RUPCICH:  Bill, did you

14   mean she's in the office but has punched out?

15   You said punched in.

16              MR. STROM:  No, I am just

17   trying to make sure I understand that all of

18   her time reviewing charts is time for which

19   she's compensated either because she has

20   punched in, or else because she submits out of

21   office hours, understanding that sometimes

22   those get submitted in batches as opposed

23   to --

24              THE WITNESS:  Yes.

REBECCA EINWOHNER                                November 20, 2018

Page 75

1                MR. RUPCICH:   Thanks.

2   BY MR. STROM:

3        Q.    So, Dr. Einwohner, are you ever

4   paid overtime?

5        A.    The same rate if it's in office and

6   out of office.  If there are hours that are

7   taking up time out of the office, then those

8   are out of office hours, called missed

9   punched.

10       Q.    Is there an hours threshold above

11   which your rate is increased?

12       A.    Could you say that again, please?

13       Q.    Is there an hours -- a weekly hours

14   threshold above which you're paid at a higher

15   rate?

16       A.    There is no higher rate.

17       Q.    So there's no overtime pay rate for

18   you?

19       A.    I'm not aware of any overtime pay

20   rate.

21       Q.    Does Wexford set a maximum hours

22   per week expectation for you?

23       A.    Wexford wants me on an as-needed

24   basis, which had more recently at times have

Page 76

1    switched to as needed and had been a couple

2    days a week, and there were some make-up days,

3    holiday specific.

4         Q.    So there's never been a time when

5    Wexford said to you that you spent too long of

6    a day before punching out based on their

7    assessment of the tasks that you had before

8    you that day?

9         A.    Can you say that again, please?

10        Q.    Sure.  I'm wondering if there's

11   ever been a time where Wexford has said to

12   you, Dr. Einwohner, you spent too long today

13   punched in because you didn't have enough work

14   to justify the amount of time you spent

15   punched in?

16        A.    I do not recall that.  And we have

17   also not talked about other things that you

18   have to do to be a doctor.  There are other

19   tasks.  For example, renewing license.  Yes.

20        Q.    Are you paid for your time spent

21   renewing your license?

22        A.    If I'm in the office, yes.

23        Q.    Dr. Einwohner, who is your direct

24   supervisor?

Page 77

1      A.    Dr. Paul.

2      Q.    How you do you spell that?

3      A.    P-A-U-L.

4      Q.    What's Dr. Paul's first name?

5      A.    Dina.

6      Q.    Sorry?

7      A.    Dina.

8      Q.    Tina?

9            MR. RUPCICH:  D, Dina.

10   BY MR. STROM:

11      Q.    Dina.  Excuse me.  Okay.  What is

12   Dr. Paul's title?

13      A.    She's the chronic disease

14   management director, as far as I know.

15      Q.    Chronic disease management

16   director?

17      A.    As best I recall.

18      Q.    And what does the

19   supervisor/supervisee relationship with

20   Dr. Paul look like?  What does that entail?

21      A.    Well, in earlier years when the

22   program was starting, it was familiarizing

23   with how teleclinics would work and setting up

24   how teleclinics would work, the logistics of

REBECCA EINWOHNER                          November 20, 2018

Page 78

1    setting up and scheduling and actually seeing

2    patients, and that was in the beginning.

3              Over the years, there might be

4    communications of how to communicate with

5    nurses.  There might be scheduling

6    difficulties with sites if there were site

7    specific issues that came up.  Various things.

8         Q.    Does Dr. Paul tell you when you're

9    needed to come into work?

10        A.    She will be doing more of that.

11   But I believe she has so far guided as needed

12   from the sites, and as needed, fitted into the

13   same couple days a week time frame.

14        Q.    Not sure I totally understand your

15   answer, so let me try a different way of

16   asking my question.

17             Does she tell you what days you

18   should schedule -- or what days there are

19   renal teleclinic visits scheduled?

20        A.    No.  She is not involved in the

21   scheduling of the teleclinic.  She has

22   instructed me to work it out with the clinic

23   nurses based on their availability.

24        Q.    Does she tell you -- let me restart

November 20, 2018

Page 79

 1    my question.

 2              Does she give you goals for the

 3    number of teleclinic visits you should have in

 4    a given day?

 5        A.    No.

 6        Q.    Does she give you goals for the

 7    number of hours for which you should be

 8    punched in on a given day or during a given

 9    week?

10        A.    Not on a given day.  Again, it was

11    instructions circa 2014 to 2015 to just go

12    back to what I had been doing, which would be

13    a couple days a week, and to meet the needs

14    and requests from the sites.

15        Q.    I must have missed it.  Before 2014

16    or 2015, how many hours or days per week were

17    you working before you said -- like you said,

18    you went back to what it was before?

19        A.    There have been times when the

20    needs were a little higher.

21        Q.    Okay.

22        A.    You know, it might have been a

23    couple days a week in a 14, 15 hour couple

24    days a week, and then briefly it was higher

REBECCA EINWOHNER                                    November 20, 2018

Page 80

```
1    for four, six months, and then the needs

2    changed and I'm back to what I was doing.

3         Q.    And it was more days, or longer

4    days, or both --

5         A.    Yes.

6         Q.    -- in that period?

7         A.    Yes.

8         Q.    Does Dr. Paul evaluate your work?

9         A.    She has sat in on teleclinic

10   visits.

11        Q.    And after sitting in, has she given

12   you feedback about your performance during

13   that -- during those visits?

14        A.    Yes.

15        Q.    What kind of feedback?  Sorry.  Let

16   me ask that question a different way.

17              Does she give you feedback about

18   your communication style?

19        A.    Can you please clarify?

20        Q.    Yes.  I'm wondering what kinds of

21   feedback she gives you.  So one thing that

22   occurred to me is feedback about communication

23   style given the -- the difficulties that we're

24   seeing here today with teleconferencing kind
```

REBECCA EINWOHNER                                    November 20, 2018

Page 81

1    of things.

2          A.    Yes.

3          Q.    So does she give you feedback about

4    your style of communication for that reason or

5    other reasons?

6          A.    I believe we reviewed, you know, we

7    reviewed how it went, and she just gave a

8    couple pointers on making -- continuing to

9    keep things easy to understand, which we did,

10   and have clinics go smoothly.

11              When we've talked about scheduling

12   issues and keeping trying if there were

13   technical difficulties and rescheduling

14   difficulties, we spoke about continuing to try

15   to schedule with scheduling difficulties on

16   the sites.

17         Q.    Has Dr. Paul ever given you

18   feedback about your efficiency in the number

19   of hours that you put in compared to the

20   number of patients you see?

21         A.    I don't recall a number of

22   patients.  She asked me to strive for shorter

23   on-screen visits, initials, and follow-ups.

24   And then she follows up in my clinic visits

REBECCA EINWOHNER                          November 20, 2018

Page 82

1    after that, and as we said, we addressed the

2    issue and keep trying to make it simple to

3    understand.

4         Q.    Does Dr. Paul give you feedback

5    about any other efficiency metrics in your

6    work?

7         A.    I'm not sure I understand.

8         Q.    Does Dr. Paul give you feedback

9    about the number of hours that you bill for or

10   the number of hours during which you're

11   working compared to, say, the number of

12   patients that you see or other forms of

13   efficiency?

14        A.    I'm not sure I recall any.

15        Q.    Okay.  Is there a formal evaluation

16   cycle or formal evaluation process for your

17   position?

18        A.    No.

19        Q.    Have you ever been given documents

20   that reflect evaluations of your performance

21   on the job?

22        A.    I don't believe that's part of the

23   process.  We do a renewal of credentialing

24   certification process.

REBECCA EINWOHNER                          November 20, 2018

Page 83

```
 1        Q.     What does the renewal of
 2   credentialing process entail?
 3        A.     Working with the credentialing
 4   department for the type and the nature of the
 5   work done.  Sometimes getting updated
 6   licensure, where we are on licensure.
 7                    MR. RUPCICH:  Voice up.  Voice
 8   up.
 9                    THE WITNESS:  I'm sorry.  Can
10   you hear me?
11   BY MR. STROM:
12        Q.     I can, yes.
13        A.     Okay.
14        Q.     Did you finish your answer?
15        A.     Yes.
16        Q.     Okay.  I guess I'm wondering on
17   what basis is the decision to continue to
18   employ you on, the part-time basis you are
19   employed with Wexford made?
20                    MR. RUPCICH:  Object to the
21   foundation.
22   BY MR. STROM:
23        Q.     That you're aware of.  On what
24   basis is the decision to continue to employ
```

REBECCA EINWOHNER                              November 20, 2018

Page 84

1    you made?

2                    MR. RUPCICH:  Do you

3    understand the question?

4                    THE WITNESS:  No.

5    BY MR. STROM:

6        Q.    Okay.  You said that there were no

7    formal evaluations.  Is that your testimony?

8        A.    I'm not aware of any formal

9    evaluations at Wexford.

10       Q.    And so I guess I'm just wondering

11   about how Wexford decides that they want to

12   continue to employ you, as they have for the

13   past almost 11 years, is my understanding?

14                   MR. RUPCICH:  Same objection

15   to foundation.  If you know.  I believe he's

16   asking -- I don't know.

17                   THE WITNESS:  Sorry.  Should I

18   be answering that?

19                   MR. RUPCICH:  If you -- if you

20   know.

21                   Can you read the question back,

22   please?

23                   (Reporter read back from the

24   record.)

REBECCA EINWOHNER                              November 20, 2018

Page 85

 1              MR. RUPCICH:  He's saying
 2   since they don't do formal evaluations, how do
 3   they decide to continue employing you, if you
 4   know?
 5              THE WITNESS:  Well, I would
 6   believe it's because I have assisted in the
 7   care.  I believe I -- I believe I have
 8   assisted in the care.
 9   BY MR. STROM:
10       Q.    Okay.  So there are no -- there's
11   no formal evaluation process?  Is that
12   correct, there's no formal evaluation process?
13       A.    I'm not familiar with a formal
14   evaluation process.  There --
15       Q.    So there is a -- I'm sorry.  Go
16   ahead.
17       A.    There is recredentialing paperwork.
18       Q.    Does Dr. Paul have a say in whether
19   or not you may be recredentialed?
20       A.    I believe she's on the credential
21   committee.
22       Q.    And how does the -- to your
23   knowledge, how does the credential committee
24   reach its decision?

REBECCA EINWOHNER                                    November 20, 2018

Page 86

1        A.      I'm not on the committee.

2        Q.      Right.  Are you aware of what

3    criteria the credentialing committee considers

4    to determine whether or not to recredential

5    someone?

6        A.      I'm aware that they need licensure.

7    Sometimes they ask about privileges.  I do not

8    know all of the criteria.

9        Q.      When you say "privileges," what do

10   you mean by that?

11       A.      They might ask for which types of

12   medicine, for example, medicine or surgery,

13   hands-on procedures, prescribing.  They may

14   also ask about hospital privileges.  They may

15   ask about licensure.

16       Q.      Is there a periodic communication

17   to you about the decision to recredential you?

18       A.      No.  The credentialing comes up

19   every so often.

20       Q.      Approximately how often?

21       A.      There was a recent one.  I don't

22   know if it's every one year or every two.

23       Q.      How do you know if you are doing a

24   good job in your position at Wexford?

November 20, 2018

Page 87

```
 1        A.    Well, the primary care doctors can
 2   tell me that they're appreciating my
 3   assistance and my care.
 4        Q.    Any other sources of feedback?
 5        A.    I can ask if I'm addressing the
 6   questions.  And if I've asked them, I get a
 7   verbal yes.  And I can see if there's anything
 8   else I need to be doing about the scheduling
 9   issues.
10        Q.    Has there ever been a time when
11   somebody employed by Wexford has told you that
12   you need to improve an area of your
13   performance on the job?
14        A.    As I mentioned, we spoke about
15   getting clinics moving smoothly and worked on
16   that.  Screen time.  And Dr. Paul came in on a
17   visit, and that was all okay.
18        Q.    Okay.  I want to talk a little
19   bit -- and I neglected to do this before.  My
20   apologies.  I want to talk a little bit about
21   your licensure --
22        A.    Yes.
23        Q.    -- as a physician.  Are you -- are
24   you licensed by the State of Pennsylvania?
```

REBECCA EINWOHNER                          November 20, 2018

Page 88

1      A.    Yes.

2      Q.    And when did you last renew your

3  license with the State of Pennsylvania?

4      A.    I just renewed my license.

5      Q.    In 2018?

6      A.    Yes.

7      Q.    What is -- what kind of license is

8  it?

9      A.    It's an M.D. license.

10      Q.    Do you have any other

11  certifications or other state licensures or

12  specialty licensures?

13      A.    I'm also licensed in the State of

14  Illinois.

15      Q.    And when did you last renew your

16  license in Illinois?

17      A.    I believe my last license renewal

18  was in September of '17.

19      Q.    In Pennsylvania, how long is the

20  term of a license renewal?

21      A.    I believe Pennsylvania is a two

22  year.

23      Q.    And in Illinois?

24      A.    I believe it's also a two year.

REBECCA EINWOHNER                                    November 20, 2018

Page 89

1        Q.      Have you ever been denied renewal
2    of your license?
3        A.      I have not been denied.
4        Q.      Has your licensed ever lapsed?
5        A.      I had an Illinois license from
6    approximately 2008 to the present, with the
7    exception of a couple weeks in the fall of
8    2017 due to a paperwork issue which was
9    immediately addressed and renewed in
10   Springfield.
11       Q.      And has your Pennsylvania license
12   ever lapsed?
13       A.      I don't think so.
14       Q.      Audio -- is audio still good?  Did
15   it cut out?
16       A.      Audio is okay.  I don't recall any
17   lapses in a Pennsylvania license.
18       Q.      Okay.  I thought I understood that
19   from your head shake, but I just wanted to
20   make sure I didn't miss something.
21       A.      Okay.
22       Q.      Do you have any other
23   certifications?
24       A.      Well, first, I don't have any other

REBECCA EINWOHNER                                    November 20, 2018

Page 90

1   active licenses that have gone inactive.  So

2   to add on that, I had Indiana for Wexford,

3   which is inactive, never used.  I had a

4   Maryland which I got for them, didn't use.  I

5   had a West Virginia, which I had limited use

6   of it, not renewed recently.  So those are the

7   licenses.

8              I believe my DEA is active through

9   2020.  I do not use it.  And as for

10  certifications, you're asking about Board

11  certifications?

12       Q.    Or any other certification.  I have

13  to plead ignorance to knowing the options.

14       A.    Okay.  So I renewed my

15  certification in internal medicine in 2002,

16  and I renewed my certification in nephrology

17  in 2012.

18             Correction:  I misspoke.  I renewed

19  medicine in 2010, and I renewed nephrology in

20  2012.

21       Q.    Do you know the lengths of the

22  terms on each of those certifications?

23       A.    Those are usually tens.

24       Q.    You mentioned before I think it was

Page 91

```
 1    DEA which is active through 2020 but you do
 2    not use.  What is DEA?
 3         A.     The Drug Enforcement Agency.
 4         Q.     Do you have a license from the Drug
 5    Enforcement Agency?
 6         A.     Yes, an unrestricted license.
 7         Q.     What is the purpose of that
 8    license?
 9         A.     Schedule medications like
10    narcotics.
11         Q.     And you mentioned credentialing
12    from Wexford.  Is credentialing a Wexford
13    internal set of policies requirement?
14         A.     Wexford has its own internal
15    credentialing department.
16         Q.     And that's to meet credentialing
17    standards for Wexford or for some other
18    outside entity?
19         A.     Could you repeat that, please?
20         Q.     Yeah.  I'm wondering if
21    credentialing means simply that Wexford says
22    that you are approved and have the necessary
23    credentialing to continue to work there, or if
24    it's a credentialing process that is imposed
```

REBECCA EINWOHNER                                    November 20, 2018

                                                              Page 92
 1    on Wexford by someone else or another entity?

 2        A.    I do not know if anybody else is

 3    imposing on Wexford.  As far as I know, it's

 4    internal.

 5        Q.    Okay.

 6        A.    I'm not aware of anything else.

 7                  MR. STROM:  I am cognizant of

 8    the time difference between Pittsburgh and

 9    here in Chicago, so I don't want to drag on

10    too much past noon if people need a break for

11    lunch.  I leave it up to you if you want to

12    continue or take a break.

13                  MR. RUPCICH:  I prefer to

14    continue.  I've got a flight this evening out

15    of Pittsburgh that I would prefer to make.  So

16    the only thing I'd like to do is just go grab,

17    like, a Diet Coke real quick.  It'll just take

18    me a minute.

19                  THE WITNESS:  That's okay.

20    I'll show you where you can get that.  Thank

21    you for asking.

22                  MR. RUPCICH:  Thank you, Bill.

23    Just two minutes.

24                  (A recess was taken.)

REBECCA EINWOHNER                           November 20, 2018

Page 93

```
 1    BY MR. STROM:

 2         Q.    Dr. Einwohner, do you know when you

 3    first started seeing inmates in the Illinois

 4    Department of Corrections as part of your

 5    employment at Wexford, which began in 2008 or

 6    so?

 7         A.    Excuse me.  Are you referring to

 8    the patient we're discussing today?

 9         Q.    I'm referring to all patients in

10    the custody of the Illinois Department of

11    Corrections so I can understand your

12    background in communicating generally with

13    Illinois Department of Corrections, or IDOC

14    personnel.

15         A.    I see.  Although I don't recall

16    exact dates, I imagine that I first started

17    teleclinics somewhere in 2009.  I don't have

18    an exact date.

19         Q.    And have you had more or less

20    continuous interactions with the IDOC for

21    teleclinic purposes throughout your employment

22    with Wexford?

23         A.    Yes.  Since the time it started.

24         Q.    Do you know how many different IDOC
```

REBECCA EINWOHNER                          November 20, 2018

Page 94

1    facilities contain your patients?

2         A.    Although I would have to look at

3    records to see which ones, many of the sites

4    did have teleclinic patients.

5         Q.    The correctional facility where a

6    given patient is incarcerated, is that

7    reflected in the patient's chart?

8         A.    Would you say that again, please?

9         Q.    Yes.  I'm wondering if the

10   correctional facility name appears on your

11   patient's chart?

12        A.    On the patient's chart would likely

13   be written a location name, but not

14   necessarily the words "correctional facility."

15        Q.    Okay.

16        A.    For example, a chart might say "Big

17   Muddy."

18        Q.    Okay.  For renal teleclinic, when

19   you have more than one appointment via

20   teleclinic in a day, is it to move from one

21   patient to the next, from one appointment to

22   the next?

23             Is it a change in location, or do

24   your patients, say, leave the room that

REBECCA EINWOHNER                          November 20, 2018

Page 95

1    they're in and a new patient comes into the

2    same room while the video feed remains intact?

3         A.    Let me see if I understand your

4    question correctly.  If I understand

5    correction -- correctly, your understanding --

6    you're asking about a teleclinic visit on a

7    certain day at a certain time at a certain

8    location where more than one patient is

9    scheduled?

10        Q.    I guess I'm asking if that's the

11   case, does that happen, and how that works?

12        A.    Yes.  That does happen.  There

13   might be a visit or there could be multiple

14   patients at the same site.

15             At the scheduled time, I wait for

16   the site to call me if the connection went

17   through, if the patients are ready.  And if

18   the patients are ready, they may not be ready,

19   waiting for the nurse to bring them in.

20             If everything happened as

21   scheduled, first patient would come in and we

22   would go through the same format.  Patient in,

23   the next patient out, the next patient in, the

24   next patient out, until the completion of

REBECCA EINWOHNER                                    November 20, 2018

Page 96

1    those.

2              If it was a number -- a large

3    number of patients, I might check with the

4    nurse in between if she needed a break or he

5    needed a break until the completion.

6              Unless something had happened in

7    between, which it did happen.  Equipment

8    failed.  Lockdowns happened.  Patients were

9    excused.

10              But if everything happened as

11    scheduled, go through as many clinics

12    scheduled -- as scheduled until the last one

13    left the room.  If the nurse still needed the

14    screen, if she needed it for somebody else, we

15    disconnect, set up follow-up plans.

16              The nurse had to communicate with

17    the doctor.  If the nurse took notes, the

18    nurses generally took notes and reviewed them

19    with the doctors on site.

20              So that's a little longer.  You

21    asked if there could be multiple patients on a

22    given day?  Yes.

23         Q.   And so in a day when you might

24    visit with -- and I'm sorry if I got this

REBECCA EINWOHNER                                    November 20, 2018

Page 97

1   wrong, but you said you might have a day with

2   as many as 14 teleclinic visits on a day; is

3   that right?

4        A.    I don't believe that I said I had

5   14 clinic patients on one day.

6        Q.    I'm sorry.  Okay.  So on one day,

7   what would be a busy number of teleclinic

8   visits?

9        A.    Maybe there'd be seven plus phone

10  consults, phone follow-ups, e-consults, and

11  all the in between visits.

12       Q.    Right.  And so for the seven

13  visits, would they take place in a single,

14  let's say, four to five-hour block, or would

15  they be spread out over the course of your

16  whole day, or would it depend?

17       A.     It would depend.  There could be

18  multiple different sites.  There could be as

19  little as one patient at a site.  There could

20  be multiple patients at a site.  There could

21  be multiple patients at a site with a

22  follow-up visit with the doctor by phone.  It

23  was variable.

24       Q.    Right.  We've touched on the

Page 98

```
1   complexity of scheduling, and I can only
2   imagine just how complicated that can be.
3           Can you tell me, generally
4   speaking, did you talk to the teleclinic nurse
5   about setting up dates and times for specific
6   patients?
7       A.    Yes.  Generally they were scheduled
8   with the teleclinic nurse.  There were a few
9   Illinois sites where the scheduler was
10  different.
11      Q.    Do you know whether the Taylorville
12  site is one of those sites where it was
13  somebody other than the teleclinic nurse?
14      A.    Generally Taylorville -- I believe
15  Taylorville was through the nurse.  I was
16  referring to, as best I recall, Vandalia had a
17  different scheduler who wasn't the nurse, and
18  I believe that Vienna used to be different.  I
19  think Taylorville was generally through the
20  nurse and nursing staff.
21      Q.    Could you give me an example of
22  what the schedule might look like for a
23  teleclinic at Taylorville where you had more
24  than one patient?
```

REBECCA EINWOHNER                         November 20, 2018

                                                      Page 99
 1            Would you -- yes.  Can you just
 2   give me an example that, say, there were three
 3   patients that needed to come for a teleclinic
 4   visit on a given day at Taylorville, what
 5   would that look like?
 6        A.    Let's ask it -- can you ask that
 7   again, please?
 8        Q.    I sure can.  What would the
 9   schedule look like if there were, say, in your
10   experience, a day where three different
11   patients needed to have a teleclinic visit all
12   at Taylorville?
13        A.    So there would be a prearranged
14   time.  A prearranged starting time with
15   prearranged patients set up and communicated
16   with the nurse.
17            At the scheduled time, I would have
18   charts and I would be ready for the phone
19   call.  If the phone call didn't come in, then
20   I would try to call the site and see what the
21   delay issue was.  If they appeared on the
22   screen, I try to make it as quickly and
23   efficiently as possible.
24            First patient in, you want to know

REBECCA EINWOHNER                          November 20, 2018

Page 100

1    how the clinics went.  First patient in, we'd

2    clarify the patient's identifying information,

3    name, number.  Try to find out if anything had

4    -- interval history update including, for

5    example, moving from another site or other

6    interval histories, if the patient was getting

7    ready to leave.

8              We usually reviewed medications

9    with the nurse.  Nurse would review vital

10   signs like blood pressure and pulse range and

11   usually give several recent blood pressure

12   readings.

13             I would give -- the patient would

14   talk about symptoms, and we would move on to

15   physical examination.  We would review any

16   labs and studies.  We would review with the

17   patient the diagnostic studies and markers of

18   how that related to the issue we were talking

19   about.  Make a plan.  Suggest if other things

20   had come up in the history that the patient

21   should be in touch with a primary care doctor,

22   and address questions.  Wrap up the visit.

23             The nurse might have a moment and

24   ask if there's anything that came up that she

REBECCA EINWOHNER                                November 20, 2018

Page 101

1    had to relate to the doctor or if the patient

2    had to be seen, and the next patient would

3    come in.  And the next patient we went through

4    the same format:  Identifying information,

5    medical history, medications, problems, there

6    was an examination with the nurse.

7              And the nurse, by the way, might

8    interject different things that have happened.

9    The nurse might help the patient clarify.  We

10   might, say, if labs haven't come back or tests

11   hadn't come back, we would say so.

12             We would review diagnostic studies,

13   nature of the disease, where we are, plans,

14   address questions, and on to the next patient.

15             If it was a new patient, who was

16   the next new patient?  Maybe it was new.

17   Maybe it was follow-up.  That would be back

18   into the format of a new patient evaluation.

19   Why is the new patient in?

20             Some patients, depending on the

21   nature of the patient, some patients were much

22   more complex.  Much more serious disease.

23   Some patients were more straight forward.

24   They could be a little shorter.  Some

REBECCA EINWOHNER                          November 20, 2018

Page 102

1    patients, for whatever reasons, might be a

2    little longer.  And anything that could have

3    happened did happen.

4         Q.    I was talking about a -- my

5    question was about a typical three patient day

6    at Taylorville.  What -- so let's talk a

7    little bit about if, say, there were three

8    follow-up visits, which you testified earlier

9    might be between 20 and 30 minutes but could

10   be longer, does that mean that you would set

11   aside a period of time of approximately one to

12   one and a half hours for that set of three

13   patients?

14        A.    Yes.  Yes.  Generally the more

15   recent visits are more straight forward and

16   were about 20.  About 20 minutes.  But to try

17   to make them faster logistically with the

18   equipment, the shutdowns, movement delays,

19   that didn't really happen.

20        Q.    So did you have another -- I'm

21   sorry.  I don't mean to talk over you.  Go

22   ahead.

23        A.    Yes, I would expect that they be on

24   the screen for about 20 minutes.  On more

REBECCA EINWOHNER                                November 20, 2018

Page 103

1    complicated patients if issues come up, it

2    might take a little longer.  And there were

3    delays often in connections, computer

4    problems, movement, all of those.

5        Q.    And so in planning for those

6    unplanned disruptions, if you were to have one

7    and a half hours set aside for three

8    follow-ups at Taylorville and you also needed

9    to have a teleclinic visit with a patient at

10   Big Muddy the same day, how much time would

11   you typically try to leave at a minimum

12   between the start times for those teleclinic

13   visits?

14       A.    I would allow about 30 minutes per

15   patient trying to wrap up everything for about

16   20 minutes on screen, and then allow a little

17   time for scheduling with the nurse or any

18   other logistics or anything else that might

19   have come up.  Any other care coordination,

20   planning.

21            Let's just talk about one brief

22   thing that might come up.  I might go ask the

23   nurse to get a urine specimen, and the nurse

24   might pop back in and tell me the results.

REBECCA EINWOHNER                                    November 20, 2018

Page 104

```
 1        Q.    Right.

 2        A.    And that takes time.

 3        Q.    Right.

 4        A.    And then I would also scan

 5   documents and, yes, I would allow about an

 6   hour and a half about with some screen time

 7   for around 20 minutes.

 8        Q.    And so is it fair to say that if

 9   you started at approximately 10:00 a.m. with a

10   three-patient teleclinic in Taylorville, that

11   it would be possible for you to schedule one

12   patient at Big Muddy for 11:30 a.m.?

13        A.    Yes.

14        Q.    Or would you avoid that kind of

15   close scheduling?

16        A.    No, I might have multiple sites

17   like that.

18        Q.    In order to do follow-up with the

19   primary care physician at a given hospital or,

20   excuse me, at a given facility, would you

21   typically have to set up an appointment for a

22   specific time, or would you typically call

23   them when you had free time, or how would

24   follow up with a primary care physician
```

Page 105

1   usually work?

2        A.    Could you be a little more

3   specific?

4        Q.    Sure.  I'm trying to understand the

5   structure of your workday is all.  And so I'm

6   wondering if you know that you need to do

7   follow-up with a primary care physician, is

8   that something that you do by setting up an

9   appointment or an appointed time to talk to

10  that primary care physician, or how do you do

11  that?

12       A.    It was variable and depending on

13  the site and the physicians.  Some sites the

14  teleclinic nurse might assist with that,

15  sometimes it was directly through the doctor.

16            And more routine things might be

17  scheduled with that clinic nurse or doctor as

18  needed.  If something urgent came up, I could

19  tell the nurse I had to speak to a doctor or

20  this patient needed to go back.

21            If the patient was unwell in a

22  teleclinic, I could tell the nurse this

23  patient needs -- I recommend that your doctor

24  see this patient right now.  Shall I say

Page 106

1    provider, too, because not all sites had

2    doctors.

3         Q.    So we talked a little bit about

4    initial visits and then follow-up visits with

5    patients.  And I'm wondering about the

6    intervals that you schedule those follow-ups

7    for, and based on the diagnosis that is

8    involved, is it fair to assume that the

9    intervals for a follow-up depends on the

10   diagnosis?

11        A.    Let's clarify first if I understand

12   the nature out of your question.  You're

13   wondering the time frame between two visits

14   depending on the particular patient?

15        Q.    That's right.

16        A.    Okay.  So, yes, determining the

17   need for follow-up could depend on the nature

18   of the problem, the patient-specific

19   diagnosis.

20             And also if anything had happened

21   in between.  Like, for example, there might

22   have been time I spoke to a primary care

23   doctor and I asked them when they would like

24   me to follow-up.

REBECCA EINWOHNER                                    November 20, 2018

Page 107

1        Q.    What's your rule of thumb for
2    follow-up -- an appropriate follow-up interval
3    for a patient who has hematuria?
4        A.    That is variable and patient
5    specific.
6        Q.    What kinds of variables does it
7    depend on?
8        A.    There are different things that
9    cause hematuria and there are different
10   chronicities.
11       Q.    I'm sorry.  There are different
12   what?
13       A.    Chronicities.
14       Q.    Can you explain what you mean by
15   that?
16       A.    A different diagnosis means
17   different underlying medical conditions that
18   could lead to hematuria, blood in the urine.
19   And different chronicities could mean even
20   with a patient with something -- did anything
21   change?  Is anything -- how long is it going
22   on?
23       Q.    So if there's some other medical
24   condition for the patient, that could affect

REBECCA EINWOHNER                                    November 20, 2018

Page 108

1    the appropriate interval before the next

2    follow-up?

3         A.    Let's stop one second.  There is --

4    the determination for how often I would see

5    follow-up would depend on what's the

6    underlying disease and how long the disease

7    is, and what came up at the visit.  Patient

8    specific.

9         Q.    So is there any rule of thumb that

10   you use for appropriate follow-up interval for

11   hematuria?

12        A.    Again, not everybody has hematuria

13   for the same reason.  Patient specific.

14        Q.    Is there a rule of thumb for

15   follow-up for hematuria that has an

16   undiagnosed cause?

17                   MR. RUPCICH:  I assume you

18   mean in renal clinic rather than with the

19   primary care physician on site?

20                   MR. STROM:  Yes, that's right.

21   BY MR. STROM:

22        Q.    So let me go ahead and pose the

23   question specifically.

24                   Is there a rule of thumb for the

REBECCA EINWOHNER                          November 20, 2018

Page 109

1    appropriate interval between a renal

2    teleclinic follow-up visit for a patient with

3    an undiagnosed cause of hematuria?

4         A.    Patients were likely seen within

5    months for follow-up with variable in the

6    months.

7         Q.    Within one month?

8         A.    I said months.  I said months.  So

9    variable of -- depending on the patient

10   situation.  Within months with an S on it.

11        Q.    Okay.  Within six months or less?

12        A.    Most patients in renal teleclinic

13   interval follow-up was less than six months.

14   Six months or less, including patients who had

15   various causes, yes.  Likely less than six

16   months, possibly even less than that.

17        Q.    In your view, what is an

18   appropriate follow-up period between renal

19   teleclinics for a patient with hematuria from

20   an undiagnosed cause?

21        A.    Well, that depends on what else is

22   going on with a primary care doctor and what

23   other things are being done.

24        Q.    Okay.  So how often -- how often do

REBECCA EINWOHNER                                    November 20, 2018

Page 110

1    you want to see a patient who has hematuria

2    with an undiagnosed cause?

3         A.    Within months.

4         Q.    Is it as many as six months?  Is

5    that an appropriate follow-up interval?

6         A.    Again, patient specific.  That

7    sounds reasonable.

8              May we stop for a moment?

9         Q.    Sure.

10        A.    Thanks.

11              (A recess was taken.)

12   BY MR. STROM:

13        Q.    Thank you, Dr. Einwohner.  Thank

14   you for --

15        A.    You're welcome.

16        Q.    -- indulging me.  Lunch was fast,

17   but tasty.

18        A.    Good.  I'm glad.

19        Q.    And as before, any time you need a

20   break, please let me know.

21        A.    Thank you.  Likewise.

22        Q.    And if a question is pending, we'll

23   go ahead and continue -- or we'll go ahead and

24   give you that break, I should say.

REBECCA EINWOHNER                         November 20, 2018

Page 111

        1              If a question is pending, we'll

        2     answer it the best that we can and then take

        3     the break.

        4              Before our break, we were talking

        5     about the interval that might -- interval of

        6     time that passes between renal teleclinic

        7     follow-up visits for one of your patients.

        8              And you mentioned that -- your

        9     testimony was that an interval of six months

       10     between follow up visits would be reasonable

       11     between renal teleclinic visits where there's

       12     an undiagnosed cause for a patient with

       13     hematuria; is that right?

       14        A.    Let's stop and clarify.

       15        Q.    Yes.  Absolutely.

       16        A.    Okay.  So the frequency of follow

       17     up for any patient would be variable depending

       18     on what we're working on and the severity.

       19              Additionally, the frequency of

       20     follow up would be variable and patient

       21     specific depending on what came up at the

       22     visit, including symptoms, incoming tests and

       23     studies, examination, what came up at the

       24     visit.

REBECCA EINWOHNER                            November 20, 2018

Page 112

1                      And what was yet to come and which

2        evaluation, tests, and things might be coming,

3        including a doctor follow-up on site or any

4        other evaluation or diagnostics and testings

5        which were up and coming.

6                      And those could all play in.  Not

7        to mention the scheduling availability of the

8        site.  Those could all come in with the

9        determination of when to see next.

10           Q.    Okay.  So the variables that you

11       just mentioned, just to make sure that I'm

12       clear about what they are, would include

13       things like whether there were tests whose

14       results that were outstanding, and whether

15       follow up on those -- or excuse me, whether

16       reading of those tests or receiving results of

17       those tests was expected.

18                      What the time interval would be for

19       that.  What tests might still yet to be run or

20       still may be used as a backup to the previous

21       test or as the next step in diagnostics.

22                      What other things came up in the

23       visit, like new developments with respect to

24       patient symptoms.  Other health concerns that

Page 113

1    the patient may report having cropped up in

2    the interval, those sorts of things?

3         A.    Yes.

4         Q.    Does that cover the waterfront?

5         A.    Yes, and just any upcoming other

6    physician evaluations or upcoming other

7    studies in the evaluation process.

8         Q.    Dr. Einwohner, I want you to know

9    that the door is opening here and someone from

10   my office has very generously agreed to bring

11   in some water for me so I can fill my pitcher

12   without taking a break.

13        A.    Okay.

14        Q.    That's all that's happening right

15   now.

16        A.    Okay.

17        Q.    It's up to you.  We can continue to

18   talk while she's doing that.

19        A.    Yeah.

20        Q.    Okay.  Okay.  So there aren't any

21   -- are there any other variables that I

22   haven't mentioned or that we haven't

23   discussed?

24        A.    I don't know if you mentioned

REBECCA EINWOHNER                        November 20, 2018

Page 114
1    scheduling.  That's always something.

2         Q.    Scheduling?

3         A.    Scheduling at the site.

4         Q.    For scheduling purposes, do the

5    sites have standing teleclinic times and dates

6    or days of the week?

7         A.    Let's see if I understand your

8    question.  Can you say that again?

9         Q.    Yes.  I was wondering if the sites

10   have standing times and days of the week for

11   renal teleclinic.

12            So, for example, if it's Tuesday,

13   then there will be teleclinic at, say, Big

14   Muddy, just as a hypothetical example to

15   illustrate what I'm asking.

16        A.    Not exactly.  These -- because

17   these changed over time.  So I would need to

18   clarify at every scheduling time just when

19   would be appropriate.

20        Q.    Okay.  For the Taylorville

21   facility, how often do you hold teleclinic

22   with patients at Taylorville currently?

23        A.    So, you know, there is not a set

24   frequency.  And, again, it might be variable

REBECCA EINWOHNER                          November 20, 2018

Page 115

1   depending on needs.  Needs including -- it

2   could include new referrals coming in, and

3   again, it could include what was coming up.

4           But Taylorville was one of the

5   sites where I saw the same patients.  So there

6   might be -- there might even be a couple times

7   during a week and there might be, you know,

8   for a three or four month time frame

9   Taylorville was likely to come up.

10       Q.    Okay.

11       A.    Variable, and, again, the sites

12  would change depending on what they had to do.

13  So they couldn't always -- they changed their

14  other clinics, too, which they had to do.

15       Q.    I see.  So I have a couple of

16  different things I'd like to ask about, and

17  I'm just trying to decide where I want to go

18  next.

19           I guess let's talk a little bit

20  about diagnosing the root cause of hematuria,

21  when a patient presents with blood in the

22  urine.

23           So the first question I have is, my

24  understanding is that blood in the urine can

REBECCA EINWOHNER                              November 20, 2018

Page 116

1    take many forms.  It can look like different

2    things and how it's described, it's frequency,

3    there are obviously lots of variables there.

4              So what variables in terms of what

5    the hematuria looks like or how it's being

6    described to you are important to begin to

7    diagnose the root cause?

8                   MR. RUPCICH:  Are you talking

9    about the patient description of gross

10   hematuria that the patient describes, or are

11   we talking about microscopic hematuria?  Like,

12   I guess it's slightly vague.

13                   MR. STROM:  It is vague.

14   Okay.

15   BY MR. STROM:

16        Q.    So if a patient describes gross

17   hematuria, what diagnostic steps are important

18   to take first?

19        A.    For the initial evaluation, any

20   patient would get an initial history about the

21   reason, how long it was going on for, okay,

22   and an initial history taking.  All right.  A

23   history and physical, you might call it.

24                   And in that time, ask about medical

REBECCA EINWOHNER                                    November 20, 2018

Page 117

1    problem they may have had including other

2    episodes and including other notations of

3    things that might be related to blood in the

4    urine, such as stones.  So history; important.

5            What about urine study?  Is there a

6    urinalysis?  Those might be some initial

7    starting points.  So you said, I mean, a start

8    point for somebody that has this, has it

9    happened before?  Any history of stones?  Are

10   there any records with history of stones?

11           And in the urine, is there anything

12   that makes me think that it is stones or makes

13   me think into a different category of other

14   kinds of things that cause -- other things

15   that cause that?

16           So we started with a couple things.

17   We started with history.  We talked about a

18   urinalysis.  And then there might be along the

19   way, if there were no records, perhaps is

20   there imaging.

21      Q.    And when you say, "perhaps is there

22   imaging," do you mean imaging existing already

23   in their records or new imaging?

24      A.    Yeah.  Let's find out first about,

Page 118

1   first, is there a record of this.  History,

2   urine, and are there any records about this

3   and are there any imaging studies, and going

4   from there.

5        Q.    When you mentioned urinalysis, what

6   kinds of other things in the urine besides

7   blood are you looking for?

8        A.    Is there anything called casts, and

9   are there any crystals on a general

10  urinalysis.

11       Q.    Was the first thing you said caps,

12  like bottle caps?

13       A.    Casts, like in a broken arm.

14       Q.    Casts.  What's casts?

15       A.    It's a -- what's casts?  It's a

16  kind of like a -- something that can come out

17  in the urine that could hold blood or other

18  bits.

19       Q.    I'm sorry.  I didn't understand

20  you.

21                 MR. RUPCICH:  Do you -- could

22  you read back her answer, please?

23            (Reporter read back from the

24  record.)

REBECCA EINWOHNER                                    November 20, 2018

Page 119

 1    BY MR. STROM:

 2        Q.    So does that mean, like, casts, is

 3    it a solid substance of some kind?

 4                    MR. RUPCICH:  Can you just

 5    tell him what a cast is?

 6                    THE WITNESS:  It's kind of

 7    like a sloughed snake skin with some red blood

 8    cells stuck in it but much smaller.  Much,

 9    much smaller.

10    BY MR. STROM:

11        Q.    And what causes crystals?

12        A.    Crystals is like a mineral deposit.

13    It could be bigger and it could later be part

14    of a stone, or a bit of a stone, layer of

15    stone.

16        Q.    And are you able to get, during the

17    course of the 20-minute visit with a patient

18    via teleclinic, are you able to get results

19    from a urinalysis that would show either

20    crystals or casts?

21        A.    During the course of a visit I

22    could review a urinalysis that had been done

23    by a laboratory.  So I could get records if

24    those urinalyses had been done.

REBECCA EINWOHNER                                    November 20, 2018

Page 120

1       Q.    So it's not the kind of analysis

2   that could be done during the course of a

3   visit?

4       A.    Well, maybe, but I don't know that

5   the nurses can always catch that.

6       Q.    Okay.  When a patient presents with

7   gross hematuria, and here, my understanding of

8   what gross hematuria is is visible blood clots

9   or visible red liquid blood in the urine.

10           And please correct me if that's not

11  a correct understanding of what you mean by

12  gross hematuria.  But where there is that kind

13  of sample or specimen, is urinalysis testing

14  for crystals or casts typically done?

15      A.    Could you repeat the question,

16  please?

17      Q.    Yes.  If there's visible blood or

18  blood clots in the specimen, is a urine study

19  still done?

20      A.    If I repeat back to you, you're

21  asking me if somebody -- if a patient

22  complains of blood in the urine, is a urine

23  specimen done?

24      Q.    No.  My question is if, during the

REBECCA EINWOHNER                        November 20, 2018

Page 121

1    course of your visit you see a urine specimen

2    that contains visible clots and blood or

3    blood, is a urinalysis done after on that

4    specimen?

5        A.    So, correction:  One, I never

6    actually see any visible -- any urine

7    specimens.  I only get reports for one.  And

8    this is a televisit.  So I never -- I

9    generally do not see any urine.

10            I get reports and, again, back to

11   what's going on, what's the data reviewed at

12   the visit?  What are the symptoms that have

13   been reviewed at the visit?  And all of that

14   grouping would determine the need for more

15   testing.

16       Q.    Okay.  So you don't ever see a

17   urine specimen containing the blood clots or

18   the liquid blood; is that right?

19       A.    I am not shown a cup of urine.  I

20   am not shown -- that's not really the way it

21   goes.  I get the report.  It's generally not

22   that I have the microscope here.  That is not

23   this particular televisit.

24            Is that the nature of your

REBECCA EINWOHNER                                November 20, 2018

Page 122

1    question, am I looking at the urine?

2        Q.    That is my question, yes.

3        A.    No.  I'm not usually seeing that

4    here.  There is no microscope in this

5    televisit.

6        Q.    And you also don't see the specimen

7    where it's not necessary to use a microscope

8    in order to see the blood or the blood clots

9    in it?  You're not shown a specimen that

10   contains visible clots visible to the naked

11   eyes, clots or liquid blood?

12                   MR. RUPCICH:  I think it may

13   be necessary to clarify the difference between

14   the onsite urine dipstick and the microscopic

15   analysis.

16                   THE WITNESS:  Okay.

17                   MR. RUPCICH:  Is that okay?

18   Because I think that's --

19                   THE WITNESS:  Okay.  If the

20   general -- in general, if there is an onsite

21   dip, the nurse has done that in a back room

22   and tells me the results, okay?  I don't -- I

23   don't think I'm usually seeing a cup, okay?

24                   And very rarely would a patient for

REBECCA EINWOHNER                    November 20, 2018

Page 123

1   some reason have some kind of body fluid bag

2   coming in on them.  I'm not usually seeing

3   that.

4           Usually the nurse, if the nurse is

5   doing an onsite urine, it's elsewhere and is

6   reporting the results.  The results are more

7   limited in those studies.  The laboratory can

8   get more detailed studies.

9                   MR. RUPCICH:  So, Bill, I

10  think that might help move this along, but --

11                  MR. STROM:  No problem.

12  Thanks, Joe.

13  BY MR. STROM:

14      Q.    So the dip test, what is the dip

15  test testing for?

16      A.    The dip test can test for a whole

17  variety of things.  How strong or watery

18  concentrated or dilute the urine is.  If there

19  is sugar.

20          It can do some preliminary testings

21  for -- so I said sugar, preliminary testings

22  to guide towards infection, see if there might

23  be some infection in there, markers of that.

24          And yes, blood, and yes, a

REBECCA EINWOHNER                              November 20, 2018

Page 124

1    breakdown of liver things, and the nurse might

2    see the color.

3         Q.    The color of the urine specimen?

4         A.    Yellow, clear, watery.

5         Q.    Is a dip test done on every urine

6    specimen collected?

7         A.    There are different kinds of urine

8    studies.  So if you're asking does every urine

9    that goes for a laboratory have a dip, I do

10   not think so because some urine studies go for

11   other things.  Minerals only.  For example,

12   minerals only.

13            Does that answer your question?

14        Q.    It answered the question I asked,

15   which was a bad one.  That's my fault.

16            So my question is, when a patient

17   is complaining of gross hematuria and they

18   provide a urine specimen prior to renal

19   teleclinic, is a dip test done on the specimen

20   that they provide in 100 percent of cases?  In

21   most cases?  In a few cases?

22        A.    You're going to have to go back to

23   which urine test was ordered.  You just stated

24   that if a test was ordered before clinic, was

REBECCA EINWOHNER                        November 20, 2018

Page 125

1   a dip done?

2           If it was a urinalysis test

3   ordered, then it would probably be urinalysis,

4   urinalysis.  If all you ordered was a test to

5   look for urine salt, then you're going to get

6   urine salt.  So you have to be more specific

7   what you're asking for.

8       Q.    Okay.

9       A.    If somebody had ordered a

10  urinalysis requested before teleclinic, I

11  would hope that that order would be there for

12  teleclinic.

13      Q.    Okay.  So I want to make sure I

14  understand under what circumstances a dip test

15  is done.  Are dip tests done prior to initial

16  visits at a renal teleclinic?

17      A.    Most patients have had a urine

18  study before a renal teleclinic.

19      Q.    So when you say a urine study, does

20  that mean laboratory or does that mean any

21  diagnostic tool in the tool kit?

22      A.    So in general they have had some

23  kind of urinalysis, either a full-on at the

24  laboratory or an onsite.  Some urine study

REBECCA EINWOHNER                                November 20, 2018

Page 126

1    that can include as much information or more

2    onsite limited.  The more detailed might have

3    the crystals, casts.  The onsite might not

4    have that capability.

5                Do we usually like this before

6    teleclinic the first time?  Generally, yes.

7        Q.    Okay.  The dip test that you

8    referred to, is it -- is it analogous to,

9    like, a piece of pH paper that changes color

10   when you dip it into the urine specimen?

11       A.    Yes, like a strip or a -- a strip

12   of paper that could have different markers for

13   the nurse to read off or the assistant

14   technician to read off, markers of what's in

15   the urine.

16       Q.    And is that something that can be

17   -- when the results are available -- how soon

18   are the results available on that dip for

19   those markers to become visible?

20       A.    The nurse can go do that during in

21   between in a few minutes time I think.  The

22   ones that go to the laboratory would have to

23   be processed by the laboratory because those

24   ones might have more information.

REBECCA EINWOHNER                          November 20, 2018

Page 127
1              Does that answer your question?
2        Q.    I think it does.  And so this
3   brings me to my question of -- that I haven't
4   asked very well yet, which is, any patient
5   complaining of gross hematuria, do they
6   receive a dip test in 100 percent of cases
7   either before or during the course of their
8   initial teleclinic visit with you?
9        A.    Well, if the reason for being
10  referred was to evaluate blood in the urine, I
11  would say that we would have -- it's likely we
12  would have asked for a urine study, whether a
13  dip or a full-on test from the lab.
14       Q.    So there's not a dip test done in
15  100 percent of cases but some urine study of
16  some sort, which includes either the dip test
17  or the laboratory analysis happens if someone
18  is complaining of gross hematuria?
19       A.    I think in general we would want
20  the urine test if that was the reason for the
21  referral.
22       Q.    When you say "urine test" in that
23  sentence, you mean laboratory test?
24       A.    I mean a urine specimen.  Either a

REBECCA EINWOHNER                          November 20, 2018

Page 128

1    urinalysis from the lab, urinalysis from the

2    site as a starting point for the first visit,

3    and then determine as going forward.

4         Q.    When a patient presents and

5    complains of gross hematuria and they're

6    describing blood clots and visible red blood

7    in the urine, what are the markers that you

8    referred to before that you're most interested

9    to learn more about in some sort of a urine

10   study?

11        A.    Yeah.  Is there blood?  Is there

12   blood?  Is there cells?  Is there anything

13   else coming out in the urine?

14        Q.    What kinds of cells?

15        A.    Reds, whites, and casts.

16        Q.    And you said "anything else," what

17   does anything else include?

18        A.    Well, again, patient specific.  If

19   there was an initial test requested for what

20   the nurse could do, anything else might be

21   more limited.

22             A nurse can only do so much with an

23   onsite, but the laboratory might come up with

24   saying something else, a cast, crystals.  A

REBECCA EINWOHNER                                November 20, 2018

Page 129

 1   laboratory can put it under the microscope.

 2   Other things come out in the urine, crystals,

 3   sometimes germs.

 4        Q.    Are there any specific things that

 5   you -- that are high priority to know about in

 6   any kind of a urine study if a patient is

 7   complaining of gross hematuria?

 8        A.    Well, I did mention the casts and

 9   the crystals.  I did -- we do look at the

10   various cell types, reds and whites.  Those

11   are important.  Sugar might be noted, too, in

12   all these specimens.

13        Q.    And what is -- what do red blood

14   cells indicate about the possible root cause

15   of hematuria?

16        A.    The red cells, depending on the

17   other things and what they look like and the

18   other markers coming out in the urine along

19   with the story and other testings, might help

20   determine if it was coming from where, okay?

21             So if you look at the -- you would

22   have to look at the other information in

23   context.  Other information to determine, can

24   it help narrow down where it's coming from?

REBECCA EINWOHNER                                    November 20, 2018

Page 130

 1        Q.    When you say, "where it's coming
 2    from," do you mean -- do you mean is the blood
 3    coming from the kidneys, or do you mean -- I
 4    guess I don't understand what you mean by
 5    where?
 6        A.    Well, let's go back to where your
 7    first question was.  What was your question?
 8        Q.    My question is, what do red blood
 9    cells indicate about the root cause of
10    hematuria?
11        A.    They may help guide you from where
12    it's coming from.  You may need more tests.
13        Q.    Okay.  So red blood cells tell you
14    where the hematuria is coming from?
15        A.    Not necessarily.  You may need more
16    tests.
17        Q.    Can red blood cells on their own
18    indicate anything about where or what the root
19    cause of the hematuria is?
20        A.    I think you need more tests than
21    just saying red blood cell in the urine.  You
22    need to take an interpretation of what else is
23    in the urine and what other studies do you
24    have and what your other history is.

REBECCA EINWOHNER                               November 20, 2018

Page 131

```
 1        Q.     Okay.  Does the presence of white
 2   blood cells indicate the root cause of
 3   hematuria?
 4        A.     Not on its own.  You need to take
 5   it in context of the history, the other
 6   diagnostic studies going on so far, and what
 7   else is to come.
 8        Q.     Does the combination of red blood
 9   cells plus white blood cells alone indicate
10   the root cause of hematuria?
11        A.     It may assist.  Again, you need to
12   remember back in the beginning, what's the
13   history?  What other background do you have?
14   What other studies do you have?  What else has
15   been done so far to interpret your current
16   diagnostic study?
17        Q.     Okay.  I guess I'm -- I'm just not
18   clear on what happens to diagnose someone
19   presenting with hematuria in an initial visit
20   in the event that you need to collect all the
21   information from scratch.
22             So they never before had hematuria.
23   This is their first time presenting with it,
24   and you want to know what's causing it.
```

REBECCA EINWOHNER                          November 20, 2018

Page 132

1                    So I'm curious to know what are the

2      test results that are most important to

3      determine what the root cause in the diagnosis

4      of the cause of that hematuria is?

5          A.     So we talked about the urine study,

6      if there was any evidence of any markers that

7      something might suggest that there's something

8      going on higher up in the kidneys.

9                    We talked about any imaging

10     studies.  If there's any historical or

11     available information.  We talked about the

12     urine study itself to suggest if there's any

13     crystals or bits if that has been done yet.

14                   Could red cells and white cells

15     help?  Maybe.  Again, in the context, yes.

16     Also back on symptoms and history, and the

17     history taken there to guide, and with this

18     information, coming up with the plan which

19     might include other diagnostic test and

20     studies to determine where, from top to

21     bottom, the blood could be coming from.

22         Q.     Right.  I understand that these

23     variables all come into play when you have the

24     information.  And my question is, what's the

Page 133
1  first thing that you want to know if you don't
2  have any information about the root -- from
3  the tests, from the urine studies or other
4  tests, what is the first thing that you want
5  to know in order to begin diagnosing the root
6  cause of hematuria?
7            MR. RUPCICH:  I object to the
8  form as vague.  Compound.
9            MR. STROM:  I'll see if I can
10 ask it in a slightly different way.
11 BY MR. STROM:
12    Q.    If you have no information, what's
13 the first piece of information you want to
14 know in order to determine the root cause of
15 hematuria?
16            MR. RUPCICH:  Can you answer
17 that?  Do you have patients from whom you have
18 no information on when you see them?
19            THE WITNESS:  Then why are
20 they being referred?  They're usually referred
21 for something.
22            MR. RUPCICH:  Bill, the
23 problem is she's referred patients.
24            MR. STROM:  Okay.

REBECCA EINWOHNER                              November 20, 2018

Page 134

 1                    MR. RUPCICH:   So the
 2   hypothetical in which she has no information
 3   on the patient really doesn't apply.
 4                    MR. STROM:   Okay.
 5   BY MR. STROM:
 6        Q.    So the hypothetical, let me see if
 7   I can clarify it, is this:  You know that the
 8   patient has reported gross hematuria.  What's
 9   the first piece of information you want,
10   whether it's from reviewing tests that have
11   already taken place or whether it's from tests
12   that you want to order, in order to figure out
13   the root cause of that hematuria?
14        A.    Okay.  So, again, we said we start
15   with the history and the physical.  Does the
16   patient have hematuria and when did they have
17   the hematuria?
18               We talked about the history.  We
19   talked about the other medical history
20   including any history of stones.  We talked
21   about other medical problems that can cause
22   blood in the urine other than kidney stones.
23               We talked about a urinalysis.  Are
24   there any red flags in the urinalysis?

REBECCA EINWOHNER                                    November 20, 2018

Page 135

1    Something that suggests there could be -- we

2    talked about diseases of the kidney in a

3    context.

4              I forgot to mention that a

5    urinalysis can also have protein.  Okay.  So

6    looking at those compilation of markers.  Were

7    there any records showing imaging studies?

8    Were there?  We don't know yet if the person

9    came with that.

10             Were there repeated urinalysis?

11   Has it been repeated?  And if there were not,

12   I would want to know could we -- could we find

13   out.  Would it be feasible to find out if

14   there were any imaging studies possible?

15        Q.   So in the absence of a urinalysis,

16   one of the first things you would want is a

17   urinalysis; is that your testimony?

18        A.   I would always want a urinalysis.

19        Q.   Okay.  In the absence of imaging,

20   is it your testimony you would always want

21   imaging?

22        A.   I would want the urinalysis first

23   to find out if it's there.  I would want the

24   history.  I would like imaging, which is

REBECCA EINWOHNER                                      November 20, 2018

Page 136

1    subject to approval.

2         Q.    From the urinalysis, what markers

3    are most important to determine the root cause

4    of hematuria?

5         A.    So we're going to have to step back

6    here because you're going to have to remember

7    that some of this has to come in context with

8    the history because there can be more than one

9    thing wrong at a time, okay?

10        Q.    Okay.

11        A.    All right.

12        Q.    Okay.

13        A.    So you're going to have to figure

14   out what else is coming out in the urine at

15   the same time.  Right?  Hematuria, proteinuria

16   casts, that's one way.  Proteinuria, sugar,

17   protein, sugar, blood, you know, you get

18   different things.  Crystals, blood, okay?

19              So you have to remember -- and you

20   also have to remember the history and what

21   were the past urinalyses, okay.  Shall we --

22        Q.    Okay.  What combination of markers

23   in the urinalysis indicates kidney stones?

24        A.    Okay.  So hypothetical?

REBECCA EINWOHNER                          November 20, 2018

Page 137

1        Q.    Yes.

2        A.    All right.  And can we tie in any

3   other history?

4        Q.    This person has never had any

5   history of kidney stones.  This is their first

6   bout of hematuria.

7        A.    A patient who has got blood in the

8   urine, got to find out the context of when it

9   happened.  Is there actually blood in the

10  urine?  Is there repeated blood in the urine?

11  And we want to find out is blood coming out

12  with any casts, protein, sugar, crystals.

13  What was the situation?

14       Q.    I'm sorry.  Go ahead.

15       A.    What were the circumstances?  What

16  were the circumstances when the blood came?

17  How was the patient feeling?

18       Q.    So, in other words, you are asking

19  about what's their general health history in

20  addition; is that right?

21       A.    Well, you have to find out what

22  their general health history was and what else

23  was going on at the time they urinated blood.

24       Q.    Okay.  And when you say, "what else

REBECCA EINWOHNER                                    November 20, 2018

Page 138

1   was going on," do you mean?  Like, what do you

2   mean by, "what else is going on"?

3          A.     Anything else that was going on.

4   Activity, any other intercurrent illnesses.

5   You said first presentation.  Any other

6   medical problems they have.  Any medications

7   they're taking.  You said first episode.

8          Q.     So we were talking about the

9   results of urinalysis and the markers that

10  would lead you to a diagnosis of kidney

11  stones.  You mentioned presence of blood.  You

12  mentioned casts.  You mentioned protein.  You

13  mentioned sugar and you mentioned crystals.

14             Do all of those need to be present

15  in order to reach a diagnosis of kidney

16  stones?

17         A.     Step back a second.  I believe you

18  were asking for what urinalysis markers I was

19  looking for when I was looking for blood in

20  urine, not just kidney stones.

21         Q.     I'm sorry if you misunderstood my

22  question.  I can ask it again.

23         A.     Yes.

24         Q.     My question is, what markers in a

REBECCA EINWOHNER                                    November 20, 2018

Page 139

1    urinalysis indicate a diagnosis of kidney

2    stones?

3         A.    Okay.  Patient variable.  They

4    might have a history.  They might have

5    crystals and blood.  They could have other

6    things as well.

7         Q.    So hypothetically, if a patient is

8    presenting for the first time with kidney

9    stones or -- excuse me.  Let me start over.

10              Hypothetically, if a patient is

11   presenting for the first time complaining of

12   hematuria, then the markers that you want to

13   see to diagnosis kidney stones are blood and

14   crystals; is that your testimony?

15              MR. RUPCICH:  Object to the

16   foundation for the assumption the diagnosis is

17   made off of the urinalysis alone.

18              THE WITNESS:  I do not believe

19   the diagnosis is made off of a urinalysis

20   alone.

21   BY MR. STROM:

22        Q.    Okay.  I'm trying to understand how

23   a diagnosis of kidney stones is made.  And one

24   of the things that I'm wondering about is what

REBECCA EINWOHNER                                    November 20, 2018

                                                              Page 140
1    are the important markers, what are the

2    important results of tests that are run, like

3    urine studies or dip tests?

4         A.    Okay.  So in an initial visit,

5    definitely some urinalysis and the history.

6    If imaging studies, such as an ultrasound,

7    which often shows kidney stones, could be

8    there as well.

9              It will not come necessarily at a

10   first visit, but could be ordered in later

11   visits, urinary studies of minerals, such as

12   sodium and calcium or other crystals.

13        Q.    Okay.  So your priority for trying

14   to determine what the diagnosis is, I

15   understand it begins with history and also

16   includes information about the patient --

17   specific to the patient's life, specific to

18   the patient's other medical problems, other

19   medications they might be taking.

20             I understand that urinalysis is

21   going to reveal things like blood, crystals,

22   as well as casts, protein, sugar?

23        A.    May.

24        Q.    May reveal?

REBECCA EINWOHNER                          November 20, 2018

Page 141

```
 1        A.     May not.

 2        Q.     Okay.  May not because it's not the

 3   thing that's being tested for, or may not

 4   because it just may not show up?

 5        A.     May not show up unless there is a

 6   cause of blood in the urine that is related to

 7   that.  I did not say that you would

 8   necessarily have casts with kidney stones.

 9              So that's something that could come

10   up with somebody with blood in the urine.

11        Q.     Okay.  Okay.  So hypothetically,

12   can you tell me what constellation of markers

13   in a urinalysis generally equates to a

14   diagnosis of kidney stones?

15        A.     There might be blood in the urine

16   maybe.  Blood in the urine, although some

17   specimens can come and sometimes they could

18   not.  Sometimes more, sometimes less.  They

19   might have crystals, sometimes they might not.

20              They might have variable

21   presentations.  The patients could have

22   sometimes specimens, sometimes not.  They can

23   have an imaging study.  It could show crystal

24   -- I mean, could show a stone.
```

REBECCA EINWOHNER                                      November 20, 2018

Page 142

1                  And they could have more detailed

2      urine studies showing, for example, things

3      that could put them at risk for getting

4      stones.  Evidence that they're letting out

5      lots of minerals that could crystallize.

6          Q.    What are some risk factors of

7      kidney stones?

8                      MR. RUPCICH:  Risk factor to

9      developing kidney stones or from having them?

10                     MR. STROM:  That's a fair

11     question.

12     BY MR. STROM:

13         Q.    What are some risk factors that can

14     contribute to developing kidney stones?

15         A.    Well, you both just said it.  If

16     you had it before, it could reoccur.

17         Q.    Are there other risk factors that

18     could contribute to developing kidney stones?

19         A.    There are other kinds of medical

20     conditions where -- higher urinating out of

21     things that can crystallize or less urinating

22     out of things that could prevent the stones.

23                 Medical problems where -- other

24     underlying medical problems where, again, out

REBECCA EINWOHNER                              November 20, 2018

Page 143

1    coming is more that's going to crystallize.

2    Diseases of the kidneys of kidney cysts, and

3    in people with known history of kidney disease

4    already, dietary choices including less fluids

5    and other dietary food choices.

6        Q.    What dietary factors contribute to

7    an increased risk of developing kidney stones?

8        A.    In a known stone former, I would

9    suggest -- let me ask you to repeat.  So you

10   asked in a known stone former what dietary

11   things could predispose them to having stone

12   recurrence.

13            So drinking less, eating high salt,

14   perhaps high quantities of food excesses,

15   other different excesses of foods.

16       Q.    In someone who has not developed

17   stones previously, do those dietary factors

18   still increase the risk of forming stones?

19       A.    Repeat.

20       Q.    Yes.  You -- I asked about what

21   dietary factors contributed to an increased

22   risk of developing stones, and you qualified

23   your answer by saying "in a known stone

24   former."

REBECCA EINWOHNER                                    November 20, 2018

Page 144

1             So I'm wondering if the same

2    dietary risk factors or other dietary risk

3    factors increase the likelihood of someone

4    forming kidney stones whether or not they have

5    a history of forming kidney stones?

6         A.    Perhaps.

7         Q.    The same dietary factors?

8         A.    Perhaps.  I believe stone formers

9    often reoccur.

10        Q.    What diseases of the kidney most

11   commonly contribute to forming kidney stones?

12        A.    I think you need to clarify that

13   bit.

14        Q.    Okay.  Your testimony a few moments

15   ago was that one of the risk factors to

16   increase the probability of forming kidney

17   stones was diseases of the kidney.

18             My question is, what diseases of

19   the kidney contribute to an increased risk in

20   developing kidney stones?

21        A.    Okay.  So included in that could be

22   high outputs of over excretion of minerals,

23   under excretion of things that keep stones

24   from growing, and also included risks with

REBECCA EINWOHNER                              November 20, 2018

Page 145
1    cysts of the kidneys.
2        Q.    And is over excretion of minerals,
3    is that an -- is that a disease or is that a
4    symptom of a disease?
5        A.    It's included in kidney issues.
6        Q.    So the diagnosis may be simply over
7    excretion of minerals?
8        A.    Again, let's step back here.  We
9    were talking about why people were likely to
10   get kidney stones?
11       Q.    Right.
12       A.    We were talking about evaluation
13   tests?
14       Q.    I'm talking about risk factors to
15   develop kidney stones?
16       A.    And included in risk for kidney
17   stones could be over excretion of minerals and
18   various kidney diseases, including cysts and
19   other structural problems.
20       Q.    Okay.  What are those other
21   diseases or structural problems?
22       A.    Cysts, like polycystic kidney
23   disease.
24       Q.    Any others?

REBECCA EINWOHNER                          November 20, 2018

Page 146

1       A.      Spongy kidneys.  Medullary sponge

2    kidneys.  It's a radiologic finding.

3       Q.      Okay.  I think we should take a

4    short break.

5               MR. STROM:  And, Joe, I would

6    like to talk through the documents in the

7    packet a little bit when we get back.

8               MR. RUPCICH:  Okay.

9               (A recess was taken.)

10   BY MR. STROM:

11      Q.      Dr. Einwohner, a couple of things

12   before we get into Mr. Dean's charts.  One is,

13   when there's a diagnosis of kidney stones,

14   what are the recommended treatments or

15   treatment options available?

16      A.      So with the kidney stones, was

17   there anything in the evaluation that

18   identified an underlying cause?

19      Q.      So one component is treatment of

20   any undiagnosed underlying cause of stones; is

21   that right?

22      A.      Yes.

23      Q.      Okay.

24      A.      Also, since many kidney stones

REBECCA EINWOHNER                          November 20, 2018

Page 147

1    reoccur, trying to promote food and dietary

2    changes that would decrease the likelihood of

3    recurrence.  And since many people -- calcium

4    stones, one of -- and for anything to

5    crystallize, it has to be concentrated.

6              Some of those food choices could

7    include drinking a lot of fluids during the

8    day with lower salt moderation, dairy.

9              So, overall, what I'm telling you

10   is drink, but not necessarily drink milk all

11   day.  Drink, decrease dietary salt, monitor

12   dietary calcium.

13             So those would be -- so two things

14   I said so far, treatment and evaluation of

15   underlying diseases, food choices depending on

16   the stones and how symptomatic they are.

17             And so the stones, how symptomatic,

18   and perhaps how big, there might be other

19   treatments involved.

20        Q.    When you say "how symptomatic,"

21   what does that mean?

22        A.    Well, I said there might be other

23   treatments depending on, you know, how big

24   they are, the size, and where they are.

REBECCA EINWOHNER                          November 20, 2018

Page 148

1    Stones can block things and can cause -- they

2    can block -- they can block flow.

3         Q.    Are there other symptoms of kidney

4    stones?

5         A.    Kidney stones can have variable

6    presentation from nothing, didn't even know

7    they were there.  They can have variable

8    presentations.  Many.  Flow can be blocked.

9    There can be blood.  They can be variable.

10        Q.    I understand that kidney stones can

11   be very painful to pass; is that a correct

12   understanding?

13        A.    Again, variable, but I have heard

14   that as well.

15        Q.    Can kidney stones cause pain

16   otherwise?

17        A.    Kidney stones can cause pain, I

18   believe.  Not everybody has the same

19   presentation.

20        Q.    What kind of pain do they cause?

21        A.    Can you be more specific?

22        Q.    Yeah.  I'm just wondering what --

23   you said that they can cause pain and that it

24   depends on the presentation, the presentation

REBECCA EINWOHNER                    November 20, 2018

Page 149

1    can vary.  But when it does cause pain, what

2    kind of pain -- other than it passing, what

3    kind of pain does it cause?

4         A.    I have heard some people say that

5    there was pain when they passed the stone,

6    also burning perhaps with urination.

7         Q.    Any other types of pain that kidney

8    stones can cause?

9         A.    You know, variable presentation

10   somewhere in the lower part of the abdomen and

11   genital and sides.

12        Q.    So can kidney stones cause pain in

13   the genitals even when not being passed?

14        A.    Let's step back a bit.

15                  MR. RUPCICH:  I think he wants

16   you to describe the sources of pain from

17   kidney stones.  Is that --

18                  MR. STROM:  That's right.

19   BY MR. STROM:

20        Q.    I asked whether kidney stones can

21   cause pain other than during their passing,

22   and if I understood correctly, my

23   understanding of the answer was, yes, they can

24   cause pain?

REBECCA EINWOHNER                              November 20, 2018

Page 150

1        A.     In various places.  And I think
2   depending on their location they could cause
3   some pain even if they don't come out with
4   various other body functions.  Hypothetically.
5        Q.    So where in the body do kidney
6   stones cause pain even when they're not coming
7   out?
8        A.     I think a variable presentation,
9   lower abdomen, pelvis, sides, back.  All
10  hypothetical depending on the location.
11       Q.    Okay.  So I want to make sure I
12  heard you correctly.  Our audio isn't the
13  greatest.  I'm not sure if that's the cell
14  phone placement.
15                 MR. STROM:  And I apologize,
16  Joe.  I know that's not always easy to figure
17  out where to put it.
18  BY MR. STROM:
19       Q.    So I just want to make sure I
20  understood.  The pain that kidney stones can
21  cause even when they're not being passed can
22  be in the lower abdomen, the sides, the
23  pelvis, the back, and the genitals; is that
24  all correct?

REBECCA EINWOHNER                                    November 20, 2018

Page 151

1        A.     I believe so.

2        Q.     Okay.

3        A.     Hypothetically.

4        Q.     Anywhere else?

5        A.     That's what I recall.

6        Q.     Okay.  What kind of pain do

7    patients with a diagnosis of kidney stones

8    describe in those places?

9        A.     Variable.

10       Q.     Do they describe burning pain?

11       A.     They might.

12       Q.     Do they describe aching pain?

13       A.     They might.

14       Q.     Do they describe sharp,

15   stabbing-like pain?

16       A.     I said, again, variable

17   presentation for kidney stones.

18       Q.     So is that a yes, they can describe

19   sharp, stabbing-like pain?

20       A.     Patients might have a sharp pain.

21   Patients might have a burning pain.  The

22   kidney stones can be variable and the

23   underlying for what's coming out can be

24   variable, too.

REBECCA EINWOHNER                          November 20, 2018

Page 152

1        Q.    Okay.  Are there other things that

2    you meant by blockage of the flow, presence of

3    blood and bleeding, painful in passage, and

4    painful even not in passage when you use the

5    word "symptomatic"?

6        A.    Can you please go back and remind

7    me what we're speaking about?

8        Q.    Yes.  You mentioned that -- my

9    question was about how kidney stones are

10    appropriately treated, and you said that it

11    was -- your testimony was that it varied, and

12    one variable is how symptomatic the kidney

13    stones were.

14             And so we started talking about

15    different symptoms of kidney stones, and the

16    list of symptoms that I have for how

17    symptomatic the stones are includes blockage

18    of flow, bleeding, pain in passing, and pain

19    that's caused even when not passing.

20             I'm wondering if there are other

21    symptoms that you mean when you describe

22    stones as being symptomatic?

23        A.    That's it for now.

24        Q.    Is that all you can remember right

REBECCA EINWOHNER                                    November 20, 2018

Page 153

1    now?

2         A.    Yes.

3         Q.    Okay.  So we were talking about

4    those symptoms and how symptomatic the stones

5    were because I was wondering about treatment

6    options, what the appropriate treatment

7    options are.

8              And some of the treatment options

9    we talked about were treatment of the

10   underlying cause.  We talked about promoting

11   dietary changes, including increased fluid

12   intake, moderating of dairy and other calcium

13   containing foods.

14             We talked about then other

15   treatments depending on how big, where, and

16   how symptomatic.  What are the other

17   treatments that are also appropriate for

18   kidney stones?

19        A.    To clarify, I didn't hear you say

20   anything about salt.  We talked about low

21   salt, too.

22             So there have been patients with

23   stones who have had lithotripsy or

24   extracorporeal shock wave therapy.  Other

Page 154

1    treatments, depending on what blockage they

2    have, have had to have surgical procedures --

3    other surgical procedures to unblock the area.

4              And if there were patients whose

5    metabolic evaluation found out that they have

6    some reason why they were letting out minerals

7    that could crystallize, medical management to

8    treat the underlying problem there.

9         Q.    What about pain management?

10        A.    Please clarify.  What about pain

11   management?

12        Q.    Is pain management an appropriate

13   treatment for kidney stones?

14        A.    Please clarify.

15        Q.    Yes.  We talked about how some of

16   the symptoms of kidney stones included pain

17   and passage and pain in parts of the body

18   including the lower abdomen, sides, back,

19   pelvis, et cetera.

20             Is pain management treatment

21   appropriate for kidney stones?

22        A.    Pain management is under the care

23   of the primary care doctors at Wexford, the

24   medical directors, and primary care doctors.

REBECCA EINWOHNER                                        November 20, 2018

Page 155

1        Q.    As a medical doctor in the field of

2   nephrology, do you think pain management is an

3   appropriate response to kidney stones?

4        A.    Well, I -- I think if a patient is

5   in pain they should be seeing their primary

6   care doctor.  I'm just not involved in that

7   particular aspect of the care, and Wexford

8   does not want me involved in pain management.

9        Q.    When you say Wexford does not want

10  you involved in pain management, why do you

11  say that?

12       A.    Well, I was supposed to focus on

13  the -- let me just step back a bit.  Let me

14  just step back a bit.

15            Although there might have been pain

16  associated with a condition that found out

17  that somebody had kidney stones, the care of

18  the pain would be deferred to the primary care

19  doctor.

20       Q.    Okay.  You said that Wexford does

21  not want you involved in pain management.  Why

22  not?

23       A.    Well, they want me to focus on

24  nephrology.  Although there may have been pain

REBECCA EINWOHNER                                    November 20, 2018

Page 156

1    related, those sorts of things were going back

2    to the primary care.

3         Q.    Do you recommend pain management

4    techniques for your patients in the renal

5    teleclinic?

6         A.    One thing that does come up in

7    teleclinic related to pain management is the

8    avoidance of pain medications that might have

9    an effect on the kidneys.

10        Q.    What medicines are those?

11        A.    Nonsteroidals.

12        Q.    Nonsteroidal, you said?

13        A.    Yes.

14        Q.    Can you give me some examples of

15   nonsteroidal pain medication?

16        A.    Ibuprofen.

17        Q.    Is aspirin nonsteroidal?

18        A.    Aspirin is a nonsteroidal.  The

19   ones I'm specifically speaking about, the

20   ibuprofens, Aleves, Naprosyn.

21             So with regard to pain meds, it's

22   usually managed by the primary care doctors,

23   and I recommend often to patients in the renal

24   teleclinic, I'm not saying which patients, I'm

REBECCA EINWOHNER                              November 20, 2018

Page 157

1     just saying often we're avoiding those.

2          Q.    Is acetaminophen a nonsteroidal

3     pain medication?

4          A.    No.

5          Q.    Is that a no?

6          A.    That's no.

7          Q.    So just to make sure I heard you

8     correctly.  Ibuprofen, aspirin, Aleve,

9     Naprosyn, those are all nonsteroidal?

10         A.    Yes.  Aspirin, the main ones that

11    we recommend avoiding are Aleve, Naprosyn,

12    ibuprofen.

13         Q.    So you mentioned that one of the

14    ways in which you make recommendations is in

15    the avoidance of those nonsteroidal

16    medications with recommendations with respect

17    to pain management.

18               Do you make recommendations with

19    respect to what drugs to take for pain

20    management relating to kidney stones?

21         A.    Stop and clarification.  For one

22    thing, the -- talking in general in the renal

23    teleclinic, so you're talking about do I

24    recall making specific pain recommendations

REBECCA EINWOHNER                          November 20, 2018

Page 158

1    for kidney stones?

2        Q.    Correct.  But your testimony was

3    that pain management is under the

4    responsibility of the primary care physician,

5    often the medical director at the facility,

6    and you said that pain management is

7    appropriate, you're just not involved.

8             You also testified that Wexford

9    does not want you involved in pain management

10   because Wexford wants you to focus on

11   nephrology.

12            So my question to follow up on all

13   of those answers was, do you recommend pain

14   management with respect to pain associated

15   with kidney stones?

16       A.    So with regard to pain management,

17   one of the things that does come up in

18   teleclinic for patients that have kidney

19   related issues often is avoidance of

20   nonsteroidals.

21            But, again, back to the primary

22   care doctor for determination.  And that could

23   relate to another problem where patients have

24   other disorders of kidney disease.

REBECCA EINWOHNER                                    November 20, 2018

Page 159
1          Q.     So pain can relate back to those
2    other kidney disease problems?
3          A.     No, that's not what I meant to say.
4    Clarification.  The recommendation to avoid
5    nonsteroidals, you're talking about all of the
6    teleclinics and renal patients, and there are
7    patients with many kinds of kidney disease.
8                 You're talking about of the many
9    patients with kidney disease, one of the
10   patients -- many of them, suggest them to
11   avoid nonsteroidals.
12         Q.     Okay.  What pain medication do you
13   recommend that your patients with kidney
14   stones should have?
15         A.     I don't know that I was -- I am not
16   certain that I was involved in recommending a
17   pain medication for patients with kidney
18   stones.
19         Q.     So do you not recommend any
20   medications for pain management for your
21   patients with kidney stones?
22         A.     I am not certain if that role came
23   up.
24         Q.     Okay.  If a patient says to you,

REBECCA EINWOHNER                           November 20, 2018

Page 160

1    Dr. Einwohner, my kidney stones are very

2    painful, can you prescribe me something, what

3    happens next?

4         A.    The patient needs to be in touch

5    with the primary care doctor regarding pain.

6         Q.    Do you contact the primary care

7    doctor regarding pain?

8         A.    No.  Usually the clinic -- the

9    patient is -- either the clinic nurse will be

10   in touch with the primary care doctor, or the

11   patient is reminded that if the patient has

12   issues and symptoms how to put in for sick

13   call if there's a pain issue or some other

14   issue.

15        Q.    So you don't ever recommend

16   specific prescriptions for pain related to

17   kidney stones for your patients?

18        A.    I don't recall -- I don't recall a

19   specific medication for the pain control.  I

20   believe that the primary care doctors are

21   usually involved in the pain control.

22        Q.    If you were to review your clinic

23   notes for a patient with kidney stones, would

24   it refresh your recollection about whether you

REBECCA EINWOHNER                            November 20, 2018

Page 161

1   had made any recommendation or prescription of
2   pain medication to control the pain from
3   kidney stones?
4        A.    Would you like me to see a chart?
5        Q.    I'm sorry?
6        A.    Would you like me to see a chart?
7        Q.    No.  I'm asking about your practice
8   generally of keeping charts.  Would you recall
9   having written down something about a
10  recommended prescription to control pain from
11  kidney stones?
12       A.    So, in general -- in general
13  regarding pain control, I already told you I'm
14  not prescribing narcotics.  I'm not
15  prescribing them.
16            In general, pain management is
17  through the primary care doctors.  And I don't
18  specifically recall any particulars about pain
19  control for kidney stones.
20            And as a group of patients with a
21  spectrum of all kinds of kidney diseases, it
22  frequently comes up to avoid NSAIDs.  Not
23  necessarily talking about any specific
24  patient, I'm just talking about in general

with a whole group of patients with a whole lot of various kidney diseases.

Q. Do you ever prescribe or recommend prescriptions for pain management for your renal teleclinic patients?

A. Well, as I just mentioned, one of the things that does come up is NSAID avoidance.

Q. I understand that you're saying that there are certain medications, pain management medications you advise and you recommend that they should avoid.

My question is, do you recommend or do you prescribe any pain management medications to your patients?

A. You know, I don't recall any specific recent prescriptions. That's usually done by the primary care doctor.

Q. Okay. Do you recall any that are not recent?

A. I don't recall.

Q. Okay. So it's not your practice to prescribe medications to your renal teleclinic patients for pain management; is that your

REBECCA EINWOHNER                         November 20, 2018

Page 163
1    testimony?

2         A.    I'm not generally prescribing pain

3    meds.

4         Q.    I heard you use the word

5    "generally" when you answered that question.

6         A.    I don't recall any, and I've seen a

7    number of patients.  I'd have to check a

8    chart.

9         Q.    Okay.  So if you had prescribed it,

10   it would be written down in the patient's

11   chart?

12        A.    Likely.

13        Q.    Okay.  Do you recommend procedures,

14   like, other surgical procedures to remove

15   kidney stones when they're causing a blockage?

16        A.    Can you say that again, please?

17        Q.    Yes.  When a kidney stone is

18   diagnosed and is causing a blockage, do you

19   recommend surgery?

20        A.    The determination to do a surgical

21   procedure would be made by a surgeon.  Okay.

22   If there were to be a case when the

23   presentation and diagnostic studies suggested

24   that the kidney stones was causing blockage

REBECCA EINWOHNER                                November 20, 2018

Page 164

1    that might need a surgical evaluation, I might

2    make that suggestion to utilization

3    management.

4              But, ultimately, the decision to

5    perform or not perform a surgical procedure

6    would be up to the surgeon.

7         Q.    Okay.  Do you make recommendations

8    for patients with diagnosed cases of kidney

9    stones to have external or extracorporeal

10   shock wave therapy?

11        A.    Extracorporeal shock wave therapy I

12   believe is a surgical procedure.  So, again,

13   the determination for an individual with a

14   diagnosis of kidney stones to have a surgical

15   procedure would be at the discretion of a

16   surgeon.

17        Q.    So when you -- I'm sorry.  I don't

18   mean to interrupt your testimony.  Go ahead.

19        A.    In a particular situation if there

20   were a patient with a kidney stone with a

21   marker of a kidney stone and with lab tests

22   showing that there's a kidney stone and other

23   suggestions of a kidney stone, there might be

24   a recommendation for a surgical evaluation.

REBECCA EINWOHNER                          November 20, 2018

Page 165

1        Q.     When you recommend a surgical
2   evaluation, do you include any details like,
3   consider shock wave therapy or consider
4   another form of surgical intervention?
5        A.     Can you clarify that, please?
6        Q.     Yeah.  I'm wondering what your
7   recommendation for a patient to have a
8   surgical evaluation contains.  Is it simply a
9   statement that you recommend surgical
10  evaluation, or does the statement include
11  possible treatment options that you recommend?
12       A.     I believe it could be variable
13  depending on the patient, and there may be
14  some circumstances when it might have just
15  been an evaluation, and there might be some
16  circumstances where there are treatment
17  options.
18              A recommendation for an evaluation
19  would usually be for a reason.  So that would
20  be, say, again, surgical evaluation for
21  reason.
22              So it might be that circumstance,
23  there might be another circumstance with
24  consideration, or there might be one left to

REBECCA EINWOHNER                        November 20, 2018

Page 166

1    the discretion of the evaluating.

2            But, again, it's referring that to

3    another -- to recommend that another provider

4    evaluate.  That other provider is evaluating

5    and it's all subject to approval.

6        Q.    So to make sure I'm understanding

7    correctly, sometimes your recommendation for a

8    surgical evaluation says consider

9    extracorporeal shock wave therapy as one of

10   the options?

11       A.    I don't know if I've ever written a

12   record to consider shock wave therapy, which

13   is also called lithotripsy.  I don't know if

14   I've ever said that.

15       Q.    Okay.  Any other surgical

16   interventions that you do recall recommending

17   as part of your surgical evaluation

18   recommendation?

19       A.    Are you talking about this case or

20   are you talking about in other cases?

21       Q.    Talking about in general in your

22   practice in your position with Wexford?

23       A.    In the spectrum of kidney disease,

24   there are patients with quite severe kinds of

Page 167

1    kidney disease who may be needing dialysis in

2    the future and they've had referrals to

3    vascular surgeons.

4              They've had referrals for picture

5    taking of their arm, that's a procedure that's

6    recommended, for the purpose of later on

7    putting in a means to connect to a dialysis

8    machine.

9              So in that circumstance, there

10   might have been separately a recommendation

11   for a procedure, noninvasive picture taking of

12   the arm with later consideration that there

13   might need to be a more invasive procedure on

14   the arm to make a dialysis access.

15             Okay.  So that's like a surgery.

16   So that's one situation where there could be

17   either/or.

18        Q.    Okay.  So is dialysis a treatment

19   used for kidney stones?

20        A.    Is dialysis used for kidney stones?

21        Q.    That's my question.

22        A.    That's not a general treatment for

23   kidney stones, no.  I thought you were

24   speaking to me about a hypothetical in

REBECCA EINWOHNER                          November 20, 2018

Page 168

1    Wexford, in my working with Wexford.

2        Q.    In the context of patients with

3    kidney stones --

4        A.    Is dialysis --

5        Q.    -- are you making a recommendation

6    about patients with kidney stones, do you make

7    a -- your testimony is you don't recall having

8    ever made a recommendation that included a

9    recommendation that extracorporeal shock wave

10   therapy be considered among the options.

11            So I was just wondering about, for

12   those kidney stones patients still, have you

13   ever recommended another specific surgical

14   procedure?

15       A.    To step back.  In communication

16   with Wexford I recall that consideration that

17   the stone might not pass at a urology

18   evaluation.  That would be left at the

19   discretion of a urologist how to deal with it

20   based on the surgical evaluation.

21            In the consideration of -- of the

22   presentation of blood in the urine,

23   consideration of cystoscopy.

24       Q.    Okay.  So if a patient has

REBECCA EINWOHNER                            November 20, 2018

Page 169

1  diagnosed kidney stones and you make a

2  recommendation for a surgical evaluation, are

3  there any specific procedures that you can

4  recall having recommended as part of that

5  evaluation?

6      A.   I'm sorry.  Step back again,

7  please.  I need some -- a clarification.

8      Q.   Sure.  For all of your patients

9  with kidney stones where you have recommended

10 surgical evaluation, has your recommendation

11 ever included a recommendation that a specific

12 surgical procedure be considered?

13     A.   I believe the answer is yes.

14     Q.   What surgical procedures have you

15 specifically recommend as part of a

16 recommendation?

17     A.   Step back.  I think it was

18 consideration of cysto.  Cystoscopy.

19     Q.   How do you spell that?  I'm sorry.

20 I'm not hearing you correctly.

21     A.   Cystoscopy.  C-Y-S-T-O-S-C-O-P-Y.

22     Q.   Cystoscopy?

23     A.   Yes.

24     Q.   So you made a recommendation that

U.S. Legal Support, Inc.
(312) 236-8352

REBECCA EINWOHNER                        November 20, 2018

Page 170
1    cystoscopy be performed or be considered as

2    part of the surgical evaluation of kidney

3    stones?

4         A.    As best I recall.

5         Q.    Okay.  Are there any other surgical

6    procedures that you have recommended as part

7    of a recommendation -- or recommended be

8    considered as part of a surgical evaluation

9    for kidney stones?

10        A.    I recall recommending urology,

11   recommendation of cystoscopy, I recall

12   repeated imaging.

13        Q.    Is urology a surgical procedure?

14        A.    A urology is a surgeon.  A

15   urologist is a surgeon.

16        Q.    So in your recommendation of a

17   surgical evaluation by a urologist, have you

18   ever suggested consideration of a specific

19   surgical procedure?

20        A.    Say again, please?

21             MR. STROM:  Madam court

22   reporter, can you read my question back,

23   please?

24             (Reporter read back from the

REBECCA EINWOHNER                           November 20, 2018

Page 171

1    record.)

2              THE  WITNESS:   As best I

3    recall, these may have come at separate points

4    in time.   There might have been circumstances

5    where urology was recommended.   There might

6    have circumstances where consideration of

7    urology and consideration of cysto was

8    recommended.

9    BY MR. STROM:

10        Q.     Okay.   So my question is simply, do

11    you recommend consideration of specific

12    surgeries?

13        A.    In general, the discretion of doing

14    a specific procedure is up to the person who

15    is doing that and who will be doing the test

16    themselves.

17        Q.    I understand that.   You make

18    recommendations for surgical evaluation;

19    correct?

20        A.    Recommendations, yes.   Through

21    Wexford usually.   Subject to approval.

22        Q.    And when you make a recommendation

23    for a surgical evaluation, just trying to

24    understand what the contents of that

REBECCA EINWOHNER                          November 20, 2018

Page 172

1    recommendation include.

2           So the contents of the

3    recommendation could be what kind of a surgeon

4    should evaluate, like a urologist, for

5    example; correct?

6       A.    Correct, which type of a surgeon.

7       Q.    Does your recommendation also

8    include any details about specific procedures

9    that you recommend that the surgeon consider

10   as part of the evaluation?

11      A.    It might.

12      Q.    Okay.  So have you ever recommended

13   -- your testimony earlier, if I understood you

14   correctly, is you don't recall ever

15   recommending extracorporeal shock wave therapy

16   as part of one of your recommendations for a

17   surgical evaluation; is that correct?

18      A.    I don't know if I'm the one who

19   actually said extracorporeal shock wave

20   therapy.  I recall expressing concerns that a

21   stone wouldn't pass on its own.

22      Q.    Okay.  Have you ever recommended --

23   I apologize if I butcher this pronunciation,

24   lithotripsy as part of -- to be considered as

REBECCA EINWOHNER                              November 20, 2018

                                                        Page 173
 1    part of a surgical evaluation?

 2        A.    I think lithotripsy and shock wave

 3    therapy are the same.  I think that's the same

 4    kind of process, and that's fine.  And as best

 5    I recall, a recommendation for urology

 6    referral for a consideration of a stone that

 7    might not pass on its own.

 8        Q.    So your recommendation contains

 9    your evaluation of the extent of a problem,

10    like, for example, a stone that might not pass

11    on its own?

12        A.    Yes.

13        Q.    Okay.  And you have recommended

14    cystoscopy and you have recommended

15    lithotripsy as part of your -- that they be

16    considered as part of your recommendation for

17    an evaluation?

18        A.    I am uncertain if I have

19    specifically written out lithotripsy.  I'm not

20    certain if I have done that.

21        Q.    Okay.

22        A.    I believe I have written to

23    consider cystoscopy in an evaluation of

24    hematuria.

REBECCA EINWOHNER                           November 20, 2018

Page 174

```
 1        Q.     Okay.   Are there any other surgical
 2   procedures you're aware of that are
 3   appropriate to treat kidney stones?
 4        A.     Well, a few minutes ago you asked
 5   me in broad terms about some surgical
 6   procedures that patients with kidney stones
 7   might have had, and some patients might have
 8   other surgical procedures to open up
 9   blockages.
10        Q.     Open up blockages of the kidney?
11        A.     Kidney and kidney tubes.
12        Q.     Okay.   So we've mentioned
13   lithotripsy.   We've mentioned cystoscopy.
14   We've mentioned surgery to open up blockages.
15             Are there any other surgical
16   procedures that are appropriate for a patient
17   with kidney stones?
18                  MR. RUPCICH:   Object to the
19   foundation since she's not a surgeon.
20                  THE WITNESS:   I am not.   It's
21   really at the discretion of the surgeon how
22   they're going to approach what's best for the
23   problem at hand.
24   BY MR. STROM:
```

REBECCA EINWOHNER                              November 20, 2018

Page 175

1        Q.    Okay.  My question is only are you
2   aware of any other surgical procedures
3   appropriate for kidney stones?
4        A.    It might, again, depending on what
5   the surgeon says.  There might be a tube
6   inserted through the man's penis to allow
7   urine to flow out, the urinary bag with a
8   tube.
9        Q.    Is that something that's done on a
10  temporary basis or on a permanent basis?
11       A.    Again, discretion of the surgeon.
12       Q.    Okay.  Is it fair to call that
13  procedure catheterization just so we're on the
14  same page about what it is?
15       A.    Yes.  Yes.
16       Q.    Okay.  So besides lithotripsy,
17  catheterization, other surgical procedures to
18  remove blockages and cystoscopy, are there any
19  other appropriate surgical interventions that
20  you're aware of for kidney stones?
21       A.    No.
22       Q.    Okay.  We talked about all those
23  different categories of surgeries.  We talked
24  about dietary and fluid intake changes and

REBECCA EINWOHNER                                    November 20, 2018

Page 176

1   monitoring.  We talked about treatment of the

2   underlying cause, such as existing kidney

3   disease.

4              Are there any other treatments that

5   -- we talked about pain management.  Are there

6   any other treatments that are appropriate for

7   treating kidney stones?

8       A.   Well, again, if something had come

9   up in the metabolic evaluation where there

10  might be something that could be addressed,

11  treating those.

12      Q.   Okay.  Anything else?

13      A.   No.

14      Q.   Okay.

15              MR. STROM:  Would you like to

16  take a break?

17              MR. RUPCICH:  How long?

18              MR. STROM:  Five minutes.

19              MR. RUPCICH:  Okay.

20              (A recess was taken.)

21  BY MR. STROM:

22      Q.   Okay.  So I had identified what's

23  been marked Bates -- Einwohner Bates 177.

24              Are you looking at a copy of that

REBECCA EINWOHNER                                    November 20, 2018

1    document right now, Dr. Einwohner?

2        A.    Yes.

3        Q.    Okay.  And I'd like to mark this

4    for purposes of this deposition as Exhibit 1.

5              (Deposition Exhibit No. 1 was

6    marked for identification.)

7    BY MR. STROM:

8        Q.    What is this document,

9    Dr. Einwohner?

10       A.    The report says it's a CT abdomen

11   and pelvis dated August 14, 2014.

12       Q.    And what is a CT abdomen and

13   pelvis?

14       A.    It's an imaging study.

15       Q.    Okay.

16       A.    Of the belly and abdomen and lower.

17       Q.    Okay.  And is CT sometimes referred

18   to as a CAT scan?

19       A.    Yes.

20       Q.    Okay.  In reviewing this document,

21   I noticed that there is a section near the top

22   called "History:  Hematuria."  Do you see

23   where I'm looking?

24       A.    Yes.

REBECCA EINWOHNER                                    November 20, 2018

Page 178

1        Q.    When you see an examination
2   document like this where it has a history of
3   hematuria, what's the next thing that you look
4   at as being significant in this document?
5        A.    Well, I'm reading through the
6   findings.
7        Q.    Okay.  The findings are
8   significant, and why is that?
9        A.    There's a notation of --
10                 MR. RUPCICH:  He just wants to
11   know why findings on the CT are significant
12   generally, I believe.
13                 THE WITNESS:  I'm sorry.  It's
14   a report.
15   BY MR. STROM:
16        Q.    And what kinds of things would a
17   report like this, in general, tell you?
18        A.    They might tell you if there are
19   any abnormalities in the parts imaged.
20        Q.    Okay.  In reviewing this report,
21   are there any abnormalities that are reported?
22        A.    Yes.
23        Q.    What are they?
24        A.    Left upper pole kidney,

REBECCA EINWOHNER                              November 20, 2018

Page 179

1   nonobstructing calculi, multiple

2   nonobstructing right renal sided calculi,

3   prominent calculus within the right renal

4   pelvis, likely results in intermittent right

5   side obstruction.  No adenopathy.  No mention

6   of any kidney masses.

7           And then the impression, "Prominent

8   calculus within the right renal pelvis, likely

9   resulting" -- excuse me one moment, please.

10          "Prominent calculus within the

11  right renal pelvis, likely resulting in

12  intermittent right-sided obstruction."

13  Nonobstructing on the left side.  No mention

14  of kidney masses.

15      Q.    Okay.  And so in terms of diagnosis

16  from this report, what can you tell me that

17  this report revealed?

18      A.    They were kidney stones.  There was

19  more than one.  There's a suggestion of its

20  size.  There's an interpretation that it might

21  cause blockage.

22      Q.    You mentioned something about

23  kidney masses or renal masses?

24      A.    Yes.  I did not see any mention of

Page 180

1    them anywhere.

2         Q.    And is that an abnormality, or is

3    that normal to see no renal masses?

4         A.    It is normal.

5         Q.    Normal.  Okay.  And you have seen

6    this document before; correct?

7         A.    Yes.

8         Q.    Are there any other pages that

9    should be considered with this document, or is

10   this the end of this particular document?

11        A.    Is that a question for me?

12        Q.    It is.

13        A.    Well, I'd wonder if there was

14   correspondence with -- correspondence related

15   to this finding.

16        Q.    Okay.

17        A.    With UM.

18              MR. RUPCICH:  Isn't this the

19   second page?

20              THE WITNESS:  Is that the

21   second page?  This doesn't really say much on

22   the top.  It just says identifying

23   information, date of service.  It doesn't

24   really say much of anything else.

REBECCA EINWOHNER                          November 20, 2018

Page 181

 1                    MR. RUPCICH:  Right.  But
 2  isn't it part of the radiology report?  3 of
 3  3, 2 of 3?
 4                    THE WITNESS:  Okay.  Oh.  And
 5  if you flip it over, 1 of 3.  This.  Excuse me
 6  one second.
 7  BY MR. STROM:
 8       Q.    Okay.
 9       A.    I'm sorry.  I just have to respond
10  quickly to one thing.  Okay.
11            All right.  So this is another
12  thing.  This is a notation about on Page 1
13  of 3, E-mail with the UM.
14                    MR. RUPCICH:  That's 176, 177,
15  178.
16  BY MR. STROM:
17       Q.    Okay.  So those three pages go
18  together; is that correct?
19       A.    Yes.
20       Q.    Okay.  Is there anything on these
21  three pages that indicates what treatment is
22  recommended following the diagnosis of the
23  multiple kidney stones and the likely
24  intermittent right-side obstruction?

REBECCA EINWOHNER                                    November 20, 2018

Page 182
1       A.    Repeat.  Your question was, is
2    there anything that suggests --
3       Q.    Is there anything in this document
4    that states what the treatment will be?
5       A.    It doesn't state what the treatment
6    will be.  It recommends -- suggests that the
7    next step would be recommended follow-up with
8    urologist, "has seen urology."
9                   MR. RUPCICH:  You have to
10   clarify what -- she's pointing at the fax
11   cover sheet now.
12                  MR. STROM:  Okay.
13                  MR. RUPCICH:  Is your question
14   whether anything in the radiology report
15   suggests what the treatment should be?
16                  MR. STROM:  I was looking
17   particularly at Bates 177 and asking if
18   there's anything there that says what the
19   treatment should be.
20               But then I do want to ask about the
21   document overall, those three pages, 176, 177,
22   178 that we agreed go together.
23               This is because I would like
24   Dr. Einwohner to tell me about what these

REBECCA EINWOHNER                        November 20, 2018

Page 183

1    documents mean, because I'm not a doctor, and

2    I don't interpret the medical terminology on

3    my own.

4                    THE WITNESS:  I don't think

5    the document itself, the printout from the

6    radiologist says what the treatment has to be.

7    I don't think that they --

8    BY MR. STROM:

9        Q.    Okay.

10       A.    -- give an impression, but I don't

11   think that the radiologist says what the

12   treatment has to be.  I think they identify

13   that there's a big stone, prominent calculus

14   likely resulting in blockage, likely resulting

15   in intermittent right-side obstruction.

16       Q.    Okay.

17       A.    Okay.  So that's one thing in the

18   body there.  Next to the couple notes written

19   on the side, again, not saying what the

20   treatment will be, but commenting on next

21   steps.  "Doubt passage.  Recommend follow-up

22   urology."

23                    MR. RUPCICH:  And that's on

24   the fax cover sheet.

REBECCA EINWOHNER                              November 20, 2018

Page 184

1                    THE WITNESS:  And also at the

2   base.

3                    MR. RUPCICH:  The bottom of

4   Page 177 in handwriting.

5   BY MR. STROM:

6        Q.    Okay.  And what does it say about

7   passage?  I'm sorry.  My reproduction here

8   just doesn't allow me to understand the

9   handwriting.

10       A.    It's unknown if it can pass given

11  its size.  And on the other side it says,

12  "Doubt passage.  Recommend follow-up urology."

13  And then one of them says, it looks like,

14  "E-mailing with the UM team."

15                   MR. RUPCICH:  And she's

16  pointing at the fax cover sheet.

17                   THE WITNESS:  Yeah.

18  BY MR. STROM:

19       Q.    Okay.  And so -- and that's your

20  handwriting, correct, Dr. Einwohner?

21       A.    Yes.

22       Q.    Okay.  And to whom did you make the

23  recommendation for a follow-up with urology?

24       A.    The notes say it was utilization

REBECCA EINWOHNER                            November 20, 2018

                                                     Page 185
 1   management.

 2        Q.    Where does it say that?

 3        A.    Kalyn, UM, and Becky Adams.  Those

 4   are UM nurses.

 5        Q.    Okay.

 6        A.    It look likes it was either

 7   Dr. Garcia -- I can't tell if it was

 8   Dr. Garcia or Dr. Gauen.  I cannot tell.

 9        Q.    And those are utilization

10   management staff in the Wexford office in

11   Pittsburgh; is that right?

12        A.    Yes.

13        Q.    Okay.  Okay.  So I understand that

14   at some point after this there was a

15   recommendation for treatment.  I believe that

16   what was recommended was the lithotripsy.

17              So let's look now at, please,

18   Einwohner Bates 174.  Do you have that

19   document in front of you now?

20        A.    I don't yet.  Almost.

21        Q.    Okay.

22                   MR. RUPCICH:  Okay.

23   BY MR. STROM:

24        Q.    Okay.  Dr. Einwohner, have you had

REBECCA EINWOHNER                                    November 20, 2018

Page 186
1    a chance to review this document?

2         A.    I am right now.

3         Q.    When you have finished reviewing

4    it, can you let me know if you recognize it?

5         A.    I see the document.  This is the

6    document from the chart.

7         Q.    And is that your signature below

8    Dr. Thomas Baron's name?

9         A.    There is initials.  There are

10   initials that are mine.

11        Q.    Okay.  And what is this document?

12        A.    This looks like a urology

13   outpatient propers note to follow up on shock

14   wave lithotripsy.

15        Q.    Okay.  And what tells you that?

16        A.    It says two things:  Comes in for

17   post op visit, and then also notes at the

18   bottom, "follow up right ESWL."

19        Q.    And what does ESWL stand for?

20        A.    I believe it's extracorporeal shock

21   wave lithotripsy.

22        Q.    Got it.  Okay.  And what does this

23   report tell you about that procedure?

24        A.    It looks like the urologist was

REBECCA EINWOHNER                                    November 20, 2018

Page 187

1    aware of a couple of problems, including

2    hematuria and nephrolithiasis, also called

3    kidney stones.  Hematuria, also called blood

4    in the urine.  He was aware of two problems.

5    And it looks like the facility has a note to

6    call for a follow-up.

7                    THE WITNESS:  Joe, the

8    facility.  So it looks like what I'm pointing

9    at here is the urologist is aware of the

10   hematuria and nephrolithiasis, and the

11   facility will have to call for scheduling.

12   BY MR. STROM:

13        Q.    Okay.  And it also discusses the

14   results of the shock wave lithotripsy;

15   correct?

16        A.    Yes.

17        Q.    What does it say about what

18   happened, in your own words?

19        A.    Piece by piece here it says,

20   "Fragmentation of the stone did occur," so

21   that means some of the stone was broken up,

22   but not all of it.  It looks like they're

23   recommending the patient continue to follow-up

24   with urology.

REBECCA EINWOHNER                              November 20, 2018

                                                        Page 188
1          Q.    Okay.  It says, "The patient will
2     need to have repeat ESWL under general
3     anesthesia."  Can you interpret that for me,
4     please?
5          A.    That seems to suggest that there's
6     going to be another similar procedure with
7     shock wave therapy but at a hospital.
8          Q.    So you say "but at a hospital," is
9     there something about this document that
10    indicates the first shock wave therapy did not
11    occur at a hospital?
12         A.    It doesn't say whether it did or
13    didn't.  It just -- it's crossed out.  It says
14    "St. Johns" and it just says "general
15    anesthesia."
16         Q.    Okay.  I'm looking next at -- let's
17    please mark Bates 174 as Exhibit 2.
18               (Deposition Exhibit No. 2 was
19    marked for identification.)
20    BY MR. STROM:
21         Q.    At the bottom it says Page 1 of 1,
22    and Bates 175 is where I'd like to look next.
23               MR. RUPCICH:  Can you E-mail
24    these to the court reporter, then?

REBECCA EINWOHNER                                    November 20, 2018

Page 189

 1                    MR. STROM:  I sure can.  Yep.

 2                    MR. RUPCICH:  She has it.

 3    BY MR. STROM:

 4        Q.    Dr. Einwohner, after you had a

 5    chance to look at it, please let me know if

 6    you recognize it.

 7        A.    This one that I'm looking at says

 8    176.

 9                    MR. RUPCICH:  Here.  175.

10             We're ready.

11    BY MR. STROM:

12        Q.    Okay.  Dr. Einwohner, are you

13    looking at --

14        A.    Yes.

15        Q.    -- Page 175 right now?

16        A.    Yes.

17        Q.    I'd like to mark this one

18    Exhibit 3.

19                    (Deposition Exhibit No. 3 was

20    marked for identification.)

21    BY MR. STROM:

22        Q.    Dr. Einwohner, do you recognize

23    this document?

24        A.    Yes.

REBECCA EINWOHNER                                    November 20, 2018

Page 190

1        Q.    What is it?

2        A.    Looks like a UM note.

3        Q.    What's the UM note?

4        A.    It looks like there's communication

5   between utilization management and the site

6   regarding planning.

7        Q.    Planning for what?

8        A.    Under the comment section it refers

9   to a repeated ESWL for a kidney stone.

10       Q.    Okay.  And do you see where it says

11   that it has the -- that he had a ESWL done on

12   10/30/14?

13       A.    Yes.

14       Q.    Do you see where it says, "11/12/14

15   received a request for repeat ESWL"?

16       A.    Yes.

17       Q.    Are these -- is this document,

18   Exhibit 3, related to the statement in

19   Exhibit 2 about the need to have a repeat

20   ESWL?

21       A.    I'm sorry.  I'm not following which

22   Exhibit 2.

23              MR. RUPCICH:  "Repeat ESWL

24   under general anesthesia."

Page 191

```
 1                    THE WITNESS:  They appear to
 2    be related.
 3    BY MR. STROM:
 4         Q.    Okay.  Do you know whether, in
 5    fact, they are related?
 6         A.    Well, they're referencing the same
 7    patient and the same procedure.  They appear
 8    to be following up on each other.
 9         Q.    Okay.  Okay.  And let's look next,
10    please, at Bates 173.
11                    MR. RUPCICH:  Okay.
12    BY MR. STROM:
13         Q.    Do you recognize this document,
14    Dr. Einwohner?
15         A.    Yes.
16         Q.    Okay.  I'd like to mark this
17    Exhibit 4, please.
18                    (Deposition Exhibit No. 4 was
19    marked for identification.)
20    BY MR. STROM:
21         Q.    Dr. Einwohner, what is this
22    document?
23         A.    This looks like paperwork related
24    to arranging transportation for furlough,
```

REBECCA EINWOHNER                          November 20, 2018

Page 192

1    which is an off-site medical appointment.

2         Q.    What's the reason for the offsite

3    medical appointment?

4         A.    Extracorporeal shock wave

5    lithotripsy.

6         Q.    And are those your initials at the

7    bottom of the page?

8         A.    Yes.

9         Q.    Does that say 11/18/14?

10        A.    It looks like 12/18/14.

11        Q.    Okay.  That makes sense because I

12   see the date at the top is December 3rd.

13   Okay.

14              When you put your initials at the

15   bottom of a page like that, what does that

16   mean?

17        A.    It looks like I received it and

18   looked at it.

19        Q.    Okay.  Do you know whether this

20   extracorporeal shock wave lithotripsy

21   procedure that's being scheduled is the same

22   one referred to in Exhibits 2 and 3 that we

23   just looked at?

24        A.    I'm sorry.  You have to remind me

REBECCA EINWOHNER                          November 20, 2018

Page 193
1    which is Exhibits 2 and 3.

2        Q.    Sure.  Exhibit 2 is the document

3    dated November 11, 2014 that you identified as

4    a urology final report.

5        A.    Okay.

6        Q.    Exhibit 3 is the utilization

7    management note dated 11/13/2014.

8        A.    Okay.  It looks like this is a

9    continuation of what was just discussed.

10       Q.    Okay.  So is it fair for me to

11   assume that these documents all relate to the

12   same course of treatment for a bout of kidney

13   stones for Mr. Dean?

14       A.    Yes.

15       Q.    Okay.  I want to stop and ask you

16   for a moment about your treatment history of

17   Mr. Dean.  And if you recall, when did you

18   first see Mr. Dean at the renal teleclinic?

19       A.    As best I recall, it was in 2012.

20       Q.    Okay.  Do you recall what you first

21   saw him for?

22       A.    I believe he was referred for

23   hematuria with a history of kidney stones.

24   And I'm just removing the -- these are notes

REBECCA EINWOHNER                              November 20, 2018

Page 194

1    that, when you asked me to clarify a question,

2    I wrote in my handwriting on these.  That's

3    what he's removing off the desk, those papers.

4         Q.    Okay.

5         A.    I believe when first seen it was,

6    as best I recall, May of '12.  Hematuria,

7    history in the past of a kidney stone, only

8    pain with the stone.

9         Q.    Sorry.  Was the last part that you

10   said, "only pain" --

11        A.    As best I recall, only pain when he

12   passed the stone.

13        Q.    Dr. Einwohner, when we're talking

14   about Mr. Dean, do you have a picture of who

15   he is in your mind's eye?

16        A.    Yes.

17        Q.    And how would you identify him if

18   you were describing that picture?

19        A.    Caucasian male in his 50s with dark

20   brown hair.  Possibly a beard.  Possibly

21   overweight.

22        Q.    Okay.  Do you have any impressions

23   of Mr. Dean's personality?

24        A.    No.

REBECCA EINWOHNER                          November 20, 2018

Page 195

```
 1        Q.    Okay.

 2        A.    Excuse me for just one second,

 3   please.  Okay.

 4        Q.    Do you need a moment to let the

 5   person you're communicating with know you're

 6   in a deposition?

 7        A.    Thank you for understanding.  Yes.

 8   Thank you.  This should be very brief just to

 9   say I'm okay.  That's it.  Okay.  Thank you.

10        Q.    No problem.

11              You know, if something comes up or

12   there's some emergency going on, you're not

13   compelled to sit there.  You just let me know

14   if you need to step away for a moment to

15   communicate with somebody.

16        A.    I appreciate it.  Thank you.

17        Q.    Yep.

18              Okay.  I'd like to refer your

19   attention next, this isn't quite chronological

20   order, but let's take a look, please, together

21   at what's been marked Bates 153.

22                    MR. RUPCICH:  I'm sorry, Bill,

23   which page?

24                    MR. STROM:  Bates 153.
```

REBECCA EINWOHNER                                November 20, 2018

Page 196
```
 1                    MR. RUPCICH:  Okay.

 2  BY MR. STROM:

 3       Q.    I'd like to mark Bates 153 as

 4  Exhibit No. 5.

 5                    (Deposition Exhibit No. 5 was

 6  marked for identification.)

 7  BY MR. STROM:

 8       Q.    Dr. Einwohner, do you recognize

 9  this document?

10                    THE WITNESS:  This one

11  (indicating)?

12                    MR. RUPCICH:  Yes.

13                    THE WITNESS:  Yes.

14  BY MR. STROM:

15       Q.    What is this document?

16       A.    This looks like an initial note

17  from the then provider of Pinckneyville

18  Correction, Dr. Wall, referring then some

19  self-written notes and including labs and a

20  plan to see in teleclinic.

21       Q.    And that plan to see at teleclinic,

22  the plan is dated 5/1/12; is that right?

23       A.    Correction:  It looks like this --

24  it looks like the plan for the upcoming
```

Page 197

1    teleclinic would be in May of '12, but it

2    looks like I was reviewing labs in March

3    of '12.

4        Q.    Okay.  And that's fine.  I didn't

5    bring this up as a "got you."  That's the May

6    date in 2012 that you talked about before.  No

7    problem.

8            You mentioned that this document

9    contains a referral for Dr. Wall at

10   Pinckneyville.  Why did Dr. Wall make that

11   referral to you?

12       A.    There's several things in that

13   referral.  Chronic, which means ongoing.

14   Hematuria, which is blood in the urine of a

15   painless nature, and a history of kidney

16   stones.  And also intermittent, meaning off

17   and on.

18       Q.    Okay.  So what is intermittent

19   referred to here?

20       A.    It looks like she's referencing

21   intermittent, off and on, hematuria ongoing.

22   Which was, at that time, painless, and a

23   history of kidney stones in the past.

24       Q.    So I also see the word, "painful."

REBECCA EINWOHNER                          November 20, 2018

Page 198
```
 1    I'm just trying to understand what --
 2         A.    It look like the -- it looks like
 3    it's saying "painful kidney stones."  "Painful
 4    kidney stones, but painless hematuria."
 5               First line says, "Painless
 6    hematuria.  Painful kidney stones."  So it
 7    looks a past -- suggesting a past history of
 8    stones.
 9         Q.    Okay.  What's your assessment of
10    what that means in plain English?
11         A.    Being referred for evaluation of an
12    ongoing intermittent problem with blood in the
13    urine and a history of past kidney stones.
14         Q.    Okay.  And you mentioned also that
15    there were handwritten notes on this page.
16    Are those your handwritten notes?
17         A.    Yes.
18         Q.    Did you write where it says
19    "Finding"?
20         A.    Yeah.
21         Q.    And can you read that for me,
22    please?
23         A.    It looks like it says, "Hematuria
24    without red blood cell casts.  Notation
```

(312) 236-8352

REBECCA EINWOHNER                          November 20, 2018

Page 199

 1    calcium oxalate."

 2         Q.    What does that last part mean

 3    beginning with "notation"?

 4         A.    Calcium oxalate is a crystal.

 5         Q.    Okay.  So does this mean that some

 6    tests made you aware that there were calcium

 7    crystals in his urine?

 8         A.    Yes.  And it looks like, if you go

 9    to the side part down here, there's a

10    urinalysis reference from December 14th of

11    '12, it would be December 13th -- well, it

12    would have to be December of '12.  So there's

13    a urine study, there's some calcium oxalate

14    crystals.

15              MR. RUPCICH:  December 11th.

16              THE WITNESS:  Maybe this is

17    11th here.  I mean, this is 1 of 12, 1 of 12,

18    12 of -- maybe that one doesn't make sense.

19    Maybe it's amiss right there.

20              It looks like I'm looking at some

21    old records from urine studies, and in old

22    urine studies there was a notation that there

23    were crystals, which were like -- if they kept

24    crystallizing, they can grow into a stone.

REBECCA EINWOHNER                                    November 20, 2018

Page 200

1    That's what they are.  They're mineral

2    collections.

3    BY MR. STROM:

4         Q.    Okay.  What are your notes -- are

5    they your notes next to the -- or in the blank

6    on the form for "assessment"?

7         A.    Yes.

8         Q.    What do those notes say?

9         A.    "Okay to see telemedicine.  Urine

10   calcium creatinine ratio.  Clean catch

11   urinalysis.  PTH Vitamin D, CBC."

12        Q.    And what do each of those notations

13   mean?  What is "okay to see telemed" mean?

14        A.    Well, it looks like I received the

15   referral and it was something that I could

16   assist in this context, and it suggests that

17   I'd like some labs.

18        Q.    Okay.  What does calcium -- what's

19   the calcium ratio part mean?

20        A.    It's a urine study to see if

21   somebody urinates out too much of a mineral.

22        Q.    Too much calcium?

23        A.    Yes.

24        Q.    And what is clean catch urinalysis?

REBECCA EINWOHNER                                November 20, 2018

Page 201

1        A.    It's a urinalysis, but beforehand,

2    an individual would freshen up.  Meaning that

3    when the specimen was urinated out, the

4    specimen would be coming from a clean body

5    part.

6        Q.    So it's a recommendation that the

7    patient shower before providing the specimen?

8        A.    I'm not sure how the site would do

9    this.  A site might provide wipes.  I'm not

10   certain.

11       Q.    Okay.  What other testings, if any,

12   are you asking for in this notation?

13       A.    Parathyroid hormones, blood test,

14   Vitamin D level to blood test, complete blood

15   count -- complete blood count, checks for

16   various blood cell in the body -- in the

17   blood.

18       Q.    Okay.

19       A.    This is not my handwriting

20   (indicating).  That's somebody else's.  It

21   looks like this came to me, and then I got the

22   referral and then I wrote this.

23       Q.    And you're looking still at

24   Exhibit 5?

Page 202

1        A.    Yeah.  Below on the very bottom two

2   inches of the page there's somebody else's

3   handwriting, which looks like it came from the

4   site.

5        Q.    Okay.  Looks like it says, "Fax to

6   Wexford 1/26/12"?

7        A.    Mm-hmm.

8        Q.    Okay.  I want to move next to

9   Bates 155.

10       A.    Is that this one (indicating)?

11  There is something written there.  All right.

12       Q.    Do you recognize this document?

13       A.    Yes.

14       Q.    And is that your initials below

15  Dr. Greg's signature dated 7/26/12?

16       A.    Yes.

17       Q.    What is this document?

18       A.    This is a kidney ultrasound from

19  June 15, 2012.

20       Q.    And what does this document tell

21  you?

22       A.    The patient has two kidneys.  The

23  right kidney has suggested that there's a

24  kidney stone.  The kidney stone has not caused

REBECCA EINWOHNER                                    November 20, 2018

Page 203

1    any blockage of the kidney tubes and there is

2    no kidney mass and no cysts.  And there are no

3    other unusual structural problems that are

4    identified.

5        Q.    And am I correct in believing that

6    the thing -- the statement in this document

7    that tells you there's no blockage is the

8    statement that there's no evidence of

9    hydronephrosis in either kidney?

10       A.    Yes.  That's what I mean by, "No

11   blockage."

12       Q.    When you received -- sorry.  Let me

13   strike that and start again.

14             What is a parenchymal mass?

15       A.    A mass can be, like, a lump or a

16   growth.  You're asking about parenchymal?

17       Q.    Yes.

18       A.    Let's see how I can describe this.

19   If the kidney could be divided into, say, a

20   meaty part and then some tubes going up into

21   it, it looks to me it's saying there is no

22   mass in the meaty part of the kidney.

23       Q.    Okay.

24       A.    And then there was also, as we

REBECCA EINWOHNER                                November 20, 2018

Page 204

1    said, no blockage in any of those tubes

2    either.

3         Q.    Blockage in the tubes would be the

4    hydronephrosis?

5         A.    Hydronephrosis, yeah.

6         Q.    Is that right?

7         A.    Yes.

8         Q.    Okay.  When you received this

9    document, let's call this document, please,

10   Exhibit 6.

11             (Deposition Exhibit No. 6 was

12   marked for identification.)

13   BY MR. STROM:

14        Q.    When you received this document,

15   Exhibit 6, do you know what you did with it

16   next?

17        A.    I don't know next what happens

18   based on looking here.  It looks like I looked

19   at it.  I'd have to see the rest of the chart

20   to see if anything else happened that day.

21        Q.    Okay.  One thing that I do know

22   about my client is that he has diabetes.  Is

23   diabetes a risk factor for increased

24   likelihood of kidney stones?

REBECCA EINWOHNER                                    November 20, 2018

Page 205

1       A.    I'm not certain diabetes is an

2  increased risk for kidney stones, although

3  diabetes is a risk factor for kidney disease.

4       Q.    And kidney disease, we discussed

5  earlier, was a risk factor for kidney stones;

6  correct?

7       A.    There are many different types of

8  kidney disease.  I don't know that diabetes

9  itself is going to give him kidney stones, but

10  diabetes is a risk factor for other forms of

11  kidney diseases.

12       Q.    I see.  Okay.

13       A.    Can you excuse me just one moment,

14  please?  Just one second, please.

15       Q.    Sure.  Why don't we take a

16  five-minute break so that you can let them

17  know you're in a deposition.

18       A.    This is all I need to do.  That's

19  all I needed to do.

20       Q.    Okay.

21       A.    I'm making arrangements.  Yes.

22  Thank you.

23       Q.    There won't be any other need for

24  interruption?

REBECCA EINWOHNER                                November 20, 2018

Page 206

```
 1      A.     I don't think so.
 2      Q.     Okay.
 3      A.     And I appreciate that.
 4      Q.     If there are, please let me know.
 5   We'll take a break and then we can resume.
 6      A.     I appreciate that.
 7              THE WITNESS:  Are we reviewing
 8   this (indicating)?
 9              MR. RUPCICH:  We're reviewing
10   whatever he wants to review.
11              THE WITNESS:  I see.
12   BY MR. STROM:
13      Q.     Okay.  I'd like to next talk about
14   the referral that followed December of 2015.
15   I'm pulling up the documents right now so I
16   can direct you to a specific Bates.
17      A.     Is there something I need to take
18   out?
19      Q.     Nope.  Sorry.  Okay.  I'd like to
20   direct your attention next to Bates 61, 62 and
21   63, which together I'd like to mark as
22   Exhibit 7.
23              (Deposition Exhibit No. 7 was
24   marked for identification.)
```

REBECCA EINWOHNER                          November 20, 2018

Page 207

1    BY MR. STROM:

2         Q.    Dr. Einwohner, if you would please

3    take a look at those three pages, again, it's

4    61, 62, 63.  Make sure that you recognize

5    them, and when you're done taking a look at

6    them, I'm going to ask you some questions

7    about them.

8         A.    It appears that this is cut off.

9    Okay.

10        Q.    Have you had a chance to look at

11   all three pages to make sure you recognize

12   them?

13             MR. RUPCICH:  Don't worry

14   about that one.  We're on this one

15   (indicating).

16             THE WITNESS:  We're on this

17   one.  Okay.  Yes.

18   BY MR. STROM:

19        Q.    Okay.  I see that Bates 61, which

20   is the first page of Exhibit 7, is dated

21   January 7, 2016.  And I see that it says, "I

22   just saw patient Dean" at the top of the

23   E-mail body.

24             I also see that Page 62, Page 2 of

REBECCA EINWOHNER                                    November 20, 2018

Page 208
1    Exhibit 7, at the top it says, "Renal progress
2    notes."
3         A.    Yes.
4         Q.    Is it fair to assume that the renal
5    progress note was at least started before you
6    sent the E-mail?
7         A.    It looks like they were the same
8    day.
9         Q.    Right.  I'm just wondering about
10   timing during the day.  Would it be the case
11   that your renal progress notes would be done
12   or at least begun before sending an E-mail
13   like the one here on Bates 61?
14        A.    Can you repeat that, please?
15        Q.    Yeah.  I'm just wondering which
16   came first, if you know?
17        A.    Well, it's -- the reference
18   suggests that I saw him, so the reference is
19   that I saw him in the clinic.  Whether or not
20   I started typing to UM while the patient was
21   in clinic, I cannot tell you.  I can't tell
22   you if they were simultaneous or not.
23        Q.    The renal progress note on
24   Bates 62, would you have been writing on that

REBECCA EINWOHNER                           November 20, 2018

Page 209
1    during the renal teleclinic visit?

2         A.    I usually take clinic encounter

3    onto a note like this.  This was being done

4    during the clinic visit.  It might have been

5    finished after the visit.  The E-mail is from

6    the same day.

7         Q.    Right.  Okay.  So Bates 62 I've

8    identified as a renal progress note.  Can you

9    please tell me what a renal progress note is?

10        A.    It's a follow-up note for a

11   teleclinic.

12        Q.    And when you say, "A follow-up

13   note," does that mean a note regarding

14   follow-up that has been done, or does it mean

15   a note that recommends future follow-up?

16        A.    Let's clarify.  This was not an

17   initial visit note.  This would be like an

18   appointment visit, an office visit except this

19   is teleclinic.  So this is the note.

20        Q.    Okay.  So at the top of the renal

21   progress note for this follow-up visit on

22   Bates 62, I see two sections, one with a

23   header "Medications list," and one with the

24   header, "Problems list."

REBECCA EINWOHNER                                 November 20, 2018

Page 210

1              Do you see where I'm looking?

2        A.    Yes.

3        Q.    Can you tell me generally the

4   purpose behind the section for medication

5   list?

6        A.    Well, this is -- this is an

7   opportunity to update and see what medications

8   the patient is taking.

9        Q.    Okay.  What's the significance of

10  what medications the patient is taking?

11       A.    There could be multiple reasons why

12  to see what the patient is taking.  If

13  anything has changed since the last visit.

14  What conditions are being treated.  There are

15  many reasons to review what medications the

16  patients are taking.

17       Q.    Is one of the reasons the

18  possibility that a medication could affect

19  kidney function?

20       A.    That could be as well.

21       Q.    Okay.  And problems list, what is

22  the problems list for?

23       A.    To keep track of medical problems

24  that may relate to the problem we're dealing

REBECCA EINWOHNER                        November 20, 2018

Page 211

1    with.  To update interval history to see if

2    there's anything new that could be related.

3    This is --

4         Q.    Is the problems list a list of

5    reasons for this particular follow-up?

6         A.    Not necessarily.  This is like a

7    medical history; a short summary of problems

8    that the patient has.

9         Q.    And these problems, do you

10   generally write them down during the visit?

11        A.    A couple things.  One is it doesn't

12   show.  There's something that I have often

13   done is that there's an interval history, is

14   anything new since last visit, but I'm not

15   certain why that's not on here.  But new

16   problems come up which might go on the list.

17   It's a reminder of medical problems that the

18   patient may have.

19             And some of these might have jotted

20   down just before the clinic started, and some

21   of them may have been jotted down during the

22   visit as I was reviewing labs and getting

23   ready for the patient to show.

24        Q.    So can you please run down the

REBECCA EINWOHNER                          November 20, 2018

Page 212

1    problem list for me just to make sure, based

2    on my scan here, I'm reading them all

3    correctly?  Just down the left-hand column in

4    the problems list section.  What are the

5    problems that are listed there?

6          A.    On the bottom I see scabies treated

7    December '15.  I see defibrillator.  I see

8    cardiomyopathy.  I see hypertension with a few

9    internal blood pressure readings.  I see

10   hematuria common lithiasis with July of '15

11   CAT scan.  Diabetes mellitus, also DM and low

12   back pain.

13         Q.    Sorry.  What's lithiasis?

14         A.    Kidney stones.

15         Q.    Okay.  Is the problems list a list

16   of current diagnoses?

17         A.    It may include a list of current

18   diagnoses, and it's not necessarily all

19   inclusive.

20         Q.    So is this listing here of

21   hematuria and lithiasis a diagnosis of kidney

22   stones at the time of this progress note?

23         A.    Can you say that again, please?

24         Q.    Yeah.  I'm wondering if your

REBECCA EINWOHNER                                November 20, 2018

Page 213

 1    listing of hematuria and lithiasis in this

 2    progress note is a listing of a past problem,

 3    like you said is sometimes listed here in the

 4    problems list, or if it's a reflection of a

 5    current diagnosed problem?

 6         A.    These may be all.  They could be

 7    past or present.

 8         Q.    Do you know which it is in this

 9    case?

10         A.    No, I don't.  For example, scabies

11    says treated in December of '15.  I can't tell

12    looking back on this.  But the diabetes seems

13    to be an active problem because he's on a

14    diabetes medication.

15         Q.    The diabetes appears to be an

16    active problem because he's on a diabetes

17    medication?

18         A.    Yes.

19         Q.    So looking at this document, it's

20    not clear whether hematuria and lithiasis are

21    current or past diagnoses?

22         A.    Well, it looks like lithiasis, it

23    references a CAT scan dated from '15, which

24    was before the date of this visit.  So that

REBECCA EINWOHNER                           November 20, 2018

Page 214

1    looks like at least that part was in the past.

2           But just looking at the problem

3    list, it doesn't say -- just looking at the

4    problem list itself it doesn't say -- it

5    doesn't say right there on that part of the

6    page.

7        Q.    Okay.  The only two sections I see

8    what looks like a list of a lot of different

9    symptoms, and it looks like they're proceeded

10   by ROS.  What's ROS?

11       A.    Review of systems.

12       Q.    And it looks like some of the

13   different symptoms here have been circled or

14   had boxes drawn around them.  You see on the

15   first line "constipation," you see on the

16   third line "hematuria."

17            Did you draw those boxes around

18   those problems?

19       A.    Yes.

20       Q.    And I also see the word "No" in a

21   couple of places.  Above the bottom line of

22   text there it looks like "No bone pain"; is

23   that correct?

24       A.    You know, I'm going back in an old

REBECCA EINWOHNER                                November 20, 2018

Page 215

1    -- it looks like it might be "No" by the "slow

2    stream dripping and dribbling."

3        Q.    Okay.  How about the next "No"

4    above the word "Hernia," is that "No hernia,"

5    or does it go with the line above?

6        A.    I mean, in retrospect, two years

7    later it's hard to tell.  But it looks like

8    it's the -- it looks like it could be the

9    "discharge incomplete voided."

10       Q.    Okay.  And there is a line drawn

11   off of hematuria to what looks like a note --

12   handwritten note on the left-hand side

13   beginning "Five days" here on Bates Page 62.

14             You see where I'm looking?

15       A.    Yeah.

16       Q.    Can you read that full note for me,

17   please?

18       A.    "Hematuria five days.  Painless.

19   Intermittent.  Clear then returned clots."

20       Q.    And does the date below that, it

21   looks like 12/28/15, does that go with that

22   note?

23       A.    That looks like the last time the

24   patient had labs that were found and located

REBECCA EINWOHNER                                November 20, 2018

Page 216

1    from the lab database.

2         Q.    Got it.  Thank you.

3         A.    You're welcome.

4         Q.    When you say "painless" in your

5    handwritten note there, what does that mean?

6         A.    That suggests that I asked the

7    patient if it was painful or not.

8         Q.    You asked whether the passage of

9    the blood clots was painful?

10        A.    It looks like, based on the notes

11   that are on the chart, that he had painless

12   hematuria, suggesting that he peed blood and

13   did not have pain while doing so.

14        Q.    Okay.  Does painless refer -- or

15   could painless refer to any other pain that he

16   was experiencing, like we talked about before

17   in his pelvis, thighs, abdomen, back?

18        A.    It doesn't say in this chart.  I

19   can't tell based on this.  It looks --

20        Q.    Could it mean that?

21        A.    I don't know.  Looks like we asked

22   about blood in his urine and he said he had it

23   for five days and it did not hurt.  It's not

24   continuous.  It cleared.  That's what we can

REBECCA EINWOHNER                          November 20, 2018

Page 217
1    tell based on this note.

2         Q.    Okay.  The section below the ROS

3    section labeled "Labs," are all of these lines

4    here in the six columns on Page 62 different

5    kinds of labs?

6         A.    If you -- half of them are labs and

7    half of them are physical examination.

8         Q.    Okay.

9         A.    If you look more closely you're

10   going see a part that says PE, physical

11   examination, and a part that says labs.

12        Q.    I see that.  Okay.  Is that

13   physical examination -- that's from the

14   physical examination done during this

15   particular visit?

16        A.    Mm-hmm.

17                MR. RUPCICH:  Yes?

18                THE WITNESS:  Yes.

19   BY MR. STROM:

20        Q.    Performed by the assisting nurse in

21   the room with the patient?

22        A.    Yes.

23        Q.    And what are the parts that are not

24   done, if that could be identified easily,

REBECCA EINWOHNER                           November 20, 2018

Page 218

1    during the course of this patient visit?

2        A.    It doesn't look like they did a

3    neurological examination, which would usually

4    be brief, very limited.  You mean the blank

5    lines?

6        Q.    I'm sorry.  That wasn't a very good

7    question.  I'm asking instead which ones,

8    based on the kinds of testings that had to go

9    into it, were done prior to the actual visit?

10       A.    I'm sorry.  I'm still not clear

11   what you're looking for.

12       Q.    Right.  So I see Na, which I

13   interpret to be sodium; is that right?

14       A.    Yes.

15       Q.    Is that sodium test result done

16   during the course of this teleclinic visit?

17       A.    No.  There's a note to the left

18   that suggests these were labs done from

19   December 28, 2015.

20       Q.    I see.  So I'm just wondering which

21   of these observations comes from the visit

22   itself and which comes from labs done prior to

23   the visit?

24       A.    So generally they're done prior to

REBECCA EINWOHNER                    November 20, 2018

Page 219

1    the visit and collected from lab database, and

2    some of them are even farther back in time.

3    For example, the vitamin D and the

4    phosphorous, the last time those were checked.

5            The only lab that appears to be

6    from that date is a urinalysis located below

7    the word "ferritin" and above the word "plan."

8        Q.    Is there a date on that urinalysis

9    where you just referred on the right-hand side

10   below the word "ferritin" on Page Bates 62?

11       A.    I do not see a date on it, but it

12   looks that it was an onsite one.  It might

13   have been the day of the visit.  I cannot

14   tell.

15       Q.    Okay.  Blood pressure on the top

16   left corner there of that section, that was

17   taken during that visit?

18       A.    The blood pressure is from the

19   visit.  And if you flip over this page you

20   will see an order sheet.

21       Q.    Is this Bates 63?

22               MR. RUPCICH:  Right.

23               THE WITNESS:  And it says "UA

24   today."

REBECCA EINWOHNER                          November 20, 2018

Page 220

1    BY MR. STROM:

2         Q.    That's an order to do a UA today?

3         A.    Yes.

4         Q.    Did this order go out before you

5    had your teleclinic visit with Mr. Dean or

6    after?

7         A.    So clarification:  It looks like

8    there may have been at least two urinalyses.

9    One was onsite, it doesn't say what day it

10   was.  It looks like that very day one was sent

11   out to the laboratory.  And that's handwritten

12   at the bottom.

13        Q.    At the bottom of Bates 62?

14        A.    Yes, but yours is cut off.

15        Q.    Okay.  So there were labs done,

16   based on what I'm seeing in this document to

17   summarize, there were labs done on 12/28/15,

18   the results of which are reflected in the

19   middle section of Bates Page No. 62; correct?

20        A.    Yes.

21        Q.    And below the word "ferritin" and

22   above the word "plan" in the middle of the

23   page on the right-hand side there are other

24   test results from an updated testing

REBECCA EINWOHNER                                        November 20, 2018

Page 221

```
 1   urinalysis test; correct?
 2        A.    Yes.
 3        Q.    Can you help me to understand what
 4   the results were of that urinalysis that
 5   are -- that's noted -- notated there?
 6        A.    Okay.  First, the number 1.020
 7   talks about how concentrated or watery the
 8   urine is, it's on the more concentrated side.
 9   Number next, 6, is the pH, which is -- refers
10   to the acidity of the urine.  The number next
11   is plus protein 30.  Number next is plus
12   blood.  Next is no glucose, that's sugar.  No
13   bilirubin.  Let's just say that's a breakdown
14   of bile and liver stuff.  No nitrate --
15        Q.    I'm familiar with bilirubin.
16        A.    Okay.  No nitrate.  That could be a
17   marker of, like, infection.  No urobilin, no
18   ketones, which can sometimes happen when the
19   body is not properly metabolizing food, and no
20   glucose distearate, those are again, marker of
21   infection.  So that was an onsite urinalysis.
22             At the bottom of my chart there's
23   another urinalysis.  This looks like I might
24   have not gotten back for a few days.  And,
```

REBECCA EINWOHNER                    November 20, 2018

Page 222

1    again, mine says, "Specific gravity 1.007, pH

2    6.5, protein is 30.  Large blood.  116 red, 7

3    whites, varied dextrates," and it looks like

4    "possibly no nitrate."

5              And then I also see addressed

6    questions at the bottom of the note.

7         Q.    Okay.  And it looks like that might

8    be dated 1/11/16?

9         A.    It looks like that is, but the

10   reference that the lab was -- that urinalysis

11   was done on the 7th.

12        Q.    On the 7th.  Okay.  That's the same

13   day urinalysis that's referenced in the renal

14   teleclinic order that's on Bates Page 63;

15   correct?

16        A.    Yes.  And corresponds with a clinic

17   date on the 7th and a request to get a UA

18   today.

19        Q.    Right.  And does this Page 62

20   anywhere on it say anything about your

21   diagnosis about the cause of his hematuria?

22        A.    You have to tell me which is 62,

23   because this 62 might not --

24                    THE WITNESS:  Does he want

REBECCA EINWOHNER                               November 20, 2018

Page 223

```
 1   this page?
 2                  MR. RUPCICH:  Which page are
 3   you talking about?  I don't have a hard copy
 4   of the one we sent yesterday.  It's only on my
 5   iPad.
 6                  MR. STROM:  I see.
 7                  THE WITNESS:  This says 62 on
 8   it, is this -- no?
 9                  MR. RUPCICH:  It's fine.
10   Which --
11                  MR. STROM:  Yep.  It's the one
12   that is entitled "Renal progress note."
13   That's my 62.
14                  THE WITNESS:  Okay.  Your
15   question?
16   BY MR. STROM:
17        Q.    My question is, is there any place
18   on the renal progress note that indicates what
19   your diagnosis of the cause of the hematuria
20   is?
21        A.    It suggests that it's an evaluation
22   in progress.
23        Q.    What does that mean?
24        A.    There's a circle of hematuria.
```

Page 224

1    There's a history of past issues.  History of

2    calcium oxalate, stones, lithotripsy, history

3    of stones on the CT.

4              It may be related to stones, but on

5    the right-hand to that it says, "evaluate

6    hematuria."  And right above that it says, "To

7    discuss with collegial for the evaluation of

8    hematuria," suggesting that the hematuria is

9    not yet at this point, even though there is a

10   known on the left-hand side, that there's

11   still more to be evaluated.

12       Q.    Okay.  On the next page, the renal

13   teleclinic orders page, which I have marked as

14   Page 63, I see that it has "Next appointment:

15   2/8/16."

16              Is that your recommendation, or is

17   that an indication that it has been scheduled,

18   all other things being equal?

19       A.    It would suggest that that was

20   scheduled.

21       Q.    Okay.

22       A.    I'd have to --

23       Q.    Patient -- I'm sorry.

24       A.    It -- it looks like we were trying

Page 225
1    to schedule it for that time.

2         Q.    Okay.  On the page renal teleclinic

3    orders, which I have as Page 63 still a part

4    of Exhibit 7, there's a section that says

5    "Medications," and it looks like it's

6    something about a vitamin, and I'm wondering

7    if you could read that for us, please.

8         A.    The medication says Vitamin D-3

9    2000 IU PO QD for four months.

10        Q.    What does that mean?

11        A.    It looks like it's a refill because

12   it was on the medication list that we

13   referenced in clinic.

14        Q.    And how much Vitamin D is he taking

15   and how often?

16        A.    2000 international units daily.

17        Q.    Are international units milligrams?

18        A.    No.  It's a different unit.

19        Q.    Okay.  The lab in addition to

20   urinalysis today, I also see CBC.  What

21   information did you want from a CBC?

22        A.    In the clinic note, the patient, in

23   his review of systems, mentioned he had no

24   other bleeding sites.  It doesn't say what

REBECCA EINWOHNER                          November 20, 2018

Page 226

1    else we want to know, but we can see if there

2    are any -- which, if any, cell lines have any

3    abnormalities.  It's a complete blood count,

4    different cell lines.

5         Q.    Does that tell you anything about

6    the cause of his hematuria?

7         A.    I don't think we know at this

8    point.

9         Q.    Okay.  At the bottom of that page

10   it says -- it looks like it says "Case for

11   collegial."  Am I reading that correct?

12        A.    That's what I see.

13        Q.    And it looks like it may say

14   1/11/16; is that right?

15        A.    Yes.  So I think that this is

16   truncated and cut off, and it looks like the

17   case for collegial was sent on the initial

18   orders on January 7th, and there was an

19   addendum on the bottom on January 11th.

20        Q.    Okay.

21        A.    The addendum, again, this kind of

22   looks copied, but it looks like "January 11th

23   discussed with UM Nurse Becky.  Case was

24   discussed with UM medical."  And I don't know.

REBECCA EINWOHNER                                    November 20, 2018

Page 227

1    Again, this looks like a Xerox.  I'm not quite

2    sure why.

3              It looks like these are referencing

4    that I was in touch with collegial or I was in

5    touch with utilization management.

6         Q.    Okay.  Going back to Page 1 of

7    Exhibit 7, which is marked for me Page 61,

8    it's an E-mail that's dated Thursday, January

9    7th from Rebecca Einwohner to Stephen Ritz

10   CCing Becky Adams.

11        A.    Yes.

12        Q.    Can you tell me who is Stephen

13   Ritz?

14        A.    He's a physician who works for

15   Wexford and does utilization management

16   collegial reviews with the sites for the

17   Illinois Department of Corrections.

18              He's the main person I contact for

19   utilization, and I believe a different role he

20   has is weekly collegial calls with providers

21   in the IDOC sites to review medical cases.

22        Q.    Is Mr. Ritz responsible for anyone

23   other than -- or any sites other than those

24   sites located in the IDOC?

REBECCA EINWOHNER                                November 20, 2018

Page 228

1        A.    I do not know if Dr. Ritz does any
2   other collegials in any other Wexford
3   contracts.
4        Q.    Okay.  And Becky Adams, I think I
5   saw her name as a nurse some place; is that
6   correct?
7        A.    Becky Adams would have been, at the
8   time, the utilization management nurse for the
9   site.  I don't know if that's still her role.
10       Q.    At the time was she located at
11  Taylorville, then?
12       A.    No.  Correction:  She would be in
13  the Wexford office.
14       Q.    Is she responsible for Taylorville
15  specifically?
16       A.    I don't know her current role and I
17  don't know that she's still involved with
18  Taylorville currently.
19             Based on this, it looks like at the
20  time she was in charge of Taylorville.  And
21  she probably had more than one site because
22  nurses probably had responsibilities for more
23  than one site.
24       Q.    Okay.

REBECCA EINWOHNER                          November 20, 2018

Page 229

1        A.    I apologize.  I need to step out

2   for just one moment.  Is that okay?

3        Q.    We'll take five minutes.

4        A.    I don't think I even need that.

5   Okay.  I don't think I need that.  I'll be

6   right back.  I know you have time constraints.

7   Thank you.

8                (A recess was taken.)

9   BY MR. STROM:

10        Q.    Okay.  So we were just talking

11   about Becky Adams, UM nurse.  One of her

12   sites, at least one of her sites for which she

13   was responsible was Taylorville, but she

14   worked at the Wexford office there in

15   Pittsburgh?

16        A.    Yep.

17        Q.    Okay.

18        A.    And I don't recall which other site

19   she might have had at that time.  These are

20   roles that have likely changed many times

21   since then, and I don't even know if she's

22   involved in Illinois at all anymore.  I don't

23   know.

24        Q.    Okay.  Looking at your E-mail

1    there, Page 1 Exhibit 7, Bates 61, your E-mail
2    to Stephen Ritz.  Your subject line says,
3    "Taylorville patient Deans, William, HO,"
4    which I assume means history of, "Past
5    lithiasis with repeat hematuria -- question
6    mark collegial investigation."
7             What does "-- question mark" here
8    signify in the E-mail that you wrote?
9        A.    Suggests that I don't know what it
10   is.  Suggests that it needs a conversation,
11   collegial discussion with Dr. Ritz and the
12   provider at the site and investigation to
13   explore more about the cause.
14       Q.    Okay.  The body of the E-mail in
15   the line beginning, "He reports intermittent
16   hematuria."  Can you please explain for me
17   that and the following sentence in plain
18   English what it means?
19       A.    "He reports" suggests it was a
20   symptom review.  "Intermittent" suggests that
21   it's off and on.  "Hematuria" would be blood
22   in the urine over the past couple weeks.
23             "He has past calcium oxalate stones
24   in the past."  We know this.  It's in his

REBECCA EINWOHNER                                    November 20, 2018

Page 231

1    chart.  There's a stone analysis in his chart.
2              "He has had urology consults with
3    lithotripsy."  We know that.  It's in the
4    chart.  We know the lithotripsy.  That's the
5    shock breaking up the stones.
6              "His onsite urinalysis dip," that's
7    the first urinalysis I told you that the nurse
8    told me about.
9              It's referencing, actually, last
10   month he had an onsite dip last month and I'm
11   requesting review it with micro, so gives a
12   little more information about when that
13   urinalysis that the nurse told me about was
14   from.  Suggests that his last CAT scan in July
15   of '15 had calculi when he was an inpatient.
16             So that -- that middle part there
17   says that he had blood in his urine last
18   month, so that would suggest December '15.
19   I'm requesting an urinalysis, a full-on
20   urinalysis from the lab.
21             He had a CAT scan showing calculi.
22   I suggest collegial review, that's that weekly
23   phone call that Dr. Ritz has with all those
24   providers to discuss problematic patients or

REBECCA EINWOHNER                          November 20, 2018

Page 232
1    any issues, with consideration of reimaging
2    and urology evaluation.
3         Q.    And that urology evaluation, is
4    that a surgical evaluation?
5         A.    Well, a urologist is a surgeon, but
6    any surgeon wouldn't -- would have to decide
7    first what their treatment would be; correct?
8         Q.    Yeah.
9         A.    So a surgeon would not necessarily
10   do surgery first.  A surgeon is still a doctor
11   who still evaluates, history, physical,
12   determining what they need, and then it's up
13   to the surgeon.
14        Q.    I understand.  Okay.
15              Is there a reason why you wrote
16   "hematuria with clots" as opposed to just
17   "hematuria"?
18        A.    I can't tell based on this note.
19        Q.    When you write "A UA with micro."
20   I understand that that's urinalysis, what does
21   "with micro" mean?
22        A.    That suggests that it's going to
23   the lab and it's going to get a good look by a
24   lab technician.  It's a more complete form of

REBECCA EINWOHNER                                    November 20, 2018

Page 233

1    a urinalysis than what can be done on site.

2         Q.    Do you know what happened to the

3    calculi that were shown in his July 2015 CAT

4    scan that's referenced in this E-mail?

5         A.    Do I know what happened to the

6    calculi that were shown?  This particular note

7    doesn't suggest what happened to the calculi.

8         Q.    The calculi are kidney stones;

9    right?

10        A.    Yes.

11        Q.    Who's Dr. Butler?

12        A.    Dr. Butler is a medical provider.

13   And seeing that name with the subject

14   "Taylorville" suggests that he was the medical

15   director at the time at that site.  I don't

16   think he is still the medical director of that

17   site.

18        Q.    Okay.  And so is it fair to say

19   that this E-mail is a recommendation from you

20   to Dr. Ritz and to Nurse Becky Adams that

21   there should be a collegial review with the

22   medical director at Taylorville regarding

23   these symptoms?

24        A.    Yes.

Page 234

```
 1        Q.    And also regarding what next steps
 2   should be taken?
 3        A.    Yes.
 4        Q.    And you -- you make the
 5   recommendation, you suggest consideration of
 6   reimaging; is that right?
 7        A.    That's what it says.
 8        Q.    Are you able to order -- or at that
 9   time, were you able to order reimaging?
10        A.    No.
11        Q.    At that time you were, however,
12   able to order the CBC; correct?
13        A.    CBC is formulary, I think.
14        Q.    Okay.
15        A.    So I don't think that I could have
16   ordered a test.  I don't think I could have
17   made a referral.  I don't think I could have
18   done anything non-formulary at this time.
19        Q.    Okay.  And so you were able to
20   order the urinalysis with micro; correct?
21        A.    Yes.
22        Q.    And that's because that's
23   formulary, is that why?
24        A.    Yes.
```

REBECCA EINWOHNER                              November 20, 2018

Page 235

```
 1        Q.    Okay.  And you could only suggest
 2   or recommend, but you could not order a
 3   urology evaluation; correct?
 4        A.    Correct.
 5        Q.    Okay.  I want to look next at Bates
 6   Pages 59 and 60.  These are together marked as
 7   Exhibit 8.
 8                 (Deposition Exhibit No. 8 was
 9   marked for identification.)
10   BY MR. STROM:
11        Q.    59 is a renal teleclinic order
12   dated February 8, 2016 at the top right
13   corner.  Page 60 is a renal progress note also
14   dated February 8, 2016.
15                 Please take a look at those two
16   documents, and once you're familiar with them,
17   we will have some questions about them.
18        A.    Okay.  And I can't see what's on
19   the bottom here.  There's -- I can't see what
20   this is here.
21                 THE WITNESS:  Joe, again
22   there's a urinalysis at the bottom.
23   BY MR. STROM:
24        Q.    So looking at the page with the
```

REBECCA EINWOHNER                                November 20, 2018

Page 236

1    title "renal progress note."

2          A.    Yes.

3          Q.    You're on Exhibit 8?

4          A.    Yes.

5          Q.    Can you tell me about what's listed

6    here in the problems list?

7          A.    Well, I recall some of the same

8    problems we had mentioned at the last visit we

9    looked at.  Some of those ongoing problems,

10   diabetes, hypertension.

11               But I also see that there is new

12   notation of a kidney ultrasound from

13   February 2, 2016.  Two kidneys, no hydro, no

14   mass, normal flow.

15               It looks like I'm looking at --

16   actually, on the left-hand side it says "Right

17   kidney, no hydro, no mass, normal flow.  Left

18   kidney, no mass, normal flow, no hydro."

19               It looks like it says "possibly

20   cortical thinning," which is part of the

21   kidney, saying it's possibly thin.  And the

22   bladder, no wall thickening.

23         Q.    I'm sorry to interrupt you.  I

24   don't think I'm looking in the same place that

REBECCA EINWOHNER                                      November 20, 2018

Page 237

1    you are.  Sorry about that.

2        A.    It's okay.  If you look in the

3    section, the rectangle that says problem list,

4    and there are one, two, three, four, five, six

5    seven, eight lines.

6              So go in between the bottom six to

7    eight lines on the far right side on the

8    bottom.  There's a notation about a kidney

9    ultrasound that was done before the visit.

10   That's where I'm looking here.

11       Q.    Okay.  So does it start on the same

12   line as where it says "scabies" near the

13   middle of the page?

14       A.    One line below that it says "renal

15   US, February 2, '16."

16       Q.    I see.  Okay.

17       A.    So it looks -- yeah, it looks like

18   there's a kidney ultrasound that's been done

19   in the past one month.

20       Q.    Okay.  And there's a word there

21   that begins T-E-L-E on the next line?

22       A.    T-E-L-E.  Below the kidney

23   ultrasound?

24       Q.    I'm just -- yeah.  I'm just trying

REBECCA EINWOHNER                           November 20, 2018

Page 238

1    to make sure that I'm following what you were

2    telling me about here before --

3         A.    Okay.

4         Q.    -- and know what information is

5    contained here.  So yeah, I see where it says

6    "since last visit," and then underneath that,

7    can you just read for me word-for-word what it

8    says?

9         A.    Let me see.  So I see on the

10   problems list, I see no changes, family

11   history, social history, past medical history.

12   I see that.  I see on the very bottom the

13   kidney ultrasound notations.

14              Oops.  There is something on our

15   screen talking about our session.  Can you

16   still hear us and do you see --

17        Q.    I still hear you and see you, yeah.

18        A.    There's a note on the top of the

19   screen asking us what we want to do with our

20   telesession.  Thank you.  Okay.

21              Okay.  Again, we're looking at the

22   problem list.  We saw no changes, the patient

23   is saying, in the family history, social

24   history, or past medical FH, SH, PMH, and then

REBECCA EINWOHNER                               November 20, 2018

Page 239

```
 1   at the bottom there's a few --
 2        Q.    All right.  I just want to make
 3   sure we're looking at the same page.
 4        A.     -- a few lines devoted to -- yeah.
 5   A few lines devoted to the kidney ultrasound,
 6   which is above the review of systems and below
 7   the scabies.  There's a couple lines devoted
 8   to that.  Renal US.
 9        Q.    I see now.  I was looking at the
10   wrong page.  My apologies.
11        A.    Okay.
12        Q.    So I'm together with you now.
13   Problems list.  Let's go down from the top of
14   the problems list.  Thank you.
15        A.    You're welcome.  I see the low back
16   pain, diabetes, hematuria, lithiasis.  I see a
17   notation of extracorporeal shock wave therapy.
18   I see hypertension, cardiomyopathy,
19   defibrillator, scabies.
20             I see a note, "No changes in
21   social, family, or medical history," and I see
22   a notation about the kidney ultrasound.  I see
23   the left one.  I see the right one notated
24   neither of them have any problems with hydro,
```

REBECCA EINWOHNER                          November 20, 2018

Page 240

1    which is a blockage of mass, and there's
2    normal flow.
3              There's a suggestion there's
4    possible cortical thinning on one kidney on
5    the left side.  And the bladder doesn't say
6    any problem, just "bladder, no wall
7    thickening."  We go down to review of systems.
8         Q.    Okay.  Where it says the right
9    kidney 15.2 CM, is that a measure of the
10   kidney?
11        A.    The measure of the length, yes.
12        Q.    Same for 13.3 on the left?
13        A.    That's what it says.
14        Q.    Okay.  So these notes from the
15   February 2nd ultrasound, they suggest possible
16   cortical thinning.  Do they say anything about
17   any calculi?
18        A.    No mention about calculi, and no
19   mention about mass, and no mention about
20   bladder problems either.  It says "bladder, no
21   thickening."
22        Q.    Do you know whether the notation in
23   the problems list of hematuria is a current
24   diagnosis at that time or if it's a

November 20, 2018

                                                           Page 241

1    description of a past problem?

2         A.    If you only look at the problem

3    list section, you can't tell if you only look

4    at the problem section.  You have to keep

5    reading.

6         Q.    Okay.  Is there another indication

7    about whether Mr. Dean is still experiencing

8    hematuria on this page?

9         A.    If you go down in the review of

10   systems on the far left column, it says, "No

11   hematuria times three weeks.  Today slight

12   pink tinge.  Passed painless dark piece

13   yesterday."

14        Q.    Do you know whether those notes

15   come from the patient or the nurse based on

16   where you write them or what you write?

17        A.    There's no note here that says that

18   the symptoms came from the nurse here.

19        Q.    Is it your practice to note where

20   the information in your progress notes comes

21   from the nurse instead of the patient?

22        A.    Generally a patient is asked for

23   symptoms, and there -- I certainly have times

24   when I write "per RN."  For example, if at an

REBECCA EINWOHNER                                    November 20, 2018

Page 242

1    intake I ask "Do you have a history of

2    hepatitis?"  And the nurse might say the

3    patient was tested X date and is negative.  So

4    I frequently document if the nurse is telling

5    me things.

6         Q.    Okay.

7         A.    All right.

8         Q.    From your previous teleclinic visit

9    with Mr. Dean on January 7th you ordered a

10   urinalysis with micro and you suggested

11   collegial review.

12             Is there an indication on this

13   February 8, 2016 progress note that either of

14   those two things happened?

15        A.    Well, I think your question, please

16   clarify for me, if anything happened, if there

17   was a collegial review or urinalysis.

18             It looks like, based on this note,

19   something did happen since last review because

20   there is a new imaging study on this note, the

21   kidney ultrasound.

22        Q.    The kidney ultrasound?

23        A.    Yes.  And a few minutes ago we

24   talked about the fact that at the bottom of

REBECCA EINWOHNER                    November 20, 2018

                                                    Page 243
1    the last clinic note we reviewed urinalysis
2    had gone to the lab.  It did go out.  It was
3    dated January 7th.  I don't even have that
4    note in front of me.  It was reviewed on the
5    11th.
6              Q.    That's a good point.  Okay.
7              A.    So it looks like something did
8    happen in between the two visits.  It also
9    looks like there may have been a blood count
10   done, and the reason I say that is in the
11   laboratory section just above the words "plan"
12   there's some notes with a left pointing arrow.
13              Do you see the number 13.6?
14             Q.    I do.  Can you tell me what that
15   means?
16             A.    That's referring to a hemoglobulin
17   level, and then there's a left kind of box --
18   it doesn't have the date on it, but it looks
19   like -- it looks like there's a notation that
20   there's been a blood count done.
21             Q.    And what results are reported here
22   of the blood count?
23             A.    It's hard to read what's to the
24   very left column, but it looks like there's a

REBECCA EINWOHNER                                          November 20, 2018

Page 244

1    blood count of a little bit -- of more than

2    11, that's the hemoglobulin, and amount of

3    crits, 35.9.  And there's an arrow on the

4    right saying that in the past it used to be

5    higher.

6         Q.    I'm sorry.  What does 35.9 refer

7    to?

8         A.    Something called hematocrit, which

9    is like the percentage of how much

10   hemoglobulin is in the blood.  So we're

11   looking for anemia.

12             So anything, to stop -- to answer

13   your question, was anything done in the visit

14   interim?  It looks like something was done.

15   It looks like the case had gone through

16   collegial review and there were some blood

17   tests that were done.

18             MR. RUPCICH:  Diagnostic or

19   lab --

20             THE WITNESS:  Well --

21             MR. RUPCICH:  -- imaging?

22             THE WITNESS:  -- there was a

23   kidney ultrasound that looked like it that

24   come since the last visit, and it looks like

REBECCA EINWOHNER                                    November 20, 2018

Page 245

1    at least some of the blood tests were done.  I

2    can't tell based on this the date of the

3    hemoglobulin.

4    BY MR. STROM:

5         Q.    These are exclusively your notes;

6    correct?

7         A.    Yes.

8         Q.    Okay.  Let's please next look at

9    the plan section.  It looks like there are

10   numbered parts to the plan.  So No. 1, right

11   below the CBC results we were just discussing,

12   starts with "follow."  Can you read that for

13   me, please?

14        A.    "Follow the urine albumin

15   creatinine when hematuria resolves."

16        Q.    What does this mean?

17        A.    Follow a urine study a measure of

18   protein specific in the urine study,

19   quantification when the hematuria is no longer

20   there.

21              And if you look farther over, there

22   is a reference to urinary albumin creatinine

23   ratio just below the letters "TC," and it says

24   454, October '15, and it says with hematuria.

REBECCA EINWOHNER                          November 20, 2018

Page 246

1        Q.     Sorry.  I don't see where you're

2   just talking about with the October date.

3        A.     Okay.  Let's go back to the lab

4   section.

5        Q.     Yep.

6        A.     I see sodium, Na, K, Tc.

7        Q.     Yep.

8        A.     And then below TC, U alb/creatinine

9   ratio.

10       Q.     I see that, yes.

11       A.     454 milligram per gram with

12   hematuria at 10/15.

13       Q.     What does that mean?

14       A.     That means that it looks like the

15   last time it was checked was October '15,

16   which is before this visit.  The level was 454

17   milligrams per gram, but there's a notation

18   that when it was collected it was just looking

19   for protein.  There was also blood in the

20   specimen.  And after you go over the plan,

21   follow the urine albumin creatinine ratio when

22   hematuria resolves.

23       Q.     Is that -- is that albumin

24   creatinine ratio something that indicates the

REBECCA EINWOHNER                                    November 20, 2018

Page 247

1    possibility of kidney stones?

2         A.    Not necessarily kidney stones, but

3    this individual is also in a kidney clinic

4    with other medical problems that can cause

5    other kidney diseases, that include protein in

6    the pee.

7         Q.    Okay.  So step one here in the plan

8    is to conduct this test further after the

9    hematuria resolves.  This is not a step to

10   treat hematuria or its root causes; correct?

11        A.    No.  You have to go farther down

12   for that.

13        Q.    Sure.  Step two, can you read that

14   one for me, please?

15        A.    I can, but there is something else

16   about hematuria.  It says, "Change in the

17   urine."  It says, "Hematuria January 16th.

18   Symptoms resolved and returned today," that's

19   line 1, 2, and 3 on the impression.

20             But then you have to go farther

21   down for more details on the hematuria to see

22   the rest of it.

23                  THE WITNESS:  Joe, are you

24   with me here?

REBECCA EINWOHNER                          November 20, 2018

Page 248

 1    BY MR. STROM:

 2         Q.    I see the part you were just

 3    talking about for change in urine.  Yep.  Now

 4    where do we look next for the part to look at

 5    next?

 6         A.    So there's some more on the

 7    hematuria issue.  Lithiasis is circled.

 8    There's a history of lithiasis in the past,

 9    and there's a reference, "History previously

10    increased 24 hour urine calcium and urine

11    sodium in 2013."  And then there's a

12    reference, "History of hematuria, repeat US,"

13    that's ultrasound, "No stone.  No hydro.  No

14    mass.  History of prior lithotripsy.  No stone

15    was detected."

16              So that's referencing the

17    ultrasound at the top.  Okay.  So I just want

18    to say you weren't complete asking about that.

19              The Step 2 follows the left-hand

20    side which said "blood pressure."  His blood

21    pressure at the time of the visit was 129/79.

22    There's a notation that says "Good" and on the

23    far right it says "Reorder Cozaar."

24         Q.    Cozaar is a blood pressure

REBECCA EINWOHNER                          November 20, 2018

Page 249

 1   medication?

 2        A.    It is used for many things

 3   including blood pressure.

 4        Q.    Okay.

 5        A.    Incidentally, he has some other

 6   diagnoses that it might have been used for.

 7   We can also see on his problem list he has

 8   cardiomyopathy.  So that was No. 2.

 9              If you go down to No. 3 --

10        Q.    Can I stop you for just a second?

11        A.    Yes.

12        Q.    What does it say below "reorder

13   Cozaar"?

14        A.    "Continue low salt, low to moderate

15   protein."

16        Q.    Okay.

17        A.    No. 3 says, "Follow CBC.  No. 4

18   says "Given question passage stone and faint

19   pink urine with no stone on ultrasound, but

20   stones likely reoccur."  And I said, "Check

21   urinalysis.  Present the case for collegial.

22   Continue the stone prophylaxis," and I give

23   some suggestions for stone prophylaxis, and

24   "Sick call PRN," that's as needed.

REBECCA EINWOHNER                          November 20, 2018

Page 250

1        Q.     Okay.

2        A.     Now, you can't see --

3        Q.     No. 3 where you write "Follow CBC,"

4    what does that mean?

5        A.     Follow the complete blood count.

6    It's a lab test -- a blood test.

7        Q.     So that's an additional CBC that is

8    part of the plan here, a follow-up CBC, or

9    does that mean something else?

10       A.     Well, it says follow, but if you go

11   over to the order from that same day, there is

12   actually on order written for follow-up for a

13   CBC.

14              There's also on the urinalysis,

15   when I said check UA, there is actually an

16   order on the order sheet.

17       Q.     This is the renal teleclinic order

18   dated 2/8/16, which we have marked as part of

19   Exhibit 8 and I have as Bates 59.

20       A.     Yes.

21       Q.     When you write "Follow CBC," it

22   means follow up with an additional CBC; is

23   that right?

24       A.     That's what it looks like here.

Page 251

```
 1        Q.     Okay.  Then it says Step 4, you
 2   talked about there being a question about
 3   passing of the stone and the faint pink color
 4   of the urine; is that right?
 5        A.     Yes.  That came out of the review
 6   of systems.  The patient inmate said that he
 7   had passed a painless dark piece yesterday.
 8        Q.     Okay.  And so then you have the
 9   things that you were checking, and I just want
10   to go through those one by one.
11               You said check CBC; is that
12   correct?  No, check urinalysis.  Check
13   urinalysis; is that right?
14        A.     Yes.
15        Q.     And what does that mean?
16        A.     Well, if you go over to the order
17   sheet, I wrote "UA with microscopy February 8,
18   2016.  E-mail Dr. Einwohner."
19        Q.     Okay.
20        A.     It looks like I asked for the
21   results.
22        Q.     This means do another urinalysis;
23   is that right?
24        A.     Yes.
```

REBECCA EINWOHNER                          November 20, 2018

Page 252

1        Q.    Why are you doing another
2    urinalysis at this point?
3        A.    Well, if you went farther up, there
4    are two things that came up.  One is the
5    review of systems.  He said he passed
6    something.
7              And then the other thing is there
8    was a notation to check the urinary albumin
9    creatinine ratio when the hematuria resolved.
10   So there were two --
11       Q.    So was it your assessment that the
12   hematuria had resolved at that point?
13       A.    That's -- it looks like the
14   urinalysis would find that.
15       Q.    I understand.  So let me make sure
16   that I'm understanding.  I think I understand.
17   Let me make sure.
18             You're saying that because of the
19   albumin creatinine ratio and wanting to check
20   that after the hematuria has resolved, first
21   you want to do a urinalysis to make sure that
22   there's no longer any blood in the urine at
23   the microscopic level for urinalysis; is that
24   right?

REBECCA EINWOHNER                          November 20, 2018

Page 253

```
 1        A.    Yes on that.  And additionally, the
 2   patient said, "No hematuria for three weeks,"
 3   but then "pink tinge and passed something."
 4   So I want to see what's in the urine.  So at
 5   least two reasons.
 6        Q.    Got it.
 7        A.    And I ordered it on February 8th,
 8   and I asked that I be E-mailed a copy.
 9        Q.    Below "Check urinalysis," you have
10   written, "Check present case for collegial."
11              What does that mean?
12        A.    Case for collegial Wednesday.  So
13   that's a note for the site that they should be
14   having a call with the collegial provider.  So
15   that's the onsite provider having a call in
16   usually with Dr. Ritz unless there's somebody
17   else in collegial.
18        Q.    Do you participate in collegial
19   calls like that as a general matter?
20        A.    No.
21        Q.    Have you ever participated in a
22   collegial call like that?
23        A.    I don't recall being in on those
24   calls.
```

REBECCA EINWOHNER                        November 20, 2018

Page 254

1          Q.     Do you recall ever being a part of
2     a collegial call regarding Mr. Dean?
3          A.     I don't recall being in on those
4     calls.  Those calls are generally the site --
5     the UM nurse here.  I'm not generally in on
6     those.
7          Q.     Okay.
8          A.     There's one thing that you don't
9     have on your sheet because it's cut off.  On
10    February 11th I did a lab check to follow up
11    on the requested urinalysis from February 8th.
12    There was no new UA.  "Discussed with RN
13    nurse, UM Becky.  Case review collegial
14    February 10th.  Patient to go to urology."
15         Q.     So does that note mean that there
16    was a collegial on February 10th that
17    recommended or that made the referral then to
18    urology?
19         A.     It looks, based on my notation
20    there, that after the February 8th visit I
21    checked the lab and I contacted the UM nurse,
22    and she said it looks like the case was
23    reviewed and the patient was to go to urology.
24         Q.     Okay.

REBECCA EINWOHNER                              November 20, 2018

Page 255

 1                    MR. RUPCICH:  Bill, by my math

 2   we have ten minutes left.

 3                    MR. STROM:  Okay.

 4   BY MR. STROM:

 5        Q.    We talked then about March 30,

 6   2016 -- I'm sorry.  One other question before

 7   we move to March 30th about the teleclinic

 8   order on 2/8/16.

 9              You have written, "Next appointment

10   two months."  It looks like approximately --

11   it looks like 3/31/16, if I'm reading that

12   correctly.

13        A.    Yes.

14        Q.    How did you decide on that as the

15   next visit?

16        A.    It doesn't say on here, you know,

17   what the determination was or the change, how

18   that was determined.  It does not say here.

19        Q.    Do you remember why it was that you

20   set out that appointment for two months later?

21        A.    It's not a full two months later.

22   It's February 8th to March 31st.  Is that the

23   question?

24        Q.    Yes.  Why did you choose two months

REBECCA EINWOHNER                          November 20, 2018

Page 256
1    as the interval?

2         A.    I can't tell from this.  It looks

3    like the patient was -- it appears depending

4    on -- based on what we have here, based on the

5    finding and the symptoms and the ongoing

6    evaluations done on the at-site level and

7    other upcoming evaluations including to go to

8    urology and collegial, we came to a date.  It

9    does not say here why that --

10        Q.    Okay.  The last document that I

11   think we're going to have time for is from

12   March 30, 2016.  These are my Bates Nos. 57

13   and 58.

14             57 is the teleclinic orders dated

15   3/30/16, and 58 is a renal progress note dated

16   3/30/16.  Together I'd like to mark these

17   Exhibit 9.

18             (Deposition Exhibit No. 9 was

19   marked for identification.)

20             MS. RUPCICH:  Is there

21   anything cut off on these?

22             THE WITNESS:  That doesn't

23   look cut off.

24             MR. RUPCICH:  Okay.

REBECCA EINWOHNER                    November 20, 2018

                                                    Page 257
 1                THE WITNESS:  Doesn't look cut

 2   off.

 3   BY MR. STROM:

 4        Q.    Do you recognize these documents?

 5        A.    Yes.

 6        Q.    And these are your progress notes

 7   and order from March 30, 2016?

 8        A.    Yes.

 9        Q.    Okay.  Can you tell me, please,

10   what this document tells you about the status

11   of Mr. Dean's hematuria or its causes as of

12   March 30, 2016?

13        A.    As of this time, it looks like we

14   know of the history of kidney stones, and

15   there is an evaluation process that's

16   undergoing to continue exploring a cause of

17   his hematuria.

18        Q.    Is Mr. Dean still experiencing

19   hematuria as of 3/30/16 according to this?

20        A.    According to this note, this was

21   not a traditional teleclinic.  No, we

22   experienced a technical problem that day.

23             According to this note, the

24   telemonitor had no audio with the site and

REBECCA EINWOHNER                          November 20, 2018

Page 258

1    there was a phone with the nurse who relayed

2    that there was -- it looks like relayed that

3    there was hematuria for three days.

4         Q.    And I see that you have hematuria

5    in a box.  I see the three days over on the

6    left-hand side.  But there's also a line going

7    up to the right.  Do you know what that says?

8         A.    It looks like the line on the right

9    points to the words "cardio pulmonary" and

10   says "denies."

11        Q.    This is on the renal progress note

12   dated 3/30/2016?

13        A.    Yes.

14        Q.    I see -- oh.  I see it.  The line

15   on the right goes from the word cardio

16   pulmonary and it goes -- okay.  Okay.  And it

17   says "denied," is that what you said?

18        A.    Yes.

19        Q.    Is there anything here from the

20   plan that indicates further treatment or

21   diagnostic steps for Mr. Dean's hematuria?

22        A.    Yes.  At the top, "Since last visit

23   patient saw urology."  In the planning steps,

24   "Follow urology IBP cysto."

REBECCA EINWOHNER                                    November 20, 2018

Page 259

1        Q.     What does that mean?

2        A.     Well, it looks like the history, if

3    you go down where it says lithiasis hematuria,

4    he saw urology at an IVP office cysto was

5    recommended.

6        Q.     And what is an IVP office cysto?

7        A.     An IVP office cysto is an

8    intravenous pyelogram, and a cysto is a

9    bladder study.  These are -- I believe the two

10   together would be a combination of imaging and

11   dye.

12            In a male it would involve

13   inserting a scope up through the penis into

14   the bladder and looking up through those

15   openings for sources of bleeding in the lower

16   genital tract up into the bladder, followed by

17   flushing up fluids and perhaps dyes to go

18   higher up and look for any abnormalities.

19       Q.     And that's the recommendation that

20   you're making with this note?

21       A.     No.  That looks like that

22   recommendation was relayed to me at the visit,

23   which was a very limited visit because we did

24   not have traditional technical support.  And I

REBECCA EINWOHNER                           November 20, 2018

Page 260

```
 1    know I contacted IT that day, which is the
 2    general practice when the equipment has
 3    problems.
 4               So the plan for urology was relayed
 5    to me that the patient would be going for
 6    urology.  And Joe is handing me something --
 7    oh, the office -- the plan is from an office
 8    note from the urology office, from Bethany
 9    Whitacre.  "Plan CT IVP an office cystoscopy
10    to detect any possible pathology."
11                        MR. RUPCICH:  From Page 47.
12                        MR. STROM:  Okay.
13    BY MR. STROM:
14        Q.    Let's have Page 47 marked as
15    Exhibit 10.
16                        (Deposition Exhibit No. 10 was
17    marked for identification.)
18                        THE WITNESS:  I also see that
19    he was due to go in April of '16 on that note
20    which is -- this was one of the last couple
21    days of March.  He was due to go in April.
22    BY MR. STROM:
23        Q.    Due in April to go to --
24        A.    Urology.
```

REBECCA EINWOHNER                           November 20, 2018

                                                     Page 261
1        Q.     -- urology.  Okay.  Is there
2    anything else here in Exhibit 9, which is the
3    March 30th progress note and the March 30th
4    teleclinic order, that indicates additional
5    steps you're taking or recommending to
6    diagnose the source of Mr. Dean's hematuria?
7        A.     It looks like we're continuing to
8    follow up on the plans to follow up with the
9    urology and the urologist's imaging and
10   diagnostic studies and the completion of those
11   cysto IVP and imaging.
12       Q.     Okay.  I just have I think one last
13   question, which is, did you ever wish you had
14   additional space on these pages to write your
15   notes?
16       A.     I was asked to do one page.
17       Q.     I'm sorry?
18       A.     I was asked to do one page, and
19   there are times where I send in multiple
20   single pages.
21       Q.     Who asked you to do one page?
22       A.     When I was -- initially when we
23   were putting together pages and progress notes
24   for these clinics.

REBECCA EINWOHNER                                November 20, 2018

Page 262

```
 1        Q.    So who asked you to do single page
 2   notes for the clinics?
 3        A.    As best I recall when we were
 4   drafting teleclinic notes in the past,
 5   Dr. Lehman, as best I recall.  That was long
 6   ago.
 7        Q.    Doctor --
 8        A.    Lehman.
 9              MR. RUPCICH:  Lehman,
10   L-E-H-M-A-N.
11   BY MR. STROM:
12        Q.    L-E-M-A-N.  Who's Dr. Lehman?
13              MR. RUPCICH:  I believe it's
14   L-E-H-M-A-N.
15   BY MR. STROM:
16        Q.    Who is Dr. Lehman?
17              MR. RUPCICH:  Do you know?
18              THE WITNESS:  Dr. Lehman is
19   one of the main medical directors in the
20   corporate office.  The progress notes and the
21   intake forms were made in the past.
22              MR. STROM:  Okay.  I recognize
23   we're up against our time limit here, so I --
24   Joe, I think I can be done.  Do you have any
```

REBECCA EINWOHNER                            November 20, 2018

Page 263

 1   follow up or redirect?

 2                   MR. RUPCICH:  Briefly.

 3                   EXAMINATION

 4   BY MR. RUPCICH:

 5       Q.    Doctor, many hours ago you talked

 6   about doing renal teleclinics 15 to 20 hours a

 7   week; is that right?

 8       A.    Yes.

 9       Q.    And that was -- had some

10   flexibility between 2008 to 2018; is that

11   right?

12       A.    Yes.

13       Q.    All right.  Has there been any

14   recent changes in the schedule with respect to

15   your as-needed hours?

16       A.    Can you clarify, please?

17       Q.    Have there been any changes in your

18   as-needed hours in the last few months?

19       A.    So instead of doing it set with

20   scheduling, it will now be they will let me

21   know when they want me to be seeing these

22   patients.

23       Q.    So currently you're as needed as

24   opposed to 15 or 20 hours a week?

REBECCA EINWOHNER                                November 20, 2018

Page 264

1        A.      Yes.

2        Q.      And that's as of when?

3        A.      November.

4                MR. STROM:  Sorry.  I'm having

5    just a little bit of trouble hearing.  I know

6    it's easy to talk to Joe because he's right

7    next to you.  If you could speak up just a

8    little bit.

9                THE WITNESS:  I apologize.

10               MR. STROM:  No problem.  Is

11   that November of 2018 that you just answered

12   the question?

13               THE WITNESS:  Yeah.  I

14   answered -- he said, "as of when," and I said

15   "November."

16   BY MR. RUPCICH:

17       Q.      And that means 2018?

18       A.      Yes.

19       Q.      You testified earlier that patients

20   in the correctional facilities have access to

21   medical care on site apart from what you may

22   address in renal clinic; is that correct?

23       A.      That is correct.  Every facility

24   that I know of is supposed to have a medical

REBECCA EINWOHNER                                    November 20, 2018

Page 265

1    unit with nurses and providers, sometimes more

2    than one provider.

3         Q.    And these lab tests that you would

4    order in renal clinic, would those also go to

5    the primary care doctor?

6         A.    Yes.  The labs also went to the

7    primary care doctor, and I believe that the

8    primary care doctors had to sign off on the

9    labs.

10        Q.    I want you to look at Page 173,

11   which was Exhibit 4.  Illinois Department of

12   Corrections, Taylorville Correctional Center.

13   I think you said you described it as paperwork

14   for transport.

15             Do you remember this?

16        A.    Yes.  This was a document from

17   earlier.

18        Q.    That's right.  Now, this was within

19   the records that you had on this patient,

20   Mr. Dean; correct?

21        A.    As best I recall.

22        Q.    Yeah.  So my question is, you

23   initialled this document; is that right?

24        A.    Yes.

REBECCA EINWOHNER                          November 20, 2018

Page 266

1        Q.     Did you regularly initial the

2   documents that came to you to put them in the

3   file you had on your renal clinic patient?

4        A.     Yes.

5        Q.     Did you have any involvement or do

6   you have any involvement in the scheduling of

7   off site medical consultations for offenders

8   in the department of corrections?

9        A.     No.

10        Q.     So your initials on this transport

11   document don't indicate any involvement in the

12   scheduling or the carrying out of this

13   transport?

14        A.     No.

15        Q.     Do you know who does the scheduling

16   of inmate off site visits for urology

17   diagnostics in Illinois?  Is that done on

18   site?

19        A.     That is done on site.  I do not

20   know specifically the name of the individual.

21   It's within the healthcare unit there are

22   arrangements made.

23        Q.     And you're not involved in that

24   process?

REBECCA EINWOHNER                          November 20, 2018

Page 267

1      A.    I'm not involved in the scheduling

2  of off sites.

3      Q.    So beyond making a recommendation

4  something be addressed in collegial, you don't

5  have any further involvement in how that visit

6  is carried out to get the inmate to the

7  consult?

8      A.    I am not involved in arranging his

9  transportation or scheduling the actual visit.

10 I do not mention that.  I understand there's

11 security issues.

12          If I knew that something might be

13 upcoming, I would not share a date.  If I knew

14 that they might be going out, if somebody had

15 said they might be going out in three weeks,

16 that's -- that's the scheduling of the site.

17          MR. RUPCICH:  That's my

18 questions.

19          MR. STROM:  I have a quick

20 follow-up to clarify one of her answers to one

21 of your questions, Joe.

22          EXAMINATION

23 BY MR. STROM:

24     Q.    Which is, I believe I heard that,

REBECCA EINWOHNER                                    November 20, 2018

Page 268

1    Dr. Einwohner, you said lab tests are signed

2    off on or labs are signed off on by the --

3         A.    The doctor.

4         Q.    -- the primary care provider, and I

5    was just wondering what you meant by "signed

6    off on"?

7         A.    I believe that all the labs come to

8    the patient's site and there's a chart.  And

9    over the years, nurses might have said, you

10   know, these labs, and they say, yeah, doc

11   signed off on them.

12            So I believe that the labs are

13   going -- that there is a chart.  Every patient

14   has a chart in the medical unit, and there is

15   -- there are labs, and I believe that the

16   primary care doctors are seeing those labs.

17        Q.    And so by "sign off," you mean that

18   they are -- that they have seen them, they've

19   indicated that they've seen them, not that

20   they are influencing your order that comes out

21   of the teleclinic on the front end; correct?

22        A.    I believe that the doctors are

23   receiving those labs and noting them and

24   determining, as primary care doctors, what

REBECCA EINWOHNER                                November 20, 2018

Page 269

1    they want to do about them.

2         Q.    And do the primary care doctors

3    veto any of your orders coming out of the

4    teleclinic?

5                    MR. RUPCICH:  I'll object to

6    the form that doctors veto orders.

7    BY MR. STROM:

8         Q.    You can answer the question if you

9    understand it.

10        A.    Well, I may make a recommendation

11   and they might not order it.

12        Q.    I understand that.  And we talked

13   about that a little before.  I'm wondering

14   about the formulary tests that you are

15   authorized to order, are those orders ever

16   nixed by a primary care provider on site?

17                    MR. RUPCICH:  And I'll make

18   the same objection.  You can answer.

19                    THE WITNESS:  I'm not sure

20   about that.  I will say that for the

21   non-formulary it's the site.  I have to make a

22   suggestion, note that it's non-formulary, and

23   then it's the site has to put in a request for

24   a non-formulary lab.  So there have been times

REBECCA EINWOHNER                                November 20, 2018

Page 270

1   where I have not gotten them back.

2   BY MR. STROM:

3        Q.    For formulary, can anybody override

4   your order?

5        A.    I don't know.

6        Q.    Okay.

7        A.    There are labs that are not done

8   for various reasons.  There are labs for all

9   kinds of reasons why they're not done.  Lab

10  processing, losing, not showing up, refusing,

11  shut down of the center, site on lock down.

12       Q.    Okay.

13                  MR. RUPCICH:  Is that it?

14                  MR. STROM:  That's it.

15                  MR. RUPCICH:  Okay.  She'll

16  reserve her signature.

17                  MR. STROM:  Sure.

18  Dr. Einwohner, thank you so much for your

19  time, I know it's been a long day.  I know

20  that this is not easy.  It can be fatiguing,

21  to say the least.  So I appreciate you stamina

22  and I appreciate you helping answering our

23  questions today.

24                  THE WITNESS:  Thank you.

REBECCA EINWOHNER                                    November 20, 2018

Page 271

1    Likewise.

2                   MR. RUPCICH:  Brett, an order

3    for the court reporter?

4                   MR. FURMANSKI:  Yeah, just an

5    e-transcript for us.

6                   MR. STROM:  I'd like to order

7    the transcript too, please.  Thank you.

8                        - - -

9            (Thereupon, the deposition was

10   concluded at 5:53 p.m.  Signature was not

11   waived.)

12                        - - -

13

14

15

16

17

18

19

20

21

22

23

24

REBECCA EINWOHNER                                    November 20, 2018

Page 272

1                  C E R T I F I C A T E

2                         -  -  -

3          I, REBECCA EINWOHNER, M.D., do hereby

4     certify that I have read the foregoing transcript

5     and it is a true and correct copy of my

6     deposition, except for the changes, if any, made

7     by me on the attached Deposition Correction

8     Sheet.

9

10

11

         _____
12

         _____
13                Date

14

15

16

17

18

19

20

21

22

23

24

REBECCA EINWOHNER                                November 20, 2018

Page 273

1   ERRATA SHEET              REASON FOR
    PAGE        LINE          CHANGE/CORRECTION
2   _____     _____       _____
3   _____     _____       _____
4   _____     _____       _____
5   _____     _____       _____
6   _____     _____       _____
7   _____     _____       _____
8   _____     _____       _____
9   _____     _____       _____
10  _____     _____       _____
11  _____     _____       _____
12  _____     _____       _____
13  _____     _____       _____
14  _____     _____       _____
15  _____     _____       _____
16  _____     _____       _____
17  _____     _____       _____
18  _____     _____       _____
19  _____     _____       _____
20  _____     _____       _____
21  _____     _____       _____
22  _____     _____       _____
23  _____     _____       _____
24

Page 274

```
 1   COMMONWEALTH OF PENNSYLVANIA    )
                                     ) SS
 2   COUNTY OF WASHINGTON            )

 3                   CERTIFICATE

 4       I, Alyssa A. Repsik, a notary public in and
     for the Commonwealth of Pennsylvania, do hereby
 5   certify that the witness, REBECCA EINWOHNER,
     M.D., was by me first duly sworn to testify the
 6   truth, the whole truth, and nothing but the
     truth; that the foregoing deposition was taken at
 7   the time and place stated herein; and that the
     said deposition was recorded stenographically by
 8   me and then reduced to typewriting under my
     direction, and constitutes a true record of the
 9   testimony given by said witness.

10    I further certify that I am not a relative,
     employee or attorney of any of the parties, or a
11   relative or employee of either counsel, and that
     I am in no way interested directly or indirectly
12   in this action.

13    IN WITNESS WHEREOF, I have hereunto set my hand
     and affixed my seal of office this 29th day of
14   November, 2018.

15              /s/ Alyssa A. Repsik

16   _____

17              Alyssa A.  Repsik, Notary Public
                Court Reporter
18

19

20

21

22

23

24
```

REBECCA EINWOHNER

**Exhibits**

**Einwohner Records Bates 1-180**  177:4,5 188:17 189:18 190:18,19,22 191:17 193:2,6 196:4,5 201:24 204:10,15 206:22 207:20 208:1 225:4 227:7 230:1 235:7 236:3 250:19 256:17 260:15 261:2 265:11

**1**

**1**  177:4,5 181:5,12 188:21 199:17 227:6 230:1 245:10 247:19

**1.007**  222:1

**1.020**  221:6

**1/11/16**  222:8 226:14

**1/26/12**  202:6

**10**  260:15,16

**10/15**  246:12

**10/30/14**  190:12

**100**  124:20 127:6,15

**10:00**  104:9

**10th**  254:14,16

**11**  84:13 193:3 244:2

**11/12/14**  190:14

**11/13/2014**  193:7

**11/18/14**  192:9

**116**  222:2

**11:30**  104:12

**11th**  199:15,17 226:19,22 243:5 254:10

**12**  194:6 197:1,3 199:11,12,17,18

**12/18/14**  192:10

**12/28/15**  215:21 220:17

**129/79**  248:21

**13.3**  240:12

**13.6**  243:13

**13th**  199:11

**14**  41:20 42:21 79:23 97:2,5 177:11

**14th**  199:10

**15**  39:23 40:1 41:1 42:21 57:16 79:23 202:19 212:7,10 213:11,23 231:15,18 245:24 246:15 263:6,24

**15.2**  240:9

**153**  195:21,24 196:3

**155**  202:9

**16**  237:15 260:19

**16th**  247:17

**17**  88:18

**173**  191:10 265:10

**174**  185:18 188:17

**175**  188:22 189:9,15

**176**  181:14 182:21 189:8

**177**  176:23 181:14 182:17,21 184:4

**178**  181:15 182:22

**1991**  23:15 24:2,15 25:1,22 27:17 28:16

**1992**  24:7 25:7,23 26:1

**1993**  28:17,23

**1997**  28:24 29:1,10,23

**1998**  29:23 30:2

**2**

**2**  181:3 188:17,18 190:19,22 192:22 193:1,2 207:24 236:13 237:15 247:19 248:19 249:8

**2/8/16**  224:15 250:18 255:8

**20**  40:1 41:2 42:22,23 45:18 57:16 73:4 102:9,16,24 103:16 104:7 263:6,24

**20-minute**  119:17

**2000**  30:3,11 225:9,16

**2002**  30:12 31:12 32:4 90:15

**2003**  32:4 33:14

**2005**  32:21 33:7,15

**2006**  32:21 33:8

**2008**  34:9,15 35:9 37:9,10,15,20 39:12,20,21 89:6 93:5 263:10

**2009**  34:15 37:20 38:4 93:17

**2010**  90:19

**2012**  90:17,20 193:19 197:6 202:19

**2013**  38:1 248:11

**2014**  61:17 79:11,15 177:11 193:3

**2015**  61:18 79:11,16 206:14 218:19 233:3

**2016**  207:21 235:12,14 236:13 242:13 251:18 255:6 256:12 257:7,12

**2017**  89:8

**2018**  88:5 263:10 264:11,17

**2020**  90:9 91:1

**21**  42:23

**24**  248:10

**28**  218:19

**2nd**  240:15

**3**

**3**  181:2,3,5,13 189:18,19 190:18 192:22 193:1,6 247:19 249:9,17 250:3

**3/30/16**  256:15,16 257:19

**3/30/2016**  258:12

**3/31/16**  255:11

**30**  102:9 103:14 221:11 222:2 255:5 256:12 257:7,12

**30th**  255:7 261:3

**31st**  255:22

**35**  45:17

**35.9**  244:3,6

**3rd**  192:12

**4**

**4**  191:17,18 249:17 251:1 265:11

**45**  45:17

**454**  245:24 246:11,16

**47**  260:11,14

**5**

**5**  196:4,5 201:24

**5/1/12**  196:22

**50s**  194:19

**57**  256:12,14

**58**  256:13,15

**59**  235:6,11 250:19

**5:53**  271:10

**6**

**6**  204:10,11,15 221:9

**6.5**  222:2

**60**  235:6,13

**61**  206:20 207:4,19 208:13 227:7 230:1

**62**  206:20 207:4,24 208:24 209:7,22 215:13 217:4 219:10 220:13,19 222:19,22,23 223:7,13

**63**  206:21 207:4 219:21 222:14 224:14 225:3

**7**

**7**  206:22,23 207:20,

REBECCA EINWOHNER

21 208:1 222:2 225:4 227:7 230:1

**7/26/12** 202:15

**7th** 222:11,12,17 226:18 227:9 242:9 243:3

---

**8**

**8** 235:7,8,12,14 236:3 242:13 250:19 251:17

**8th** 253:7 254:11, 20 255:22

---

**9**

**9** 256:17,18 261:2

**91** 26:19

**93** 23:23 26:19

**97** 23:23 29:14

---

**A**

**a.m.** 104:9,12

**abdomen** 149:10 150:9,22 154:18 177:10,12, 16 216:17

**abnormalities** 178:19,21 226:3 259:18

**abnormality** 180:2

**absence** 135:15, 19

**Absolutely** 36:18 37:4 111:15

**access** 167:14 264:20

**accommodate** 7:22

**accumulate** 74:11

**acetaminophen** 157:2

**aching** 151:12

**acidity** 221:10

**active** 90:1,8 91:1 213:13,16

**actively** 33:2

**activities** 52:14

**Activity** 138:4

**actual** 67:1 218:9 267:9

**Adams** 185:3 227:10 228:4,7 229:11 233:20

**add** 63:7 90:2

**addendum** 226:19,21

**addition** 67:8 137:20 225:19

**additional** 33:9 58:5,20 250:7,22 261:4,14

**additionally** 51:12 111:19 253:1

**address** 51:8 56:4 100:22 101:14 264:22

**addressed** 82:1 89:9 176:10 222:5 267:4

**addressing** 87:5

**adenopathy** 179:5

**administrator** 65:24

**advise** 162:11

**affect** 107:24 210:18

**Agency** 91:3,5

**agree** 62:5

**agreeable** 62:1

**agreed** 113:10 182:22

**agreement** 38:16

**ahead** 49:3,24 85:16 102:22 108:22 110:23 137:14 164:18

**ailments** 47:3 50:10,23

**alb/creatinine** 246:8

**albumin** 245:14, 22 246:21,23 252:8, 19

**Aleve** 157:8,11

**Aleves** 156:20

**amiss** 199:19

**amount** 59:6 70:7,17 71:11 72:21 76:14 244:2

**analogous** 126:8

**analysis** 120:1 122:15 127:17 231:1

**and/or** 58:18,19

**anemia** 244:11

**anesthesia** 188:3,15 190:24

**animal** 22:24 23:1

**animals** 22:19,21

**answering** 84:18 270:22

**answers** 7:4 158:13 267:20

**anticipate** 57:7

**anymore** 31:21 229:22

**apologies** 87:20 239:10

**apologize** 4:15 64:4 150:15 172:23 229:1 264:9

**appeared** 33:21 99:21

**appears** 94:10 207:8 213:15 219:5 256:3

**apply** 134:3

**appointed** 105:9

**appointment** 16:12 17:8 60:15,16 94:19,21 104:21 105:9 192:1,3 209:18 224:14 255:9,20

**appointments** 9:18 52:9 54:17

**appreciating** 87:2

**approach** 174:22

**appropriately** 152:10

**approval** 50:5,16 51:1 61:1 136:1 166:5 171:21

**approvals** 61:20

**approve** 48:1

**approved** 58:7 60:20 91:22

**approximately** 8:16 24:7 26:7,15 30:1,2,11 32:21 86:20 89:6 102:11 104:9 255:10

**April** 260:19,21,23

**arbitration** 11:19

**arbitrator** 11:23

**area** 22:10 25:17, 19,20,22 26:21 27:4,14 28:10,14 31:18 87:12 154:3

**areas** 18:13

**arm** 118:13 167:5, 12,14

**arrangements** 205:21 266:22

**arranging** 191:24 267:8

**arrow** 243:12 244:3

**articles** 33:11

**as-needed** 37:11,13 39:22 75:23 263:15,18

**asks** 73:24

**aspect** 155:7

**aspirin** 156:17,18 157:8,10

**assessment** 76:7 198:9 200:6 252:11

**assist** 47:5,7,8,9, 14 52:9 53:4,13,22 105:14 131:11 200:16

**assistance** 43:9 46:12,13 53:5 87:3

**assistant** 24:6 25:8 26:2 27:24 28:11 126:13

**assisted** 53:18 54:5 85:6,8

**assisting** 28:1,4 40:18 50:9,22 52:12 56:7,10 217:20

**Associates** 31:23 32:2,7 33:5

**assume** 7:15 67:20 106:8 108:17

REBECCA EINWOHNER

193:11 208:4 230:4

**assumption** 139:16

**at-site** 256:6

**attend** 21:18

**attention** 195:19 206:20

**Attorney** 21:8

**audibly** 6:22

**audio** 4:17 5:3 44:10,24 64:6 89:14,16 150:12 257:24

**August** 177:11

**authorizations** 54:20

**authorized** 269:15

**availability** 78:23 112:7

**average** 36:13 39:10 68:11

**avoid** 104:14 159:4,11 161:22 162:12

**avoidance** 156:8 157:15 158:19 162:8

**avoiding** 157:1, 11

**aware** 40:6 48:23 70:1,9,20 75:19 83:23 84:8 86:2,6 92:6 174:2 175:2,20 187:1,4,9 199:6

**awkward** 64:8

---

**B**

**Bachelor's** 22:4 23:13

**back** 5:1 23:12

30:17 40:1 45:1 52:20,23 54:3,16 58:23 59:4 60:21 62:21 63:8,10 65:20 68:4 69:23 73:6 79:12,18 80:2 84:21,23 101:10,11, 17 103:24 105:20 118:22,23 120:20 121:10 122:21 124:22 130:6 131:12 132:16 136:5 138:17 145:8 146:7 149:14 150:9, 23 152:6 154:18 155:13,14 156:1 158:21 159:1 168:15 169:6,17 170:22,24 212:12 213:12 214:24 216:17 219:2 221:24 227:6 229:6 239:15 246:3 270:1

**background** 56:24 93:12 131:13

**backup** 59:10 112:20

**bad** 124:15

**badly** 40:11

**bag** 12:13 14:11, 16 123:1 175:7

**Baltimore** 26:3 27:9,18 28:12

**Baron's** 186:8

**base** 184:2

**based** 56:18 57:10 59:7 72:21 76:6 78:23 106:7 168:20 204:18 212:1 216:10,19 217:1 218:8 220:16 228:19 232:18 241:15 242:18 245:2 254:19 256:4

**basic** 55:5

**basically** 15:11 16:4

**basis** 37:11,13 38:19 39:22 69:1 71:16 72:24 75:24 83:17,18,24 175:10

**batches** 74:22

**Bates** 176:23 182:17 185:18 188:17,22 191:10 195:21,24 196:3 202:9 206:16,20 207:19 208:13,24 209:7,22 215:13 219:10,21 220:13, 19 222:14 230:1 235:5 250:19 256:12

**Bay** 25:19,20,22 26:21 27:4,14 28:10,14

**beard** 194:20

**Becky** 185:3 226:23 227:10 228:4,7 229:11 233:20 254:13

**began** 24:24 28:22 29:24 33:6 35:3 93:5

**begin** 6:8 23:16, 19 27:15 29:10 116:6 133:5

**beginning** 34:15 37:19 78:2 131:12 199:3 215:13 230:15

**begins** 140:15 237:21

**begun** 208:12

**believing** 203:5

**belly** 177:16

**belong** 20:14

**benefits** 39:1

**Berkley** 21:22,23

**Bethany** 260:8

**big** 94:16 103:10 104:12 114:13 147:18,23 153:15 183:13

**bigger** 119:13

**bile** 221:14

**bilirubin** 221:13, 15

**bill** 4:9 10:23 15:11 36:4 74:13 82:9 92:22 123:9 133:22 195:22 255:1

**bit** 4:18 6:17 44:9 57:3 59:16 87:19,20 102:7 106:3 115:19 119:14 144:13 146:7 149:14 155:13,14 244:1 264:5,8

**bite** 7:20

**bits** 118:18 132:13

**bladder** 236:22 240:5,6,20 259:9, 14,16

**blank** 21:3,5,10 200:5 218:4

**bleeding** 152:3, 18 225:24 259:15

**block** 4:10 97:14 148:1,2

**blockage** 152:2, 17 154:1 163:15,18, 24 179:21 183:14 203:1,7,11 204:1,3 240:1

**blockages** 174:9,10,14 175:18

**blocked** 148:8

**blood** 50:12 53:12 100:10,11 107:18 115:21,24 117:3 118:7,17 119:7 120:8,9,17,18,22 121:2,3,17,18 122:8,11 123:24

127:10 128:6,11,12 129:13 130:2,8,13, 17,21 131:2,8,9 132:21 134:22 136:17,18 137:7,9, 10,11,16,23 138:11, 19 139:5,13 140:21 141:6,10,15,16 148:9 152:3 168:22 187:3 197:14 198:12,24 201:13, 14,15,16,17 212:9 216:9,12,22 219:15, 18 221:12 222:2 226:3 230:21 231:17 243:9,20,22 244:1,10,16 245:1 246:19 248:20,24 249:3 250:5,6 252:22

**Board** 90:10

**body** 123:1 150:4, 5 154:17 183:18 201:4,16 207:23 221:19 230:14

**bone** 214:22

**bottle** 118:12

**bottom** 132:21 184:3 186:18 188:21 192:7,15 202:1 212:6 214:21 220:12,13 221:22 222:6 226:9,19 235:19,22 237:6,8 238:12 239:1 242:24

**bout** 137:6 193:12

**box** 33:21 243:17 258:5

**boxes** 214:14,17

**break** 7:20 8:1 36:17 37:2 70:22 71:16 92:10,12 96:4,5 110:20,24 111:3,4 113:12 146:4 176:16 205:16 206:5

---

**breakdown** 124:1 221:13

**breaking** 231:5

**Brett** 21:8 271:2

**briefly** 79:24 263:2

**bring** 95:19 113:10 197:5

**brings** 127:3

**broad** 174:5

**broader** 23:2,4

**broken** 118:13 187:21

**brown** 194:20

**burning** 149:6 151:10,21

**busy** 42:5,9,10 97:7

**butcher** 172:23

**Butler** 233:11,12

**C**

**C-Y-S-T-O-S-C-O-P-Y** 169:21

**calcium** 140:12 147:3,12 153:12 199:1,4,6,13 200:10,18,19,22 224:2 230:23 248:10

**calculi** 179:1,2 231:15,21 233:3,6, 7,8 240:17,18

**calculus** 179:3,8, 10 183:13

**calendar** 65:8, 11,14

**California** 21:20, 22 22:3 23:14 24:1, 16 25:10 27:14

**call** 12:15 44:14,16 95:16 99:19,20 104:22 116:23 160:13 175:12 187:6,11 204:9 231:23 249:24 253:14,15,22 254:2

**called** 12:20 31:22 75:8 118:8 166:13 177:22 187:2,3 244:8

**calls** 41:22 42:24 73:23 227:20 253:19,24 254:4

**camp** 52:2

**capability** 126:4

**capacity** 14:9 34:6

**caps** 118:11,12

**cardio** 258:9,15

**cardiomyopathy** 212:8 239:18 249:8

**care** 9:12 27:20 28:13 34:22,23 37:19 38:7 40:19 41:6,8 42:10 46:18 47:5,9 48:23 49:5,6, 10,14,18 50:4 51:7, 16,20,21 62:3,4 65:24 66:2,8 72:21 73:13 85:7,8 87:1,3 100:21 103:19 104:19,24 105:7,10 106:22 108:19 109:22 154:22,23, 24 155:6,7,17,18 156:2,22 158:4,22 160:5,6,10,20 161:17 162:18 264:21 265:5,7,8 268:4,16,24 269:2, 16

**cared** 24:10 27:12 52:3

**caring** 27:15 72:23

**carried** 267:6

**carrying** 266:12

**case** 4:12 8:18,21 11:4,8,16 13:11,14, 17 40:6 63:14 95:11 163:22 166:19 208:10 213:9 226:10,17,23 244:15 249:21 253:10,12 254:13, 22

**cases** 64:14 124:20,21 127:6,15 164:8 166:20 227:21

**cast** 119:5 128:24

**casts** 118:8,13, 14,15 119:2,20 120:14 126:3 128:15 129:8 136:16 137:12 138:12 140:22 141:8 198:24

**CAT** 177:18 212:11 213:23 231:14,21 233:3

**catch** 120:5 200:10,24

**categories** 20:4, 5,8,10 21:14 175:23

**category** 20:15 117:13

**catheterization** 175:13,17

**Catholic** 34:4,11

**Caucasian** 194:19

**caused** 152:19 202:24

**causing** 131:24 163:15,18,24

**CBC** 200:11 225:20,21 234:12, 13 245:11 249:17 250:3,7,8,13,21,22

251:11

**CCING** 227:10

**cell** 129:10 130:21 150:13 198:24 201:16 226:2,4

**cells** 119:8 128:12,14 129:14, 16 130:9,13,17 131:2,9 132:14

**center** 24:6 26:3 27:24 28:11 29:6,20 30:1,8 34:14,19,21 37:18 265:12 270:11

**certification** 82:24 90:12,15,16

**certifications** 88:11 89:23 90:10, 11,22

**cetera** 154:19

**chance** 186:1 189:5 207:10

**change** 61:8 94:23 107:21 115:12 247:16 248:3 255:17

**changed** 51:1 58:13 80:2 114:17 115:13 210:13 229:20

**characterized** 37:14

**charge** 62:1 228:20

**Charities** 34:5, 11

**chart** 14:24 15:2, 24 16:3,7,8 18:12 19:22 53:3,9 56:12 63:6 65:7 68:15 69:10 70:3,7,10,15 94:7,11,12,16 161:4,6 163:8,11 186:6 204:19 216:11,18 221:22 231:1,4 268:8,13,14

**charting** 41:9 57:13 58:1,2 59:3, 17 60:5 67:17

**charts** 56:8,9,16 70:13,18,21 73:18, 20 74:18 99:18 146:12 161:8

**chase** 10:24

**check** 96:3 163:7 249:20 250:15 251:11,12 252:8,19 253:9,10 254:10

**checked** 219:4 246:15 254:21

**checking** 251:9

**checks** 66:7 201:15

**Chicago** 4:10 92:9

**choices** 143:4,5 147:6,15

**choose** 255:24

**chronic** 77:13,15 197:13

**chronicities** 107:10,13,19

**chronological** 24:12 195:19

**circa** 79:11

**circle** 223:24

**circled** 214:13 248:7

**circumstance** 165:22,23 167:9

**circumstances** 125:14 137:15,16 165:14,16 171:4,6

**cities** 25:14,22

**city** 5:18,19 25:11, 17 31:15

**clarification** 11:24 19:24 31:3 51:14 61:5 157:21

159:4 169:7 220:7

**clarifications**
41:11 59:12 68:6

**clarified** 54:16

**clarify** 8:19,24
11:20 18:3 36:1
38:6,14 48:19 50:24
54:1 56:1 64:20
69:7 80:19 100:2
101:9 106:11
111:14 114:18
122:13 134:7
144:12 153:19
154:10,14 165:5
182:10 194:1
209:16 242:16
263:16 267:20

**clarifying** 55:1,
2,13

**clean** 200:10,24
201:4

**clear** 6:18,21
69:22 112:12 124:4
131:18 213:20
215:19 218:10

**cleared** 216:24

**client** 204:22

**clinic** 15:7 18:14
20:6 34:5 52:14,15
58:4,8,9 59:20
63:14 72:4 78:22
81:24 97:5 105:17
108:18 124:24
160:8,9,22 208:19,
21 209:2,4 211:20
222:16 225:13,22
243:1 247:3 264:22
265:4 266:3

**clinical** 28:3
33:11 42:10

**clinics** 59:19 72:4
81:10 87:15 96:11
100:1 115:14
261:24 262:2

**clock** 73:18,20,22
74:5

**close** 24:7 25:18
26:8 104:15

**closely** 217:9

**clots** 120:8,18
121:2,17 122:8,10,
11 128:6 215:19
216:9 232:16

**CM** 240:9

**cognizant** 92:7

**Coke** 92:17

**collect** 131:20

**collected** 124:6
219:1 246:18

**collections**
200:2

**collegial** 48:8
224:7 226:11,17
227:4,16,20 230:6,
11 231:22 233:21
242:11,17 244:16
249:21 253:10,12,
14,17,18,22 254:2,
13,16 256:8 267:4

**collegials** 228:2

**colloquial** 60:13

**color** 124:2,3
126:9 251:3

**column** 212:3
241:10 243:24

**columns** 217:4

**combination**
131:8 136:22
259:10

**comfortable**
5:7

**comment** 190:8

**commenting**
183:20

**committee**
85:21,23 86:1,3

**common** 212:10

**commonly**
144:11

**communicate**
62:16 78:4 96:16
195:15

**communicated**
63:8 70:11 99:15

**communicatin
g** 93:12 195:5

**communicatio
n** 41:9,10 57:12
58:17 62:24 65:22
68:22 80:18,22 81:4
86:16 168:15 190:4

**communicatio
ns** 63:2 66:14
67:18 68:4 78:4

**company** 32:15,
17

**compared** 81:19
82:11

**compatible**
73:9,10

**compelled**
195:13

**compensated**
74:19

**compilation**
135:6

**complaining**
124:17 127:5,18
129:7 139:11

**complains**
120:22 128:5

**complete**
201:14,15 226:3
232:24 248:18
250:5

**completed** 30:5
31:11 58:23

**completion**
58:8,14,15,20 95:24
96:5 261:10

**complex** 45:18
101:22

**complexity**
68:15,18 98:1

**complicated**
98:2 103:1

**component**
146:19

**compound**
26:22 133:8

**computer** 103:3

**concentrated**
123:18 147:5 221:7,
8

**concern** 13:20

**concerns**
112:24 172:20

**concluded**
271:10

**condition**
107:24 155:16

**conditions**
107:17 142:20
210:14

**conduct** 247:8

**conference**
41:22 43:3,7 44:7
45:5

**conferences**
57:6 67:6

**confirming** 17:8

**connect** 167:7

**connection**
95:16

**connections**
103:3

**consideration**
165:24 167:12
168:16,21,23
169:18 170:18
171:6,7,11 173:6
232:1 234:5

**considered**
168:10 169:12
170:1,8 172:24
173:16 180:9

**considers** 86:3

**constellation**
141:12

**constipation**
214:15

**constraints**
229:6

**consult** 267:7

**consultation**
9:22

**consultations**
266:7

**consults** 97:10
231:2

**contact** 59:23
62:3,11 160:6
227:18

**contacted**
254:21 260:1

**contained** 238:5

**contents** 171:24
172:2

**context** 11:22
129:23 131:5
132:15 135:3 136:7
137:8 168:2 200:16

**continuation**
193:9

**continue** 83:17,
24 84:12 85:3 91:23
92:12,14 110:23
113:17 187:23
249:14,22 257:16

**continuing**
81:8,14 261:7

**continuous**
93:20 216:24

**continuously**
35:7

REBECCA EINWOHNER

**contract** 38:13

**contracts** 228:3

**contribute**
142:14,18 143:6
144:11,19

**contributed**
143:21

**control** 160:19,
21 161:2,10,13,19

**conversation**
16:13 62:4 230:10

**conversations**
16:10 17:22

**coordinate**
47:18 50:17 54:12

**coordinated**
59:5

**coordinating**
60:20

**coordination**
41:6,8 46:19 59:11
103:19

**copied** 226:22

**copies** 56:9

**copy** 20:17 176:24
223:3 253:8

**corner** 219:16
235:13

**corporate**
262:20

**correct** 30:4,13
38:10 48:3 67:21
85:12 120:10,11
148:11 150:24
158:2 171:19 172:5,
6,17 180:6 181:18
184:20 187:15
203:5 205:6 214:23
220:19 221:1
222:15 226:11
228:6 232:7 234:12,
20 235:3,4 245:6
247:10 251:12
264:22,23 265:20
268:21

**correction**
49:20 72:6 90:18
95:5 121:5 196:18,
23 228:12

**correctional**
10:3,6,8,11,12 94:5,
10,14 264:20
265:12

**corrections**
93:4,11,13 227:17
265:12 266:8

**correctly** 12:18
95:4,5 149:22
150:12 157:8 166:7
169:20 172:14
212:3 255:12

**corresponden
ce** 62:18 180:14

**corresponds**
222:16

**cortical** 236:20
240:4,16

**counsel** 10:14,17

**count** 201:15
226:3 243:9,20,22
244:1 250:5

**couple** 12:20
13:1 17:7 21:24
22:1 39:23 54:21
62:7 73:1 76:1
78:13 79:13,23 81:8
89:7 115:6,15
117:16 146:11
183:18 187:1
211:11 214:21
230:22 239:7
260:20

**court** 6:9,11,13
12:2 14:8 69:19
170:21 188:24
271:3

**courthouse**
12:12 14:11

**courtroom**
11:22

**cover** 113:4
182:11 183:24
184:16

**Cozaar** 248:23,24
249:13

**creatinine**
200:10 245:15,22
246:21,24 252:9,19

**credential**
85:20,23

**credentialing**
82:23 83:2,3 86:3,
18 91:11,12,15,16,
21,23,24

**criteria** 86:3,8

**crits** 244:3

**cropped** 113:1

**crossed** 188:13

**crystal** 141:23
199:4

**crystallize**
142:5,21 143:1
147:5 154:7

**crystallizing**
199:24

**crystals** 118:9
119:11,12,20
120:14 126:3
128:24 129:2,9
132:13 136:18
137:12 138:13
139:5,14 140:12,21
141:19 199:7,14,23

**CT** 177:10,12,17
178:11 224:3 260:9

**cup** 121:19 122:23

**curious** 132:1

**current** 131:15
212:16,17 213:5,21
228:16 240:23

**custody** 93:10

**cut** 10:24 89:15
207:8 220:14
226:16 254:9

256:21,23 257:1

**cycle** 82:16

**cysto** 169:18
171:7 258:24 259:4,
6,7,8 261:11

**cystoscopy**
168:23 169:18,21,
22 170:1,11 173:14,
23 174:13 175:18
260:9

**cysts** 143:2
145:1,18,22 203:2

---

**D**

---

**D-3** 225:8

**daily** 225:16

**dairy** 147:8
153:12

**dark** 194:19
241:12 251:7

**data** 28:5 121:11

**database** 216:1
219:1

**date** 61:17 93:18
180:23 192:12
197:6 213:24
215:20 219:6,8,11
222:17 242:3
243:18 245:2 246:2
256:8 267:13

**dated** 177:11
193:3,7 196:22
202:15 207:20
213:23 222:8 227:8
235:12,14 243:3
250:18 256:14,15
258:12

**dates** 93:16 98:5
114:5

**Davis** 21:24 23:15
24:16

**day** 16:17 60:2
71:19,22 72:1,12,19
76:6,8 79:4,8,10

94:20 95:7 96:22,23
97:1,2,5,6,16 99:4,
10 102:5 103:10
147:8,11 204:20
208:8,10 209:6
219:13 220:9,10
222:13 250:11
257:22 260:1
270:19

**days** 16:16 36:12
39:11,13,23 73:1
76:2 78:13,17,18
79:13,16,23,24
80:3,4 114:6,10
215:13,18 216:23
221:24 258:3,5
260:21

**DEA** 90:8 91:1,2

**deal** 168:19

**dealing** 73:11
210:24

**Dean** 4:11 15:3
193:13,17,18
194:14 207:22
220:5 241:7 242:9
254:2 257:18
265:20

**Dean's** 15:6
19:22 146:12
194:23 257:11
258:21 261:6

**Deans** 230:3

**December**
192:12 199:10,11,
12,15 206:14 212:7
213:11 218:19
231:18

**decide** 63:11
71:18 85:3 115:17
232:6 255:14

**decides** 84:11

**decision** 61:3
62:11,22 63:3 66:18
67:12 83:17,24
85:24 86:17 164:4

**decisions** 61:21
62:15,17

REBECCA EINWOHNER

**decrease** 147:2, 11

**defendant** 4:2 8:20 11:8,10,16 14:8

**defendants** 8:21

**deferred** 155:18

**defibrillator** 212:7 239:19

**degree** 22:2 23:7, 21 24:3 28:23

**degrees** 23:5

**delay** 99:21

**delays** 4:18 5:2 102:18 103:3

**denied** 89:1,3 258:17

**denies** 258:10

**department** 83:4 91:15 93:4,10, 13 227:17 265:11 266:8

**depend** 97:16,17 106:17 107:7 108:5

**depending** 41:16 47:15,17 51:6 68:14 101:20 105:12 106:14 109:9 111:17,21 115:1,12 129:16 147:15,23 150:2,10 153:15 154:1 165:13 175:4 256:3

**depends** 106:9 109:21 148:24

**depixelating** 33:18

**deposed** 6:5 8:11,13 10:15,18 11:11

**deposit** 119:12

**deposition** 6:2, 18 7:19 8:5,13 12:6

13:7 14:3,5,20,21 16:17 17:23 18:2,5, 9 19:20 177:4,5 188:18 189:19 191:18 195:6 196:5 204:11 205:17 206:23 235:8 256:18 260:16 271:9

**describe** 35:23 149:16 151:8,10,12, 14,18 152:21 203:18

**describes** 116:10,16

**describing** 65:2 128:6 194:18

**description** 116:9 241:1

**desk** 194:3

**detailed** 123:8 126:2 142:1

**details** 165:2 172:8 247:21

**detect** 260:10

**detected** 248:15

**determination** 108:4 112:9 158:22 163:20 164:13 255:17

**determine** 86:4 121:14 128:3 129:20,23 132:3,20 133:14 136:3 140:14

**determined** 255:18

**determining** 106:16 232:12 268:24

**develop** 145:15

**developed** 143:16

**developing** 142:9,14,18 143:7,

22 144:20

**developments** 112:23

**devoted** 239:4,5, 7

**dextrates** 222:3

**diabetes** 204:22, 23 205:1,3,8,10 212:11 213:12,14, 15,16 236:10 239:16

**diabetics** 28:5

**diagnose** 13:21 47:3 116:7 131:18 261:6

**diagnosed** 163:18 164:8 169:1 213:5

**diagnoses** 212:16,18 213:21 249:6

**diagnosing** 47:1 50:22 115:20 133:5

**diagnosis** 13:18 14:1 31:1 47:11,12, 14 50:10,23 55:15 106:7,10,19 107:16 132:3 138:10,15 139:1,13,16,19,23 140:14 141:14 145:6 146:13 151:7 164:14 179:15 181:22 212:21 222:21 223:19 240:24

**diagnostic** 47:16 50:11 54:6 59:13 60:10,12 100:17 101:12 116:17 125:21 131:6,16 132:19 163:23 244:18 258:21 261:10

**diagnostics** 112:4,21 266:17

**dialysis** 167:1,7, 14,18,20 168:4

**Diet** 92:17

**dietary** 143:4,5,6, 10,17,21 144:2,7 147:1,11,12 153:11 175:24

**difference** 92:8 122:13

**differently** 5:15

**difficulties** 78:6 80:23 81:13,14,15

**dilute** 123:18

**Dina** 77:5,7,9,11

**dip** 122:21 123:14, 16 124:5,9,19 125:1,14,15 126:7, 10,18 127:6,13,14, 16 140:3 231:6,10

**dipstick** 122:14

**direct** 76:23 206:16,20

**directly** 49:14 51:5 105:15

**director** 51:20 77:14,16 158:5 233:15,16,22

**directors** 154:24 262:19

**disappeared** 33:22

**discharge** 215:9

**disconnect** 96:15

**discretion** 164:15 166:1 168:19 171:13 174:21 175:11

**discuss** 16:20 224:7 231:24

**discussed** 6:17 113:23 193:9 205:4 226:23,24 254:12

**discusses** 187:13

**discussing** 37:8 93:8 245:11

**discussion** 11:3 230:11

**disease** 31:23 32:3,8 33:6 77:13, 15 101:13,22 108:6 143:3 145:3,4,23 158:24 159:2,7,9 166:23 167:1 176:3 205:3,4,8

**diseases** 50:4 135:2 143:2 144:10, 17,18 145:18,21 147:15 161:21 162:2 205:11 247:5

**dismissed** 12:10,24

**disorders** 158:24

**disruptions** 103:6

**distearate** 221:20

**distinction** 11:13

**divided** 203:19

**Dividing** 18:12

**DM** 212:11

**doc** 268:10

**doctor** 9:15 23:8 24:3 28:22 46:4 51:7,20,22 52:20,24 60:3,24 62:3,4 65:13 66:2 76:18 96:17 97:22 100:21 101:1 105:15,17,19, 23 106:23 109:22 112:3 155:1,6,19 158:22 160:5,7,10 162:18 183:1 232:10 262:7 263:5 265:5,7 268:3

**doctors** 47:5,9, 23 48:5 50:15 52:18 66:8 67:6 68:23 87:1 96:19 106:2 154:23,24 156:22 160:20 161:17 265:8 268:16,22,24 269:2,6

**document** 18:16 177:1,8,20 178:2,4 180:6,9,10 182:3,21 183:5 185:19 186:1, 5,6,11 188:9 189:23 190:17 191:13,22 193:2 196:9,15 197:8 202:12,17,20 203:6 204:9,14 213:19 220:16 242:4 256:10 257:10 265:16,23 266:11

**documents** 14:20,23 15:5,18 16:21,24 17:2 18:1, 17 19:21 20:4,7,8, 10,14,24 68:16,20 82:19 104:5 146:6 183:1 193:11 206:15 235:16 257:4 266:2

**door** 113:9

**Doubt** 183:21 184:12

**downsized** 32:9

**drafting** 262:4

**drag** 92:9

**draw** 214:17

**drawn** 214:14 215:10

**dribbling** 215:2

**drink** 147:10,11

**drinking** 143:13 147:7

**dripping** 215:2

**driving** 72:16

**Drug** 91:3,4

**drugs** 157:19

**due** 4:18 89:8 260:19,21,23

**duly** 4:3

**duties** 42:11

**duty** 12:10,21

**dye** 259:11

**dyes** 259:17

**E**

**e-consults** 42:24 97:10

**E-I-N-W-O-H-N-E-R** 5:13

**E-MAIL** 62:19,21 65:6 181:13 188:23 207:23 208:6,12 209:5 227:8 229:24 230:1,8,14 233:4,19 251:18

**E-MAILED** 253:8

**E-MAILING** 58:12 184:14

**E-MAILS** 15:8

**e-transcript** 271:5

**earlier** 28:21 61:7 71:15 77:21 102:8 172:13 205:5 264:19 265:17

**early** 37:20

**earn** 22:2,9 23:10, 13

**earned** 23:6

**easily** 217:24

**easy** 81:9 150:16 264:6 270:20

**eat** 7:20

**eating** 143:13

**editing** 32:23 33:3

**educated** 53:19

**education** 21:17

**effect** 6:12 156:9

**efficiency** 81:18 82:5,13

**efficiently** 99:23

**Einwohner** 4:2, 7 5:12,16,17 6:3 11:7 15:15 37:1 40:11 42:16 68:24 69:21 71:5 75:3 76:12,23 93:2 110:13 113:8 146:11 160:1 176:23 177:1,9 182:24 184:20 185:18,24 189:4,12, 22 191:14,21 194:13 196:8 207:2 227:9 251:18 268:1 270:18

**either/or** 167:17

**elder** 24:10

**elderly** 27:12 28:13

**else's** 201:20 202:2

**emergency** 195:12

**employ** 51:10 83:18,24 84:12

**employed** 5:21 35:8 48:5,18 49:21 83:19 87:11

**employer** 39:9

**employers** 38:11

**employing** 85:3

**employment** 35:24 37:8,14,17,23 38:3,12,15 39:6

40:16 93:5,21

**employs** 49:22

**encounter** 209:2

**end** 29:13 34:15 37:24 44:14 56:2 58:3 180:10 268:21

**endocrinology** 28:4

**Enforcement** 91:3,5

**English** 198:10 230:18

**entail** 77:20 83:2

**entitled** 223:12

**entity** 91:18 92:1

**entrance** 24:9 26:15,16 28:16

**episode** 138:7

**episodes** 117:2

**equal** 224:18

**equates** 141:13

**equipment** 53:16 96:7 102:18 260:2

**ESWL** 186:18,19 188:2 190:9,11,15, 20,23

**evaluate** 80:8 127:10 166:4 172:4 224:5

**evaluated** 224:11

**evaluates** 232:11

**evaluating** 166:1,4

**evaluation** 82:15,16 85:11,12, 14 101:18 112:2,4 113:7 116:19 145:12 146:17 147:14 154:5 164:1,

24 165:2,8,10,15, 18,20 166:8,17 168:18,20 169:2,5, 10 170:2,8,17 171:18,23 172:10, 17 173:1,9,17,23 176:9 198:11 223:21 224:7 232:2, 3,4 235:3 257:15

**evaluations** 42:2 47:11 82:20 84:7,9 85:2 113:6 256:6,7

**evening** 92:14

**event** 59:9 131:20

**evidence** 132:6 142:4 203:8

**exact** 61:16 93:16,18

**exam** 24:8 26:14 28:16 32:13,14,18, 20 33:1,7 34:2

**examination** 4:5 46:13 53:11,14, 18 100:15 101:6 111:23 178:1 217:7, 11,13,14 218:3 263:3 267:22

**examined** 4:4

**examples** 156:14

**exception** 89:7

**excesses** 143:14,15

**exclusively** 40:9 245:5

**excretion** 144:22,23 145:2,7, 17

**excuse** 33:17 35:12,14 36:14 63:23 77:11 93:7 104:20 112:15 139:9 179:9 181:5 195:2 205:13

REBECCA EINWOHNER

**excused** 96:9

**Exhibit** 177:4,5 188:17,18 189:18, 19 190:18,19,22 191:17,18 193:2,6 196:4,5 201:24 204:10,11,15 206:22,23 207:20 208:1 225:4 227:7 230:1 235:7,8 236:3 250:19 256:17,18 260:15,16 261:2 265:11

**Exhibits** 192:22 193:1

**exist** 31:21 50:18

**existing** 72:24 117:22 176:2

**expect** 102:23

**expectation** 70:14,16 75:22

**expectations** 69:9

**expected** 72:9, 10 112:17

**experience** 99:10

**experienced** 257:22

**experiencing** 216:16 241:7 257:18

**explain** 55:4 107:14 230:16

**explaining** 53:24

**explore** 230:13

**exploring** 257:16

**expressing** 172:20

**extended** 39:14

**extent** 173:9

**external** 164:9

**extracorporeal** 153:24 164:9,11 166:9 168:9 172:15, 19 186:20 192:4,20 239:17

**eye** 194:15

**eyes** 122:11

---

**F**

**face-to-face** 57:18

**facilities** 94:1 264:20

**facility** 10:4,6,8, 11,12 94:5,10,14 104:20 114:21 158:5 187:5,8,11 264:23

**fact** 40:6 191:5 242:24

**factor** 142:8 204:23 205:3,5,10

**factors** 142:6,13, 17 143:6,17,21 144:2,3,7,15 145:14

**fail** 43:10

**failed** 43:17,21 44:2,24 45:7 96:8

**fails** 43:11 44:9,13

**faint** 249:18 251:3

**fair** 42:8 104:8 106:8 142:10 175:12 193:10 208:4 233:18

**fall** 89:7

**familiar** 15:15 85:13 221:15 235:16

**familiarizing** 77:22

**family** 238:10,23 239:21

**farther** 219:2 245:21 247:11,20 252:3

**fast** 110:16

**faster** 102:17

**fatiguing** 270:20

**fats** 28:5

**fault** 40:12 124:15

**fax** 182:10 183:24 184:16 202:5

**faxing** 58:13

**feasible** 135:13

**February** 235:12,14 236:13 237:15 240:15 242:13 251:17 253:7 254:10,11,14, 16,20 255:22

**federally** 34:13, 17,18,19,20 37:18

**feed** 95:2

**feedback** 80:12, 15,17,21,22 81:3,18 82:4,8 87:4

**feeling** 137:17

**fellow** 30:8

**fellowship** 30:9, 14,22 31:11

**fellowships** 31:4,7

**ferritin** 219:7,10 220:21

**FH** 238:24

**fickle** 4:14

**field** 155:1

**figure** 134:12 136:13 150:16

**file** 14:15 68:12 266:3

**filed** 65:7

**files** 68:7

**fill** 113:11

**filled** 58:22

**final** 193:4

**find** 100:3 117:24 135:12,13,23 137:8, 11,21 252:14

**finding** 146:2 180:15 198:19 256:5

**findings** 178:6,7, 11

**fine** 9:8 19:15 21:11 37:1 70:24 72:15 173:4 197:4 223:9

**finish** 7:3,4 83:14

**finished** 34:10 64:1 186:3 209:5

**firm** 10:20,24

**fitted** 78:12

**five-hour** 97:14

**five-minute** 205:16

**fixed** 59:6

**flags** 134:24

**flexibility** 263:10

**flight** 92:14

**flip** 181:5 219:19

**flow** 148:2,8 152:2,18 175:7 236:14,17,18 240:2

**fluid** 123:1 153:11 175:24

**fluids** 143:4 147:7 259:17

**flushing** 259:17

**focus** 35:18 46:7, 8 155:12,23 158:10

**focused** 23:2 41:5

**follow** 8:4 41:11, 17 45:2 46:18 55:23 57:9 59:17 63:9,12, 17 64:10,16,18,23 65:8,11,12,13,14,20 66:6,10,12,15,21 67:2,4,10 104:24 111:10,16,20 112:15 158:12 186:13,18 245:12, 14,17 246:21 249:17 250:3,5,10, 21,22 254:10 258:24 261:8 263:1

**follow-up** 41:21 45:17 46:21,23 64:15 67:3 68:12 69:6,10 70:4 73:16 96:15 97:22 101:17 102:8 104:18 105:7 106:4,9,17,24 107:2 108:2,5,10,15 109:2,5,13,18 110:5 111:7 112:3 182:7 183:21 184:12,23 187:6,23 209:10,12, 14,15,21 211:5 250:8,12 267:20

**follow-ups** 81:23 97:10 103:8 106:6

**food** 143:5,14 147:1,6,15 221:19

**foods** 143:15 153:13

**forgot** 135:4

**form** 67:19 133:8 165:4 200:6 232:24 269:6

**formal** 82:15,16 84:7,8 85:2,11,12, 13

**format** 95:22 101:4,18

**formers** 144:8

REBECCA EINWOHNER

**forming** 143:18
144:4,5,11,16

**forms** 58:22
82:12 116:1 205:10
262:21

**formulary**
234:13,23 269:14
270:3

**forward** 101:23
102:15 128:3

**found** 154:5
155:16 215:24

**foundation**
69:13 83:21 84:15
139:16 174:19

**Fragmentation**
187:20

**frame** 16:15 63:20
70:2 73:9 78:13
106:13 115:8

**Francisco** 25:20

**free** 34:5 104:23

**frequency**
111:16,19 114:24
116:2

**frequently**
161:22 242:4

**freshen** 201:2

**front** 12:3 20:18,
24 44:13 185:19
243:4 268:21

**full** 37:15 215:16
255:21

**full-on** 125:23
127:13 231:19

**full-time** 35:11

**function** 210:19

**functions** 150:4

**fundamental**
62:14

**furlough** 191:24

**Furmanski** 21:8
271:4

**future** 167:2
209:15

**G**

**gaining** 53:23

**Garcia** 185:7,8

**gathering** 47:10
50:11 52:22 54:13

**Gauen** 185:8

**gave** 81:7

**general** 13:11,14
21:9 46:8,11 53:12
56:5 63:5 118:9
122:20 125:22
127:19 137:19,22
157:22 161:12,16,
24 166:21 167:22
171:13 178:17
188:2,14 190:24
253:19 260:2

**generally** 13:8
43:8,16,20 44:8,11,
16,18,23 56:2 93:12
96:18 98:3,7,14,19
102:14 121:9,21
126:6 141:13 161:8
163:2,5 178:12
210:3 211:10
218:24 241:22
254:4,5

**generously**
113:10

**genital** 149:11
259:16

**genitals** 149:13
150:23

**germs** 129:3

**give** 9:3 11:3
25:13,16 53:12
72:11 79:2,6 80:17
81:3 82:4,8 98:21
99:2 100:11,13
110:24 156:14

183:10 205:9
249:22

**giving** 57:15

**glad** 110:18

**glucose** 221:12,
20

**goals** 79:2,6

**good** 4:7,8 37:6
86:24 89:14 110:18
218:6 232:23 243:6
248:22

**grab** 92:16

**graduated** 21:23
23:15,23 28:23

**graduation**
24:1,15 29:11

**gram** 246:11,17

**grandparent**
24:10 27:12,16,21
28:14

**gravity** 222:1

**greatest** 150:13

**Greg's** 202:15

**gross** 116:9,16
120:7,8,12 124:17
127:5,18 128:5
129:7 134:8

**ground** 6:7,8

**group** 28:3
161:20 162:1

**grouping** 121:14

**grow** 199:24

**growing** 144:24

**growth** 203:16

**guess** 20:3 83:16
84:10 95:10 115:19
116:12 130:4
131:17

**guide** 123:22
130:11 132:17

**guided** 53:18
78:11

**guideline** 70:3

**guidelines** 69:3
72:12

**H**

**hair** 194:20

**half** 102:12 103:7
104:6 217:6,7

**hand** 53:3 56:8
174:23

**handing** 260:6

**hands-on** 86:13

**handwriting**
184:4,9,20 194:2
201:19 202:3

**handwritten**
18:21 198:15,16
215:12 216:5
220:11

**happen** 43:12
95:11,12 96:7
102:3,19 221:18
242:19 243:8

**happened** 43:19
44:22 45:6 95:20
96:6,8,10 101:8
102:3 106:20 117:9
137:9 187:18
204:20 233:2,5,7
242:14,16

**happening**
57:5,20 113:14

**hard** 55:9 215:7
223:3 243:23

**head** 6:23 33:22
89:19

**header** 209:23,24

**health** 33:12
34:13,16,19,21,22,
23 35:4 37:18,19,21
38:7 39:2,3,6,8

65:24 112:24
137:19,22

**healthcare**
266:21

**hear** 17:19 44:17
63:8 83:10 153:19
238:16,17

**heard** 5:2,5,14
63:10 65:20 148:13
149:4 150:12 157:7
163:4 267:24

**hearing** 55:9
71:14 169:20 264:5

**held** 28:19 34:3
38:2

**helped** 54:3

**helping** 47:6
270:22

**hematocrit**
244:8

**hematuria**
107:3,9,18 108:11,
12,15 109:3,19
110:1 111:13
115:20 116:5,10,11,
17 120:7,8,12
124:17 127:5,18
128:5 129:7,15
130:10,14,19 131:3,
10,19,22 132:4
133:6,15 134:8,13,
16,17 136:4,15
137:6 139:12
173:24 177:22
178:3 187:2,3,10
193:23 194:6
197:14,21 198:4,6,
23 212:10,21 213:1,
20 214:16 215:11,
18 216:12 222:21
223:19,24 224:6,8
226:6 230:5,16,21
232:16,17 239:16
240:23 241:8,11
245:15,19,24
246:12,22 247:9,10,
16,17,21 248:7,12
252:9,12,20 253:2

REBECCA EINWOHNER

November 20, 2018

Index: hemoglobulin..informations

257:11,17,19 258:3,
4,21 259:3 261:6

**hemoglobulin**
243:16 244:2,10
245:3

**hepatitis** 48:23
49:14 50:20 242:2

**hernia** 215:4

**hiding** 20:23

**high** 129:5 143:13,
14 144:22

**higher** 75:14,16
79:20,24 132:8
142:20 244:5
259:18

**hire** 14:14

**historical**
132:10

**histories** 100:6

**history** 46:6,8,11
53:2,4 55:19 100:4,
20 101:5 116:20,22,
23 117:4,9,10,17
118:1 130:24 131:5,
13 132:16,17
134:15,18,19,20
135:24 136:8,20
137:3,5,19,22 139:4
140:5,15 143:3
144:5 177:22 178:2
193:16,23 194:7
197:15,23 198:7,13
211:1,7,13 224:1,2
230:4 232:11
238:11,23,24
239:21 242:1 248:8,
9,12,14 257:14
259:2

**HO** 230:3

**hold** 33:4 114:21
118:17

**holiday** 76:3

**hope** 125:11

**Hopkins** 24:6
26:2 27:19,24 28:11

**hormones**
201:13

**hospital** 86:14
104:19 188:7,8,11

**hour** 39:23 72:12
73:4 79:23 104:6
248:10

**hourly** 69:1 71:16

**hours** 36:2 38:17,
21,22 40:1,2,8 41:1,
2 57:16 69:4 71:18,
24 72:17,20 73:12
74:7,21 75:6,8,10,
13,21 79:7,16 81:19
82:9,10 102:12
103:7 263:5,6,15,
18,24

**humans** 23:2

**hundred** 68:16

**hurt** 216:23

**hydro** 236:13,17,
18 239:24 248:13

**hydronephrosi
s** 203:9 204:4,5

**hypertension**
31:24 32:3,8 33:6
212:8 236:10
239:18

**hypothetical**
114:14 134:2,6
136:24 150:10
167:24

**hypothetically**
139:7,10 141:11
150:4 151:3

---

**I**

---

**IBP** 258:24

**ibuprofen**
156:16 157:8,12

**ibuprofens**
156:20

**ideal** 4:14

**identical** 56:8

**identification**
177:6 188:19
189:20 191:19
196:6 204:12
206:24 235:9
256:19 260:17

**identifications**
20:14 45:23

**identified**
146:18 176:22
193:3 203:4 209:8
217:24

**identify** 183:12
194:17

**identifying**
45:23 100:2 101:4
180:22

**IDOC** 93:13,20,24
227:21,24

**ignorance** 90:13

**Illinois** 10:13
88:14,16,23 89:5
93:3,10,13 98:9
227:17 229:22
265:11 266:17

**illnesses** 138:4

**illustrate** 114:15

**image** 19:4

**imaged** 178:19

**imagine** 20:6
56:13 93:16 98:2

**imaging** 15:7
18:13 20:5 47:17
50:12 62:6 117:20,
22,23 118:3 132:9
135:7,14,19,21,24
140:6 141:23
170:12 177:14
242:20 244:21
259:10 261:9,11

**immediately**
74:10 89:9

**important** 6:16,
21 116:6,17 117:4
129:11 132:2 136:3
140:1,2

**imposed** 91:24

**imposing** 92:3

**impression**
179:7 183:10
247:19

**impressions**
194:22

**improve** 87:12

**inactive** 90:1,3

**incarcerated**
51:24 94:6

**inches** 202:2

**Incidentally**
249:5

**include** 56:12
112:12 115:2,3
126:1 128:17
132:19 147:7 165:2,
10 172:1,8 212:17
247:5

**included** 53:8,9
144:21,24 145:5,16
154:16 168:8
169:11

**includes** 127:16
140:16 152:17

**including** 72:23
100:4 109:14
111:22 112:3 115:1
117:1,2 134:20
143:4 145:18
153:11 154:18
187:1 196:19 249:3
256:7

**inclusive** 212:19

**incoming**
111:22

**incomplete**
60:17 215:9

**increase** 143:18
144:3,16

**increased** 75:11
143:7,21 144:19
153:11 204:23
205:2 248:10

**index** 18:15,20
19:21 20:1,3,6,17

**Indiana** 90:2

**indicating**
196:11 201:20
202:10 206:8
207:15

**indication** 63:17
224:17 241:6
242:12

**individual** 10:7
164:13 201:2 247:3
266:20

**individuals**
51:24

**indulging**
110:16

**infection** 123:22,
23 221:17,21

**infectious** 48:23
49:6,10 50:4

**influencing**
268:20

**info** 15:12

**information**
12:24 45:24 46:14
47:10 50:11 52:22,
23 53:3,6,10,12,22,
23 56:18,20,22 57:1
59:24 66:14,18
100:2 101:4 126:1,
24 129:22,23
131:21 132:11,18,
24 133:2,12,13,18
134:2,9 140:16
180:23 225:21
231:12 238:4
241:20

**informations**
54:14

REBECCA EINWOHNER

**inhouse** 51:10

**initial** 46:5 53:1 55:22,23 56:14,17 106:4 116:19,20,22 117:6 125:15 127:8 128:19 131:19 140:4 196:16 209:17 226:17 266:1

**initialled** 265:23

**initially** 261:22

**initials** 81:23 186:9,10 192:6,14 202:14 266:10

**inmate** 251:6 266:16 267:6

**inmates** 93:3

**inpatient** 231:15

**inserted** 175:6

**inserting** 259:13

**instances** 13:4

**instructed** 78:22

**instructions** 17:4 79:11

**insurance** 39:2, 4,7,8

**intact** 95:2

**intake** 153:12 175:24 242:1 262:21

**interactions** 93:20

**intercurrent** 138:4

**interested** 128:8

**interim** 244:14

**interject** 101:8

**intermittent** 179:4,12 181:24 183:15 197:16,18, 21 198:12 215:19 230:15,20

**internal** 16:11, 13,21 17:6 29:9 30:14,19 90:15 91:13,14 92:4 212:9

**international** 225:16,17

**internship** 29:3, 4,8,13,15,16,22

**interpret** 131:15 183:2 188:3 218:13

**interpretation** 130:22 179:20

**interrupt** 164:18 236:23

**interruption** 205:24

**interval** 100:4,6 107:2 108:1,10 109:1,13 110:5 111:5,9 112:18 113:2 211:1,13 256:1

**intervals** 106:6,9

**intervention** 165:4

**interventions** 166:16 175:19

**intravenous** 259:8

**invasive** 167:13

**investigation** 230:6,12

**involve** 13:23 46:21 47:1 259:12

**involved** 52:21 54:2 78:20 106:8 147:19 155:6,8,10, 21 158:7,9 159:16 160:21 228:17 229:22 266:23 267:1,8

**involvement** 266:5,6,11 267:5

**ipad** 223:5

**issue** 59:17 82:2 89:8 99:21 100:18 160:13,14 248:7

**issues** 40:20 45:15 46:5 78:7 81:12 87:9 103:1 145:5 158:19 160:12 224:1 232:1 267:11

**IU** 225:9

**IVP** 259:4,6,7 260:9 261:11

**J**

**January** 207:21 226:18,19,22 227:8 242:9 243:3 247:17

**Jenner** 4:10

**Jersey** 23:11,17, 20 24:3

**job** 24:18 32:5 33:23 34:3 35:4 46:24 47:2 67:16 82:21 86:24 87:13

**jobs** 28:18 33:4

**Joe** 42:13 123:12 146:5 150:16 187:7 235:21 247:23 260:6 262:24 264:6 267:21

**Johns** 24:6 26:2 27:19,24 28:11 188:14

**jotted** 211:19,21

**judge** 11:23 12:3

**July** 212:10 231:14 233:3

**June** 29:13,23 30:2,3,11,12 202:19

**jurors** 12:12,23

**jury** 12:10,21

**justify** 76:14

**K**

**Kalyn** 185:3

**keeping** 81:12 161:8

**Kent** 4:11 15:3

**ketones** 221:18

**kidney** 31:1,23 32:3,8 33:5,13 46:4, 10 134:22 135:2 136:23 137:5 138:10,15,20 139:1, 8,13,23 140:7 141:8,14 142:7,9, 14,18 143:2,3,7 144:4,5,10,11,16, 17,19,20 145:5,10, 15,16,18,22 146:13, 16,24 148:3,5,10, 15,17 149:7,12,17, 20 150:5,20 151:7, 17,22 152:9,12,15 153:18 154:13,16, 21 155:3,17 157:20 158:1,15,18,24 159:2,7,9,13,17,21 160:1,17,23 161:3, 11,19,21 162:2 163:15,17,24 164:8, 14,20,21,22,23 166:23 167:1,19,20, 23 168:3,6,12 169:1,9 170:2,9 174:3,6,10,11,17 175:3,20 176:2,7 178:24 179:6,14,18, 23 181:23 187:3 190:9 193:12,23 194:7 197:15,23 198:3,4,6,13 202:18,23,24 203:1, 2,9,19,22 204:24 205:2,3,4,5,8,9,11 210:19 212:14,21 233:8 236:12,17,18, 21 237:8,18,22 238:13 239:5,22 240:4,9,10 242:21,

22 244:23 247:1,2, 3,5 257:14

**kidneys** 31:9 47:4 50:10,23 130:3 132:8 143:2 145:1 146:1,2 156:9 202:22 236:13

**kind** 8:18 14:12 22:23 52:10 80:15, 24 88:7 104:14 118:16 119:3,6 120:1,12 123:1 125:23 129:6 148:20 149:2,3 151:6 172:3 173:4 226:21 243:17

**kinds** 80:20 107:6 117:14 118:6 124:7 128:14 142:19 159:7 161:21 166:24 178:16 217:5 218:8 270:9

**kit** 125:21

**knew** 267:12,13

**knowing** 90:13

**knowledge** 48:17 85:23

**L**

**L-E-H-M-A-N** 262:10,14

**L-E-M-A-N** 262:12

**lab** 47:16 51:6 66:7 127:13 128:1 164:21 216:1 219:1, 5 222:10 225:19 231:20 232:23,24 243:2 244:19 246:3 250:6 254:10,21 265:3 268:1 269:24 270:9

**labeled** 217:3

**laboratory** 119:23 123:7 124:9

REBECCA EINWOHNER

125:20,24 126:22,
23 127:17,23
128:23 129:1
220:11 243:11

**labs** 65:9,12 66:5
67:24 68:2,3 100:16
101:10 196:19
197:2 200:17
211:22 215:24
217:3,5,6,11
218:18,22 220:15,
17 265:6,9 268:2,7,
10,12,15,16,23
270:7,8

**lapse** 72:18

**lapsed** 89:4,12

**lapses** 89:17

**large** 25:17 96:2
222:2

**lasted** 30:2

**late** 29:12 37:20

**lawsuit** 14:15

**lawyer** 14:14
16:10

**layer** 119:14

**lead** 107:18
138:10

**learn** 128:9

**leave** 32:7 52:1
72:6,7 92:11 94:24
100:7 103:11

**left** 33:5 44:10
96:13 165:24
168:18 178:24
179:13 218:17
219:16 236:17
239:23 240:5,12
241:10 243:12,17,
24 255:2

**left-hand** 212:3
215:12 224:10
236:16 248:19
258:6

**legal** 14:12

**Lehman** 262:5,8,
9,12,16,18

**length** 240:11

**lengths** 90:21

**letters** 245:23

**letting** 142:4
154:6

**level** 201:14
243:17 246:16
252:23 256:6

**levels** 68:18

**license** 76:19,21
88:3,4,7,9,16,17,20
89:2,5,11,17 91:4,6,
8

**licensed** 87:24
88:13 89:4

**licenses** 90:1,7

**licensure** 83:6
86:6,15 87:21

**licensures**
88:11,12

**life** 140:17

**likelihood** 144:3
147:2 204:24

**likes** 185:6

**Likewise** 110:21
271:1

**limit** 262:23

**limited** 90:5
123:7 126:2 128:21
218:4 259:23

**lines** 217:3 218:5
226:2,4 237:5,7
239:4,5,7

**liquid** 120:9
121:18 122:11

**list** 20:4,7,9,12,13
21:14 25:13 152:16
209:23,24 210:5,21,
22 211:4,16 212:1,
4,15,17 213:4
214:3,4,8 225:12

236:6 237:3 238:10,
22 239:13,14
240:23 241:3 249:7

**listed** 67:9 212:5
213:3 236:5

**listened** 12:23

**listing** 212:20
213:1,2

**lithiasis** 212:10,
13,21 213:1,20,22
230:5 239:16 248:7,
8 259:3

**lithotripsy**
153:23 166:13
172:24 173:2,15,19
174:13 175:16
185:16 186:14,21
187:14 192:5,20
224:2 231:3,4
248:14

**lived** 27:8

**liver** 124:1 221:14

**living** 22:16,19
27:3

**located** 31:16
215:24 219:6
227:24 228:10

**location** 94:13,
23 95:8 150:2,10

**lock** 270:11

**Lockdowns**
96:8

**logistically**
102:17

**logistics** 16:15
77:24 103:18

**long** 29:15 30:9
32:1 45:12 52:19
68:11 76:5,12 88:19
107:21 108:6
116:21 176:17
262:5 270:19

**longer** 27:19
45:19 51:10 80:3
96:20 102:2,10

103:2 245:19
252:22

**looked** 192:18,23
204:18 236:9
244:23

**losing** 270:10

**lot** 42:17 147:7
162:2 214:8

**lots** 116:3 142:5

**loudly** 5:4

**low** 153:20 212:11
239:15 249:14

**lower** 147:8
149:10 150:9,22
154:18 177:16
259:15

**lump** 203:15

**lunch** 92:11
110:16

—————

**M**

**M.D.** 23:8,10,20
88:9

**machine** 167:8

**Madam** 69:19
170:21

**made** 19:19,20
20:12 49:18 50:19
59:10 60:1 63:3
83:19 84:1 139:17,
19,23 161:1 163:21
168:8 169:24 199:6
234:17 254:17
262:21 266:22

**main** 157:10
227:18 262:19

**majority** 41:4

**majors** 22:6

**make** 6:20 7:8,16
17:15 18:15,20,24
19:23 20:9 29:21
30:17 42:7 43:22
44:14,18 47:10,12,

22 48:4 54:23 57:22
60:8,23 61:22 62:9,
20 66:22 74:17 82:2
89:20 92:15 99:22
100:19 102:17
112:11 125:13
150:11,19 157:7,14,
18 164:2,7 166:6
167:14 168:6 169:1
171:17,22 184:22
197:10 199:18
207:4,11 212:1
234:4 238:1 239:2
252:15,17,21
269:10,17,21

**make-up** 76:2

**makes** 62:15
117:12 192:11

**making** 21:13
47:14 81:8 157:24
168:5 205:21
259:20 267:3

**male** 194:19
259:12

**man's** 175:6

**managed** 156:22

**management**
15:9 16:12,14,21
17:6 47:18 48:2
50:17 54:20 58:18,
19 61:1,3 77:14,15
154:7,9,11,12,20,22
155:2,8,10,21
156:3,7 157:17,20
158:3,6,9,14,16
159:20 161:16
162:4,11,14,24
164:3 176:5 185:1,
10 190:5 193:7
227:5,15 228:8

**March** 197:2
255:5,7,22 256:12
257:7,12 260:21
261:3

**mark** 177:3
188:17 189:17
191:16 196:3
206:21 230:6,7

REBECCA EINWOHNER

256:16

**marked** 176:23 177:6 188:19 189:20 191:19 195:21 196:6 204:12 206:24 224:13 227:7 235:6, 9 250:18 256:19 260:14,17

**marker** 164:21 221:17,20

**markers** 100:17 123:23 126:12,14, 19 128:7 129:18 132:6 135:6 136:2, 22 138:9,18,24 139:12 140:1 141:12

**Maryland** 90:4

**mass** 203:2,14, 15,22 236:14,17,18 240:1,19 248:14

**masses** 179:6, 14,23 180:3

**Master** 32:18,20 33:1,7 34:2

**math** 255:1

**matter** 13:9 253:19

**Matthew** 10:19

**maximum** 38:22,23 70:17,20 75:21

**MCAT** 26:22,24 27:5,8 28:16

**meaning** 197:16 201:2

**means** 31:8 91:21 107:16 167:7 187:21 197:13 198:10 230:4,18 243:15 246:14 250:22 251:22 264:17

**meant** 20:4 152:2 159:3 268:5

**measure** 240:9, 11 245:17

**meaty** 203:20,22

**media** 43:5

**medical** 9:4,10, 22 13:16,18,24 15:2 18:17 19:22 23:7,8, 11,17,20 24:3,4,6,8 26:3,14,16 27:24 28:11,15,22 29:5, 12,20 30:1,7 46:8,9 51:19 54:4,18 101:5 107:17,23 116:24 134:19,21 138:6 140:18 142:19,23, 24 154:7,24 155:1 158:5 183:2 192:1,3 210:23 211:7,17 226:24 227:21 233:12,14,16,22 238:11,24 239:21 247:4 262:19 264:21,24 266:7 268:14

**medication** 156:15 157:3 159:12,17 160:19 161:2 210:4,18 213:14,17 225:8,12 249:1

**medications** 53:8 91:9 100:8 101:5 138:6 140:19 156:8 157:16 159:20 162:10,11, 15,23 209:23 210:7, 10,15 225:5

**medicine** 29:8,9 30:15,19,21 86:12 90:15,19

**medicines** 156:10

**meds** 156:21 163:3

**Medullary** 146:1

**meet** 9:21 40:21 79:13 91:16

**meeting** 12:16 40:9 41:3 45:12 57:4

**meetings** 52:10

**mellitus** 212:11

**member** 66:11

**mention** 112:7 129:8 135:4 179:5, 13,24 240:18,19 267:10

**mentioned** 8:10 14:10 16:4 19:20 20:5 26:13 27:11 37:17 39:10 46:22 54:24 56:6 57:11, 12,24 60:10 66:9 87:14 90:24 91:11 111:8 112:11 113:22,24 118:5 138:11,12,13 152:8 157:13 162:6 174:12,13,14 179:22 197:8 198:14 225:23 236:8

**met** 10:1 40:23 52:5

**metabolic** 154:5 176:9

**metabolizing** 221:19

**metrics** 82:5

**metro** 25:17 31:18

**micro** 231:11 232:19,21 234:20 242:10

**microscope** 121:22 122:4,7 129:1

**microscopic** 116:11 122:14 252:23

**microscopy** 251:17

**mid** 64:2

**middle** 220:19,22 231:16 237:13

**milk** 147:10

**milligram** 246:11

**milligrams** 225:17 246:17

**mind's** 194:15

**mine** 186:10 222:1

**mineral** 119:12 200:1,21

**minerals** 124:11, 12 140:11 142:5 144:22 145:2,7,17 154:6

**minimum** 38:16, 17,18,20,21 70:7, 12,15 103:11

**minor** 22:9

**minute** 12:6 92:18

**minutes** 45:17 69:4 71:1 92:23 102:9,16,24 103:14, 16 104:7 126:21 174:4 176:18 229:3 242:23 255:2

**missed** 17:13 30:18 31:5 75:8 79:15

**missing** 60:9 66:17

**misspoke** 90:18

**misunderstand ing** 44:19

**misunderstoo d** 138:21

**Mm-hmm** 202:7 217:16

**moderate** 249:14

**moderating** 153:12

**moderation** 147:8

**moment** 8:10 19:3 23:12 33:20 100:23 110:8 179:9 193:16 195:4,14 205:13 229:2

**moments** 144:14

**monitor** 147:11

**monitoring** 176:1

**month** 109:7 115:8 231:10,18 237:19

**months** 26:11 34:6 80:1 109:5,6,8, 10,11,13,14,16 110:3,4 111:9 225:9 255:10,20,21,24 263:18

**morning** 4:7,8 28:8

**move** 45:1 94:20 100:14 123:10 202:8 255:7

**moved** 25:7 27:18

**movement** 102:18 103:4

**moving** 87:15 100:5

**Muddy** 94:17 103:10 104:12 114:14

**multiple** 25:22 41:21 59:6 95:13 96:21 97:18,20,21 104:16 179:1 181:23 210:11 261:19

REBECCA EINWOHNER

## N

**Na** 218:12 246:6

**naked** 122:10

**Naprosyn** 156:20 157:9,11

**narcotics** 91:10 161:14

**narrow** 129:24

**nature** 83:4 101:13,21 106:12, 17 121:24 197:15

**necessarily** 74:9 94:14 130:15 140:9 141:8 147:10 161:23 211:6 212:18 232:9 247:2

**needed** 36:5,8,14 40:3 46:15,23 47:12 53:5 54:6,19 58:16 59:22 61:14 64:14 72:21 73:3,13 76:1 78:9,11,12 96:4,5, 13,14 99:3,11 103:8 105:18,20 205:19 249:24 263:23

**needing** 167:1

**negative** 242:3

**neglected** 87:19

**nephrolithiasis** 187:2,10

**nephrologies** 31:1

**nephrology** 30:23,24 31:3 90:16,19 155:2,24 158:11

**neurological** 218:3

**news** 41:16

**nice** 64:6

**nitrate** 221:14,16 222:4

**nixed** 269:16

**nod** 6:23

**non-formulary** 58:21 67:20,22 234:18 269:21,22, 24

**non-video** 41:10

**nonclinical** 32:12

**noninvasive** 167:11

**nonobstructin g** 179:1,2,13

**nonsteroidal** 156:12,15,17,18 157:2,9,15

**nonsteroidals** 156:11 158:20 159:5,11

**noon** 92:10

**normal** 180:3,4,5 236:14,17,18 240:2

**Nos** 256:12

**notated** 221:5 239:23

**notation** 178:9 181:12 198:24 199:3,22 201:12 236:12 237:8 239:17,22 240:22 243:19 246:17 248:22 252:8 254:19

**notations** 117:2 200:12 238:13

**note** 58:4 65:10,14 186:13 187:5 190:2, 3 193:7 196:16 208:5,23 209:3,8,9, 10,13,15,17,19,21 212:22 213:2 215:11,12,16,22 216:5 217:1 218:17 222:6 223:12,18 225:22 232:18

233:6 235:13 236:1 238:18 239:20 241:17,19 242:13, 18,20 243:1,4 253:13 254:15 256:15 257:20,23 258:11 259:20 260:8,19 261:3 269:22

**noted** 4:16 63:2 129:11 221:5

**notes** 15:7,9 18:4, 8,14,24 19:19,23 20:6 21:13 58:8,9, 14 63:5 65:3,4,8 96:17,18 160:23 183:18 184:24 186:17 193:24 196:19 198:15,16 200:4,5,8 208:2,11 216:10 240:14 241:14,20 243:12 245:5 257:6 261:15, 23 262:2,4,20

**notice** 33:17,19

**noticed** 177:21

**noting** 268:23

**November** 193:3 264:3,11,15

**NSAID** 162:7

**NSAIDS** 161:22

**number** 11:4 38:16,21,22 69:4 72:17,20 73:8 79:3, 7 81:18,20,21 82:9, 10,11 96:2,3 97:7 100:3 163:7 221:6, 9,10,11 243:13

**numbered** 245:10

**numbers** 20:13

**nurse** 44:3 46:12, 13,18 52:9,11,21 53:7,11,20,22 54:1 55:6,24 56:7 58:19 60:3 65:23 95:19 96:4,13,16,17 98:4,

8,13,15,17,20 99:16 100:9,23 101:6,7,9 103:17,23 105:14, 17,19,22 122:21 123:4 124:1 126:13, 20 128:20,22 160:9 217:20 226:23 228:5,8 229:11 231:7,13 233:20 241:15,18,21 242:2, 4 254:5,13,21 258:1

**nurses** 41:11 52:13,16 53:2,17,19 54:3,5,8,14,15,17, 24 55:14 67:6 78:5, 23 96:18 120:5 185:4 228:22 265:1 268:9

**nursing** 54:7,11 98:20

## O

**oath** 6:10,11,12

**object** 69:12 83:20 133:7 139:15 174:18 269:5

**objection** 42:7 84:14 269:18

**observations** 218:21

**obstruction** 179:5,12 181:24 183:15

**occasional** 33:11

**occasionally** 33:2

**occasions** 12:18

**occur** 187:20 188:11

**occurred** 80:22

**October** 245:24 246:2,15

8,13,15,17,20 99:16 100:9,23 101:6,7,9 103:17,23 105:14, 17,19,22 122:21 123:4 124:1 126:13, 20 128:20,22 160:9 217:20 226:23 228:5,8 229:11 231:7,13 233:20 241:15,18,21 242:2, 4 254:5,13,21 258:1

**off-site** 192:1

**offenders** 266:7

**office** 36:10,13 39:11 71:22 72:3 73:19,24 74:1,5,7,8, 14,21 75:5,6,7,8 76:22 113:10 185:10 209:18 228:13 229:14 259:4,6,7 260:7,8,9 262:20

**offsite** 192:2

**on-screen** 81:23

**on-site** 54:8

**ongoing** 32:21, 22 197:13,21 198:12 236:9 256:5

**onsite** 56:11 122:14,20 123:5 125:24 126:2,3 128:23 219:12 220:9 221:21 231:6, 10 253:15

**Oops** 238:14

**op** 186:17

**open** 174:8,10,14

**opening** 113:9

**openings** 259:15

**opportunity** 210:7

**opposed** 74:22 232:16 263:24

**options** 90:13 146:15 153:6,7,8 165:11,17 166:10 168:10

**order** 24:12 41:11 45:16 58:4,5 104:18 122:8 125:11 133:5, 14 134:12 138:15 195:20 219:20 220:2,4 222:14 234:8,9,12,20 235:2,11 250:11,12,

REBECCA EINWOHNER

16,17 251:16 255:8 257:7 261:4 265:4 268:20 269:11,15 270:4 271:2,6

**ordered** 59:20 124:23,24 125:3,4,9 140:10 234:16 242:9 253:7

**orders** 41:9 58:15,20 59:13 67:18 224:13 225:3 226:18 256:14 269:3,6,15

**organization** 18:10,11,16,21 19:1

**organizational** 64:22 65:2

**organizations** 33:13

**outpatient** 186:13

**outputs** 144:22

**outstanding** 112:14

**overlap** 24:13

**override** 270:3

**overtime** 75:4, 17,19

**overweight** 194:21

**oxalate** 199:1,4, 13 224:2 230:23

---

**P**

**P-A-U-L** 77:3

**p.m.** 271:10

**packet** 15:12,16, 19,20,21 16:2,5 146:7

**pages** 68:16 180:8 181:17,21 182:21 207:3,11 235:6 261:14,20,23

**paid** 28:6 68:24 71:16,24 75:4,14 76:20

**pain** 148:15,17,20, 23 149:1,2,3,5,7,12, 16,21,24 150:3,6,20 151:6,10,12,15,19, 20,21 152:18 154:9, 10,12,16,17,20,22 155:2,5,8,10,15,18, 21,24 156:3,7,8,15, 21 157:3,17,19,24 158:3,6,9,13,14,16 159:1,12,17,20 160:5,7,13,16,19,21 161:2,10,13,16,18 162:4,10,14,24 163:2 176:5 194:8, 10,11 212:12 214:22 216:13,15 239:16

**painful** 148:11 152:3,4 160:2 197:24 198:3,6 216:7,9

**painless** 197:15, 22 198:4,5 215:18 216:4,11,14,15 241:12 251:7

**paper** 15:24 16:3, 8 19:14 21:4,5 35:18 126:9,12

**papers** 194:3

**paperwork** 85:17 89:8 191:23 265:13

**parameters** 35:23

**Parathyroid** 201:13

**parenchymal** 203:14,16

**part** 11:2 17:20 47:2 58:24 82:22 93:4 119:13 149:10 166:17 169:4,15 170:2,6,8 172:10, 16,24 173:1,15,16

181:2 194:9 199:2,9 200:19 201:5 203:20,22 214:1,5 217:10,11 225:3 231:16 236:20 248:2,4 250:8,18 254:1

**part-time** 35:24 83:18

**participate** 253:18

**participated** 253:21

**particulars** 161:18

**parts** 154:17 178:19 217:23 245:10

**pass** 148:11 168:17 172:21 173:7,10 184:10

**passage** 152:3,4 154:17 183:21 184:7,12 216:8 249:18

**passed** 149:5,13 150:21 194:12 241:12 251:7 252:5 253:3

**passes** 111:6

**passing** 149:2,21 152:18,19 251:3

**past** 51:4,9,12 58:12 84:13 92:10 136:21 194:7 197:23 198:7,13 213:2,7,21 214:1 224:1 230:4,22,23, 24 237:19 238:11, 24 241:1 244:4 248:8 262:4,21

**pathology** 260:10

**patient** 9:4,10,24 13:12,16 16:1 43:7, 8 44:3 45:1,13,15,

20,22,23 46:1 47:17 49:12,13,15 53:5, 20,21 54:2 55:5 56:15,16 57:4 58:3, 10 62:21 63:4,13,20 64:13,23 65:17,22 66:10,23 67:7 69:10,11 71:8,13 73:18 93:8 94:6,21 95:1,8,21,22,23,24 97:19 98:24 99:24 100:1,6,13,17,20 101:1,2,3,9,14,15, 16,18,19,21 102:5 103:9,15 104:12 105:20,21,23,24 106:14 107:3,4,20, 24 108:7,13 109:2, 9,19 110:1,6 111:12,17,20 112:24 113:1 115:21 116:9,10,16, 20 119:17 120:6,21 122:24 124:16 127:4 128:4,18 129:6 134:3,8,16 137:7,17 139:3,7,10 140:16 155:4 159:24 160:4,9,11, 23 161:24 164:20 165:7,13 168:24 174:16 187:23 188:1 191:7 201:7 202:22 207:22 208:20 210:8,10,12 211:8,18,23 215:24 216:7 217:21 218:1 224:23 225:22 230:3 238:22 241:15,21,22 242:3 251:6 253:2 254:14, 23 256:3 258:23 260:5 265:19 266:3 268:13

**patient's** 9:1,3 14:24 15:1 18:12,17 19:21 53:4 94:7,11, 12 100:2 140:17,18 163:10 268:8

**patient-specific** 45:14 106:18

**patients** 40:9,19, 21,23 41:3,13,19 42:2,4,18 43:2,15, 24 45:4,10 47:15 49:9 51:23 52:6,10 54:3 55:8,10,15 56:3 67:4 68:17 72:5,22 73:8 78:2 81:20,22 82:12 93:9 94:1,4,24 95:14,17, 18 96:3,8,21 97:5, 20,21 98:6 99:3,11, 15 101:20,21,23 102:1,13 103:1 106:5 109:4,12,14 111:7 114:22 115:5 125:17 133:17,23 141:21 151:7,20,21 153:22 154:4 156:4, 23,24 158:18,23 159:6,7,9,10,13,17, 21 160:17 161:20 162:1,5,15,24 163:7 164:8 166:24 168:2, 6,12 169:8 174:6,7 210:16 231:24 263:22 264:19

**Paul** 77:1,20 78:8 80:8 81:17 82:4,8 85:18 87:16

**Paul's** 77:4,12

**pay** 38:17,18,23 71:19 75:17,19

**PE** 217:10

**pee** 247:6

**peed** 216:12

**pelvis** 150:9,23 154:19 177:11,13 179:4,8,11 216:17

**pending** 7:24 65:3,4,19 66:5 110:22 111:1

**penis** 175:6 259:13

**Pennsylvania** 5:20 31:17 87:24 88:3,19,21 89:11,17

REBECCA EINWOHNER

**people** 92:10
143:3 145:9 147:3
149:4

**percent** 124:20
127:6,15

**percentage**
244:9

**perfectly** 37:1

**perform** 164:5

**performance**
80:12 82:20 87:13

**performed**
170:1 217:20

**period** 28:16,19
32:19 34:8 37:15
39:14,24 61:19 80:6
102:11 109:18

**periodic** 86:16

**periods** 39:12

**peripheral** 53:16

**permanent**
175:10

**person** 9:22 10:5
14:15 52:6 135:8
137:4 171:14 195:5
227:18

**personal** 14:9

**personality**
194:23

**personnel** 93:14

**pertaining** 15:2
46:8

**ph** 126:9 221:9
222:1

**pharmaceutica
ls** 67:21,23

**phone** 42:23
44:14,16 67:1,5
97:9,10,22 99:18,19
150:14 231:23
258:1

**phosphorous**

219:4

**photocopies**
16:4,5

**photocopy** 16:8

**physical** 46:11
100:15 116:23
134:15 217:7,10,13,
14 232:11

**physician** 6:1
11:11 32:6 34:7
35:6,8 87:23
104:19,24 105:7,10
108:19 113:6 158:4
227:14

**physicians**
33:12 48:18 105:13

**physiology**
22:5,7,12,18,21,23
23:2

**picture** 57:16
167:4,11 194:14,18

**piece** 44:24 58:24
126:9 133:13 134:9
187:19 241:12
251:7

**Pinckneyville**
196:17 197:10

**pink** 241:12
249:19 251:3 253:3

**pitcher** 113:11

**Pittsburgh** 5:20
29:5,19 30:1,7
31:12,17 92:8,15
185:11 229:15

**place** 63:3 97:13
134:11 223:17
228:5 236:24

**placement**
150:14

**places** 150:1
151:8 214:21

**plain** 198:10
230:17

**plaintiff** 4:11
8:23 9:5,11,12,14,
19,21 14:8

**plaintiff's** 9:15

**plan** 43:18 44:21,
22 46:15,20,21
55:16 56:5 61:9
100:19 132:18
196:20,21,22,24
219:7 220:22
243:11 245:9,10
246:20 247:7 250:8
258:20 260:4,7,9

**planning** 46:17
103:5,20 190:6,7
258:23

**plans** 59:10 96:15
101:13 261:8

**plants** 22:19,20

**play** 112:6 132:23

**plead** 90:13

**PMH** 238:24

**PO** 225:9

**point** 7:18 117:8
128:2 185:14 224:9
226:8 243:6 252:2,
12

**pointers** 81:8

**pointing** 182:10
184:16 187:8
243:12

**points** 117:7
171:3 258:9

**pole** 178:24

**policies** 91:13

**policy** 61:14

**polycystic**
145:22

**pop** 103:24

**portion** 57:17

**pose** 60:7 108:22

**position** 28:6
34:4 35:11 38:4
82:17 86:24 166:22

**positions** 33:10
34:14 38:3

**possibility**
210:18 247:1

**possibly** 109:16
194:20 222:4
236:19,21

**post** 186:17

**practice** 31:14,
16,20 32:2 161:7
162:22 166:22
241:19 260:2

**practicing** 10:20

**prearranged**
99:13,14,15

**predispose**
143:11

**prefer** 92:13,15

**preliminary**
123:20,21

**prep** 26:14 32:15

**preparation**
14:21 18:8 24:8
32:13 57:8 59:19
64:11 70:3

**prepare** 14:19
18:1,2 68:8,12
70:18 72:4

**prepared** 28:15

**preparing** 16:18,
19 18:5 19:19 63:14
66:16 69:5 71:7,12
73:11

**prescribe** 13:24
160:2 162:3,14,23

**prescribed**
163:9

**prescribing**
86:13 161:14,15
163:2

**prescription**
161:1,10

**prescriptions**
47:20 50:14 160:16
162:4,17

**presence** 131:1
138:11 152:2

**present** 37:15
38:5 44:4 46:12,14
48:1,20,22 50:6
61:10 89:6 138:14
213:7 249:21
253:10

**presentation**
138:5 148:6,19,24
149:9 150:8 151:17
163:23 168:22

**presentations**
141:21 148:8

**presenting**
131:19,23 139:8,11

**presents** 115:21
120:6 128:4

**pressure** 53:12
100:10,11 212:9
219:15,18 248:20,
21,24 249:3

**prevent** 142:22

**previous** 112:20
242:8

**previously** 8:11
14:10 26:14 52:8
143:17 248:9

**primarily** 32:12

**primary** 34:22,23
37:18 38:7 47:5,9
51:7,16,20,21 62:3,
4 66:2,8 87:1
100:21 104:19,24
105:7,10 106:22
108:19 109:22
154:23,24 155:5,18
156:2,22 158:4,21
160:5,6,10,20
161:17 162:18
265:5,7,8 268:4,16,

REBECCA EINWOHNER

24 269:2,16

**printout** 183:5

**prior** 64:11 124:18 125:15 218:9,22,24 248:14

**priority** 129:5 140:13

**private** 31:14,16, 19 32:2

**privileges** 86:7, 9,14

**PRN** 249:24

**probability** 144:16

**problem** 7:6 52:19 64:8 106:18 117:1 123:11 133:23 154:8 158:23 173:9 174:23 195:10 197:7 198:12 210:24 212:1 213:2, 5,13,16 214:2,4 237:3 238:22 240:6 241:1,2,4 249:7 257:22 264:10

**problematic** 231:24

**problems** 13:16 37:7 46:9 59:10 101:5 103:4 134:21 138:6 140:18 142:23,24 145:19, 21 159:2 187:1,4 203:3 209:24 210:21,22,23 211:4, 7,9,16,17 212:4,5, 15 213:4 214:18 236:6,8,9 238:10 239:13,14,24 240:20,23 247:4 260:3

**procedure** 8:4 51:13 54:7 163:21 164:5,12,15 167:5, 11,13 168:14 169:12 170:13,19

171:14 175:13 186:23 188:6 191:7 192:21

**procedures** 86:13 154:2,3 163:13,14 169:3,14 170:6 172:8 174:2, 6,8,16 175:2,17

**proceeded** 214:9

**proceeding** 12:4 13:3 14:8,13

**process** 48:9 51:1 82:16,23,24 83:2 85:11,12,14 91:24 113:7 173:4 257:15 266:24

**processed** 126:23

**processing** 270:10

**program** 77:22

**progress** 208:1, 5,11,23 209:8,9,21 212:22 213:2 223:12,18,22 235:13 236:1 241:20 242:13 256:15 257:6 258:11 261:3,23 262:20

**prominent** 179:3,7,10 183:13

**promote** 147:1

**promoting** 153:10

**prompt** 65:19 66:10,21 67:10

**prompted** 66:15

**pronounce** 5:14

**pronunciation** 172:23

**properly** 221:19

**propers** 186:13

**prophylaxis** 249:22,23

**protein** 135:5 136:17 137:12 138:12 140:22 221:11 222:2 245:18 246:19 247:5 249:15

**proteinuria** 136:15,16

**provide** 39:1,3 124:18,20 201:9

**provider** 37:21 38:5,7 42:24 45:2 106:1 166:3,4 196:17 230:12 233:12 253:14,15 265:2 268:4 269:16

**providers** 40:19 41:10,22 48:11 51:17 227:20 231:24 265:1

**providing** 201:7

**psychiatrist** 49:21

**psychiatry** 49:5

**psychological** 49:16,18

**PTH** 200:11

**pulling** 206:15

**pulmonary** 258:9,16

**pulse** 100:10

**punch** 72:3,6,9, 10,18,19

**punched** 74:6, 14,15,20 75:9 76:13,15 79:8

**punching** 76:6

**purpose** 91:7 167:6 210:4

**purposes** 93:21 114:4 177:4

**put** 24:11 65:10 81:19 129:1 142:3 150:17 160:12 192:14 266:2 269:23

**putting** 167:7 261:23

**pyelogram** 259:8

---

**Q**

**QD** 225:9

**qualified** 34:13, 17,18,19,21 37:18 143:22

**quantification** 245:19

**quantities** 143:14

**quantity** 54:9

**quasi-judicial** 12:3

**question** 7:3,5, 15 12:9 26:23 39:17 40:11,13,15 42:13 45:11 50:1 51:15 55:24 59:3 60:7 62:14 64:1,2 68:10 69:16 71:17 72:13, 15,16 73:14 74:2 78:16 79:1 80:16 84:3,21 95:4 102:5 106:12 108:23 110:22 111:1 114:8 115:23 120:15,24 122:1,2 124:13,14, 16 127:1,3 130:7,8 132:24 138:22,24 142:11 144:18 152:9 158:12 162:13 163:5 167:21 170:22 171:10 175:1 180:11 182:1,13

194:1 218:7 223:15, 17 230:5,7 242:15 244:13 249:18 251:2 255:6,23 261:13 264:12 265:22 269:8

**questions** 6:20, 22 7:11,24 8:3 32:13,20,24 33:7 34:2 54:16,22 55:1, 2,13,14 56:4 57:14, 19 60:4 68:6 73:16 87:6 100:22 101:14 207:6 222:6 235:17 267:18,21 270:23

**quick** 92:17 267:19

**quickly** 6:6 99:22 181:10

**quiet** 4:19

---

**R**

**R-E-B-E-C-C-A** 5:12

**R-E-N-A-L** 31:7

**radiologic** 146:2

**radiologist** 183:6,11

**radiology** 181:2 182:14

**range** 26:12,19 39:24 73:4 100:10

**rarely** 52:1 122:24

**rate** 75:5,11,15,16, 17,20

**ratio** 200:10,19 245:23 246:9,21,24 252:9,19

**re-ask** 42:14

**re-explain** 53:20

**reach** 85:24 138:15

REBECCA EINWOHNER

**read** 21:1 69:23 84:21,23 118:22,23 126:13,14 170:22, 24 198:21 215:16 225:7 238:7 243:23 245:12 247:13

**reading** 112:16 178:5 212:2 226:11 241:5 255:11

**readings** 53:13 100:12 212:9

**ready** 95:17,18 99:18 100:7 189:10 211:23

**real** 92:17

**reappeared** 19:5

**reason** 8:7 21:2 45:24 46:2,16 52:18 56:19,23 81:4 108:13 116:21 123:1 127:9,20 154:6 165:19,21 192:2 232:15 243:10

**reasonable** 110:7 111:10

**reasons** 55:11 81:5 102:1 210:11, 15,17 211:5 253:5 270:8,9

**Rebecca** 4:2 5:12 227:9

**recall** 8:22 10:8, 22 11:8,12 13:8,11, 15,22 14:2,4,12 16:23 17:3,10,24 20:1 21:13,15 24:19 25:15 26:15,18,20 27:3,7,10 28:20 34:9 35:5 49:12,13 50:20 51:5 61:13,16 65:12,15 67:13 70:14 71:14 76:16 77:17 81:21 82:14 89:16 93:15 98:16 151:5 157:24 160:18 161:8,18

162:16,19,21 163:6 166:16 168:7,16 169:4 170:4,10,11 171:3 172:14,20 173:5 193:17,19,20 194:6,11 229:18 236:7 253:23 254:1, 3 262:3,5 265:21

**receive** 9:12 61:4,21 127:6

**received** 54:14 66:13 67:11 190:15 192:17 200:14 203:12 204:8,14

**receives** 61:2

**receiving** 112:16 268:23

**recent** 58:11 61:5 86:21 100:11 102:15 162:17,20 263:14

**recently** 48:7 51:14 75:24 90:6

**recess** 36:23 71:3 92:24 110:11 146:9 176:20 229:8

**recognize** 63:15 186:4 189:6,22 191:13 196:8 202:12 207:4,11 257:4 262:22

**recognized** 66:17

**recollection** 160:24

**recommend** 105:23 156:3,23 157:11 158:13 159:13,19 160:15 162:3,12,13 163:13, 19 165:1,9,11 166:3 169:15 171:11 172:9 183:21 184:12 235:2

**recommendati on** 61:24 62:9,20, 22 64:19 65:18

66:19,21 67:11 159:4 161:1 164:24 165:7,18 166:7,18 167:10 168:5,8,9 169:2,10,11,16,24 170:7,11,16 171:22 172:1,3,7 173:5,8, 16 184:23 185:15 201:6 224:16 233:19 234:5 259:19,22 267:3 269:10

**recommendati ons** 62:16 157:14, 16,18,24 164:7 171:18,20 172:16

**recommended** 51:7 146:14 161:10 167:6 168:13 169:4, 9 170:6,7 171:5,8 172:12,22 173:13, 14 181:22 182:7 185:16 254:17 259:5

**recommending** 159:16 166:16 170:10 172:15 187:23 261:5

**recommends** 182:6 209:15

**record** 5:11 6:18 18:18 19:23 60:21 63:4 69:24 84:24 118:1,24 166:12 171:1

**records** 15:2,6 54:19 94:3 117:10, 19,23 118:2 119:23 135:7 199:21 265:19

**recredential** 86:4,17

**recredentialed** 85:19

**recredentialing** 85:17

**rectangle** 237:3

**recurrence** 143:12 147:3

**red** 119:7 120:9 128:6 129:13,16 130:8,13,17,21 131:8 132:14 134:24 198:24 222:2

**redirect** 263:1

**reds** 128:15 129:10

**refer** 49:9 50:3 61:24 195:18 216:14,15 244:6

**reference** 199:10 208:17,18 222:10 245:22 248:9,12

**referenced** 222:13 225:13 233:4

**references** 213:23

**referencing** 191:6 197:20 227:3 231:9 248:16

**referral** 45:24 46:2,16 49:18 50:6 52:17,19 56:19 60:23 61:22 62:10 127:21 173:6 197:9, 11,13 200:15 201:22 206:14 234:17 254:17

**referrals** 47:22 48:4,7,11,12 50:15, 19 59:8 61:14 68:21 115:2 167:2,4

**referred** 49:15 56:24 72:22 126:8 127:10 128:8 133:20,23 177:17 192:22 193:22 197:19 198:11 219:9

**referring** 10:3 15:16 24:21 49:12,

13 51:5 56:10 93:7, 9 98:16 166:2 196:18 243:16

**refers** 190:8 221:9

**refill** 225:11

**reflect** 82:20

**reflected** 94:7 220:18

**reflection** 213:4

**refresh** 160:24

**refusals** 15:8

**refused** 60:19

**refusing** 270:10

**regard** 156:21 158:16

**regularly** 266:1

**reimaging** 232:1 234:6,9

**relate** 46:10 101:1 158:23 159:1 193:11 210:24

**related** 7:2 15:9 28:5 31:9 41:5,7 46:18 56:23 57:8, 15,19,21 72:14 100:18 117:3 141:6 156:1,7 158:19 160:16 180:14 190:18 191:2,5,23 211:2 224:4

**relating** 22:18 157:20

**relationship** 77:19

**relay** 53:3

**relayed** 258:1,2 259:22 260:4

**relaying** 52:17, 20,23

**remains** 95:2

REBECCA EINWOHNER

**remember** 61:18 64:18 131:12 136:6, 19,20 152:24 255:19 265:15

**remind** 6:7 152:6 192:24

**reminded** 160:11

**reminder** 211:17

**remote** 53:14

**remove** 163:14 175:18

**removing** 193:24 194:3

**renal** 31:4,7,8 40:7,19 49:10 51:24 70:8,18 71:7,12 78:19 94:18 108:18 109:1,12,18 111:6, 11 114:11 124:18 125:16,18 156:4,23 157:22 159:6 162:5, 23 179:2,3,8,11,23 180:3 193:18 208:1, 4,11,23 209:1,8,9, 20 222:13 223:12, 18 224:12 225:2 235:11,13 236:1 237:14 239:8 250:17 256:15 258:11 263:6 264:22 265:4 266:3

**renew** 88:2,15

**renewal** 82:23 83:1 88:17,20 89:1

**renewed** 88:4 89:9 90:6,14,16,18, 19

**renewing** 76:19, 21

**reoccur** 142:16 144:9 147:1 249:20

**reorder** 248:23 249:12

**repeat** 5:1 18:19 23:18 34:17 39:15

62:12 69:16,20 71:9 91:19 120:15,20 143:9,19 182:1 188:2 190:15,19,23 208:14 230:5 248:12

**repeated** 135:10, 11 137:10 170:12 190:9

**rephrase** 7:12 69:21

**report** 113:1 121:21 177:10 178:14,17,20 179:16,17 181:2 182:14 186:23 193:4

**reported** 134:8 178:21 243:21

**reporter** 6:10,11 69:20,23 84:23 118:23 170:22,24 188:24 271:3

**reporting** 123:6

**reports** 15:7 121:7,10 230:15,19

**represent** 4:10

**represented** 10:14 13:6

**reproduction** 184:7

**request** 7:23 64:19 65:11 190:15 222:17 269:23

**requested** 53:21,23 54:14 125:10 128:19 254:11

**requesting** 231:11,19

**requests** 56:23 60:1 79:14

**require** 50:5 70:6

**required** 61:20 70:9

**requirement** 91:13

**requires** 50:15 61:1

**rescheduling** 81:13

**research** 24:5 25:8 26:2 27:23 28:1,10

**reserve** 270:16

**reside** 5:19

**residency** 29:17,18,24 30:5,18

**residing** 10:1

**resolved** 247:18 252:9,12,20

**resolves** 245:15 246:22 247:9

**respect** 112:23 157:16,19 158:14 263:14

**respond** 6:22 181:9

**response** 155:3

**responsibilities** 40:16 41:17 46:24 47:3 57:3 67:16 72:5 228:22

**responsibility** 27:20 28:13 158:4

**responsible** 55:14 227:22 228:14 229:13

**rest** 204:19 247:22

**restart** 78:24

**result** 60:13,16 218:15

**resulting** 179:9, 11 183:14

**results** 59:21,22 61:2 63:16 103:24 112:14,16 119:18

122:22 123:6 126:17,18 132:2 138:9 140:2 179:4 187:14 220:18,24 221:4 243:21 245:11 251:21

**resume** 206:5

**retrospect** 215:6

**returned** 215:19 247:18

**reveal** 140:21,24

**revealed** 179:17

**review** 14:20,23 15:6,18,22 17:1 46:14 56:15 68:11 70:3,7,10,15,21 73:18 100:9,15,16 101:12 119:22 160:22 186:1 206:10 210:15 214:11 225:23 227:21 230:20 231:11,22 233:21 239:6 240:7 241:9 242:11,17,19 244:16 251:5 252:5 254:13

**reviewed** 53:2 63:18 81:6,7 96:18 100:8 121:11,13 243:1,4 254:23

**reviewing** 33:10 68:7 69:10 70:12,18 73:20 74:18 134:10 177:20 178:20 186:3 197:2 206:7,9 211:22

**reviews** 227:16

**right-hand** 219:9 220:23 224:5

**right-side** 181:24 183:15

**right-sided** 179:12

**risk** 16:11,14,21 17:6 142:3,6,8,13, 17 143:7,18,22 144:2,15,19 145:14, 16 204:23 205:2,3, 5,10

**risks** 144:24

**Ritz** 227:9,13,22 228:1 230:2,11 231:23 233:20 253:16

**RN** 241:24 254:12

**role** 159:22 227:19 228:9,16

**roles** 229:20

**room** 12:11,22 19:12 94:24 95:2 96:13 122:21 217:21

**root** 115:20 116:7 129:14 130:9,18 131:2,10 132:3 133:2,5,14 134:13 136:3 247:10

**ROS** 214:10 217:2

**roughly** 29:23 35:9

**routine** 105:16

**rule** 44:20 107:1 108:9,14,24

**rules** 6:7,8

**run** 112:19 140:2 211:24

**Rupcich** 7:21 9:8 10:23 11:2,9 12:1 15:11,16 17:15 19:13 21:3 35:17 36:4,21 41:24 42:6, 9 44:5 48:10,14 69:12 71:2 74:13 75:1 77:9 83:7,20 84:2,14,19 85:1 92:13,22 108:17 116:8 118:21 119:4 122:12,17 123:9 133:7,16,22 134:1

REBECCA EINWOHNER

139:15 142:8 146:8
149:15 174:18
176:17,19 178:10
180:18 181:1,14
182:9,13 183:23
184:3,15 185:22
188:23 189:2,9
190:23 191:11
195:22 196:1,12
199:15 206:9
207:13 217:17
219:22 223:2,9
244:18,21 255:1
256:20,24 260:11
262:9,13,17 263:2,4
264:16 267:17
269:5,17 270:13,15
271:2

**Rupcich's** 16:7

**Rutgers** 23:11,17
24:4

**S**

**salary** 38:18,20

**salt** 125:5,6
143:13 147:8,11
153:20,21 249:14

**sample** 120:13

**San** 25:19

**sat** 80:9

**scabies** 212:6
213:10 237:12
239:7,19

**scan** 58:12 104:4
177:18 212:2,11
213:23 231:14,21
233:4

**schedule** 73:10
78:18 81:15 91:9
98:22 99:9 104:11
106:6 225:1 263:14

**scheduled**
54:17 67:1,2,6 72:3
73:8 78:19 95:9,15,
21 96:11,12 98:7
99:17 105:17

**scheduler** 66:1
98:9,17

**scheduling**
16:15 59:5,7,11
68:4 78:1,5,21
81:11,15 87:8 98:1
103:17 104:15
112:7 114:1,2,3,4,
18 187:11 263:20
266:6,12,15 267:1,
9,16

**school** 23:11,17,
20 24:8 26:15,16
28:15 29:12

**Science** 22:4
23:13

**scope** 259:13

**scratch** 131:21

**screen** 19:4
33:18 35:16 87:16
96:14 99:22 102:24
103:16 104:6
238:15,19

**screening** 33:12

**screenings**
33:12

**seasonally** 73:5

**section** 177:21
190:8 210:4 212:4
217:2,3 219:16
220:19 225:4 237:3
241:3,4 243:11
245:9 246:4

**sections** 209:22
214:7

**security** 267:11

**self-written**
196:19

**send** 56:22 261:19

**sending** 66:5
68:16 208:12

**sense** 7:8,16
42:10 57:22 192:11

199:18

**sentence** 127:23
230:17

**separate** 24:21
42:23 171:3

**separately**
167:10

**September**
88:18

**series** 6:19

**service** 180:23

**services** 15:8
34:22,24 35:1 37:19
38:8

**session** 238:15

**set** 16:12 61:12
70:16 75:21 91:13
96:15 99:15 102:10,
12 103:7 104:21
114:23 255:20
263:19

**setting** 17:8
77:23 78:1 98:5
105:8

**setup** 4:15

**severe** 166:24

**severity** 111:18

**SH** 238:24

**shake** 6:23 89:19

**share** 267:13

**shared** 53:7

**sharp** 151:14,19,
20

**She'll** 270:15

**sheet** 58:5 182:11
183:24 184:16
219:20 250:16
251:17 254:9

**sheets** 58:5

**shock** 153:24
164:10,11 165:3
166:9,12 168:9

172:15,19 173:2
186:13,20 187:14
188:7,10 192:4,20
231:5 239:17

**short** 25:13 146:4
211:7

**shorter** 81:22
101:24

**show** 20:13 92:20
119:19 141:4,5,23,
24 211:12,23

**shower** 201:7

**showing** 135:7
142:2 164:22
231:21 270:10

**shown** 121:19,20
122:9 233:3,6

**shows** 18:16
140:7

**shut** 270:11

**shutdowns**
102:18

**sick** 160:12
249:24

**side** 179:5,13
183:19 184:11
199:9 215:12 219:9
220:23 221:8
224:10 236:16
237:7 240:5 248:20
258:6

**sided** 179:2

**sides** 149:11
150:9,22 154:18

**sign** 265:8 268:17

**signature** 186:7
202:15 270:16
271:10

**signed** 268:1,2,5,
11

**significance**
210:9

**significant**
178:4,8,11

**signify** 230:8

**signs** 100:10

**similar** 188:6

**simple** 82:2

**simply** 57:5 91:21
145:6 165:8 171:10

**simultaneous**
208:22

**single** 97:13
261:20 262:1

**sit** 195:13

**site** 51:19 56:21
58:9,19 59:4,23
65:23,24 66:1,14
68:5 73:11 78:6
95:14,16 96:19
97:19,20,21 98:12
99:20 100:5 105:13
108:19 112:3,8
114:3 128:2 190:5
201:8,9 202:4
228:9,21,23 229:18
230:12 233:1,15,17
253:13 254:4
257:24 264:21
266:7,16,18,19
267:16 268:8
269:16,21,23
270:11

**sites** 59:6 66:4,7
73:10 78:6,12 79:14
81:16 94:3 97:18
98:9,12 104:16
105:13 106:1 114:5,
9 115:5,11 225:24
227:16,21,23,24
229:12 267:2

**sitting** 80:11

**situation** 45:18
109:10 137:13
164:19 167:16

**size** 147:24 179:20
184:11

**skin** 119:7

**slight** 241:11

**slightly** 116:12 133:10

**sloughed** 119:7

**slow** 215:1

**slowly** 4:22

**smaller** 119:8,9

**smoothly** 81:10 87:15

**snake** 119:7

**social** 238:11,23 239:21

**sodium** 140:12 218:13,15 246:6 248:11

**solid** 119:3

**sooner** 64:15

**sort** 28:1 127:16 128:9

**sorts** 33:10 55:2 113:2 156:1

**sound** 4:24

**sounds** 70:24 110:7

**source** 261:6

**sources** 87:4 149:16 259:15

**space** 261:14

**speak** 4:17,22 5:4 21:16 105:19 264:7

**speaking** 55:22 98:4 152:7 156:19 167:24

**special** 58:22

**specialists** 48:17,24 51:10

**specialties** 48:6

**specialty** 88:12

**specific** 16:23 17:3 22:22 63:13, 19,20 64:14 65:17, 22 66:11,24 67:7

70:2 72:11 76:3 78:7 98:5 104:22 105:3 107:5 108:8, 13 110:6 111:21 125:6 128:18 129:4 140:17 148:21 157:24 160:16,19 161:23 162:17 168:13 169:3,11 170:18 171:11,14 172:8 206:16 222:1 245:18

**specifically** 15:5 58:2 61:4 65:13 108:23 156:19 161:18 169:15 173:19 228:15 266:20

**specifics** 14:2

**specifies** 38:16

**specimen** 103:23 120:13,18, 23 121:1,4,17 122:6,9 124:3,6,18, 19 126:10 127:24 201:3,4,7 246:20

**specimens** 121:7 129:12 141:17,22

**spectrum** 161:21 166:23

**spell** 5:11 77:2 169:19

**spelled** 31:7

**spend** 41:2 68:7 69:5,9 70:7,12,17

**spent** 45:9 71:6, 11 74:7 76:5,12,14, 20

**spoke** 12:19 16:11 81:14 87:14 106:22

**sponge** 146:1

**Spongy** 146:1

**spread** 97:15

**Springfield** 89:10

**square** 33:21

**St** 188:14

**stabbing-like** 151:15,19

**staff** 64:15 66:12 98:20 185:10

**stamina** 270:21

**stand** 186:19

**standards** 91:17

**standing** 114:5, 10

**start** 7:5 45:22 47:1 103:12 117:7 134:14 139:9 203:13 237:11

**started** 21:23 29:13 34:12,14 37:10 39:19 46:15 64:3 93:3,16,23 104:9 117:16,17 152:14 208:5,20 211:20

**starting** 24:2 39:21 77:22 99:14 117:7 128:2

**starts** 245:12

**state** 5:10,19 10:10 31:15 87:24 88:3,11,13 182:5

**stated** 124:23

**statement** 165:9,10 190:18 203:6,8

**states** 182:4

**status** 52:3 257:10

**step** 23:12 112:21 136:5 138:17 145:8 149:14 155:13,14 168:15 169:6,17 182:7 195:14 229:1 247:7,9,13 248:19

251:1

**Stephen** 227:9, 12 230:2

**steps** 13:20,23 46:19,20 47:13 50:9,21 53:24 54:11,22 116:17 183:21 234:1 258:21,23 261:5

**stole** 12:13

**stone** 119:14,15 141:24 143:8,10,11, 23 144:8 149:5 163:17 164:20,21, 22,23 168:17 172:21 173:6,10 183:13 187:20,21 190:9 194:7,8,12 199:24 202:24 231:1 248:13,14 249:18,19,22,23 251:3

**stones** 117:4,9, 10,12 134:20,22 136:23 137:5 138:11,16,20 139:2, 9,13,23 140:7 141:8,14 142:4,7,9, 14,18,22 143:7,17, 18,22 144:4,5,11, 17,20,23 145:10,15, 17 146:13,16,20,24 147:4,16,17 148:1, 4,5,10,15,17 149:8, 12,17,20 150:6,20 151:7,17,22 152:9, 13,15,17,22 153:4, 18,23 154:13,16,21 155:3,17 157:20 158:1,15 159:14,18, 21 160:1,17,23 161:3,11,19 163:15, 24 164:9,14 167:19, 20,23 168:3,6,12 169:1,9 170:3,9 174:3,6,17 175:3,20 176:7 179:18 181:23 187:3 193:13,23 197:16, 23 198:3,4,6,8,13 204:24 205:2,5,9

212:14,22 224:2,3,4 230:23 231:5 233:8 247:1,2 249:20 257:14

**stop** 19:2 25:5 108:3 110:8 111:14 157:21 193:15 244:12 249:10

**stopped** 64:2

**story** 129:19

**straight** 101:23 102:15

**stream** 215:2

**strike** 203:13

**strip** 126:11

**strive** 81:22

**Strom** 4:6,9 9:9 11:1,5,6,14 12:8 15:13,14 17:17 19:17 21:6,9 35:22 36:6,22,24 42:3,8, 12,15 44:12 48:15 69:14,19 70:5 71:4 74:16 75:2 77:10 83:11,22 84:5 85:9 92:7 93:1 108:20,21 110:12 116:13,15 119:1,10 123:11,13 133:9,11,24 134:4,5 139:21 142:10,12 146:5,10 149:18,19 150:15,18 170:21 171:9 174:24 176:15,18,21 177:7 178:15 181:7,16 182:12,16 183:8 184:5,18 185:23 187:12 188:20 189:1,3,11,21 191:3,12,20 195:24 196:2,7,14 200:3 204:13 206:12 207:1,18 217:19 220:1 223:6,11,16 229:9 235:10,23 245:4 248:1 255:3,4 257:3 260:12,13,22 262:11,15,22 264:4,

REBECCA EINWOHNER

10 267:19,23 269:7 270:2,14,17 271:6

**strong** 123:17

**struck** 42:12

**structural** 145:19,21 203:3

**structure** 105:5

**stuck** 119:8

**studied** 27:7 28:14

**studies** 18:14 24:2 28:22 47:11, 16,19 50:12 53:23 54:6 59:14 60:11,12 100:16,17 101:12 111:23 113:7 118:3 123:7,8 124:8,10 130:23 131:6,14 132:10,20 133:3 135:7,14 140:3,6,11 142:2 163:23 199:21,22 261:10

**study** 22:13,14, 16,22 23:1,16,19 30:24 62:6,10 117:5 120:18 125:18,19, 24 127:12,15 128:10 129:6 131:16 132:5,12 141:23 177:14 199:13 200:20 242:20 245:17,18 259:9

**studying** 26:21 27:1,4

**stuff** 221:14

**stumbled** 17:20

**style** 80:18,23 81:4

**subdiscipline** 29:7 30:21

**subject** 13:9 14:4 18:7,13 38:13 58:6 136:1 166:5 171:21 230:2 233:13

**submit** 74:1,6

**submits** 74:20

**submitted** 74:10,11,22

**substance** 119:3

**substitute** 24:9, 20,24 25:5,9,21 28:9

**sugar** 123:19,21 129:11 136:16,17 137:12 138:13 140:22 221:12

**suggest** 51:8 62:2 100:19 132:7, 12 143:9 159:10 188:5 224:19 231:18,22 233:7 234:5 235:1 240:15

**suggested** 163:23 170:18 202:23 242:10

**suggesting** 198:7 216:12 224:8

**suggestion** 164:2 179:19 240:3 269:22

**suggestions** 164:23 249:23

**suggests** 135:1 182:2,6,15 200:16 208:18 216:6 218:18 223:21 230:9,10,19,20 231:14 232:22 233:14

**suite** 45:2

**summaries** 54:15

**summarize** 220:17

**summary** 211:7

**supervisor** 76:24

**supervisor/ supervisee** 77:19

**support** 259:24

**suppose** 34:1

**supposed** 155:12 264:24

**surgeon** 163:21 164:6,16 170:14,15 172:3,6,9 174:19,21 175:5,11 232:5,6,9, 10,13

**surgeons** 167:3

**surgeries** 171:12 175:23

**surgery** 86:12 163:19 167:15 174:14 232:10

**surgical** 154:2,3 163:14,20 164:1,5, 12,14,24 165:1,4,8, 9,20 166:8,15,17 168:13,20 169:2,10, 12,14 170:2,5,8,13, 17,19 171:18,23 172:17 173:1 174:1, 5,8,15 175:2,17,19 232:4

**switched** 76:1

**sworn** 4:3

**symptom** 145:4 230:20

**symptomatic** 147:16,17,20 152:5, 12,17,22 153:4,16

**symptoms** 100:14 111:22 112:24 121:12 132:16 148:3 152:15,16,21 153:4 154:16 160:12 214:9,13 233:23 241:18,23 247:18 256:5

**system** 23:14 65:2

**systems** 64:17, 22 214:11 225:23 239:6 240:7 241:10 251:6 252:5

**T**

**T-E-L-E** 237:21, 22

**takes** 104:2

**taking** 55:19 72:21 73:13 75:7 113:12 116:22 138:7 140:19 167:5, 11 207:5 210:8,10, 12,16 225:14 261:5

**talk** 6:6 14:18 16:14 17:5 57:2 87:18,20 98:4 100:14 102:6,21 103:21 105:9 113:18 115:19 146:6 206:13 264:6

**talked** 12:17 14:5 43:23 44:6 45:3 50:8,11,13,14,16,18 67:16,17,18 68:3,6 76:17 81:11 106:3 117:17 132:5,9,11 134:18,19,20,23 135:2 153:9,10,14, 20 154:15 175:22, 23 176:1,5 197:6 216:16 242:24 251:2 255:5 263:5 269:12

**talking** 19:18 45:9 61:19 67:15 100:18 102:4 111:4 116:8,11 138:8 145:9,12,14 152:14 153:3 157:22,23 159:5,8 161:23,24 166:19,20,21 194:13 223:3 229:10 238:15 246:2 248:3

**talks** 221:7

**tasks** 73:13 76:7, 19

**tasty** 110:17

**taught** 25:21

**Taylorville** 98:11,14,15,19,23 99:4,12 102:6 103:8 104:10 114:20,22 115:4,9 228:11,14, 18,20 229:13 230:3 233:14,22 265:12

**Tc** 245:23 246:6,8

**teach** 25:9

**teacher** 24:9 28:9

**teaching** 24:19, 20,22,23 25:1,6

**team** 184:14

**technical** 7:6 59:9 81:13 257:22 259:24

**technician** 126:14 232:24

**techniques** 156:4

**technology** 4:14 43:9,11,16,20 44:2 45:7

**tele** 41:21 45:1 46:1

**teleclinic** 9:19, 20 10:2 16:1 40:7,9, 22,24 41:3,5,14 42:5,17,18,20 43:1 44:3 45:10,13 46:3 49:7,10,11 51:24 52:13,16 54:15 57:4,18 58:1 64:12 65:23 66:16 68:8,12 69:5,11 70:8,19 71:7,12,23 72:2 78:19,21 79:3 80:9 93:21 94:4,18,20 95:6 97:2,7 98:4,8, 13,23 99:3,11 103:9,12 104:10 105:14,22 109:2,12

REBECCA EINWOHNER

111:6,11 114:5,11, 13,21 119:18 124:19 125:10,12, 16,18 126:6 127:8 156:5,7,24 157:23 158:18 162:5,23 193:18 196:20,21 197:1 209:1,11,19 218:16 220:5 222:14 224:13 225:2 235:11 242:8 250:17 255:7 256:14 257:21 261:4 262:4 268:21 269:4

**teleclinics** 50:18 77:23,24 93:17 109:19 159:6 263:6

**teleconferencing** 80:24

**telemed** 200:13

**telemedicine** 6:1 35:5,8 200:9

**telemonitor** 257:24

**telephone** 43:6, 15,19,24 44:6 45:4

**telesession** 238:20

**televisit** 121:8,23 122:5

**telling** 147:9 238:2 242:4

**tells** 71:23 122:22 186:15 203:7 257:10

**temperatures** 53:13

**temporary** 175:10

**ten** 71:1 255:2

**tens** 90:23

**term** 60:13 88:20

**terminology**

183:2

**terms** 21:24 55:5 90:22 116:4 174:5 179:15

**test** 26:17 51:6 112:21 123:14,15, 16 124:5,19,23,24 125:2,4,14 126:7 127:6,13,14,16,20, 22,23 128:19 132:2, 19 171:15 201:13, 14 218:15 220:24 221:1 234:16 247:8 250:6

**tested** 141:3 242:3

**testified** 4:4 11:18 12:2,5 13:9 26:1,6 28:8,21 52:8 60:24 71:15 102:8 158:8 264:19

**testify** 8:8

**testifying** 6:13

**testimony** 11:21 13:17 21:12 57:10 74:3,8 84:7 111:9 135:17,20 139:14 144:14 152:11 158:2 163:1 164:18 168:7 172:13

**testing** 120:13 121:15 123:15 220:24

**testings** 112:4 123:20,21 129:19 201:11 218:8

**tests** 41:12 47:16 50:12 54:1 58:16 60:13 101:10 111:22 112:2,13,16, 17,19 125:15 130:12,16,20 133:3, 4 134:10,11 140:2,3 145:13 164:21 199:6 244:17 245:1 265:3 268:1 269:14

**text** 214:22

**therapy** 153:24 164:10,11 165:3 166:9,12 168:10 172:15,20 173:3 188:7,10 239:17

**there'd** 97:9

**thickening** 236:22 240:7,21

**thighs** 216:17

**thin** 236:21

**thing** 4:16,21 7:23 22:16 36:22 55:23 58:15 80:21 92:16 103:22 118:11 133:1,4 136:9 141:3 156:6 157:22 178:3 181:10,12 183:17 203:6 204:21 252:7 254:8

**things** 22:13,15, 19 24:5,13 32:11 40:5 52:11 53:15,17 55:4,16 57:11,12,13 60:6 62:2 65:19 66:5,6,9,20 67:8,9 73:21 76:17 78:7 81:1,9 100:19 101:8 105:16 107:8 109:23 112:2,13,22 113:2 115:16 116:2 117:3,14,16 118:6 123:17 124:1,11 129:2,4,17 135:16 136:18 139:6,24 140:21 142:2,21,22 143:11 144:23 146:11 147:13 148:1 152:1 156:1 158:17 162:7 178:16 186:16 197:12 211:11 224:18 242:5,14 249:2 251:9 252:4

**thinking** 61:17 66:12

**thinning** 236:20 240:4,16

**Thomas** 186:8

**thought** 89:18 167:23

**three-day** 42:22, 23

**three-patient** 104:10

**threshold** 75:10, 14

**thumb** 107:1 108:9,14,24

**Thursday** 227:8

**tie** 137:2

**time** 5:4 10:1,9,21 16:15 27:8,19 33:5, 24 34:1 37:2 39:14 40:2 41:4 45:9 53:1 58:14 59:6,15 60:14 61:10 62:8 63:11,19 68:7 69:9 70:2,7,9, 12,15,17,20,23 71:7,11,13 72:8,9 73:9 74:1,7,18 75:7 76:4,11,14,20 78:13 87:10,16 92:8 93:23 95:7,15 99:14,17 102:11 103:10,17 104:2,6,22,23 105:9 106:13,22 110:19 111:6 112:18 114:17,18 115:8 116:24 126:6,21 131:23 136:9,15 137:23 139:8,11 171:4 197:22 212:22 215:23 219:2,4 225:1 228:8,10,20 229:6, 19 233:15 234:9,11, 18 240:24 246:15 248:21 256:11 257:13 262:23 270:19

**timeframes** 61:13

**timeline** 29:22

**times** 8:12 12:20 13:1 17:5,7,18 64:10 67:2 73:17

74:4 75:24 79:19 98:5 103:12 114:5, 10 115:6 229:20 241:11,23 261:19 269:24

**timing** 208:10

**Tina** 77:8

**tinge** 241:12 253:3

**title** 5:24 32:5 35:4 77:12 236:1

**today** 4:15 6:8,12 8:4,8 20:18 43:12 57:10 76:12 80:24 93:8 219:24 220:2 222:18 225:20 241:11 247:18 270:23

**today's** 6:18 7:19 14:19,21

**told** 12:6 71:6,10 73:6 87:11 161:13 231:7,8,13

**tool** 125:21

**top** 132:20 177:21 180:22 192:12 207:22 208:1 209:20 219:15 235:12 238:18 239:13 248:17 258:22

**topic** 13:9

**totally** 78:14

**touch** 60:3 100:21 160:4,10 227:4,5

**touched** 97:24

**track** 64:22 210:23

**tracking** 29:21

**tract** 259:16

**traditional** 257:21 259:24

**transcript** 6:21 271:7

REBECCA EINWOHNER

November 20, 2018
Index: transport..variable

**transport** 265:14 266:10,13

**transportation** 191:24 267:9

**treat** 9:14 154:8 174:3 247:10

**treated** 152:10 210:14 212:6 213:11

**treating** 11:11 176:7,11

**treatment** 9:22 13:24 49:16,19 50:14 55:16 146:15, 19 147:14 153:5,6, 8,9 154:13,20 165:11,16 167:18, 22 176:1 181:21 182:4,5,15,19 183:6,12,20 185:15 193:12,16 232:7 258:20

**treatments** 146:14 147:19,23 153:15,17 154:1 176:4,6

**trial** 11:18 13:3

**trials** 28:3

**trouble** 264:5

**truncated** 226:16

**truthfully** 8:8

**tube** 175:5,8

**tubes** 174:11 203:1,20 204:1,3

**Tuesday** 114:12

**two-day** 42:21

**type** 83:4 172:6

**typed** 18:21

**types** 86:11 129:10 149:7 205:7

**typical** 41:14,18 45:12 102:5

**typically** 41:2 103:11 104:21,22 120:14

**typing** 208:20

---

**U**

**UA** 219:23 220:2 222:17 232:19 250:15 251:17 254:12

**ultimately** 164:4

**ultrasound** 140:6 202:18 236:12 237:9,18,23 238:13 239:5,22 240:15 242:21,22 244:23 248:13,17 249:19

**unblock** 154:3

**uncertain** 173:18

**undeclared** 22:8

**undergoing** 257:16

**undergraduate** 21:18

**underlying** 107:17 108:6 142:24 146:18,20 147:15 151:23 153:10 154:8 176:2

**underneath** 238:6

**understand** 6:14,24 7:10,12,16 8:1 9:4 11:15 13:2 16:9 24:12 44:20 46:1 54:23 55:6,10 74:17 78:14 81:9 82:3,7 84:3 93:11 95:3,4 105:4 106:11 114:7 118:19 125:14 130:4 132:22 139:22

**understandable** 55:5

**understanding** 7:15 12:18 43:23 57:17 74:21 84:13 95:5 115:24 120:7, 11 148:12 149:23 166:6 195:7 252:16

**understood** 89:18 149:22 150:20 172:13

**undiagnosed** 108:16 109:3,20 110:2 111:12 146:20

**unemployed** 33:14

**unit** 54:4 65:24 225:18 265:1 266:21 268:14

**units** 225:16,17

**university** 21:19,20,21 22:3 23:14 24:1,4,16 29:5,19,24 30:7 31:12

**unknown** 184:10

**unplanned** 103:6

**unrestricted** 91:6

**unusual** 203:3

**unwell** 105:21

**upcoming** 113:5,6 196:24 256:7 267:13

**update** 61:9 100:4 210:7 211:1

**updated** 83:5 220:24

**upper** 178:24

**ups** 41:17

**urgent** 105:18

**urinalyses** 119:24 136:21 220:8

**urinalysis** 54:8 117:6,18 118:5,10 119:19,22 120:13 121:3 125:2,3,4,10, 23 128:1 134:23,24 135:5,10,15,17,18, 22 136:2,23 138:9, 18 139:1,17,19 140:5,20 141:13 199:10 200:11,24 201:1 219:6,8 221:1,4,21,23 222:10,13 225:20 231:6,7,13,19,20 232:20 233:1 234:20 235:22 242:10,17 243:1 249:21 250:14 251:12,13,22 252:2, 14,21,23 253:9 254:11

**urinary** 140:11 175:7 245:22 252:8

**urinated** 54:10 137:23 201:3

**urinates** 200:21

**urinating** 142:20,21

**urination** 149:6

**urine** 54:10 103:23 107:18 115:22,24 117:4,5, 11 118:2,6,17 120:9,18,22 121:1, 6,9,17,19 122:1,14 123:5,18 124:3,5,7, 8,10,18,23 125:5,6, 17,19,24 126:10,15 127:10,12,15,20,22,

24 128:7,9,13 129:2,6,18 130:21, 23 132:5,12 133:3 134:22 136:14 137:8,10 138:20 140:3 141:6,10,15, 16 142:2 168:22 175:7 187:4 197:14 198:13 199:7,13,21, 22 200:9,20 216:22 221:8,10 230:22 231:17 245:14,17, 18 246:21 247:17 248:3,10 249:19 251:4 252:22 253:4

**urobilin** 221:17

**urologist** 168:19 170:15,17 172:4 182:8 186:24 187:9 232:5

**urologist's** 261:9

**urology** 15:10 168:17 170:10,13, 14 171:5,7 173:5 182:8 183:22 184:12,23 186:12 187:24 193:4 231:2 232:2,3 235:3 254:14,18,23 256:8 258:23,24 259:4 260:4,6,8,24 261:1, 9 266:16

**usual** 4:23

**utilization** 15:9 47:18 48:2 50:17 54:19 58:18 61:1,3 164:2 184:24 185:9 190:5 193:6 227:5, 15,19 228:8

---

**V**

**vague** 42:7 116:12,13 133:8

**Vandalia** 98:16

**variable** 25:12 41:16,20 42:2 56:18

REBECCA EINWOHNER

68:14,17 97:23
105:12 107:4 109:5,
9 111:17,20 114:24
115:11 139:3
141:20 148:5,7,9,13
149:9 150:8 151:9,
16,22,24 152:12
165:12

**variables** 107:6
112:10 113:21
116:3,4 132:23

**varied** 40:2
152:11 222:3

**variety** 32:11
123:17

**vary** 149:1

**vascular** 167:3

**verbal** 62:23 63:1
87:7

**versus** 18:14

**veto** 269:3,6

**video** 19:3 43:2,7
44:1,7,24 45:5 57:6
64:6 95:2

**Vienna** 98:18

**view** 109:17

**Virginia** 90:5

**visible** 120:8,9,17
121:2,6 122:10
126:19 128:6

**visit** 42:4 43:6,14,
18 45:16,21,22 46:2
53:1 55:22,23,24
56:7,10,15,17 57:8,
10 58:1,4 59:15
64:12 68:13 69:11
70:4,8,19 71:8,12
72:2 87:17 95:6,13
96:24 97:22 99:4,11
100:22 103:9 108:7
109:2 111:22,24
112:23 119:17,21
120:3 121:1,12,13
127:8 128:2 131:19
140:4,10 186:17
209:1,4,5,17,18,21

210:13 211:10,14,
22 213:24 217:15
218:1,9,16,21,23
219:1,13,17,19
220:5 236:8 237:9
238:6 242:8 244:13,
24 246:16 248:21
254:20 255:15
258:22 259:22,23
267:5,9

**visited** 9:18

**visits** 41:21
42:17,18 43:2,8,9
45:10 46:21 57:18,
20,21 66:4 67:1,2
68:20,23 71:23 72:2
78:19 79:3 80:10,13
81:23,24 97:2,8,11,
13 102:8,15 103:13
106:4,13 111:7,10,
11 125:16 140:11
243:8 266:16

**visual** 5:3 43:8

**vital** 100:9

**vitamin** 200:11
201:14 219:3 225:6,
8,14

**voice** 17:16 83:7

**voided** 215:9

**volume** 5:7 54:9

**volunteer** 33:9,
11,16 34:4,6

**volunteering**
34:10

## W

**wait** 95:15

**waiting** 12:23
95:19

**waived** 271:11

**wall** 196:18 197:9,
10 236:22 240:6

**wanted** 89:19

**wanting** 252:19

**water** 7:20 113:11

**waterfront**
113:4

**watery** 123:17
124:4 221:7

**wave** 153:24
164:10,11 165:3
166:9,12 168:9
172:15,19 173:2
186:14,21 187:14
188:7,10 192:4,20
239:17

**ways** 62:7 157:14

**Wednesday**
253:12

**week** 36:2,12
38:17 39:12,13,23
40:1,2 41:2,15,18
42:5,16,21,22,23
57:16 73:1,12 75:22
76:2 78:13 79:9,13,
16,23,24 114:6,10
115:7 263:7,24

**weekly** 72:24
75:13 227:20
231:22

**weeks** 73:5 89:7
230:22 241:11
253:2 267:15

**Weller** 10:19,20
13:6 14:3

**West** 90:5

**Wexford** 5:22,24
9:12 34:12,16 35:4,
9,24 36:3,9,13 37:8,
14 38:4,13 39:1,3,
11,18,21 40:5,17,18
47:6 48:5,8,18 49:1,
21 51:1,5,9,12 52:6
61:8 69:3,8 70:2,6
71:6,10,18,23 72:8,
11,17,20 73:24 74:7
75:21,23 76:5,11
83:19 84:9,11 86:24
87:11 90:2 91:12,
14,17,21 92:1,3

93:5,22 154:23
155:7,9,20 158:8,10
166:22 168:1,16
171:21 185:10
202:6 227:15 228:2,
13 229:14

**Wexford's** 47:24

**Whitacre** 260:9

**white** 131:1,9
132:14

**whites** 128:15
129:10 222:3

**William** 4:11 15:3
21:9 230:3

**wipes** 201:9

**withdraw** 40:10
42:13

**wondering**
44:21 45:8 76:10
80:20 83:16 84:10
91:20 94:9 105:6
106:5,13 114:9
139:24 144:1
148:22 152:20
153:5 165:6 168:11
208:9,15 212:24
218:20 225:6 268:5
269:13

**word** 17:21 31:5
44:17 152:5 163:4
197:24 214:20
215:4 219:7,10
220:21,22 237:20
258:15

**word-for-word**
238:7

**words** 94:14
137:18 187:18
243:11 258:9

**work** 4:9 5:7
22:13,15,17 30:6
31:13 32:2,10,13
36:3,9 37:21 39:18
50:16 52:2 73:2
76:13 77:23,24
78:9,22 80:8 82:6
83:5 91:23 105:1

**workday** 105:5

**worked** 28:9,10
32:11,12 34:5 37:4
54:18 61:7 73:3
87:15 229:14

**working** 34:1,12
35:3 37:11 39:19,23
40:4 79:17 82:11
83:3 111:18 168:1

**works** 95:11
227:14

**worry** 35:19 64:5
207:13

**wrap** 44:10,23
72:5 100:22 103:15

**write** 32:20 34:2
47:20 198:18
211:10 232:19
241:16,24 250:3,21
261:14

**writing** 32:13,24
33:2,7 50:13 208:24

**written** 94:13
161:9 163:10
166:11 173:19,22
183:18 202:11
250:12 253:10
255:9

**wrong** 67:21 97:1
136:9 239:10

**wrote** 194:2
201:22 230:8
232:15 251:17

## X

**Xerox** 227:1

## Y

**year** 23:13,16,19
24:7 26:7,8,11
29:16 38:23 86:22
88:22,24

REBECCA EINWOHNER

**yearly** 38:18

**years** 8:16 10:18
13:8 22:1 29:17
30:10 32:1,22 34:8
51:2,4,9 58:11,12
61:6,7 77:21 78:3
84:13 215:6 268:9

**Yellow** 124:4

**yesterday** 11:3
223:4 241:13 251:7