EXHIBIT D   E-FILED
Friday, 25 October, 2019  09:59:51 PM
Clerk, U.S. District Court, ILCD

Atkinson-Baker, Inc.
www.depo.com

```
 1              U.S. DISTRICT COURT FOR THE
      CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION
 2

 3    WILLIAM KENT DEAN,

 4    Plaintiff,               No. 17-cv-3112
                               Judge Sue E. Myerscough
 5    v                        Magistrate Judge
                               Tom Schanzle-Haskins
 6

 7    WEXFORD HEALTH SOURCES, INC.,
      DR. ABDUR NAWOOR and UNKNOWN
 8    HEALTHCARE EMPLOYEES,

      Defendants.
 9

10    DEPOSITION DUCES TECUM OF DR. NIVEDITA DHAR
      taken on Monday, the 23rd day of September, 2019 at 400
11    Renaissance Center, Suite 2600 Detroit, MI 48243 1:00
      p.m.
12

13    APPEARANCES:

14    For the Plaintiff:       Nathaniel K. S. Wackman
                               Jenner & Block LLP
15                             353 North Clark Street
                               Chicago, IL 60654
16                             nwackman@jenner.com
      For the Defendant:       Joseph N. Rupcich
17                             ARDC No. 6283899
                               CASSIDAY SCHADE LLP
18                             111 North Sixth Street,2nd Floor
                               Springfield, IL 62701
19                             (217) 572-1714
                               (217) 572-1613 (Fax)
20                             jrupcich@cassiday.

21    For the Defendant:       Jeremy Tyrell
                               Assistant Attorney General
22                             500 S. Second St.
                               Springfield, IL 62701
23                             jtyrell@atg.state.il.us

24    Reported By:             DONALD HANDYSIDE

25                             CER 1464
```

Page 1

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

I N D E X

WITNESS:                                    PAGE
DR. NIVEDITA DHAR:
        Direct Exam by Mr. Rupcich          3
        Cross Exam by Mr. Tyrell            117
        Cross Exam Mr. Wackman              121
        Redirect Exam by Mr. Rupcich        128


EXHIBITS
        Def. #1 CV                          6
        Def. #2 AMFS Invoice                33
        Def. #3 Report                      37
        Def. #4 Index of Materials          40
        Def #5 Strom email                  45

Page 2

---

- - -

(Witness sworn by Notary Public)

DIRECT EXAMINATION

BY MR. RUPCICH:

Good afternoon. My name is Joe Rupcich, I'm an attorney. I represent Wexford Health Sources, Dr. Nawoor, Dr. Ein Wohner, Kathy Galvan.

Q   Could you please state your name?

A   Nivedita Dhar.

Q   Spell it for the court reporter please?

A   N-I-V-E-D-I-T-A D-H-A-R.

Q   What's your business address?

A   It's 4160, John R, Detroit, Michigan.

Q   And what's that?

A   That's our office, I just started there on August 1st. I believe it's 4160.

Q   That's fine, and what is that location?

A   Harper Pro.  Harper professional building.

Q   And you work for whom as of August 1st?

A   Detroit Medical Center.

Q   Have you ever been deposed before?

A   Yes.

Q   I'm not going to waste your time with the ground rules.  If you need to break in any point, just let me know.  I'll just ask that you answer the

Page 3

---

question, then we can take a break to stretch your legs or whatever, okay?

A   Okay.

Q   What's your profession?

A   I'm a urologist.

Q   That means you're a medical doctor?

A   Correct.

Q   What state you are licensed in?

A   Michigan.

Q   Any others?

A   No.

Q   Have you ever been licensed in any other states?

A   Yes.

Q   Which ones?

A   Ohio, Maine.

Q   Ohio and Maine?

A   Hmm.

Q   You have to say yes or no?

A   Yes.

Q   And those licenses in Ohio and Maine have lapsed as of now?

A   Correct.

Q   How long have you continuously been licensed in some states to practice medicine?

A   Ten years.

Page 4

---

Q   Is that ten years since you graduated from medical school?

A   No.  That's ten years from when we came back from Switzerland.  So, ten years in Michigan.

Q   Were your Ohio and Maine licenses overlapping with the time you've been licensed in Michigan?

A   Yes.

Q   Okay. So, for the last ten years, you've been licensed in Michigan, but previously also licensed in Ohio and Maine?

A   Correct.

Q   And you said you were in Switzerland, was that for your fellowship?

A   Correct.

Q   So, when you completed that, then did that make you eligible to obtain a medical license in the United States?

A   I did my residency in Cleveland.  So, that made me eligible to get the medical license.

Q   You can have a license in residency?

A   Yes.

Q   Okay. Have any of your licenses ever been suspended or revoked?

A   No.

Q   Have you ever personally been named in a lawsuit?

Page 5

---

2 (Pages 2 to 5)

Dr. Nivedita Dhar
September 23, 2019

**Page 6**

1  A  No.
2  Q  Alright doctor.  I'm going to hand you what I've
3     marked as deposition exhibit 1, was provided to me
4     as your CV.  I ask you to take a look through it and
5     verify that it's yours and that it is current up to
6     today?
7  A  It is mine and it is current.
8     (Whereupon Exhibit 1 was marked for the record)
9
10 Q  And you said you are currently employed at Detroit
11    Medical Center?
12 A  Correct.
13 Q  And that's as of August 1st?
14 A  Correct.
15 Q  Prior to that, where were you employed?
16 A  Wayne State University.
17 Q  Are you no longer employed at Wayne State?
18 A  Correct.
19 Q  How long were you Wayne State?
20 A  Ten years.
21 Q  What was your job at Wayne State?
22 A  A urologist.
23 Q  Did you have clinical responsibilities?
24 A  Yes.
25 Q  Did you have teaching responsibilities?

**Page 7**

1  A  Yes.
2  Q  Did you have research responsibilities?
3  A  Yes.
4  Q  Anything else?
5  A  Administrative.
6  Q  Okay.  Administrative, teaching, research, and
7     clinical duties?
8  A  Correct.
9  Q  Was that consistent over the ten years you were at
10    Wayne State?
11 A  Yes.
12 Q  Is your current position at Detroit Medical Center
13    differ from your position at Wayne State?
14 A  No.  I have residents in the same four things.
15 Q  Residents of what?
16 A  Urology.  The teaching, the clinical,
17    administrative, and research, in four.
18 Q  Is the breakdown of time you spend in each of these
19    four areas similar at Detroit Medical Center to what
20    it was at Wayne State?
21 A  Correct.
22 Q  Can you give me an approximation of how your time
23    breaks down among those four categories?
24 A  Yes.
25 Q  Please do?

**Page 8**

1  A  Okay. So, the first category is clinical.  So,
2     that's about 85%, and the clinical includes the
3     teaching.  I'm a clinical professor.
4  Q  Meaning you see patients with residents?
5  A  Yes.
6  Q  So, there's no I guess the words didactic as far as
7     you're in a classroom teaching?
8  A  There is two hours of didactics a week.
9  Q  At Detroit Medical Center?
10 A  Yes.
11 Q  And did you have didactics at Wayne State?
12 A  Yes.
13 Q  How much?
14 A  Two hours.
15 Q  But it's impossible to separate out your clinical
16    and your teaching other than those two hours of
17    didactic, is that what I'm understanding?
18 A  Yes.
19 Q  Because, they're inextricably connected?
20 A  Correct.
21 Q  To the type of patients you see at Detroit Medical
22    Center differ from the type of patients you saw at
23    Wayne State, and by type of patients, I mean medical
24    issues?
25 A  No.

**Page 9**

1  Q  Is there particular focus you had at Wayne State
2     within the field of Urology?
3  A  No.  I mean I do general urology and female urology
4     and neurologic oncology.  I don't do infertility.
5  Q  So, you would see patients presenting with general
6     urologic problems as opposed to patients with a
7     specific condition would be sent to you, is that
8     correct?
9        MR. WACKMAN: Objection Form.
10       MR. RUPCICH: Do you understand my
11       question?
12       THE WITNESS: I don't understand.
13 BY MR. RUPCICH:
14 Q  Alright.  So, I don't know how they divide up
15    clinical duties at Wayne State.  Perhaps one doctor
16    sees all the bladder cancer patients, one doctor
17    sees all of the prostate issue patients or do you
18    see patients generally with any type of condition.
19    Does that make more sense?
20 A  Patients can seek you out, but I take care of
21    everything except infertility.
22 Q  Everything except infertility.  Are you a surgeon?
23 A  Yes.
24 Q  How much of your time is spent doing surgery versus
25    in the office setting?

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

1   A   That varies by the week.  I may say 30% in the OR.
2   Q   Of that 85% clinical, 30% might be OR?
3   A   Correct.
4   Q   Your research responsibilities, how much of the
5       remaining 15% of your time does that take?
6   A   10%.
7   Q   And then 5% administrative?
8   A   Yes.
9   Q   So, in a typical week, explain to me did you
10      research tasks on a weekly basis or is it particular
11      time period during the year that you do it or how
12      does that work?
13  A   It's based on the grant cycles.
14  Q   Okay.  Meaning whether you're working off a funding
15      that came from a particular grant?
16  A   Correct.
17  Q   Do you apply for grants?
18  A   Yes.
19  Q   And you write those applications?
20  A   In conjunction with my team.
21  Q   What is your team?
22  A   So, we have engineers from Cleveland and engineers
23      from Switzerland.
24  Q   Engineers meaning?
25  A   Electrical engineers and mechanical engineers, and I

Page 10

1       guess nano engineering.
2   Q   Is this related to medical device technology and
3       development?
4   A   Yes.
5   Q   Is your research grants that you apply for and that
6       you work on tend to be related to development of
7       medical devices?
8   A   Yes.
9   Q   For urologic problems?
10  A   Correct.
11  Q   Such as?
12  A   Incontinence.
13  Q   Incontinence is one of the focuses of your research?
14  A   Yes.
15  Q   Anything else?
16  A   No.
17  Q   Have you done any research grants? Have you worked
18      on any projects funded through research grants for
19      anything other than incontinence?
20  A   On grants?  No.
21  Q   What about other research that wasn't grant funded?
22  A   Yes.
23  Q   Tell me about that?
24  A   We've worked on Arabic women and you know there's a
25      huge Arabic population here and their guidelines for

Page 11

1       cystoscopy and in language barriers related to that.
2   Q   You've seen male patients, right?
3   A   Yes.
4   Q   Any other research you've been involved in?
5   A   In the past?
6   Q   Past, present.
7   A   I've done a fair amount of research on bladder
8       cancer, especially lymph node dissections.  On
9       prostate cancer again focusing on lymph nodes and
10      then on penile prosthesis and kidney stones.
11  Q   You've done research on kidney stones?
12  A   Yes.
13  Q   Explain that to me, like what?
14  A   We looked at patients who had undergone bariatric
15      surgery to see what their incidence of kidney stone
16      formation was after the reversal of their bariatric
17      surgery.
18  Q   Yeah.  You have to keep your voice up.
19  A   Oh, sorry.  After the reversal of the bariatric
20      surgery.
21  Q   When was that?
22  A   I will have to look it up.  It's going to be one of
23      the abstracts here.  I did a fair amount of research
24      on vasectomies too.  It is noted there.  Kidney
25      stone research in 2005.

Page 12

1   Q   What page you are at?
2   A   There's no page numbers on this.
3   Q   Under what number?
4   A   It's number 19.
5   Q   Under what subheading?
6   A   Published abstract and then I believe there was a
7       manuscript too.  Well, I looked at shockwave
8       lithotripsy, that's #24 under peer-reviewed
9       publications and then #23 is the one about kidney
10      stones in patients after their bypass reversal.  So,
11      those are the two published manuscripts.
12  Q   You said it was 23 and 24?
13  A   Yes.
14  Q   What's bypass reversal?
15  A   So, that's when the patient elects.  So, they
16      undergo jejunoileal bypass, and that is a general
17      surgery procedure.  We don't do the reversals.
18      Neurosurgeons do them.  So, when they're having so
19      many complications from it that they elect to
20      undergo a reversal.
21  Q   Well I assume there was some anecdotal evidence of
22      an increase in stone formation among these people
23      that you wanted data on, is that what you were
24      doing?
25  A   So, after the original surgery, a bypass, you are at

Page 13

4 (Pages 10 to 13)

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

| | |
|---|---|
| 1  a metabolic risk for increased formation of renal | 1  **Q  Is that one of the known risks of electromagnetic** |
| 2  function.  We wanted to know once it was reversed. | 2  **shockwave lithotripsy?** |
| 3  **Q  Increased renal stone formation?** | 3  A  ESWL.  Yes. |
| 4  A  Yes.  After a bypass. | 4  **Q  And how was that analysis done, was that a data** |
| 5  **Q  Understood.** | 5  **analysis like a retrospective study record?** |
| 6  A  We wanted to know once you reverse the bypass, what | 6  A  Yes. |
| 7  happens to that risk. | 7  **Q  How many patients were in that?** |
| 8  **Q  Whether it leveled off or remained elevated?** | 8  A  Yeah.  I don't recall.  That was a large number. |
| 9  A  Correct. | 9  **Q  Large number.  What was the diagnostic method for** |
| 10  **Q  How was that study done retrospectively or was it a** | 10  **determining the presence of a subcapsular hematoma** |
| 11  **meta-analysis?** | 11  **following the lithotripsy?** |
| 12  A  It's retrospective. | 12  A  Radiographic imaging. |
| 13  **Q  So, there was no tests run on patients post** | 13  **Q  X-ray?** |
| 14  **procedure by your group to determine presence of** | 14  A  Correct.  A form of radiographic imaging. |
| 15  **stones or recurrence of stones, you just looked back** | 15  **Q  So, would you just have to hunt through the records** |
| 16  **at records that were available?** | 16  **of patients who have this lithotripsy to see if they** |
| 17  A  Correct. | 17  **had a subsequent abdominal film?** |
| 18  **Q  Do you recall in performing this, it's a data** | 18  A  All patients at the Cleveland Clinic have subsequent |
| 19  **analysis you did then right?** | 19  imaging after an ESWL. |
| 20  A  Correct. | 20  **Q  As part of the?** |
| 21  **Q  How the recurrence of stones was determined?** | 21  A  Follow-up. |
| 22  A  Radiographically. | 22  **Q  Okay.  How long after is the standard that you would** |
| 23  **Q  Does that mean x-ray?** | 23  **do that follow-up x-ray?** |
| 24  A  Yes. | 24  A  I would have to pull up the paper. |
| 25  **Q  Any other way?** | 25  **Q  Is that ever done using sonogram?** |

<table>
<tr><td>Page 14</td><td>Page 16</td></tr>
</table>

| | |
|---|---|
| 1  A  With radiographic demonstration. | 1  A  I believe it was sonogram, but I'd have to pull up |
| 2  **Q  Would that be patients who had incidental finding of** | 2  the paper. |
| 3  **stones on subsequent x-rays or don't know, you just** | 3  **Q  Okay.  So, there's a difference between an x-ray and** |
| 4  **have the film, so you look?** | 4  **a sonogram, right?** |
| 5  A  So, the N is really low.  The N is only if I recall | 5  A  Right.  X-ray of the KUB.  I think that's what |
| 6  five patients.  It was a very low N. | 6  you're? |
| 7  **Q  "N" means?** | 7  **Q  Right.** |
| 8  A  The number of patients. | 8  A  Yeah, when I say radiographic imaging, I'm just |
| 9  **Q  So, you had five patients?** | 9  including all modalities, x-ray, ultrasound, CT |
| 10  A  Yeah.  It's a very, very low number.  So, we just | 10  scan, all imaging modalities. |
| 11  reviewed their charts. | 11  **Q  What imaging modalities were used in this #24 on the** |
| 12  **Q  Were you able to draw any conclusions from five** | 12  **analysis of subcapsular hematoma, is that all** |
| 13  **patients?** | 13  **imaging modalities?** |
| 14  A  We're unable to draw any significant conclusions but | 14  A  I would have to pull up the paper that is from 2004. |
| 15  we would have suggestions. | 15  **Q  Okay.  You don't remember as you say it?** |
| 16  **Q  Tell me about 24?** | 16  A  No. |
| 17  A  Is that a specific question? | 17  **Q  That's alright. The standard follow-up for someone** |
| 18  **Q  Yeah. I want to know what this publication is about?** | 18  **post lithotripsy at -- did you say we're talking** |
| 19  A  So, we looked at patients who had undergone | 19  **the Cleveland Clinic -- was what diagnostic test?** |
| 20  shockwave lithotripsy for kidney stones, and we | 20  A  At that time, it was a renal ultrasound. |
| 21  wanted to do a multivariate analysis to determine | 21  **Q  A renal ultrasound.  Do you know as you sit here on** |
| 22  which patients were likely to develop a subcapsular | 22  **the study on stone formation post bypass reversal in** |
| 23  hematoma? | 23  **23, what the specific diagnostic film used on those** |
| 24  **Q  What's a subcapsular hematoma?** | 24  **five patients was?** |
| 25  A  It's a bleeding around the kidney. | 25  A  For when they had a stone recurrence? |

<table>
<tr><td>Page 15</td><td>Page 17</td></tr>
</table>

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

**Page 18**

1 Q   To determine the recurrence of the stone?
2 A   No, I don't recall.
3 Q   Would that have been a standard follow-up that
4    those tests would have been done?
5 A   The imaging, no.
6 Q   So, how do you find a diagnostic film on a patient
7    post bypass reversal, is it just if they had one
8    then you look at it, but there's no specific
9    timeframe on which they have it as part of their
10    post reversal? Does it makes sense?
11 A   Yeah.  I don't know, because the reversal is done by
12    the general surgeon.
13 Q   Have you done any research on kidney cancer?
14 A   No.
15 Q   At Wayne State, did you see patients with kidney
16    cancer?
17 A   Yes.
18 Q   Do you see patients with kidney cancer at Detroit
19    Medical Center?
20 A   Yes.
21 Q   Do you manage kidney cancer or is that done by like
22    a medical oncologist?
23 A   That depends on the size and location of the mass.
24    It's done in a team approach or only by a urologist.
25 Q   You are a urologist, correct?

**Page 19**

1 A   Yeah.
2 Q   Are you considered an oncologist?
3 A   No.
4 Q   All right.  You haven't done a residency fellowship
5    in Oncology or have you?
6 A   So, my residency is in Urology, and then I did extra
7    training so in Urology when I was training.  The
8    fellowships were not certified.  The only one that
9    was Pediatrics.  I think now things are different.
10 Q   What does that mean certified?
11 A   You can get additional training, but that doesn't
12    mean you take an exam when I did it.
13 Q   And that was in the early 2000?
14 A   Or 2006, yeah.
15 Q   Okay.
16 A   I don't know what it is now.
17 Q   Are there residences and fellowships specifically in
18    like Medical Oncology or Radiation Oncology or some
19    type of Oncology?
20 A   From Urology?
21 Q   No.  Just general.
22 A   Yes.
23 Q   I'm trying to understand the overlap between Urology
24    and Oncology, can you help me?
25 A   I don't know.

**Page 20**

1 Q   You don't know the overlap between Urology and
2    Oncology?
3 A   I know the overlap.  I don't know how to help you.
4 Q   You can't explain it to me?
5 A   What part of it do you, because Medical Oncology
6    goes through Medicine, and Radiation Oncology I
7    believe goes through Medicine too, whereas we go
8    through Urology.  So, our base training is
9    different.  Their base training is in medicine, our
10    base training is in Urology.
11 Q   Meaning like Internal Medicine?
12 A   Medical Oncology does Internal Medicine, then does
13    Oncology.
14    (Whereupon an off the record discussion took place)
15
16 BY MR. RUPCICH:
17 Q   Okay.  So, if I'm understanding a medical oncologist
18    would have gone through Internal Medicine training
19    and then oncological training?
20 A   Correct.
21 Q   And urologists are trained in Urology and do their
22    residency and fellowship in Urology?
23 A   Correct.
24 Q   So, as a urologist, you manage certain cancers,
25    correct?

**Page 21**

1 A   Correct.
2 Q   How does that split happen where some malignancy is
3    managed by Urology versus being sent to Oncology?
4 A   Or working together. It depends on the size and the
5    location of the mass.
6 Q   Are more complex cases referred to Oncology or does
7    it depend on the treatment necessary?
8 A   On the treatment, and the more complex ones.
9 Q   Do you prescribe chemotherapy?
10 A   No.
11 Q   So, if a patient needed chemotherapy, that would be
12    a situation where you would send them to Oncology?
13 A   Yes.
14 Q   If a patient needed radiation, you send that to
15    Oncology?
16 A   To a radiation oncologist.
17 Q   If a patient needs immunotherapy, do you do that?
18 A   No.
19 Q   Goes to Oncology?
20 A   Yes.
21 Q   You can I guess resect tumors?
22 A   Yes.
23 Q   Is your management of cancer malignancies limited to
24    those that can be treated surgically or observed?
25 A   We do observation, surgical management, and then we

Dr. Nivedita Dhar
September 23, 2019

**Page 22**

1    also work with oncologist when needed.
2  **Q   Surgery surveillance and then a team approach.**
3  A   Multimodal, yes.
4  **Q   As far as when Oncology is not involved, though this**
5  **can be done with surgery, we don't need salvage**
6  **chemo or radiation.  We can take care of a localized**
7  **tumor surgically, that would be Urology?**
8  A   Yes.
9  **Q   Or it's a small mass that is not a surgical or a**
10  **situation needing chemotherapy radiation, you can**
11  **surveil that tumor without Oncology, is that right?**
12  A   Correct.
13  **Q   Now I understand. Have you ever done a procedure of**
14  **the type done on Mr. Dean, the radial nephrectomy**
15  **under deep hypothermic arrest?**
16  A   Not as a staff.
17  **Q   What does that mean?**
18  A   I did it as a resident.
19  **Q   One time?**
20  A   No.  More than once.
21  **Q   This was at what facility?**
22  A   The Cleveland Clinic.
23  **Q   Is it a uncommon procedure in your experience?**
24  A   Yes.
25  **Q   How many times have you come across it in your 10**

**Page 23**

1    years as a urologist?
2  A   With the level of the IVC thrombus that Mr. Dean
3  had?
4  **Q   Yeah.**
5  A   After they trimmed, I haven't seen one in the last
6  10 years at that level.
7  **Q   Had you had a patient who had to go under this deep**
8  **hypothermic arrest, have you had any or your team**
9  **had any cases like that?**
10  A   No.
11  **Q   Your administrative duties, those are approximately**
12  **5%?**
13  A   Yes.
14  **Q   What are those consist of?**
15  A   Coordinating lectures for the residents and journal
16  clubs, educational seminars.
17  **Q   You're professor?**
18  A   Associate.
19  **Q   Associate professor. What levels of professor are**
20  **there?**
21  A   There is three.
22  **Q   Assistant, associate, and professor?**
23  A   Full, yeah.
24  **Q   How long have you been assistant professor?**
25  A   I was an assistant professor for 10 years.

**Page 24**

1  **Q   And now you're an associate?**
2  A   Yes.
3  **Q   How long have you been an associate?**
4  A   Like three months or four months.
5  **Q   Was your leaving Wayne State to go to Detroit**
6  **Medical Center to become an associate professor.**
7  A   No.  I got the associate at Wayne State and then
8  left.
9  **Q   When did you become associate at Wayne State?**
10  A   April.
11  **Q   2019?**
12  A   Yes.
13  **Q   And that means that you were then on tenure track?**
14  A   Not tenured.
15  **Q   Not tenured?**
16  A   I was never on the tenure track.
17  **Q   What's the difference between being assistant and**
18  **associate professor?**
19  A   It's based on your publications, your teaching, and
20  your meetings and talks you give.
21  **Q   Do you supervise anyone?**
22  A   The residents.
23  **Q   How many?**
24  A   Well, there are 3 a year, so 15.
25  **Q   50?**

**Page 25**

1  A   15.  It's about 12 to 15.
2  **Q   Tell me about your board certifications?**
3  A   I'm board certified in Urology.
4  **Q   As of?**
5  A   2010.
6  **Q   So, is that good till 2010 then?**
7  A   Yeah.
8  **Q   Have you sat for any other boards?**
9  A   No.
10  **Q   Do you have any experience in correctional medicine?**
11  A   No.
12  **Q   Never or worked in any kind of correctional setting?**
13  A   No.
14  **Q   Do you have any experience in Internal Medicine?**
15  A   As a medical student, I did a rotation.
16  **Q   A rotation in Internal Medicine?**
17  A   Yes.
18  **Q   How long was that?**
19  A   Three months.  It's a mandatory number.  I believe
20  it's three months.
21  **Q   When was that?**
22  A   In 1998?
23  **Q   Was that three months in 1998, your last clinical**
24  **experience with an Internal Medicine?**
25  A   Yes.

7 (Pages 22 to 25)

Atkinson-Baker, Inc.
www.depo.com

| | |
|---|---|
| 1   **Q**   **What about Family Practice, same?** | 1       MR. RUPCICH: What does it do? |
| 2   A   I think one month. These are mandatory rotations. | 2       MR. WACKMAN: Objection form. |
| 3     I believe Family Practice is one month. I don't | 3       THE WITNESS: It probably has guidelines. |
| 4     recall. | 4       It does advocacy and it holds meetings. |
| 5   **Q**   **Similarly, would have been in the late 90s?** | 5   BY MR. RUPCICH: |
| 6   A   Yes, | 6   **Q**   **Do you hold any position with AUA?** |
| 7   **Q**   **Do you see patients that present with gross** | 7   A   No. |
| 8     **hematuria?** | 8   **Q**   **And its guidelines are for the practice of Urology?** |
| 9   A   Yes. | 9   A   Yes. |
| 10   **Q**   **Is that a common presentation?** | 10   **Q**   **And it has best practice standards for the practice** |
| 11   A   What does common mean? | 11     **of Urology?** |
| 12   **Q**   **Well, something you see on a semi-regular basis as** | 12   A   Yes. |
| 13     **opposed to like for instance this tumor that Mr.** | 13   **Q**   **Is that an online resource?** |
| 14     **Dean had, that you said you've never seen him** | 14   A   Yes. |
| 15     **before.** | 15   **Q**   **Is that something you consult in the course of your** |
| 16       MR. WACKMAN: Objection form. | 16     **practice?** |
| 17   BY MR. RUPCICH: | 17   A   Yes. |
| 18   **Q**   **Didn't she say that, you've never seen one like** | 18   **Q**   **Have you ever served as an expert witness before?** |
| 19     **that, like what Mr. Dean had into the atrium?** | 19   A   Yes. |
| 20   A   As a staff. | 20   **Q**   **How many times?** |
| 21   **Q**   **Right. Hematuria is more common?** | 21   A   Once. |
| 22   A   Yes. | 22   **Q**   **When?** |
| 23   **Q**   **Are you generally referred patients just for** | 23   A   Six or seven years ago. |
| 24     **hematuria, with just that presentation?** | 24   **Q**   **And that was the Boyd case?** |
| 25   A   Yes. | 25   A   Yes. |
| Page 26 | Page 28 |

| | |
|---|---|
| 1   **Q**   **Is that referral generally come from Primary Care?** | 1   **Q**   **What issue did that case involve?** |
| 2   A   Yes. | 2   A   A patient presented to the emergency room with lower |
| 3   **Q**   **Do you subscribe regularly to any publications?** | 3     abdominal pain, and there was potentially a |
| 4   A   Yes. | 4     misdiagnosis by the ER. |
| 5   **Q**   **What do you read? It's not for fun, but for well** | 5   **Q**   **Was there a urologic issue involved?** |
| 6     **maybe it's fun for you, I don't know,** | 6   A   Yes. |
| 7     **professionally?** | 7   **Q**   **Which was?** |
| 8   A   I receive in the mail the Journal of Urology. | 8   A   Testicular torsion. |
| 9   **Q**   **Is that monthly?** | 9   **Q**   **Did you actually testify at trial in that case?** |
| 10   A   I believe so. | 10   A   Yes. |
| 11   **Q**   **Does that have updates in the field or new studies** | 11   **Q**   **And you were retained by the emergency physician?** |
| 12     **or trials or what sort of things does it cover?** | 12   A   Correct. |
| 13   A   It covers studies and trials. | 13   **Q**   **And that's the only case you served as an expert** |
| 14   **Q**   **Is that your main publication that you receive on a** | 14     **witness in?** |
| 15     **regular basis?** | 15   A   Yes. |
| 16   A   It's the publication you get when you're a member of | 16   **Q**   **Before this?** |
| 17     the American Urological Association. | 17   A   Yes. |
| 18   **Q**   **And I take it you're a member of the American** | 18   **Q**   **Do you know what AMFS is?** |
| 19     **Urological Association?** | 19   A   Yeah. I don't know what it stands for, but is that |
| 20   A   Yes. | 20     the agency that I'm working through. I believe |
| 21   **Q**   **And what is that association?** | 21     that's what it is. |
| 22   A   It's an association of the urologists in America. | 22   **Q**   **Okay. How did you come to work through AMFS?** |
| 23   **Q**   **I kind of figured, but it has to be more than that,** | 23   A   I put my name on it. Maybe it's through the AUA. I |
| 24     **right?** | 24     honestly don't know. I don't recall. |
| 25       MR. WACKMAN: Objection form. | 25   **Q**   **Okay. Do you receive correspondence from AMFS?** |
| Page 27 | Page 29 |

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

| | |
|---|---|
| 1  A   No. | 1  A   I don't even remember.  I'm sorry. |

**Page 30**

1  A   No.
2  Q   You don't recall ever signing up to be in their data
3      bank of experts?
4  A   I must have signed up like a long time ago.
5  Q   Did you become involved in this case through AMFS?
6  A   Yes.
7  Q   But this is the first case that you've been
8      contacted about by AMFS?
9  A   I believe there's other cases they may have
10     contacted. I just don't always check my e-mails.
11     They go through e-mails.
12  Q   Were you contacted about this case by e-mail?
13  A   I believe so and a phone call, I think.
14  Q   A phone call from AMFS?
15  A   I believe so.
16  Q   Why do you say you think there may have been other
17     cases?
18  A   Because I just recall getting e-mails, but I don't
19     always open all my e-mails.  So, I don't know if
20     there were cases or they were just sending updates.
21  Q   And you never went back and checked after you became
22     involved in this case?
23  A   No.
24  Q   Do you advertise your services as an expert at all?
25  A   I think I'm on the AUA website?

Page 30

**Page 31**

1  Q   What does that mean you are on the AUA?
2  A   They have an expert witness list too.  I would have
3      to check, but I think I'm on their website.
4  Q   Is that something you would have had to volunteer
5      for?
6  A   Yeah.
7  Q   But you don't remember doing that?
8  A   If I did it, I may have done it like in the past and
9      then just never followed up on it.
10  Q   Have you ever been consulted on any cases as an
11     expert, but not into testifying or giving a
12     deposition?
13  A   Yes.
14  Q   As sort of a consultant?
15  A   Yeah.
16  Q   Okay.  How many times does that happened?
17  A   I think once.
18  Q   When?
19  A   I don't remember when?  I think it was in the Mayo
20     Clinic case.  I didn't write a report.
21  Q   Did you review records?
22  A   I don't remember.  I just remember talking to the
23     attorney.  Maybe he gave me a story, you know the
24     history?
25  Q   Was that through AMFS?

Page 31

**Page 32**

1  A   I don't even remember.  I'm sorry.
2  Q   Were you paid?
3  A   I believe I was for the phone call, yeah.  I don't
4      recall if there were any records.
5  Q   So, you said you've been in practice ten years since
6      you came back from Switzerland, is that right?
7  A   Yeah.
8  Q   Over the course of that ten years, how much of it
9      would you say you were involved in an active lawsuit
10     as some sort of consultant expert?
11  A   While I did the Boyd case.
12  Q   Okay.  How long did that take?
13  A   When I did deposition and then I went to court, and
14     I reviewed the records.  So, maybe, I don't recall,
15     some hours.
16  Q   And then you had another case, where you spoke with
17     an attorney?
18  A   Yes.
19  Q   And then you had this case?
20  A   Yes.
21  Q   Is that the only three you recall being involved in?
22  A   That's the three I recall.
23  Q   Do you know what rate you're charging on this case
24     for your work?
25  A   Yes.

Page 32

**Page 33**

1  Q   Is that a rate you set?
2  A   Yes.
3  Q   How did you come up with that rate, was it set by
4      your employer or is that something you arrived at
5      yourself?
6  A   I think maybe when I signed on it, it was the rate
7      that was suggested.
8  Q   By AMFS?
9  A   Yeah.
10  Q   When you signed on back whenever you first became
11     involved with them?
12  A   Yeah.
13  Q   And what is that rate?
14  A   I think it's 300 an hour.
15  Q   And that's for what, review of records?
16  A   Correct.
17  Q   What about deposition or trial?
18  A   Signed also so long ago.  I would have to check.
19  Q   Do you know how much time you have put into this
20     case up to date?
21  A   Yeah, it was 16.5 hours.
22  Q   16.5 hours?  You have to say yes or no and keep
23     doing that.
24  A   Yes.
25  Q   Doctor I am going to hand you deposition exhibit 2,

Page 33

Atkinson-Baker, Inc.
www.depo.com

1     take a look at it.  I will just ask if you recognize
2     it.
3     **(Whereupon Exhibit 2 was marked for the record)**
4   A   Okay.
5   **Q   Is that a yes?**
6   A   This is the first time I'm seeing this, yes.
7   **Q   That's the first time you've seen that?**
8   A   Yes.
9   **Q   Do you report the time that you've spent to AMFS and**
10   **they generate an invoice?**
11   A   Correct.
12   **Q   Does that invoice track what you reported to AMFS?**
13   A   The hours are correct, is it 16.5?
14   **Q   Looked like it?**
15   A   Yeah.
16   **Q   I didn't see a date on the invoice.  Do you know**
17   **when you submitted your bill for the 16.5 hours?**
18   A   Friday.
19   **Q   So, this bill would be current up to Friday?**
20   A   Yes.
21   **Q   Over what timeframe does this bill encompass you**
22   **having done work from Friday going back to when?**
23   A   When they first contracted me.  I don't recall that
24   date.
25   **Q   Do you have an approximation of when it was?**

Page 34

1   A   It was in August?
2   **Q   August of 2019?**
3   A   Yes.
4   **Q   Was it early August, was it mid August, was it late**
5   **August?**
6   A   Mid.
7   **Q   Okay.  Are these charges in the order that you**
8   **perform to them?**
9   A   Okay.  I looked at the records, and then I believe I
10   discussed with the lawyer.
11   **Q   Okay, so the first thing you did was review the**
12   **records?**
13   A   Yes.
14   **Q   And after reviewing the records, you discussed with**
15   **the lawyer?**
16   A   Yes.
17   **Q   And the review of the records, is that the charge**
18   **for 5.5 hours?**
19   A   Yes.
20   **Q   Do you know what records you reviewed in that 5.5**
21   **hours?**
22   A   The records that were given to me.
23   **Q   The entirety of the records you've reviewed in this**
24   **case were during this 5.5-hour block?**
25   A   Yes.

Page 35

1   **Q   There is a charge for review of literature research?**
2   A   Review of the literature.
3   **Q   What did you look at?**
4   A   American Association guidelines.
5   **Q   The AUA guidelines?**
6   A   Yes.
7   **Q   Any particular guideline?**
8   A   The hematuria and renal mass.
9   **Q   And those would be guidelines for urologists**
10   **confronted with those conditions?**
11   A   Yes.
12   **Q   Did you have an understanding of what your purpose**
13   **was in reviewing these records?**
14   A   As a urologist, yes.
15   **Q   You understanding was you were to review them as a**
16   **urologist?**
17   A   Yes.
18   **Q   To look for what?**
19   A   To look at the presenting symptoms, establishing the
20   diagnosis, and then conducting the treatment.
21   **Q   By another urologist?**
22   A   As the care of the patient.
23   **Q   By whom?**
24       MR. WACKMAN: Objection form.
25       THE WITNESS:  The overall care of the

Page 36

1     patient.
2   BY MR. RUPCICH:
3   **Q   You were to look at it from a urologic standpoint?**
4   A   Correct.
5   **Q   Other than looking at the AUA guidelines, did your**
6   **literature review take you to anything else?**
7   A   I had to look at an article, which might be in my
8   report on the management of renal mass extending
9   into the atrium.  It was in #4 in the radiographic
10   one.  The American Journal of the Radiology.
11   **Q   You're looking at #4 on page 8, Exhibit 3?**
12   A   Yeah, that one I looked up.
13   **Q   O'Connor OJ imaging of hematuria?**
14   A   Yeah.
15   **Q   AJR (American Journal of Radiology) Journal, what**
16   **that is?**
17   A   The Radiology Journal?
18   **Q   It's a Radiology Journal?**
19   A   Yes.
20   **Q   Is that publicly available or did you have to have**
21   **some sort of subscription to get to it?**
22   A   I use Pub Med.
23   **Q   Pub Med?**
24   A   Yeah.
25   **Q   Is that something that you or your employer has**

Page 37

10 (Pages 34 to 37)

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

| | |
|---|---|
| 1 | access to, is that right? |
| 2 | A  I believe we all have access to it.  It's something |
| 3 | you can go Google. |
| 4 | Q  You can google?  I had trouble with some of these |
| 5 | articles.  They would give me the abstract. |
| 6 | A  Okay.  Then, maybe I can pull up the full one |
| 7 | because of worked then.  May be on my desktop I am |
| 8 | able to. |
| 9 | Q  Other than the AUA guidelines and the #4 the imaging |
| 10 | of hematuria, did you look at any other research as |
| 11 | part of your charges in this case for research? |
| 12 | A  No. |
| 13 | Q  Did you look up any research that you didn't billed |
| 14 | for? |
| 15 | A  No. |
| 16 | Q  Did you do anything to prepare for your deposition |
| 17 | today? |
| 18 | A  Yes. |
| 19 | Q  What? |
| 20 | A  I reviewed the records, reviewed my report. |
| 21 | Q  What records? |
| 22 | A  The medical records. |
| 23 | Q  Well, there's about 2,000 pages? |
| 24 | A  The ones from December when he presented with gross |
| 25 | hematuria until the date of surgery in July. |

Page 38

| | |
|---|---|
| 1 | Q  Was it a CT or x-ray? |
| 2 | A  I don't recall. |
| 3 | Q  Okay.  Did it have any significance to you in your |
| 4 | review of this case? |
| 5 | A  No. |
| 6 | Q  Why not? |
| 7 | A  I want to see imaging. |
| 8 | Q  Rather than rely on their reports? |
| 9 | A  Yes. |
| 10 | Q  Is that typical in your practice that you want to |
| 11 | see the actual films instead of relying on the |
| 12 | radiologist? |
| 13 | A  We pull up all our old imaging. |
| 14 | Q  Do you have them over read by Radiology? |
| 15 | A  Yes.  They were read.  We are trained to read |
| 16 | radiographic imaging, particularly for GU. |
| 17 | Q  When you agreed to review this case, it sounds like |
| 18 | you were given some records to look at? |
| 19 | A  Yes. |
| 20 | Q  Where those given to you in paper or electronic |
| 21 | form? |
| 22 | A  Electronic. |
| 23 | Q  I'm giving you a deposition exhibit 4, and my |
| 24 | question is, Jeremy its amended appendix index of |
| 25 | materials plaintiffs expert considered, do you |

Page 40

| | |
|---|---|
| 1 | Q  Did you review the Urology records from Dr. |
| 2 | Severino? |
| 3 | A  Yes. |
| 4 | Q  Did you review them as part of your prep today? |
| 5 | A  Yes. |
| 6 | Q  So you would not have reviewed the Oncology records |
| 7 | to prepare for today, because those were after? |
| 8 | A  Correct. |
| 9 | Q  Did you review any imaging studies? |
| 10 | A  Yes. |
| 11 | Q  Actual film? |
| 12 | A  No. |
| 13 | Q  Reports? |
| 14 | A  Yes. |
| 15 | Q  Would that be Radiology reports from between |
| 16 | December of 2015 and July 2016? |
| 17 | A  Yes. |
| 18 | Q  Did you review any other Radiology reports to |
| 19 | prepare for your deposition other than ones that |
| 20 | fell on that timeframe and identified? |
| 21 | A  This week for preparing for this or just in the 5.5. |
| 22 | Q  I'm just talking about preparing? |
| 23 | A  I reviewed imaging reports of the renal stone.  I |
| 24 | think it was 2015.  There was one imaging report |
| 25 | prior to December 2015. |

Page 39

| | |
|---|---|
| 1 | recognize this document? |
| 2 | A  No. |
| 3 | Q  Okay.  You haven't seen that before? |
| 4 | A  I don't recall seeing this before.  There's a lot of |
| 5 | reference I've reviewed. |
| 6 | Q  Okay.  Well this is a list of records that was |
| 7 | provided to me as having been considered by the |
| 8 | experts in this case.  So, you can take a minute and |
| 9 | look through it, and I'm just trying to get an idea |
| 10 | if these are the records you were provided to |
| 11 | review, and if you want to stipulate to it, we can |
| 12 | cut to it. |
| 13 | MR. WACKMAN:  Yeah, we will stipulate |
| 14 | these records were provided to Dr. Dhar in |
| 15 | connection with her reviewing this case. |
| 16 | |
| 17 | BY MR. RUPCICH: |
| 18 | Q  So, then the 5.5 hours for review on your bill, |
| 19 | that's exhibit 2 would have been to review all the |
| 20 | documents that are listed in exhibit 4? |
| 21 | A  These are the medical records and yes. |
| 22 | Q  Did you review anything besides medical records? |
| 23 | A  There were depositions. |
| 24 | Q  Okay.  So, you read medical records and depositions? |
| 25 | A  Yes. |

Page 41

11 (Pages 38 to 41)

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

**Page 42**

1  Q   Did you read everything they gave you to review?
2  A   Everything they told me to read, yes.
3  Q   Okay.  Were you told to read any specific documents
4      and maybe not others?  I guess, I'm not
5      understanding.
6  A   There were procedure like the collegial process.  I
7      reviewed that also, which is neither medical nor,
8      there were some things just to understand, like
9      Wexford's, it was a policy handout I believe on the
10     collegial process, and then there was a policy
11     handout on diagnoses, but on that one, I only
12     focused on the ones pertinent to Urology.
13 Q   Okay.
14 A   So there was a long Wexford list of the way they
15     managed different diagnosis, and those I only
16     focused on the Urology ones.
17 Q   I see.  Did you review the reports of any other
18     experts in this case?
19 A   Yes.
20 Q   Who?
21 A   There was a primary.  I think he was a primary care
22     doctor, Internal Medicine.
23 Q   Okay.  Do you remember his name?
24 A   No.
25 Q   In this, all would have been from mid August going

**Page 43**

1      forward?
2  A   Yes.
3  Q   Were you given any records initially separate from
4      the whole mass of these or were you just given
5      everything at once?
6  A   I think all the records came at one time.
7  Q   Okay.  Did you ask for anything additional?
8  A   Yes.
9  Q   What?
10 A   I asked for the actual images of the ultrasound and
11     CT scans.
12 Q   Any particular CT scans?
13 A   All of them.
14 Q   When you say all of them, which ones do you mean?
15 A   The ones prior to his presentation of gross
16     hematuria and those after his presentation of gross
17     hematuria in December.
18 Q   And why did you want to see all of the films?
19 A   I wanted to visualize the mass on the CT scans and
20     ultrasounds and to see also the kidney stones.
21 Q   But today you've not seen those?
22 A   I have not.
23 Q   What additional information you believe the films
24     would provide you if you were able to see those?
25 A   I see all the films of all my patients, and I would

**Page 44**

1      want to see all the films of this patient.  I want
2      to see the, we are very radiographic-oriented
3      especially when it comes to renal mass and surgery
4      and I would like to see them.
5  Q   You understand there were CT films done in April and
6      June of 2016 on this patient?
7  A   Yes.
8  Q   You also understand there were some before back in
9      2015 or 2014?
10 A   Yes.
11 Q   And you want to see those as well?
12 A   Yes.
13 Q   What would you be looking for on those?
14 A   On those, I would be looking for a kidney stone,
15     renal masses, renal cysts, hydronephrosis, any renal
16     pathology that I could see radiographical.
17 Q   Other than asking for the actual film, did you ask
18     for any other additional records?
19 A   No.
20 Q   Were you given any sort of timeframe of this case to
21     rely on or did you have to piece it together
22     yourself?
23 A   When my report was to or?
24 Q   No.  When you were reviewing these records, were you
25     given any sort of timeline or key to the records,

**Page 45**

1      where things are or did you have to just start from
2      scratch with the records and figure out what
3      happened?
4  A   I was given that he presented with hematuria, was
5      diagnosed with a renal mass, and had surgery.  That
6      was what I was given but the actual medical records
7      I had to kind of put those things together myself.
8  Q   And so, when you say you were given that he had
9      hematuria, renal mass surgery, did that come to you
10     from the lawyers?
11 A   Or through from AFMS.  They gave me like a small
12     part.
13 Q   In an e-mail?
14 A   Yeah or maybe on their website, I don't recall.
15 Q   Okay doctor, I'm going to give you deposition
16     exhibit 5.  I will ask if you recognize what it is?
17 A   I believe this was an e-mail.
18 Q   Looks like an e-mail from August 28, 2019 from Mr.
19     Strom to you?
20 A   Yes.
21     (Whereupon Exhibit 5 was marked for the record)
22 BY MR. RUPCICH:
23 Q   Did you receive this e-mail?
24 A   Yes.
25 Q   And you remember reviewing it?

12 (Pages 42 to 45)

Atkinson-Baker, Inc.
www.depo.com

| | |
|---|---|

**Page 46**

1  A  Yes.
2  Q  Was this after you had completed your review of the
3  records?
4  A  Yes.
5  Q  Okay.  Now, if you go half way down, it appears Mr.
6  Strom asked you in summary, we would like your
7  expert opinions on the following subjects, and then
8  they give you a list of six things?
9  A  Correct.
10 Q  And then was it your task to go prepare a report?
11 A  I have to look at the dates.  I don't know if the
12 report was done by this date already.  I don't
13 remember when the report was submitted.
14 Q  How would you determine when the report was
15 submitted?
16 A  I would have submitted it.  I just don't remember,
17 because this is August 28th, and I don't recall if
18 this is before or after the report.
19 Q  How could you figure that out?
20 A  By reading the e-mail now or if you could just tell
21 me the date the report was submitted.
22 Q  Well, I don't know.  Submitted to me, I think August
23 30th.
24 A  So, maybe this is before I submitted the report?
25 Q  Is there any way for you to figure that out?

**Page 48**

1  A  Before.
2  Q  So you sent your report after August 28th at 10:22
3  p.m.?
4  A  Yes.
5  Q  And when did you send your report?
6  A  8:29.
7  Q  And then were you able to incorporate the six
8  points?
9        MR. WACKMAN:  Objection, the report speaks
10       for itself.  Seems to me like we're
11       getting into drafts.
12       MR. RUPCICH:  Okay.  That's fine.
13 BY MR. RUPCICH:
14 Q  So, fair to say that you had this before completing
15 your report?
16 A  Yes.
17 Q  When you reviewed the report of the internist you
18 said, you reviewed the report of another doctor,
19 right?
20 A  Yes.
21 Q  Did you have any disagreements with anything in that
22 report?
23 A  I read it briefly. I would have to read it again.
24 Q  Okay.  You've read through the whole thing though
25 right?

**Page 47**

1  A  I would just need someone to tell me when I
2  submitted the report. I honestly don't remember.
3  Q  Did you e-mail it?
4  S  Yeah.
5  Q  Okay.  So, if you look in your sent mail, you would
6  know when you sent it?
7  A  Yes.
8  Q  Is your sent mail on your phone?
9  A  Yes.  Can I do that?
10 Q  You can do that, assuming it's alright with your
11 lawyer.  I mean I don't want to know the substance
12 of your communication.
13       MR. WACKMAN: You can look at it to
14       determine the date that you send the
15       report.
16       MR. RUPCICH:  Yeah, I don't want to know
17       the draft.
18       MR. WACKMAN: The first date.
19 (Whereupon an off the record discussion took place.)
20
21 BY MR. RUPCICH:
22 Q  So, my original question was, this e-mail that you
23 received at August 28, 2019 at 10:22 p.m. from Mr.
24 Strom, was this e-mail, where did it fall in
25 relation to when you had sent your report?

**Page 49**

1  A  It was 20 pages.
2  Q  Right.  So, you didn't read it?
3  A  I read it quickly.
4  Q  Was there anything in it in your quick read of it
5  that you thought seemed incorrect from your logic
6  standpoint?
7  A  No.
8  Q  Have you read report by Dr. Metwalli.  Have you read
9  his report?
10 A  Is he a primary care doctor?
11 Q  No.  He is the urologist?
12       MR. WACKMAN: He's the oncologist.
13 BY MR. RUPCICH:
14 Q  Okay.  Have you read that?
15 A  That I just read it.
16 Q  Okay, when?
17 A  Today.
18 Q  Did you have any disagreements with that?
19 A  No.
20 Q  Do you know either Dr. Barnett or Dr. Metwalli?
21 A  No.
22 Q  Alright.  You have your report.  So, this report
23 came into existence sometime between mid August and
24 around, well let's just say August 30th.
25 A  Yes.

13 (Pages 46 to 49)

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

1  Q   Is this report a complete statement of the opinions
2      you intend to give in this case?
3  A   Yes.
4  Q   Did you use any exemplars or examples to assist you
5      in preparing the report?
6  A   The subtitles, I think that someone gave me, but I
7      filled everything else.
8  Q   Okay. So, you didn't use like a report from another
9      case to say this is how we do want?
10 A   No.
11 Q   Were you asked to make any assumptions about the
12     facts when conducting your review of the case?
13 A   No.
14 Q   If you look at page 1, there's a summary of
15     opinions. Can you see that?
16 A   Yes.
17 Q   And if we compare it to exhibit 5, you were asked to
18     consider where the actions of the defendants were
19     consistent or inconsistent with the applicable
20     standard of care upon first learning of Mr. Dean's
21     complaints of painless gross hematuria in December
22     2015, you were asked to consider that?
23 A   Yes.
24 Q   In your first opinion in the summary of opinions
25     there was an unreasonable delay in urological

Page 50

1      evaluation of the patient?
2  A   Yes.
3  Q   The second thing you were asked to consider is
4      whether the time interval between Mr. Dean's first
5      complaints of painless gross hematuria in December
6      2015 and his first receiving diagnostic testing
7      consistent with the applicable standards of its care
8      was itself consistent or inconsistent with the
9      applicable standard of care, do you see?
10 A   Correct.
11 Q   And your opinion you write that there was an
12     unreasonable delay in appropriate imaging of the
13     upper tracts of the patient?
14 A   Yes.
15 Q   So, your answer to the first two was I guess was
16     yes?
17     MR. WACKMAN: Objection form.
18 BY MR. RUPCICH:
19 Q   Your answer to one was inconsistent with the
20     standard of care, correct?
21     MR. WACKMAN: Objection form.
22     THE WITNESS: Can you please rephrase the
23     question?
24 BY MR. RUPCICH:
25 Q   In #3, you were asked whether the time interval

Page 51

1      between Mr. Dean's diagnosis with cancer by CT
2      imaging in April 2016 and his surgery to remove his
3      cancerous kidney in July 2016 was consistent or
4      inconsistent with the applicable standard of care,
5      right?
6  A   Correct.
7  Q   Your third opinion in the summary of opinions is
8      there was a significant and unreasonable delay in
9      surgical intervention after the renal mass was
10     diagnosed?
11 A   That is my opinion.
12 Q   Right, and then #4 whether the time interval between
13     Mr. Dean's surgery to remove his cancerous kidney in
14     July 2016 is referral to an oncologist for further
15     consultation or treatment in August 2016, or the
16     time interval before receiving cancer fighting drugs
17     in November 2016 were consistent or inconsistent
18     with the applicable standard of care. Did I read
19     that right?
20 A   Yes.
21 Q   And your fourth opinion was there was an
22     unreasonable failure by the primary care team to
23     recognize this patient needs systemic control of the
24     cancer by medical oncologic treatment soon after
25     surgery. Did I read that right?

Page 52

1  A   Yes.
2  Q   Would you agree with me that these first four
3      questions that were posed to you involved whether
4      there was a deviation from a standard of care by the
5      defendants?
6  A   Yes. Correct.
7  Q   And your opinion on each of those four was that
8      there was a deviation from the standard of care?
9  A   There was an unreasonable delay.
10 Q   There was an unreasonable delay on each of those
11     four points?
12 A   Yeah.
13 Q   Now, the fifth thing you were asking considers
14     whether the time intervals described the above
15     affected Mr. Dean's prospects for treatment, his
16     quality of life, or his life expectancy, and if so
17     how? Did I read that right?
18 A   Yes.
19 Q   And you did not list that in your summary of
20     opinions as one of the opinions you intend to give,
21     correct?
22 A   Can you rephrase the question please?
23 Q   Well, what you don't you understand about my
24     question?
25 A   Whether it's from a urologic point of view or an

Page 53

14 (Pages 50 to 53)

Atkinson-Baker, Inc.
www.depo.com

1   oncological, how you're approaching that question,
2   like overall cancer-specific survival or the
3   morbidity of the surgery?
4  Q  **Well, when I look at this, there's a symmetry**
5   **between 1 through 4 and exhibit 5, and the four**
6   **points that you've listed in your summary of**
7   **opinions, you would agree with that right?**
8  A  These are my opinions.
9  Q  **Right, but then there's not a fifth bullet point**
10   **here about the time intervals and how they affected**
11   **the prospects for treatment quality of life or life**
12   **expectancy, right?**
13  A  Well, there was a delay in the diagnosis, and then
14   there's a delay in the surgery, and the surgery is a
15   form of treatment.
16  Q  **Are you not following what I'm saying?**
17  A  I'm not completely. I want to know when you say
18   treatment, do you mean surgical treatment or
19   oncological treatment, like with medical oncology
20   you know with the drugs, systemic treatment or
21   surgery?
22  Q  **You mean when I say whether the time intervals**
23   **described affected Mr. Dean's prospects for**
24   **treatment?**
25  A  Yeah.  How are you defining treatment?

Page 54

1  Q  **Well I didn't write it.  How are you defining**
2   **treatment?**
3  A  I was unclear, because in my mind, I'm thinking
4   surgery, but you know treatment is also oncological
5   too.  It's a multimodal treatment.
6  Q  **Right.  So, if we're talking about surgery, that**
7   **would be within your area of expertise, right?**
8  A  Correct.
9  Q  **If we're talking about oncological treatment, is**
10   **that outside of your area of expertise?**
11  A  That's a multidisciplinary approach.  So, we work
12   with the medical oncologist on that.
13  Q  **Are you able to give oncological opinions yourself?**
14  A  We're not able to administer oncological drugs.
15  Q  **Okay.  So, as to #5 whether the time intervals**
16   **affected Mr. Dean's prospects for treatment, you're**
17   **saying that depends on whether I'm talking about**
18   **surgical treatment or oncological treatment?**
19  A  Because, if it's surgical, I mentioned there was an
20   unreasonable delay.
21  Q  **Okay, and what if it's oncological?**
22  A  For the Onco, that would be for the oncologist to
23   completely answer, but I do mention that he needed
24   systemic control of the cancer by Medical Oncology,
25   that's my fourth point, my fourth opinion.

Page 55

1  Q  **And as far as whether the time intervals affected**
2   **his quality of life, you have any opinions on that?**
3  A  The time interval from gross hematuria to diagnosis,
4   he was having intermittent painless gross hematuria,
5   and there's a quality of life issue there, and then
6   there's from the diagnosis of the mass to the time
7   of surgery, which was also almost three months.
8   There were two delays that would have affected his
9   quality of life.
10  Q  **How?**
11  A  There is the emotional stress of cancer.
12  Q  **Which he wouldn't have had until April when he knew**
13   **he had cancer, right?**
14  A  Correct.  When that was diagnosed radiographically,
15   and then there's also the emotional stress of not
16   knowing what you have.
17  Q  **Do you know he experienced that stress or are you**
18   **just saying that's typical?**
19  A  That's typical.
20  Q  **How does that manifest itself?**
21  A  By repeat attempts to find the diagnosis, repeat
22   presentations that he did.  He repeated I believe to
23   the sick call almost six times in that initial
24   window.
25  Q  **And from that, you infer that he was having**

Page 56

1   emotional.
2  A  Or that he was concerned about his symptom, and that
3   he was aware that there was potentially a diagnosis
4   that he needed to find or that needed to be found.
5  Q  **Was there anything about what you saw in his**
6   **activities that were any different from any other**
7   **patient that you've managed that had these**
8   **conditions, hematuria, kidney cancer?**
9   MR. WACKMAN: Objection form.
10   THE WITNESS: When there's an objection, do
11   I answer the question.
12   MR. WACKMAN: Yes.
13   THE WITNESS: Okay.  I haven't had a
14   patient present to me six times with
15   intermittent pain with gross hematuria,
16   six consecutive times without an
17   evaluation.
18  BY MR. RUPCICH:
19  Q  **Without an evaluation, what does that mean?**
20  A  A urologic evaluation of the upper tracks
21   radiographically and direct visualization of the
22   lower tracks.
23  Q  **By a cystoscopy?**
24  A  For the lower tracts?
25  Q  **And what for the upper?**

Page 57

15 (Pages 54 to 57)

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

| | |
|---|---|
| 1    A   As long as the patient isn't pregnant, they don't | 1    A   Yes. |
| 2    have a contrast allergy, and their renal function | 2    Q   So, he couldn't have an MRI? |
| 3    allows for it then they can have a CT urogram. | 3    A   Correct. |
| 4    Q   There are contraindications for CT with contrast, | 4    Q   Did you say he did have decreased renal function, |
| 5    correct? | 5    but not to a degree that would make CT with contrast |
| 6    A   Yes. | 6    contraindicated? |
| 7    Q   A CT with contrast also uses radiation, doesn't it? | 7    A   He did not have compromised renal function that |
| 8    A   There is radiation involved. | 8    would prevent him from having a CT scan with IV |
| 9    Q   Right, so from my understanding, some patients are | 9    contrast. |
| 10   not appropriate candidates for CT? | 10   Q   Did he have compromised renal function? |
| 11   A   If you're pregnant, if you're allergic, and if you | 11   A   I would have to defer to a nephrologist. |
| 12   have compromised renal function. | 12   Q   So, what criteria you are applying to say that he |
| 13   Q   Okay.  To your knowledge, did Mr. Dean have any of | 13   could have a CT with contrast? |
| 14   those? | 14   A   He ultimately did have a CT with contrast.  That's |
| 15   A   No. | 15   how they diagnosed the mass, and he had one twice, |
| 16   Q   He didn't have a decreased renal function? | 16   and again those criteria are set by the Radiology |
| 17   A   Not to the extent that he cannot have a CT scan. | 17   Department.  So, I can tell you what our Radiology |
| 18   Q   Okay. He had cardiomyopathy? | 18   Department would want, but you would have to look at |
| 19   A   Correct. | 19   their Radiology Department to see if he meets those |
| 20   Q   Does that have any bearing on whether a person is an | 20   criteria. |
| 21   appropriate candidate for a CT? | 21   Q   So, are you saying he was not excluded based on |
| 22   A   That is not an absolute contraindication. | 22   renal function due to the fact that he did have a CT |
| 23   Q   Is it a partial contraindication? | 23   with contrast, and in fact had two of them? |
| 24   A   Not that I am aware of. | 24   A   We base it often on creatinine, which is a blood |
| 25   Q   What about diabetes? | 25   test that is part of the basic metabolic panel that |
| <div align="right">Page 58</div> | <div align="right">Page 60</div> |
| 1    A   Not that I am aware of.  As long as there was no | 1    he had done, and based on that, it looked like it |
| 2    compromised renal function. | 2    would be a candidate for a CT scan, but again those |
| 3    Q   What about hypertension? | 3    decisions were made by the Radiology Department, |
| 4    A   We would have to have compromised renal function. | 4    because they are the ones who administer the |
| 5    Q   Based upon GFR? | 5    contrast, not us. |
| 6    A   It would have to be based on how that particular | 6    Q   Okay wouldn't it be prudent if a patient had a |
| 7    radiology department defines compromised renal | 7    complicated medical history to consider that when |
| 8    function.  The radiologists are the ones that | 8    determining what diagnostic tests to do? |
| 9    administer the CT scan. | 9    A   It's part of the algorithm.  You can work with the |
| 10   Q   So, when you looked at these records, you saw no | 10   Radiology Department to work with the contrast if |
| 11   contraindications to Mr. Dean having a CT with | 11   it's -- I mean some patients get pre-medicated. |
| 12   contrast? | 12   They have allergies.  Depending on the extent of the |
| 13   A   Correct. | 13   allergy, some people can get hydration ahead of |
| 14   Q   If a patient does have a contraindication to CT with | 14   time, but again you just work with them. |
| 15   contrast, what do you do with then? | 15   Q   Do you ever use a renal ultrasound? |
| 16   A   It depends on the contraindication.  If they are | 16   A   Yes. |
| 17   pregnant, you would avoid CT scans.  If there's | 17   Q   For what? |
| 18   compromised renal function, then you can do a CT | 18   A   We use it often in pregnant women. |
| 19   scan without contrast, and depending on the | 19   Q   Anything else? |
| 20   allergies and pre-medicated or not pre-medicated, | 20   A   On serial imaging. |
| 21   and then if you know you cannot and you have the | 21   Q   Meaning? |
| 22   option of using the MRI with gadolinium. | 22   A   If we're doing serial imaging, saying we diagnosed a |
| 23   Q   If the patient has pacemaker, can they have an MRI? | 23   renal mass with a CT scan with or without IV |
| 24   A   No. | 24   contrast, and then it's small enough where the |
| 25   Q   Didn't Mr. Dean have a pacemaker? | 25   patient has a lot of comorbidities to the point |
| <div align="right">Page 59</div> | <div align="right">Page 61</div> |

<div align="right">16 (Pages 58 to 61)</div>

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

1    where they're not going to have surgery and the mass
2    is like 2 cm, and we do serial imaging, and when we
3    do serial imaging, then we will switch to an
4    ultrasound often.
5    Q    Why wouldn't you just always use a CT if it's more
6    sensitive than an ultrasound?
7    A    We've established the diagnosis with the CT scan.
8    So, for serial imaging at that point, you're looking
9    for changes.
10   Q    So, to your mind, an ultrasound is only appropriate
11   for women who are pregnant, and after a CT has been
12   used to establish the diagnosis?
13   A    So, renal ultrasound for establishing a diagnosis
14   and is often helpful in pregnant women, and also
15   there are if you are suspicious but you don't have
16   enough belief to do the CT scanning if a patient
17   presents with flank pain, it's a good initial
18   imaging modality, and then if something suspicious
19   comes up, then you follow up with a CT scan for
20   flank pain.  Otherwise, it's used mainly for serial
21   imaging.
22   Q    What constitutes serial imaging?
23   A    Like when you're following something through your
24   imaging the patient, it will be six months or so or
25   three months depending on the interval.

Page 62

1    Q    Okay.  So, if a patient had a CT that was read as
2    normal and then had complaints say four months
3    later, it would be appropriate to do an ultrasound
4    at that point to see if there were any changes?
5    A    What was the complaint.  What did the patient
6    complain of?
7    Q    Does that matter?
8    A    Yes.
9    Q    Okay.  Let's say hematuria?
10   A    Have you evaluated the lower tracts?
11   Q    Through what?
12   A    A cystoscopy.
13   Q    No.
14   A    Then, you need to evaluate the upper tracts with the
15   imaging and the lower tracts with direct
16   visualization.
17   Q    Well, the upper tracts would have been visualized by
18   an abdominal CT four months ago, right?
19   A    With a CT urogram.  I would review the images.
20   Q    So you wouldn't necessarily order a new CT?
21   A    And they presented again with
22   Q    Hematuria.
23   A    Gross hematuria four months after.
24   Q    Four months after a normal CT?
25   A    And they had a normal cystoscopy.

Page 63

1    Q    No.  We haven't done a cystoscopy.
2    A    We would do a cystoscopy.
3    Q    But not a new CT?
4    A    We would do the cystoscopy next to evaluate the
5    bladder as the bleeding could be coming from there.
6    Q    Because it would be reasonable to assume that the CT
7    would have picked up an upper tract problem?
8    A    It would have identified an upper tract problem.
9    Q    Back to #5 on exhibit 5, whether the time intervals
10   described above affected his life expectancy.  I've
11   read your report.  I don't see that you gave an
12   opinion on his life expectancy?
13   A    So, it's overall survival or cancer specific
14   survival.
15   Q    Well, did you address either in your report?
16   A    So, you know I read his question and you know I
17   think he's not a doctor, and so when I read it, it
18   was a vague question about overall survival versus
19   cancer specific survival.
20   Q    Did you address either in your report?
21   A    No.  I didn't addressed cancer specific survival or
22   overall survival.
23   Q    Did you address either?
24   A    No.
25   Q    So, may I assume you do not have any opinions you

Page 64

1    plan to give on Mr. Dean's cancer specific or
2    overall survival as it relates to this diagnosis and
3    treatment?
4    A    Correct.  I mean after the surgery, he is still
5    alive, so its overall survival from that part is
6    okay, that is cancer specific survival is differed
7    to the oncologist.
8    (Whereupon an off the record discussion took place)
9
10   BY MR, RUPCICH:
11   Q    Okay, doctor I want you to look at your report and
12   I'm at page 2 at the factual summary.
13   A    Okay.
14   Q    Would I be correct in assuming that your factual
15   summary is the facts related to this case upon which
16   you drew your opinions?
17   A    Yes.
18   Q    Now, at the first paragraph, you note that Mr. Dean
19   had hematuria, that's blood in the urine?
20   A    Yes.
21   Q    Is there a difference between it being painless and
22   can it cause pain?
23   A    Yes.
24   Q    Now, in this case based on your review, Mr. Dean's
25   hematuria was painless, right?

Page 65

17 (Pages 62 to 65)

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

| | |
|---|---|
| 1   A   Yes. | 1   Q   For who? |
| 2   Q   **Is hematuria grossly at least suggest among other** | 2   A   For everyone. They urinate into a coffee filter. |
| 3      **things kidney cancer?** | 3      It's not very accurate. |
| 4   A   It is a potential diagnosis. | 4   Q   **Is it not a test that you use?** |
| 5   Q   **Within the differential diagnosis, would also be** | 5   A   I don't use it. |
| 6      **kidney stones?** | 6   Q   **So, it was appropriate from your perspective for Dr.** |
| 7   A   Correct. | 7      **Nawoor to have kidney stone on his differential** |
| 8   Q   **And I assume other things?** | 8      **diagnosis?** |
| 9   A   Yes. | 9   A   It is a differential diagnosis. |
| 10   Q   **So, hematuria is a very nonspecific finding?** | 10   Q   **And Dr. Nawoor stated in his note that he wanted to** |
| 11   A   And symptom, yes. | 11      **review a CT that had been done on Mr. Dean, correct?** |
| 12   Q   **It could be related to any number of things?** | 12   A   Correct. |
| 13   A   Correct. | 13   Q   **And that would be appropriate in your view for Dr.** |
| 14   Q   **A urine dipstick performed showed large blood, do** | 14      **Nawoor do that?** |
| 15      **you see that?** | 15   A   It would be appropriate. |
| 16   A   Yes, I saw it. | 16   Q   **As part of gathering a full history?** |
| 17   Q   **Is there a difference between large blood and just** | 17   A   Correct. |
| 18      **blood. Is there a meaningful distinction?** | 18   Q   **And that's something that you consider important is** |
| 19   A   Well, this gentleman had gross hematuria that was | 19      **getting an accurate and full history, right?** |
| 20      visible to the patient. So, when he did a dipstick, | 20   A   Yes. |
| 21      it was going to have a significant amount of blood. | 21   Q   **And part of that is looking at old diagnostic films?** |
| 22   Q   **So, does that refer to a large amount of blood are** | 22   A   Correct. |
| 23      **we talking about, is that what that which you mean** | 23   Q   **Or even more recent diagnostic films?** |
| 24      **there?** | 24   A   Yes. |
| 25   A   Well, I copied it from Dr. Nawoor's note. So, Dr. | 25   Q   **In your third paragraph, you state that on January 7** |
| <div align="right">Page 66</div> | <div align="right">Page 68</div> |
| 1      Nawoor wrote that. | 1      **2016, Mr. Dean saw Dr. Ein Wohner, E-I-N** |
| 2   Q   **Wrote large blood?** | 2      **W-O-H-N-E-R, a nephrologist at Tela Medicine and** |
| 3   A   Yes. | 3      **that she initiated the collegial review** |
| 4   Q   **Okay, and if it just said dipstick showed blood,** | 4      **process, right?** |
| 5      **does that change anything, is there any clinical** | 5   A   Correct. |
| 6      **significance to it just saying blood as opposed to** | 6   Q   **Do you have any criticism of her initiating the** |
| 7      **large blood.** | 7      **collegial review process at that point?** |
| 8   A   The clinical significant thing is the painless gross | 8   A   No. |
| 9      hematuria that was visible to the eye. | 9   Q   **That would be an appropriate thing to do based on** |
| 10   Q   **What about the fact that Mr. Dean refused a urine** | 10      **your understanding of what the collegial review** |
| 11      **strain. Does that mean anything to you?** | 11      **process is?** |
| 12   A   No. | 12   A   Correct. |
| 13   Q   **That would be a test the doctor would order to try** | 13   Q   **And what's your understanding of what it is?** |
| 14      **to catch a stone?** | 14   A   So, a patient presents with a symptom to a local |
| 15   A   Yes. | 15      facility and the patient has a local evaluation, and |
| 16   Q   **You would expect the patient to comply with it in** | 16      then that local evaluation is communicated to a |
| 17      **order for a test that your patient anyway would** | 17      central office and a plan is made through the |
| 18      **knew?** | 18      collegial process. |
| 19   A   I don't know if he has a kidney stone. | 19   Q   **Are you familiar with utilization management through** |
| 20   Q   **Well, neither does he, right?** | 20      **any insurance companies that you've had contact with** |
| 21   A   Correct. | 21      **in your medical practice?** |
| 22   Q   **So, you're saying that it's okay for a patient to** | 22   A   I'm aware of it. |
| 23      **refuse a test if he thinks he doesn't have it?** | 23   Q   **You're aware of utilization management? Yes?** |
| 24   A   I don't have an opinion about him straining. It's | 24   A   Yes. |
| 25      difficult to strain the urine. | 25   Q   **What's your understanding what it is?** |
| <div align="right">Page 67</div> | <div align="right">Page 69</div> |

<div align="right">18 (Pages 66 to 69)</div>

Dr. Nivedita Dhar
September 23, 2019

1    A    Very minimal. It's the health insurance companies
2         look at how their resources are utilized.
3    Q    Do you understand that what Dr. Ein Wohner was
4         initiating was a collegial review for diagnostic
5         testing?
6    A    Correct.
7    Q    And in your mind, that's appropriate.
8    A    Yes, the patient needs diagnostic testing.
9    Q    In your fourth paragraph, you state in reference to
10        actions taken at the collegial review of January 13
11        2016, the actions contradicted the guidance
12        described in Wexford's medical guidelines document.
13        Do you see that?
14   A    Yes.
15   Q    What are you talking about?
16   A    I was given something from the attorneys that
17        Wexford has a list of a diagnosis and there were
18        different columns. And that's what I'm referring to.
19   Q    Okay, and how did they act in contradiction to their
20        guidelines?
21   A    Do you have a copy of that?
22   Q    Okay, you don't remember as you said here?
23   A    I do recall it, but I'd like to review it.
24        MR. WACKMAN:   I already marked this one,
25        too.

Page 70

1         MR. RUPCICH: Q It's a confidential
2    document so I'd prefer to not mark it.
3         MR. WACKMAN:   Okay.
4         RUPCICH:  I mean, we can mark it, I
5    suppose, but not attach  it. I don't want it
6    made public; it's subject to a protective
7    order.
8         MR. WACKMAN:   Okay. Well, let's just say
9    for the record then that this is the --
10        Q    RUPCICH: It's the Wexford urology
11   guidelines that were exchanged. I think they're
12   from the Rritz (phonetic)dep.
13        MR. WACKMAN:   Yeah. 10, 5, 2015 is the
14   revision date on it.
15
16   BY MR. RUPCICH:
17   Q    This is what you're talking about?
18   A    Yes, this is the columns.
19   Q    And how did they act contradictory to their own
20        guidelines?
21   A    The cystoscopy.
22   Q    Where do you see that?
23   A    I'm looking at the malignancy.
24   Q    You're looking at the bottom pair of row and column
25        hematuria? Yes?

Page 71

1    A    Yes, the collegial review notes do not mention it to
2         your referral or evaluation of Dr. Dean's lower
3         tracts, and that was cystoscopy.
4    Q    It says rule out malignancy IVP or ultrasound comma
5         cystoscopy.
6    A    Correct.
7    Q    And you're saying a cystoscopy should have been done
8         at that time?
9    A    As part of the evaluation to rule out malignancy.
10   Q    Okay. You're familiar with practice guidelines,
11        right?
12        MR. WACKMAN:   Objection Form.
13   BY MR. RUPCICH:
14   Q    You would be familiar with like the AUA guidelines?
15   A    Yes.
16   Q    And guidelines are just that, right? They're not
17        hard and fast rules for how to practice medicine?
18   A    They're guidelines.
19   Q    Right, subject to specific clinical presentations
20        of a patient, right?
21   A    Yes.
22   Q    Okay. Now, this patient had a history of stones,
23        correct?
24   A    Correct.
25   Q    This patient had a CT in July of 2015, correct?

Page 72

1    A    Correct.
2    Q    A CT of his abdomen?
3    A    Yes.
4    Q    Which was four to five months prior to this
5         presentation he had with Dr. Nawoor in late
6         December, right?
7    A    Yes.
8    Q    And he had had a CT approximately a year earlier in
9         2014, didn't he? Do you remember?
10   A    I believe there was renal imaging then.
11   Q    And neither of those CT's showed any masses, right?
12   A    I don't know if they had IV contrast.
13   Q    Okay, they were read by the radiologist as
14        essentially normal, correct?
15   A    Do you have the reports? May we look at them?
16   Q    Yeah. You reviewed the reports? I think you said to
17        prepare for this deposition, right? Do you remember
18        seeing anything that suggested there was masses
19        noted?
20   A    On their previous renal imaging, I don't recall
21        seeing masses, I just want to check whether IV
22        contrast was administered.
23   Q    And what's the significance of that?
24   A    You need IV contrast to determine if there's a renal
25        mass.

Page 73

19 (Pages 70 to 73)

Q   You reported at page five and six in criticizing the use of an ultrasound, you state, "The AUA panel noted that non-contrast CT provides more information and creates greater diagnostic certainty in a renal ultrasound."

A   Yes.

Q   So there is diagnostic benefit to a non-contrast CT?

A   Primarily for kidney stones.

Q   So, if you believe a patient has kidney stones in a non-contrast CT is only going to be appropriate for diagnosing kidney stones, then why isn't a renal ultrasound appropriate when you suspect kidney stones?

A   A renal ultrasound doesn't visualize the ureters and it's operator dependent.

Q   In this case there was no problem ureter, was there?

A   Well, stones travel. So a stone that was four months ago may have traveled to the ureters. A renal ultrasound does not image the ureters.

Q   A renal ultrasound -- So you're saying they can't rule in or out stones?

A   If the stone is in the ureter.

Q   It won't, right?

A   Right.

Page 74

---

MR. WACKMAN:   Objection Form.

BY MR. RUPCICH:

Q   It won't rule it in or out if the stone is in the ureter?

A   It doesn't visualize the ureter.

Q   Right, but if the stone is in the kidney, the renal ultrasound is sufficient to rule it in?

A   A renal ultrasound is also operator dependent.

Q   Answer my question.

A   Rephrase it, please.

Q   A renal ultrasound is sufficient to rule in a stone in the kidney?

A   That depends on the size and the location. If you have a small kidney stone, you can miss it on an ultra sound.

Q   And that's why you always order a CT?

A   A CT without contrast. Because you get the ureters, plus you can catch the small ones.

Q   You don't dispute that Wexford did approve Mr. Dean for a cystoscopy, right?

A   Which collegial review are we talking about now?

Q   I just mean general.

A   Yes, they did approve him for a cysto.

Q   And, so it sounds like if I'm understanding you, the workup requires a look at the upper tract and the

Page 75

---

lower tract?

A   Correct.

Q   Okay. And you believe that workup should be done simultaneously?

A   They should be done simultaneously. They both need to be done.

Q   Okay, what if a doctor does the workup on the upper tract first, finds nothing, and then moves on to the lower tract, is that inappropriate in your view?

A   You do both.

Q   So what's the answer to my question?

A   You evaluate both the upper tracts and the lower tracts all the time.

Q   Did you not understand my question?

A   I must not be understanding it.

Q   Okay. You're saying you do both, right, but can you do them at separate times?

A   Yes. One is done by the radiology department, one's done by the urologist.

Q   Okay. So my doctors evaluated the upper tract by a ultrasound, right?

MR. WACKMAN:   Objection form.

THE WITNESS: They did a renal ultrasound.

BY BR. RUPCICH:

Page 76

---

Q   Yes. And it was Read as normal, right?

A   Yes.

Q   And then they refer the patient for CT and cystoscopy, correct?

A   Yes.

Q   The CT and cystoscopy, to your mind, are sufficient to evaluate the upper and lower tract?

A   Yes.

Q   You're just saying they shouldn't have waste of their time on the ultrasound, is that it?

A   So, the guidelines for a patient who's above the age of 50 who doesn't have a contraindications to contrast, is the image the upper tracts with a CT urogram and to visualize the lower tract with cystoscopy.

Q   Which they did?

A   That was conducted.

Q   Yes?

A   Yes.

Q   You're just saying they took too long to do it?

A   There was a delay in the diagnostic test.

Q   But they did arrive at the correct tests?

A   They did, yes. They ultimately did it, yes.

Q   And if you will look at page two of your report at the bottom, "Mr. Dean was discussed in collegial

Page 77

---

20 (Pages 74 to 77)

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

1  review on February 10, 2016 and approved for urology
2  follow up." Did I read that right?
3  A  Yes.
4  Q  And that was post ultrasound?
5  A  Yes.
6  Q  Now at this point, we agree that they've acted
7  appropriately?
8  A  They followed the guidelines, yes.
9  Q  Whose guidelines?
10 A  I think their guidelines.
11 Q  We don't dispute that Mr. Dean, his care was --
12 Well,   let me strike that. Dr. Severino became
13 involved in   Mr. Dean's care, right?
14 A  Yes.
15 Q  And he's a urologist?
16 A  Yes.
17 Q  And he saw Mr. Dean on March 10 of 2016?
18 A  Yes.
19 Q  And it was Dr. Severino that requested a cystoscopy
20 and a CT, right?
21 A  Correct.
22 Q  And you have no quarrel with that as appropriate,
23 right?
24 A  Ordering those two tests are appropriate, yes.
25 Q  Do you believe that Dr. Severino didn't do those

Page 78

1  tests quickly enough?
2  A  Well, the CT scan is administered by the radiology
3  department and the cystoscopy is done by the
4  urologist?
5  Q  Okay, right. So, after Dr. Severino becomes
6  involved, Dr. Severino in this scenario would be the
7  doctor like you are, right?
8  A  Correct.
9  Q  And he makes the orders for those tests?
10 A  He places the orders.
11 Q  And he takes over the patient's care at that point,
12 does he not?
13 A  I don't know how it works in the prison system,
14 who's taking over.
15 Q  Do you ever schedule -- You wrote in the second
16 paragraph...
17    MR. WACKMAN: What page is that on, sir?
18    MR. RUPCICH: I'm on page three.
19 BY MR. RUPCICH:
20 Q  Oh, I'm sorry, the first paragraph that the CT and
21 cystoscopy were approved at collegial review March
22 22, and March 30 of 2016, right?
23 A  Yes.
24 Q  And you don't have any criticism of the doctors
25 that approved those orders, right?

Page 79

1  A  Yeah, they approved orders that were ordered.
2  Q  And you stated Dr. Nawoor spoke with Dr. Severino on
3  April 1 to see if he could expedite those tests,
4  right?
5  A  I believe so, yeah.
6  Q  And you stated Severino said he could not, correct?
7  A  That was based on his deposition.
8  Q  Nawoor?
9  A  I believe so, yes. It was in his depo.
10 Q  And you wouldn't be critical of Dr. Nawoor for
11 asking to move up those tests, right?
12 A  No.
13 Q  In the third paragraph, you note the date on April
14 18  Severino recommended Mr. Dean be scheduled for
15 surgery, right?
16 A  Yes.
17 Q  Have you scheduled patients for surgery before?
18 A  We place the order.
19 Q  To who?
20 A  To the surgery scheduler.
21 Q  Not the primary care physician?
22 A  No.
23 Q  The primary care physician doesn't schedule urologic
24 surgery, do they?
25 A  No.

Page 80

1  Q  When the surgery is done would be up to the surgeon
2  performing the surgery, is that right?
3  A  Yes. To some extent.
4  Q  To what extent?
5  A  Well, we need an operating room so it has to be
6  done.
7  Q  You need a surgical team, you need operating room,
8  you don't need a primary care physician, though?
9  A  In the OR, no.
10 Q  Are you critical of Dr. Severino, the urologist for
11 the amount of time between when the surgery was
12 ordered and when it was performed.
13 A  Can you please rephrase that? I'm critical of his
14 surgical technique?
15 Q  No. Are you critical of the Dr. Severino for the
16 time it took from when he decided to do the surgery
17 until when he did the surgery?
18 A  No.
19 Q  That was a reasonable timeframe to get that
20 patient, Mr. Dean into surgery?
21 A  The surgery should have been done earlier.
22 Q  The surgery should have been done earlier by Dr.
23 Severino?
24 A  This patient had a renal mass, it had to be removed.
25 Q  Right.

Page 81

21 (Pages 78 to 81)

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

1    A   And from April 12 to July, that's a significant
2      delay. So the surgery should have been done at an
3      earlier time.
4    **Q**   **Based upon what?**
5    A   Based upon the size of the tumor, the extent of you
6      know, it was already in the IVC at that point
7      already an aggressive mass.
8    **Q**   **But you're not critical of Dr. Severino for that**
9      **delay?**
10    A   I think my role is to tell you there is a delay. I
11      don't know how that delay happened.
12    **Q**   **Okay, I got you. So all you're saying is April 12 to**
13      **July 29 is too long.**
14    A   Correct.
15    **Q**   **I'm sorry, July 19 is too long. But you know don't**
16      **why it took that long, correct?**
17    A   Correct.
18    **Q**   **Did you read Dr. Severino's deposition?**
19    A   Yes, I did not in preparation for this  deposition,
20      but I read it as part of the records.
21    **Q**   **And he explained a sort of complicated preoperative**
22      **workup on Mr. Dean, didn't he.**
23    A   You know, for us, cardiac clearance is important.
24    **Q**   **That wasn't my question. My question was the**
25      **preoperative workout was complicated, right?**

Page 82

1    A   Could I ask you to define –
2    **Q**   **Okay, there were three surgeons involved in the**
3      **surgery, right? You know?**
4    A   Yes.
5    **Q**   **And they all were involved in the preoperative**
6      **work, right?**
7    A   Well, urologically, he had a mass, what are we
8      working out?
9    **Q**   **Did you read the records?**
10    A   I did read the records. I'm just...
11        MR. WACKMAN:  Let me object. To
12      argumentative. If she doesn't understand the
13      question, let's just rephrase the  question. If
14      we need to be more specific, we need to slow it
15      down. That's fine. Barking at her, I'll strike
16      that. Asking her if she read the records when
17      she already testified she read the records.
18
19   BY MR. RUPCICH:
20    **Q**   **Do you know what happened between April 2016 and**
21      **July 2016 with respect to the surgical team?**
22    A   There was a coordination of the surgical team.
23    **Q**   **Yes. You've read those records?**
24    A   Yes.
25    **Q**   **Do you believe that surgical team took too long to**

Page 83

1      **get their ducks in a row?**
2    A   I don't know. I wasn't -- Not all the records. I was
3      focusing on the medical of the records. I don't know
4      the intricacies of what they were doing.
5    **Q**   **Wouldn't it be important to know that if you're**
6      **going to criticize the amount of time they took?**
7    A   There is a delay from the mass to the surgery, that
8      is a delay of three months.
9    **Q**   **Right. Do you consider a delay -- At what point**
10      **does it become a delay?**
11    A   So, the patient received cardiac clearance. And I
12      think once they receive cardiac clearance, then
13      they're in a position where you can do the surgery
14      at least from an ontological you know, from the
15      urologist and probably the cardiothoracic surgeon,
16      too. So, a delay beyond getting cardiac clearance is
17      where this patient was able to get two cardiac
18      clearances during that time.
19    **Q**   **So you don't have a feeling on who was at fault,**
20      **you're just saying it's too long?**
21    A   It is too long.
22    **Q**   **At the end of page three, you state "Mr. Dean**
23      **prescribed Votrient on October 19, 2016, but it**
24      **was not approved by defendants until November 14,**
25      **2016." Did I read that right?**

Page 84

1    A   Yes.
2    **Q**   **Do you have any opinion on the impact of a delay of**
3      **a month of receiving Votrient?**
4    A   On that particular drug, I'm not aware.
5    **Q**   **You don't know?**
6    A   I don't know.
7    **Q**   **Do you know what it was prescribed for?**
8    A   It was for systemic control of the cancer.
9    **Q**   **What do you mean by systemic?**
10    A   So, that's what the oncologist does, is they control
11      the disease systemically throughout your body and
12      what the surgery does is local control.
13    **Q**   **They remove the primary side of the tumor?**
14    A   Correct. And the extension into the you know, into
15      the atrium, the thrombus, and then the oncologist
16      steps in and they do systemic control.
17    **Q**   **Because he had metastatic disease?**
18    A   Correct.
19    **Q**   **So the impact of several weeks to a month of**
20      **Votrient on systemic disease control, that's out of**
21      **your area.**
22    A   Those specific four weeks in terms of how it
23      affected on that particular drug? No, it is out of
24      my realm.
25    **Q**   **Okay, if you go to page four on your analysis**

Page 85

22 (Pages 82 to 85)

Dr. Nivedita Dhar
September 23, 2019

1  opinions and conclusions, you mentioned the
2  standard of care in second paragraph where it says,
3  "Painless gross hematuria, includes a careful
4  history physical exam, lab exam, and prompt urologic
5  exam, correct?
6  A  Yes.
7  Q  And where did that come from?
8  A  I believe that's from the AUA.
9  Q  Stands for Urologic Practice?
10  A  Yes.
11  Q  Now, you don't have any criticism of the history
12  Dr. Nawoor took of the patient when you saw him, do
13  you?
14  A  No.
15  Q  Any criticism of the physical examination he
16  conducted?
17  A  No, his notes were a little hard to read, but from
18  what I could read, they were good.
19  Q  Laboratory tests?
20  A  They were good.
21  Q  Okay. So then it's the prompt urologic evaluation
22  that you believe was, I guess, not prompt?
23  A  Yes.
24  Q  It was a the urologic evaluation that was not
25  properly done in your view?

Page 86

1  A  Correct.
2  Q  And you state at paragraph three, "Initial
3  evaluation of patient presenting with gross
4  hematuria is threefold, assess hemodynamic
5  stability, determine underlying cause of hematuria
6  and ensure urinary drainage." Did I read that right?
7  A  Correct.
8  Q  Where does that come from? Is that AUA guidelines as
9  well? Yes?
10  A  Yes.
11  Q  Hemodynamic stability, is that blood pressure?
12  A  And the vital signs.
13  Q  Mr. Dean remained hemodynamically stable during this
14  period, right?
15  A  Correct.
16  Q  There was never -- was every indication that he was
17  not draining urine, was there?
18  A  No, he was draining.
19  Q  So then what we're talking about is determining the
20  underlying cause and the hematuria?
21  A  Correct.
22  Q  Because the other two things were not issues?
23  A  Yes.
24  Q  And there's no dispute that the defendants tried to
25  determine the underlying cause of the hematuria,

Page 87

1  correct?
2  A  They did.
3  Q  They just didn't do it in the fashion that you
4  believe was the standard of care?
5  A  Yes.
6  Q  And by the fashion, I mean the time frame, because
7  we agree they eventually arrived at it, correct?
8  A  The timeframe...
9  Q  Right?
10  A  Yes.
11  Q  There's no indication from the records that Mr. Dean
12  was losing blood, like to a point that he was
13  acutely anemic?
14  A  He had no demonstration of hemodynamically
15  instability throughout.
16  Q  When you look for hemodynamic instability, if he is
17  hemodynamically unstable, is that a suggestion? He
18  may be severely anemic?
19  A  Well, it could just be that it was -- Anemia depends
20  whether it's quick or slow, right? If it's slow
21  you're going to compensate.
22  Q  Right.
23  A  So hemodynamic, your vitals are unstable and you're
24  also lightheaded, dizzy, you have the symptoms
25  Q  Does a renal cell carcinoma present with symptoms in

Page 88

1  its early stages?
2      MR. WACKMAN: Objection Form.
3      THE WITNESS:  Early stages being size or
4  --
5  BY MR. RUPCICH:
6  Q  Okay. Is renal cell carcinoma ever asymptomatic?
7  A  Yes.
8  Q  When is it asymptomatic?
9  A  It depends on the size and the location.
10  Q  So you could have a very small renal cell carcinoma,
11  but if it's in a particular location, it could cause
12  symptoms?
13  A  Correct.
14  Q  You could have a very large renal cell carcinoma,
15  but depending on location, it could produce no
16  symptoms.
17  A  Correct.
18  Q  So it depends on the specific renal cell carcinoma,
19  whether it produces symptoms?
20  A  Size and location, primarily.
21  Q  Are there clinical indicators of metastasis in
22  renal cell carcinoma?
23  A  Like symptoms?
24  Q  Yes.
25  A  There are some symptoms depending on where they

Page 89

23 (Pages 86 to 89)

Atkinson-Baker, Inc.
www.depo.com

1    metastasize.
2  Q   Does renal cell carcinoma typically metastasize in a
3    certain way to a certain location.
4  A   It doesn't go sequential. There are several
5    locations that it can go to that are more common
6    than others.
7  Q   Okay. And there's metastasis to those specific
8    locations produce a certain set of symptoms?
9  A   Sometimes. Sometimes not.
10  Q   Were you able to determine where Mr. Dean's renal
11    cell carcinoma metastasized to from the kidney?
12  A   Radiographically, there was evidence and they did a
13    biopsy of the liver.
14  Q   So would it have gone directly to the liver? Is this
15    like a direct metastasis to the liver?
16  A   It would have had to travel through the bloodstream
17    to get to the liver. Like as opposed to have a
18    thrombus, which was more --
19  Q   More what?
20  A   Well, the thrombus was more -- It's no metastasis
21    but that's a growing of the mass, whereas to get to
22    the liver it had to travel systemically.
23  Q   Where are the clinical signs of liver metastasis,
24    you know?
25  A   I mean, they're a variable and they're very

Page 90

1    nonspecific.
2  Q   So gross hematuria could be from a very small
3    contained renal cell carcinoma?
4  A   Correct.
5  Q   Or it could be from a massive metastatic disease?
6  A   Correct.
7  Q   I'm at page five. You state at the very top, "As a
8    result, a clinician should consider otherwise
9    unexplained gross hematuria to be of a possible
10    malignant origin until proven otherwise."
11  A   Yes.
12  Q   Where does that come from?
13  A   That's AUA guideline.
14  Q   Do these AUA guidelines take into account different
15    histories that a patient may present with?
16  A   Microscopic hematuria versus gross?
17  Q   Well, does this guideline apply to like de novo
18    painless hematuria?
19        MR. WACKMAN: Objection Form. Do you know
20    what de novo means?
21        THE WITNESS: Is that new de novo?
22  BY MR. RUPCICH:
23  Q   Yes. New onset painless hematuria.
24  A   It applies to hematuria.
25  Q   Whether it's new onset, whether there's a history of

Page 91

1    stones? The patient's clinical history doesn't
2    matter to this recommendation that you consider it
3    to be malignant unless proven otherwise.
4  A   You consider gross hematuria, painless gross
5    hematuria to be malignant until proven otherwise.
6  Q   Even in the face of a history of stones?
7  A   Well, are you talking about AUA guidelines?
8  Q   AUA guidelines.
9  A   Yes, that's regardless of their history.
10  Q   Regardless of if they had a non-contrast CT four
11    months earlier that was read as normal. You still
12    assume it's a malignancy?
13  A   Yes.
14  Q   Go to page six. The very top you say, "It is
15    medically impossible for a patient to have a normal
16    renal ultrasound in February 2016 and then a renal
17    mass with an IVC thrombus in April 26." Did I read
18    that right?
19  A   Yes.
20  Q   What does that mean?
21  A   That renal masses don't grow to the size with an IVC
22    thrombus in six weeks.
23  Q   Do you know the rate they grow at?
24  A   It depends on their aggressive behavior. I mean,
25    this one was aggressive.

Page 92

1  Q   Do you know what the average growth rate is for
2    clear cell renal carcinoma?
3  A   So the average growth per year, I mean, they do have
4    some data on that based on the serial imaging that
5    we do for small renal masses. Whether you can apply
6    that to the larger ones, I don't know.
7  Q   But either way, it wasn't growing fast enough that
8    it wasn't there in February 2016, and it was there
9    in April?
10  A   Correct.
11  Q   Even an aggressive one doesn't grow that fast based
12    on your knowledge.
13  A   Yes.
14  Q   I'm Correct?
15  A   Correct.
16  Q   Did you review literature on that topic?
17  A   On renal growth?
18  Q   Yes.
19  A   I did look at it for it based on the serial imaging
20    data.
21  Q   But you said that was for small masses?
22  A   Right, because we don't serial image the big ones,
23    we take them out.
24  Q   Well, assuming the patient can undergo surgery,
25    right?

Page 93

24 (Pages 90 to 93)

Dr. Nivedita Dhar
September 23, 2019

**Page 94**

1  A   On the big ones or on the little ones?
2  Q   **On the big ones.**
3  A   Well, if this gentleman did not undergo surgery, he
4     would have died from the mass.
5         MR. WACKMAN: I think he's asking, Doctor--
6     THE WITNESS: I'm sorry.
7         MR. WACKMAN: I think what council is
8     asking is -- Forgive me, I somewhat forgot.
9  BY MR. RUPCICH:
10 Q   **A patient could be not a candidate for surgery even**
11    **though they had a large mass, correct?**
12 A   Yes.
13 Q   **In fact, Mr. Dean had some contraindications to**
14    **surgery, didn't he?**
15 A   Relative. He ultimately had surgery so they weren't
16    absolute contraindications.
17 Q   **He had risks?**
18 A   He had risks.
19 Q   **He was a high risk patient to undergo this surgery,**
20    **right?**
21 A   He had cardiac clearance, so risk stratification is
22    done by them. And he received cardiac clearance to
23    undergo surgery.
24 Q   **I know he was cleared, but he was a high-risk**
25    **patient based on his medical history. Do you**

**Page 95**

1     disagree with  that?
2  A   We leave risk stratification to the cardiologist,
3     and once they're cleared for surgery, then that's
4     our green light to go.
5  Q   **Don't you have a discussion with the patient about**
6     **the risks of the surgery you're going to do?**
7  A   Their risks really doesn't -- there's a
8     morbidity and mortality related to the surgery.
9  Q   **Right, and that risk is higher in some patients than**
10    **others?**
11 A   If they have low comorbidities, hence we send them
12    to cardiology to get evaluated so they're cleared
13    for surgery. We don't clear patients for surgery.
14 Q   **I understand you don't clear them, but you discuss**
15    **with them what the risks are.**
16 A   Once they're cleared, we focus on the risks of the
17    surgery.
18        MR. WACKMAN: Doctor, he asked a specific
19        question. Joe, repeat your question.
20 BY MR. RUPCICH:
21 Q   **Do you discuss with your patient, the risks of**
22    **surgery?**
23 A   Yes.
24 Q   **Okay. And that would be specific to that patient in**
25    **your exam room, right?**

**Page 96**

1  A   Correct.
2  Q   **Okay, now, Mr. Dean was sitting in your exam room,**
3     **he has cardiomyopathy, right?**
4  A   Correct.
5  Q   **He has diabetes?**
6  A   Correct.
7  Q   **He has hypertension?**
8  A   Correct.
9  Q   **He is morbidly obese.**
10 A   Yes.
11 Q   **He has some degree of decreased renal function, or**
12    **do we not agree on that?**
13 A   It was not -- He had CT scans with contrast so he
14    had  enough renal function for them to give him
15    contrast.
16 Q   **Okay. We'll just put the renal function aside. Those**
17    **things that I listed about Mr. Dean were risk**
18    **factors for him to undergo surgery?**
19 A   Yes.
20 Q   **And those are risk factors above and beyond the**
21    **risk factors and an otherwise healthy patient can**
22    **undergo this procedure, correct?**
23 A   They are comorbidities, yes.
24 Q   **Do you think it would have been reasonable or within**
25    **the standard of care to not operate on Mr. Dean**

**Page 97**

1     given his surgical risk?
2  A   We would send him for risk stratification, which he
3     underwent. And then based on risk stratification,
4     make a decision.
5  Q   **So you have no opinion on that because you don't**
6     **stratify risk?**
7  A   Correct, we send them.
8  Q   **So there's never situations where a patient may be**
9     **able to be cleared for surgery, but you as the**
10    **surgeon would say, "I don't think this is a good**
11    **idea for you." If they're cleared, you're operating?**
12 A   If they have risk stratification and they're cleared
13    by cardiology, anesthesiology, then we're good to
14    go.
15 Q   **So you can't foresee a situation where Mr. Dean,**
16    **his surgeon would have recommended against this,**
17    **doing this procedure and just treating him**
18    **systemically?**
19 A   That would not be consistent with the guidelines on
20    large renal masses; you treat them locally
21    aggressively with surgery, and then systematically.
22    And this patient got cardiac clearance so they were
23    able to do the local treatment and then set him up
24    for the systemic treatment.
25 Q   **So is that a no?**

Atkinson-Baker, Inc.
www.depo.com

| | |
|---|---|
| 1  A  Can you rephrase your question, please? | 1  report? |
| 2  Q  **Do you exercise independent judgment on whether you** | 2  A  That is radiographic, yeah. |
| 3  **do surgery apart from the risk stratification** | 3  Q  **So can I take it you don't have an opinion on** |
| 4  **process?** | 4  **the location of that disease in prior CT films, or** |
| 5  A  No. | 5  **do you? I mean, is it your belief it was not in** |
| 6  Q  **So you can't foresee a situation where Mr. Dean** | 6  **the liver in April and was in a couple, three, four** |
| 7  **would have not had this surgery because of his** | 7  **or five weeks later?** |
| 8  **medical history and risks for the surgery?** | 8  A  We don't know. He couldn't get an MRI, which is a |
| 9  A  I must not be understanding your questions. If he | 9  diagnostic modality generally for livers. |
| 10  has clearance, then I would be comfortable | 10  Q  **It's better than a CT for viewing the liver.** |
| 11  operating. | 11  A  Yes. |
| 12  Q  **What if he thought he was going to die on the table?** | 12  Q  **So a CT isn't an ideal study for viewing metastasis** |
| 13  A  He would not get Clearance. | 13  **to the liver?** |
| 14  Q  **Well, you're going to drain all the blood from his** | 14  A  Well, when they're at the size they were in June, |
| 15  **body and put his head in a block of ice, right?** | 15  then you can image the liver well. But when they're |
| 16  A  Yeah, you simulate arrest. | 16  micro or really small, then you could potentially |
| 17  Q  **He could have died.** | 17  miss them on a CT scan. |
| 18  A  There is a morbidity associated with the surgery. | 18  Q  **Based on what you know of the rate of growth of** |
| 19  Q  **Which is increased with a patient with Mr. Dean's** | 19  **clear cell renal carcinoma, based on what's on that** |
| 20  **medical history. It's a higher risk that he's going** | 20  **June 2016 film, had to also be in the liver in** |
| 21  **to die.** | 21  **April, right?** |
| 22  A  I feel like I'm being asked questions about risk | 22  A  I don't know. |
| 23  stratification. | 23  Q  **You don't know? Can't say either way?** |
| 24      MR. WACKMAN:   If you don't know, Doctor. | 24  A  No. |
| 25      THE WITNESS:  I don't know. | 25  Q  **At the time the surgery was done in July, I think** |
| Page 98 | Page 100 |

| | |
|---|---|
| 1  BY MR. RUPCICH: | 1  we agree Mr. Dean had distant metastasis? |
| 2  Q  **Okay, if your position is, if they're cleared, you** | 2  A  Correct. |
| 3  **operate --** | 3  Q  **And removing the primary site in the atrium and the** |
| 4  A  There is a morbidity associated with the surgery and | 4  **kidney isn't going to affect the systemic disease?** |
| 5  a mortality which we discussed. The stratification, | 5  **It's not going to cure it?** |
| 6  we consult. | 6  A  No, it's not cured of contempt. |
| 7      MR. RUPCICH: You want to break? | 7  Q  **Right. This surgery -- Sorry, strike that. Mr.** |
| 8      MR. WACKMAN: Yeah, let's take five. | 8  **Dean's cancer as of July was not curable, is that** |
| 9  (Whereupon an off the record discussion took place) | 9  **correct?  July 2016?** |
| 10 | 10  A  By the surgery alone? |
| 11  BY MR. RUPCICH: | 11  Q  **Let's say by the surgery alone.** |
| 12  Q  **Doctor, I'm back to the top of page six on the** | 12  A  It's not curative. |
| 13  **statement, "It's medically impossible for a patient** | 13  Q  **Is there a cure for diffuse metastatic disease to** |
| 14  **to have a normal renal ultrasound in February 2016,** | 14  **the liver? Do you know?** |
| 15  **and then a renal mass with IVC thrombus in April.** | 15  A  That would — I'd defer to your oncologist. |
| 16  **But that is the situation that presented itself to** | 16  Q  **So as you sit here, you don't know if removing the** |
| 17  **Dr. Nawoor, is it not?** | 17  **primary side of the tumor and then doing systemic** |
| 18  A  Yes. | 18  **ontological treatment could have resulted in a cure** |
| 19  Q  **So is it your belief that ultrasound was misread?** | 19  **for Mr. Dean? You don't know that?** |
| 20  A  I believe so. I'd have to see the images. | 20  A  I don't know that. |
| 21  Q  **In the second paragraph you state, "The repeat CT in** | 21  Q  **And you don't know whether it constitutes palliative** |
| 22  **June 2016 showed disease progression, especially in** | 22  **treatment as opposed to curative treatment?** |
| 23  **the liver." Did I read that right?** | 23  A  My review of the records, he's not in palliative |
| 24  A  Yes. | 24  care, the records that I have reviewed. |
| 25  Q  **Is that based off your reading of the radiology** | 25  Q  **Your belief is using curative care?** |
| Page 99 | Page 101 |

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

A   The intent is multi disciplinary care to either
control or manage the tumor. Currently, he's going
through the systemic treatment.
Q   I guess what I'm trying to understand is removing
this kidney and -- I should say removing the tumor,
the primary tumor, whether it was done in July or
whether it was done in January, was not going to
result in a cure for Mr. Dean?
A   I don't know. We don't know what it looked like in
January.
Q   Okay, assume it was metastatic
A   So the same surgery in January versus July?
Q   Yes.
A   And the same liver, like the same radiographic
imaging?
Q   Metastasis to the liver.
A   So the surgery was done in January or July with the
same exact picture.
Q   Substantially?
A   If it's the same picture, it would most likely have
the same outcome.
Q   Right, so removing the kidney and the tumor, he
still has to go through chemotherapy for the
systemic disease?
A   Removing the primary thing decreases the tumor

Page 102

burden, which makes the life of the oncologist
easier.
Q   What does that mean?
A   So the surgery removes the tumor, you decrease tumor
burden because you remove some of it, you've
dissected some of it.
Q   Right.
A   So when you administer a systemic drugs, it has less
of a tumor burden that the systemic drugs have to
treat, so you're debulking the patient.
Q   But you have to do both?
A   You would debulk first and then administer the
systemic therapy. So the intent was always
multimodal therapy.
Q   And the first, is that called cytoreductive?
A   Yeah, you're basically reducing the tumor. So
cytoreductive effectively is what you're doing.
Q   Right, removing the primary tumor site.
A   And the thrombus.
Q   And the thrombus, which  doesn't affect distant
metastasis, is the idea, right? You're not treating
distant metastasis?
A   No, you're only doing local control.
Q   In paragraph, I guess the second paragraph on
page six, you stated, "Surgical resection represents

Page 103

the only option to contain local control of disease
and is associated with durable oncologic control in
approximately half of these patients." Did I read
that right?
A   Yes.
        MR. WACKMAN: Objection Form.
        MR. RUPCICH: What's wrong with the form?
        MR. WACKMAN: I thought you said contained
instead of obtained.

BY MR. RUPCICH:
Q   Obtain local control of the disease and its
associated with durable oncologic control in
approximately half these patients, right?
A   Yes.
Q   Where does that come from, the statistic, half these
patients?
A   That's from the renal mass guideline.
Q   Is that cited in your opinion here?
A   No, I haven't cited that one.
Q   Can you provide me the source?
        MR. WACKMAN: Is that the one you told me
about, Doctor, on the phone?
        HE WITNES: Yeah, I'd have to get it to
you.

Page 104

        MR. WACKMAN:  So Joe and I RFP's,
responses and objections in response to 21. Let
me show you the cite here.
        MR. RUPCICH;  So you produced it to me?
        MR WACKMAN: I mean, it's off the AUA
website.

BY MR. RUPCICH:
Q   So this is another AUA guideline? Yes?
A   Yes.
Q   Renal mass and localized renal cancer colon AUA
guideline 2017, available on the internet. And what
you're saying here when you say surgery is the only
option to obtain local control of the disease, which
are you referring to the primary tumor site?
A   Yes.
Q   And you say it's associated with durable oncologic
control in half the patients. What does that mean,
durable oncology control?
A   So, when there's a cancer sometimes you can't cure
it but you can control it. And so in this patient,
he has liver mass and he's still alive so they're
able to control the cancer systemically with their
systemic drugs.
Q   So is this sentence referring to —

Page 105

27 (Pages 102 to 105)

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

| | |
|---|---|
| 1  A   So there's no further progression of disease. | 1  A   There's no other way to get local control. Vascular |
| 2  Q   **Irrespective of whether it's local metastasis,** | 2      invasion is the thrombus. |
| 3      **distant metastasis, it's just saying it's associated** | 3  Q   **Okay, I guess that's the only way to get local** |
| 4      **with controlling it wherever it is, is that right?** | 4      **control, is through surgery?** |
| 5  A   Correct. | 5  A   Correct. |
| 6  Q   **Does that article discuss the specific disease that** | 6  Q   **And the fact that this had a heightened biological** |
| 7      **these patients have, meaning like a patient with a** | 7      **behavior, that's something that the urologist would** |
| 8      **widespread disease versus somebody with a very** | 8      **be expected to recognize?** |
| 9      **localized disease, as far as being able to control** | 9  A   If you have a thrombosis, yeah, then a urologist |
| 10     **it, obtained durable oncology control or the half** | 10     would recognize that you have a heightened |
| 11     **that you can get that in, the ones that have a less** | 11     biological behavior. |
| 12     **of a disease burden. Does that make sense what I'm** | 12 Q   **Would you expect a family practitioner to know that** |
| 13     **asking?** | 13     **or do you not know?** |
| 14 A   A less local disease burden or less systemic | 14 A   I don't know. |
| 15     disease burden? | 15 Q   **So in the next sentence, "Due to the absence of** |
| 16 Q   **Either.** | 16     **effective alternative treatments, surgical treatment** |
| 17 A   So the thrombus is not systemic disease. | 17     **is even recommend in the presence of distant** |
| 18 Q   **Right.** | 18     **metastasis, such as seen on the repeat CT scan. Are** |
| 19 A   And the thrombosis is part of the local disease. | 19     **you still talking about effective alternative** |
| 20 Q   **That's part of the primary tumor site, right?** | 20     **treatment for local control?** |
| 21 A   Yes. | 21 A   Local control, yes. |
| 22 Q   **Yeah, I got that.** | 22 Q   **You stated, "An aggressive surgical approach is the** |
| 23 A   So your question is? | 23     **only hope for curing patients having renal cell** |
| 24 Q   **Well, it's talking about half. You can obtain this** | 24     **carcinoma with tumor thrombus in the inferior** |
| 25     **control and half the patients. So what I'm asking is** | 25     **vena cava." Right?** |
| Page 106 | Page 108 |

| | |
|---|---|
| 1      **is the half the patients those with a less advanced** | 1  A   Yes. |
| 2      **disease?** | 2  Q   **And again, you're talking about local disease,** |
| 3  A   I don't know. | 3      **right?** |
| 4  Q   **You don't know the answer to that?** | 4  A   Yes. |
| 5  A   I don't know. | 5  Q   **And if you were to add aggressive surgical** |
| 6  Q   **Do you understand what I'm asking?** | 6      **approach is the only hope for curing patients having** |
| 7  A   I understand what you're asking, but I don't know | 7      **renal cell carcinoma tumor thrombus in the** |
| 8      the answer. | 8      **inferior vena cava and liver metastasis. You** |
| 9  Q   **I get the 50 or half of stage one and then there's,** | 9      **wouldn't agree with that sentence, right, because** |
| 10     **stage four people.** | 10     **there's not a cure?** |
| 11 A   Oh, no, no, no, all these patients had an IVC | 11 A   Only liver met? |
| 12     thrombectomy. | 12 Q   **Right. That's more oncology?** |
| 13 Q   **Right. Okay, but we don't know -- Well, you're** | 13 A   That's more oncology because they do have some |
| 14     **familiar with the cancer staging?** | 14     options. |
| 15 A   You mean the number of metastatic sites and the | 15 Q   **In the last paragraph you state, "Survival patients** |
| 16     extent that which metastasis is in each of those | 16     **with metastatic renal cell carcinoma may increase if** |
| 17     sites. | 17     **aggressive surgery is combined with chemo** |
| 18 Q   **Right.** | 18     **immunotherapy." Is that -- What did you call** |
| 19 A   Yeah, I don't know the answer to that. | 19     **it?** |
| 20 Q   **You state that vascular invasion implies heightened** | 20 A   Multimodal. |
| 21     **biologic behavior of the tumor and warrants early** | 21 Q   **Multimodal. What's the source on that?** |
| 22     **coordinated surgical intervention, especially since** | 22 A   I would defer again to the AUA website, auanet.org |
| 23     **there's an absence of effective alternative** | 23 Q   **When you say survival may increase, are you talking** |
| 24     **treatments. I thought you said that chemotherapy and** | 24     **about like median or means survival rates at given** |
| 25     **immunotherapy were effective treatments.** | 25     **periods of time? What are we talking about?** |
| | 26 A   Well, in this cases, just survival because if they |
| Page 107 | Page 109 |

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

**Page 110**

1     don't have surgery, they will die.

2  Q   You're not talking about cure or remission, you're

3    just talking about extending their lives.

4  A  Yes.

5  Q   You state Mr. Dean had to be his own advocate to

6    see an oncologist as he recovered from a complex

7    surgery, it's evidence by emails in the prison

8    system. Do you know where that comes from?

9  A  I think her name was Nurse Mindy.

10  Q   Mincy?

11  A  Mincy.

12  Q   M-I-N-C-Y? Her emails?

13  A  She sent an email.

14  Q   Okay, and what did she say?

15  A  Do we have access to the email? It's a short email.

16        MR. WACKMAN: Let me pull it up.

17  BY MR. RUOCICH:

18  Q   Alright, I'll keep going. Jeremy, you may want to

19    address that. Did you believe there to be some sort

20    of a delay in getting Mr. Dean to an oncologist?

21  A  We have to pull up that email for clarity.

22        MR WACKMAN: Give me a second because I

23     have to get on the WiFi.

24        MR. RUPCICH: Well, while you're looking,

25     I'm going to keep going.

**Page 111**

1        MR WACKMAN: That sounds great.

2  BY MR. RUPCICH:

3  Q   Okay, so I want you doctor -- I'm going to show you

4    on my iPad, Springfield Clinic, William K. Dean,

5    page 10, which is on August 11, 2016, Severino

6    note.

7  A  Okay, I'm just going to expand it.

8  Q   Yes.

9  A  August 11th, okay.

10  Q   And I guess my question is, based on -- you

11    reviewed  these Springfield Clinic records, right?

12  A  Correct.

13  Q   Does it appear that on August 11th Dr. Severino made

14    an oncology referral? Do you have any reason to

15    doubt that?

16  A  He wants the patient to see an oncologist, yes.

17  Q   And that was August 11, 2016?

18  A  Yes.

19  Q   And I'm going to go to Taylorsville medical

20    records, Bates 1148. This is one of the utilization

21    management records. Do you remember seeing any of

22    these?

23  A  Yes.

24  Q   And does it appear that on August 18 Mr. Dean was

25    approved for an oncology visit?

**Page 112**

1  A  Yes, he is approved.

2  Q   And then I'm going to go to cancer care specialist

3    medical records page 160. Did you review the cancer

4    care specialist records?

5  A  I don't know. There are so many records.

6  Q   I understand. I'll represent to you that

7    August 26, 2016 was the first visit between Mr. Dean

8    and his oncologist. Do you see that?

9  A  Yes.

10  Q   So my question is, are you criticizing the time

11    frame between when Dr. Severino requested Mr. Dean

12    see an oncologist and when he saw an oncologist?

13  A  No.

14  Q   In the middle paragraph, you state, "The delay

15    results being radiographic demonstration of disease

16    progression intervascularly and systemically." What

17    is that based on?

18  A  The CT scan from April and the CT scan and the CT

19    scan in June.

20  Q   From reading the reports?

21  A  Yes.

22  Q   What do you mean by intervascularly?

23  A  The thrombus.

24  Q   And systemically?

25  A  The liver.

**Page 113**

1  Q   We know over time this tumors going to advance,

2    correct? It's going to get worse? It's going to move

3    and spread, right?

4  A  With his current treatment?

5  Q   No, what he had before surgery and chemotherapy?

6  A  Yes.

7  Q   What we don't know is the rate that it would do that

8    at?

9  A  Correct.

10  Q   When you state that the increased tumor burden can

11    negatively affect the overall survival by making the

12    surgery harder and making systemic oncologic

13    treatment harder, is there a source you're relying

14    on for that?

15  A  That would be from the AUA website.

16  Q   Do you have any of your own feelings on that topic

17    or that just comes from the AUA website?

18  A  My own feelings?

19  Q   Well, based on your experience as a practitioner.

20  A  No.

21  Q   So you can't speak to the accuracy of that statement

22    from AUA based on your own personal experience as

23    a doctor?

24  A  Not on my personal experience.

25  Q   And as far as the use of the words "it can

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

1  negatively affect overall survival." Is that
2  intended to be then listing two ways making the
3  surgery harder, meaning survival goes down when
4  patients die in surgery?
5  A   The morbidity of the surgery increases.
6  Q   That's what that is?
7  A   Yeah, the higher the tumor is, the higher the tumor
8    thrombosis, the morbidity of the surgery goes up.
9  Q   And making systemic oncologic treatment harder? Is
10   that what we talked about earlier?
11  A   The extent of tumor burden.
12  Q   Because it has more to work on, right?
13  A   Yes.
14  Q   You use the word "deliberate indifference" to Mr.
15   Dean serious medical needs, correct?
16  A   Correct.
17  Q   Do you mind explaining what that means?
18  A   It's a lack of awareness.
19  Q   Did you research that term?
20  A   The lack of awareness?
21  Q   No, deliberate indifference.
22  A   No, I didn't research it.
23  Q   Why did you use it?
24  A   To demonstrate that there was a lack of awareness of
25   — almost the seriousness of his disease.

Page 114

1  A   He recommended the surgery in April.
2  Q   Right. And he did in July.
3  A   Yes.
4  Q   And that's the fault of the primary care team?
5  A   I would have to defer that fault. I am not aware  of
6    -- This is a complex intricacies of different
7    systems working to schedule surgeries where
8  Q   But you're accusing someone of being deliberately
9    indifferent to his cancer diagnosis.
10  A   Yeah, to the management, yeah. The diagnosis
11  Q   And treatment?
12  A   Correct.
13  Q   But you seem to be absorbing the surgical team of
14   any blame.
15       MR. WACKMAN: Objection Form. Answer the
16   question.
17  BY MR. RUPCICH:
18  Q   Aren't you?
19  A   Do I answer these.
20       MR. WACKMAN: If I object, yes, you answer
21   after I object.
22       THE WITNESS: I am absorbing the surgical
23   team, yes.
24  BY MR. RUPCICH:
25  Q   Other than reviewing -- do you still plan to review

Page 116

1  Q   By whom?
2  A   By the primary medical team.
3  Q   But not the surgical team?
4  A   Not the surgical team.
5  Q   Only the primary care team?
6  A   I think there was a lack of awareness of the
7    seriousness of it by the primary medical team.
8  Q   When?
9  A   From the time of his presentation with gross
10   hematuria.
11  Q   To when?
12  A   I mean, even after the surgery.
13  Q   So from the time of his presentation, through
14   diagnosis, through surgery and after? Yes?
15  A   Yes.
16  Q   But Dr. Severino who took three months to do the
17   surgery was not deliberately in different, in your
18   view?
19  A   To delay a surgery by three months, I don't know
20   where the delay came in. But from the time of
21   diagnosis to the time of surgery, that delay is just
22   a lack of awareness of the seriousness of the tumor
23   that he had back in April.
24  Q   By the primary care team, and not the urologist who
25   made the diagnosis and recommend that the surgery?

Page 115

1    CT  films?
2  A   If I get the images, yes.
3  Q   Do you have any further study other than reviewing
4    the CT images that you plan to do?
5  A   I would like to see the reports of any other
6    experts that are brought into the case. I would plan
7    on reviewing those.
8  Q   Other than reviewing the CT films and any additional
9    expert reports, you don't plan to do any further
10   research?
11  A   Well based on what I find in those reports and based
12   on the imaging that's reviewed, I may elect to do
13   additional research.
14  Q   That would be incident to whatever the films suggest
15   to you?
16  A   As well as the, yeah.
17  Q   Okay.
18       MR. RUPCICH: Jeremy, questions?
19       MR. TYRELL: Jeremy: Q   Yes, I do.
20          CROSS EXAMINATION
21  BY MR. TYRELL:
22  Q   Doctor, can you hear me okay?
23  A   Yes.
24  Q   Okay. If any reason like my phone cuts out or
25   something, if you didn't understand my question,

Page 117

30 (Pages 114 to 117)

Dr. Nivedita Dhar
September 23, 2019

Atkinson-Baker, Inc.
www.depo.com

| | |
|---|---|
| 1 | please let me know, okay? |
| 2 | A   Okay. |
| 3 | Q   For the record, my name is Jeremy Tryell. I'm |
| 4 | Assistant Attorney General for the state of |
| 5 | Illinois, and I represent Lisa Mincy, M-I-N-C-Y. |
| 6 | Doctor, I have some follow up questions based on |
| 7 | what Mr. Rupcich asked you. Comparing an ultrasound |
| 8 | to a CT IVP, which is more invasive based on your |
| 9 | understanding of the procedures in your experience? |
| 10 | A   A CT. |
| 11 | Q   Okay. In terms of IVP, what does IVP mean? |
| 12 | A   Intravenous Pyelogram. |
| 13 | Q   Okay. And so my understanding is that that's |
| 14 | actually a form of dye being injected into a |
| 15 | patient's body, is that correct? |
| 16 | A   Correct, but we don't do IVP's anymore. |
| 17 | Q   Okay. Is it my understanding that you recommended |
| 18 | CT IVP? |
| 19 | A   CT urogram. |
| 20 | Q   I'm sorry Doctor, I didn't hear you right there. |
| 21 | MR. WACKMAN: Jeremy, why don't you start |
| 22 | that question  over again? |
| 23 | BY MR. TYRELL: |
| 24 | Q   Sure. Doctor, it is my understanding based on |
| 25 | reading your report that you did recommend CT IVP |

Page 118

| | |
|---|---|
| 1 | for Mr. Dean? Is that correct or am I mistaken? |
| 2 | A   Your mistaken. I recommended a CT urogram. |
| 3 | Q   Okay. Is there any sort of dye, or any other sort of |
| 4 | contrast involved with the CT urogram? |
| 5 | A   Yes, there is contrast. |
| 6 | Q   Okay. What sort of complications, if any, are there |
| 7 | with use of contrast? |
| 8 | A   Well, it's contraindicated if someone's |
| 9 | pregnant, if they have compromised renal function or |
| 10 | if they're allergic to it. |
| 11 | Q   Is there any sort of complication that could arise |
| 12 | out of getting contrasted patient with diabetes? |
| 13 | A   It would depend on their renal function if it's |
| 14 | compromised. |
| 15 | Q   However, with higher creatinine levels? |
| 16 | A   If the renal function is compromised then you should |
| 17 | not give contrast. |
| 18 | Q   Okay. What about a patient with high blood pressure? |
| 19 | Is that just based on if there's a renal compromised |
| 20 | going on with contrast? |
| 21 | A   Yes. |
| 22 | Q   Do those same complications exist when a patient is |
| 23 | going under ultrasound, meaning if someone has |
| 24 | compromised renal function, is there a higher |
| 25 | complication with an ultrasound at that point? |

Page 119

| | |
|---|---|
| 1 | A   No. |
| 2 | Q   Doctor, have you ever been to a facility managed by |
| 3 | the Illinois Department of Corrections? |
| 4 | A   No. |
| 5 | Q   Have you worked in correctional medicine? |
| 6 | A   No. |
| 7 | Q   Have any of your patients in your practice ever been |
| 8 | incarcerated ever -- Strike that. Have you ever |
| 9 | accepted patients in your practice that were |
| 10 | currently incarcerated, meaning that a prison |
| 11 | facility  brought in an incarcerated individuals to |
| 12 | you  for  treatment or care? |
| 13 | A   Yes. |
| 14 | Q   Okay. Was that with the federal prisons or Michigan |
| 15 | Department of Corrections or some other facility? |
| 16 | A   I don't know. |
| 17 | Q   Okay. Would you say that incarcerated individuals |
| 18 | are a high part of your practice? |
| 19 | A   No. |
| 20 | Q   How many patients have that had been incarcerated |
| 21 | or were incarcerated when you saw them? |
| 22 | A   Two to five. |
| 23 | Q   Okay, that's over your 10 years as a doctor? |
| 24 | A   Yes. |
| 25 | Q   Okay. You mentioned earlier a deposition having some |

Page 120

| | |
|---|---|
| 1 | sort of administrative duties. Is that right? |
| 2 | A   Yes. |
| 3 | Q   Okay. Have you ever dealt with patient satisfaction |
| 4 | as part of your administrative duties? |
| 5 | A   No. |
| 6 | Q   Have you ever dealt with contract compliance with |
| 7 | third party vendors as part of your administrative |
| 8 | duties? |
| 9 | A   No. |
| 10 | Q   Early in the deposition, you mentioned reviewing two |
| 11 | Lisa Mincy's emails, is that correct? |
| 12 | A   Yes. |
| 13 | Q   As you sit here today, do you have an understanding |
| 14 | of what Lisa Mincy's job title was at the time of |
| 15 | Mr. Dean's care? |
| 16 | A   No. |
| 17 | Q   Do you have an idea of what her job duties and |
| 18 | responsibilities were at the time of Mr. Dean's care |
| 19 | at Taylorville? |
| 20 | A   No. |
| 21 | Q   I think that's all the questions I have. |
| 22 | CROSS EXAMINATION |
| 23 | BY MR. WACKAMN: |
| 24 | Q   I have a few quick questions. Well, let me start by |
| 25 | saying that the emails that were referred to during |

Page 121

31 (Pages 118 to 121)

Dr. Nivedita Dhar
September 23, 2019

**Page 122**

```
 1        Mr. Rupcich's questioning and now during Mr.
 2   Tyrell's  questioning, IDoc number 860. It's the
 3   primary one and there's an attachment to that, that
 4   runs to 861. I'll give you guys a couple minutes to
 5   take a look at them, see if you have any questions.
 6   Or I'll just plow ahead with my question.
 7        MR. RUPCICH: Go ahead.
 8   BY MR. WACKMAN:
 9   Q   All right. Dr. Dhar, you just answered some
10   questions for Mr. Tyrell about your treatment of
11   incarcerated individuals. Do you remember that?
12   A   Yes.
13   Q   When you were treating those incarcerated
14   individuals, did you apply the American Urological
15   Association guidelines?
16   A   Yes.
17   Q   Did you apply any correctional medicine specific
18   guidelines when treating those individuals?
19   A   No.
20   Q   Do you believe that the American urological
21   Association guidelines are the standard of care for
22   the treatment of incarcerated?
23        MR. RUPCICH:   Objection.
24        MR. TYRELL: Form and Foundation.
25        MR. RUPCICK:   Join.
```

**Page 123**

```
 1   BY MR. WACKMAN:
 2   Q   You can answer.
 3   A   Yes.
 4   Q   Mr. Rupcich asked you a question earlier about a
 5   urine strain test. Do you recall that?
 6   A   Yes.
 7   Q   What is a urine strain test?
 8   A   You urinate into a strainer and if there's any
 9   stones, it wouldn't go into the toilet.
10   Q   What does that seek to detect or diagnose?
11   A   It's not a diagnostic tool. If the patient passes a
12   stone, then hopefully it would catch it.
13   Q   And you said you don't recommend or you -- Strike
14   that. I believe you testified that you do not use a
15   urine strain test. Is that a correct recollection of
16   your testimony?
17   A   Yes.
18   Q   And why don't use a urine strain test?
19   A   It's inconvenient. Every time the patient goes to
20   the bathroom, they have to carry, take it to work.
21   And for women in that position, it's a little bit
22   harder to do.
23   Q   Okay. For patient presenting with the symptoms that
24   Mr. Dean presented with, Doctor, to your mind, is
25   the use of a renal ultrasound ever appropriate?
```

**Page 124**

```
 1   A   If the patient's pregnant or they have a severe
 2   contrast allergy and they can't be pre medicated or
 3   if they have compromised renal function, and they
 4   can't get a CT scan without contrast or an MRI.
 5   Q   Beyond those circumstances with the use of a renal
 6   ultrasound be appropriate to a patient presenting
 7   with gross painless hematuria.
 8   A   No.
 9   Q   And what is your belief based on?
10   A   Based on the sensitivity and specificity of the
11   imaging modality to accurately  diagnose the
12   potential ideology of the gross hematuria.
13   Q   Is your belief based on the American urological
14   Association guidelines?
15   A   Yes.
16   Q   And is it also based on your training and
17   experience?
18   A   Yes.
19   Q   Your CV was marked as exhibit one, doctor and answer
20   some questions from the Mr. Rupcich about the
21   document and in particular, you answered some
22   questions on page 23 Which is on the numbers here,
23   but which is bypass reversal effect on renal
24   function metabolic parameters and stone formation.
25   Do you recall all these questions, Doctor?
```

**Page 125**

```
 1   A   Yes.
 2   Q   And this paper is about kidney stones, is that
 3   correct?
 4   A   Correct.
 5   Q   And this is a peer reviewed paper.
 6   A   Yes.
 7   Q   What is peer review mean. Describe what that means.
 8   A   Well, we submitted it to the Journal of Urology,
 9   which is actually administered by the AUA, and it's
10   read by independent neurologists who then review it
11   and decide whether or not it's worthy of
12   publication.
13   Q   And did those urologist decide that it was worthy of
14   publication?
15   A   Yes.
16   Q   And I see there are two numbers here. One is cited.
17   18 What does that mean?
18   A   That means it's been cited by other people when they
19   have published 18 times.
20   Q   And then that number, what does that mean?
21   A   The impact score is every journal has its own impact
22   score, and that's the impact score for the Journal
23   of Urology in 2005.
24   Q   Okay, and what does the score mean?
25   A   It's how it can impact the way doctors practice
```

1    medicine or you know, the medical community.
2  Q  How was it? Was it between -- Strike. Withdraw all
3    that? Is it between 1 and 10? 1 and 20?
4  A  I don't know.
5  Q  You answered some questions earlier for Mr. Rupcich
6    about the emotional stress of cancer, do you recall
7    that?
8  A  Yes.
9  Q  Can you describe what you mean by emotional stress
10    of cancer?
11  A  Well, it's a serious diagnosis. And, you know,
12    patients wonder if they're going to live or  die.
13    And then there's also the treatment which is quite
14    extensive and causes stress for them.
15  Q  And how are you aware of the emotional stress of
16    cancer?
17  A  I worked a lot with cancer patients, I talk to them.
18  Q  Would you say you work daily with cancer patients?
19  A  Yes.
20  Q  How about you talk, you answered some questions
21    from Mr. Rupcich earlier about the emotional stress
22    of not knowing whether or not you have cancer. Do
23    you recall those questions?
24  A  Yes.
25  Q  And can you describe what you mean by that type of

Page 126

---

1    emotional stress?
2  A  Well, a lot of patients, it's the 'what if' that
3    scares them. And sometimes not having a diagnosis is
4    worse than having one.
5  Q  And how are you aware of that type of emotional?
6  A  Because when patients present to us in urology, we
7    get a lot of symptom presentations, and we
8    evaluate the patient with a history physical
9    and the testing and then we make our own diagnosis
10    and then we're unique and then we're able to then
11    offer treatment to them, too. We can do the whole
12    spectrum. And so since we see them when they come
13    and symptoms, you know, a lot of times, they don't
14    want to leave our office with us without us  working
15    them out, coming up with a plan to establish a
16    diagnosis.
17  Q  Do you see patients with that emotional stress
18    regularly?
19  A  Yes.
20  Q  In your report, Mr. Rupcich asked you some question
21    about page 2 and the factual summary. The first
22    sentence, which reads "Mr. Dean first saw doctor
23    Nawoor complaining of painless gross hematuria on
24    December  23, 2015. Do you recall those questions?
25  A  Yeah.

Page 127

---

1  Q  Is there anything significant to the fact that the
2    gross hematuria was painless?
3  A  Well, when someone doesn't have pain, it's more
4    worrisome because pain, you know, if they have pain
5    with urination in your head, you can think "Oh, this
6    could be a UTI." if they have flank pain, you're
7    like, "Oh, it could be just a kidney stone." but
8    when it's painless, then you get more worried that
9    it could be a malignancy.
10  Q  I think that's all I am for the moment.
11        MR. WACKMAN: Joe?
12            REDIRCT EXAMINATION
13  BY MR. RUPCICH:
14  Q  A kidney Stone can present as painless hematuria.
15  A  It could, yes.
16  Q  What creatinine level makes a patient not able to
17    have a contrast CT.
18  A  That's determined by the radiology department. Where
19    I work, it's 1.6.
20  Q  Anything above that, they wouldn't the radiologst
21    wouldn't do contrast.
22  A  Yeah. So will hydrate it. If it's 1.6, 1.7 we can
23    hydrate them and we check it, you know, because it
24    cases right dehydration, and if we recheck it and
25    it's 1.5 or better, they'll do it. But if it's not

Page 128

---

1    they won't.
2  Q  Is it 1.5 it's a no go; 1.49, we're smooth sailing
3    or does the risk go up as the creatinine need
4    increases?
5  A  I don't know that data that well, I'd have to look
6    it up.
7  Q  Okay, that's all I have.
8        MR WACKMAN: Jeremy?
9        MR. TYRELL: I do not have any follow-up.
10
11        (Deposition concluded at 4:45 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 129

33 (Pages 126 to 129)

Atkinson-Baker, Inc.
www.depo.com

1    STATE OF MICHIGAN   )
2                        )
3    COUNTY OF WAYNE     )
4
5    RECORDER'S CERTIFICATE AND NOTARIZATION
6
7            I, Donald Handyside, Court Recorder, do
8    hereby certify that on September 23, 2019, at 1:00
9    p.m., there did personally appear before me, a
10   Notary Public, DR. NIVEDITA DHAR that I did swear
11   said person to tell the truth and did then
12   electronically record his testimony, the same being
13   later reduced to typewriting and that the foregoing
14   is a true and accurate transcription of said
15   electronic recording taken at such time and place.
16           I further certify that I am not related to
17   or employed by any party of this cause or their
18   respective counsel.
19
20           _____
21           DONALD HANDYSIDE  (CER 1464)
22           Notary Public
23           My Commission Expires:  5/6/2020
24
25

Page 130

Dr. Nivedita Dhar
September 23, 2019

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 1

**A**

**abdomen** 73:2
**abdominal** 16:17 29:3
63:18
**ABDUR** 1:7
**able** 15:12 38:8 43:24
48:7 55:13,14 84:17
90:10 97:9,23 105:23
106:9 127:10 128:16
**absence** 107:23 108:15
**absolute** 58:22 94:16
**absorbing** 116:13,22
**abstract** 13:6 38:5
**abstracts** 12:23
**accepted** 120:9
**access** 38:1,2 110:15
**account** 91:14
**accuracy** 113:21
**accurate** 68:3,19 130:14
**accurately** 124:11
**accusing** 116:8
**act** 70:19 71:19
**acted** 78:6
**actions** 50:18 70:10,11
**active** 32:9
**activities** 57:6
**actual** 39:11 40:11 43:10
44:17 45:6
**acutely** 88:13
**add** 109:5
**additional** 19:11 43:7,23
44:18 117:8,13
**address** 3:12 64:15,20
64:23 110:19
**addressed** 64:21
**administer** 55:14 59:9
61:4 103:8,12
**administered** 73:22 79:2
125:9
**administrative** 7:5,6,17
10:7 23:11 121:1,4,7
**advance** 113:1
**advanced** 107:1
**advertise** 30:24
**advocacy** 28:4
**advocate** 110:5
**affect** 101:4 103:20
113:11 114:1
**AFMS** 45:11
**afternoon** 3:5
**age** 77:11
**agency** 29:20
**aggressive** 82:7 92:24
92:25 93:11 108:22
109:5,17
**aggressively** 97:21
**ago** 28:23 30:4 33:18
63:18 74:19
**agree** 53:2 54:7 78:6
88:7 96:12 101:1
109:9
**agreed** 40:17
**ahead** 61:13 122:6,7
**AJR** 37:15
**algorithm** 61:9
**alive** 65:5 105:22
**allergic** 58:11 119:10
**allergies** 59:20 61:12

**allergy** 58:2 61:13 124:2
**allows** 58:3
**alright** 6:2 9:14 17:17
47:10 49:22 110:18
**alternative** 107:23
108:16,19
**amended** 40:24
**America** 27:22
**American** 27:17,18 36:4
37:10,15 122:14,20
124:13
**AMFS** 2:13 29:18,22,25
30:5,8,14 31:25 33:8
34:9,12
**amount** 12:7,23 66:21
66:22 81:11 84:6
**analysis** 14:19 15:21
16:4,5 17:12 85:25
**anecdotal** 13:21
**Anemia** 88:19
**anemic** 88:13,18
**anesthesiology** 97:13
**answer** 3:25 51:15,19
55:23 57:11 75:9
76:11 107:4,8,19
116:15,19,20 123:2
124:19
**answered** 122:9 124:21
126:5,20
**anymore** 118:16
**anyway** 67:17
**apart** 98:3
**appear** 111:13,24 130:9
**APPEARANCES** 1:13
**appears** 46:5
**appendix** 40:24
**applicable** 50:19 51:7,9
52:4,18
**applications** 10:19
**applies** 91:24
**apply** 10:17 11:5 91:17
93:5 122:14,17
**applying** 60:12
**approach** 18:24 22:2
55:11 108:22 109:6
**approaching** 54:1
**appropriate** 51:12 58:10
58:21 62:10 63:3 68:6
68:13,15 69:9 70:7
74:10,12 78:22,24
123:25 124:6
**appropriately** 78:7
**approve** 75:19,23
**approved** 78:1 79:21,25
80:1 84:24 111:25
112:1
**approximately** 23:11
73:8 104:3,14
**approximation** 7:22
34:25
**April** 24:10 44:5 52:2
56:12 80:3,13 82:1,12
83:20 92:17 93:9
99:15 100:6,21 112:18
115:23 116:1
**Arabic** 11:24,25
**ARDC** 1:17
**area** 55:7,10 85:21

**areas** 7:19
**argumentative** 83:12
**arrest** 22:15 23:8 98:16
**arrive** 77:22
**arrived** 33:4 88:7
**article** 37:7 106:6
**articles** 38:5
**aside** 96:16
**asked** 43:10 46:6 50:11
50:17,22 51:3,25
95:18 98:22 118:7
123:4 127:20
**asking** 44:17 53:13
80:11 83:16 94:5,8
106:13,25 107:6,7
**assess** 87:4
**assist** 50:4
**assistant** 1:21 23:22,24
23:25 24:17 118:4
**Associate** 23:19
**associate** 23:18,22 24:1
24:3,6,7,9,18
**associated** 98:18 99:4
104:2,13 105:17 106:3
**association** 27:17,19,21
27:22 36:4 122:15,21
124:14
**assume** 13:21 64:6,25
66:8 92:12 102:11
**assuming** 47:10 65:14
93:24
**assumptions** 50:11
**asymptomatic** 89:6,8
**atrium** 26:19 37:9 85:15
101:3
**attach** 71:5
**attachment** 122:3
**attempts** 56:21
**atrney** 1:21 3:6 31:23
32:17 118:4
**attorneys** 70:16
**AUA** 28:6 29:23 30:25
31:1 36:5 37:5 38:9
72:14 74:2 86:8 87:8
91:13,14 92:7,8 105:5
105:9,11 109:22
113:15,17,22 125:9
**auanet.org** 109:22
**August** 3:15,19 6:13
35:1,2,4,4,5 42:25
45:18 46:17,22 47:23
48:2 49:23,24 52:15
111:5,9,13,17,24
112:7
**available** 14:16 37:20
105:12
**average** 93:1,3
**avoid** 59:17
**aware** 57:3 58:24 59:1
69:22,23 85:4 116:5
126:15 127:5
**awareness** 114:18,20,24
115:6,22

**B**

**back** 5:3 14:15 30:21
32:6 33:10 34:22 44:8
64:9 99:12 115:23

**bank** 30:3
**bariatric** 12:14,16,19
**Barking** 83:15
**Barnett** 49:20
**barriers** 12:1
**base** 20:8,9,10 60:24
**based** 10:13 24:19 59:5
59:6 60:21 61:1 65:24
69:9 80:7 82:4,5 93:4
93:11,19 94:25 97:3
99:25 100:18,19
111:10 112:17 113:19
113:22 117:11,11
118:6,8,24 119:19
124:9,10,13,16
**basic** 60:25
**basically** 103:16
**basis** 10:10 26:12 27:15
**Bates** 111:20
**bathroom** 123:20
**bearing** 58:20
**behavior** 92:24 107:21
108:7,11
**belief** 62:16 99:19 100:5
101:25 124:9,13
**believe** 3:16 13:6 17:1
20:7 25:19 26:3 27:10
29:20 30:9,13,15 32:3
35:9 38:2 42:9 43:23
45:17 56:22 73:10
74:9 76:3 78:25 80:5,9
83:25 86:8,22 88:4
99:20 110:19 122:20
123:14
**benefit** 74:7
**best** 28:10
**better** 100:10 128:25
**beyond** 84:16 96:20
124:5
**big** 93:22 94:1,2
**bill** 34:17,19,21 41:18
**billed** 38:13
**biologic** 107:21
**biological** 108:6,11
**biopsy** 90:13
**bit** 123:21
**bladder** 9:16 12:7 64:5
**blame** 116:14
**bleeding** 15:25 64:5
**block** 1:14 35:24 98:15
**blood** 60:24 65:19 66:14
66:17,18,21,22 67:2,4
67:6,7 87:11 88:12
98:14 119:18
**bloodstream** 90:16
**board** 25:2,3
**boards** 25:8
**body** 85:11 98:15 118:15
**bottom** 71:24 77:25
**Boyd** 28:24 32:11
**BR** 76:25
**break** 3:24 4:1 99:7
**breakdown** 7:18
**breaks** 7:23
**briefly** 48:23
**brought** 117:6 120:11
**building** 3:18
**bullet** 54:9

**burden** 103:1,5,9 106:12
106:14,15 113:10
114:11
**business** 3:12
**bypass** 13:10,14,16,25
14:4,6 17:22 18:7
124:23

**C**

**call** 30:13,14 32:3 56:23
109:18
**called** 103:15
**can't** 105:20
**cancer** 9:16 12:8,9 18:13
18:16,18,21 21:23
52:1,16,24 55:24
56:11,13 57:8 64:13
64:19,21 65:1,6 66:3
85:8 101:8 105:11,20
105:23 107:14 112:2,3
116:9 126:6,10,16,17
126:18,22
**cancer-specific** 54:2
**cancerous** 52:3,13
**cancers** 20:24
**candidate** 58:21 61:2
94:10
**candidates** 58:10
**carcinoma** 88:25 89:6
89:10,14,18,22 90:2
90:11 91:3 93:2
100:19 108:24 109:7
109:16
**cardiac** 82:23 84:11,12
84:16,17 94:21,22
97:22
**cardiologist** 95:2
**cardiology** 95:12 97:13
**cardiomyopathy** 58:18
96:3
**cardiothoracic** 84:15
**care** 9:20 22:6 27:1
36:22,25 42:21 49:10
50:20 51:7,9,20 52:4
52:18,22 53:4,8 78:11
78:13 79:11 80:21,23
81:8 86:2 88:4 96:25
101:24,25 102:1 112:2
112:4 115:5,24 116:4
120:12 121:15,18
122:21
**careful** 86:3
**carry** 123:20
**case** 28:24 29:1,9,13
30:5,7,12,22 31:20
32:11,16,19,23 33:20
35:24 38:11 40:4,17
41:8,15 42:18 44:20
50:2,9,12 65:15,24
74:16 117:6
**cases** 21:6 23:9 30:9,17
30:20 31:10 109:26
128:24
**CASSIDAY** 1:17
**catch** 67:14 75:18
123:12
**categories** 7:23
**category** 8:1

**Dr. Nivedita Dhar**
**September 23, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 2

| | | | | |
|---|---|---|---|---|
| **cause** 65:22 87:5,20,25 89:11 130:17 | 33:3 45:9 86:7 87:8 91:12 104:16 127:12 | **consultation** 52:15 | **correspondence** 29:25 | **date** 33:20 34:16,24 38:25 46:12,21 47:14 47:18 71:14 80:13 |
| **causes** 126:14 | **comes** 44:3 62:19 110:8 113:17 | **consulted** 31:10 | **council** 94:7 | |
| **cava** 108:25 109:8 | **comfortable** 98:10 | **contact** 69:20 | **counsel** 130:18 | **dates** 46:11 |
| **cell** 88:25 89:6,10,14,18 89:22 90:2,11 91:3 93:2 100:19 108:23 109:7,16 | **coming** 64:5 127:15 | **contacted** 30:8,10,12 | **COUNTY** 130:3 | **day** 1:10 |
| | **comma** 72:4 | **contain** 104:1 | **couple** 100:6 122:4 | **de** 91:17,20,21 |
| | **Commission** 130:23 | **contained** 91:3 104:8 | **course** 28:15 32:8 | **dealt** 121:3,6 |
| **Center** 1:11 3:20 6:11 7:12,19 8:9,22 18:19 24:6 | **common** 26:10,11,21 90:5 | **contempt** 101:6 | **court** 1:1 3:10 32:13 130:7 | **Dean** 1:3 22:14 23:2 26:14,19 58:13 59:11 59:25 65:18 67:10 68:11 69:1 75:19 77:25 78:11,17 80:14 81:20 82:22 84:22 87:13 88:11 94:13 96:2,17,25 97:15 98:6 101:1,19 102:8 110:5 110:20 111:4,24 112:7 112:11 114:15 119:1 123:24 127:22 |
| **central** 1:1 69:17 | **communicated** 69:16 | **continuously** 4:23 | **cover** 27:12 | |
| **CER** 1:25 130:21 | **communication** 47:12 | **contract** 121:6 | **covers** 27:13 | |
| **certain** 20:24 90:3,3,8 | **community** 126:1 | **contracted** 34:23 | **creates** 74:4 | |
| **certainty** 74:4 | **comorbidities** 61:25 95:11 96:23 | **contradicted** 70:11 | **creatinine** 60:24 119:15 128:16 129:3 | |
| **CERTIFICATE** 130:5 | **companies** 69:20 70:1 | **contradiction** 70:19 | **criteria** 60:12,16,20 | |
| **certifications** 25:2 | **compare** 50:17 | **contradictory** 71:19 | **critical** 80:10 81:10,13 81:15 82:8 | |
| **certified** 19:8,10 25:3 | **Comparing** 118:7 | **contraindicated** 60:6 119:8 | **criticism** 69:6 79:24 86:11,15 | **Dean's** 50:20 51:4 52:1 52:13 53:15 54:23 55:16 65:1,24 72:2 98:19 101:8 |
| **certify** 130:8,16 | **compensate** 88:21 | **contraindication** 58:22 58:23 59:14,16 | **criticize** 84:6 | |
| **change** 67:5 | **complain** 63:6 | **contraindications** 58:4 59:11 77:12 94:13,16 60:23 61:5,10,24 73:12,22,24 75:17 77:13 96:13,15 119:4 119:5,7,17,20 124:2,4 128:17,21 | **criticizing** 74:1 112:10 | **Dean's** 78:13 90:10 121:15,18 |
| **changes** 62:9 63:4 | **complaining** 127:23 | | **Cross** 2:7,8 117:20 121:22 | |
| **charge** 35:17 36:1 | **complaint** 63:5 | | **CT** 17:9 40:1 43:11,12,19 44:5 52:1 58:3,4,7,10 58:17,21 59:9,11,14 59:17,18 60:5,8,13,14 60:22 61:2,23 62:5,7 62:11,16,19 63:1,18 63:19,20,24 64:3,6 68:11 72:25 73:2,8 74:3,7,10 75:16,17 77:3,6,13 78:20 79:2 79:20 92:10 96:13 99:21 100:4,10,12,17 108:18 112:18,18,18 117:1,4,8 118:8,10,18 118:19,25 119:2,4 124:4 128:17 | **debulk** 103:12 |
| **charges** 35:7 38:11 | **complaints** 50:21 51:5 63:2 | | | **debulking** 103:10 |
| **charging** 32:23 | **complete** 50:1 | | | **December** 38:24 39:16 39:25 43:17 50:21 51:5 73:6 127:24 |
| **charts** 15:11 | **completed** 5:15 46:2 | **contrast** 58:2,4,7 59:12 59:15,19 60:5,9,13,14 60:23 61:5,10,24 73:12,22,24 75:17 77:13 96:13,15 119:4 119:5,7,17,20 124:2,4 128:17,21 | | |
| **check** 30:10 31:3 33:18 73:21 128:23 | **completely** 54:17 55:23 | | | **decide** 125:11,13 |
| **checked** 30:21 | **completing** 48:14 | | | **decided** 81:16 |
| **chemo** 22:6 109:17 | **complex** 21:6,8 110:6 116:6 | | | **decision** 97:4 |
| **chemotherapy** 21:9,11 22:10 102:23 107:24 113:5 | **compliance** 121:6 | **contrasted** 119:12 | | **decisions** 61:3 |
| **Chicago** 1:15 | **complicated** 61:7 82:21 82:25 | **control** 52:23 55:24 85:8 85:10,12,16,20 102:2 103:23 104:1,2,12,13 105:14,18,19,21,23 106:9,10,25 108:1,4 108:20,21 | | **decrease** 103:4 |
| **circumstances** 124:5 | **complication** 119:11,25 | | | **decreased** 58:16 60:4 96:11 |
| **cite** 105:3 | **complications** 13:19 119:6,22 | | | **decreases** 102:25 |
| **cited** 104:19,20 125:16 125:18 | **comply** 67:16 | **controlling** 106:4 | | **deep** 22:15 23:7 |
| **clarity** 110:21 | **compromised** 58:12 59:2,4,7,18 60:7,10 119:9,14,16,19,24 124:3 | **coordinated** 107:22 | **CT's** 73:11 | **Def** 2:13,13,14,14,15 |
| **Clark** 1:15 | | **Coordinating** 23:15 | **curable** 101:8 | **Defendant** 1:16,21 |
| **classroom** 8:7 | | **coordination** 83:22 | **curative** 101:12,22,25 | **defendants** 1:8 50:18 53:5 84:24 87:24 |
| **clear** 93:2 95:13,14 100:19 | **concerned** 57:2 | **cope** 66:25 | **cure** 101:5,13,18 102:8 105:20 109:10 110:2 | **defer** 60:11 101:15 109:22 116:5 |
| **clearance** 82:23 84:11 84:12,16 94:21,22 97:22 98:10,13 | **concluded** 129:11 | **copy** 70:21 | **cured** 101:6 | |
| | **conclusions** 15:12,14 86:1 | **correct** 4:7,22 5:11,14 6:12,14,18 7:8,21 8:20 9:8 10:3,16 11:10 14:9 14:17,20 16:14 18:25 20:20,23,25 21:1 22:12 29:12 33:16 34:11,13 37:4 39:8 46:9 51:10,20 52:6 53:6,21 55:8 56:14 58:5,19 59:13 60:3 65:4,14 66:7,13 67:21 68:11,12,17,22 69:5 69:12 70:6 72:6,23,24 72:25 73:1,14 76:2 77:4,22 78:21 79:8 80:6 82:14,16,17 85:14,18 86:5 87:1,7 87:15,21 88:1,7 89:13 89:17 91:4,6 93:10,14 93:15 94:11 96:1,4,6,8 96:22 97:7 101:2,9 106:5 108:5 111:12 113:2,9 114:15,16 116:12 118:15,16 119:1 121:11 121:15 123:15 125:3,4 | **curing** 108:23 109:6 | |
| **clearances** 84:18 | **condition** 9:7,18 | | **current** 6:5,7 7:12 34:19 113:4 | **define** 83:1 |
| **cleared** 94:24 95:3,12,16 97:9,11,12 99:2 | **conditions** 36:10 57:8 | | **currently** 6:10 102:2 120:10 | **defines** 59:7 |
| **Cleveland** 5:18 10:22 16:18 17:19 22:22 | **conducted** 77:17 86:16 | | **cut** 41:12 | **defining** 54:25 55:1 |
| **Clinic** 16:18 17:19 22:22 31:20 111:4,11 | **conducting** 36:20 50:12 | | **cuts** 117:24 | **degree** 60:5 96:11 |
| **clinical** 6:23 7:7,16 8:1,2 8:3,15 9:15 10:2 25:23 67:5,8 72:19 89:21 90:23 92:1 | **confidential** 71:1 | | **CV** 2:13 6:4 124:19 | **dehydration** 128:24 |
| | **confronted** 36:10 | | **cycles** 10:13 | **delay** 50:25 51:12 52:8 53:9,10 54:13,14 55:20 77:21 82:2,9,10 82:11 84:7,8,9,10,16 85:2 110:20 112:14 115:19,20,21 |
| **clinician** 91:8 | **conjunction** 10:20 | | **cysto** 75:23 | |
| **clubs** 23:16 | **connected** 8:19 | | **cystoscopy** 12:1 57:23 63:12,25 64:1,2,4 71:21 72:3,5,7 75:20 77:4,6,15 78:19 79:3 79:21 | **delays** 56:8 |
| **cm** 62:2 | **connection** 41:15 | | | **deliberate** 114:14,21 |
| **coffee** 68:2 | **consecutive** 57:16 | | | **deliberately** 115:17 116:8 |
| **collegial** 42:6,10 69:3,7 69:10,18 70:4,10 72:1 75:21 77:25 79:21 | **consider** 50:18,22 51:3 61:7 68:18 84:9 91:8 92:2,4 | | | **demonstrate** 114:24 |
| | **considered** 19:2 40:25 41:7 | | **cysts** 44:15 | **demonstration** 15:1 88:14 112:15 |
| **colon** 105:11 | **considers** 53:13 | | **cytoreductive** 103:15,17 | **department** 59:7 60:17 60:18,19 61:3,10 76:18 79:3 120:3,15 128:18 |
| **column** 71:24 | **consist** 23:14 | **correctional** 25:10,12 120:5 122:17 | | |
| **columns** 70:18 71:18 | **consistent** 7:9 50:19 51:7,8 52:3,17 97:19 | | | |
| **combined** 109:17 | **constitutes** 62:22 101:21 | **Corrections** 120:3,15 | | |
| **come** 22:25 27:1 29:22 | **consult** 28:15 99:6 | | **D** 2:2 | |
| | **consultant** 31:14 32:10 | | **D-H-A-R** 3:11 | |
| | | | **daily** 126:18 | |
| | | | **data** 13:23 14:18 16:4 30:2 93:4,20 129:5 | **depend** 21:7 119:13 |

**Dr. Nivedita Dhar**
**September 23, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 3

dependent 74:15 75:8
depending 59:19 61:12
  62:25 89:15,25
depends 18:23 21:4
  55:17 59:16 75:13
  88:19 89:9,18 92:24
depo 80:9
deposed 3:21
deposition 1:10 6:3
  31:12 32:13 33:17,25
  38:16 39:19 40:23
  45:15 73:17 80:7
  82:18,19 120:25
  121:10 129:11
depositions 41:23,24
describe 125:7 126:9,25
described 53:14 54:23
  64:10 70:12
desktop 38:7
detect 123:10
determine 14:14 15:21
  18:1 46:14 47:14
  73:24 87:5,25 90:10
determined 14:21
  128:18
determining 16:10 61:8
  87:19
Detroit 1:11 3:13,20 6:10
  7:12,19 8:9,21 18:18
  24:5
develop 15:22
development 11:3,6
deviation 53:4,8
device 11:2
devices 11:7
Dhar 1:10 2:5 3:9 41:14
  122:9 130:10
diabetes 58:25 96:5
  119:12
diagnose 123:10 124:11
diagnosed 45:5 52:10
  56:14 60:15 61:22
diagnoses 42:11
diagnosing 74:11
diagnosis 36:20 42:15
  52:1 54:13 56:3,6,21
  57:3 62:7,12,13 65:2
  66:4,5 68:8,9 70:17
  115:14,21,25 116:9,10
  126:11 127:3,9,16
diagnostic 16:9 17:19
  17:23 18:6 51:6 61:8
  68:21,23 70:4,8 74:4,7
  77:21 100:9 123:11
didactic 8:6,17
didactics 8:8,11
didn't 59:25 64:21 82:22
  114:22 118:20
die 98:12,21 110:1 114:4
  126:12
died 94:4 98:17
differ 7:13 8:22
differed 65:6
difference 17:3 24:17
  65:21 66:17
different 19:9 20:9 42:15
  57:6 70:18 91:14
  115:17 116:6

differential 66:5 68:7,9
difficult 67:25
diffuse 101:13
dipstick 66:12,20 67:4
direct 2:6 3:3 57:21
  63:15 90:15
directly 90:14
disagree 95:1
disagreements 48:21
  49:18
disciplinary 102:1
discuss 95:14,21 106:6
discussed 35:10,14
  77:25 99:5
discussion 20:14 47:19
  65:8 95:5 99:9
disease 85:11,17,20
  91:5 99:22 100:4
  101:4,13 102:24 104:1
  104:12 105:14 106:1,6
  106:8,9,12,14,15,17
  106:19 107:2 109:2
  112:15 114:25
dispute 75:19 78:11
  87:24
dissected 103:6
dissections 12:8
distant 101:1 103:20,22
  106:3 108:17
distinction 66:18
DISTRICT 1:1,1
divide 9:14
DIVISION 1:1
dizzy 88:24
doctor 4:6 6:2 9:15,16
  33:25 42:22 45:15
  48:18 49:10 64:17
  65:11 67:13 76:7 79:7
  95:18 98:24 99:12
  104:23 111:3 113:23
  117:22 118:6,20,24
  120:2,23 123:24
  124:19,25 127:22
Doctor-- 94:5
doctors 76:20 79:24
  125:25
document 41:1 70:12
  71:2 124:21
documents 41:20 42:3
doesn't 95:7
doing 9:24 13:24 31:7
  33:23 61:22 84:4
  97:17 101:17 103:17
  103:23
don't 16:8 18:2 20:3 27:6
  29:24 31:19,22 32:14
  47:16 82:15 85:6 97:5
  100:3 107:4,5 117:9
  129:5
Donald 1:24 130:7,21
doubt 111:15
Dr 1:7,10 2:5 3:6,7 39:1
  41:14 49:8,20,20
  66:25,25 68:6,10,13
  69:1 70:3 72:2 73:5
  78:12,19,25 79:5,6
  80:2,2,10 81:10,15,22
  82:8,18 86:12 99:17

111:13 112:11 115:16
  122:9 130:10
draft 47:17
drafts 48:7
drain 98:14
drainage 87:6
draining 87:17,18
draw 15:12,14
drew 65:16
drug 85:4,23
drugs 52:16 54:20 55:14
  103:8,9 105:24
DUCES 1:10
ducks 84:1
due 60:22 108:15
durable 104:2,13 105:17
  105:19 106:10
duties 7:7 9:15 23:11
  121:1,4,8,17
dye 118:14 119:3

---
**E**
---

E 1:4 2:2
E-I-N 69:1
e-mail 30:12 45:13,17,18
  45:23 46:20 47:3,22
  47:24
e-mails 30:10,11,18,19
earlier 73:8 81:21,22
  82:3 92:11 114:10
  120:25 123:4 126:5,21
early 19:13 35:4 89:1,3
  107:21 121:10
easier 103:2
educational 23:16
effect 124:23
effective 107:23,25
  108:16,19
effectively 103:17
Ein 3:7 69:1 70:3
either 49:20 64:15,20,23
  93:7 100:23 102:1
  106:16
elect 13:19 117:12
Electrical 10:25
electromagnetic 16:1
electronic 40:20,22
  130:15
electronically 130:12
elects 13:15
elevated 14:8
eligible 5:16,19
email 2:15 110:13,15,15
  110:21
emails 110:7,12 121:11
  121:25
emergency 29:2,11
emotional 56:11,15 57:1
  126:6,9,15,21 127:1,5
  127:17
employed 6:10,15,17
  130:17
EMPLOYEES 1:7
employer 33:4 37:25
encompass 34:21
engineering 11:1
engineers 10:22,22,24
  10:25,25

ensure 87:6
entirety 35:23
ER 29:4
especially 12:8 44:3
  99:22 107:22
essentially 73:14
establish 62:12 127:15
established 62:7
establishing 36:19
  62:13
ESWL 16:3,19
evaluate 63:14 64:4
  76:12 77:7 127:8
evaluated 63:10 76:20
  95:12
evaluation 51:1 57:17,19
  57:20 69:15,16 72:2,9
  86:21,24 87:3
eventually 88:7
evidence 13:21 90:12
  110:7
exact 102:18
exam 2:6,7,8,9 19:12
  86:4,4,5 95:25 96:2
examination 3:3 86:15
  117:20 121:22 128:12
examples 50:4
exchanged 71:11
excluded 60:21
exemplars 50:4
exercise 98:2
exhibit 6:3,8 33:25 34:3
  37:11 40:23 41:19,20
  45:16,21 50:17 54:5
  64:9 124:19
EXHIBITS 2:12
exist 119:22
existence 49:23
expand 111:7
expect 67:16 108:12
expectancy 53:16 54:12
  64:10,12
expected 108:8
expedite 80:3
experience 22:23 25:10
  25:14,24 113:19,22,24
  118:9 124:17
experienced 56:17
expert 28:18 29:13 30:24
  31:2,11 32:10 40:25
  46:7 117:9
expertise 55:7,10
experts 30:3 41:8 42:18
  117:6
Expires 130:23
explain 10:9 12:13 20:4
explained 82:21
explaining 114:17
extending 37:8 110:3
extension 85:14
extensive 126:14
extent 58:17 61:12 81:3
  81:4 82:5 107:16
  114:11
extra 19:6
eye 67:9

---
**F**
---

face 92:6
facility 22:21 69:15
  120:2,11,15
fact 60:22,23 67:10
  94:13 108:6 128:1
factors 96:18,20,21
facts 50:12 65:15
factual 65:12,14 127:21
failure 52:22
fair 12:7,23 48:14
fall 47:24
familiar 69:19 72:10,14
  107:14
family 26:1,3 108:12
far 8:6 22:4 56:1 106:9
  113:25
fashion 88:3,6
fast 72:17 93:7,11
fault 84:19 116:4,5
Fax 1:19
February 78:1 92:16
  93:8 99:14
federal 120:14
feel 98:22
feeling 84:19
feelings 113:16,18
fell 39:20
fellowship 5:13 19:4
  20:22
fellowships 19:8,17
female 9:3
field 9:2 27:11
fifth 53:13 54:9
fighting 52:16
figure 45:2 46:19,25
figured 27:23
filled 50:7
film 15:4 16:17 17:23
  18:6 39:11 44:17
  100:20
films 40:11 43:18,23,25
  44:1,5 68:21,23 100:4
  117:1,8,14
filter 68:2
find 18:6 56:21 57:4
  117:11
finding 15:2 66:10
finds 76:8
fine 3:17 48:12 83:15
first 8:1 30:7 33:10 34:6
  34:7,23 35:11 47:18
  50:20,24 51:4,6,15
  53:2 65:18 76:8 79:20
  103:12,15 112:7
  127:21,22
five 15:6,9,12 17:24 73:4
  74:1 91:7 99:8 100:7
  120:22
flank 62:17,20 128:6
Floor 1:18
focus 9:1 95:16
focused 42:12,16
focuses 11:13
focusing 12:9 84:3
follow 62:19 78:2 118:6
follow-up 16:21,23
  17:17 18:3 129:9
followed 31:9 78:8

**Dr. Nivedita Dhar**
**September 23, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 4

**following** 16:11 46:7 54:16 62:23
**foregoing** 130:13
**foresee** 97:15 98:6
**Forgive** 94:8
**forgot** 94:8
**form** 9:9 16:14 26:16 27:25 28:2 36:24 40:21 51:17,21 54:15 57:9 72:12 75:1 76:22 89:2 91:19 104:6,7 116:15 118:14 122:24
**formation** 12:16 13:22 14:1,3 17:22 124:24
**forward** 43:1
**found** 57:4
**Foundation** 122:24
**four** 7:14,17,19,23 24:4 53:2,7,11 54:5 63:2,18 63:23,24 73:4 74:18 85:22,25 92:10 100:6 107:10
**fourth** 52:21 55:25,25 70:9
**frame** 88:6 112:11
**Friday** 34:18,19,22
**full** 23:23 38:6 68:16,19
**fun** 27:5,6
**function** 14:2 58:2,12,16 59:2,4,8,18 60:4,7,10 60:22 96:11,14,16 119:9,13,16,24 124:3 124:24
**funded** 11:18,21
**funding** 10:14
**further** 52:14 106:1 117:3,9 130:16

**G**

**gadolinium** 59:22
**Galvan** 3:7
**gathering** 68:16
**general** 1:21 9:3,5 13:16 18:12 19:21 75:22 118:4
**generally** 9:18 26:23 27:1 100:9
**generate** 34:10
**gentleman** 66:19 94:3
**getting** 30:18 48:11 68:19 84:16 110:20 119:12
**GFR** 59:5
**give** 7:22 24:20 38:5 45:15 46:8 50:2 53:20 55:13 65:1 96:14 110:22 119:17 122:4
**given** 35:22 40:18,20 43:3,4 44:20,25 45:4,6 45:8 70:16 97:1 109:24
**giving** 31:11 40:23
**go** 20:7 23:7 24:5 30:11 38:3 46:5,10 85:25 90:4,5 92:14 95:4 97:14 102:23 111:19 112:2 122:7 123:9 129:2,3

**goes** 20:6,7 21:19 114:3 114:8 123:19
**going** 3:23 6:2 12:22 33:25 34:22 42:25 45:15 62:1 66:21 74:10 84:6 88:21 95:6 98:12,14,20 101:4,5 102:2,7 110:18,25,25 111:3,7,19 112:2 113:1,2,2 119:20,23 126:12
**good** 3:5 25:6 62:17 86:18,20 97:10,13
**google** 38:3,4
**graduated** 5:1
**grant** 10:13,15 11:21
**grants** 10:17 11:5,17,18 11:20
**great** 111:1
**greater** 74:4
**green** 95:4
**gross** 26:7 38:24 43:15 43:16 50:21 51:5 56:3 56:4 57:15 63:23 66:19 67:8 86:3 87:3 91:2,9,16 92:4,4 115:9 124:7,12 127:23 128:2
**grossly** 66:2
**ground** 3:23
**group** 14:14
**grow** 92:21,23 93:11
**growing** 90:21 93:7
**growth** 93:1,3,17 100:18
**GU** 40:16
**guess** 8:6 11:1 21:21 42:4 51:15 86:22 102:4 103:24 108:3 111:10
**guidance** 70:11
**guideline** 36:7 91:13,17 104:18 105:9,12
**guidelines** 11:25 28:3,8 36:4,5,9 37:5 38:9 70:12,20 71:11,20 72:10,14,16,18 77:11 78:8,9,10 87:8 91:14 92:7,8 97:19 122:15 122:18,21 124:14
**guys** 122:4

**H**

**half** 46:5 104:3,14,16 105:18 106:10,24,25 107:1,9
**hand** 6:2 33:25
**handout** 42:9,11
**Handyside** 1:24 130:7 130:21
**happen** 31:16 45:3
**happened** 31:16 45:3 82:11 83:20
**happens** 14:7
**hard** 72:17 86:17
**harder** 113:12,13 114:3 114:9 123:22
**Harper** 3:18,18
**he's** 94:5
**head** 98:15 128:5

**health** 1:6 3:6 70:1
**HEALTHCARE** 1:7
**healthy** 96:21
**hear** 117:22 118:20
**heightened** 107:20 108:6,10
**help** 19:24 20:3
**helpful** 62:14
**hematoma** 15:23,24 16:10 17:12
**hematuria** 26:8,21,24 36:8 37:13 38:10,25 43:16,17 45:4,9 50:21 51:5 56:3,4 57:15 63:9,22,23 65:19,25 66:2,10,19 67:9 71:25 86:3 87:4,5,20,25 91:2 91:9,16,18,23,24 92:4 92:5 115:10 124:7,12 127:23 128:2,14
**hemodynamic** 87:4,11 88:16,23
**hemodynamically** 87:13 88:14,17
**high** 94:19 119:18 120:18
**high-risk** 94:24
**higher** 95:9 98:20 114:7 114:7 119:15,24
**histories** 91:15
**history** 31:24 61:7 68:16 68:19 72:22 86:4,11 91:25 92:1,6,9 94:25 98:8,20 127:8
**Hmm** 4:17
**hold** 28:6
**holds** 28:4
**honestly** 29:24 47:2
**hope** 108:23 109:6
**hopefully** 123:12
**hour** 33:14
**hours** 8:8,14,16 32:15 33:21,22 34:13,17 35:18,21 41:18
**huge** 11:25
**hunt** 16:15
**hydrate** 128:22,23
**hydration** 61:13
**hydronephrosis** 44:15
**hypertension** 59:3 96:7
**hypothermic** 22:15 23:8

**I**

**I'd** 70:23 101:15 104:24
**I'll** 83:15 112:6 122:4,6
**I'm** 71:23 79:18 91:7 94:6 111:19 118:20
**ice** 98:15
**idea** 41:9 97:11 103:21 121:17
**ideal** 100:12
**identified** 39:20 64:8
**ideology** 124:12
**IDoc** 122:2
**IL** 1:15,18,22
**Illinois** 1:1 118:5 120:3
**image** 74:20 77:13 93:22 100:15

**images** 43:10 63:19 99:20 117:2,4
**imaging** 16:12,14,19 17:8,10,11,13 18:5 37:13 38:9 39:9,23,24 40:7,13,16 51:12 52:2 61:20,22 62:2,3,8,18 62:21,22,24 63:15 73:10,20 93:4,19 102:15 117:12 124:11
**immunotherapy** 21:17 107:25 109:18
**impact** 85:2,19 125:20 125:21,21,22,25
**implies** 107:20
**important** 68:18 82:23 84:5
**impossible** 8:15 92:15 99:13
**inappropriate** 76:9
**incarcerated** 120:8,10 120:11,17,20,21 122:11,13,22
**incidence** 12:15
**incident** 117:14
**incidental** 15:2
**includes** 8:2 86:3
**including** 17:9
**inconsistent** 50:19 51:8 51:19 52:4,17
**incontinence** 11:12,13 11:19
**inconvenient** 123:19
**incorporate** 48:7
**incorrect** 49:5
**increase** 13:22 109:16 109:23
**increased** 14:1,3 98:19 113:10
**increases** 114:5 129:4
**independent** 98:2 125:10
**index** 2:14 40:24
**indication** 87:16 88:11
**indicators** 89:21
**indifference** 114:14,21
**indifferent** 116:9
**individuals** 120:11,17 122:11,14,18
**inextricably** 8:19
**infer** 56:25
**inferior** 108:24 109:8
**infertility** 9:4,21,22
**information** 43:23 74:3
**initial** 56:23 62:17 87:2
**initially** 43:3
**initiated** 69:3
**initiating** 69:6 70:4
**injected** 118:14
**instability** 88:15,16
**instance** 26:13
**insurance** 69:20 70:1
**intend** 50:2 53:20
**intended** 114:2
**intent** 102:1 103:13
**intermittent** 56:4 57:15
**Internal** 20:11,12,18 25:14,16,24 42:22

**internet** 105:12
**internist** 48:17
**interval** 51:4,25 52:12,16 56:3 62:25
**intervals** 53:14 54:10,22 55:15 56:1 64:9
**intervascularly** 112:16 112:22
**intervention** 52:9 107:22
**Intravenous** 118:12
**intricacies** 84:4 116:6
**invasion** 107:20 108:2
**invasive** 118:8
**invoice** 2:13 34:10,12,16
**involve** 29:1
**involved** 12:4 22:4 29:5 30:5,22 32:9,21 33:11 53:3 58:8 78:13 79:6 83:2,5 119:4
**iPad** 111:4
**Irresponsible** 106:2
**isn't** 100:12
**issue** 9:17 29:1,5 56:5
**issues** 8:24 87:22
**it's** 14:12 25:1 37:18 64:13 71:10 88:20 90:20 101:12 102:20 105:5,17 106:3 110:7 110:15 114:18 119:8 119:13 125:25 126:11 128:8
**IV** 60:8 61:23 73:12,21 73:24
**IVC** 23:2 82:6 92:17,21 99:15 107:11
**IVP** 72:4 118:8,11,11,18 118:25
**IVP's** 118:16

**J**

**January** 68:25 70:10 102:7,10,12,17
**jejunoileal** 13:16
**Jenner** 1:14
**Jeremy** 1:21 40:24 110:18 117:18,19 118:3,21 129:8
**job** 6:21 121:14,17
**Joe** 3:5 95:19 105:1 128:11
**John** 3:13
**Join** 122:25
**Joseph** 1:16
**journal** 23:15 27:8 37:10 37:15,15,17,18 125:8 125:21,22
**jrupcich@cassiday** 1:20
**jtyrell@atg.state.il.us** 1:23
**Judge** 1:4,5
**judgment** 98:2
**July** 38:25 39:16 52:3,14 72:25 82:1,13,15 83:21 100:25 101:8,9 102:6,12,17 116:2
**June** 44:6 99:22 100:14 100:20 112:19

**Dr. Nivedita Dhar**
**September 23, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

### K

K 1:14 111:4
Kathy 3:7
keep 12:18 33:22 110:18
110:25
KENT 1:3
key 44:25
kidney 12:10,11,15,24
13:9 15:20,25 18:13
18:15,18,21 43:20
44:14 52:3,13 57:8
66:3,6 67:19 68:7 74:8
74:9,11,12 75:6,12,14
90:11 101:4 102:5,22
125:2 128:7,14
kind 25:12 27:23 45:7
knew 56:12 67:18
know 3:25 9:14 11:24
14:2,6 15:3,18 17:21
18:11 19:16,25 20:1,3
20:3 27:6 29:18,19,24
30:19 31:23 32:23
33:19 34:16 35:20
46:11,22 47:6,11,16
49:20 54:17,20 55:4
56:17 59:21 64:16,16
67:19 73:12 79:13
82:6,11,15,23 83:3,20
84:2,3,5,14 85:5,6,7
85:14 90:24 91:19
92:23 93:1,6 94:24
98:24,25 100:8,18,22
100:23 101:14,16,19
101:20,21 102:9,9
107:3,4,5,7,13,19
108:12,13,14 110:8
112:5 113:1,7 115:19
118:1 120:16 126:1,4
126:11 127:13 128:4
128:23 129:5
knowing 56:16 126:22
knowledge 58:13 93:12
known 16:1
KUB 17:5

### L

lab 86:4
Laboratory 86:19
lack 114:18,20,24 115:6
115:22
language 12:1
lapsed 4:20
large 16:8,9 66:14,17,22
67:2,7 89:14 94:11
97:20
larger 93:6
late 26:5 35:4 73:5
lawsuit 5:25 32:9
lawyer 35:10,15 47:11
lawyers 45:10
learning 50:20
leave 95:2 127:14
leaving 24:5
lectures 23:15
left 24:8
legs 4:2
let's 49:24 63:9 71:8

83:13 101:11
let's 99:8
level 23:2,6 128:16
leveled 14:8
levels 23:19 119:15
license 5:16,19,20
licensed 4:8,12,23 5:6,9
5:9
licenses 4:20 5:5,22
life 53:16,16 54:11,11
56:2,5,9 64:10,12
103:1
light 95:4
lightheaded 88:24
limited 21:23
Lisa 118:5 121:11,14
list 31:2 41:6 42:14 46:8
53:19 70:17
listed 41:20 54:6 96:17
listing 114:2
literature 36:1,2 37:6
93:16
lithotripsy 13:8 15:20
16:2,11,16 17:18
little 86:17 94:1 123:21
live 126:12
liver 90:13,14,15,17,22
90:23 99:23 100:6,10
100:13,15,20 101:14
102:14,16 105:22
109:8,11 112:25
livers 100:9
lives 110:3
LLP 1:14,17
local 69:14,15,16 85:12
97:23 103:23 104:1,12
105:14 106:2,14,19
108:1,3,20,21 109:2
localized 22:6 105:11
106:9
locally 97:20
location 3:17 18:23 21:5
75:13 89:9,11,15,20
90:3 100:4
locations 90:5,8
logic 49:5
long 4:23 6:19 16:22
23:24 24:3 25:18 30:4
32:12 33:18 42:14
58:1 59:1 77:20 82:13
82:15,16 83:25 84:20
84:21
longer 6:17
look 6:4 12:22 15:4 18:8
34:1 36:3,18,19 37:3,7
38:10,13 40:18 41:9
46:11 47:5,13 50:14
54:4 60:18 65:11 70:2
73:15 75:25 77:24
88:16 93:19 122:5
129:5
looked 12:14 13:7 14:15
15:19 34:14 35:9
37:12 59:10 61:1
102:9
looking 37:5,11 44:13,14
62:8 68:21 71:23,24
110:24

Looks 45:18
losing 88:12
lot 41:4 61:25 126:17
127:2,7,13
low 15:5,6,10 95:11
lower 29:2 57:22,24
63:10,15 72:2 76:1,9
76:12 77:7,14
lymph 12:8,9

### M

M-I-N-C-Y 110:12 118:5
Magistrate 1:5
mail 27:8 47:5,8
main 27:14
Maine 4:15,16,20 5:5,10
making 113:11,12 114:2
114:9
male 12:2
malignancies 21:23
malignancy 21:2 71:23
72:4,9 92:12 128:9
malignant 91:10 92:3,5
manage 18:21 20:24
102:2
managed 21:3 42:15
57:7 120:2
management 21:23,25
37:8 69:19,23 111:21
116:10
mandatory 25:19 26:2
manifest 56:20
manuscript 13:7
manuscripts 13:11
March 78:17 79:21,22
mark 71:2,4
marked 6:3,8 34:3 45:21
70:24 124:19
mass 18:23 21:5 22:9
36:8 37:8 43:4,19 44:3
45:5,9 52:9 56:6 60:15
61:23 62:1 73:25
81:24 82:7 83:7 84:7
90:21 92:17 94:4,11
99:15 104:18 105:11
105:22
masses 44:15 73:11,18
73:21 92:21 93:5,21
97:20
massive 91:5
materials 2:14 40:25
matter 63:7 92:2
Mayo 31:19
mean 8:23 9:3 14:23
19:10,12 22:17 26:11
31:1 43:14 47:11
54:18,22 57:19 61:11
65:4 66:23 67:11 71:4
75:22 85:9 88:6 90:25
92:20,24 93:3 100:5
103:3 105:5,18 107:15
112:22 115:12 118:11
125:7,17,20,24 126:9
126:25
meaning 8:4 10:14,24
20:11 61:21 106:7
114:3 119:23 120:10
meaningful 66:18

means 4:6 15:7 24:13
91:20 109:24 114:17
125:7,18
mechanical 10:25
Med 37:22,23
median 109:24
medical 3:20 4:6 5:1,16
5:19 6:11 7:12,19 8:9
8:21,23 11:2,7 18:19
18:22 19:18 20:5,12
20:17 24:6 25:15
38:22 41:21,22,24
42:7 45:6 52:24 54:19
55:12,24 61:7 69:21
70:12 84:3 94:25 98:8
98:20 111:19 112:3
114:15 115:2,7 126:1
medically 92:15 99:13
medicated 124:2
medicine 4:24 20:6,7,9
20:11,12,18 25:10,14
25:16,24 42:22 69:2
72:17 120:5 122:17
126:1
meetings 24:20 28:4
meets 60:19
member 27:16,18
mention 55:19 86:1
mentioned 55:19 86:1
120:25 121:10
met 109:11
meta-analysis 14:11
metabolic 14:1 60:25
124:24
metastasis 89:21 90:7
90:15,20,23 100:12
101:1 102:16 103:21
103:22 106:2,3 107:16
108:18 109:8
metastasize 90:1,2
metastasized 90:11
metastatic 85:17 91:5
101:13 102:11 107:15
109:16
method 16:9
Metwalli 49:8,20
MI 1:11
Michigan 3:13 4:9 5:4,6
5:9 120:14 130:1
micro 100:16
Microscopic 91:16
mid 35:4,6 42:25 49:23
middle 112:14
Mincy 110:10,11 118:5
Mincy's 121:11,14
mind 55:3 62:10 70:7
77:6 114:17 123:24
Mindy 110:9
mine 6:7
minimal 70:1
minute 41:8
minutes 122:4
misdiagnosis 29:4
misread 99:19
mistaken 119:1,2
modalities 17:9,10,11,13
modality 62:18 100:9
124:11

moment 128:10
Monday 1:13
month 26:2,3 85:3,19
monthly 27:9
months 24:4,4 25:19,20
25:23 56:7 62:24,25
63:2,18,23,24 73:4
74:18 84:8 92:11
115:16,19
morbidity 54:3 95:8
98:18 99:4 114:5,8
morbidly 96:9
mortality 95:8 99:5
move 80:11 113:2
moves 76:8
MRI 59:22,23 60:2 100:8
124:4
multi 102:1
multidisciplinary 55:11
multimodal 22:3 55:5
103:14 109:20,21
multivariate 15:21
Myerscough 1:4

### N

N 1:16 2:2 15:5,5,6,7
N-I-V-E-D-I-T-A 3:11
name 3:5,8 29:23 42:23
110:9 118:3
named 5:25
nano 11:1
Nathaniel 1:14
Nawoor 1:7 3:7 67:1
68:7,10,14 73:5 80:2,8
80:10 86:12 99:17
127:23
Nawoor's 66:25
necessarily 63:20
necessary 21:7
need 3:24 22:5 47:1
63:14 73:24 76:5 81:5
81:7,7,8 83:14,14
129:3
needed 21:11,14 22:1
55:23 57:4,4
needing 22:10
needs 21:17 52:23 70:8
114:15
negatively 113:11 114:1
neither 42:7 67:20 73:11
nephrectomy 22:14
nephrologist 60:11 69:2
neurologic 9:4
neurologists 125:10
Neurosurgeons 13:18
never 24:16 25:12 26:14
26:18 30:21 31:9
87:16 97:8
new 27:11 63:20 64:3
91:21,23,25
Nivedita 1:10 2:5 3:9
130:10
node 12:8
nodes 12:9
non-contrast 74:3,7,10
92:10
nonspecific 66:10 91:1
normal 63:2,24,25 73:14

**Atkinson-Baker, Inc.**
**www.depo.com**

77:1 92:11,15 99:14
**North** 1:15,18
**NOTARIZATION** 130:5
**Notary** 3:2 130:10,22
**note** 65:18 66:25 68:10
80:13 111:6
**noted** 12:24 73:19 74:3
**notes** 72:1 86:17
**November** 52:17 84:24
**novo** 91:17,20,21
**number** 13:3,4 15:8,10
16:8,9 25:19 66:12
107:15 122:2 125:20
**numbers** 13:2 124:22
125:16
**Nurse** 110:9
**nwackman@jenner.c...**
1:16

**O**

**O'Connor** 37:13
**obese** 96:9
**object** 83:11 116:20,21
**objection** 9:9 26:16
27:25 28:2 36:24 48:9
51:17,21 57:9,10
72:12 75:1 76:22 89:2
91:19 104:6 116:15
122:23
**objections** 105:2
**observation** 21:25
**observed** 21:4,7
**obtain** 5:16 104:12
105:14 106:24
**obtained** 104:9 106:10
**October** 84:23
**offer** 127:11
**office** 3:15 9:25 69:17
127:14
**Oh** 12:19 79:20 107:11
128:5,7
**Ohio** 4:15,16,20 5:5,10
**OJ** 37:13
**okay** 4:2,3 5:8,22 7:6 8:1
10:14 16:22 17:3,15
19:15 20:17 29:22,25
31:16 32:12 34:4 35:7
35:9,11 38:6 40:3 41:3
41:6,24 42:3,13,23
43:7 45:15 46:5 47:5
48:12,24 49:14,16
50:8 55:15,21 57:13
58:13,18 61:6 63:1,9
65:6,11,13 67:4,22
70:19,22 71:3,8 72:10
72:22 73:13 76:3,7,16
76:20 79:5 82:12 83:2
85:25 86:21 89:6 90:7
95:24 96:2,16 99:2
102:11 107:13 108:3
110:14 111:3,7,9
117:17,22,24 118:1,2
118:11,13,17 119:3,6
119:18 120:14,17,23
120:25 121:3 123:23
125:24 129:7
**old** 40:13 68:21
**once** 14:2,6 22:20 28:21

31:17 43:5 84:12 95:3
95:16
**Onco** 55:22
**oncologic** 52:24 104:2
104:13 105:17 113:12
114:9
**oncological** 20:19 54:1
54:19 55:4,9,13,14,18
55:21
**oncologist** 18:22 19:2
20:17 21:16 22:1
49:12 52:14 55:12,22
65:7 85:10,15 101:15
103:1 110:6,20 111:16
112:8,12,12
**oncology** 9:4 19:5,18,18
19:19,24 20:2,5,6,12
20:13 21:3,6,12,15,19
22:4,11 39:6 54:19
55:24 105:19 106:10
109:12,13 111:14,25
**one's** 76:18
**ones** 4:14 21:8 38:24
39:19 42:12,16 43:14
43:15 59:8 61:4 75:18
93:6,22 94:1,1,2
106:11
**online** 28:13
**onset** 91:23,25
**ontological** 84:14
101:18
**open** 30:19
**operate** 96:25 99:3
**operating** 81:5,7 97:11
98:11
**operator** 74:15 75:8
**opinion** 50:24 51:11
52:7,11,21 53:7 55:25
64:12 67:24 85:2 97:5
100:3 104:19
**opinions** 46:7 50:1,15
50:24 52:7 53:20,20
54:7,8 55:13 56:2
64:25 65:16 86:1
**opposed** 9:6 26:13 67:6
90:17 101:22
**option** 59:22 104:1
105:14
**options** 109:14
**order** 35:7 63:20 67:13
67:17 71:7 75:16
80:18
**ordered** 80:1 81:12
**Ordering** 78:24
**orders** 79:9,10,25 80:1
**origin** 91:10
**original** 13:25 47:22
**outcome** 102:21
**outside** 55:10
**overall** 36:25 54:2 64:13
64:18,22 65:2,5
113:11 114:1
**overlap** 19:23 20:1,3
**overlapping** 5:5

**P**

**p.m** 1:11 47:23 48:3
129:11 130:9

**pacemaker** 59:23,25
**page** 2:4 13:1,2 37:11
50:14 65:12 74:1
77:24 79:17,18 84:22
85:25 91:7 92:14
99:12 103:25 111:5
112:3 127:21
**pages** 38:23 49:1
**paid** 32:2
**pain** 29:3 57:15 62:17,20
65:22 128:3,4,4,6
**painless** 50:21 51:5 56:4
65:21,25 67:8 86:3
91:18,23 92:4 124:7
127:23 128:2,8,14
**pair** 71:24
**palliative** 101:21,23
**panel** 60:25 74:2
**paper** 16:24 17:2,14
40:20 124:22 125:2,5
**paragraph** 65:18 68:25
70:9 79:16,20 80:13
86:2 87:2 99:21
103:24,24 109:15
112:14
**parameters** 124:24
**part** 16:20 18:9 20:5
38:11 39:4 45:12
60:25 61:9 65:5 68:16
68:21 72:9 82:20
106:19,20 120:18
121:4,7
**partial** 58:23
**particular** 9:1 10:10,15
36:7 43:12 59:6 85:4
85:23 89:11 124:21
**particularly** 40:16
**party** 121:7 130:17
**passes** 123:11
**pathology** 44:16
**patient** 13:15 18:6 21:11
21:14,17 23:7 29:2
36:22 37:1 44:1,6 51:1
51:13 52:23 57:7,14
58:1 59:14,23 61:6,25
62:16,24 63:1,5 66:20
67:16,17,22 69:14,15
70:8 72:20,22,25 74:9
77:3,11 81:20,24
84:11,17 86:12 87:3
91:15 92:15 93:24
94:10,19,25 95:5,21
95:24 96:21 97:8,22
98:19 99:13 103:10
105:21 106:7 111:16
119:12,18,22 121:3
123:11,19,23 124:6
127:8 128:16
**patient's** 79:11 92:1
118:15 124:1
**patients** 8:4,21,22,23 9:5
9:6,16,17,18,20 12:2
12:14 13:10 14:13
15:2,6,8,9,13,19,22
16:7,16,18 17:24
18:15,18 26:7,23
43:25 58:9 61:11
80:17 95:9,13 104:3

104:14,17 105:18
106:7,25 107:1,11
108:23 109:6,15 114:4
120:7,9,20 126:12,17
126:18 127:2,6,17
**Pediatrics** 19:9
**peer** 125:5,7
**peer-reviewed** 13:8
**penile** 12:10
**people** 13:22 61:13
107:10 125:18
**perform** 35:8
**performed** 66:14 81:12
**performing** 14:18 81:2
**period** 10:11 87:14
**periods** 109:25
**person** 58:20 130:11
**personal** 113:22,24
**personally** 5:25 130:9
**perspective** 68:6
**pertinent** 42:12
**phone** 30:13,14 32:3
47:8 104:23 117:24
**phonetic)dep** 71:12
**physical** 86:4,15 127:8
**physician** 29:11 80:21
80:23 81:8
**picked** 64:7
**picture** 102:18,20
**piece** 44:21
**place** 20:14 47:19 65:8
80:18 99:9 130:15
**places** 79:10
**Plaintiff** 1:4,14
**plaintiffs** 40:25
**plan** 65:1 69:17 116:25
117:4,6,9 127:15
**please** 3:8,10 7:25 51:22
53:22 75:10 81:13
98:1 118:1
**plow** 122:6
**plus** 75:18
**point** 3:24 53:25 54:9
55:25 61:25 62:8 63:4
69:7 78:6 79:11 82:6
84:9 88:12 119:25
**points** 48:8 53:11 54:6
**policy** 42:9,10
**population** 11:25
**posed** 53:3
**position** 7:12,13 28:6
84:13 99:2 123:21
**possible** 91:9
**post** 14:13 17:18,22 18:7
18:10 78:4
**potential** 66:4 124:12
**potentially** 29:3 57:3
100:16
**practice** 4:24 26:1,3 28:8
28:10,10,16 32:5
40:10 69:21 72:10,17
86:9 120:7,9,18
125:25
**practitioner** 108:12
113:19
**pre** 124:2
**pre-medicated** 59:20,20
61:11

**prefer** 71:2
**pregnant** 58:1,11 59:17
61:18 62:11,14 119:9
124:1
**preoperative** 82:21,25
83:5
**prep** 39:4
**preparation** 82:19
**prepare** 38:16 39:7,19
46:10 73:17
**preparing** 39:21,22 50:5
**prescribe** 21:9
**prescribed** 84:23 85:7
**presence** 14:14 16:10
108:17
**present** 12:6 26:7 57:14
88:25 91:15 127:6
128:14
**presentation** 26:10,24
43:15,16 73:5 115:9
115:13
**presentations** 56:22
72:19 127:7
**presented** 29:2 38:24
45:4 63:21 99:16
123:24
**presenting** 9:5 36:19
87:3 123:23 124:6
**presents** 62:17 69:14
**pressure** 87:11 119:18
**prevent** 60:8
**previous** 73:20
**previously** 5:9
**primarily** 74:8 89:20
**primary** 27:1 42:21,21
49:10 52:22 80:21,23
81:8 85:13 101:3,17
102:6,25 103:18
105:15 106:20 115:2,5
115:7,24 116:4 122:3
**prior** 6:15 39:25 43:15
73:4 100:4
**prison** 79:13 110:7
120:10
**prisons** 120:14
**Pro** 3:18
**probably** 28:3 84:15
**problem** 64:7,8 74:16
**problems** 9:6 11:9
**procedure** 13:17 14:14
22:13,23 42:6 96:22
97:17
**procedures** 118:9
**process** 42:6,10 69:4,7
69:11,18 98:4
**produce** 89:15 90:8
**produced** 105:4
**produces** 89:19
**profession** 4:4
**professional** 3:18
**professionally** 27:7
**professor** 8:3 23:17,19
23:19,22,24,25 24:6
24:18
**progression** 99:22 106:1
112:16
**projects** 11:18
**prompt** 86:4,21,22

**Atkinson-Baker, Inc.**
**www.depo.com**

properly 86:25
prospects 53:15 54:11 54:23 55:16
prostate 9:17 12:9
prosthesis 12:10
protective 71:6
proven 91:10 92:3,5
provide 43:24 104:21
provided 6:3 41:7,10,14
provides 74:3
prudent 61:6
Pub 37:22,23
public 3:2 71:6 130:10 130:22
publication 15:18 27:14 27:16 125:12,14
publications 13:9 24:19 27:3
publicly 37:20
published 13:6,11 125:19
pull 16:24 17:1,14 38:6 40:13 110:16,21
purpose 36:12
put 29:23 33:19 45:7 96:16 98:15
Pyelogram 118:12

**Q**

quality 53:16 54:11 56:2 56:5,9
quarrel 78:22
question 4:1 9:11 15:17 40:24 47:22 51:23 53:22,24 54:1 57:11 64:16,18 75:9 76:11 76:14 82:24,24 83:13 83:13 95:19,19 98:1 106:23 111:10 112:10 116:16 117:25 118:22 122:6 123:4 127:20
questioning 122:1,2
questions 53:3 98:9,22 117:18 118:6 121:21 121:24 122:5,10 124:20,22,25 126:5,20 126:23 127:24
quick 49:4 88:20 121:24
quickly 49:3 79:1
quite 126:13

**R**

R 3:13
radial 22:14
radiation 19:18 20:6 21:14,16 22:6,10 58:7 58:8
radiographic 15:1 16:12 16:14 17:8 37:9 40:16 100:2 102:14 112:15
radiographic-oriented 44:2
radiographically 14:22 44:16 56:14 57:21 90:12
radiologist 40:12 73:13 128:20

radiologists 59:8
radiology 37:10,15,17 37:18 39:15,18 40:14 59:7 60:16,17,19 61:3 61:10 76:18 79:2 99:25 128:18
rate 32:23 33:1,3,6,13 92:23 93:1 100:18 113:7
rates 109:24
read 27:5 40:14,15,15 41:24 42:1,2,3 48:23 48:23,24 49:2,3,4,8,8 49:14,15 52:18,25 53:17 63:1 64:11,16 64:17 73:13 77:1 78:2 82:18,20 83:9,10,16 83:17,23 84:25 86:17 86:18 87:6 92:11,17 99:23 104:3 125:10
reading 46:20 99:25 112:20 118:25
reads 127:22
really 15:5 95:7 100:16
realm 85:24
reason 111:14 117:24 96:24
reasonable 64:6 81:19 96:24
recall 14:18 15:5 16:8 18:2 26:4 29:24 30:2 30:18 32:4,14,21,22 34:23 40:2 41:4 45:14 46:17 70:23 73:20 123:5 124:25 126:6,23 127:24
receive 27:8,14 29:25 45:23 84:12
received 47:23 84:11 94:22
receiving 51:6 52:16 85:3
recheck 128:24
recognize 34:1 41:1 45:16 52:23 108:8,10
recollection 123:15
recommend 108:17 115:25 118:25 123:13
recommendation 92:2
recommended 80:14 97:16 116:1 118:17 119:2
record 6:8 16:5 20:14 34:3 45:21 47:19 65:8 71:9 99:9 118:3 130:12
Recorder 130:7
RECORDER'S 130:5
recording 130:15
records 14:16 16:15 31:21 32:4,14 33:15 35:9,12,14,17,20,22 35:23 36:13 38:20,21 38:22 39:1,6 40:18 41:6,10,14,21,22,24 43:3,6 44:18,24,25 45:2,6 46:3 59:10 82:20 83:9,10,16,17 83:23 84:2,3 88:11

101:23,24 111:11,20 111:21 112:3,4,5
recovered 110:6
recurrence 14:15,21 17:25 18:1
REDIRCT 128:12
Redirect 2:9
reduced 130:13
reducing 103:16
refer 66:22 77:3
reference 41:5 70:9
referral 27:1 52:14 72:2 111:14
referred 21:6 26:23 121:25
referring 70:18 105:15 105:25
refuse 67:23
refused 67:10
regardless 92:9,10
regular 27:15
regularly 27:3 127:18
related 11:2,6 12:1 65:15 66:12 95:8 130:16
relates 65:2
relation 47:25
Relative 94:15
rely 40:8 44:21
relying 40:11 113:13
remained 14:8 87:13
remaining 10:5
remember 17:15 31:7,19 31:22,22 32:1 42:23 45:25 46:13,16 47:2 70:22 73:9,17 111:21 122:11
remission 110:2
remove 52:2,13 85:13 103:5
removed 81:24
removes 103:4
removing 101:3,16 102:4,5,22,25 103:18
Renaissance 1:11
renal 14:1,3 17:20,21 36:8 37:8 39:23 44:3 44:15,15,15 45:5,9 52:9 58:2,12,16 59:2,4 59:7,18 60:4,7,10,22 61:15,23 62:13 73:10 73:20,24 74:4,11,14 74:19,21 75:6,8,11 76:23 81:24 88:25 89:6,10,14,18,22 90:2 90:10 91:3 92:16,16 92:21 93:2,5,17 96:11 96:14,16 97:20 99:14 99:15 100:19 104:18 105:11,11 108:23 109:7,16 119:9,13,16 119:19,24 123:25 124:3,5,23
repeat 56:21,21 95:19 99:21 108:18
repeated 56:22
rephrase 51:22 53:22 75:10 81:13 83:13 98:1

report 2:14 31:20 34:9 37:8 38:20 39:24 44:23 46:10,12,13,14 46:18,21,24 47:2,15 47:25 48:2,5,9,15,17 48:18,22 49:8,9,22,22 50:1,5,8 64:11,15,20 65:11 77:24 100:1 118:25 127:20
reported 1:24 34:12 74:1
reporter 3:10
reports 39:13,15,18,23 40:8 42:17 73:15,16 112:20 117:5,9,11
represent 3:6 112:6 118:5
represents 103:25
requested 78:19 112:11
requires 75:25
research 7:2,6,17 10:4 10:10 11:5,13,17,18 11:21 12:4,7,13,22,25 18:13 36:1 38:10,11 38:13 114:19,22 117:10,13
resect 21:21
resection 103:25
residences 19:17
residency 5:18,20 19:4,6 20:22
resident 22:18
residents 7:14,15 8:4 23:15 24:22
resource 28:13
resources 70:2
respect 83:21
respective 130:18
response 105:2
responses 105:2
responsibilities 6:23,25 7:2 10:4 121:18
result 91:8 102:8
resulted 101:18
results 112:15
retained 29:11
retrospective 14:12 16:5
retrospectively 14:10
reversal 12:16,19 13:10 13:14,20 17:22 18:7 18:10,11 124:23
reversals 13:17
reverse 14:6
reversed 14:2
review 31:21 33:15 35:11,17 36:1,2,15 37:6 39:1,4,9,18 40:4 40:17 41:11,18,19,22 42:1,17 46:2 50:12 63:19 65:24 68:11 69:3,7,10 70:4,10,23 72:1 75:21 78:1 79:21 93:16 101:23 112:3 116:25 125:7,10
reviewed 15:11 32:14 35:20,23 38:20,20 39:6,23 41:5 42:7 48:17,18 73:16 101:24 111:11 117:12 125:5

reviewing 35:14 36:13 41:15 44:24 45:25 116:25 117:3,7,8 121:10
revision 71:14
revoked 5:23
RFP's 105:1
right 12:2 14:19 17:4,5,7 19:4 22:11 26:21 27:24 32:6 38:1 48:19 48:25 49:2 52:5,12,19 52:25 53:17 54:7,9,12 55:6,7 56:13 58:9 63:18 65:25 67:20 68:19 69:4 72:11,16 72:19,20 73:6,11,17 74:24,25 75:6,20 76:16,21 77:1 78:2,13 78:20,23 79:5,7,22,25 80:4,11,15 81:2,25 82:25 83:3,6 84:9,25 87:6,14 88:9,20,22 92:18 93:22,25 94:20 95:9,25 96:3 98:15 99:23 100:21 101:7 102:22 103:7,18,21 104:4,14 106:4,18,20 107:13,18 108:25 109:3,9,12 111:11 113:3 114:12 116:2 118:20 121:1 122:9 128:24
risk 14:1,7 94:19,21 95:2 95:9 96:17,20,21 97:1 97:2,3,6,12 98:3,20,22 129:3
risks 16:1 94:17,18 95:6 95:7,15,16,21 98:8
role 82:10
room 29:2 81:5,7 95:25 96:2
rotation 25:15,16
rotations 26:2
row 71:24 84:1
Rritz 71:12
rule 72:4,9 74:22 75:3,7 75:11
rules 3:24 72:17
run 14:13
runs 122:4
RUOCICH 110:17
Rupcich 1:16 2:6,9 3:4,5 9:10,13 20:16 26:17 28:1,5 37:2 41:17 45:22 47:16,21 48:12 48:13 49:13 51:18,24 57:18 65:10 71:1,4,10 71:16 72:13 75:2 76:25 79:18,19 83:19 89:5 91:22 94:9 95:20 99:1,7,11 104:7,11 105:4,8 110:24 111:2 116:17,24 117:18 118:7 122:7,23 123:4 124:20 126:5,21 127:20 128:13
Rupcich's 122:1
RUPCICK 122:25

**Dr. Nivedita Dhar**
**September 23, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 8

**S**

S 1:14,22 47:4
sailing 129:2
salvage 22:5
sat 25:8
satisfaction 121:3
saw 8:22 57:5 59:10
66:16 69:1 78:17
86:12 112:12 120:21
127:22
saying 54:16 55:17
56:18 60:21 61:22
67:6,22 72:7 74:21
76:16 77:9,20 82:12
84:20 105:13 106:3
121:25
says 72:4 86:2
scan 17:10 58:17 59:9
59:19 60:8 61:2,23
62:7,19 79:2 100:17
108:18 112:18,18,19
124:4
scanning 62:16
scans 43:11,12,19 59:17
96:13
scares 127:3
scenario 79:6
SCHADE 1:17
Schanzle-Haskins 1:5
schedule 79:15 80:23
116:7
scheduled 80:14,17
scheduler 80:20
school 5:2
score 125:21,22,22,24
scratch 45:2
second 1:22 51:3 79:15
86:2 99:21 103:24
110:22
see 8:4,21 9:5,18 12:15
16:16 18:15,18 26:7
26:12 34:16 40:7,11
42:17 43:18,20,24,25
44:1,2,4,11,16 50:15
51:9 60:19 63:4 64:11
66:15 70:13 71:22
80:3 99:20 110:6
111:16 112:8,12 117:5
122:5 125:16 127:12
127:17
seeing 34:6 41:4 73:18
73:21 111:21
seek 9:20 123:10
seen 12:2 23:5 26:14,18
34:7 41:3 43:21
108:18
sees 9:16,17
semi-regular 26:12
seminars 23:16
send 21:12,14 47:14
48:5 95:11 97:2,7
sending 30:20
sense 9:19 18:10 106:12
sensitive 62:6
sensitivity 124:10
sent 9:7 21:3 47:5,6,8,25
48:2 110:13
sentence 105:25 108:15

109:9 127:22
separate 8:15 43:3 76:17
September 1:10 130:8
sequential 90:4
serial 61:20,22 62:2,3,8
62:20,22 93:4,19,22
serious 114:15 126:11
seriousness 114:25
115:7,22
served 28:18 29:13
services 30:24
set 33:1,3 60:16 90:8
97:23
setting 9:25 25:12
seven 28:23
severe 124:1
severely 88:18
Severino 39:2 78:12,19
78:25 79:5,6 80:2,6,14
81:10,15,23 82:8
111:5,13 112:11
115:16
Severino's 82:18
shockwave 13:7 15:20
16:2
short 110:15
show 105:3 111:3
showed 66:14 67:4
73:11 99:22
sick 56:23
side 85:13 101:17
signed 30:4 33:6,10,18
significance 40:3 67:6
73:23
significant 15:14 52:8
66:21 67:8 82:1 128:1
signing 30:2
signs 87:12 90:23
similar 7:19
Similarly 26:5
simulate 98:16
simultaneously 76:4,5
sir 79:17
sit 17:21 101:16 121:13
site 101:3 103:18 105:15
106:20
sites 107:15,17
sitting 96:2
situation 21:12 22:10
97:15 98:6 99:16
situations 97:8
six 28:23 46:8 48:7
56:23 57:14,16 62:24
74:1 92:14,22 99:12
103:25
Sixth 1:18
size 18:23 21:4 75:13
82:5 89:3,9,20 92:21
100:14
slow 83:14 88:20,20
small 22:9 45:11 61:24
75:14,18 89:10 91:2
93:5,21 100:16
smooth 129:2
somebody 106:8
someone's 119:8
somewhat 94:8
sonogram 16:25 17:1,4

soon 52:24
sorry 12:19 32:1 79:20
82:15 94:6 101:7
118:20
sort 27:12 31:14 32:10
37:21 44:20,25 82:21
110:19 119:3,3,6,11
121:1
sound 75:15
sounds 40:17 75:24
111:1
source 104:21 109:21
113:13
Sources 1:6 3:6
speak 113:21
speaks 48:9
specialist 112:2,4
specific 9:7 15:17 17:23
18:8 42:3 64:13,19,21
65:1,6 72:19 83:14
85:22 89:18 90:7
95:18,24 106:6 122:17
specifically 19:17
specificity 124:10
spectrum 127:12
Spell 3:10
spend 7:18
spent 9:24 34:9
split 21:2
spoke 32:16 80:2
spread 113:3
Springfield 1:1,18,22
111:4,11
St 1:22
stability 87:5,11
stable 87:13
staff 22:16 26:20
stage 107:9,10
stages 89:1,3
staging 107:14
standard 16:22 17:17
18:3 50:20 51:9,20
52:4,18 53:4,8 86:2
88:4 96:25 122:21
standards 28:10 51:7
standpoint 37:3 49:6
stands 29:19 86:9
start 45:1 118:21 121:24
started 3:15
state 3:8 4:8 6:16,17,19
6:21 7:10,13,20 8:11
8:23 9:1,15 18:15 24:5
24:7,9 68:25 70:9 74:2
84:22 87:2 91:7 99:21
107:20 109:15 110:5
112:14 113:10 118:4
130:1
stated 68:10 80:2,6
103:25 108:22
statement 50:1 99:13
113:21
states 4:12,24 5:17
statistic 104:16
steps 85:16
stipulate 41:11,13
stone 12:15,25 13:22
14:3 17:22,25 18:1
39:23 44:14 67:14,19

68:7 74:18,23 75:3,6
75:11,14 123:12
124:24 128:7,14
stones 12:10,11 13:10
14:15,15,21 15:3,20
43:20 66:6 72:22 74:8
74:9,11,13,18,22 92:1
92:6 123:9 125:2
story 31:23
strain 67:11,25 123:5,7
123:15,18
strainer 123:8
straining 67:24
stratification 94:21 95:2
97:2,3,12 98:3,23 99:5
stratify 97:6
Street 1:15
Street,2nd 1:18
stress 56:11,15,17 126:6
126:9,14,15,21 127:1
127:17
stretch 4:1
strike 78:12 83:15 101:7
120:8 123:13 126:2
Strom 2:15 45:19 46:6
47:24
student 25:15
studies 27:11,13 39:9
study 14:10 16:5 17:22
100:12 117:3
subcapsular 15:22,24
16:10 17:12
subheading 13:5
subject 71:6 72:19
subjects 46:7
submitted 34:17 46:13
46:15,16,21,22,24
47:2 125:8
subscribe 27:3
subscription 37:21
subsequent 15:3 16:17
16:18
substance 47:11
Substantially 102:19
subtitles 50:6
Sue 1:4
sufficient 75:7,11 77:6
suggest 66:2 117:14
suggested 33:7 73:18
suggestion 88:17
suggestions 15:15
Suite 1:11
summary 46:6 50:14,24
52:7 53:19 54:6 65:12
65:15 127:21
supervise 24:21
suppose 71:5
Sure 118:24
surgeon 9:22 18:12 81:1
84:15 97:10,16
surgeons 83:2
surgeries 116:7
surgery 9:24 12:15,17
12:20 13:17,25 22:2,5
38:25 44:3 45:5,9 52:2
52:13,25 54:3,14,14
54:21 55:4,6 56:7 62:1
65:4 80:15,17,20,24

81:1,2,11,16,17,20,21
81:22 82:2 83:3 84:7
84:13 85:12 93:24
94:3,10,14,15,19,23
95:3,6,8,13,13,17,22
96:18 97:9,21 98:3,7,8
98:18 99:4 100:25
101:7,10,11 102:12,17
103:4 105:13 108:4
109:17 110:1,7 113:5
113:12 114:3,4,5,8
115:12,14,17,19,21,25
116:1
surgical 21:25 22:9 52:9
54:18 55:18,19 81:7
81:14 83:21,22,25
97:1 103:25 107:22
108:16,22 109:5 115:3
115:4 116:13,22
surgically 21:24 22:7
surveil 22:11
surveillance 22:2
survival 54:2 64:13,14
64:18,19,21,22 65:2,5
65:6 109:15,23,24,26
113:11 114:1,3
suspect 74:12
suspended 5:22
suspicious 62:15,18
swear 130:10
switch 62:3
Switzerland 5:4,12
10:23 32:6
sworn 3:2
symmetry 54:4
symptom 57:2 66:11
69:14 127:17
symptoms 36:19 88:24
88:25 89:12,16,19,23
89:25 90:8 123:23
127:13
system 79:13 110:8
systematically 97:21
systemic 52:23 54:20
55:24 85:8,9,16,20
97:24 101:4,17 102:3
102:24 103:8,9,13
105:24 106:14,17
113:12 114:9
systemically 85:11
90:22 97:18 105:23
112:16,24
systems 116:7

**T**

table 98:12
take 4:1 6:4 9:20 10:5
19:12 22:6 27:18
32:12 34:1 37:6 41:8
91:14 93:23 99:8
100:3 122:5 123:20
taken 1:10 70:10 130:15
takes 79:11
talk 126:17,20
talked 114:10
talking 17:18 31:22
39:22 55:6,9,17 66:23
70:15 71:17 75:21

**Atkinson-Baker, Inc.**
**www.depo.com**

87:19 92:7 106:24
108:19 109:2,23,25
110:2,3
talks 24:20
task 46:10
tasks 10:10
Taylorsville 111:19
Taylorville 121:19
teaching 6:25 7:6,16 8:3
8:7,16 24:19
team 10:20,21 18:24
22:2 23:8 52:22 81:7
83:21,22,25 115:2,3,4
115:5,7,24 116:4,13
116:23
technique 81:14
technology 11:2
TECUM 1:10
Tela 69:2
tell 11:23 15:16 25:2
46:20 47:1 60:17
82:10 130:11
ten 4:25 5:1,3,4,8 6:20
7:9 32:5,8
tend 11:6
tenure 24:13,16
tenured 24:14,15
term 114:19
terms 85:22 118:11
test 17:19 60:25 67:13
67:17,23 68:4 77:21
123:5,7,15,18
Testicular 29:8
testified 83:17 123:14
testify 29:9
testifying 31:11
testimony 123:16 130:12
testing 51:6 70:5,8 127:9
tests 14:13 18:4 61:8
77:22 78:24 79:1,9
80:3,11 86:19
that's 17:17 32:22 90:21
109:12 117:12 121:21
therapy 103:13,14
they're 72:18 97:12
thing 35:11 48:24 51:3
53:13 67:8 69:9
102:25
things 7:14 19:9 27:12
42:8 45:1,7 46:8 66:3
66:8,12 87:22 96:17
think 17:5 19:9 26:2
30:13,16,25 31:3,17
31:19 33:6,14 39:24
42:21 43:6 46:22 50:6
64:17 71:11 73:16
78:10 82:10 84:12
94:5,7 96:24 97:10
100:25 110:9 115:6
121:21 128:5,10
thinking 55:3
thinks 67:23
third 52:7 68:25 80:13
121:7
thought 49:5 98:12
104:8 107:24
three 23:21 24:4 25:19
25:20,23 32:21,22

56:7 62:25 79:18 83:2
84:8,22 87:2 100:6
115:16,19
threefold 87:4
thrombectomy 107:12
thrombosis 106:19
108:9 114:8
thrombus 23:2 85:15
90:18,20 92:17,22
99:15 103:19,20
106:17 108:2,24 109:7
112:23
till 25:6
time 3:23 5:6 7:18,22
9:24 10:5,11 17:20
22:19 30:4 33:19 34:6
34:7,9 43:6 51:4,25
52:12,16 53:14 54:10
54:22 55:15 56:1,3,6
61:14 64:9 72:8 76:13
77:10 81:11,16 82:3
84:6,18 88:6 100:25
109:25 112:10 113:1
115:9,13,20,21 121:14
121:18 123:19 130:15
timeframe 18:9 34:21
39:20 44:20 81:19
88:8
timeline 44:25
times 22:25 28:20 31:16
56:23 57:14,16 76:17
125:19 127:13
title 121:14
today 6:6 38:17 39:4,7
43:21 49:17 121:13
toilet 123:9
told 42:2,3 104:22
Tom 1:5
tool 123:11
top 91:7 92:14 99:12
topic 93:16 113:16
torsion 29:8
track 24:13,16 34:12
tracks 57:20,22
tract 64:7,8 75:25 76:1,8
76:9,20 77:7,14
tracts 51:13 57:24 63:10
63:14,15,17 72:3
76:12,13 77:13
trained 20:21 40:15
training 19:7,7,11 20:8,9
20:10,18,19 124:16
transcription 130:14
travel 74:18 90:16,22
traveled 74:19
treat 97:20 103:10
treated 21:24
treating 97:17 103:21
122:13,18
treatment 21:7,8 36:20
52:15,24 53:15 54:11
54:15,18,18,19,20,24
54:25 55:2,4,5,9,16,18
55:18 65:3 97:23,24
101:18,22,22 102:3
108:16,20 113:4,13
114:9 116:11 120:12
122:10,22 126:13

127:11
treatments 107:24,25
108:16
trial 29:9 33:17
trials 27:12,13
tried 87:24
trimmed 23:5
trouble 38:4
true 130:14
truth 130:11
try 67:13
Tryell 118:3
trying 19:23 41:9 102:4
tumor 72:7,11 26:13
82:5 85:13 101:17
102:2,5,6,22,25 103:4
103:4,9,16,18 105:15
106:20 107:21 108:24
109:7 113:10 114:7,7
114:11 115:22
tumors 21:21 113:1
twice 60:15
two 8:8,14,16 13:11
51:15 56:8 60:23
77:24 78:24 84:17
87:22 114:2 120:22
121:10 125:16
type 8:21,22,23 9:18
19:19 22:14 126:25
127:5
typewriting 130:13
typical 10:9 40:10 56:18
56:19
typically 90:2
Tyrell 1:21 2:7 117:19,21
118:23 122:10,24
129:9
Tyrell's 122:2

**U**

U.S 1:1
ultimately 60:14 77:23
94:15
ultra 75:15
ultrasound 17:9,20,21
43:10 61:15 62:4,6,10
62:13 63:3 72:4 74:2,5
74:12,14,20,21 75:7,8
75:11 76:21 77:10
78:4 92:16 99:14,19
118:7 119:23,25
123:25 124:6
ultrasounds 43:20
unable 15:14
unclear 55:3
uncommon 22:23
undergo 13:16,20 93:24
94:3,19,23 96:18,22
undergone 12:14 15:19
underlying 87:5,20,25
understand 9:10,12
19:23 22:13 42:8 44:5
44:8 53:23 70:3 76:14
83:12 95:14 102:4
107:6,7 112:6 117:25
understanding 8:17
20:17 36:12,15 42:5
58:9 69:10,13,25

75:24 76:15 98:9
118:9,13,17,24 121:13
Understood 14:5
underwent 97:3
unexplained 91:9
unique 127:10
United 5:16
University 6:16
UNKNOWN 1:7
unreasonable 50:25
51:12 52:8,22 53:9,10
55:20
unstable 88:17,23
untrasound 76:23
updates 27:11 30:20
upper 51:13 57:20,25
63:14,17 64:7,8 75:25
76:7,12,20 77:7,13
ureter 74:16,23 75:4,5
ureters 74:14,19,20
75:17
urinary 87:6
urinate 68:2 123:8
urination 128:5
urine 65:19 66:14 67:10
67:25 87:17 123:5,7
123:15,18
urogram 63:3 63:19
77:14 118:19 119:2,4
urologic 9:6 11:9 29:5
37:3 53:25 57:20
80:23 86:4,9,21,24
urological 27:17,19
50:25 122:14,20
124:13
urologically 83:7
urologist 4:5 6:22 18:24
18:25 20:24 23:1
36:14,16,21 49:11
76:19 78:15 79:4
81:10 84:15 108:7,9
115:24 125:13
urologists 20:21 27:22
36:9
urology 7:16 9:2,3,3
19:6,7,20,23 20:1,8,10
20:21,22 21:3 22:7
25:3 27:8 28:8,11 39:1
42:12,16 71:10 78:1
125:8,23 127:6
use 37:22 50:4,8 61:15
61:18 62:5 68:4,5 74:2
113:25 114:14,23
119:7 123:14,18,25
124:5
uses 58:7
UTI 128:6
utilization 69:19,23
111:20
utilized 70:2

**V**

v 1:5
vague 64:18
variable 90:25
varies 10:1
vascular 107:20 108:1
vasectomies 12:24

vena 108:25 109:8
vendors 121:7
verify 6:5
versus 9:24 21:3 64:18
91:16 102:12 106:8
view 53:25 68:13 76:9
86:25 115:18
viewing 100:10,12
visible 66:20 67:9
visit 111:25 112:7
visualization 57:21
63:16
visualize 43:19 74:14
75:5 77:14
visualized 63:17
vital 87:12
vitals 88:23
voice 12:18
volunteer 31:4
Votrient 84:23 85:3,20

**W**

W-O-H-N-E-R 69:2
WACKAMN 121:23
Wackman 1:14 2:8 9:9
26:16 27:25 28:2
36:24 41:13 47:13,18
48:9 49:12 51:17,21
57:9,12 70:24 71:3,8
71:13 72:12 75:1
76:22 79:17 83:11
89:2 91:19 94:5,7
95:18 98:24 99:8
104:6,8,22 105:1,5
110:16,22 111:1
116:15,20 118:21
122:8 123:1 128:11
129:8
want 15:18 40:7,10
41:11 43:18 44:1,1,11
47:11,16 50:9 54:17
60:18 65:11 71:5
73:21 99:7 110:18
111:3 127:14
wanted 13:23 14:2,6
15:21 43:19 68:10
wants 111:16
warrants 107:21
wasn't 11:21 82:24 93:7
93:8
wasn't 84:2
waste 3:23 77:9
way 14:25 42:14 46:5,25
90:3 93:7 100:23
108:1,3 125:25
Wayne 6:16,17,19,21
7:10,13,20 8:11,23 9:1
9:15 18:15 24:5,7,9
130:3
ways 114:2
We'll 96:16
we're 15:14 17:18 48:10
55:6,9,14 61:22 87:19
97:13 127:10,10 129:2
We've 11:24 62:7
website 30:25 31:3
45:14 105:6 109:22
113:15,17

**Dr. Nivedita Dhar**
**September 23, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 10

**week** 8:8 10:1,9 39:21
**weekly** 10:10
**weeks** 85:19,22 92:22
  100:7
**went** 30:21 32:13
**weren't** 94:15
**Wexford** 1:6 3:6 42:14
  70:17 71:10 75:19
**Wexford's** 42:9 70:12
**what's** 3:14 104:7
**who's** 77:11 79:14
**widespread** 106:8
**WiFi** 110:23
**William** 1:3 111:4
**window** 56:24
**Withdraw** 126:2
**WITNES** 104:24
**witness** 2:4 3:2 9:12
  28:3,18 29:14 31:2
  36:25 51:22 57:10,13
  76:23 89:3 91:21
  98:25 116:22
**Wohner** 3:7 69:1 70:3
**women** 11:24 61:18
  62:11,14 123:21
**won't** 129:1
**wonder** 126:12
**word** 114:14
**words** 8:6 113:25
**work** 3:19 10:12 11:6
  22:1 29:22 32:24
  34:22 55:11 61:9,10
  61:14 83:6 114:12
  123:20 126:18 128:19
**worked** 11:17,24 25:12
  38:7 120:5 126:17
**working** 10:14 21:4
  29:20 83:8 116:7
  127:14
**workout** 82:25
**works** 79:13
**workup** 75:25 76:3,7
  82:22
**worried** 128:8
**worrisome** 128:4
**worse** 113:2 127:4
**worthy** 125:11,13
**wouldn't** 56:12 61:6 62:5
  63:20 80:10 84:5
  109:9 123:9 128:20,21
**write** 10:19 31:20 51:11
  55:1
**wrong** 104:7
**wrote** 67:1,2 79:15
**WTINESS** 94:6

**X**

**X** 2:2
**x-ray** 14:23 16:13,23
  17:3,5,9 40:1
**x-rays** 15:3

**Y**

**yeah** 12:18 15:10,18
  16:8 17:8 18:11 19:1
  19:14 23:4,23 25:7
  29:19 31:6,15 32:3,7
  33:9,12,21 34:15

37:12,14,24 41:13
45:14 47:4,16 53:12
54:25 71:13 73:16
80:1,5 98:16 99:8
100:2 103:16 104:24
106:22 107:19 108:9
114:7 116:10,10
117:16 127:25 128:22
**year** 10:11 24:24 73:8
  93:3
**years** 4:25 5:1,3,4,8 6:20
  7:9 23:1,6,25 28:23
  32:5,8 120:23
**you're** 103:10,17 107:7
  107:13
**You've** 83:23

**Z**

**0**

**1**

**1** 2:13 6:3,8 50:14 54:5
  80:3 126:3,3
**1.49** 129:2
**1.5** 128:19,25 129:2
**1.6** 128:22
**1.7** 128:22
**1:00** 1:11 130:8
**10** 22:25 23:6,25 71:13
  78:1,17 111:5 120:23
  126:3
**10%** 10:6
**10:22** 47:23 48:2
**11** 111:5,17
**111** 1:18
**1148** 111:20
**117** 2:7
**11th** 111:9,13
**12** 25:1 82:1,12
**121** 2:8
**128** 2:9
**13** 70:10
**14** 84:24
**1464** 1:25 130:21
**15** 24:24 25:1,1
**15%** 10:5
**16.5** 33:21,22 34:13,17
**160** 112:3
**17-cv-3112** 1:4
**18** 80:14 111:24 125:17
  125:19
**19** 13:4 82:15 84:23
**1998** 25:22,23
**1st** 3:16,19 6:13

**2**

**2** 2:1,13 33:25 34:3
  41:19 62:2 65:12
  127:21
**2,000** 38:23
**20** 49:1 126:3
**2000** 19:13
**2004** 17:14
**2005** 12:25 125:23
**2006** 19:14
**2010** 25:5,6

**2014** 44:9 73:9
**2015** 39:16,24,25 44:9
  50:22 51:6 71:13
  72:25 127:24
**2016** 39:16 44:6 52:2,3
  52:14,15,17 69:1
  70:11 78:1,17 79:22
  83:20,21 84:23,25
  92:16 93:8 99:14,22
  100:20 101:9 111:5,17
  112:7
**2017** 105:12
**2019** 1:10 24:11 35:2
  45:18 47:23 130:8
**21** 105:2
**217** 1:19,19
**22** 79:22
**23** 13:9,12 17:23 124:22
  127:24 130:8
**23rd** 1:10
**24** 13:8,12 15:16 17:11
**26** 92:17 112:7
**2600** 1:11
**28** 45:18 47:23
**28th** 46:17 48:2
**29** 82:13

**3**

**3** 2:6,14 24:24 37:11
  51:25
**30** 79:22
**30%** 10:1,2
**300** 33:14
**30th** 46:23 49:24
**33** 2:13
**353** 1:15
**37** 2:14

**4**

**4** 2:14 37:9,11 38:9
  40:23 41:20 52:12
  54:5
**4:45** 129:11
**40** 2:14
**400** 1:10
**4160** 3:13,16
**45** 2:15
**48243** 1:11

**5**

**5** 2:15 45:16,21 50:17
  54:5 55:15 64:9,9
  71:13
**5%** 10:7 23:12
**5.5** 35:18,20 39:21 41:18
**5.5-hour** 35:24
**5/6/2020** 130:23
**50** 24:25 77:12 107:9
**500** 1:22
**572-1613** 1:19
**572-1714** 1:19

**6**

**6** 2:13
**60654** 1:15
**62701** 1:18,22
**6283899** 1:17

**7**

**7** 68:25

**8**

**8** 37:11
**8:29** 48:6
**85%** 8:2 10:2
**860** 122:2
**861** 122:4

**9**

**90s** 26:5