EXHIBIT E

E-FILED
Friday, 25 October, 2019 09:59:51 PM
Clerk, U.S. District Court, ILCD

(Page 4)

## CERTIFICATION AS TO RECORDS

To:

    Custodian of Medical Records
Taylorville Correctional Center
Route 29 South
P.O. Box 1000
Taylorville IL 62568

Name of Patient:    WILLIAM KENT DEAN, #IDOC N21885 (DOB 8-29-60)

Records Requested:    All medical records for offender William Dean (N21885). HIPAA order attached.

Case:    WILLIAM KENT DEAN v. WEXFORD HEALTH SOURCES, INC., DR. ABDUR NAWOOR and UNKNOWN HEALTHCARE EMPLOYEES

The enclosed subpoena does not require you to appear in person. The subpoena does, however, require that all records specified in the subpoena be provided.

- Records must be received no later than July 14, 2017.

- For information please call (217) 572-1714 and reference File No. 042447/19344/PEH/DSF.

- Sign below and include this statement with records.

- Submit records to:    CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701

## CERTIFICATION THAT RECORDS PROVIDED

In response to the subpoena issued, I hereby certify, under penalties as provided by law pursuant to §1-109 of the Illinois Code of Civil Procedure (735 ILCS 5/2-109), that the attached are true and correct copies of the only records in my/our possession or control.

7-11-17             /s/ Chad R. Christer
Date                      Custodian of Medical Records

## CERTIFICATION THAT THERE ARE NO RECORDS

In response to the subpoena issued, I hereby certify, under penalties as provided by law pursuant to §1-109 of the Illinois Code of Civil Procedure (735 ILCS 5/2-109), that a thorough and diligent search of our files was made and I find there are no records.

Date                      Custodian of Medical Records

8578343 DFORNOFF;MSAMS

**Taylorville Memorial Hospital**

201 East Pleasant
Taylorville, IL 62568
(217) 824-3331

## RADIOLOGY DEPARTMENT

Name: Dean, William N21885      Patien No.: 235167      Adm Date: 08/15/2014
DOB: 08/29/1960      Age/Sex: 53 / M      MR #: 080976
Doctor: Ralph Gauen, M.D.      Room No.:      Patient Type:OP
Ordering Doctor: Ralph Gauen, M.D.      Family Doctor:
Accession Number: 646540520140815      Date of Service: 08/15/2014

**EXAMINATION:** CT abdomen and pelvis

**HISTORY:** Hematuria.

**TECHNIQUE:** Transaxial CT images of the abdomen and pelvis were obtained without intravenous or oral contrast utilizing the renal stone protocol.

**COMPARISON:** None.

**FINDINGS:** The lung bases are clear.

Evaluation of the solid abdominal viscera is limited secondary to the lack of intravenous contrast. Calcified hepatic granulomata. Cholelithiasis without evidence of cholecystitis. No biliary duct dilatation. The unenhanced pancreas is grossly normal. No definitive focal splenic parenchymal abnormalities. No adrenal masses. No definitive focal renal parenchymal abnormalities on unenhanced evaluation. Punctate left upper pole nonobstructing calyceal calculi. There are multiple nonobstructing right-sided calyceal calculi, most prominent within the lower pole with the largest measuring 4mm. There is a prominent calculus within the right renal pelvis which measures 13mm. Although there is no substantial right caliectasis at this time, this calculus likely results in intermittent right-sided obstruction given mild asymmetric enlargement of the right kidney and asymmetric right perinephric stranding. Negative for ureterolithiasis. Abdominal aortic atherosclerosis without aneurysmal dilatation. No retroperitoneal lymphadenopathy. The small bowel is of normal caliber.

The appendix is normal. Fat containing periumbilical hernia. The urinary bladder is within normal limits. No free pelvic fluid. Scattered colonic diverticula without diverticulitis. No iliac or inguinal chain lymphadenopathy. Multilevel spinal degenerative changes.

**IMPRESSION:** 1. Prominent calculus within the right renal pelvis, likely resulting in intermittent right-sided obstruction. Although the current examination does not demonstrate right caliectasis, the right kidney is mildly enlarged, likely edematous, as well as demonstrating asymmetric perinephric inflammation.
2. Bilateral nonobstructing calyceal calculi.
3. Cholelithiasis without cholecystitis.

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU_____
MD REVIEWED_____ Ralph E. Gauen, MD
FILE
OTHER_____
Send to Dr Bryan + Dr E

IDOC Taylorville Med Recs 000437

Name: Dean, William N21885          Patien No.: 235167        Adm Date: 08/15/2014
DOB: 08/29/1960                     Age/Sex: 53 / M           MR #: 080976
Doctor: Ralph Gauen, M.D.          Room No.:                 Patient Type:OP
Ordering Doctor: Ralph Gauen, M.D.           Family Doctor:
Accession Number: 646540520140815            Date of Service: 08/15/2014

| *** THIS IS AN ELECTRONICALLY VERIFIED REPORT *** |
| --- |
| 8/15/2014 9:00 AM:   Kenneth Winkler, M.D. |

KW:kw

Kenneth Winkler, M.D.

TMH

TAYLORVILLE CORRECTIONAL CENTER
DATE REC D HCU
MD REVIEWED
FILE
OTHER

**ST JOHN'S HOSPITAL**
Springfield, IL
(217) 544-8464

OPERATIVE REPORTS
Adm: BARON,THOMAS E, MD
Date/Time Dictated: 10/30/14 0837
Transcribed Date/Time: 10/30/14 0858

cc:         Thomas Baron, M.D.

NAME: DEAN,WILLIAM
ROOM: PAHD-05
DOB: 08/29/1960
MRN: MA01395493
ACCOUNT #: Y00001432131
ADMITTED:
DISCHARGED:

**Procedure Date:  10/30/2014**

***Chart Document***

**SURGEON**
Thomas Baron, MD

**ASSISTANT**

**PREOPERATIVE DIAGNOSIS(ES)**
Right renal stone.

**OPERATION**
RIGHT ESWL.

**POSTOPERATIVE DIAGNOSIS(ES)**
Right renal stone.

**estimated blood loss**
Minimal.

**ANESTHESIA**
General.

**DESCRIPTION OF PROCEDURE**
The patient was brought to the operating room and after suitable general
anesthesia was achieved, he was prepped and draped in the usual manner.  We
localized the stone with fluoroscopy in the right renal pelvis and treated
with 3000 shocks utilizing 1.2 minutes of fluoro time.  Our power range
ranged from 18 kilovolts to 26 kilovolts.  The procedure was terminated at
3000 shocks and he will be seen in the office in approximately 2 weeks with
a KUB done the day prior to the procedure at his incarcerated facility.

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU_____
MD REVIEWED_____
FILE_____
OTHER_____

Ralph E. Gauen, MD

IDOC Taylorville Med Recs 000817

**ST JOHN'S HOSPITAL**
Springfield, IL
(217) 544-6464

**OPERATIVE REPORTS**
Adm: BARON, THOMAS E, MD
Date/Time Dictated: 12/30/14 2129
Transcribed Date/Time: 12/31/14 0639

NAME: DEAN, WILLIAM
ROOM:
DOB: 08/29/1960
MRN: MA01395493
ACCOUNT #: Y00001457681
ADMITTED:
DISCHARGED: 12/30/14

cc:        Thomas Baron, M.D.
           SJH HIM Dept.
           Thomas H Tieu, M.D.

**Procedure Date:  12/30/2014**

***Chart Document***

CC

--------

**SURGEON**
Thomas Baron, MD

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU
MD REVIEW
FILE
OTHER              Ralph E. Gauen, MD

**ASSISTANT**

**PREOPERATIVE DIAGNOSIS(ES)**

**PROCEDURES UNDERTAKEN**
EXTRACORPOREAL SHOCKWAVE LITHOTRIPSY.

**POSTOPERATIVE DIAGNOSIS(ES)**

**ANESTHESIA**
General.

**ESTIMATED BLOOD LOSS**
Minimal.

**SPECIMENS**
None.

**INDICATIONS FOR PROCEDURE**
Mr. Dean is a 54-year-old incarcerated male with a kidney stone on the
right side. He has previously undergone ESWL, which was incomplete in
destruction of his stone.  He is brought back today for a second attempt
at
this with the ESWL.

**DESCRIPTION OF PROCEDURE**
After informed consent was obtained with the patient, he was brought
back to the operating room and then placed into the supine position with
the lithotripsy machine appropriately placed under his right kidney.

*** OPERATIVE REPORTS ***

IDOC Taylorville Med Recs 000838

Preoperative antibiotics were given. Time-out was then performed.

The 3000 shocks were delivered in a non-gated fashion at a level of 24 kilovolts. Under fluoroscopy, we watched the stone was significantly broken
up into smaller bits, destruction of the stone was good; however, overall may have been somewhat incomplete as the stone was rather large in size. Success for this will depend upon the extent of the fragmentation of the stone.

Overall, the patient tolerated the procedure well and there were no complications during the procedure.

DISPOSITION
The patient will be sent back to prison today. He will follow up in about 3 weeks with a KUB. If further intervention is needed for his stone,
it will be decided upon at that point in time.

Please note that Dr. Baron was present for and performed all the key aspects of this procedure.

Electronically Signed By:
Thomas Baron, M.D. 01/26/2015 07:50 A

Thomas Baron, M.D.
Dictated by: Thomas H Tieu, M.D.

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D
MD REV'D  3/19 - 2016
OTHER                      Ralph E. Gauen, MD

IDOC Taylorville Med Recs 000839

Send Claims to:

**Wexford Health Sources**
P.O. Box 16218
Pittsburgh, PA 15220
1-412-937-8590

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Pre-certification Number

609850763

Taylorville
(Facility)

Offender's Name: William Doan          ID# N21885

Reason for Referral:   ☑ Consult        ☐ Non-Formulary Medications   ☐ Medical Equipment
                       ☑ Evaluation     ☐ Management
                       ☐ Procedure/service (specify) _____
                       ☐ Other (specify) _____

Urgent: ☑ Yes    ☐ No        Urologist

Referred to: _____

Rationale for Referral: _____
_____

N a ____          _____ /an          3/3/16
**Print Referring Practitioner's Name**    **Referring Practitioner's Signature**    **Date**

Report of Referral (Use Reverse Side, if necessary)

Findings: Pt needs Scheduled for CTIUP + office Cystoscopy + BMP
Call 5287541 to Schedule.

Assessment: _____

Recommendations/Plans: _____
_____

William Spulbino, MD          _____          3/10/16
**Print Practitioner's Name**    **Practitioner's Signature**    **Date**

Facility Medical Director Use Only
I have reviewed the recommendations and:

☑ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
    DOC 0255.

N Pruden          _____          3/14/16
**Print Facility Medical Director's Name**    **Facility Medical Director's Signature**    **Date**

Distribution: Offender's Medical File, and
if denied/revised, Heath Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management                    DELIVERED MAR 2 2 2016

Date/Time: 03/22/201610:12:25                         DOB-8-29-60

Subject:   Inmate Name:   DEAN, WILLIAM
           Inmate Number: N21885
           Site:          TAYLORVILLE
           Service:
                          52000    CYSTOSCOPY

Authorization ID: 219887743

Based upon a review of the information provided, Service is Approved.

Comments:
   DR EINWOHNER EVALUATING PATIENT AND PATIENT REPORTED INTERMITTENT
   HEMATURIA - HX OF LITHOTRIPSY 12/30/14- DISCUSSED THIS PATIENT IN
   COLLEGIAL 01/13/16 W/ DR NAWOOR AND DR RITZ- RECENT UA C&S DONE
   1/7/16 SHOWS LARGE BLOOD - DECIDED WILL GET ONSITE RENAL /BLADDER
   USD BY PRECISE  AND USD DONE 2/2/16- NO EVIDENCE OF HYDRONEPHROSIS
   - NO EVIDENCE OF LESIONS- UPDATED U/A DONE 2/8/16 THAT SHOWED
   BLOOD- DISCUSSED CASE IN COLLEGIAL 2/10/16 W/ DR NAWOOR AND DR
   RITZ- APPROVED FOR UROLOGY F/U AND PATIENT SEEN BY UROLOGY 3-10-16
   - RECOMMENDED FOR CYSTOSCOPY - APPROVED AFTER REFERRAL REVIEW-
   MEETS IQ

                                                    BMP
                                                    HSA

                                              fax 217
From:                                              527-3844
      Dedicated Utilization Management          Dr Severino
-----------------------------------------------------------------

       INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

              Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
              877-939-2884 or 800-353-8384 - Phone
                           412-937-9151 - Fax
           WWW.WEXFORDHEALTH.COM
   Springfield Clinic  Taylorville 528-7541   4-14-16
     600 N. Main                              3:15pm
   Taylorville, IL. 62548

                                              IDOC Taylorville Med Recs 001081

## WEXFORD HEALTH SOURCES INCORPORATED

To:         Site Medical Director & HSA

From:       Utilization Management

Date/Time: 03/30/201618:53:46          **DELIVERED**  MAR 3 1 2016

Subject:    Inmate Name:   DEAN, WILLIAM
            Inmate Number:  N21885
                   Site:   TAYLORVILLE
                Service:
                           74178    CT ABD & PELV 1/> REGNS

Authorization ID: 089148098

Based upon a review of the information provided, Service is Approved.


    Comments:
    RECEIVED REFERRAL REQUEST FOR CT IVP - PATIENT SEEN BY UROLOGY
    03/10/2016 AND RECOMMENDED TEST FOR PERSISTANT HEMATURIA- APPROVED
    BY DR RITZ IN COLLEGIAL W/ DR NAWOOR - NO IQ




From: _____
      Dedicated Utilization Management

  ~-~--------------------------------------------------------------

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                    Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                    877-939-2884 or 800-353-8384 - Phone
                                         412-937-9151 - Fax
                    WWW.WEXFORDHEALTH.COM

TMH     12:30pm. 4-12-16

201 E. Pleasant

Taylorville II. 62568        217-824-3331

IDOC Taylorville Med Recs 001084



### WEXFORD HEALTH SOURCES INCORPORATED

To:  **Site Medical Director & HSA**

From:  **Utilization Management**

DELIVERED APR 2 2 2016

Date/Time: 04/21/201617:30:14

Subject: Inmate Name: DEAN, WILLIAM
    Inmate Number: N21885
      Site: TAYLORVILLE
     Service:
       0121  MED-SUR-GY/SEMI
       50220  REMOVE KIDNEY OPEN

Authorization ID: 052444658



...sed upon a review of the information provided, Service is Approved.

Comments:
PATIENT SEEN BY UROLOGY 03/10/2016 AND RECOMMENDED CT IVP FOR
PERSISTANT HEMATURIA- CT DONE 4/12/16- S/P CYSTO 4/14/16- PER CT
LARGE ILL DEFINED MASS IN UPPER POLE R KIDNEY W/ REPLACEMENT OF THE
MAJORITY OF THE R RENAL PARENCHYMA - UROTHELIAL VS RENAL CELL PER
CT - SEEN BY UROLOGY 4/14 FOR CYSTO - RECOMMENDED FOR R NEPHRECTOMY
TO BE DONE 5/11/16 @ MEM MED CTR BY DR SEVERINO (SPRINGFIELD
CLINIC) - APPROVED BY DR RITZ IN COLLEGIAL W/ DR NAWOOR - PER
MILLMAN LOS=3 - MEETS IQ



From: _____
  Dedicated Utilization Management

-------------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

     Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
     877-939-2884 or 800-353-8384 - Phone
          412-937-9151 - Fax
     WWW.WEXFORDHEALTH.COM

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management                    DELIVERED  JUN 1 4 2016

Date/Time: 06/14/201610:43:05

Subject:   Inmate Name:   DEAN, WILLIAM
           Inmate Number:  N21885
                   Site:   TAYLORVILLE
                Service:
                   99202   OFFICE/OUTPATIENT VISIT NEW

Authorization ID: 936788876

Based upon a review of the information provided, Service is Approved.

   Comments:
   PATIENT SEEN BY UROLOGY 03/10/2016 AND RECOMMENDED CT IVP FOR
   PERSISTANT HEMATURIA- CT DONE 4/12/16- S/P CYSTO 4/14/16- PER CT
   LARGE ILL DEFINED MASS IN UPPER POLE R KIDNEY W/ REPLACEMENT OF THE
   MAJORITY OF THE R RENAL PARENCHYMA - UROTHELIAL VS RENAL CELL PER
   CT - SEEN BY UROLOGY 4/14 FOR CYSTO - RECOMMENDED FOR R NEPHRECTOMY
   TO BE DONE 5/11/16 @ MEM MED CTR BY DR SEVERINO (SPRINGFIELD
   CLINIC) - IN  THE INTERIM THIS PATIENT WAS RECOMMENDED FOR
   CARDIOLOGY CLEARANCE AND SITE HAS NOW REPORTED THAT DR SEVERINO IS
   REQUESTING AND CT OF CHEST /ABD/PELVIS WITH IV AND ORAL CONTRAST -
   PER NOTE SENT IN FROM SITE THE PRIOR IMAGING REVIEWED THIS TUMOR
   MAY NOT BE ACCESIBLE FROM ABDOMEN AND THERE IS A POSSIBILITY THAT
   CT SURGERY MAY NEED INVOLVED - RECEIVED CALL FROM SITE - DR
   SEVERINO ( UROLOGY) IS RECOMMENDING THAT THIS PATIENT SEE DR
   HAZELRIGG FOR EVAL AS MAY NEED HIS ASSISTANCE W/ TUMOR REMOVAL  -
   APPROVED AFTER REVIEW - NO IQ


From: _____
        Dedicated Utilization Management

   ----------------------------------------------------------------------

           INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

IDOC Taylorville Med Recs 001127

WEXFORD HEALTH SOURCES INCORPORATED

To:       Site Medical Director & HSA

From:     Utilization Management

DELIVERED  JUN 2 8 2016

Date/Time: 06/28/201610:27:34

Subject:   Inmate Name:  DEAN, WILLIAM
           Inmate Number: N21885
                   Site:  TAYLORVILLE
                Service:
                          99212   OFFICE/OUTPATIENT VISIT EST

Authorization ID: 528395193

Based upon a review of the information provided, Service is Approved.

Comments:
    PATIENT W/ RECENT DX OF R RENAL MASS- LIKELY RENAL CA- RECOMMENDED
    FOR R NEPHRECTOMY - SITE CALLED AND REPORTED THAT UROLOGY IS
    REQUESTING CARDIAC CLEARANCE DUE TO PATIENT'S EXTENSIVE CARDIAC HX-
    PATIENT SEEN BY CARDIOLOGY FOR CLEARANCE ON 5/6/16 -  SURGERY NOW
    SCHEDULED FOR 7/19/16 AND DR SEVERINO IS REQUESTING AN UPDATED
    CARDIAC CLEARANCE TO BE DONE 7-10 DAYS PRIOR TO SURGERY - APPROVED
    AFTER REFERRAL REVIEW -   NO IQ

From: _____
        Dedicated Utilization Management

    ----------------------------------------------------------------------

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                877-939-2884 or 800-353-8384 - Phone
                                        412-937-9151 - Fax
                WWW.WEXFORDHEALTH.COM

IDOC Taylorville Med Recs 001135

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA          DELIVERED  NOV  0 8 2016

From:      Utilization Management

Date/Time: 08/18/2016 10:11:42

Subject:   Inmate Name:   DEAN, WILLIAM
           Inmate Number:  N21885
                   Site:   TAYLORVILLE
                Service:
                           99202    OFFICE/OUTPATIENT VISIT NEW

Authorization ID: 482890243

Based upon a review of the information provided, Service is Approved.

    Comments:
     PATIENT FOUND TO HAVE RENAL CA- S/P RIGHT RADICAL NEPHRECTOMY W/
     IVC THROMBECTOMY VIA STERNOTOMY AND CHEVRON INCISION - SEEN BY DR
     SEVERINO IN POST-OP F/U 8/11/16- PER NOTE ? METS IN LIVER/ FAT -
     FELT PATIENT AT EXTREMELY HIGH  RISK FOR RECURRENCE IF HE DOESNT
     ALREADY HAVE METASTATIC DISEASE - RECOMMENDED FOR ONCOLOGY EVAL -
     APPROVED BY DR RITZ IN COLLEGIAL W/ DR NAWOOR - MEETS IQ

From:_____
      Dedicated Utilization Management

----------------------------------------------------------------------------

             INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                    Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                    877-939-2884 or 800-353-8384 - Phone
                                        412-937-9151 - Fax
                    WWW.WEXFORDHEALTH.COM

Report Created.07/09/15 1156                    Page 2

No evidence of aortic regurgitation.
The aortic valve not well visualized.

Structurally normal mitral valve.                **TAYLORVILLE CORRECTIONAL CENTER**
No evidence of significant mitral regurgitation.  DATE REC'D HCU_____
                                                  MD-REVIEWED_ **Ralph E. Gauen, MD**
Pulmonic valve not well visualized.               FILE__7/6/15___
                                                  OTHER_____
No evidence of significant tricuspid regurgitation.

| Study Date | Accession # | Procedure Code | Procedure |
|---|---|---|---|
| 07/03/15 | 0703-0018 | ABDPELWO | CT Abdomen Pelvis WO |

*** Signed ***

EXAM: CT ABDOMEN - PELVIS WITHOUT CONTRAST

INDICATION: Abnormal liver function tests. The abnormal abdominal lymphadenopathy noted on
outside institution CT thorax. History of inguinal hernia repair and urolithiasis.

TECHNIQUE: Contiguous 3 mm axial slices were obtained of the abdomen and pelvis without
contrast. Coronal and sagittal reformats submitted for review.

COMPARISON: None available at time of interpretation.

FINDINGS:  Calcified RML lung granulomas. Small left pleural effusion with associated
compressive atelectasis. Minimal elevation right hemidiaphragm. Partially imaged small
pericardial effusion.

Suboptimal evaluation of solid and hollow viscera due to lack of contrast. Minimal nonspecific
fat stranding surrounding the gastroesophageal junction. Focal area of fat stranding and fluid
in the upper mid abdomen and RUQ predominantly surrounding the gallbladder and duodenum as
well as pancreatic head and uncinate. The gallbladder although not enlarged contains multiple
calcified stones with moderate sized discrete pericholecystic fluid collection. Hyperdense
contents may represent sludge versus vicarious excretion of contrast. Constellation of
findings most likely related to acute cholecystitis with associated reactive changes. Less
likely attributed to duodenitis or pancreatitis. No abnormally dilated bowel to suggest
obstruction. Normal appendix. Small amount of ascites with focal pockets in the perihepatic
space, RLQ, and perisplenic space. Redundant sigmoid colon. No pneumoperitoneum demonstrated.
Limited evaluation for lymphadenopathy on this noncontrast study however several mildly
enlarged lymph nodes are noted in the porta hepatis region with the largest measuring 15 mm in
short axis. LUQ subcentimeter splenule versus prominent lymph node.

Scattered calcified aortic atherosclerotic plaque extending into the common iliac arteries
bilaterally. Nonspecific fat stranding in the retroperitoneum. Limited evaluation for
lymphadenopathy on this noncontrast study. Small spleen. Unremarkable adrenal glands. IV
contrast within the GU system may be related to recent outside institution CT study. Bilateral
perinephric fat stranding and fluid, to a greater degree surrounding the right. Small right
perinephric fluid collection is suggested. Limited evaluation for underlying intrarenal
calculi however at least one is suggested in the right inferior pole measuring 4 to 5 mm and
potentially in the left interpolar region measuring 1 to 2 mm. No hydronephrosis suggested.
Significant bladder distention with obscured intraluminal contents due to contrast.

Sizable periumbilical hernia noted superiorly overall measuring 6.5 cm maximally in
longitudinal extent. Severe degenerative changes throughout worse at the L3-L4 level. Mild

Report#: 0709-0598  Report Dept MR  Report Mnemonic: PD.DCSUM
NAME: DEAN,WILLIAM ACCT#: Y00001603950 MR# MA01395493

IDOC Taylorville Med Recs 001272

Report Created.07/09/15 1156                          Page 3

lumbar spine the dextroconvex scoliosis. Indeterminant but probably benign well-circumscribed sclerotic lesions of the maximal right femur, right issue, left femoral head which may represent bone islands and/or small enchondromas.

IMPRESSION:
1. Extensive predominantly RUQ inflammatory changes with significant pericholecystic fluid. Constellation of findings attributed to acute cholecystitis with reactive changes. Less likely differential considerations include duodenitis, hepatitis, or pancreatitis. Clinical correlation recommended.

2. Limited evaluation for lymphadenopathy on noncontrast study. However several enlarged porta hepatis lymph nodes, presumably reactive. Other etiologies are not excluded.

3. Extensive nonspecific bilateral perinephric fluid and fat stranding, greater on right. Potential nonobstructing bilateral intrarenal calculi as detailed above. Nonspecific retroperitoneal fat stranding.

4. Partially imaged small pericardial effusion.

5. Fat-containing 6 Imdur periumbilical hernia.

6. Small left pleural effusion.

7. Additional incidental and and nonurgent findings as detailed above.


MYOCARDIAL PERFUSION SCAN

**********************************
SUMMARY:
**********************************

Abnormal Perfusion Study.

There is evidence of a small area of mild to moderate intensity partially reversible defect consistent with ischemia and attenuation artifact in the basal inferior and basal inferolateral wall.
There is evidence of a small area of mild to moderate intensity partially reversible defect consistent with ischemia and attenuation in the mid inferoseptal, mid inferior and mid inferolateral wall.
There is evidence of a small area of mild intensity partially reversible defect consistent with ischemia and artifact in the mid to distal anteroseptal wall.

Nondiagnostic electrocardiographic portion of regadenoson stress test due to ventricular pacing.
The patient had no complaints of chest pain.

Left ventricular EF is 35 %.
Wall motion: There is moderate global hypokinesis.

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU
MD REVIEWED
FILE          Ralph E. Garcia MD
OTHER

| Study Date | Accession # | Procedure Code | Procedure |
|------------|-------------|----------------|-----------|
| 07/07/15   | 0707-0027   | CXR2V          | XR Chest 2 View |

*** Signed ***

Report# 0709-0598   Report Dept: MR   Report Mnemonic: PD.DCSUM
NAME: DEAN,WILLIAM   ACCT#: Y00001603950   MR#: MA01395493

IDOC Taylorville Med Recs 001273

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

Offender Information:

Last Name: Deen    First Name: William    MI: ___    ID#: 021885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/23/15 | MD SICK CALL | |
| 913A | Hematuria | P-1) CBC   Drawn 12-23-15 |
| W6 243 | 97.9  74  18  125/80 | 2) urine dip stick |
| | S - chronic recurrent | ® for blood. |
| | hematuria - history of | if reflecting straining |
| | stones, denies any pain | his urine. |
| | - no fever (? was worked up | • ↑ fluid intake |
| | ≤3 months) - had CT ? ↑ | if hematuria persists |
| | chronic abdomen to groin age | will have to go to |
| | (will have to review his | ER , see urologist |
| | chart to confirm the CT Scan) | event eventually |
| | O - Alert | Discussed with pt |
| | WDWN | |
| | lungs clear | ABDUR NAWOOR, MD  W Anwar 12/23/15 |
| | no total pain or | W Anwar |
| | stab pain on ballottement ? | |
| | Kidneys | M Germann 12-23-15  /1100 |
| | A - hematuria most likely 2° to | |
| | stone | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Taylorville Correctional** _____ Center

**Urinary Tract Infection**

**Offender Information:**

Last Name: Dean    First Name: William    MI: ____    ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 0555 12-23-15 | **S)** - What are your symptoms  Urinating blood | **P)   MD Referral**  - Abnormal vital signs, abdominal distention, difficulty in voiding. Hematuria is present, back pain, symptoms present more than 36 hours, abnormal findings on urine dipstick |
| | - Pain scale 1-10   Ø | |
| | - What color is the urine  yesterday blood red, today clear | - Refer to MD for suspected Gonorrhea, Chlamydia, or Syphilis |
| | - Any unusual odor to the urine   Ø | NO MD Referral |
| | - Date of LMP   N/A | - Advise to drink at least 8 glasses of water daily |
| | - Any past urological procedure  2 kidney stones procedures | - Acetaminophen 325 mg, 1-2 tablets tid PRN X 3 days (18 tabs)   OR |
| | - Any know urological anomalies   Ø | - Ibuprofen 200 mg, 1-2 tablets tid with meals PRN X 3 Days (18 tabs) |
| Sees Dr. E. pt (renal) pt | - Diabetic      Immunocompromised  ↑ protein levels in urine | - Call MD if further orders are needed |
| | - Medications   see MAR | **Patient Teaching** |
| | | - Advise to drink at least 8 glasses of water daily |
| | - Allergies  ace inhibitors | - Taken medications as ordered |
| | - Frequency of urination  4-5x d/y | |
| | **O)**  T 98·?  P 76  R 16  BP 130/92  WT 248 | - Good hygiene |
| | | - When wiping, wipe from front to back for females |
| | - General appearance / distress   WNL    Ø | Follow-Up |
| | - Discharge / burning / rash x 6 mos   Ø | - Return to sick call if symptoms worsen or fail to improve within 48 hours |
| | - Examine Abdomen for distention  obese | |
| | - Obtain a urine specimen and perform a dip-stick examination | Nurse Signature  _____ |
| | **A)** R/O Urinary Tract Infection | Payment voucher   YES   NO |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

Printed on Recycled Paper

IDOC Taylorville Med Recs 001341

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Taylorville Correctional__ Center

Offender Information:

Last Name: Dean   First Name: William   MI: ____   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LAB LINE | A251.6052 |
| | Date 12-28-15  Time 0904 | |
| | Blood draw for BMP | |
| | Urine Creativ albumin Ratio | To:UIC – Main Lab |
| | Drawn From LAC | 6019887215698622 |
| | Signature Baedak, R | |
| | | From:Taylorville Correctional Center |
| | LAB LINE | To:UIC – Main Lab |
| | Date 1-6-16  Time 0900 | 6019887215698152 |
| | Blood draw for HgbA1c | From:Taylorville Correctional Center |
| | Drawn From RPC | A251.6140  DEAN N21885 |
| | Signature M Hegeman | |
| 1020 1-7-16 | RN note | |
| | Telemed ē Dr. Einwohner done P Sulcer RN | |
| | B/P 148/87 T 98.0 158, 220 243# | |
| | LAB LINE | To:UIC – Main Lab |
| | Date 1-7-16  Time 1045 | 6019887215697892 |
| | Blood draw for W/A | A251.6:00 |
| | Drawn From | From:Taylorville Correctional Center |
| | Signature P Sulcer RN | |
| 1-8-16 | DM Clinic done | RN R Emerson RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_Taylorville Correctional_ Center

Offender Information:

| | | |
|---|---|---|
| Dean | William | ID#: N21885 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/3/16 12:55 | Collegial under Riss – he suggests – Renal Ultrasound | |
| 1/13/16 | Narc Nawoor mno nur | M Eggmann |
| 2/1/16 | Pt need to have a full bladder for the U/S in cm ABDUR NAWOOR, MD Nawoor 2/1/16 | M Eggmann 2-1-16 1320 |
| 2-8-16 1330 0930 | RN Note S: Ø O: Informed I/m to have a full bladder for onsite U/S on 2-2-16. A: pre-test order | P: U/S tomorrow onsite M. Eggmann |
| 2/2/16 | Renal Bladder Exam Complet | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 8/2002)
(Replaces DC 7147)

_Printed on Recycled Paper_

IDOC Taylorville Med Recs 001343

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Taylorville Correctional _____ Center

Offender Information:

Dean                    William          ID#: 121885
Last Name              First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-5-16. 915AM | Medical Records Note Ultrasound report was Emailed to Dr. Einwohner. | Emailed to L Waterman Staff Assistant |
| 1345 2-8-16 | RN NOTE Telemed c̄ Dr E done U/A done results emailed to Dr E. Dr Nwoor aware of Dr E's request for collegial | a h. atnk a h. atnk |
| 1515 2-8-16 | U/A sent to Dr E via email | a h. atnk |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

IDOC Taylorville Med Recs 001344

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional        Center

| Offender Information: | | |
|---|---|---|
| Dean _Last Name_ | William _First Name_ | MI ID#: N21885 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1345 2-8-16 | Urine Dip | |
| | Urobilinogen    neg | |
| | Glucose    neg | |
| | Ketone    neg | |
| | Bilirubin    neg | |
| | Protein    neg | |
| | Nitrite    neg | |
| | Leuko    neg | |
| | Bld    ++ | |
| | pH    6 | |
| | Sp Gravity    1,020 | |
| | | |
| | | _signature_ |
| | ABDUR NAWOOR, MD | |
| | | Nawoor 2/10/16 Nawoor |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

_Printed on Recycled Paper_

IDOC Taylorville Med Recs 001345

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Taylorville Correctional _____ Center

Offender Information:

| | | | |
|---|---|---|---|
| Dean | William | | ID#: D21885 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-10-16 1050A | MD SICK CALL  MD NOTE | |
| | Per MD | |
| wt 243 | 97.9  60  18  145/88 | P - 11 Digestion urine body |
| | S - has 7 intermittent | 2) will be discussing his |
| | hematuria, urine + glu | case at college at |
| | blood 2/6/16 ordered by | today |
| | nephrologist - Dr ___ 6-g/gain | Urine grossly bloody |
| | He has stopped his ASA for | Nawoor 2/10/16 Nawoor |
| | now. | |
| | O - NSR, lungs clear, no edema | P - Discussed with Dr Ritz |
| | CS - no mass felt - no | at college - Pt will be |
| | tenderness - no bruit pain | sent to urologist |
| | A - hematuria - cause? | for cystoscopy |
| | | Nawoor 2/10/16 Nawoor |
| | | ABDUR NAWOOR, MD |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Taylorville Correctional** ___ Center

| Offender Information: | | | |
|---|---|---|---|
| Dean | William | | ID#: D21885 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/10/16 HR | **Urine Dip** | |
| | Urobilinogen 1 | |
| | Glucose  Neg | |
| | Ketone  Neg | |
| | Bilirubin  Neg | |
| | Protein  100 | |
| | Nitrite  Neg | |
| | Leuko  Neg | |
| | Bld  250 | |
| | pH  6 | |
| | Sp Gravity  6 | Mansfield |
| | | ABDUR NAWOOR, MD |
| | | Nawoor 2/10/16 |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

IDOC Taylorville Med Recs 001347

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| WILLIAMS | DEAN | | ID#: V21885 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/16/16 9am | S - frank hematuria<br>- will be seeing Urology<br>for workup. | P - CBC today<br>2/12/16 |
| | To:UIC – Main Lab<br>6019887215694937<br><br>From:Taylorville Correctional Center | Nawoor<br>2/16/16<br>Nawoor<br>ABDUR NAWOOR, MD<br><br>M. Leggman 2-16-16 |
| 2/16/16 0900 | P1 H&H dropping secondary<br>to Rx persistent hematuria<br>8/2015 - 12.3<br>12/2015 - 11.1<br>2/17/16 - 10.9. | P - CBC today<br>Nawoor<br>2/16/16<br>Nawoor<br>ABDUR NAWOOR, MD |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Taylorville Correctional** _____ Center

| Offender Information: |
|---|
| WILLIAM *[illegible]*  DEAN          ID#: *[illegible]* |
| Last Name                  First Name      MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/18/16 0910 | MD note | |
| | Pt had CBC done 2/16/16 | |
| | (10.9) | |
| | | ABDUR NAWOOR, MD |
| | *[illegible]* 2/15/16 | |
| | M. Coggman 2/24/16 0910 | |
| 2-19-16 1000 | Device check completed | M. Coggman |
| 2/25/16 (1200) | RN Note: | per Dr Nawoor |
| | S: ∅ | P: CBC completed in AM |
| | O: T.O. to Dr Nawoor, | send back to H4#6, |
| | re: gross, bloody | will see in MDSC |
| | hematuria, orders | tomorrow 2/26/15, Dr. |
| | received | Nawoor to speak to |
| | A: hematuria | urologist 2/26/15 to |
| | | possibly move ↑ appt. |
| | | for cystoscopy |
| | | R Smith RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional      Center

**Urinary Tract Infection**

Offender Information:

Last Name: _Williams_     First Name: _Dean_     MI:     ID#: _N21885_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/25/16 (1630) | **S)** - What are your symptoms  _urinating blood_  - Pain scale 1-10  _5_  - What color is the urine  _blood red ā lg clots_  - Any unusual odor to the urine  _Ø_  - Date of LMP  _Ø_  - Any past urological procedure  _2 kidney stone procedures_  - Any know urological anomalies  - Diabetic   Immunocompromised  - Medications  _See MAR_  - Allergies  _ace inhibitors_  - Frequency of urination  **O)**  T 98  P. 58  R 16  BP 150/28  WT 245  - General appearance / distress  _WNL_   / _Ø_  - Discharge / burning / rash  - Examine Abdomen for distention  _soft nontender_  - Obtain a urine specimen and perform a dip-stick examination  _strips unavailable_  **A) R/O Urinary Tract Infection** | **P)** MD Referral  - Abnormal vital signs, abdominal distention, difficulty in voiding, Hematuria is present, back pain, symptoms present more than 36 hours, abnormal findings on urine dipstick  _strips unavailable_  - Refer to MD for suspected Gonorrhea, Chlamydia, or Syphilis  NO MD Referral  - Advise to drink at least 8 glasses of water daily  - Acetaminophen 325 mg, 1-2 tablets tid PRN X 3 days (18 tabs)  OR  _not able to take_  - Ibuprofen 200 mg, 1-2 tablets tid with meals PRN X 3 Days (18 tabs)  _not able to take_  - Call MD if further orders are needed  **Patient Teaching**  Advise to drink at least 8 glasses of water daily  Taken medications as ordered  - Good hygiene  - When wiping, wipe from front to back for females  Follow-Up  - Return to sick call if symptoms worsen or fail to improve within 48 hours  Nurse Signature _A. Smith, RN_  Payment voucher    YES    NO |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

IDOC Taylorville Med Recs 001350

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Taylorville Correctional** Center

Offender Information:

Dean                    William                    ID#: N21885
Last Name               First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LAB LINE<br>Date 2/26/16 Time 0500<br>Blood draw for CMP, Lipid<br>CBC<br>Drawn From RAC<br>Signature _Pambhon RN_ | Dean William N21885<br>To:UIC – Main Lab<br>6019887215046262<br>From:Taylorville Correctional Center |
| 2-26-16<br>CMA | MD SICK CALL<br>Hematuria<br>138/53, T-98-0, P-48<br>wt m 2<br>no ass<br>S - h 259 gross<br>hematuria no pain<br>Pt has an appt to see<br>Urologist 2nd of March<br>Res2 H59 109 —<br>CBC done this am 2/26/16<br>( not back yet) | ① - wsa, lm, clear<br>no loin tenderss<br>A - Gross hematuria<br>R/o bladder Ca<br>Pr will try to get<br>an earlier appt<br>for him<br>ABDUR NAWOOR, MD<br>Nawoor |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Taylorville Correctional _____ Center

Offender Information:

Dean                    William              ID# N21885
Last Name               First Name      All

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 3-1-16 09oc | RN Note: S:Ø O: CPAP Mask & Tubing issued to I/m. A: as above. | P. Monitor Ramerson RN RN merson RN |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

**Transferring Facility:** Taylorville Correctional Center

**Offender Information:**
Last Name: Dean
First Name: William
MI:
ID#: N21885

Date: 3, 2, 16   Time: 1115   ☒ a.m. ☐ p.m.

| Transfer Screening (completed by transferring facility health care staff): | ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge) |
|---|---|

Allergies: Ace inhibitors, antihistamines   Food Handler Approved: yes
Current / Acute Conditions / Problems: hematuria
Chronic Conditions / Problems: HTN, NIDDM, sleep apnea, ICD, cardiomyopathy, back pain

**Current Medications** (name, dosage, frequency, and duration):
Acute Short-term: ) See MAR
Chronic Long-term: )
Chronic Psychotropic: Ø

Current Treatments: as above

Therapeutic Diets: low salt, low-med. protein

Follow-Up Care: as needed

Chronic Clinics: DM, HTN, Dr. Einkhoene for renal

Specialty Referrals: Urology

Significant Medical History: hernia surgery @ age 3, 07/15 ICD plced, has CPAP

Physical Disabilities / Limitations: Ø

Assistive Devices / Prosthetics: wheelchair   ☒ Glasses  ☐ Dentures

Mental Health Issues: ☐ Hx suicide Attempt: Date: ___/___/___  ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☒ Alcohol  ☒ Drugs

R & C Use Only: ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: _____  ☐ Packet Complete

Print Name and Title: M. Gaguman R?
Signature: M. Gaguman
Date: 3, 2, 16

**Reception Screening** (completed by receiving facility health care staff):
Facility: _____  Date: ___/___/___  Time: ____  ☐ a.m. ☐ p.m.
Subjective:
Current Complaint: _____
Current Medications/Treatment: _____

Assessment: _____

Objective:
Physical Appearance/Behavior: _____
Deformities: Acute/Chronic: _____
T: ____  P: ____  R: ____  B/P: ___/___

Plan: Disposition:
☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call: Urgent / Routine
   ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
   ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____
☐ Infirmary Placement: _____
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify): _____

Printed Name and Title: _____  Signature: _____  Date: _____

For Adult Transition Center transfers only:
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature: _____  Date: _____  Time: ____  ☐ a.m. ☐ p.m.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Taylorville Correctional** _____ Center

**Offender Information:**

| Dean | William | ID#: N21885 |
|---|---|---|
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-3-16 | Medical Records Note | |
| 12:10pm | Medical Furlough is scheduled for | |
| | 3-10-16 at 11:00AM with Dr. Severino for | |
| | Urology Evaluation. Auth# 6098507865 | |
| | Waterman | |
| | STAT Assistant | |
| | RN Note | |
| 3-10-16 | S ⊘ | P. Await return |
| 10:10 | O C/O Wamack here | from appt. — |
| | for packet. I'm scheduled | P Smith RN |
| | for Dr. Severino for | |
| | C/O blood in urine | |
| | A. Med furlough | |
| 3-10-16 | RN NOTE: | P. Refer to M.D. Pre |
| 1220 | S: I'm back | R Emerson RN |
| | O: vs T⁴ 63 18 129/88 246 | |
| | I/m returning from Med wrt | |
| | A Med wrt return | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

IDOC Taylorville Med Recs 001354

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

**Offender Information:**

Last Name: Dean    First Name: William    MI: _____    ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LAB LINE<br>Date 3-24-16 Time 0900<br>Blood draw for CBC<br>Urine for microalbumin<br>Drawn From RH<br>Signature _____ | From: Taylorville Correctional Center  To: UIC – Main Lab  8019887215043732 |
| 3/25/16<br>8:45am | M D NOTE<br>S - hematuria<br>O - hematuria<br>A. hematuria | P - CT N/P - CT ABD<br>+ pelvis w<br>BMP ↓ PSA<br>w cur<br>?<br>ABDUR-NAWOOR, MD<br>M. Cazman 3-29-16<br>1210 |
| 3-29-16<br>3:30pm | Medical Records Note<br>Medical Furlough is scheduled for<br>4-14-16 at 3:15pm for Cystoscopy with<br>Dr Severino Urology phone # 2198877743<br>Waterman<br>Staff Assistant |  |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional _____ Center

Offender Information:

Last Name: Dean   First Name: William   MI: _____   ID#: NZ1885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **LAB LINE** Date 3-30-16 Time 1215 Blood draw for PSA BMP Drawn From RAC Signature J Smith RN | To:UIC – Main Lab 601988721504318Z From:Taylorville Correctio 1215 |
| 3-30-16 1315 | RN Note. siTele-med ī Dr. Einwohner QWt 248lbs BP 123/69 P 60 R16 T99.9 A: telemed | P: await orders from Dr. Einwohner M Poggimer |
| 4-1-16 12:40 | MD SICK CALL  F/U HgbperDrE 128/74 64-16- 98.2WT249 | |
| 2/1/16 1pm | MD NOTE S – h+g hematuria S debbbto See Drservini for cytoscopy in 2 wks – Presently no visible hematuria O – mse, lung clear, no edema. A – Hematuria, Hgb ↓ 9.5 | P – Plbox Will discuss with Dr Servini to see if we can expedite his appointment – he will need transfusion before cytoscopy Discuss ī Dr Servini's nurse ABDURNAWODR MD him + let me know what he decides would be |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Taylorville Correctional _____ Center

| Offender Information: | | | | |
|---|---|---|---|---|
| Dean | | William | | ID#: N21855 |
| Last Name | | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/4/16 1600 | ...med of feeling less to ...ot to eat or drink after evening meal. | Passini R |
| | LAB LINE Date 4/5/16 Time 0500 Blood draw for A1C – U/A microalbumin Drawn From BAC Signature | To:UIC – Main Lab 601988721504263Z From:Taylorville Correctional Center |
| 4-6-16 12:32pm | Medical Records Note Medical furlough is scheduled 4-12-16 at 12:30pm. at Taylorville Memorial Hospital for CT IVP Auth # 089148098 —Waterman Staff Assistant | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

Transferring Facility: _Taylorville Correctional_ Center

Offender Information:
Last Name: Dean   First Name: William   MI:   ID#: N21805

Date: 4, 7, 16   Time: 1430   ☐ a.m. ☐ p.m.

Transfer Screening (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: ace inhibitors, antihistamines   Food Handler Approved: yes
Current / Acute Conditions / Problems: hx of hematuria
Chronic Conditions / Problems: HTN NIDDM, sleep apnea, ICD cardiomyopathy, back pai

Current Medications (name, dosage, frequency, and duration):
Acute Short-term:
Chronic Long-term: } See MARs
Chronic Psychotropic:

Current Treatments: as above.

Therapeutic Diets: low salt, low-medium protein

Follow-Up Care: as needed

Chronic Clinics: DM, HTN, Dr. Finwohner for renal

Specialty Referrals: Dr. Severino - Urology

Significant Medical History: hernia surgery @ age 3, 07/15 ICD placed, has CPAP

Physical Disabilities / Limitations: 0

Assistive Devices / Prosthetics: wheelchair   ☑ Glasses   ☐ Dentures
Mental Health Issues:   ☐ Hx Suicide Attempt Date:   ☐ Hx Psych Med   ☐ Hx MPC / STC   Substance Abuse: ☑ Alcohol   ☑ Drugs
R & C Use Only:   ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ☐ Other,   ☐ Packet Complete

M. Eggimann RN
Print Name and Title   Signature   Date: 4, 7, 16

Reception Screening (completed by receiving facility health care staff):
Facility:   Date: / /   Time:   ☐ a.m. ☐ p.m.
Subjective:
Current Complaint:   Assessment:

Current Medications/Treatment:

Objective:
Physical Appearance/Behavior:   Plan: Disposition:
   ☐ Health Information Given   ☐ Emergency Referral:
   ☐ Sick Call: Urgent / Routine
Deformities: Acute/Chronic:   ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
   ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify):
T:   P:   R:   B/P: /   ☐ Infirmary Placement:
   ☐ HIV Test & Counseling Offered (only transfers from R&C)
   ☐ Other (specify):

Printed Name and Title   Signature   Date / /

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature   Date   Time   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0090 (Rev. 1/2008)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Taylorville Correctional _____ Center

**Offender Information:**

| Dean | William | | ID#: N21885 |
|------|---------|-|-------------|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective. Assessment | Plans |
|-----------|-----------------------------------|-------|
| 4-12-16 | RN NOTE: | 1. Await return RGmp |
| 1200 | S. Ø | |
| | O. C/o will have ~~(illegible)~~ here | |
| | to pickup I/m packet I/m | |
| | to TMH for CT. | |
| | A. Med writ | |
| 4-12-16 | RN NOTE. | P. Cont current plan of |
| 1407 | S. I'm back | Care RGm~ |
| | O. 975 79 20 B/P 253 | REMeasure |
| | I I'm returning from med | |
| | writ. Scheduled for | |
| | fl. & M.D. | |
| | A. med writ. | |
| 4-14-16 | RN NOTE  58 | P. Await return |
| 1443 | O. C/o Stirret here for | — D Smith RN |
| | packet Im to go to TMH. CT  IVP | |
| | A. Med furlough | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional_____ Center

Offender Information:

Last Name: Dean   First Name: William   MI: ____   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-14-16 1645 | RN Note<br>S. Im back<br>O. 143/82 67-16 98.7 return from TMH cystoscopy Procedure not performed CT showed rt kidney mass with vena cava thrombis.<br>A. Med furlough | P. Dr Nawson called. Instructed to contact Dr Severino to see if and where IM may need to go to be adm. |
| 4-14-16 15:15 | RN Note<br>S. Ø<br>O. Springfield Clinic 1 808 444-7541 answering service refused to give written # to contact doctor but will page him<br>A. Information | P. Await return of call P. Smith RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional         Center

**Offender Information:**

Last Name: Dean  First Name: William  MI: ___  ID#: NZ1885

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 4-14-16 1730 | RN Note S Ø O. Reid call from Dr Severino. Sts. Situation non-emergent. Not usual for pt to throw embolic. IM may need rt nephrostomy, needs MRI to determine extent of problem but has pacemaker so unable to do this. Plans are being set in to motion for procedure. May need vascular surg to assist c procedure depends on size of thrombus and where (how) it is situated. A. Information | Called Pt Dr M c information from call to Dr Severino. No orders @ this time. — D Smith RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Taylorville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| Dear | William | ID#: N21885 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1735 4-17-16 | Inmate Informed of Fasting Labs in AM, not to eat or drink after evening meal. | Q Sulcer w |
| | LAB LINE Date 4/18/16 Time 0500 Blood draw for BMP | To:UIC – Main Lab 601988721792354Z From:Taylorville Correctional Center |
| | Drawn From RPe Signature Pondham RN | |
| 4-18-16 10 am | MD SICK CALL F/U wnt | |
| | Wt 251 BP 135/86 P 49 R 16 T 97.8 | P- WM bs mis |
| | S– hematuria – fast | und Swers |
| | CO showed 3 red cells | |
| | urine g – Pr cw | Nox |
| | hx logist Dr Severino | |
| | O- as above | ABDUL NAWOOR, MD |
| | A. Rend cell Carcinoma | [signature] REINERSON |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Taylorville Correctional _____ Center

Offender Information:

Last Name: Dean William    First Name: Dean    MI: ___    ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/20/16 | m.d. note | |
| 9:15 am | S – h27 ~~bronchenemia~~ | P – chest x-ray |
| | last cr shows ver d mass | friday 4/22/16 |
| | O – Read mass | |
| | P – as above | Nawo |
| | | |
| | | ABDUR NAWOOR, MD |
| | | R. Emerson RN |
| 4/25/16 | m.d. note | |
| 9:15 a | S – levophine | P – Surgery approved |
| | O – as above | on collegial |
| | A – CT S) abd r uval | |
| | mass rt kidny | |
| | | R. Emerson RN |
| | | |
| | | ABDUR NAWOOR, MD |
| | | |

Distribution: Offender's Medical Record

_Printed on Recycled Paper_

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

IDOC Taylorville Med Recs 001363

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_Taylorville Correctional_ _____ Center

Offender Information:

Last Name: Dean  First Name: William  MI: ____  ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-22-16 0940a | Radiology Note. o/ CXR _ord_ | P) X-ray done |
|  |  | NTIRI |
| Dr | MD Note | |
| 5/4/16 2pm | S- _h.g_ _vend_ _cell_ | P- Cardiology |
|  | Ca ~ _paronichia_ -CXR | Consult |
|  | O- _as above_ | _approved_ _by per_ |
|  | A _as above_ | _to Megin_ |
|  |  | ABDUR NAWOOR, MD |
| . |  | _R.E. person_ |
| 5/4/16 1415 | Medical Records Note: | |
|  | Medical furlough is scheduled 5-6-16 at 1:30 pm at | |
|  | Prairie Heart Institute for Cardiology eval. Auth# | |
|  |  | Chad Christer RHIT Medical Records Director RHIT |