ILLINOIS DEPARTMENT OF OFFENDER
**Offender Health Status Transfer Summary**

**Transferring Facility:** _Danville Correctional Center_

**Offender Information:**
Last Name: _Deans_  First Name: _William_  MI: ___  ID#: _N21885_

Date: _6,5,16_   Time: _1201_   ☐ a.m. ☑ p.m.

**Transfer Screening** (completed by transferring facility health care staff):  ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: _ace inhibitor, imitrex_   Food Handler Approved: _yes_

Current / Acute Conditions / Problems: _hematuria_

Chronic Conditions / Problems: _HTN  DM  CHF  Cardiomyopathy, sleep apnea, obesity ↑ chol_

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: _Cozaar 25 mg Alt  Glucophage 1000 mg BID  Aldactone 25 mg/Day  Vitamin D 2000 u/day_

Chronic Long-term: _ASA 81 mg/Day  Cozaar 37.5 mg/12  fiber lax + BID  Lasix 40mg/Day  glucotrol XXL 2L_

Chronic Psychotropic: _∅_

Current Treatments: _As above_

Therapeutic Diets: _reg + ↓ Salt ↓ Protein_

Follow-Up Care: _routine_

Chronic Clinics: _HTN  DM  renal_

Specialty Referrals: _Dr Pathak   7-15 ICN placed CPAP hernia surg ap 3_

Significant Medical History: _CF4/7/16 Rt kidney Cr ill define mass unreported of kidney ? Carcinoma. Non enhancing there is ____ nodal infirm rena edda (choli/litis?) 4-12-16_

Physical Disabilities / Limitations: ___

Assistive Devices / Prosthetics: _W/C_     ☑ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt  Date: _/  /_   ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: ___   ☐ Packet Complete

Print Name and Title: _Pat Smith RN_   Signature: _Pat Smith RN_   Date: _6,5,16_

---

**Reception Screening** (completed by receiving facility health care staff):

Facility: _TCC_   Date: _5,6,16_  Time: _1640_  ☐ a.m. ☑ p.m.

**Subjective:**
Current Complaint: _renal issues  Blood in urine_   Assessment: _wt 250 #_

Current Medications/Treatment: _See MAR_   _blood in urine - Sulzi_

_WNL_

**Objective:**
Physical Appearance/Behavior: _WNL - color  Skin warm/dry_

Deformities: Acute/Chronic: _∅ uses w/c_

T: _98_  P: _67_  R: _18_  B/P: _94_

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: ___
☑ Sick Call:  Urgent (Routine)
☐ Medication Evaluation   ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): ___
☐ Infirmary Placement:
☐ Other (specify): ___

Printed Name and Title: _D Smith RN_   Signature: _D Smith, RN_   Date: _5,6,16_

---

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

☐ a.m. ☐ p.m.

Offenders Signature _____  Date _____  Time _____

Distribution:  Offender's Medical Record; Transferring Facility;
Receiving Facility

DOC 0090 (Rev.11/2012)

IDOC Taylorville Med Recs 001365

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ __Taylorville Correctional_____ Center

Offender Information:

| Dean | William | ID#: N21585 |
|---|---|---|
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5 \| u\|16 | MD note | |
| 1500 | S - hematuric | P - callyed approved |
| | ∂ - cr clear | cardiology consult |
| | A. Renal c eMCa . | |
| | | ~~~ cor |
| | | ABDUR NAWOOR, MD |
| | | R. Emerson RV |
| 5-6-16 1205p | RN NOTE | P. Await Referral |
| | S: ∅ | Mansfield |
| | O: ClosSmith here + | |
| | pickeup up packet for | |
| | Furlough to Diane hdct. | |
| | A: Med Furlough | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

IDOC Taylorville Med Recs 001366

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____Taylorville Correctional_____ Center

Offender Information:

_Dean_ _Williams_ ___ ID#: _N21885_
Last Name          First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 5/6/16 /1640 | RN Note: | P: cont current POC |
| | S: Ø | |
| | O: returned from | |
| | med furlough c̄ | |
| | c/o Wilhour, EKG | |
| | & Echo completed @ | |
| | Prairie Heart, Elm | |
| | released to HU#6 | |
| | A: med unit return | R Smith RN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional        Center

Offender Information:

Dean _____ William _____ MI __ ID#: P21885
Last Name              First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-9-16 10A | MD SICK CALL | |
| wt 252 | Flu med wcit | |
| | 98.1  65  18  124/74 | |
| | S - Pt has been bleeg | P - UBC |
| | At work - feels weak | clen 6 / body dont |
| | Saw cardiology today | will was CT of chest |
| | e cho & cc done - result | with comsr. before |
| | pending - | surgery - will discuss |
| | O - Alert - NSR | with Dr Swann |
| | lungs clear - congestive | ABDUR NAWOOR, MD |
| | slightly pale - no edema | |
| | A - "Read all ca mrsd | Nawr |
| | NSR, face - wbc | 5-9-16 1130A |
| | Dim. | |
| | ↓ Brain - g to start | |

LAB LINE
Date 5-9-16 Time 1130A
Blood draw for _____
Bmp, CBC
Drawn From _____
Signature _____

A251.2729

To:UIC - Main Lab
601988721792219Z

Distribution: Offender's Medical Record

(Eff. 9/2002 zs DC 7147)

Printed on Recycled Paper

From:Taylorville Correctional Center
IDOC Taylorville Med Recs 001368

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Taylorville Correctional** _____ Center

| Offender Information: | | | |
|---|---|---|---|
| Dean | william | | ID#:N 218 85 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/18/16 12:30ᵖ | MD note | |
| | S - '' renal mass on | P - Iron studies |
| | they keep y | today  PSmith AN |
| | Hgb - d, but stable | |
| | -wc N 76 | ABDUR NAWOOR, MD |
| | O - as above | |
| | A - Renal mass | |
| | D/m. | no/ |
| | B LINE Date 5-10-16 Time 1250 | A251.6021 |
| | Blood draw for Iron Profile Ferritin | To:UIC – Main Lab |
| | Drawn From RAC | 6019887217922002 |
| | Signature PSmith AN | |
| | | From:Taylorville Correctional Center |
| 5/25/16 11:30a | MD note | |
| | S - Discussed surgery | Dr Severino will |
| | with Spin clinic - Dr | be talking to Dr Coakley |
| | Severino again | 1 let us know when |
| | O as above | surgery will be |
| | A as above | scheduled |
| | ABDUR NAWOOR, MD | no/ P Ernestyin RN 5-26-16 1030 |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

IDOC Taylorville Med Recs 001369

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Taylorville Correctional** Center

Offender Information:

Last Name: Dean   First Name: William   MI: ___   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-26-16 | RN NOTE: | P. Telemed Done |
| | S. Ø | Will refer to Dr Nawoor to |
| | O: I'm Dean had telemed | assess low blood iron per |
| | today c̄ Dr Einwohner | Reccomendation Of Dr Einwohner |
| | A: Telemed | RE: morgan RN |
| | m.p. | |
| 5/27/16 | S - _____ | P - _____ |
| | _____ | _____ |
| | O - NSR, lungs clear | be _____ positive. |
| | no S & m iron 11 | _____ 325 T 2o |
| | A - _____ | for 3 months |
| | _____ | _____ |
| | | _____ |
| | | _____ |
| | | _____ |
| | | _____ |
| | | _____ |

ABDUR NAWOOR, MD

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Taylorville Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| Dean | William | | ID#: N21885 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-25-16 1230 | RN NOTE. S: I'm not going to do these its silly I know where I'm losing blood. O: I/m signed refusal for Guiac X3 for occult blood. A: Refusal Signed. | P: I/m signed Refusal May change mind and return if interested. Remarkan RN |
| | LAB LINE Date 5-31-16 Time 0900 Blood draw for BMP Drawn From Rt. Arc Signature | |
| | LAB LINE Date _____ Time _____ Blood draw for _____ Drawn From _____ Signature _____ | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF OFFENDER
**Offender Health Status Transfer Summary**

**Transferring Facility:** Taylorville Correctional Center

**Offender Information:**
Last Name: Dean
First Name: William
MI:
ID#: N21885

**Date:** 6/06/16   **Time:** 09:30   ☑ a.m. ☐ p.m.

Transfer Screening (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** Ace Inhibitors - Antihistamines   Food Handler Approved: Yes

**Current / Acute Conditions / Problems:** hematuria

**Chronic Conditions / Problems:** HTN - DM - CHF - Cardiomyopathy

**Current Medications (name, dosage, frequency, and duration):**

Acute Short-term: 

Chronic Long-term: ASA 81mg - Coreg 3.125 Bid - Fibuan - Lasix 40mg - Glizing 5mg Bid - Coumar 15mg

Chronic Psychotropic: Iron 325mg - Vit D3 2000IU - Metformin 1000mg Bid - Aldactone 25mg 1/2 tab

**Current Treatments:** as above

**Therapeutic Diets:** ↓ salt + protein

**Follow-Up Care:** routine

**Chronic Clinics:** HTN - DM - Renal

**Specialty Referrals:** CT of abd /pelv/chest E IV + ral Contrast

**Significant Medical History:** Sleep Apnea - Obesity - hernia sysu

**Physical Disabilities / Limitations:** 

**Assistive Devices / Prosthetics:** w/c   ☑ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med ☐ Hx MPC / STC   Substance Abuse: ☑ Alcohol ☑ Drugs

R & C Use Only: ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ___   ☐ Packet Complete

Print Name and Title: A. Brusocka   Signature: H Balder   Date: 6/06/16

**Reception Screening (completed by receiving facility health care staff):**

Facility: ___   Date: ___/___/___   Time: ___   ☐ a.m. ☐ p.m.

Subjective:
Current Complaint: ___
Current Medications/Treatment: ___

Assessment: Dr. Severino's office to contact Dr. Ryan's office + Dr. Hazelrigg's office.

Objective:
Physical Appearance/Behavior: ___
Deformities: Acute/Chronic: ___
T: ___ P: ___ R: ___ B/P: ___/___

Plan: Disposition:
☐ Health Information Given   ☐ Emergency Referral: ___
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): ___
☐ Infirmary Placement:
☐ Other (specify) ___

Printed Name and Title: ___   Signature: ___   Date: ___/___/___

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offenders Signature: ___   Date: ___   Time: ___   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0090 (Rev.11/2012)

ILLINOIS DEPARTMENT OF OFFENDER

**Offender Health Status Transfer Summary**

Transferring **Facility:**

Taylorville Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| *Dean* | *William* | | ID#: *N21885* |
| Last Name | First Name | M | |

Date: *6, 06, 16*   Time: *0930*   ☑ a.m. ☐ p.m.

Transfer Screening (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: *Ace Inhibidar - Antihistamine*   Food Handler Approved: *Yes*

Current / Acute Conditions / Problems: *hematuria*

Chronic Conditions / Problems: *HTN - MM - CHF - Cardiomyopath*

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term:

Chronic Long-term: *ASA 81 mg - Coreg 3.125 Bid - Fibuson - Lasix 40mg - Glipizide 5mg Bid - Cozaar 25mg - Iron 325mg - Vit D-3 2000 IU - Metformin 1000 mg bid - Aldactone 25mg ½ tab*

Chronic Psychotropics

Current Treatments: *Accuchecks*

Therapeutic Diets: *↓ salt + protein*

Follow-Up Care: *routine*

Chronic Clinics: *HTN - DM - Renal*

Specialty Referrals: *CT of abd/pelv/chest c IV + oral Contrast*

Significant Medical History: *Sleep apnea - Obesity - hernia repair*

Physical Disabilities / Limitations:

Assistive Devices / Prosthetics: *W/C*   ☑ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt: Date: _____   ☐ Hx Psych Med ☐ Hx MPC / STC   Substance Abuse: ☑ Alcohol ☑ Drugs

R & C Use Only: ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: _____   ☐ Packet Complete

| *A. Brudocka* | *H. Balducha* | *6, 06, 16* |
|---|---|---|
| Print Name and Title | Signature | Date |

Reception Screening (completed by receiving facility health care staff):

Facility: _____   Date: _____   Time: _____   ☐ a.m. ☐ p.m.

Objective:   Assessment:

Current Complaint: _____

Current Medications/Treatment: _____

Objective:   Plan: Disposition:

Physical Appearance/Behavior: _____   ☐ Health Information Given   ☐ Emergency Referral: _____

☐ Sick Call: Urgent / Routine

☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics

Deformities: Acute/Chronic: _____   ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify) _____

☐ Infirmary Placement: _____

T: ____ P: ____ R: ____ B/P: ____   ☐ Other (specify): _____

| | | |
|---|---|---|
| Printed Name and Title | Signature | Date |

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

| | | ☐ a.m. ☐ p.m. |
|---|---|---|
| Offenders Signature | Date | Time |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional          Center

Offender Information:

Last Name: Dean    First Name: William    MI: ___    ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/2/16 10 am | m.d.<br><br>S - hx of renal call<br>Ca - pt to have<br>surgery by Dr Severino -<br>he wants CT of abd/pelvis<br>+ chest with oral + iv<br>contrast. | P - will order CT of abd<br>pelvis & chest with<br>oral & iv contrast<br>- BUN was fasting<br>the day before CT & 2 days<br>confirm |
| 6-3-16 1100 | RN Note<br>Device check completed<br>O - no change<br>A - no chg | M. Eggmann |
| 6/2/16 1015 | Medical Records Note:<br>medical furlough is scheduled on 6-8-16 at Taylorville memorial<br>Hospital for CT scan chest/abdomen/pelvis. Auth # 372613396.<br>Chad Christ... RHIT<br>medical Records Director<br>...PMIT |
| 6/6/16 1015 | Medical Records Note:<br>medical furlough is scheduled on 6-9-16 at 1315 at Taylorville<br>Memorial c̄ Dr Severino to discuss surgery options Auth # 817464112<br>Chad Christ... RN<br>Medical Record Dir:<br>...PRINT |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002<br>(Replaces DC 7147)

IDOC Taylorville Med Recs 001374

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Taylorville Correctional__ Center

Offender Information:

Last Name: Dean   First Name: William   MI: ____   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LAB LINE<br>Date 6-7-16 Time 0900<br>Blood draw for V+t D25-0H<br>BmP LFT<br>Drawn From RR<br>Signature Hemerson M | From: Taylorville Correctional Center   To: UIC – Main Lab   6079887217920022 |
| 6-8-16<br>0900 | RN Note<br>S: ∅<br>O: C/O Duckett picked up<br>packet for med unit.<br>A: med unit | P: await return<br><br><br><br>M. Eggmanth |
| 6-8-16<br>1200 | RN Note<br>S: ∅<br>O: Wt 257lbs BP 134/76 P62 R 16<br>T97.4 return from med unit ē<br>C/O Duckett.<br>A: med unit | P: Hold metformin<br>until 6-10-16 @ 1130.<br>Flu ē mO<br><br>T.O. Dr. Kotteman/M. Eggmanth |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Taylorville Correctional** _____ Center

Offender Information:

Last Name: Dean

First Name: William

MI: ___

ID#: A91885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-9-16 1120 | Provided E: | P: Await return Clmerson Rt |
| | S: Ø | |
| | O: C/o Crowe here to pick up I/m packet | |
| | F/m to TmH for follow up visit. | |
| | A: as above | |
| | RN NOTE | |
| 6-9-16 1415 | S: Ø | P: Cont. current Poc |
| WT. 254# | O: Rec'd from MD office visit to review CT scan. MD will | |
| 140/78-51 | | |
| 98' R16 | Confer ē urology et call Tcc for F/u appt. | |
| | A: as above | Barbara R |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC D084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

Offender Information:

Dean                    William            ___  ID#: D21885
Last Name                First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 6/13/16 908A WT 255 | MD SICK CALL | |
| | Flu med visit | |
| | 98.0  57  16  13/74 | P. for echo ref |
| | S: no specific complaints | next ↑ to L3? |
| | today - | for 32? |
| | O - NAD, lungs clear | D's discuss will f/u |
| | no edema | will look up labs |
| | A. Read c N Ca | blood count to 2. |
| | Coste ___ | |
| | | ABDUR RANOOR MD |
| 6-14-16 0845 | RN Note S: The cardiologist told me he was | P: Notified Dr. Nawoor of |
| | going to stop my aspirin. | consult + d/c order. ⓪ new |
| | O: I/M stated above during med pickup | orders |
| | this AM. This writer found in the | |
| | consult note from 5/6/16 that | |
| | Dr. Pathak wrote to d/c aspirin. | |
| | A: informational | M. Eggmann R |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Health Status Transfer Summary**          DOB 08-29-61

| Transferring Facility: | Offender Information: | | |
|---|---|---|---|
| Taylorville Correctional          Center | Dean    Last Name | William    First Name   MI | ID#: N21885 |

Date: 6, 16, 16          Time: _____     ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff)   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: Ace Inhibitor Cntrst dye   Food Handler Approved: No

Current / Acute Conditions / Problems: Hematuria

Chronic Conditions / Problems: HTN DM CHF Cardiomyopathy Obesity

Current Medications (name, dosage, frequency, and duration):

Acute Short-term: _____

Chronic Long-term: ASA 81mg Coreg 3.125 BID Fibercon 4pts x 4Gm Glipizide 5mg BID Cozaar 25mg

Chronic Psychotropic: Fe 325mg Vit D3 2000iu Metformin 1000mg B.D Aldactone 12.5mg

Current Treatments: as above

Therapeutic Diets: ↓ Na + protein

Follow-Up Care: Routine

Chronic Clinics: HTN DM Renal General

Specialty Referrals: Urology

Significant Medical History: Sleep Apnea Obesity hernia repair

Physical Disabilities / Limitations: Cardiomyopathy CHF

Assistive Devices / Prosthetics: W/C          ☑ Glasses   ☐ Dentures

Mental Health Issues: ☐ Hx suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☑ Alcohol ☑ Drugs

R & C Use Only: ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ☐ Other: _____          ☐ Packet Complete

Rebecca Passoni RN          [signature] Rebecca Passoni          06/16/16
Print Name and Title                    Signature                    Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: SIU school of medicine          Date: 6 20 16   Time: 1:30   ☐ a.m. ☑ p.m.

Subjective:
Current Complaint: renal cell cancer

Assessment: renal cell ca with IVC involvement

Current Medications/Treatment: _____

Objective:
Physical Appearance/Behavior: appropriate

Deformities: Acute/Chronic: _____

T: ___  P: ___  R: ___  B/P: ___ / ___

Plan: Disposition:
☐ Health Information Given    ☐ Emergency Referral: _____
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation    ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals  ☐ Other (specify): _____
☐ Infirmary Placement:
☐ HIV Test & Counseling Offered (only transfers from R&C)
☑ Other (specify): coordinated surgery to remove cancer

Stephanie Borsdorfer RN          [signature]          6, 20, 2016
Printed Name and Title                    Signature                    Date

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_____          _____          _____          ☐ a.m. ☐ p.m.
Offender's Signature          Date          Time

Distribution: Offender's Medical Record; Transferring Facility;          DOC 0090 (Rev. 1/2006)
Receiving Facility

IDOC Taylorville Med Recs 001378

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

| Offender Information: | | |
|---|---|---|
| Last Name: Dean | First Name: Williams | ID#: N2 1885 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/16/14 2:0 | Mng note<br>S — more day<br>O - NAD<br>lung clear<br>no edema<br>A. Cardiogenic<br>DM<br>renal ca (rr) | P - away surgery<br>approved by cardio ct<br>ABDUR NAWOOR, MD  P Smith PA<br>6-16-14<br>Wa |
| 6.20.16 | pnrnote.<br>S: Ø<br>O: Yo Duckett here to<br>pick up F/m packet<br>F/m to see cardiothoracic<br>surgeon.<br>A: med writ.  ABDUR NAWOOR, MD | P. Awgit return P E meso<br>Down Renal mass<br>away surgery |
| 11/14 2:0 1: | S- ft Rus renal mas.<br>work See Dr Hardwig<br>Oc as above | pn m |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Taylorville Correctional** _____ Center

Offender Information:

Last Name: Dean  First Name: William  MI: ___  ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-20-16 1520 | RN Note: | P: cont p.o.c. |
| | S: "I'm ok." | |
| | O: med furlough return | |
| | 256# - 99.1 - 111/63 - 60 - 18. | |
| | Return c̄ C/O Barttatti. | |
| | A: med furlough return. | C Craig RN |
| 6/23/16 | MD SICK CALL | |
| 2-10P LiT 252 | med furlough Return 97.9  120  18  114/69 | |
| 6/23/16 2:35 | MD note S - saw Dr Harding for ... O: ... A: allergic r[...] Rand cell C/o. | P - ... Amox 500g s[...] x 7 days CBC ... 6-23 |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Taylorville Correctional _____ Center

Offender Information:

Last Name: Dean   First Name: William   MI: _____   ID#: B21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/23/16 8:20pm | Lab Line CBC RAC CMansfield RN | To:UIC — Main Lab 601988721791886Z From:Taylorville Correctional Center |
| | S— h/o Grave disease | P— frequency & breath |
| | O— wse, lungs clear | body orange, ABDUR NAWOOR, MD |
| | w/o edema | |
| | other systems w/o err | Nm |
| | A. Graves disease | ABDUR NAWOOR, MD |
| | | ABDUR NAWOOR, MD |
| 7/6/16 15:10 | medical Records Note: medical Furlough is scheduled on 7-12-16 at Prairie Heart Institute for Cardiology eval for surgery clearance. Auth# 528395193. Chad Chester RHIT medical Records Director Chad K Chester RHIT | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

IDOC Taylorville Med Recs 001381

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional _____ Center

Offender Information:

Dean _____ William _____ MI ___ ID#: N21805
Last Name                First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-11-16 0830A | Radiology Note: O) CXR ordered | P) X ray done |
| | | JS NWI |
| | | To:UIC – Main Lab 601988721791793Z |
| | Signature ___ Drawn From ___ Blood draw for ___ Date ___ Time ___ | A 251.3047 |
| | LAB LINE | To:UIC – Main Lab 601988721791792Z |
| | **LAB LINE** Date 7-11-16 Time 9A Blood draw for UA + Culture MRSA-Nose CMP CBC PT/PTT PCR Hgb A1C Drawn From RAe Signature D Smith RN | Frozen From Taylorville Correctional Center |
| 7-11-16 1600 | EKG performed + informed O) no thinning products — ceraign | |
| 7-12-16 1200 | RN Note S: O: O) C/o Duckett picked up packet for med writ. A: med writ | P: await return M. Eggiman RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

IDOC Taylorville Med Recs 001382

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

**Transferring Facility:**

Taylorville Correctional _____ Center

**Offender Information:**

Last Name: DEAN   First Name: WILLIAM   MI: _____   ID#: N21885

Date: 7, 7, 2016   Time: 1:35   ☑ a.m. ☐ p.m.

| Transfer Screening (completed by transferring facility health care staff): | ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge) |
|---|---|
| Allergies: ACE INHIBITOR ANTIHISTIMINES   Food Handler Approved: YES | |
| Current / Acute Conditions / Problems: RENAL CELL CANCER WITH IVC INVOLVEMENT | |
| Chronic Conditions / Problems: HTN, DM, CHF, CARDIOMYOPATHY, OBESITY | |

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: _____

Chronic Long-term: ASA 81MG, COREG 3.125 BID, FIBERCON, LASIX 40MG, GLYPIZIDE 5MG BID, COZAR 25MG, Fe 325MG,

Chronic Psychotropic: VIT D 2000, METFORMIN 1000MG BID, ALDACTONE 12.5MG

Current Treatments: AS ABOVE

Therapeutic Diets: ↓ Na ↓ PROTEIN

Follow Up Care: ROUTINE

Chronic Clinics: HTN, DM, RENAL, GENERAL

Specialty Referrals: UROLOGY

Significant Medical History: HERNIA REPAIR, SLEEP APNEA, + OBESITY

Medical Disabilities / Limitations: CARDIOMYOPATHY, CHF

Assistive Devices / Prosthetics: W/C    ☑ Glasses   ☐ Dentures

Mental Health Issues: ☐ Hx Suicide Attempt: Date: __/__/__   ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol  ☐ Drugs

R & C Use Only: ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: _____   ☐ Packet Complete

Print Name and Title: M HUGHES RN    Signature: M Hughes RN    Date: 7, 7, 16

**Reception Screening** (completed by receiving facility health care staff):

Receiving Facility: _____   Date: __/__/__   Time: _____   ☐ a.m. ☐ p.m.

**Subjective:**
Current Complaint: _____
Current Medications/Treatment: _____

**Assessment:** _____

**Objective:**
Physical Appearance/Behavior: _____
Deformities: Acute/Chronic: _____
T: _____ P: _____ R: _____ B/P: ___/___

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call:  Urgent / Routine
   ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
   ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____
☐ Infirmary Placement: _____
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify): _____

Printed Name and Title: _____   Signature: _____   Date: __/__/__

**Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature: _____   Date: _____   Time: _____   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility;
Receiving Facility

DOC 0090 (Rev. 1/2006)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional        Center

Offender Information:

Dean _____ william _____ ID#: N21005
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-12-16 | RN Note: | P: cont p.o.c. |
| 1610 | S: ∅ | |
| | O: med furlough return. | |
| | #248 - 111/65 - 63 - 18 - 98.2 | |
| | A: med furlough return | CCrag RN |
| 7-13-16 | RN NOTE | |
| 940am | S: ∅ | P: See Dr Eenwohner |
| | O: Telemed Clinic | Clinic notes. |
| | ī Dr Eenwohner | Mang RN |
| | wt 166. 97.0, 61, 16 Emergency R.N. | |
| | 134/75 Chaste wt 248. 98.0 | |
| | 54  16  100/64. | |
| | A: Renal Clinic | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Taylorville Correctional** _____ Center

Offender Information:

Last Name: Dean    First Name: William    MI: _____    ID#: D21805

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/13/16 10AM | RN NOTE  S: I don't have any aspirin in my box. O: Informed no ASA or Motrin until further notice. A: Pre Surgical orders | P: Hold ASA until post Surgical (illegible) |
| 7/13/16 1415 | Medical Records Note: Medical Furlough is scheduled on 7-19-16 @ 0500 at Memorial Medical Center for Kidney removal. Auth# 052444658. Chad Christler RN2T medical records Director (signature) RN2T | |

ILLINOIS DEPARTMENT OF OFFENDER
## Offender Health Status Transfer Summary

**Transferring Facility:**
Taylorville Correctional Center

**Offender Information:**
Last Name: DEAN
First Name: WILLIAM
MI:
ID#: N21885

**Date:** 7, 14, 16  **Time:** 2:15  ☑ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** ACE _____, ANTIHISTAMI _____ Handler Approved: YES

**Current / Acute Conditions / Problems:** HEMATURIA - RENAL CELL Ca WITH NO INVOLVEMENT

**Chronic Conditions / Problems:** HTN, DM, CHF, CARDIOMYOPATHY, OBESITY

**Current Medications** (name, dosage, frequency, and duration):

**Acute Short-term:** _____

**Chronic Long-term:** ASA 81mg DAILY, COREG 3.125mg BID, FIBERCON, LASIX 40mg DAILY, GLIPIZIDE 5mg BID, COZAR 2.5mg,

**Chronic Psychotropic:** Fe 325mg, VIT D3 2000, METFORMIN 1000mg BID, ALDACTONE 12.5mg DAILY

**Current Treatments:** ROUTINE

**Therapeutic Diets:** REGULAR

**Follow-Up Care:** ROUTINE AT TCC

**Chronic Clinics:** HTN, DM, RENAL, GENERAL

**Specialty Referrals:** UROLOGY

**Significant Medical History:** SLEEP APNEA, OBESITY, HERNIA REPAIR

**Physical Disabilities / Limitations:** CHF, CARDIOMYOPATHY .

**Assistive Devices / Prosthetics:** W/C    ☑ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt-Date: _____ ☐ Hx Psych Med ☐ Hx MPC/STC  Substance Abuse: ☑ Alcohol ☑ Drugs

**R & C Use Only:** ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: _____    ☐ Packet Complete

M HUGHES RN | M Hughes RN | 7, 14, 16
Print Name and Title | Signature | Date

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** _____  **Date:** __/__/__  **Time:** _____  ☐ a.m. ☐ p.m.

**Subjective:**  **Assessment:**
Current Complaint: _____

Current Medications/Treatment: _____

**Objective:**  **Plan: Disposition:**
Physical Appearance/Behavior: _____   ☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
Deformities: Acute/Chronic: _____   ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____
☐ Infirmary Placement:
T: ____ P: ____ R: ____ B/P: __/__   ☐ Other (specify): _____

Printed Name and Title | Signature | Date ___/___/___

**For Adult Transition Center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_____ | _____ | _____  ☐ a.m. ☐ p.m.
Offenders Signature | Date | Time

**Distribution:** Offender's Medical Record; Transferring Facility;
Receiving Facility

DOC 0090 (Rev.11/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

____ Taylorville Correctional ____ Center

Offender Information:

Last Name: Deen   First Name: William   MI: ____   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-11-16 0900 | RN NOTE. S: Ø O: I/m informed of Abnimal chest x-Ray. A: information Given. | P: Cont current plan of care. REmerson RN |
| 7/18/16 2150 | RN Note S: Ø O: I/M infirmary placement for NPO Status B/P 122/79 #259 T-98.2 R-18 A: NPO Status | P: continue NPO |
| 7/18/16 2310 | RN note S: Ø O: appears Sleeping A: NPD Status | P: Cont POC E: Reinforce NPD status when awake |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

IDOC Taylorville Med Recs 001387

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional        Center

Offender Information:

Dear         William                    N21885
Last Name         First Name        MI        ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-19-16 0545 | RN NOTE | P- AWAIT RETURN FROM |
|  | S - Ø | MED FURLOUGH |
|  | O - C.O. STOMBAUGH HERE TO PICK |  |
|  | UP IM PACKET FOR MED FURLOUGH. |  |
|  | A - MED WRIT | — M Hughes RN |
| 7-19-16 0635 | RN NOTE |  |
|  | S - "I NEED TO TAKE MY CPAP | P - MED FURLOUGH |
|  | MACHINE 7 ME TO HOSPITAL." |  |
|  | O - DON KATHY GALVIN & |  |
|  | MAJOR CLARK NOTIFIED OF IIM'S |  |
|  | REQUEST TO TAKE CPAP AND |  |
|  | BOTH STATED IT WAS OK FOR |  |
|  | IIM TO TAKE C-PAP MACHINE. |  |
|  | A - MED WRIT | — M Hughes RN |
|  |  |  |
|  |  |  |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

IDOC Taylorville Med Recs 001388

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional     Center

| Offender Information: | | |
|---|---|---|
| Ocean | William | ID#: N21885 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/19/16 | MD note | |
| 8:10 | S - Achilles for surgery | P - Surgery in am |
| | O - h/o Ca'd kidney | |
| | Pacemaker - CAD . DM | Nar R Emerson R |
| | Cardiogency - HSN-anemia | ABDUR NAWOOR, MD |
| | A - as above. | |
| | MD note | |
| 2/23/16 | S - Pt post - op | P - per hospital |
| 2:30p | O - as above | doctors |
| | A - as above | Nar |
| | | ABDUR NAWOOR, MD |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional _____ Center

Offender Information:

Last Name: Denim    First Name: William    MI: ___    ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/30/16 1500 | RN Note<br>On 7/19/16 offender Denn had a medial sternotomy, st radical nephrectomy, resection and reconstruction of IVC mass cardiopulmonary bypass with deep hypothermic circulatory arrest. Intubated on vent. Had 11 units pRBC, 4 units FFP, 2 platelets ou cryo. Protonix IVOD, Lunquin IV Q48°, aneef IV Q8. | Lathup Halwin RN DON |
| 7/21/16 1 pm | MD nok<br>S — Pt post-op — doing well<br>O — as above<br>A — h/o of renal ca | P — per hospital doctors |
|  | ABDUR NAWOOR MD | N a 7/21/16<br>0530<br>Hasret |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Taylorville Correctional** _____ Center

| Offender Information: | | |
|---|---|---|
| DEAN | WINTON | ID#: N 21885 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/25/16 | MD note | |
| 9 am | S - Discusses status | P. as above |
| | with hospital nurse | |
| | — Pt doing well — 2 | Start me |
| | may be discharged. | REM+ sump |
| | hds | |
| | O — as above | |
| | A — Post surgery for | |
| | renal Ca | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional _____ Center

Offender Information:

Last Name: Dean   First Name: William   MI: _____   ID#: N 21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/25/16 1510 | RN Note. Pt tolerating clear liquids, positive flatus, chest tube in place minimal drainage. W/r 156 h/h 8.3/23. Sternal incision without signs of infection, IV levaquin & lotonix. | Kathy Zilwin RN DON |
| 7/26/16 8:1 oc | no note. S ~ Post surgery - doing well according to hospital nurse. O ~ as above. A ~ as above. | Pt will be discharged soon - according to hospital nurse. ___ P. Smith AM |
| | | ABDUR NGHOOR, MD |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Taylorville Correctional** _____ **Center**

**Offender Information:**

Last Name: Deam   First Name: William.   MI: ___   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/27/16 1445 | RN Note. Offender 7/11 with Dr. Zapldas on 8/5/16. H/H dropped to 7.5/23 — transfuse limit prn. | Kathy Galvin RN DON |
| 7/27/16 8:05ᵖ | MD note S — pt apparently had a small MI & won't be discharged O — as above A — as above MD note | R' re hospital doings RE Emerson MD P — per hospital doings |
| 7/28/16 8:33 am | S — post-s/p nephrectomy O — as above A — as above & small MI | ABDUR NAKOOR MD RE Emerson PA |

LICENSED DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

Taylorville Correctional Center

Offender Information:

**Dean** William K ID#: N121885
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/28/16 9:50am | **DOCTOR INFIRMARY ADMISSION NOTE** | **PLAN:** |
| | BY: (circle one): MD NP PA DDS LICENSED MENTAL HEALTH PROFESSIONAL | **VITAL SIGN FREQUENCY:** q shift |
| | ACUTE (CHRONIC) | **DIET:** as tolerated — low cho if possible |
| | **SUBJECTIVE:** | |
| | HISTORY: Post necrotizing wnd → mild MI — coming from hospital | **ACTIVITY:** as tol |
| | | **MEDICATION ORDERS:** Tramadol 50g q6h prn × 2 wks |
| | DURATION: months | |
| | **OBJECTIVE:** | ✓ Coreg 3.125 mg BID × 6 weeks |
| | PHYSICAL EXAMINATION: | ✓ Vit D₃ 2000 iu qd × 6 wo. HS |
| | Alert, WSR, lying chair Incision looks ok + L edema lft leg | ✓ FeSO₄ 325g qd × 3 mos |
| | | **OTHER ORDERS:** ✓ Lasix 40g qd × 6wo-HS |
| | | ✓ cob prid 5g HS qd × 6 wo-HS |
| | CURRENT CONDITION Stable | ✓ Losartan 25g qd × 6wo-HS |
| | | ✓ Metformin 1000g qd × 6 weeks |
| | | ✓ Sibelax 17g qd × 6 — |
| | | ✓ A cath etc B qd × 6wo HS ✓ |
| | OTHER MEDICAL CONDITIONS: DM cardiomyopathy HTN kidney dis anemia | CBC ✓ |
| | | H A1C hormones ✓ 7/28/16 |
| | | chem ✓ |
| | **ADMITTING DIAGNOSIS/ASSESSMENT:** Post L CA | PHP ✓ |

ABDUR NABI, OOR, MD

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002) (Replaces IX-7(4))

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

_____ Taylorville Correctional _____ Center

Offender Information:

Dean            William           K   ID#: A121885
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/11/16 3p.m | ***INFIRMARY DISCHARGE SUMMARY BY:*** | INFIRMARY DISCHARGE ORDERS: |
| | (CIRCLE) MD  DENTIST   PSYCHIATRIST | Discharge to housing Save meds |
| | ADMISSION DATE:  7/28/16 | |
| | DISCHARGE DATE AND TIME: 8/11/16 | DTC 1 week |
| | | |
| | ADMITTING DIAGNOSIS: Just | |
| | nephrancy for renal cell | ABDUR NAVOOR MD |
| | Ca, DM - Cardiomyopathy | |
| | DISCHARGE DIAGNOSIS: | |
| | S came | |
| | | |
| | INFIRMARY COURSE: | FOLLOW UP PLAN: |
| | Stable | Nur Remission |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Infirmary Vital Sign
### Graphic Flow Sheet

Offender Information:

Last Name: Dean   First Name: William   MI: K   ID#: A12885

Facility: Taylorville Correctional Center

| Date | | 7/29/16 | | 7/30/16 | | 7-30-16 | | 7-31-16 | | 8/1/16 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pulse** | | 62 | 56 | 56 | 60 | 65 | | 60 | 56 | 79 | |
| **Respiration** | | 16 | 16 | 16 | 16 | 16 | | 16 | 20 | 18 | 16 |

| | Hours | 4 AM | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8 AM | | | 113/73 | | 123/75 | | 97- | | 10/68 | |
| Blood Pressure | Noon | | | | | | | | | | |
| | 4 PM | 102/61 | | | | | | | | | |
| | 8 PM | | 128/72 | | 135/76 | | | 73/55 | | 134/74 | |
| | Midnight | | | | | | | | | | |

Weight / Height: 2014

Walk / Other: C·PaP w/c | C·PaP w/c | C PaP w/c | CPaP w/c | C PaP w/c

95%

CPaP 96

| | | 7-3 | | | | | |
|---|---|---|---|---|---|---|---|
| Staff Name | | 3-11 | Smith RN | Smith RN | Smith RN | | R.F. Nelson RN |
| | | 11-7 | L. Sulai RN | L. Sulai RN | Rasoon | Rano R | L. Sulai RN |

Distribution: Offender's Medical Record

DOC 0110 (Eff. 9
(Replaces D)