**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Infirmary Vital Sign Graphic Flow Sheet**

Offender Information:
Last Name: Dean
First Name: William
MI: K
ID#: N82585
Facility: Taylorville Correctional Center

| Date | 8-2-16 | 8-3-16 | 8-4-16 | 8-5-16 | 8-6-16 |
|---|---|---|---|---|---|
| Hosp Day/Po Day | / | / | / | / | / |
| Pulse | 75 | 65 | 70 | 63 | 65 | 70 |
| Respiration | 15 | 16 | 14 | 18 | 16 | 16 |
| BP 8 AM | 84/60 | 122/71 | | 108/72 | 104/73 |
| BP Noon | | | 113/49 | | |
| BP Midnight | | 128/71 | | | |
| Weight | | | 239 | self | self |
| Other | c-pap w/c | CPAP | | c-pap | cpap w/c 98% |

Staff Name 7-3: R Emerson, D Smith, R Emerson, Baldock, R Sullivan
Staff Name 11-7: R Sullivan RN

Distribution: Offender's Medical Record
DOC 0110 (Eff. 9/2002) (Replaces DC 1705)

IDOC Taylorville Med Recs 001397

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender Infirmary Vital Sign Graphic Flow Sheet

**Offender Information:** Dean, William X   ID# N2885
**Facility:** Taylorville Correctional Center

| Date | 8-7-16 | 8-8-16 | 8-9-16 | 8-10-16 | 8-11-16 |
|---|---|---|---|---|---|
| Hosp Day/Po Day | 1 | 1 | 1 | 1 | 1 |
| Pulse | 41 | 76 | 49 | 46 | 79 |
| Respiration | 20 | 18 | 16 | 16 | 20 |
| BP (8 AM) | 111/78 | 107/68 | 106/60 | 100/58 | 127/60 |
| Weight | | | | | 231# |
| Bath | | | Dept | | Self |
| Bed positioning | | | Dept | | Self |
| Other | 67%O | | | | w/c |
| Staff Name 7-3 | R. Sulcito | R. Emerson | Baldek R | P.Smith RN | L. Sulcer RN |

# Illinois Department of Corrections
## Offender Infirmary Vital Sign Graphic Flow Sheet

**Offender Information:**
Last Name: Dean
First Name: William
ID: N1986 M

Facility: Taylorville Correctional Center

| Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hosp Day/Po Day | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Temperature:
- 105
- 104
- 103
- 102
- 101
- 100
- 99
- 98
- 97
- 96

Pulse

Respiration — Hours: 4 AM, 8 AM, Noon, 4 PM, 8 PM, Midnight

Blood Pressure

Weight
Height
Stools
Urine
Bath: C.P.T.S
Oral Hygiene
PM Care
Diet
A.M. W F P
Slept W F P
Activity
Bed Rest
Bed positioning
R.O.M. Exercises
Whirlpool
Transfers
Walk
Other

Staff Name: 7-3, 3-11, 11-7

Distribution: Offender's Medical Record
DOC 0110 (Eff. 4/2002) (Replaces DC 7105)
Printed on Recycled Paper
IDOC Taylorville Med Recs 001399

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Infirmary Progress Notes**

Taylorville Correctional Center

Offender Information: Dean William  ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/28/16 (1500) | **INFIRMARY NURSE ADMISSION NOTE:** ACUTE / **CHRONIC** (circled) | **PLAN:** |
| | **SUBJECTIVE:** Chief Complaint | MD NOTIFIED: yes |
| | Renal CA | HCUA NOTIFIED: yes |
| | S/P nephrectomy ® kidney | DIETARY NOTIFIED: no |
| | | TYPE OF DIET: yes |
| | | FORM SENT TO DIETARY: no |
| | Duration: months | MEDICATION ORDERS: Tramadol 50mg po q6h |
| | **OBJECTIVE:** | Coreg 3.125mg po BID x 6 months |
| 10/2/61 | BP 94/60 T 98.6 P 62 R 16 Wt 266 | Lasix 40mg po daily x 6 months |
| | Oxygen Saturation: 98% | Vit D 2000 units po daily x 6 months |
| | Peak Flow: N/A  N/A | Tocoral 325mg po BID x 3 months |
| | HEART: NSR | Hyzide 5mg po @ HS x 6 months |
| | LUNGS: clear | **OTHER ORDERS:** |
| | EYES: clear | Losartan 25mg PO x 6 months |
| | | Metformin 1000mg po @ HS |
| | SKIN: (circle) WARM MOIST **DRY** CLAMMY | Fiberlax tab PO BID x 6 months |
| | SKIN COLOR: pink | Accu V BID x 6 months |
| | SPEECH: (circle) **CLEAR** SLURRED | TREATMENT: T.O. to MD clarify |
| | MOBILITY: uses W/C amb. short distance | vital sign order - needs VS daily not q shift & |
| | ELIMINATION: self | to clarify accu V order |
| | MENTAL STATUS: A&O X 3 | ACTIVITY: up as tolerated |
| | | ORIENTATION TO THE INFIRMARY |
| | ASSESSMENT/NURSING DIAGNOSIS: | RULES, CALL FOR HELP, PLAN OF CARE |
| | 1+ edema LL leg, NSR, | OTHER: yes |
| | lungs clear, incision clean | placed in infirmary |
| | dry, staples intact 0500 | s/p hospitalization - surgery |
| | | per Dr. Nawoor [signature] |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Progress Notes**

**Taylorville Correctional Center**

Offender Information:

Last Name: Dean   First Name: William   MI: K   ID#: N21855

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/28/16 (1715) | RN Note: <br> S: Ø <br> O: T.O. to Dr. Nawoor to clarify VS order for chronic status + accu v order, T.O. received <br> A: order clarification | P: T.O. received per Dr. Nawoor: <br> ① VS daily not Q shift <br> ② accu v BID x 6 months <br><br> —L. Smith RN |
| 7/28/16 (1930) | Inmate informed of fasting labs in AM, not to eat or drink after evening meal. | L. Smith RN |
| | LAB LINE <br> Date 7-29-16  Time 0700 <br> Blood draw for CBC, BMP, A1C, TSH <br> Drawn From ___ <br> Signature _____ cont's next pg | |

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Infirmary Progress Notes**
**Taylorville Correctional Center**

Offender Information:
Last Name: Dean
First Name: William
MI: K
ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-28-16 2350 | RNNote<br>S: ∅<br>O: lying in bed, asleep, awakens easily when name called, VSS, afebrile, HR reg, lungs clear, abd obese, ISx4 hypo, vertical chest incision OTA, non-red ∅ drainage noted, 2 chest tubes incisions OTA, non-red, ∅ drainage noted. Chest incision staples CDI, non-red, w/c @ bedside, C-Pap on floor & not in use @ this time. ® foot has +1 edema noted, denies any needs @ this time<br>A: S/P ® nephrectomy | P: cont c̄ chronic PCC VS q shift<br>E: Notify staff c̄ any needs or concerns.<br><br>L. Sulcer RN |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Progress Notes**

**Taylorville Correctional Center**

Offender Information:
Last Name: Dean First Name: William MI: K ID#: A181885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LAB LINE<br>Date 7-29-16 Time 0500<br>Blood draw for BMP, CBC, A1c<br>Drawn From RAC<br>Signature L Sullivan RN | To: UIC – Main Lab<br>6019887217916302<br>From: Taylorville Correctional Center |
| 7/29/16 | MOWR | |
| 8-15 | S – no specific complaints<br>O – Alert, NSR –<br>lungs clear, no trace edema<br>A – post nephrectomy<br>DM, sleep apnea<br>cardiomyopathy | R Sun<br>Noted<br>[illegible] 7/29/16<br>ABDUR NAWOOR, MD |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Progress Notes**

**Taylorville Correctional Center**

Offender Information:

Last Name: Dean   First Name: William   MI: K   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/29/16 0010 | pt states "I was ok, trying to open [illegible] my cast melts." [illegible] pt alert, up in up to [illegible]. "Sleepy, [illegible] vision. CTA, ø drng noted. 2 chest tube incision CTA. Tubing noted, chest incision [illegible] CDI. IV up [illegible] @ [illegible]. L TS resp dressing noted. A: S/P [illegible] | P: cont ice E: encourage to ambulate as tol. [signature] RN |
| 7-29-16 2310 | RN Note S: ø O: asleep, awakens easily for V/S, VSS, afebrile, A+O×3. C-pap on table, w/c @ bedside. HR reg, lungs clean, BS×4 NL vertical chest incision CTA, ø drainage noted, 2 chest [illegible] | P: cont ē chronic [illegible] E: notify staff ē any needs or concerns. [signature] RN |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Progress Notes**

**Taylorville Correctional Center**

Offender Information:
Last Name: Dean    First Name: William    MI: K    ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-29-16 2310 | RN Note cont. tube incisions OTA horizontal chest incision outures CDI, redness or drainage noted. denies any needs, states "I feel pretty good." A: S/P R nephrectomy R N Watts | L Sulcer RN |
| 7-30-16 09:00 | S: I was sitting up but I got cold. Had to lay down and cover up. O: Awake VS 123/75 65-16 97.7. No c/o. Abd lesion line EOI. Cpap on table not in use at present. Feeling pretty good. A: S/P R nephrectomy | P: Cont. current plan of care. Discussed fact that his glipizide has been DCD but ordered Gly@ present Accu√ this AM 173. Will discuss with MD when he calls in. P Smith RN |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Progress Notes**

Taylorville Correctional Center

Offender Information:

Last Name: Dean  First Name: William  MI: K  ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-30-16 1740 | RN Nate S: O: Spoke c MD about pt orders rec'd A: S/P (R) nephrectomy | P: Glucotrol 5 mg OD x 6 m Motrin 600 mg q 6° PRN x 10 T.O. Dr Nawoor /P Smith |
| 7/30/16 2330 | RN note: S: O: Request noted not to be awakened for V.S. as is chronic care. Will v.s. when awake. Sleepy at present easy mouth op light snoring resp. CPAP at bedside a notice. A: S/P (R) nephrectomy | P: Cont all aspects of care as noted. P Landis |

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Infirmary Progress Notes
### Taylorville Correctional Center

**Offender Information:**
Last Name: Dean  First Name: William  MI: K  ID#: U21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-31-16 8:15A | RN Nate S. I slept pretty good and little cold but OK O. VS 89/52 60-16 97.9 No c/o. Abd incision CDI. C-Pap remains @ bedside Not in use A. s/p ® nephrectomy | P. Cont' current plan of care. E. Notify staff of any changes or needs D Smith RN |
| 7-31-16 1500 | RN Nate S. I need my sugar checked before I eat O. Accu 187 @ present A. Informative | P. Cont to observe D Smith RN |