ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Infirmary Progress Notes
Taylorville Correctional Center

Offender Information:
Last Name: Dean  First Name: William  MI: K  ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/31/16 2330 | RN note: S: "Yes I'll wear the CPAP tonight" State Im O: CPAP put on VSS 97.7 93/55 56 20 SpO2 96% alert oriented CDI & offers no c/o pain and safety reports RN today A: S/P (R) nephrectomy | P: Cont all aspect of care as ordered. E: notify RN staff of any concerns. [signature] |
| 8/1/16 0500 | RN note: S: "I've got stuff running down the back of my throat" "it's clear stuff" "just started yesterday" O: Non cough encouraged to report ↑ in cough A: S/P R nephrectomy | P: Cont all aspect of care as ordered. Report to am RN E: notify RN staff of any concerns. [signature] |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Progress Notes**

**Taylorville Correctional Center**

Offender Information:

Last Name: Dean   First Name: William   MI: ___   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/1/16 8:25 am | MD note<br>S – no specific complaints, him an<br>O – Wound or abdomen<br>& chest, NSR.<br>lungs clear, no edema<br>A – Post-op nephrectomy<br>CRI, Lumbago? any<br>DM – sleep apnea<br>HTN | P – S am<br>[stamp: ABDUR NAWOOR, MD]<br>/s/ R Emerson RN |
| 8-1-16 1156 | RN NOTE:<br>S: I'm doing excellent except for the sinus drainage<br>O: VSS lungs clear incision site clean no redness or swelling<br>Defect<br>A: S/p ® Nephrectomy | P. Continue current plan of care. Notify staff of any changes in condition. R Emerson RN. |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Progress Notes**

**Taylorville Correctional Center**

Offender Information:
Last Name: Dean
First Name: William
ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-1-16 2315 | RN note<br>S: "Hi"<br>O: awake, A+Ox3, VSS, clear & afebrile, HR reg, lungs clear, BS x4 WNL, abd soft, vertical & chest tube incisions OTA, non-red, horizontal incision staples intact, non-red, denies any needs @ this time<br>A: S/P (R) nephrectomy | P: cont c chronic PLC<br>Notify staff c any needs or concerns<br>—L Sulin RN |
| 8/2/16 8:20am | MD note<br>S - feels ok<br>O - NSR, lungs clear, no chest — surgical wound on<br>A - post nephrectomy | P: s/c Neurontin & Tylenol each × 3 weeks × 3 wks<br>Kennedy NP |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Progress Notes**

**Taylorville Correctional Center**

Offender Information:
Last Name: Dean   First Name: William   MI:   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-2-16 1125 | RN Note: S: "I'm doing great." O: VSS Alert & oriented. No c/o of c/o'd. Surgical site clean & dry. Staples clean. edges well approximated. I/m to have visit today. Orders received from M.D. Visit is OK. A: S/p nephrectomy | P: OK for I/m to go to visiting Room per Dr Nawoor. Notify staff of any condition change. R Emerson RN. |
| 8/2/16 1630 | RN note: S: "I ate too much on my visit!" O: Sw c/o Surgical pain. Staples clean, edges well approx. Back from visit. A: S/p nephrectomy | P: Cont POC as ordered. E: Notify staff of any concern. R ___ RN |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Progress Notes**

**Taylorville Correctional Center**

Offender Information:
Last Name: Dean
First Name: William
ID#: M21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/2/16 2045 | R.N. note:<br>S: "I want a Motrin with my meds - I'm sore - about a 6"<br>O: Motrin 600 mg po given for postop pain.<br>A: S/P (R) nephrectomy | P: Cont POC as noted<br><br>R.N. [sig] |
| 8/2/16 2130 | R.N. note:<br>S: "It helped"<br>O: Watching TV - offers no further complaints<br>A: S/P (R) nephrectomy | P: Cont POC as noted<br>E: Inst notify R.N. of any concerns<br><br>R.N. [sig] |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces IK 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____Taylorville Correctional_____ Center

Offender Information:

Last Name: Williams   First Name: Dean   MI:    ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/2/16 (1630) | LAB – ANNUAL PPD SCREENING | |
| | S: | P: _X_ Read PPD Skin Test in 48-72 hours. |
| | O: _N/A_ Previously positive skin test results (Date positive:            ) | _X_ Education and/or handout on signs/symptoms of active TB disease given/signed. |
| | Last CXR: _N/A_ | _X_ Problem List DOC 0088 reviewed & updated |
| | TX dates: _N/A_ | |
| | Or | |
| | _X_ PPD Skin Test Given | |
| | Tubersol 0.1cc ID, left forearm  Manufacturer: _SP_  Lot: _C4862AA_  Exp. Date: _1-6-18_ | |
| | A: Annual PPD Screening | — L Smith, RN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

_Printed on Recycled Paper_

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional Center

Offender Information:

Last Name: Dean   First Name: William   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/4/16 (1630) | LAB – PPD READING<br><br>S:<br><br>O: 0 mm reading<br><br>(Consider positive if >5mm and any of the following present)<br><br>____ Infected with HIV<br><br>____ Recent contact of patients with TB disease<br><br>____ Person with fibrotic changes on chest radiograph consistent with previous TB disease<br><br>____ Organ transplant recipients and patients with other immune-compromising conditions<br><br>____ Persons suspected of having TB disease<br><br>(Consider positive if >10mm in offenders without factors present)<br><br>A: PPD Reading | P: X Follow up in one year for annual TB testing if negative<br>N/A Persons with positive skin test results and no symptoms suggestive of TB disease should be evaluated with chest radiograph within 72 hours after skin test interpretations.<br>N/A Persons who have symptoms suggestive of TB disease should be placed in Infirmary in negative-air flow room until TB is ruled out.<br>N/A Persons with positive results to be referred to physician and treated in accordance with Chronic Clinic Guidelines<br>N/A Update Problem List with new positive skin test results or conversions.<br>X Food Handler Approved<br><br>— U. Smith, RN |

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Infirmary Progress Notes
### Taylorville Correctional Center

**Offender Information:**
Last Name: Dean   First Name: William   MI: ___   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-2-16 2230 | RN Note<br>S: "Hi" "I waited up for you"<br>O: Sitting up in bed, A&Ox3, states above, HR reg, lungs clear, BS x4 WNL, C-Pap +w/c @ bedside, ice water given per request, VSS, vertical chest incision + chest tube incisions OTA, non-red, horizontal chest incision staples intact, non-red.<br>A: S/P ®C nephrectomy | P: cont̄ acute POC<br>E: Notify staff c̄ any needs or concerns.<br><br>P Sulcer RN |
| 8/3/16 8:30 | RN note<br>S- feeling better — need cough ber<br>O- WNL, lungs clear — need cough ber — wound ox<br>A- post-op nephrectomy | P- No new orders 8/2/16<br><br>8-3-16<br>P Smith RN |

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Infirmary Progress Notes
Taylorville Correctional Center

Offender Information:
Last Name: Dean   First Name: William   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | RN Note | |
| 8-3-16 0820 | S. My wife almost died when she saw my incision yesterday. I should be getting these staples out soon. They said 2 wks. O. Suture line c̄ staples intact. Sl redness along line. | Cont current plan of care. Motrin given c̄ AM meds. Notify staff any any changes or needs. P Smith RN |
| 8/4/16 8:30 am | A. S/P ® nephrectomy MD note S- "feeling better" O- NSR, lungs clear no edema, wound dry A- post op nephrectomy | P- See ABDUR NAWOOR, MD P Smith RN |

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Infirmary Progress Notes
Taylorville Correctional Center

Offender Information:
Last Name: Dean   First Name: William   MI:    ID#: N21895

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/3/16 10:50 am | MD Note<br>S: post nephrectomy<br>n.s.a. for recheck<br>ca<br>O: on obs<br>A: renal ca | P: Collegial approved<br>follow up with urology<br>& surgery<br><br>[signature] 8/4/16<br>P. Smith RN<br>ABDUR NAWOOR MD |
| 8/4/16 1405 | RN NOTE<br>S: I feel great. I'm ready to get out of here.<br>O: VSS Wounds healing well. Pt. upward ambulating in hallway<br>no c/o offered. Pt is requesting motrin this A.M.<br>A: Post op Nephrectomy | Pt. cont current plan of care. Notify staff of any change in condition RE measure |

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender Infirmary Progress Notes
#### Taylorville Correctional Center

**Offender Information:**
Last Name: Dean  First Name: Will[...]  ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/5/16 0800 | RN Note<br>S: "Doing well"<br>O: Staples very dry, intact to abdomen. Incision healing well. ↑ ad lib. Appetite good. Anxious to get staples out and return to housing unit.<br>A: s/p @ Nephrectomy | P: Cont. POC<br><br><br><br><br><br>[signature] |
| 8/8/16 9am | S: no complaints<br>O: No [?] [?] or sutures or no [?]<br>A: post nephrectomy NSR | P: Same<br><br>✓<br>[signature] R.Mansur<br>ABDUR NAWOOR MD |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

IDOC Taylorville Med Recs 001418

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Taylorville Correctional Center

Offender Information:

Last Name: Dean  First Name: William  MI:  ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-6-16 0640 | RN Note<br>S: "Hi"<br>O: Sitting in W/c, awake, Ax03, watching TV, VSS, HR reg, lungs clear, BSx4 WNL, horizontal chest incision staples CDI, vertical + 3 chest tube incisions OTA + non-red, oedema, color pink, ⊘ c/o @ this time, ice water given, CPap @ bedside.<br>A: S/P R nephrectomy | P: cont c̄ chronic POC<br>E: Notify staff c̄ any needs or concerns.<br><br>L. Sulcaro RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Taylorville Correctional Center

**Offender Information:**
Last Name: Dean
First Name: William
MI: 
ID#: N21805

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-7-16 0635 | RN Note<br>S: "Hi"<br>O: sitting in w/c, A+Ox3 c̄ NSS, horizontal chest incision sutures CDI, vertical incision + 2 chest tube incisions OTA + non-red, edema, color pink, C-pap @ bedside, ⊘ c/o @ this time, ↑ ad lib in infirmary.<br>A: S/P (R) nephrectomy | Pt. cont c̄ Chronic POC<br>Notify staff c̄ any needs or concerns<br><br>L Sulca RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Taylorville Correctional Center

**Offender Information:**

Last Name: Dean  First Name: William  MI: ___  ID#: 121885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-8-16 0730 | RN Note: S: I'm doing ok. O: VSS Alert + oriented I/m on bedside for vitals No c/o offered. Staples remain in place. No redness or swelling to incision site. I/m using CPAP for sleep. A: S/p Nephrectomy | P. Cont. current plan of care. Notify staff of any condition changes. REpneszur[?] |
| 8/8/16 8:20 am | MD note S - no specific complaints O - NSR, lungs clear, no edema over spleen[?] A - post nephrectomy for renal Ca | P - S cont. ABDUR NAWOOR MD Renesa N[?] |