E-FILED
Friday, 25 October, 2019  09:59:52 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Taylorville Correctional Center

Offender Information:

| Dean | William | | ID#: N 25885 |
|---|---|---|---|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/9/16 8.25 am | MD not S— no complaint O — Wound dr NSR, lungs clear — no edema A — Post nephrectomy for renal ca | P— awaiting appointment with surgery & urology |
| | RN NOTE | |
| 8/9/16 0500 | S: "nauseous" O: ↑ w/c. Staples to abdomen dry ē incision well approximated. See VSS es MAR. Pm given for general discomfort. Skin warm & dry. Pleasant. Appetite good Bowels, voiding ē difficulty | P Cont. POC | L. Bedrick, R— |

ABDUR NAWI COR, MD

ILLINOIS DEPARTMENT OF OFFENDER

**Offender Health Status Transfer Summary**

Transferring Facility:

Taylorville Correctional Center

Offender Information:

Last Name: Dean  First Name: Willia...  MI:  ID#: N21885

Date: 8, 9, 16  Time: 11:10  ☑ a.m. ☐ p.m.

| Transfer Screening (completed by transferring facility health care staff): | ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge) |
|---|---|
| Allergies: IN?... ORS Antihistimines | Food Handler Approved: YES |
| Current / Acute Conditions / Problems: Renal Cell CA with IVC Involvement | |
| Chronic Conditions / Problems: HTN, DM, CHF, CARDIOMYOPATHY, OBESITY | |

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term:

Chronic Long-term: ASA, Coreg, Fibrucan, lasix, glipizide, Cozaar, Fe, Vit D3, Nitglycerin addertian

Chronic Psychotropic:

Current Treatments: Routine

Therapeutic Diets: Regular

Follow-Up Care: Routine

Chronic Clinics: HTN, DM, Renal, General

Specialty Referrals: urology

Significant Medical History: sleep apnea, obesity, hernia repair, S/P nephrectomy

Physical Disabilities / Limitations: CHF, Cardiomyopathy

Assistive Devices / Prosthetics: W/C     ☑ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt: Date: ___/___/___  ☐ Hx Psych Med ☐ Hx MPC / STC  Substance Abuse: ☑ Alcohol ☐ Drugs

R & C Use Only: ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: _____    ☐ Packet Complete

Print Name and Title: Linda Baldock, RN   Signature: Linda Baldock, RN   Date: 8, 9, 16

**Reception Screening** (completed by receiving facility health care staff):

Facility: _____  Date: ___/___/___  Time: _____  ☐ a.m. ☐ p.m.

Subjective:   Assessment:

Current Complaint: _____

Current Medications/Treatment: _____

Objective:   Plan: Disposition:

Physical Appearance/Behavior: _____
- ☐ Health Information Given   ☐ Emergency Referral: _____
- ☐ Sick Call: Urgent / Routine
  - ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
  - ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____

Deformities: Acute/Chronic: _____
- ☐ Infirmary Placement: _____

T: ___  P: ___  R: ___  B/P: ___/___
- ☐ Other (specify): _____

Printed Name and Title: _____   Signature: _____   Date: ___/___/___

**Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offenders Signature: _____   Date: _____   Time: _____  ☐ a.m. ☐ p.m.

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Progress Notes**

Taylorville Correctional Center

Offender Information:

Last Name: Dean    First Name: William    MI:    ID#: N 31 585

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/9/16 1150 | medical Records Note: medical furlough is scheduled on 8-11-16 @ 10:55 C Dr. Severino @ Taylorville memorial for surgery follow-up. Auth# 3452854? Chad Christer RHIT Medical Records Director [signature] RHIT | |
| 8-10-16 0800 | RN Watt S. "It hurts a little on this end." O. Points to it end of staple line. No difference in appearance from rest of area. Incision line pink in color. Staples intact 100/58 6 6-16 98.1. No other C/o @ present. A. S/P surgery | P. Cont POC. F/U tomorrow. E. Notify staff of any changes or needs P. Smith RN |

IDOC Taylorville Med Recs 001424

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Taylorville Correctional Center

Offender Information:

Last Name: Dean   First Name: Willie   MI: ___   ID#: N 21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/10/16 | WID noh | |
| 8:45 a | S — no complaint | R — Scar  ABDUR NAVIG... |
| | O — Alert, NSR | |
| | lungs clear, no change | Non  P Smith PA  8-10-16 |
| | other systems ok | |
| | A — Post nephrectomy | |
| | for renal cell Ca | |
| | m.o ok | P — Pt going to |
| 8/10/16 | S — no complaints | See surgery tomorrow |
| 8:05a | O — NSR, lungs clear | today I have stitches |
| | no change - incisions | remove |
| | OR — other systems ok | Dismiss from 100y once dry |
| | A — Post Nephrectomy (rt.) | megluous 100y  S12t |
| | | x-rayed ✓ |
| | | star  ↗ |
| | | CBC  today |
| | | chem 6  ABDUR NAVIOR MD  done |
| | | L Duleyhi  8-11-16 |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Taylorville Correctional Center

**Offender Information:**

Last Name: Dean  First Name: William  MI: ___  ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LAB LINE<br>Date 8-11-16  Time 0900 | |
| | Blood draw for<br>CBC, BMP | |
| | Drawn From RAC<br>Sulcento<br>Signature ___ | |
| | RN Note | |
| 8-11-16<br>0830 | S: ∅<br>O: CD Powell here for<br>med writ pkt.<br>A: med writ today<br>RN note | P: med writ for surgery<br>F/U.<br>L Sulcer,rw |
| 8-11-16<br>0655<br>late entry | S: ∅<br>O: wheels to first aid room<br>for wt + VS. VSS, lung<br>clear thru, RS x 4 hypo<br>abd obese, staples to chest<br>OTA, CDI vertical incision<br>+ 2 chest tube incisions OTA<br>+ healing well ∅ C/o, denies<br>any needs.<br>A: S/p ℞ nephrectomy | P: cont c̄ chronic POC<br>E: Notify staff c̄ any<br>needs or concerns.<br>L. Sulcer Rw |

dion: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)<br>(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Taylorville Correctional Center

Offender Information:

Dean — Last Name — William — First Name — _ MI — ID#: N 21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-11-16 | RN NOTE | |
| 1000 | S: Ø | P: await return |
| | O: Got C/O Phillips here | |
| | to wheel I/m to central | |
| | command for med to | |
| | Springfield for surgery | |
| | F/U. | |
| | A: med visit | L Salcedo RN |
| 8-11-16 | RN NOTE. | P: await orders from P.N |
| 1150 | S: I'm back & am ready | Rheumerson R.N. |
| | to go back to my housing | |
| | unit | |
| | O: Vs 98¹ 78 18 b/p 239 | |
| | I/m returning from med | |
| | visit. Staples have been | |
| | removed & im wants to | |
| | return to H.U. Stare dressing here | |
| | A: visit return | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0095 (Eff. 9/2002)
(Replaces IX: 7142)

IDOC Taylorville Med Recs 001427

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional _____ Center

Offender Information:

Last Name: Deason    First Name: William    MI: ____    ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/11/16 1500 | RN NOTE. | P. D/c to H.U. Return to HCU for any problems. |
| | S:Ø | |
| | O: I/m D/c to H.U per order of M.D. meds given. Instructions Given. | R Emerson P. |
| | I/m verbalized understanding | |
| | A: Discharge. | |
| 8/16/16 1215 | Medical Records Note: | |
| | Medical furlough is scheduled on 8/25/16 @ 1200 at Prairie Cardiovascular ≈ Dr. Gopaldas. Auth # 345285474. | |
| | | Chad Christler RHIT medical records director |
| | **LAB LINE** Date 8-18-16  Time 0500 Blood draw for Cmp, lipid Drawn From ___ LPC Signature ___ LPC | To: UIC – Main Lab 601988721ª915282 From: Taylorville Correctional Center |
| | | |

0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Taylorville Correctional__   Center

**Offender Information:**

Last Name: Dean   First Name: William   MI: _____   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-18-16 0965 | MD SICK CALL F/u Infirmary | |
| | 115/72 49-16 98.1 WT 243 | |
| | S- no complaints | P/ Same. |
| | O - wbc, preventive activity | Unruly as befor. |
| | lungs clear, no edema | approved by college |
| | A- foot ulcer ? | 8/9/16 |
| | Dim. Cardoyopy | ABDUR NAWOOR, MD    8-18-16 |
| | | Nov  P Smith |
| 8/18/16 1250 | Medical Records Note | |
| | medical furlough is scheduled on 8-25-16 @ 1415  Error correction | |
| | 8-26-16 @ 10am @ Cancer Care Specialist ē Dr. Guaglianone. Auth # | |
| | 482890243. | Chad Christopher 2023 medical records Director |
| 1320 8-25-16 | RN NOTE | |
| | S: O | P: avoid return of |
| | O. C/o Hubbartt here to | =IM |
| | pick up med packet. | |
| | A: med writ | a. Systome |

Distribution: Offender's Medical Record

Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Outpatient Progress Notes

_____ **Taylorville Correctional** _____ Center

**Offender Information:**

Last Name: _Dunn_   First Name: _William_   MI: ____   ID#: _N21886_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/25/16 (1625) | RN Notes: | P: cont current POC |
| | S: Ø | |
| | O: VS - $\frac{108}{94}$ - 65 - 18 - 98$^2$ - 247$^{\#}$ | |
| | I/m returned from | |
| | med writ to HCU = | |
| | c/o Hubbartt. I/m | |
| | returned to HU#6. | |
| | went for eval only, | |
| | A: med writ return | W Smith, RN |
| | S: Ø   RN, NPtc | P: awaited med writ |
| | O: C/O Bauer here for med writ return | |
| | writ pkt. | |
| | A: med writ for surgery F/u | L Sulcer RN |
| 8/26/16 105p | RN NOTE | |
| | S: Ø | P: F/u md/sc on |
| wt 248 | O: Writ Return 97.7 | 8/31/16 M Mansfield |
| | 49  16$^{13}$ Tal. | |
| | A: Writ Return | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

IDOC Taylorville Med Recs 001430

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| Dean | William | ID#: N02585 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/26/16 2:30 | m.O.~.~ <br><br> S— Pt went to <br> see oncologist <br> O— h/o S) rods <br> in Nephew <br> O— is abn <br> A— is abn. | P— Dr Kva Ocodya me <br> on 8/31/16 <br><br> *(stamp)* ABDUR NAWOOR, MD <br> DNawoor MD 8/31/16 |
| 8/30/16 12:20 | OPTOMETRY NOTE <br> SEE EXAM SHEET | Maxx M Craggs, OD <br><br> *(signature)* |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/200
(Replaces DC 714

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

| Offender Information: | | |
|---|---|---|
| Last Name: Dean | First Name: William | MI: | ID#: N21885 |

Transferring Facility: _____orville Correctional_____ Center

Date: 8 / 31 / 16    Time: 1320    ☐ a.m. ☑ p.m.

**Transfer Screening** (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered  (only transfers to ATC, parole, release or discharge)

Allergies: Ace inhibitors, antihistamines    Food Handler Approved: Yes

Current / Acute Conditions / Problems: Ocular ischemic syndrome OS

Chronic Conditions / Problems: HTN, DM, CHF, cardiomyopathy, obesity, sleep apnea

Current Medications (name, dosage, frequency, and duration):

Acute Short-term:

Chronic Long-term:   See MAR

Chronic Psychotropic:

Current Treatments: as above

Therapeutic Diets: regular

Follow-Up Care: as needed

____nic Clinics: HTN, DM, Renal general

Specialty Referrals: Bond eye associates, Dr. Severino, Cancer care specialists

Significant Medical History: Renal cell Ca & IVC involvement - surgery completed on 7-19-16

Physical Disabilities / Limitations: limited mobility

____ative Devices / Prosthetics: wheelchair    ☑ Glasses   ☐ Dentures

____tal Health Issues:  ☐ Hx Suicide Attempt Date: ___/___/___  ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☑ Alcohol ☑ Drugs

R & C Use Only:  ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: _____    ☐ Packet Complete

| Print Name and Title: M. Eggimann | Signed: M. Eggimann | Date: 8 / 31 / 16 |
|---|---|---|

**Reception Screening** (completed by receiving facility health care staff):

Facility: _____    Date: ___/___/___    Time: _____    ☐ a.m. ☐ p.m.

____ective:
____rrent Complaint: _____

Current Medications/Treatment: _____

Assessment: _____

Objective:
Physical Appearance/Behavior: _____

Deformities: Acute/Chronic: _____

T: _____  P: _____  R: _____  B/P: ___/___

Plan: Disposition:
☐ Health Information Given    ☐ Emergency Referral: _____
☐ Sick Call:  Urgent / Routine
   ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
   ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____
☐ Infirmary Placement: _____
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify): _____

Printed Name and Title: _____    Signature: _____    Date: ___/___/___

**For Adult Transition Center transfers only:**

I ____erstand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford ____ for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature: _____    Date: _____    Time: _____    ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility;
Receiving Facility

DOC 0090 (Rev. 1/2006)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional _____ Center

Offender Information:

Last Name: _Dean_   First Name: _William_   MI: ___   ID#: _N31885_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-31-16 93A | MD SICK CALL Flu surging & oncology Eval. | |
| | 98.4  50  18  113/71 | P- Cough hx |
| 948 | S - h & J retired hemorrhage | |
| | lept - h & J rend ca ?? | ABDUR NAWOOR, MD |
| | mts | Nor  PSmith PA  8-31-16 |
| | O - as above | |
| | A - Rend Ca, HSM - Dim | |
| | non-ischemic cardiogapthy | |
| 8/31/16 12-35 pm | M D note | |
| | S - Pt has retired | P- Collegial approved |
| | hemorrhage lestesge. | CT J abd - chest - |
| | O - as above. | " Liver bt - eye |
| | A - as above - h & J rend ca | follow up |
| | " mets . | Nar |
| | | ABDUR NAWOOR MD |
| | | M Eggman N  8-31-16  1355 |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

IDOC Taylorville Med Recs 001433

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

___Taylorville Correctional___ Center

| Offender Information: | | | |
|---|---|---|---|
| Dean | William | | ID#: N2188 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/31/16 1343 | Medical Records Note: medical furlough is scheduled on 8-31-16 @ 1400 at Bond Eye Associates in Peoria for eye exam. Auth# 802/51152 Chad Chrisler RN3T medical Records Director Chad Chrisler RN3T | |
| 8 31-16 1350 | RN Note S: Ø O: Writ packet given to C/O Covington. A: med wnt | P: await return M. Eggman RN |
| 8/31/16 (1920) | RN Note: S: Ø O: VS 150/86 – 78-18-98⁴ 348# I/m returned from med unit c C/O Williams, T.C to D. Newman. N.W.A. will F/u c MD on 9/6/16 I/m returned to HU # 6 A: med writ return | P: cont current ADC E: notify staff of any ∆ s. J. Smith RN |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/200?
(Replaces DC 7/47

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____**Taylorville Correctional**_____ Center

Offender Information:

Dean _____ William _____ ID#: N21885
Last Name              First Name              MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/1/16 | medical Records Note! | |
| | medical furlough is scheduled on 9-9-16 @ 0700 at | |
| | Decatur memorial For CT scans + bone scan. Auth # 046635501 and | Ched Chasker RHIT medical Records Director |
| | 579916176. | RHIT |
| 9-6-16 | MD SICK CALL   HTN clinic   F14 med writ | |
| 1305 | 112/66  81  16  98.9 W 249 | & for eye doctor |
| | S — left vertical hemorrhage " | |
| | O — vision OK bilaterally | |
| | Nbc, lungs clear | ABDUR NAWOOR MD  /MD. |
| | no sens c | 9-6-16 D Smith RN |
| | A — Retinal hemorrhage · left | |
| | eye " | |
| 9/7/16 | medical Records Note: | |
| 1130 | medical Furlough is scheduled on 9-13-16 at 1130 am | |
| | at Cancer Care Specialists For oncology follow-up. Auth# 901566444 | Ched Chasker RHIT medical Records Director |
| | | RHIT |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional _____ Center

Offender Information:

Last Name: Dean  First Name: William  MI: _____  ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-9-16 0430 | RN Note: | P: await return |
| | S: ∅ | |
| | O: I/m packet picked up | |
| | per Lt. Phase | |
| | A: med furlough | CCorajkl |
| 9-9-16 1320 | MD SICK CALL  med unit return | |
| | wt 249 lbs  BP 99/68  P 93  R 16  T 97.9 | |
| | S _ ↳ ↰ rend c.o | |
| | was for cⁿ ↰ back - chem - | P _ Same |
| | Chd ↰ ↰ Vis - | |
| | O - NSR, lungs clear | ABDUR NAWOOR, MD |
| | w ↰ ↰ ↰ - b ↰ ↰ b ↰ ↰ | ↰ |
| | C.m - OK, skin ok | 9/27/16 |
| | A - Rend c.o | Passon |
| | D/ M | |
| | w ↰ ↰ ↰ ↰ car dio go go ky | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

IDOC Taylorville Med Recs 001436

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Health Status Transfer Summary**

**Transferring Facility:** Taylorville Correctional Center

**Offender Information:**
Last Name: Dean
First Name: William
MI:
ID#: N21885

Date: 8 / 31 / 16   Time: 1320   ☐ a.m. ☑ p.m.

| Transfer Screening (completed by transferring facility health care staff): | ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge) |
|---|---|

Allergies: Ace inhibitors, antihistamines   Food Handler Approved: Yes

Current / Acute Conditions / Problems: Ocular ischemic syndrome OS

Chronic Conditions / Problems: HTN, DM, CHF, cardiomyopathy, obesity, sleep apnea

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term:

Chronic Long-term: See MAR

Chronic Psychotropic:                                                          9-9-16    1400

Current Treatments: as above                          X Dr. Estrella Colley ron
                                                     DMH static scan showed
Therapeutic Diets: regular                           bilateral pulmonary embolus

Follow-Up Care: as needed

Chronic Clinics: HTN, DM, Renal, general

Specialty Referrals: Bond Eye associates, Dr. Severino, Cancer care specialists

Significant Medical History: Renal cell Ca I IVC involvement - surgery completed on 7-19-16

Physical Disabilities / Limitations: limited mobility

Assistive Devices / Prosthetics: wheelchair                     ☑ Glasses   ☐ Dentures

Mental Health Issues: ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☑ Alcohol  ☐ Drugs

R & C Use Only: ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: ___   ☐ Packet Complete

Print Name and Title: M. Leguimank
Signature: M Leguimank
Date: 8 / 31 / 16

**Reception Screening** (completed by receiving facility health care staff):

Facility:                          Date: ___/___/___   Time: ___   ☐ a.m. ☐ p.m.

Subjective:                        Assessment:
Current Complaint:

Current Medications/Treatment:

Objective:                         Plan: Disposition:
Physical Appearance/Behavior: ___      ☐ Health Information Given   ☐ Emergency Referral: ___
                                       ☐ Sick Call:  Urgent / Routine
                                       ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
Deformities: Acute/Chronic: ___        ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): ___
                                       ☐ Infirmary Placement:
T: ___  P: ___  R: ___  B/P: ___/___   ☐ HIV Test & Counseling Offered (only transfers from R&C)
                                       ☐ Other (specify): ___

Printed Name and Title                 Signature                         Date ___/___/___

**Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center.  I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature          Date          Time          ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility;
Receiving Facility

DOC 0090 (Rev. 1/2006)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional Center

| Offender Information: | | |
|---|---|---|
| Dean | William | ID#: N21885 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/9/16 2.05 | S – I was called by Dr Esmail c DMH | P – Pt will be sent to |
| | Pt apparently has bilateral pulmonary emboli – clot in the JVC – lg bleed Ca non ischemic ischemic cardiomyopathy + DM | Decature Memorial GR via State talked to the nurse there – c out Pt fully aware of his problems. |
| | O – NSR, lungs clear w/o edema – other systems OK | ABDUR-NAWOOR, MD |
| | A – Pulmonary or tumor embolic lead ca, DM, non ischemic/cardiomyopathy | M. Gegmey 9-9-16 1410 |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional  Center

Offender Information:

Last Name: Dean    First Name: William    MI: ____    ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 9-9-16 | Ooi Note | |
| 1415 | S: Ø | P: await update |
| | O: Sgt Ryan escorted | |
| | IIM in wheelchair to | |
| | central for writ. | |
| | A: med writ - ER | M. Eggman R) |
| 9-9-16 | Rn note: | |
| 1800 | S Ø | P: await update. |
| | O: Sm Dean n21885 | |
| | adm to DMH Decatur | |
| | c̄ Dx Pulmonary Embolus | |
| | A: Pulmonary Embolus | RPassani P |
| 9/12/16 | MD note | |
| 11-30ᵃ | S - Pt admitted with | P - As above |
| | PIE - his vardLa | |
| | all need to know | |
| | O - As above | ABDUR NAWOOR, MD |
| | A - As above | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Taylorville Correctional _____ Center

Offender Information:

Last Name: Dean   First Name: William   MI: ___   ID#: D21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/13/16 8:15 a | MD note<br>S - Pt admitted for Pleurisy - Lt ? renal Ca + mets to liver.<br>O - as above<br>A. Renal Ca + mets to liver - Pleurisy | P - Pt has been admitted + is on Levaquin drug<br>ABDUR-NAWOOR, MD  [signature] PA |
| 9/14/16 8:10am | MD note.<br>S - Pt admitted with Pleurisy - went into respiratory failure. Renal Ca with mets to liver<br>O - as above<br>A- Respiratory failure<br>Renal Ca + mets<br>No nucleic cardiopexy<br>Pleurisy | P - (for hospital doctor)<br>ABDUR-NAWOOR, MD  [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

IDOC Taylorville Med Recs 001440

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional_____ Center

| Offender Information: | | |
|---|---|---|
| Dean | William | ID#: N21885 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/14/16 | mo an | |
| 2. n5 | S - Pr in hospital | R for hospital |
| | with PME - 3° previa | down |
| | renal Ca + mets | |
| | DM. | |
| | O - as dm | |
| | A - as above | Nov mo |
| | Pr on 3 antibiotics - lorcin | |
| | 2 warfarin. | |
| 9/15/16 | mo usu | |
| | S - Pr in hospital | R per hospital |
| | S. adde entolus - | doctors - |
| | Renal ca + mets - DM | |
| | O - as chose | Nov mo |
| | A - as chose | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| Dean | William | ID#: N21885 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/16/16 | ☺ MD note | |
| 8:15a | S - Pt in hospital | P - Per hospital doctor |
| | in PIE — w/ Trans | |
| | Cu tweds — Dm. | Jow / MD |
| | non ischemic cardiomyopathy | |
| | O — as above | |
| | A — as above | M. Eggsmiendo 9-16-16 1000 |
| 9/16/16 | RN Note | |
| 1145 | Spoke with offender Dean's | |
| | wife requested a update | |
| | on offender Dean's Condition. | |
| | Ms Dean informed of | |
| | Heparin and Coumadin tx. | Cynthy Galvin RN DON |
| | | |
| | | |
| | | |

**Offender Infirmary Progress Notes**

_____ **Taylorville Correctional** _____ **Center**

**Offender Information:**

| Dean | William | | ID#: N 21885 |
|------|---------|--|--------------|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 9-18-16 1058p | **_INFIRMARY NURSE ADMISSION NOTE:_** (ACUTE) CHRONIC | **PLAN:** _ T.O. Dr. naweer/ Craig RN |
| | **_SUBJECTIVE:_** Chief Complaint | **MD NOTIFIED:** yes |
| | | **HCUA NOTIFIED:** yes |
| | P.E. | |
| | | **DIETARY NOTIFIED:** yes |
| | | **TYPE OF DIET:** normal/diabetic **FORM SENT TO DIETARY** |
| | Duration: 10 days | **MEDICATION ORDERS** B-12 1000mcg |
| | **_OBJECTIVE:_** | Im q 30 days, Ferrous sulfate |
| | BP 116/73 98.2 P 53 R 20 WT 243 | 325 mg. PO BID, Warfarin |
| | Oxygen Saturation: 98 | 12 mg po every evening, Lasix |
| | Peak Flow: 1 N/A  2 N/A | 20 mg po daily, Coreg 3.125 mg |
| | HEART: RRR | po BID, Glipizide 5mg BID, |
| | LUNGS: CTA | ~~OTHER ORDERS:~~ Cozaar 25mg po |
| | EYES: clear, equal | daily, Glucophage 1000 mg BID, |
| | SKIN: (circle) (WARM) MOIST (DRY) CLAMMY | Fibercon 625 mg BID, Vitamin |
| | SKIN COLOR pink | D-3 2000 units daily, |
| | SPEECH: (circle) (CLEAR) SLURRED | **TREATMENT:** |
| | MOBILITY: WC pulling self | as needed |
| | ELIMINATION: self | |
| | MENTAL STATUS: A+O x3 | **ACTIVITY:** as tolerated |
| | | **ORIENTATION TO THE INFIRMARY** yes |
| | ASSESSMENT/NURSING DIAGNOSIS: | **RULES, CALL FOR HELP, PLAN OF CARE** |
| | S/p P.E. | **OTHER:** |
| | | Craig RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Vital Sign**
**Graphic Flow Sheet**

Offender Information:

Last Name: Down (William)
First Name: William
ID#: N 21885

Facility: Taylorville Correctional Center

| Date | 9-18-16 | 9-19-16 | / | / | / |
|---|---|---|---|---|---|
| Hosp Day/Po Day | 10:58 pm | / | / | / | / |

| | Temperature | Pulse | Respiration | Blood Pressure | Weight/Height | Other |
|---|---|---|---|---|---|---|
| 9-18-16 | | 53 | 20 | 116/79 | 243 | SpO2 98% |
| 9-19-16 | | 81 | 20 | | | |

Pulse: 53 | 81
Respiration: 20 | 20

Blood Pressure (4 PM): 116/79

Weight/Height: 243

Bath: C-P-T-S — self
PM Care — reg
Activity — up
Bed Rest — as tolerated
Other: SpO2 98%

Staff Name:
7-3: (signature)
3-11:
11-7: Ccraig RN

Distribution:  Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

IDOC Taylorville Med Recs 001444

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

Offender Information:

ID#: _____

Last Name _____    First Name _____    MI ____

Facility:   Taylorville Correctional Center

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | | / | | | | / | | | | | | | | | | | | | | | | | | | | | |
| Hosp Day/Po Day | | | / | | | | / | | | | | | | | | | | | | | | | | | | | | |
| Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 106 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 105 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 104 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 103 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 101 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Hours | |
|---|---|---|
| | 4 AM | |
| | 8 AM | |
| Blood | Noon | |
| Pressure | 4 PM | |
| | 8 PM | |
| | Midnight | |

| | | |
|---|---|---|
| Weight | Height | |
| Stools | Urine | |
| Bath:  C-P-T-S | | |
| Oral Hygiene | | |
| PM Care | | |
| Diet | | |
| Ate | W  F  P | |
| Slept | W  F  P | |
| | Activity | |
| Bed Rest | | |
| Bed positioning | | |
| R.O.M. Exercises | | |
| Whirlpool | | |
| Transfers | | |
| Walk | | |
| Other: | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| Staff Name | 7-3 | |
| | 3-11 | |
| | 11-7 | |

Distribution:   Offender's Medical Record

*Printed on Recycled Paper*

DOC 0110 (Eff  g
(Replaces IX

IDOC Taylorville Med Recs 001445

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

_____ **Taylorville Correctional** _____ Center

| Offender Information: |
| Dean                William               ID#: N 21885 |
| Last Name            First Name      MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/19/16 @ 5 Culm | ***DOCTOR INFIRMARY ADMISSION NOTE*** | *PLAN:* |
| | BY: (circle one): MD  NP  PA  DDS<br>LICENSED MENTAL HEALTH PROFESSIONAL | VITAL SIGN FREQUENCY: |
| | ACUTE            (CHRONIC) | q 8h |
| | **SUBJECTIVE:** | DIET: as tolerated |
| | HISTORY: H/O vend cu t web | |
| | to liver - Pulm cg | ACTIVITY: as lib |
| | embolus | |
| | | MEDICATION ORDERS: |
| | | Same. |
| | DURATION: x 3 wks | |
| | **OBJECTIVE:** | |
| | PHYSICAL EXAMINATION: | |
| | Alert, NAD, lungs clear | |
| | no edema | OTHER ORDERS: |
| | | RTC 1 week |
| | | RT I JWR Wednesday 9/21/16 |
| | CURRENT CONDITION | |
| | S table. | |
| | | 10-14/16 |
| | | /cn MD |
| | OTHER MEDICAL CONDITIONS: | |
| | non-ischemic cardiomyopathy | |
| | DM, HTN | |
| | ADMITTING DIAGNOSIS/ASSESSMENT: | |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

IDOC Taylorville Med Recs 001446

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Taylorville Correctional Center

Offender Information:

Last Name: Dean   First Name: William   MI: ___   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/19/16 835a | RN NOTE S:∅ O: Ambulating in hall pushing W/C. ACDB. Independent for all ADL's. Appetite good. Resp easy + unlabored. Denies any pain or discomfort. A: S/P Pulmonary Emboli MD note | P: Control all aspects of Care + Monitor (Mansfield RN) |
| 9/19/16 | S - no complaints O - Wse, lungs clear wo adv other systems ok. A - Resolved cell [...] — it Dvy, HTN + minilain [...] | P: D/c cly to Room Rsc 1 w/ ell same [...] — MDD on 9/19/16 Mansfield |