E-FILED
Friday, 25 October, 2019  09:59:52 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Taylorville Correctional Center

Offender Information:

Last Name: Dean   First Name: William   MI: ___   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/19/16 1115 | Medical Records Note: Medical furlough is scheduled on 9-22-16 @ 0745 at Cancer Care Specialist for F/u c̄ Dr. Guagtiansne. Auth # 9015661 Christ Christer RRET medical records Director Calbele cd st ERET | |
| 9/19/16 1220p | RN NOTE. S: "Bye" O: Released to HU# 6B-8-2 A: S/p Pulm. Emboli | P: c/u/w/k in MDSC all meds were issued (M...) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

IDOC Taylorville Med Recs 001448

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

_____ Taylorville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| _Dean_ | _William_ | ID#: _N21885_ |
| Last Name | First Name   MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/15/16 3:05ᵖ | *INFIRMARY DISCHARGE SUMMARY BY:* | INFIRMARY DISCHARGE ORDERS: |
| | (CIRCLE) MD   DENTIST   PSYCHIATRIST | Dis clg. to housing Same meds |
| | ADMISSION DATE: 5/18/16 | |
| | DISCHARGE DATE AND TIME: 9/15/16 | p Pt/awa 9/21/16 |
| | ADMITTING DIAGNOSIS: Ren ll Ca trcts — Pleubdm | |
| | DISCHARGE DIAGNOSIS: S ant | |
| | INFIRMARY COURSE: S l che | |
| | | FOLLOW UP PLAN: PMC 1 week |
| | | [signature] |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF OFFENDER

**Offender Health Status Transfer Summary**

Transferring Facility:

Offender Information:

Last Name: Dean   First Name: William   MI: ___   ID#: N21885

Taylorville Correctional Center

Date: 9, 20, 16   Time: 0230   ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff only): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: ACE Inhibitors, Antihistamine   Food Handler Approved: yes

Current / Acute Conditions / Problems: Hematuria · Renal Cell Ca with IVC Involvement

Chronic Conditions / Problems: HTN, DM, CHF, Cardiomyopathy, Obesity

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: _____

Chronic Long-term: ASA 81mg Daily, Coreg 3.125mg BID, Fiber Con Lasix 40mg QD, Glipizide 5mg BID,

Chronic Repetitive: Cozaar 25mg, Fe 335mg, Vit D3 2000, Metformin 1000mg BID

Aldactone 25mg Daily

Current Treatments: Routine

Therapeutic Diets: Regular

Follow-Up Care: Routine

Chronic Clinics: HTN, DM, Renal, General

Specialty Referrals: Urology

Significant Medical History: Sleep Apnea, Obesity, Hernia Repair

Physical Disabilities / Limitations: CHF, Cardiomyopathy

Assistive Devices / Prosthetics: W/C   ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt Date: ___ / ___ / ___   ☐ Hx Psych Med ☐ Hx MRC / STC   Substance Abuse: ☑ Alcohol ☐ Drugs

R & C Use Only:  ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: ___   ☐ Packet Complete

Lisa Sinkhorn  RN   Lisa Sinkhorn RN   9, 20, 16
Print Name and Title   Signature   Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: _____   Date: ___ / ___ / ___   Time: _____   ☐ a.m. ☐ p.m.

Subjective:   Assessment:

Current Complaint: _____

Current Medications/Treatment: _____

Objective:   Plan: Disposition:

Physical Appearance/Behavior: _____   ☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call:  Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics

Deformities: Acute/Chronic: _____   ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____
☐ Infirmary Placement:

T: ___   P: ___   R: ___   B/P: ___ / ___   ☐ Other (specify) _____

Printed Name and Title   Signature   Date

**Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offenders Signature   Date   Time   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility;   DOC 0090 (Rev. 11/2012)
Receiving Facility

IDOC Taylorville Med Recs 001450

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Taylorville Correctional__ Center

| Offender Information: |
| --- |
| Last Name: Dean   First Name: William   MI:   ID#: N21885 |

| Date/Time | LAB ~~LINE~~ Subjective, Objective, Assessment | Plans |
| --- | --- | --- |
| | Date 9-20-16 Time 9/20 | A251.5214 |
| | Blood draw for PT IINR | |
| | Drawn From VAC | To:UIC – Main Lab |
| | Signature _illegible_ (R.) | 6019887217912192 |
| | | From:Taylorville Correctional Center |
| 9-20-16 0715 | RN Note | P: await return |
| | S: ∅ | |
| | O: CO Blazich here for med writ pkt. | |
| | A: med writ for oncology F/u | L Sulcer RN |
| | MD note | |
| 9/22/16 8am | S - L+O P1 Embolism | P - No chage in cond. |
| | O - Cumadin 12mg | PT/SN 1 week 9/27/16 |
| | PT/INR 3:3 | |
| | O - no chan | |
| | A - no chan | Nov DSmith RN |
| | | 9-22-16 |
| | ABDUR-NAWOOR, MD | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Taylorville Correctional _____ Center

Offender Information:

Dean _____ William _____ ID#: N121885
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/22/16 (1135) | RN Note: | P: F/U Ē MD in |
| | S: Ø | 1 week from |
| | O: I/m returned to | med writ |
| | H call from med | |
| | writ Ē c/o Hubbert. | |
| | VS - 118/55 - 52-16-97 8 - 243 #; | |
| | A: med writ return — SSmith RN | |
| 9/26/16 | MD SICK CALL | |
| | Flu-influmany & redwrit | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

IDOC Taylorville Med Recs 001452

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Taylorville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| Dean | William | ID#: N21885 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LAB LINE | A251.5113 |
| | Date 9/26/16 time | |
| | Blood draw for PT INR | To:UIC – Main Lab |
| | CBC o diff | 601988721791134Z |
| | Drawn From RAC | |
| | Signature _H. Dedecke_ | From:Taylorville Correctional Center |
| 9-26-16 | MD SICK CALL | |
| 0910 | F/U Infirmary | |
| 247# | S - Doing OK - no | P- [illegible] [illegible] x. |
| 9/9 | specific complaints | Chg Coumadin may 12 y 90 |
| 67 | | |
| 20 | O - NSR, Lungs clear | O [illegible] starting tomorrow |
| 138/87 | no edema — o new | x I week |
| | sx tis on | |
| | A - Pt stable | |
| | Resolicted + well | |
| | O/W | |
| | non-ischemic cardiomyopathy | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional  Center

Offender Information:

Last Name: Dean  First Name: William  MI: _____  ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-26-16 0910 | RN Note Signed Refusal to see Dr. Einwohner RN Note | H Goldeck a |
| 9-27-16 8AM | S ∅ O. MD informed of ↑ INR sts and to see TMH. TM called for. Was started on Coumadin 12 mg yesterday and given #1 dose @ 11A 9-26-16. I'm here for med line. Was given Coumadin 12 mg PO. Prior to seeing writer. Coumadin given @ 8AM per Dr. orders. Routine adm PM med line. A. Informational RN Note | P MD informed order recid PT-INR now send send out to TMH results stat V.O. Dr Nawoor / P Smith RN 9-27-16 0830 lab sent c c/o to TMH. P Smith RN ABDUR-NAWOOR, MD |
| 9-27-16 1140 | Result PT-INR RN Note | INR 7.36  PT 65.5 P Smith RN |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

IDOC Taylorville Med Recs 001454

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional _____ Center

Offender Information:

Last Name: Dea—  First Name: William  MI: ___  ID#: N 21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/29/16 noon | S - Pt swells - 7.3 blbs am no evidence of bleeding or bruising - no hemolysis. no GI bleeding - no hematuria O - NSR, lungs clear no edema - 65 d cm OK A - try SJ PIE or Coumadin | P - Vit K 10 mg (note: now (no po Vit K available) PTT INR in am DC Coumadin for now DC Coumadin - on will we set the INR back in am [circled] ___ Observation __ ABDUR NAWOOR, MD |
| 9-27-16 12N | RN Note S - Is that Vitamin K O - Result back Orders recd A - Information | P - Vit K 10 mg Given IM ltd dosed as per order P Smith RN ABDUR NAWOOR, MD |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

IDOC Taylorville Med Recs 001455

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

___Taylorville Correctional___   Center

Offender Information:

Last Name: Dean   First Name: William   MI: ___   ID#: 721885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1900 9-27-16 | RN NOTE | |
| | S: Ø | P: TO per Dr Nawoor |
| | O: Called Dr Nawoor | give Tylenol 500 mg |
| | regarding order for Tylenol | po q 6 hrs PRN x 3 days |
| | Orders given. | Nawoor MD |
| | A: back pain | ☐Justner |
| 9/27/16 1600 | late entry | |
| 9/27/16 1915 | S: My back hurt can I | P: 23° OBS - cont POC |
| | Get a pain pill? | as ordered. |
| | O: 137/90 74 20 98.1 | await answer about |
| | call to Dr Nawoor concerning | pain pill from Dr Nawoor |
| | pain pill. No complaint | E: Instructed to notify |
| | of bleeding when brush teeth | staff of any concerns |
| | A: ↑ INR | Nawoor MD |
| | Nawoor MD | |
| | ABDUR NAWOOR, MD | ABDUR NAWOOR |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

___Taylorville Correctional___ Center

Offender Information:

Last Name: Dean    First Name: William    MI: ___    ID#: N21805

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-27-16 2341 | RN note: | P: 23° obs. continues et |
| | S: "Hi nurse Cat." | observe p.o.c. |
| | O: VS: 98.3 - 16 - 105/57 - 81. | E: Notify nurse of any needs |
| | Denies any complaints of | or concerns. |
| | discomfort. Ø evidence of | |
| | bruising or bleeding. | |
| | A: ↑ INR: | C Craig RN |
| | LAB LINE | |
| | Date _9/28/16_ Time _830A_ | |
| | Blood draw for _PT INR_ | |
| | Drawn From _LAC_ | To: UIC – Main Lab |
| | Signature _C Manzanite_ | 6019887217911222 |
| | | From: Taylorville Correctional Center |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_Taylorville Correctional_ Center

Offender Information:

| Last Name | First Name | MI | ID# |
|-----------|-----------|-----|-----|
| Dean | William | | N2185J |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 9/15am | MD note | P — Dr Guaglianone has schedule |
| 9/15/16 | S — feels OK — | pt for a liver bx |
| | (blood drawn for PT/INR) | on 10/3/16 at DMH |
| | no bleeding | 1) Pt arrive at transf 10/3/16 |
| | O — Alert, WDF, hydrated | at 12-15 pm |
| | no edema, no bruising | 2) NPO after midnight |
| | A — Grant Period Coagulates | 3) Hold dichetin, meds on 10/3/16 |
| | to liver — Pain now | May have other meds on |
| | non-ictenic, cardio resp | 10/3/16 with sips of H₂O |
| | | before 10 am |
| | ⊗ Pt to call if bleeds, coughs | Hold Coumadin starting 9/29/16 |
| | or bruising, call if | May resume Warfarin |
| | he has any accidents. | On 10/4/16 if no bleeding |
| | | is seen |
| | | 4) Pt will return to facility |
| | | post procedure Recovery |
| | | 1) Disc clot to be seen |
| | | 2) no corab — |
| | | ⊗ |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

__Taylorville Correctional__     Center

Offender Information:

Last Name: Dean   First Name: William   Mi: _____   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/28/16 1000 | Medical Records Note: medical Furlough is scheduled on 10/3/16 @ 1215 at Decatur memorial Hospital for liver biopsy. Auth# 149340926. _Ched Christie RHIT_ _medical Records Director_ _CMPACPST RHIT_ | |
| 9/28/16 1200p 98.5 49 16 119/70 | RN NOTE S: "I'm ready to go back. O: Issued tylenol per MD order. Ø bruising noted to arms, legs or abd. PT/INR Obtained this AM. A: ↑INR. | Pt cont c̄ plan of Care (Mansfield) _Nov MD_ |
| 9/28/16 2:50 pm | medical Records Note: medical Furlough is scheduled on 10-3-16 at 12:15 pm at Decatur memorial Hospital for liver biopsy. Auth# 149340926. _Ched Christie RHIT_ _medical Records Director_ _CMPACPST RHIT_ | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

IDOC Taylorville Med Recs 001459

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| *Dean* | *William* | ID#: N21885 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/29/16 8am | *wo wak* | *Pt, D/c Comadin* |
| | S - *had read Ca tabs* | *un til further order today* |
| | *liver* | 2) Vit K 10mg s.o or IM today 9/6 |
| | O - WSR, lung clear . | *Im whatever is available* |
| | A - *Read Ca + with* | *P motions today ✓* |
| | | *Liver bx wasapprov* |
| | | *at Collegial ✓* |
| | | *Nawoor 9/6/16* |
| | **LAB LINE** Date 9/29/11 Time 10:00 Blood draw for **PT INR** Lt. arm Drawn From Signature Kevn | A251.5150 To: UIC — Main Lab 6019887217911092 From Taylorville Correctional Center |
| 9/30/16 9am | S - *had read Ca + liver* | *P — Vit K 5mg Im* |
| | *mets — for h+t liver mets* | *tén can ✓* |
| | *Monday — PT — 2.5 (brown* | *Lovenox 110mg 5.0* |
| | *9/25/16 10 am —* | *Friday & Saturday ✓ last dose Sunday* |
| | O — *an chax* ABDUR NAWOOR, MD | PT/INR R10.5g ✓ |
| | *A — an chovi.* | *Nawr* |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_Taylorville Correctional_ Center

Offender Information:

Last Name: Dean   First Name: William   MI: ___   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/30/16 | RN NOTES | P: Do PT/INR, Today Mansfield R |
| | S: "OK" | |
| | O: Adm V+K 5mg IM x1, Tolerated well. | |
| | A: ↑ INR. | |
| | LAB LINE Date 9/30/16 Time ___ Blood draw for PT INR Drawn From ___ Signature Mansfield R | A251.5153  To: UIC – Main Lab 6019887217911062  From: Taylorville Correctional Center |
| 9/30/16 2/PM | HCUA Note S/o RMH Intervention. Radiology called, spoke c̄ Nurse Patty updating her on PT/INR and Vitamin K increase our past few days. A/ all Health mgr R/7 ↑PT/INR V+K | P/ Lovenox has to be given before 12 hours pr Tor to procedures Lisa Mincy RN BSN HCUA LM RN HCUA |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

<u>Taylorville Correctional</u> Center

Offender Information:

Last Name: Dean   First Name: William   MI: ____   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-01-16 | RN Note | |
| 10:20 A | Dr. Nawoor called for PT/INR from 9-30-16. | Results given as 21.1 + 1.8 per Lab. J Boldick |
| 2150 10-2-16 | RN Note S: "Hi" | P: NPD PMN for given by on 10-3-16 @ |
| | O: wheels self per WC to HCU for NPO p̄ mN for liver bx on 10-3-16 @ 1215 @ OmH. T 98.2, P 68, R 16, B/P 135/78, wt 247# wheels self to bed #3 in infirmary. Denies any needs @ this time. Reminded of NPO status p̄ mN. voices understanding | 1215 @ OmH. E: Notify staff c̄ any needs or concerns. |
| | A: med writ 10-3-16 ... | J Sulcer RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional _____ Center

Offender Information:

Last Name: Deen   First Name: William   MI: ___   ID#: W21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1 5 3 16 8.25 | MD note  S— no specific complaints today — going for liver bx — last PT was 1.8 (10/2/18)  O— nse, lung clear — no edema — other system wnl  A. Renal Ca + mets liver | Pt going for liver bx  Discussed with interventional nurse in O mk for _____ about drug _____ PT/INR steady key 1.8 — Today it is probably < 1.2 — Nurse alleged key was done low bx was wnl 1.8.  Nar |
| 10-3-16 1055 | RN Note.  S: Ø  O: C/O Bland picked up packet for med writ. C/O Bland escorted I/M from HCU.  A: med writ | P: await return  M. Eggmann |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Taylorville Correctional** _____ Center

Offender Information:

Last Name: Dean   First Name: William   MI: ___   ID#: 001885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/3/16 5:00p wt 247 | RN NOTE "S: I'm back" | P: Place in infirmary overnight to observe |
| 97.7 | O: Returned from | Tylenol 500mg PO |
| 68 | furlough for liver | q6hr prn x 7 days |
| 20 | biopsy. Dressing clean | per VO Dr Nawoor |
| 125/80 | dry & intact over | RBV. TO Dr Nawoor |
|  | hepatic region. Ate | C/Mansfield RN |
|  | supper well. VIS | Nov |
|  | stable. MD notified | |
|  | of I'm return. Nurse | ABDUR NAWOOR, MD |
|  | orders received. | |
| 10/3/16 2115 | RN Note S: "I am not having much pain." O: VSS B/p 124/80 HR 63 R 18 T: 98.6 No Complaints of Pain A: Detail (Post Liver Biopsy) | P: Continue to monitor bleeding @ liver biopsy site. No bleeding. Lisa S Sharp RN |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

Offender Information:

Dean. William ID#: N01885
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/4/16 8:10 am | MD nob | |
| | S - Pt bleeds from liver bx last night - no evidence of bleeding - no pain. Pt shot on day of bx was 1-5. Pt has had a seddle embolism. & need to be anticoagulated. I talked personally to DMM [illegible] & now it is ok to start him on Coumadin & lovenox until his therapeutic with the coumadin. | A - Read ca & note liver bx yesterday. Non-ischemic cardiomyopathy Dvm, [illegible] P - lovenox 40g S.q [illegible] & daily X5 days. Coumadin 5mg P.o bid, P.m. PT/INR today & am EBC today |
| | O - NJR, lungs clear no edema, no PUy redness or sign of bleed | |

[signature] N.Oyeboade Ivasor, MD 10/4/16 10:45A

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

IDOC Taylorville Med Recs 001465

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional_____ Center

Offender Information:

Last Name: Dean   First Name: William   MI: ___   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LAB LINE/ Date 10/4/16 Time 1230p | A251.5098 |
| | Blood draw for ___ PT PINR CBC CMP Drawn From ___ Signature ___ Une nafeeldR | To:UIC – Main Lab 601988721791097Z From:Taylorville Correctional Center |
| 10/4/16 8A Late Entry | RN NOTE S: "I feel great" O: Ø caching/Nausea noted in hepatic region of Abdomen. Appetite good. Released to His AM pending A: S/P Liver Biopsy | P: Cont to monitor Mansofield |
| 10/4/16 10AM | RN NOTE S: Ø O: Release to HU. A: S/P Liver Biopsy | P: Cont all aspects of care Mdensfield |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Note

_____ **Taylorville Correctional** _____ Center

Offender Information:

Last Name: Dean    First Name: William    MI: K    ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/6/16 1050 | PLEASE RESPOND TO EACH QUESTION WITH YES OR NO | |
| | Have you ever had an allergic reaction to flu vaccine? | Yes _____ No X |
| | Do you have a history of Guillain-Barre Syndrome: (illness associated with swine flu in 1976 characterized by fever, nerve, damage, and muscle weakness)? | Yes _____ No X |
| | Are you allergic to Thimerosal (a mercury-based preservative)? | Yes _____ No X |
| | Are you allergic to latex? | Yes _____ No X |
| | Do you feel ill today or do you have a fever? | Yes _____ No X |
| | Are you currently taking an Antibiotic for infection? | Yes _____ No X |
| | Are you allergic to eggs? | Yes _____ No X |
| | X consent to have the vaccine  Signature _____ Date 1/5/16 | |
| | ____ I refuse a flu vaccination at this time  Signature _____ Date _____ | |
| | | |
| | FOR CLINIC USE ONLY | |
| | Manufacturer: Seqirus    Lot#: 1364911A | |
| | Expiration Date: 6-24-17 | |
| | Site of Injection X Right _____ Left Deltoid ____ Other_____ | |
| | Signature and Title of Vaccine Administrator _____ | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

IDOC Taylorville Med Recs 001467

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Taylorville Correctional** _____ **Center**

Offender Information:

| Dean | William | ID#: N21885 |
|---|---|---|
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-6-16 1010 | RN Note<br>S: ∅<br><br>O: Call to Dr. Nawoor regarding coumadin orders. Orders received.<br><br>A: Telephone orders | P: Draw PT/INR & take to TMH lab then call c̄ results   A251.5099<br><br><br>T.O. Dr. Nawoor /M Egmark |
| 10-6-16 1230 | RN Note<br>S: ∅<br><br>O: C/O Novota transported lab specimen to TMH ER.<br><br>A: Stat lab | P: await results<br><br><br><br>M. Egmark |
| 10-6-16 1400 | RN Note<br>S: ∅<br><br>O: Called to TMH lab -<br>PT 14.7, INR 1.15. Call to Dr. Nawoor for direction, left message.<br><br>A: call to Dr. | P: await return call<br><br><br><br><br>M. Egmark |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_Taylorville Correctional_ Center

Offender Information:

Last Name: Dean    First Name: William    MI: ___    ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-6 -16 1455 | RN Note S: Ø | P: Cont. lovenox |
| | O: Received call from Dr. | coumadin 5mg PO q HS x 2 x dd |
| | Nawoor. Orders received | Draw PT/INR on 10-7-16 |
| | NAWOOR, MD | Call UIC for result on |
| | A: Coumadin order | 10-8-16. |
| | | T.O. Dr. Nawoor / M Tanner |
| | | NAWOOR, MD |
| | LAB LINE Date 10/7/16 Time 0800 Blood draw for PT/INR Drawn From LAC Signature C. Beldock RN / c marquillo RN | To:UIC — Main Lab 601988721107441Z From:Taylorville Correctional Center |
| 10-8-16 | RN Note | |
| 10:10 | S Ø | P Coumadin 5 mg today |
| | O. Called PT 16.9 INR 1.4 | 4.5 mg Sunda. |
| | to Dr Nawoor NAWOOR, MD | Draw PT INR Mon |
| | A LAB confirmation | T.O. Dr. Nawoor / P Smith |
| | Date 10-10-16 Time 0930 Blood draw for PT/INR Drawn From LAC Signature M Tanner | To:UIC — Main Lab 601988721107439Z ABDUR NAWOOR, MD From:Taylorville Correctional Center |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/200?)
(Replaces DC 7147

Printed on Recycled Paper

IDOC Taylorville Med Recs 001469

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Taylorville Correctional** _____ Center

Offender Information:

Dean _____ william _____ ID#: N2188
Last Name _____ First Name _____ MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 15/10/16 9.35 | new note. | P — Count 857 & today |
|  | S — L&S vend cc + | today done |
|  | was liver — PIE | Lovenox no 54 |
|  | O — on dar | ABDUR NAWOOR, MD |
|  | P — on disc | ABDUR NAWOOR, MD |
| 10-11-16 18:30 | RN NOTG | P— DR NAWOOR ORDERED |
|  | S-Ø | COUMADIN 6MG PO 1x DOSE |
|  | O-Ø ORDER FOR COUMADIN, PT/INR | AT HS. DRAW PT/INR ON |
|  | RESULTS READ TO DR NAWOOR, T.O. | 10-12-16 |
|  | RECEIVED. | T.O: DR NAWOOR / M Aghos RN |
|  | A — COUMADIN ORDER | ABDUR NAWOOR, JR, MD |
|  | LAB LINE Date 10/11/16 Time 0830 Blood draw for PT/INR one Drawn From _____ Signature _____ | A251.4926 Dean N21885 To:UIC — Main Lab 6019887217910572 From:Taylorville Correctional Center |
|  |  |  |
|  |  |  |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional        Center

Offender Information:

_Dean_ _____ _William_ _____ ID#: _A21883_
Last Name                 First Name        M

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| [illegible] | MD note | |
| | S — [illegible] Ca | R — [illegible] 60 [illegible] mg |
| | [illegible] I P I E | [illegible] |
| | O — as above | |
| | A — as above | [signature illegible] 10/12/16 (1600) |
| | | |
| | | |
| 10/18/16 | MD note | |
| 3 wk | S — h [illegible] P I E | R — D/C [illegible] 5 by 90 |
| | vend Ca → [illegible] | [illegible] 7w, 90×5 [illegible] |
| | O — NSR | S+1 2w [illegible] |
| | lung clear | M. Hughes |
| | no cva. | ABDUR NAWOOR, MD |
| | A — as above | |
| | | |

**ILLINOIS DEPARTMENT OF OFFENDER**
**Offender Health Status Transfer Summary**

**Offender Information:**
Last Name: Dees   First Name: William   MI: ___   ID#: N2188

Transfer Facility: ___ rrectional Center

Date: 10, 17, 16   Time: 15.50   ☐ a.m. ☑ p.m.

Screening (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Food Handler Approved: ___

Acute Conditions / Problems: metastatic disease of liver   Vitamin D 3 2000 IU Pd.

Chronic Conditions / Problems: ___

Current Medications (name, dosage, frequency, and duration):
Acute Short-term: Coumadin 7 mg qd   Silver cap 1-BID   lasix 20 mg qd   Glucostat 5 mg BID
Chronic Long-term: ASA 81 mg qd   Cinc 0.125 mg BID   Cynocobalamin 1000 mcg IM q 3d   Iron 325 mg BID
Chronic Psychotropic: ___

Current Treatments: as above

Therapeutic Diets: ___

Follow-Up Care: routine

Chronic Clinics: HTN ___ CHF ___ cardiomyopathy leaky valve
obesity renal Ca   Metastatic dis of liver

Specialty Referrals: oncology

Significant Medical History: ___

Physical Disabilities / Limitations: W/C

Assistive Devices / Prosthetics: W/C   ☑ Glasses ☐ Dentures ☐ Hearing Aid
Mental Health Issues: ☐ Hx Suicide Attempt: Date: _/_/_   ☐ Hx Psych Med ☐ Hx MPC/STC   Substance Abuse: ☑ Alcohol ☑ Drugs
R & C Use Only: ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☑ MEDS ☐ MH ☐ Other: ___   ☐ Packet Complete

Print Name and Title: Pat Smith RN   Signature: Pat Smith   Date: 10, 17, 16

**Reception Screening** (completed by receiving facility health care staff):
Facility: ___   Date: _/_/_   Time: ___   ☐ a.m. ☐ p.m.
Subjective:
Current Complaint: ___
Current Medications/Treatment: ___

Assessment: ___

Objective:
Physical Appearance/Behavior: ___
Deformities: Acute/Chronic: ___
T: ___ P: ___ R: ___ B/P: _/_

Plan: Disposition:
☐ Health Information Given   ☐ Emergency Referral: ___
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics
☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): ___
☐ Infirmary Placement: ___
☐ Other (specify): ___

Printed Name and Title: ___   Signature: ___   Date: _/_/_

**Adult Transition Center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offenders Signature: ___   Date: ___   Time: ___   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0090 (Rev.11/2012)

IDOC Taylorville Med Recs 001472

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Taylorville Correctional _____ Center

Offender Information:

Last Name: Dean    First Name: William    MI: ___    ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LAB LINE Date 10/17/16 Time 9A | A251.4943 |
| | Blood draw for PT/INR | |
| | Drawn From RAC Signature _____ | To: UIC – Main Lab 60198872179 1030Z |
| | | From: Taylorville Correctional Center |
| 10/17/16 | Medical Records Note: | |
| | Medical furlough is scheduled on 10-19-16 at 10:45am at | |
| | Cancer Care Specialists for oncology follow-up. Auth tt | |
| | | C Christer RHIT medical records director |
| 10/18/16 | S - h₂ⁿ PIE | P - INR 2.2 |
| 10 ʷⁿˢ | O - cs chr | Conti. 7q go |
| | A - cs chr | ↑ 6w-ms |
| | | PT/INR in 1 month |
| | | Abdur Nawook MD |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional      Center

Offender Information:

Dean _____ McWilliam _____ ID#: DE1885
Last Name        First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/19/16 7:15A | RN NOTE<br>S:∅<br>O: C/o McNaby here<br>& picked up packet<br>for furlough to<br>Wander Care Specialists<br>A: Med furlough | P: Await Roberto<br>Management |
| 10/18/16 12:30p | RN NOTE<br>S:∅<br>O: Med WRet Roberi<br>97.5 50 R 134/76<br>S-hx of Renal Ca tumers<br>to Liver<br>O- cm obser<br>A-cm chur   ABDUR NAWOOR, MD | P- per oncologist<br>Pazofanib 800 mg<br>x 4 months.<br><br>MHfus RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

IDOC Taylorville Med Recs 001474

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional ___ Center

Offender Information:

Last Name: _Dean_  First Name: _William_  MI: ___  ID#: _N21985_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-27-16 0950 | MD SICK CALL / Med writ | |
| | 124/79  48-16  98.0  WT 240 | |
| | S- Left hip pain & back pain × 1 | |
| | 1 week — no trauma — | P_ CBC ✓  { Done |
| | no radiation — | MT3WA — { today |
| | O- No tenderness or | +Ray L-S  tomorrow memo |
| | palpation — no | Tylenol 500 q 6-8 prn |
| | ecchymosis. Skin | morphine II b.i.d ✓ 1 month |
| | Obese | ABDUR NAWOOR, MD |
| | WNL, lungs clear | |
| | A- h/o cancer known | ASA 81 mg q o x 1 year |
| | w/ mets to liver | Carvedilol 3.125 mg q d x 1 year |
| | on in chemo can be given | Vit B12 2000 IU 3m daily x 1 year |
| | Anemia, ? D/M hepatisus | FeSO4 325 BID x 3 months |
| | | Ensure tab 1 tab q d x 1 year |
| | Bowel retroperitoned | Lasix 40 mg q d x 1 year |
| | | Klor-con 10 BID x 1 year |
| | lesions | lisinopril 20 mg q d x 1 year |
| | ABDUR NAWOOR MD | metformin 1000 mg q d x 1 year |
| | | Vit D-3 2000 IU q d x 1 year |
| | | Renal × 6 m g q x 3 months |
| | | ABDUR NAWOOR, MD  13-24-16 |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional   Center

Offender Information:

_Dian_ (Last Name) _William_ (First Name) _MI_   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LAB LINE<br>Date _11-26-16_ Time _1045_<br>Blood draw for _____ _CBC_ _PTENA_<br>Drawn From _RAC_<br>Signature _Smith RN_ | To:UIC – Main Lab<br>6019887217909062Z<br><br>From Taylorville Correctional Center<br><br>_1251-889_ |
| 10·28·16 | Radiology Note. | |
| 0910A | 01 Xray L-5- _cross d_ | 1) Xray done |
| | | 2) _NTCRI_ |
| | MD note | |
| 15/10/16 | S- Pr. 3.2 | P. D/c _Canada_ |
| 8·40 pm | _LS_ P _ct_ | 6 mg |
| | O / _on dose_ | _Cona dir_ 5g go |
| | A- _as chn_ | x3 _months_ |
| | | PT / _own_ one week |
| | | _N Smith RN_<br>_10-28-16_ |
| | | ABDUR NAWOOR MD   _0630_ |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC

IDOC Taylorville Med Recs 001476

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional_____ Center

Offender Information:

Dean_____ William_____ ___ ID#: 721885
Last Name            First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1010 11-1-16 | RN NOTE | |
| | S: Ø | P: VO per Dr Nawoor draw |
| | O: Orders for PT/INR | PT/INR on 1st of every |
| | monthly | month. X 1 yow |
| | A: PT/INR orders | ASymptoma |
| | Dr. PIE ntln | |
| | MD nob | ABDUR NAWOOR Nor |
| 11/2/16 3(~ | S — pt unk ordered | P- At college it wm |
| | net blum | decided as follows: - |
| | O- as above | (1) ♦DNR status new |
| | N — as above. | (2) | (3) D. Ritz will be taking |
| | | to re on to hospis about |
| | | advancure drug |
| | | (con) |
| | | ABDUR NAWOOR MD |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

__Taylorville Correctional__ Center

Offender Information:

Last Name: Dean  First Name: William  M  ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LAB LINE<br>Date 11-4-16 Time 0900<br>Blood draw for ANC, PT/INR<br>Drawn From RAC<br>Signature C Craig RN | To: UIC — Main Lab<br>601988721790902Z<br><br>From: Taylorville Correctional Center |
| 11-8-16<br>1430 | MD SICK CALL Discuss DNR<br>136/75  50-16- 97.9 WT 145<br>S - Pt here to discuss<br>his Votrient - Pt<br>was told the pharmacoly<br>+ side effect + effectiveness<br>O) He Votrient. It is<br>palliative vs curative<br>⊕ - anchor<br>A - Ca ? on renal<br>+ 1 Na on meds | P. Pl | 9vR 3.5<br>↓ Createn to 4.5 g gn<br>x 3 months<br>- Pt understood everything<br>about Votrien<br>Nav<br>DNR - Discussed +<br>segment by pt<br>he wants everything done<br>illness so Pts Pt prn x 3 months<br>Nav<br>noted 0823 FRDITZ RN<br>11-8-16 1530 |

AQDUR NAWOOR MD

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional Center

Offender Information:

Last Name: Deen  First Name: William  MI: ___  ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | Taylorville Correctional Center | |
| | Problem as updated | |
| | Date | |
| | Initials | |
| | LAB LINE | |
| | Date 11/17/16 Time 09 | |
| | Blood draw for ___ | To: UIC – Main Lab |
| | PT INR | 601988721105143Z |
| | Drawn From Rt ac | |
| | Signature Ro___ | From: Taylorville Correctional Center |
| 11/17/16 0930 | R note: | P: Immunization |
| | SR | sum |
| | #6099 tab1? | R am.ph |
| | O: Cyanocobalamin 1000mcg/ml | |
| | 1 ml Im sum | |
| | A: information | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Taylorville Correctional__   Center

Offender Information:

Last Name: Deas    First Name: William    MI: ___    ID#: NZ1895

| Date/Time | Subjective, - Objective,- Assessment | Plans |
|---|---|---|
| 11-28-16 | MD SICK CALL Side effects from hour med | |
| 1335 | 120/81  49-16 - 97.9 W/ 232 | P- add  CMP  12/1/16  CBC  ↑ |
| | S - was fairly n conscious | chart  Came. War ??? |
| | d well ur e ct - he is | |
| | feely better now - che | when ↗ |
| | body - no fever - worse | |
| | O - w sr. lungs clear | ABDUR NAVJOOR, MD  P Smith  MD |
| | pale conj - p.r chron. | |
| | O bene | 11-28-16 |
| | le on | |
| | A. Ca S vend + u ch | |
| | to hand | |
| 11-29-16 | medical Records Notes | |
| 0850 | medical furlough is scheduled on 12-7-16 at 1000am at Cancer | |
| | Care Specialists for oncology follow-up. | Auth # 6/57126764 |
| | | C Chrisler RHIT  medical Records Director  CChrisler RHIT |

ILLINOIS DEPARTMENT OF OFFENDER
**Offender Health Status Transfer Summary**

**Offender Information:**

Transferring Facility:
Taylorville Correctional Center

Last Name: Dean     First Name: William     MI: ___     ID#: N21885

Date: 11 / 29 / 16     Time: 1030     ☑ a.m. ☐ p.m.

Transfer Screening (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: ace inhibitors, antihistamines     Food Handler Approved: yes

Current / Acute Conditions / Problems: metastatic disease of liver

Chronic Conditions / Problems: HTN DM, CHF, sleep apnea-has CPAP cardiomyopathy

Current Medications (name, dosage, frequency, and duration):

Acute Short-term: _____

Chronic Long-term: See MAR's

Chronic Psychotropic: _____

Current Treatments: as above.

Therapeutic Diets: Ø

Follow-Up Care: PRN

Chronic Clinics: HTN, DM

Specialty Referrals: Cancer Care Specialists

Significant Medical History: Sleep apnea, l/t right radical nephrectomy c IVC thrombectomy via sternotomy renal Ca                                  l/t chevron incision

Physical Disabilities / Limitations: wheelchair

Assistive Devices / Prosthetics: wheelchair

Mental Health Issues: ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med  ☐ Hx MPC/STC  Substance Abuse: ☑ Alcohol ☑ Drugs     ☑ Glasses ☐ Dentures ☐ Hearing Aid

R & C Use Only: ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ☐ Other: _____     ☐ Packet Complete

M Eggimannlh                    M Eggimann                    11 / 29 / 16
Print Name and Title            Signature                    Date

Reception Screening (completed by receiving facility health care staff):

Facility: _____     Date: ___/___/___     Time: _____     ☐ a.m. ☐ p.m.

Subjective:
Current Complaint: _____     Assessment: _____

Current Medications/Treatment: _____

Objective:
Physical Appearance/Behavior: _____     Plan: Disposition:
                                                  ☐ Health Information Given     ☐ Emergency Referral: _____
                                                  ☐ Sick Call: Urgent / Routine
Deformities: Acute/Chronic: _____     ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
                                                  ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____
T: _____  P: _____  R: _____  B/P: ___/___     ☐ Infirmary Placement:
                                                  ☐ Other (specify): _____

Printed Name and Title            Signature                    Date ___/___/___

For Adult Transition Center transfers only:

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offenders Signature            Date            Time            ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility;     DOC 0090 (Rev.11/2012)
Receiving Facility

IDOC Taylorville Med Recs 001481

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional _____ Center

| Offender Information: |
|---|
| **Last Name** Dean  **First Name** William  MI  ID#: N21885 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LAB LINE<br>Date 12/1/16  Time 09<br>Blood draw for _____<br>CBC cmp PT INR<br>Drawn From R-tac<br>Signature _____ | Dean Willian<br>N21885<br><br>To: UIC — Main Lab<br>601988721105024Z<br><br>From Taylorville Correctional Center |
| 12/5/16<br>2 pm | MD note<br>S— h/o renal ca + mets<br>DM, HTN<br>lymphedema<br>O— h/o renal ca<br>lymphedema<br>Cancer 30 ca/m<br>A— Cancer 30 ca/m | P— D/c Cancer mtg<br>Gonsta hy go x turm<br>Protein in h/o<br><br>Abdur Nawoor MD 12-6-16 170 |
| 12/6/16<br>10 a m | mm note<br>S— h/o Car dio 30 m<br>O— cardio 30 ca/h<br>A— cardio 30 ca/m  Abdur Nawoor MD | P— Dora Devru<br>Uhue approx hy<br>C.Magnel<br>Na R Smith RN 12-6-16 |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

___ **Taylorville Correctional** ___ Center

Offender Information:

Last Name: Dean   First Name: William   MI: ___   ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/7/16 0740 | RN Note: 8:0 | P: Await I/m return. |
| | O: C/o Shaw pick up packet. I/m to appt Cancer Care - Dr. Guaglianove @ 10am | E: Ø - HSR in packet. |
| | A: Informational RN NOTE | C. Heberlypa |
| | 8:0 | P: F/U c̄ MD |
| | O: I/m return from med visit to CH Care Specialist B/p 124/84 P72 R16 T92.0 | |
| | A: med visit return | a. Supelmler |
| 12·10·16 1180 | RN Note Device check completed. — | M. Eggmann RN |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/200
(Replaces DC 7147

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

| | |
|---|---|
| **sferring Facility:** | **Offender Information:** |

**Offender Information:**
William Dean    ID#: D21885
Last Name    First Name    MI

rville Correctional _____ Center

x: 12 , 15 , 16    Time: 0925    ☐ a.m. ☐ p.m.

**sfer Screening** (completed by transferring facility health care staff):    ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

gies: ace inhibitors antihistamines    Food Handler Approved: Yes

ent / Acute Conditions / Problems: Metastatic disease of the liver

onic Conditions / Problems: Htn, DM, CHF, Sleep apnea - has CPAP, Cardiomyopathy

**rent Medications** (name, dosage, frequency, and duration)

cute Short-term: _____

hronic Long-term: _____→ See MAR'S

hronic Psychotropic: _____

rent Treatments: casahmel

rapeutic Diets: Ø

w-Up Care: PRN

onic Clinics: Htn, DM

cialty Referrals: Cancer Care Specialist the appointment

ificant Medical History: Sleep apnea, Hx of right radial Nephrectomy c IVC thrombectomy a Sternotomy chunk incoll, 2° renal Ca

ical Disabilities / Limitations: Wheelchair

stive Devices / Prosthetics: Wheelchair    ☒ Glasses    ☐ Dentures

tal Health Issues:  ☐ Hx Suicide Attempt: Date: ___/___/___    ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☒ Alcohol ☒ Drugs

C Use Only:  ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ☐ Other: _____   ☐ Packet Complete

Renoa S. Wilson Rn    Sonoa Weaita Ru    12 , 15 , 16
Print Name and Title    Signature    Date

**ception Screening** (completed by receiving facility health care staff):

| | |
|---|---|
| **acility:** _____ | Date: ___/___/___   Time: _____  ☐ a.m. ☐ p.m. |
| **bjective:** | **Assessment:** |
| Complaint: _____ | |
| ent Medications/Treatment: _____ | |

**jective:**
Physical Appearance/Behavior: _____

Deformities: Acute/Chronic: _____

T: _____  P: _____  R: _____  B/P: ___/___

**Plan: Disposition:**
☐ Health Information Given    ☐ Emergency Referral: _____
☐ Sick Call:  Urgent / Routine
☐ Medication Evaluation    ☐ Therapeutic Diet    ☐ Special Housing    ☐ Chronic Clinics
☐ Work / Program Limitation    ☐ Specialty Referrals    ☐ Other (specify): _____
☐ Infirmary Placement: _____
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify): _____

Printed Name and Title    Signature    ___/___/___ Date

**Adult Transition Center transfers only:**
derstand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford y for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature    Date    Time    ☐ a.m. ☐ p.m.