ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional Center

**Offender Information:**
Last Name: Dean
First Name: William
MI:
ID#: N21885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LAB LINE Date 12/12/16 Time 09 Blood draw for HbA1c Drawn From LAC Signature [illegible] | To: UIC – Main Lab 60198872110492727 From: Taylorville Correctional Center |
| 12/14/16 12:05 pm | MD note S: h/o renal ca + mets O: renal ca — Dx — [illegible] A: renal ca. [illegible] chemo vom[illegible] | P: follow up visit [illegible] or collegial Abdur Nawoor MD 12-14-16 P Smith RN |
| 12-15-16 0920 | medical Records Note medical furlough is scheduled on 12-21-16 at 0500 at Cancer Care Specialists for oncology Follow-up Auth # [illegible] C Christopher RHIT medical records director | |

Distribution: Offender's Medical Record
DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

_____Taylorville Correctional_____ Center

Offender Information:

Last Name: Dean   First Name: William   MI: _   ID#: N07885

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/16/16 11:30 am | MD v/o<br>S- hx of renal ca<br>+ wks<br>O - Renal ca<br>A - renal ca | P - CMP, CBC, TSH - orders<br>f/u by Dr. w/ labs<br><br>N/s Abdur Nawoor MD 12/16/16 1135 |

LAB LINE
Date 12/16/16  Time 1140
Blood draw for CMP, CBC, T4

Drawn From R ac
Signature ___
unable to obtain / rescheduled 12-19-16

To: UIC — Main Lab
60198872110488892

From: Taylorville Correctional Center

LAB LINE
Date 12/19/16  Time 09
Blood draw for
CMP, CBC, TSH
Drawn From R ac
Signature ___

To: UIC — Main Lab
6019887211048876Z

From: Taylorville Correctional Center



**Pat Quinn**
Governor

**S.A. Godinez**
Director

Taylorville Correctional Center / P.O. Box 1000 / Taylorville, IL 62568 / Telephone: 217/824-4004  TDD: 800/526-0844

DATE: January 5th, 2015

TO: Assistant Warden of Programs

FROM: Shanel L Woods, RHIA
Medical Records Director

DISTRIBUTION:
Records Office
Offender's Medical File
Armory
Envelope
HCUA
Central Control
Reception Desk

SUBJECT: MEDICAL FURLOUGH

A medical furlough is being requested for the below named offender:

| | |
|---|---|
| Name: | William Dean |
| Offender ID Number: | N21885 |
| Reason: | Surgery Follow-up |
| Appointment Date/Time | January 15th, 2015 be there by 10:30 a.m. |
| Hospital/Facility: | Springfield Clinic |
| Physician/Department: | Dr. Roszhart |
| Address: | 801 N 1st St. |
| City/State/Zip: | Springfield, IL 62702 217.528.7541 |

SPECIAL ORDERS FOR SECURITY STAFF:

1) Pick up packet from Health Care before you leave the institution.

_____
Assistant Warden of Programs

Send Claims to:
Wexford Health Sources
P.O. Box 16218
Pittsburgh, PA 15220
1-412-937-8590

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Pre-certification Number: 03947691?

Facility: Taylorville

Offender's Name: Dean, William     ID#: N21885

Reason for Referral:
- [ ] Consult
- [ ] Non-Formulary Medications
- [ ] Medical Equipment
- [ ] Evaluation
- [ ] Management
- [ ] Procedure/service (specify) _____
- [ ] Other (specify) _____

Urgent: [ ] Yes  [x] No

Referred to: Urology; F/U 2nd lithotripsy c̄ KUB

Rationale for Referral: F/U lithotripsy for staghorn calculus (initiated by Dr Em (Asher))

Print Referring Practitioner's Name: RALPH GAUEN
Referring Practitioner's Signature: [signature]
Date: 12/30/2014

**Report of Referral (Use Reverse Side, if necessary)**

Findings: few retained stones

Assessment: p/o ESWL

Recommendations/Plans: F/U 1yr c̄ Dr. Baron @ with KUB

Print Practitioner's Name: DAVID ROSZHART
Practitioner's Signature: [signature]
Date: 1/15/15

**Facility Medical Director Use Only**
I have reviewed the recommendations and:
- [x] Approve.
- [ ] Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Facility Medical Director's Name: Ralph E. Gauen, MD
Facility Medical Director's Signature: [signature]
Date: 1/15/15

Distribution: Offender's Medical File, and
[ini]tiated/revised, Health Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

IDOC Taylorville Med Recs 001488

Allscripts

Patient Name: WILLIAM DEAN
DOB: 08/29/1960
MR#: 0001429012
Home Phone: (217) 824-4004

Organization Name: SC1st 3-E
Address: 800 N. 1st St., 3rd Floor
Springfield Clinic 1st
Springfield, IL 62704
Phone: (217)528-7541
Provider: DAVID ROSZHART
Encounter Date /Time: 1/15/2015 10:30 AM

## CURRENT MEDICATIONS AS OF: 1/13/2015 7:38 AM

| Medication | Schedule/Instruction | Reason | Therapy Start Date |
|---|---|---|---|
| Aspirin 325 MG Oral Tablet | | | |
| Coreg 6.25 MG Oral Tablet (Carvedilol) | | | |
| Cozaar 50 MG Oral Tablet (Losartan Potassium) | | | |
| Fiber Laxative TABS | | | |
| GlipiZIDE 5 MG TBCR | | | |
| Hydrochlorothiazide TABS | TAKE 1 TABLET DAILY AS NEEDED. MDD:50 | | |
| MetFORMIN HCl - 1000 MG Oral Tablet | TAKE 1 TABLET TWICE DAILY. | | |
| Norvasc 10 MG Oral Tablet (AmLODIPine Besylate) | | | |
| TraMADol HCl - 50 MG Oral Tablet | | | |
| Vitamin D CAPS | | | |

1 / 1
Printed 1/13/2015 at 7:38 AM

IDOC Taylorville Med Recs 001489

# Wexford Health
SOURCES INCORPORATED

## Patient Specific Non-Formulary Approval Request Form

**INSTRUCTIONS:**
This form should be completed IN ITS ENTIRETY by the prescribing practitioner. Incomplete forms will be returned to the Site Manager.
- Submit the completed form to the Non-Formulary Approval Nurse (NAN) by e-mail: NAN@wexfordhealth.com (preferred), FAX: 412-539-0411.
- Wexford Health will forward approved requests to the facility Site Manager and Wexford Health purchasing to place order. All denied requests will be sent to the Site Manager.

NAN reviews will occur Monday through Friday 8 a.m. to 6 p.m. EST. If an emergency situation occurs during NAN after hours, the requests will be approved by the Regional Manager. This form must still be completed, indicating the item was already obtained by the site. The NAN will conduct a retro-view of the item obtained.

### PRESCRIBING PRACTITIONER & PATIENT CONTACT INFORMATION

| | | |
|---|---|---|
| Dr. R. Gauen | 217-824-4004 | 217-824-8075 |
| *Prescribing practitioner name* | *Prescribing practitioner phone number* | *Prescribing practitioner FAX number* |
| Dean, William | 08-29-1960 | N21885 | Taylorville Correctional Center |
| *Patient name* | *DOB* | *Patient ID (Offender #)* | *Facility* |

### CURRENT DIAGNOSIS

Sleep Apnea
*Medical condition/diagnosis being treated*

Oracle 452 Oral Mask for CPAP or Bi-Level Ventilation
*Wexford Health formulary products previously used*

### REQUESTED NON-FORMULARY PRODUCT

Oracle 452 Oral Mask for CPAP or Bi-Level Ventilation
*Name of non-formulary product being requested*

| | |
|---|---|
| Fisher and Paykel Healthcare | HC452A |
| *Vendor Name* | *Item #* |
| 1 | Lifetime Request |
| *Quantity* | *Proposed duration of non-formulary product use or lifetime request* |

**Detailed reason why a non-formulary product is necessary:**
Replacement of mask for CPAP machine is needed. Mask is worn and is not fitting properly.

*Signature of requesting prescribing practitioner* Ralph E. Gauen, MD | Phone # 217-824-4004 | Date of request 02/3/15

### FOR WEXFORD HEALTH NON-FORMULARY APPROVAL NURSE

☐ Approved  ☐ Approved: Other: _____  ☐ Denied  ☐ Need more information  ☐ Lifetime approval/Set Par Level # _____

*Reason for decision:*

### SITE APPEAL

☐ Appeal to Corporate Medical Director

*Reason:*

### CORPORATE MEDICAL DIRECTOR APPEAL DECISION

☐ Approve  ☐ Denied

*Reason for Decision:*

*Corporate Medical Decision Signature* | *Date of decision*

*Authorization #* | *Date* | *Certificate #* | *PO #*

# Wexford Health
SOURCES INCORPORATED

## Patient Specific Non-Formulary Approval Request Form

**INSTRUCTIONS:**
- This form should be completed IN ITS ENTIRETY by the prescribing practitioner. Incomplete forms will be returned to the Site Manager.
- Submit the completed form to the Non-Formulary Approval Nurse (NAN) by e-mail: NAN@wexfordhealth.com (preferred), FAX: 412-539-0411.
- Wexford Health will forward approved requests to the facility Site Manager and Wexford Health purchasing to place order. All denied requests will be sent to the Site Manager.

NAN reviews will occur Monday through Friday 8 a.m. to 6 p.m. EST. If an emergency situation occurs during NAN after hours, the requests will be approved by the Regional Manager. This form must still be completed, indicating the item was already obtained by the site. The NAN will conduct a retro-view of the item obtained.

### PRESCRIBING PRACTITIONER & PATIENT CONTACT INFORMATION

| Dr. R. Gauen | 217-824-4004 | 217-824-8075 |
|---|---|---|
| Prescribing practitioner name | Prescribing practitioner phone number | Prescribing practitioner FAX number |
| Dean, William | 08-29-1960 | N21885 | Taylorville Correctional Center |
| Patient name | DOB | Patient ID (Offender #) | Facility |

### CURRENT DIAGNOSIS

Sleep Apnea
*Medical condition/diagnosis being treated*

Oracle 452 Oral Mask for CPAP or Bi-Level Ventilation
*Wexford Health formulary products previously used*

### REQUESTED NON-FORMULARY PRODUCT

Oracle 452 Oral Mask for CPAP or Bi-Level Ventilation
*Name of non-formulary product being requested*

| Fisher and Paykel Healthcare | HC452A |
|---|---|
| Vendor Name | Item # |
| 1 | Lifetime Request |
| Quantity | Proposed duration of non-formulary product use or lifetime request |

**Detailed reason why a non-formulary product is necessary:**
Replacement of mask for CPAP machine is needed. Mask is worn and is not fitting properly.

*Signature of requesting prescribing practitioner* — Ralph E. Gauen, MD | Phone #: 217-824-4004 | Date of request: 02/3/15

### FOR WEXFORD HEALTH NON-FORMULARY APPROVAL NURSE

[X] Approved   [ ] Approved: Other: _____   [ ] Denied   [ ] Need more information   [ ] Lifetime approval/Set Par Level # _____

*Reason for decision:*

### SITE APPEAL

[ ] Appeal to Corporate Medical Director

*Reason:*

### CORPORATE MEDICAL DIRECTOR APPEAL DECISION

[ ] Approve   [ ] Denied

*Reason for Decision:*

Paul Saporito RN, BSN CWS | 2/6/2015
*Corporate Medical Decision Signature* | *Date of decision*

079028132
*Authorization #* | *Date* | *Certificate #* | *PO #*

**Wexford Health**
SOURCES INCORPORATED

## EMERGENCY / HOSPITALIZATION NOTIFICATION FORM

CORRECTIONAL FACILITY: TCC
DATE: 7-2-15
REFERENCE NUMBER: 044435832
INMATE NAME: Dean William
SSN: 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
INMATE NUMBER: M21885
DOB: 8-29-60
ADVANCE DIRECTIVES: ☐ YES ☒ NO

REFERRING PHYSICIAN:

TYPE OF SERVICE:
☒ ER ☐ ADMIT THROUGH ER ☐ ER TO OBSERVATION
☐ DIRECT ADMIT ☐ HOSPITAL-TO-HOSPITAL TRANSFER ☐ SCHEDULED ADMISSION
☐ URGENT OFFICE ☐ URGENT RADIOLOGY/X-RAY
☐ OTHER

FACILITY/PLACE OF SERVICE: Taylorville Memorial Hospital
ADDRESS:

TELEPHONE:
TREATING PHYSICIAN:
TRANSPORTATION: ☒ AMBULANCE ☐ STATE VEHICLE ☐ OTHER

### SPECIFIC REASON FOR EMERGENCY TREATMENT OR ADMISSION

**DIAGNOSIS:** Chest pain

Advanced Directive- Yes ___ No ☒
If so, please sent a copy to hospital

DATE OUT: 7-2-15      TIME: 0710
RETURN DATE: Transfer to SJH   TIME:
ADMISSION DATE: 7-2-15   TIME:
TRANSMITTAL DATE: 7/2/15   TIME: 12:10 pm
BY: SW
AFTER HOURS NOTIFIED: ☐ YES ☒ NO

01/21/09                    EMERGENCY / HOSPITALIZATION NOTIFICATION

IDOC Taylorville Med Recs 001492

```
Taylorville Correctional Center          UNIVERSITY OF ILLINOIS      840 South Wood Street
Route 29 South                           Hospital & Health Sciences System   Room 170 (M/C 750)
P.O. Box 1000                                                        Chicago, Illinois 60612
Taylorville, IL 62568                                                PH # (877) FOR-LABS
                                                                     Lanne Maes, M.D., Director
```

FASTING: N

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | A251-21885 | 08/29/1960 | M | Final | D251 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
|  | 10/05/2015 09:00 | 10/05/2015 23:30 | 10/06/2015 15:01 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A251.5334 |  |  |

COMMENTS:

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU  10-8-15
MD REVIEWED  Ralph E. Gauen, MD
FILE
OTHER

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| BASIC METABOLIC PROF |  |  |  |  |
| BLOOD UREA NITROGEN | 13 |  | MG/DL | 6-20 |
| SODIUM | 141 |  | MMOL/L | 135-145 |
| POTASSIUM | 4.0 |  | MMOL/L | 3.5-5.3 |
| CHLORIDE | 102 |  | MMOL/L | 98-108 |
| CO2 CONTENT | 26 |  | MMOL/L | 24-32 |
| GLUCOSE |  | 134 H | MG/DL | 65-110 |
| CREATININE | 1.05 |  | MG/DL | 0.50-1.50 |
| ANION GAP |  | 13 H | MMOL/L | 3-11 |
| CALCIUM | 9.6 |  | MG/DL | 8.6-10.6 |
| BUN/CREAT RATIO | 12.4 |  |  | 12-20 |
| BLOOD COUNT |  |  |  |  |
| WBC | 8.8 |  | K/UL | 3.9-12.0 |
| RBC | 5.33 |  | M/UL | 4.00-6.10 |
| HGB | 13.6 |  | GM/DL | 13.2-18.0 |
| HCT | 45.2 |  | % | 38.0-55.0 |
| MCV | 84.7 |  | FL | 80.0-99.0 |
| MCH |  | 25.5 L | PG | 26.0-35.0 |
| MCHC |  | 30.1 L | GM/DL | 32.0-37.0 |
| RDW |  | 20.6 H | % | 11.6-15.0 |
| PLT | 260 |  | K/UL | 150-450 |
| MPV | 10.5 |  | FL | 6.5-11.0 |
| DIFFERENTIAL |  |  |  |  |
| METHOD | MAN DIFFERENTIAL |  |  |  |
| NEUT | 63.0 |  | % | 40-70 |
| LYMPH |  | 17.0 L | % | 25-45 |
| MONO | 9.0 |  | % | 2-12 |
| EOS |  | 10.0 H | % | 0-6 |
| BASO | 1.0 |  | % | 0-2 |
| ABS NEUTROPHILS MANU | 5.5 |  | K/UL |  |
| ABS LYMPHOCYTE MANUA | 1.5 |  | K/UL |  |
| ABS MONOCYTE MANUAL | 0.8 |  | K/UL |  |
| ABS EOSINOPHIL MANUA | 0.9 |  | K/UL |  |
| ABS BASOPHIL MANUAL | 0.1 |  | K/UL |  |
| % NEUTROPHIL | 63.0 |  | % |  |
| % LYMPHOCYTE | 17.0 |  | % |  |
| % MONOCYTE | 9.0 |  | % |  |
| % EOSINOPHIL | 10.0 |  | % |  |
| % BASOPHIL | 1.0 |  | % |  |
| NEUTROPHIL | 5.5 |  | K/UL | 1.3-7.5 |

Continued on the next page
DEAN, WILLIAM N21885                        10/06/2015 15:01                         D251

```
Taylorville Correctional Center        ┼ UNIVERSITY OF ILLINOIS      840 South Wood Street
Route 29 South                           Hospital & Health Sciences System   Room 170 (M/C 750)
P.O. Box 1000                                                         Chicago, Illinois 60612
Taylorville, IL  62568                                                PH # (877) FOR-LABS
                              FASTING: N                              Lanne Maes, M.D., Director
```

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | | A251-21885 | 08/29/1960 | M | Final | D251 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | | PAGE |
|  | | 10/05/2015 09:00 | 10/05/2015 23:30 | 10/06/2015 15:01 | | 2 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | |
| A251.5334 | | | | | | |

COMMENTS:

|  | Result | | | |
|---|---|---|---|---|
| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |
| LYMPHOCYTE | 1.5 | | K/UL | 1.3-4.2 |
| MONOCYTE | 0.8 | | K/UL | 0.2-1.0 |
| EOSINOPHIL | | 0.9 H | K/UL | 0.0-0.5 |
| BASOPHIL | 0.1 | | K/UL | 0.0-0.15 |

Credited Orders
  MICROALB CREAT RANDO    REQUEST CREDITED
                          SPECIMEN NOT ACCEPTABLE-INCORRECT PRESERVATIVE

    End of Report

```
                    TAYLORVILLE CORRECTIONAL CENTER
                    DATE REC'D HCU  ___10-8-15___
                    MD REVIEWED   Ralph E. Gauen, MD
                    FILE
                    OTHER
```

DEAN, WILLIAM N21885                10/06/2015  15:01                               D251

**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

...nal Center
62568
FASTING: N

| PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|
| A251-21885 | 08/29/1980 | M | Final | D251 |

...AM N21885
...ALPH

| COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | | PAGE |
|---|---|---|---|---|
| 10/08/2015 09:00 | 10/08/2015 23:00 | 10/09/2015 | 8:15 | 1 |

NO. | PT. LAB NO. | LAB REF NO.
5374

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| MICROALB CREAT RANDO | | | | |
| URINE ALBUMIN CONCEN | 18.6 | | MG/DL | |
| CREAT CONC | 41.0 | | MG/DL | |
| MICROALB/CREAT RATIO | | .454 H | MG/G CREAT | 0-30 |

End of Report

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU _____
MD REVIEWED _____
FILE _____
OTHER _____

DEAN, WILLIAM N21885          10/09/2015 08:14          D251

```
Taylorville Correctional Center        UNIVERSITY OF ILLINOIS      840 South Wood Street
Route 29 South                          Hospital & Health Sciences System   Room 170 (M/C 750)
P.O. Box 1000                                                       Chicago, Illinois 60612
Taylorville, IL  62568                                              PH # (877) FOR-LABS
                                                                    Lanne Maes, M.D., Director
```

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | A251-21885 | 08/29/1960 | M | Final | D251 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
|  | 10/15/2015 10:00 | 10/15/2015 23:00 | 10/16/2015 7:01 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A251.5630 |  |  |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| URINALYSIS | | | | |
| URINE COLOR | YELLOW | | | |
| URINE CLARITY | CLEAR | | | |
| URINE SP GRAV | 1.010 | | | 1.003-1.035 |
| URINE PH | 6.0 | | | 5.0-8.0 |
| URINE PROTEIN | NEGATIVE | | MG/DL | NEG |
| URINE GLUCOSE | NEGATIVE | | MG/DL | NEG |
| URINE KETONES | NEGATIVE | | MG/DL | NEG |
| URINE BILIRUB | NEGATIVE | | | NEG |
| NITRITE | NEGATIVE | | | NEG |
| UROBILINOGEN | NORMAL | | EU/DL | 0.1-1 |
| URINE BLOOD | NEGATIVE | | | NEG |
| URINE RBC'S | NONE SEEN | | /HPF | 0-2 |
| URINE WBC'S | NONE SEEN | | /HPF | 0-5 |
| BACTERIA | NONE | | | NONE |
| LEUK ESTERASE | NEGATIVE | | | NEG |

End of Report

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU  10/16/15
MD REVIEWED
FILE
OTHER

DEAN, WILLIAM N21885         10/16/2015 07:01         D251

IDOC Taylorville Med Recs 001496

```
Taylorville Correctional Center          840 South Wood Street
Route 29 South                           Room 170 (M/C 750)
P.O. Box 1000          UNIVERSITY OF ILLINOIS   Chicago, Illinois 60612
Taylorville, IL 62568  Hospital & Health Sciences System  PH # (877) FOR-LABS
                                         Lanne Maes, M.D., Director
```



| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | A251-21885 | 08/29/1960 | M | Final | D251 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
|  | 11/17/2015 09:00 | 11/17/2015 23:00 | 11/18/2015 15:01 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A251.6447 | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| HB A1C | | 6.3 H | % | 4.0-6.0 |

End of Report

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU 11/23/15
MD REVIEW
FILE
OTHER

DEAN, WILLIAM N21885            11/18/2015 15:01            D251

IDOC Taylorville Med Recs 001497

```
Taylorville Correctional Center           UNIVERSITY OF ILLINOIS    840 South Wood Street
Route 29 South                           Hospital & Health Sciences System    Room 170 (M/C 750)
P.O. Box 1000                                                                 Chicago, Illinois 60612
Taylorville, IL  62568                                                        PH # (877) FOR-LABS
                                                                              Lanne Maes, M.D., Director
```

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | A251-21885 | 08/29/1960 | M | Final | D251 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
|  | 11/17/2015 09:00 | 11/17/2015 23:00 | 11/23/2015 10:58 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A251.6447 |  |  |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| HB A1C |  | 6.3 H | % | 4.0-6.0 |

End of Report

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU _11/54/15_
MD REVIEW
FILE
OTHER

DEAN, WILLIAM N21885          11/23/2015 10:58          D251

```
Taylorville Correctional Center          UNIVERSITY OF ILLINOIS      840 South Wood Street
Route 29 South                           Hospital & Health Sciences System   Room 170 (M/C 750)
P.O. Box 1000                                                        Chicago, Illinois 60612
Taylorville, IL  62568                                               PH # (877) FOR-LABS
                                                                     Lanne Maes, M.D., Director
```

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | | A251-21885 | 08/29/1980 | M | Final | D251 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | | PAGE |
| | | 12/23/2015 11:00 | 12/23/2015 23:00 | 12/24/2015 7:02 | | 1 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | |
| A251.6685 | | | | | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| **BLOOD COUNT** | | | | |
| WBC | | 12.7 H | K/UL | 3.9-12.0 |
| RBC | 4.30 | | M/UL | 4.00-6.10 |
| HGB | | 11.1 L | GM/DL | 13.2-18.0 |
| HCT | | 35.9 L | % | 38.0-55.0 |
| MCV | 83.4 | | FL | 80.0-99.0 |
| MCH | | 25.8 L | PG | 26.0-35.0 |
| MCHC | | 31.0 L | GM/DL | 32.0-37.0 |
| RDW | | 19.5 H | % | 11.5-15.0 |
| PLT | 392 | | K/UL | 150-450 |
| MPV | 9.0 | | FL | 6.5-11.0 |
| **DIFFERENTIAL** | | | | |
| METHOD | AUTOMATED DIFF | | | |
| % NEUTROPHIL | 68.6 | | % | |
| % LYMPHOCYTE | 14.1 | | % | |
| % MONOCYTE | 11.3 | | % | |
| % EOSINOPHIL | 5.3 | | % | |
| % BASOPHIL | 0.7 | | % | |
| NEUTROPHIL | | 8.7 H | K/UL | 1.3-7.5 |
| LYMPHOCYTE | 1.8 | | K/UL | 1.3-4.2 |
| MONOCYTE | | 1.4 H | K/UL | 0.2-1.0 |
| EOSINOPHIL | | 0.7 H | K/UL | 0.0-0.5 |
| BASOPHIL | 0.1 | | K/UL | 0.0-0.15 |

End of Report

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU _____
MD REVIEWED _____
FILE _____
OTHER _____

DEAN, WILLIAM N21885          12/24/2015 07:02                          D251

```
Taylorville Correctional Center
Route 29 South
P.O. Box 1000
Taylorville, IL  62568
```



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | A251-21885 | 08/29/1980 | M | Final | D251 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | | PAGE |
|---|---|---|---|---|---|
| GAUEN, RALPH | 12/28/2015 09:00 | 12/28/2015 23:23 | 12/31/2015 | 7:01 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | |
|---|---|---|---|---|---|
| A251.6693 | | | | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| **BASIC METABOLIC PROF** | | | | |
| BLOOD UREA NITROGEN | 16 | | MG/DL | 6-20 |
| SODIUM | 136 | | MMOL/L | 135-145 |
| POTASSIUM | 4.2 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | | 97 L | MMOL/L | 98-108 |
| CO2 CONTENT | 31 | | MMOL/L | 24-32 |
| GLUCOSE | | 152 H | MG/DL | 65-110 |
| CREATININE | 0.99 | | MG/DL | 0.50-1.50 |
| ANION GAP | 8 | | MMOL/L | 3-11 |
| CALCIUM | 9.5 | | MG/DL | 8.6-10.6 |
| BUN/CREAT RATIO | 16.2 | | | 12-20 |

Credited Orders:
MICROALB CREAT RANDO      REQUEST CREDITED
                          ORDER ENTERED INCORRECTLY. PATIENT CREDITED.

End of Report

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU _____ 1/4/15
MD REVIEWED _____
FILE _____
OTHER _____

DEAN, WILLIAM N21885          12/31/2015 07:01                                      D251

IDOC Taylorville Med Recs 001500

```
Taylorville Correctional Center          UNIVERSITY OF ILLINOIS        840 South Wood Street
Route 29 South                           Hospital & Health Sciences System   Room 170 (M/C 750)
P.O. Box 1000                                                          Chicago, Illinois 60612
Taylorville, IL  62568                                                 PH # (877) FOR-LABS
                                                                       Lanne Maes, M.D., Director
```

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | | A251-21885 | 08/29/1960 | M | Final | D251 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | | PAGE |
| GAUEN, RALPH | | 01/06/2016 09:00 | 01/06/2016 23:23 | 01/07/2016 15:01 | | 1 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | |
| A251.435 | | | | | | |
| COMMENTS: | | | | | | |

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| HB A1C | 5.9 | | % | 4.0-6.0 |

End of Report

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HC
MD REVIEWED  1-8-2016

Ralph E. Gauen, MD

DEAN, WILLIAM N21885          01/07/2016 15:01                D251

```
Taylorville Correctional Center         UNIVERSITY OF ILLINOIS      840 South Wood Street
Route 29 South                          Hospital & Health Sciences System   Room 170 (M/C 750)
P.O. Box 1000                                                        Chicago, Illinois 60612
Taylorville, IL  62568                                               PH # (877) FOR-LABS
                                                                     Lanne Maes, M.D., Director
```

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | | A251-21885 | 08/29/1960 | M | Final | D251 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | | PAGE |
| | | 01/07/2016 10:45 | 01/07/2016 23:00 | 01/08/2016  7:01 | | 1 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | |
| A251.453 | | | | | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| URINALYSIS | | | | |
| URINE COLOR | LIGHT RED | | | |
| URINE CLARITY | CLEAR | | | |
| URINE SP GRAV | 1.007 | | | 1.003-1.035 |
| URINE PH | 6.5 | | | 5.0-8.0 |
| URINE PROTEIN | | 30 | MG/DL | NEG |
| URINE GLUCOSE | NEGATIVE | | MG/DL | NEG |
| URINE KETONES | NEGATIVE | | MG/DL | NEG |
| URINE BILIRUB | NEGATIVE | | | NEG |
| NITRITE | NEGATIVE | | | NEG |
| UROBILINOGEN | NORMAL | | EU/DL | 0.1-1 |
| URINE BLOOD | | LARGE | | NEG |
| URINE RBC'S | | 116 H | /HPF | 0-2 |
| URINE WBC'S | | 7 H | /HPF | 0-5 |
| BACTERIA | | RARE | | NONE |
| LEUK ESTERASE | NEGATIVE | | | NEG |

End of Report

```
TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU ___1/8/16___
MD REVIEWED _____
FILE _____
OTHER _____
```

DEAN, WILLIAM N21885                01/08/2016 07:01                        D251

3:17-cv-03112-JES-JEH   # 100-11   Page 19 of 20

Taylorville Correctional Center  
Route 29 South  
P.O. Box 1000  
Taylorville, IL 62568


UNIVERSITY OF ILLINOIS  
Hospital & Health Sciences System  
840 South Wood Street  
Room 170 (M/C 750)  
Chicago, Illinois 60612  
PH # (877) FOR-LABS  
Lanne Maes, M.D., Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | A251-21885 | 08/29/1960 | M | Final | D251 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
|  | 02/16/2016 09:00 | 02/16/2016 23:30 | 02/17/2016 7:01 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A251.750 |  |  |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| **BLOOD COUNT** | | | | |
| WBC | 11.8 | | K/UL | 3.9-12.0 |
| RBC | 4.26 | | M/UL | 4.00-6.10 |
| HGB | | 10.9 L | GM/DL | 13.2-18.0 |
| HCT | | 33.8 L | % | 38.0-55.0 |
| MCV | | 79.4 L | FL | 80.0-99.0 |
| MCH | | 25.5 L | PG | 26.0-35.0 |
| MCHC | 32.1 | | GM/DL | 32.0-37.0 |
| RDW | | 18.2 H | % | 11.6-15.0 |
| PLT | 280 | | K/UL | 150-450 |
| MPV | 9.3 | | FL | 6.5-11.0 |
| **DIFFERENTIAL** | | | | |
| METHOD | AUTOMATED DIFF | | | |
| % NEUTROPHIL | 73.1 | | % | |
| % LYMPHOCYTE | 11.3 | | % | |
| % MONOCYTE | 14.4 | | % | |
| % EOSINOPHIL | 0.6 | | % | |
| % BASOPHIL | 0.6 | | % | |
| NEUTROPHIL | | 8.6 H | K/UL | 1.3-7.5 |
| LYMPHOCYTE | 1.3 | | K/UL | 1.3-4.2 |
| MONOCYTE | | 1.7 H | K/UL | 0.2-1.0 |
| EOSINOPHIL | 0.1 | | K/UL | 0.0-0.5 |
| BASOPHIL | 0.1 | | K/UL | 0.0-0.15 |

End of Report

TAYLORVILLE CORRECTIONAL CENTER  
DATE REC'D HOU: 2/17/16  
MD REVIEWED: W A Loot  
FILE  
OTHER

DEAN, WILLIAM N21885        02/17/2016 07:01                    D251

IDOC Taylorville Med Recs 001503

```
Taylorville Correctional Center        UNIVERSITY OF ILLINOIS      840 South Wood Street
Route 29 South                         Hospital & Health Sciences System   Room 170 (M/C 750)
P.O. Box 1000                                                       Chicago, Illinois 60612
Taylorville, IL  62568                                              PH # (877) FOR-LABS
                                                                    Lanne Maes, M.D., Director
```

FASTING: Y

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | A251-21885 | 08/29/1960 | M | Final | D251 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
|  | 02/26/2016 05:00 | 02/26/2016 23:30 | 03/07/2016 13:30 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A251.825 | | |

COMMENTS:

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU _____ 3/8/16 _____
MD REVIEWED _____

| Diagnostic Procedure | Result In Range | Result Out of Range | FILE OTHER | Units | Reference Range |
|---|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | | |
| BLOOD UREA NITROGEN | 17 | | | MG/DL | 6-20 |
| SODIUM | 138 | | | MMOL/L | 135-145 |
| POTASSIUM | 4.8 | | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 100 | | | MMOL/L | 98-108 |
| GLUCOSE | 98 | | | MG/DL | 65-110 |
| CREATININE | 1.24 | | | MG/DL | 0.50-1.50 |
| CALCIUM | 9.7 | | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 7.2 | | | G/DL | 6.0-8.0 |
| ALBUMIN | 3.7 | | | GM/DL | 3.4-5.0 |
| BILIRUBIN, TOTAL | 0.5 | | | MG/DL | 0-1.2 |
| ALK PHOS | 73 | | | U/L | 40-125 |
| AST | 13 | | | U/L | 10-40 |
| CO2 CONTENT | 28 | | | MMOL/L | 24-32 |
| ANION GAP | 10 | | | MMOL/L | 3-11 |
| ALT | 12 | | | U/L | 10-50 |
| BUN/CREAT RATIO | 13.7 | | | | 12-20 |
| LIPIDS | | | | | |
| CHOLESTEROL | 145 | | | MG/DL | 100-200 |
| (NOTE) | | | | | |

```
Cholesterol(mg/dl):
       <200                    DESIRABLE
       200-239                 BORDERLINE HIGH
       >239                    HIGH
```

| TRIGLYCERIDE | 108 | | | MG/DL | 45-150 |
|---|---|---|---|---|---|
| (NOTE) | | | | | |

```
Triglycerides (mg/dl):
       <150                    NORMAL
       150-199                 BORDERLINE HIGH
       200-499                 HIGH
       >499                    VERY HIGH

Triglyceride measurement must be performed on a specimen
obtained from a fasting individual.
```

| HDL | | 28 L | | MG/DL | 40-60 |
|---|---|---|---|---|---|
| (NOTE) | | | | | |

Continued on the next page
DEAN, WILLIAM N21885                03/07/2016 13:30                D251

IDOC Taylorville Med Recs 001504