```
Taylorville Correctional Center          UNIVERSITY OF ILLINOIS        840 South Wood Street
Route 29 South                           Hospital & Health Sciences System   Room 170 (M/C 750)
P.O. Box 1000                                                           Chicago, Illinois 60612
Taylorville, IL  62568                                                  PH # (877) FOR-LABS
                                                                        Lanne Maes, M.D., Director
```

FASTING: Y

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | A251-21885 | 08/29/1960 | M | Final | D251 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
|  | 02/26/2016 05:00 | 02/26/2016 23:30 | 03/07/2016 13:30 | 2 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A251.825 | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| | HDL <40 mg/dl is low and constitutes a coronary heart disease risk factor. | | | |
| | HDL >59 mg/dl is a negative risk factor for coronary heart disease. | | | |
| LDL, CALCULATED | 95 | | MG/DL | 50-129 |
| BLOOD COUNT | | | | |
| WBC | 7.5 | | K/UL | 3.9-12.0 |
| RBC | 4.13 | | M/UL | 4.00-6.10 |
| HGB | | 10.4 L | GM/DL | 13.2-18.0 |
| HCT | | 32.5 L | % | 38.0-55.0 |
| MCV | | 78.7 L | FL | 80.0-99.0 |
| MCH | | 25.1 L | PG | 26.0-35.0 |
| MCHC | | 31.9 L | GM/DL | 32.0-37.0 |
| RDW | | 18.0 H | % | 11.6-15.0 |
| PLT | 364 | | K/UL | 150-450 |
| MPV | 8.6 | | FL | 6.5-11.0 |
| DIFFERENTIAL | | | | |
| METHOD | AUTOMATED DIFF | | | |
| % NEUTROPHIL | 68.3 | | % | |
| % LYMPHOCYTE | 18.2 | | % | |
| % MONOCYTE | 9.7 | | % | |
| % EOSINOPHIL | 3.1 | | % | |
| % BASOPHIL | 0.7 | | % | |
| NEUTROPHIL | 5.1 | | K/UL | 1.3-7.5 |
| LYMPHOCYTE | 1.4 | | K/UL | 1.3-4.2 |
| MONOCYTE | 0.7 | | K/UL | 0.2-1.0 |
| EOSINOPHIL | 0.2 | | K/UL | 0.0-0.5 |
| BASOPHIL | 0.1 | | K/UL | 0.0-0.15 |

End of Report

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU _3/8/16_
MD REVIEWED _NPwns_
FILE _✓_
OTHER _____

DEAN, WILLIAM N21885          03/07/2016 13:30                              D251

```
Taylorville Correctional Center          UNIVERSITY OF ILLINOIS      840 South Wood Street
Route 29 South                           Hospital & Health Sciences System   Room 170 (M/C 750)
P.O. Box 1000                                                         Chicago, Illinois 60612
Taylorville, IL  62568                                                PH # (877) FOR-LABS
                                                                      Lanne Maes, M.D., Director
```

FASTING: U

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | A251-21885 | 08/29/1960 | M | Final | D251 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| GAUEN, RALPH | 03/24/2016 09:00 | 03/24/2016 23:00 | 03/25/2016 7:01 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A251.2670 | | |

COMMENTS:

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU _____
MD REVIEWED _____
FILE _____
OTHER _____

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| MICROALB CREAT RANDO | | | | |
| URINE ALBUMIN CONCEN | 1.6 | | MG/DL | |
| CREAT CONC | 19.3 | | | |
| MICROALB/CREAT RATIO | | 83 H | MG/G CREAT | 0-30 |
| BLOOD COUNT | | | | |
| WBC | 8.7 | | K/UL | 3.9-12.0 |
| RBC | | 3.86 L | M/UL | 4.00-6.10 |
| HGB | | 9.5 L | GM/DL | 13.2-18.0 |
| HCT | | 30.2 L | % | 38.0-55.0 |
| MCV | | 78.1 L | FL | 80.0-99.0 |
| MCH | | 24.6 L | PG | 26.0-35.0 |
| MCHC | | 31.4 L | GM/DL | 32.0-37.0 |
| RDW | | 17.9 H | % | 11.6-15.0 |
| PLT | 325 | | K/UL | 150-450 |
| MPV | 9.0 | | FL | 6.5-11.0 |
| DIFFERENTIAL | | | | |
| METHOD | AUTOMATED DIFF | | | |
| % NEUTROPHIL | 69.8 | | % | |
| % LYMPHOCYTE | 16.5 | | % | |
| % MONOCYTE | 8.7 | | % | |
| % EOSINOPHIL | 4.2 | | % | |
| % BASOPHIL | 0.8 | | % | |
| NEUTROPHIL | 6.0 | | K/UL | 1.3-7.5 |
| LYMPHOCYTE | 1.4 | | K/UL | 1.3-4.2 |
| MONOCYTE | 0.8 | | K/UL | 0.2-1.0 |
| EOSINOPHIL | 0.4 | | K/UL | 0.0-0.5 |
| BASOPHIL | 0.1 | | K/UL | 0.0-0.15 |

End of Report

DEAN, WILLIAM N21885           03/25/2016 07:01                    D251



# Non-Preferred Lab Request
## Illinois

**INSTRUCTIONS:**
This form should be completed by the requesting practitioner. Please be sure to complete this form in its entirety.
- Send completed forms to the assigned Corporate/Regional Medical Director by email
   - Primary – Dr. Neil Fisher at nfisher@wexfordhealth.com – Dr. Fisher's phone number is 602-501-4281
   - Back-up – Dr. Rod Matticks at rmatticks@wexfordhealth.com or Dr. Art Funk at afunk@wexfordhealth.com
   - Only if email is not an option send to Dr. Fisher's virtual fax number @ 602-532-7216
- When sending in a non-preferred lab test request please include in the email subject line:
   - NON-PREFERRED LAB REQUEST – PATIENT'S LAST NAME, PATIENT'S FIRST NAME – ID # - FACILITY
   - Please include only 1 patient per form
- The Corporate/Regional Medical Director will inform the requesting provider of the decision via email within 48 hours.
- The non-preferred lab should be ordered following approval.
- Please give a copy of the APPROVED Non-Preferred Lab Request Form to the person who will be performing the lab test on the patient.
- Requests of an urgent nature should be discussed with a Regional or Corporate Medical Director by email or telephone.
- Please note that this process and obtaining approval does not apply for urgent medical needs or for stat labs.

### ON-SITE PRESCRIBING PRACTITIONER'S CONTACT INFORMATION

| Prescribing practitioner's name | Prescribing practitioner's phone number | Prescribing practitioner's preferred email address |
|---|---|---|
| DR. NAWOOR | 217-824-4004 | Abdur.Nawoor@doc.illinois.gov |

| Prescribing practitioner's email address to send approval/denial | Facility | Date of Request |
|---|---|---|
| Abdur.Nawoor@doc.illinois.gov | TAYLORVILLE | 2/29/16 |

### PATIENT INFORMATION

| Patient name | Patient ID (Offender #) | Facility |
|---|---|---|
| Dean, William | N21885 | TAYLORVILLE |

☐ Request discussed with and approved by the facility's medical director

### REQUESTED NON-PREFERRED LAB

**PSA**

Name of non-formulary lab or labs being requested

Reason why a non-formulary lab is necessary or why the current standard of care does not apply (attach any pertinent clinical documentation):
Requested by Dr. Severino, urologist, prior to cystoscopy

### FOR WEXFORD HEALTH'S CORPORATE OR REGIONAL MEDICAL DIRECTOR USE ONLY

☒ Approved   ☐ Denied

Reason for Decision:

| Reviewing Corporate/Regional Medical Director | Date of decision |
|---|---|
| Dr. Neil Fisher | 3-30-16 |

...orville Correctional Center
Route 29 South
P.O. Box 1000
Taylorville, IL  62568

**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | A251-21885 | 08/29/1960 | M | Final | D251 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| | 03/30/2016 12:15 | 03/30/2016 23:00 | 04/05/2016  9:01 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A251.2718 | | |

COMMENTS:

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU _____ 4/2/16
MD REVIEWED _____
FILE _____
OTHER _____

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| **BASIC METABOLIC PROF** | | | | |
| BLOOD UREA NITROGEN | 20 | | MG/DL | 6-20 |
| SODIUM | 136 | | MMOL/L | 135-145 |
| POTASSIUM | 4.3 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | | 97 L | MMOL/L | 98-108 |
| CO2 CONTENT | 26 | | MMOL/L | 24-32 |
| GLUCOSE | | 165 H | MG/DL | 65-110 |
| CREATININE | 1.17 | | MG/DL | 0.50-1.50 |
| ANION GAP | | 13 H | MMOL/L | 3-11 |
| CALCIUM | 9.4 | | MG/DL | 8.6-10.6 |
| BUN/CREAT RATIO | 17.1 | | | 12-20 |
| PROSTATE SPECIFIC AG | 0.3 | | NG/ML | 0.0-3.9 |

(NOTE)
PSA TEST FOLLOW-UP RECOMMENDATIONS
(from the UIC Prostate Cancer Working Group)

PSA (ng/ml):
&lt;1.0      Repeat in 3 years if High-Risk and age &gt;50.
         Repeat in 5 years if Average Risk.
1.0-2.5   Repeat in 2 years if High-Risk.
         Repeat in 3 years if Average Risk.
2.6-4.0   Repeat in 1 year.
&gt;4.0      Refer to Urology for evaluation.

- High Risk: African-American, 1st degree relative with prostate
  cancer, known BRCA mutation.
- STOP testing at age 70 (consider earlier or later stop, based on
  life expectancy) or (10 years).
- Strongly consider referral for PSA increase =&gt;2.0 ng/ml per year
  or abnormal digital rectal exam.
- Patient should make an informed decision based on the risks and
  benefits of cancer screening with PSA.

Continued on the next page
DEAN, WILLIAM N21885        04/05/2016 09:01                          D251

| Taylorville Correctional Center<br>Route 29 South<br>P.O. Box 1000<br>Taylorville, IL 62568 | UNIVERSITY OF ILLINOIS<br>Hospital & Health Sciences System | 840 South Wood Street<br>Room 170 (M/C 750)<br>Chicago, Illinois 60612<br>PH # (877) FOR-LABS<br>Lanne Maes, M.D., Director |
|---|---|---|

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | A251-21885 | 08/29/1960 | M | Final | D251 |
| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | | PAGE |
| | 03/30/2016 12:15 | 03/30/2016 23:00 | 04/05/2016 9:01 | | 2 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | |
| A251.2718 | | | | | |

COMMENTS:

| Diagnostic Procedure | Result | | Units | Reference Range |
|---|---|---|---|---|
| | In Range | Out of Range | | |

End of Report

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU _____
MD REVIEWED _____
FILE _____
OTHER _____

DEAN, WILLIAM N21885                04/05/2016  09:01                D251

```
Taylorville Correctional Center        University of Illinois    840 South Wood Street
Route 29 South                         Hospital & Health Sciences System   Room 170 (M/C 750)
P.O. Box 1000                                                    Chicago, Illinois 60612
Taylorville, IL  62568                                           PH # (877) FOR-LABS
                            FASTING: U                           Lanne Maes, M.D., Director
```

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | A251-21885 | 08/29/1960 | M | Final | D251 |
| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | | PAGE |
| GAUEN, RALPH | 04/05/2016 05:00 | 04/05/2016 23:00 | 04/06/2016 15:01 | | 1 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | |
| A251.2776 | | | | | |

COMMENTS:

|  | Result |  |  |  |
|---|---|---|---|---|
| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |
| MICROALB CREAT RANDO | | | | |
|   URINE ALBUMIN CONCEN | 7.9 | | MG/DL | |
|   CREAT CONC | 86.1 | | | |
|   MICROALB/CREAT RATIO | | 92 H | MG/G CREAT | 0-30 |
| HB A1C | 5.9 | | % | 4.0-6.0 |
| URINALYSIS | | | | |
|   URINE COLOR | YELLOW | | | |
|   URINE CLARITY | CLEAR | | | |
|   URINE SP GRAV | 1.016 | | | 1.003-1.035 |
|   URINE PH | 6.5 | | | 5.0-8.0 |
|   URINE PROTEIN | | TRACE | MG/DL | NEG |
|   URINE GLUCOSE | NEGATIVE | | MG/DL | NEG |
|   URINE KETONES | NEGATIVE | | MG/DL | NEG |
|   URINE BILIRUB | NEGATIVE | | | NEG |
|   NITRITE | NEGATIVE | | | NEG |
|   UROBILINOGEN | NORMAL | | EU/DL | 0.1-1 |
|   URINE BLOOD | NEGATIVE | | | NEG |
|   URINE RBC'S | 2 | | /HPF | 0-2 |
|   URINE WBC'S | 3 | | /HPF | 0-5 |
|   BACTERIA | NONE | | | NONE |
|   LEUK ESTERASE | NEGATIVE | | | NEG |
|   SQUAMOUS EPI'S | <1 | | /HPF | |

End of Report

```
TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU   4/7/16
MD REVIEWED     [signature]
FILE
OTHER
```

DEAN, WILLIAM N21885                    04/06/2016 15:01                         D251

```
Taylorville Correctional Center        UNIVERSITY OF ILLINOIS      840 South Wood Street
Route 29 South                         Hospital & Health Sciences System   Room 170 (M/C 750)
P.O. Box 1000                                                       Chicago, Illinois 60612
Taylorville, IL  62568                                              PH # (877) FOR-LABS
                                                                    Lanne Maes, M.D., Director
```

FASTING: Y

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | | A251-21885 | 08/29/1960 | M | Final | D251 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | | PAGE |
| | | 04/18/2016 05:00 | 04/18/2016 23:00 | 04/19/2016  9:00 | | 1 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | |
| A251.3713 | | | | | | |
| COMMENTS: | | | | | | |

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| BASIC METABOLIC PROF | | | | |
| BLOOD UREA NITROGEN | | 21 H | MG/DL | 6-20 |
| SODIUM | 139 | | MMOL/L | 135-145 |
| POTASSIUM | 4.1 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 103 | | MMOL/L | 98-108 |
| CO2 CONTENT | 26 | | MMOL/L | 24-32 |
| GLUCOSE | 95 | | MG/DL | 65-110 |
| CREATININE | 1.32 | | MG/DL | 0.50-1.50 |
| ANION GAP | 10 | | MMOL/L | 3-11 |
| CALCIUM | 9.1 | | MG/DL | 8.6-10.6 |
| BUN/CREAT RATIO | 15.9 | | | 12-20 |

End of Report

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D
MD REVIEWED
FILE
OTHER

DEAN, WILLIAM N21885        04/19/2016 09:00                    D251

```
Taylorville Correctional Center          UNIVERSITY OF ILLINOIS      840 South Wood Street
Route 29 South                           Hospital & Health Sciences System   Room 170 (M/C 750)
P.O. Box 1000                                                        Chicago, Illinois 60612
Taylorville, IL  62568                                               PH # (877) FOR-LABS
                                                                     Lanne Maes, M.D., Director
```

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | | A251-21885 | 08/29/1960 | M | Final | D251 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | | PAGE |
| GAUEN, RALPH | | 05/09/2016 11:35 | 05/09/2016 23:30 | 05/10/2016 9:01 | | 1 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | |
| A251.3827 | | | TAYLORVILLE CORRECTIONAL CENTER | | | |
| COMMENTS: | | | DATE REC'D HCU 5/10/16 | | | |
| | | | MD REVIEWED  N own wg | | | |
| | | | FILE ✓ | | | |
| | | | OTHER | | | |

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| BASIC METABOLIC PROF | | | | |
| BLOOD UREA NITROGEN | | 26 H | MG/DL | 6-20 |
| SODIUM | 136 | | MMOL/L | 135-145 |
| POTASSIUM | 4.5 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | | 97 L | MMOL/L | 98-108 |
| CO2 CONTENT | 26 | | MMOL/L | 24-32 |
| GLUCOSE | 88 | | MG/DL | 65-110 |
| CREATININE | | 1.51 H | MG/DL | 0.50-1.50 |
| ANION GAP | | 13 H | MMOL/L | 3-11 |
| CALCIUM | 9.3 | | MG/DL | 8.6-10.6 |
| BUN/CREAT RATIO | 17.2 | | | 12-20 |
| BLOOD COUNT | | | | |
| WBC | 10.7 | | K/UL | 3.9-12.0 |
| RBC | 4.31 | | M/UL | 4.00-6.10 |
| HGB | | 10.2 L | GM/DL | 13.2-18.0 |
| HCT | | 32.8 L | % | 38.0-55.0 |
| MCV | | 76.3 L | FL | 80.0-99.0 |
| MCH | | 23.8 L | PG | 26.0-35.0 |
| MCHC | | 31.1 L | GM/DL | 32.0-37.0 |
| RDW | | 18.3 H | % | 11.6-15.0 |
| PLT | 263 | | K/UL | 150-450 |
| MPV | 9.4 | | FL | 6.5-11.0 |
| DIFFERENTIAL | | | | |
| METHOD | AUTOMATED DIFF | | | |
| % NEUTROPHIL | 73.6 | | % | |
| % LYMPHOCYTE | 10.7 | | % | |
| % MONOCYTE | 13.9 | | % | |
| % EOSINOPHIL | 1.0 | | % | |
| % BASOPHIL | 0.8 | | % | |
| NEUTROPHIL | | 7.9 H | K/UL | 1.3-7.5 |
| LYMPHOCYTE | | 1.1 L | K/UL | 1.3-4.2 |
| MONOCYTE | | 1.5 H | K/UL | 0.2-1.0 |
| EOSINOPHIL | 0.1 | | K/UL | 0.0-0.5 |
| BASOPHIL | 0.1 | | K/UL | 0.0-0.15 |

End of Report

```
DEAN, WILLIAM N21885        05/10/2016 09:01                          D251
```

Taylorville Correctional Center
Route 29 South
P.O. Box 1000
Taylorville, IL  62568

**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| DEAN, WILLIAM N21885 | A251-21885 | 08/29/1960 | M | Final | D251 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | | PAGE |
|---|---|---|---|---|---|
| GAUEN, RALPH | 05/10/2016 12:50 | 05/10/2016 23:30 | 05/11/2016 | 7:02 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | |
|---|---|---|---|---|---|
| A251.3851 | | | | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| FERRITIN | 208 | | NG/ML | 10-259 |
| IRON PROF | | | | |
| IRON | | 11 L | MCG/DL | 50-180 |
| TRANSFERRIN | 200 | | MG/DL | 200-400 |
| TOTAL IRON BIND CAPA | 280 | | MCG/DL | 250-450 |
| % TRANSFERRIN SATURA | | 4 L | % | 20-50 |

End of Report

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU
MD REVIEWED
FILE
OTHER

DEAN, WILLIAM N21885        05/11/2016 07:01        D251

NOV/14/2016/MON 12:52 PM  Clinical                    FAX No. 814-703-8076                    P. 002/002

3:17-cv-03112-JES-JEH   # 100-12   Page 10 of 17

Date: 10/24/2016  Time: 1:27 PM  To: 14129271300                                              1/1

178248075                                                         11:42:02   10-24-2016    7/7



# Wexford Health
### SOURCES INCORPORATED

# Non-Formulary Drug Request

**INSTRUCTIONS:**
This form should be completed by the prescribing practitioner. Please be sure to complete this form in its entirety.
- Submit completed forms to the Wexford Health Pharmacy Services Department by FAX (412-921-1300) or by e-mail (drug@wexfordhealth.com)
- Wexford Health will forward approved requests to the facility medical director and to the pharmacy.
- We will return denied requests to the facility medical director and to the prescribing practitioner. Wexford Health will review one (1) appeal of the decision.

## PRESCRIBING PRACTITIONER & PATIENT CONTACT INFORMATION

| Prescribing practitioner name: Nawoor | Prescribing practitioner phone number: 217-824-4004 | Prescribing practitioner FAX number: |
|---|---|---|
| Patient name: Dean William | Patient ID (Offender #): N21885 | Facility: Taylorville |
| Facility medical director name: Nawoor | Facility medical director phone number: (217) 824-4004 | Facility medical director FAX number: (217) 824-8075 |
| Specialist name (if applicable): | Specialist phone number: | Area of specialty: |

## CURRENT DIAGNOSIS & MEDICATION

Medical condition/diagnosis being treated:

Wexford Health formulary medication(s) previously used:                Length of time formulary medication was used:

Dosage of formulary medication:                                        Schedule of formulary medication:

## REQUESTED NON-FORMULARY MEDICATION

| Name of non-formulary medication being requested: Parolamib | Proposed dosage of non-formulary medication: 800 |
|---|---|
| Proposed schedule of non-formulary medication: QD | Proposed duration of non-formulary medication: per 4 mths |

Reason why a non-formulary medication is necessary or why the current standard of care does not apply (attach clinical documentation, e.g., culture & sensitivity, etc.):

Renal Ca rwds to treat

Signature of requesting practitioner: [signed]                         Date of request: 10/15/16

## FOR WEXFORD HEALTH CORPORATE PHARMACY SERVICES DEPARTMENT USE ONLY

☐ Approved 6 months   ☐ Approved Lifetime   ☒ Approved Other ____   ☐ Need more information   ☐ Denied

Reason for decision:
Currently being reviewed by Wexford
Approve x 4 months
per Wexford

Signature of reviewing practitioner: [signed] Pharm.D.   Date of decision: 10/24/16   Name of reviewing practitioner (please print):

[signed] Pharm.D.  11-14-16

Non-Formulary Drug Request Form (revised 05/2010)

IDOC Taylorville Med Recs 001678

Feb 03 2016 01:43PM CIRA 2176793129                 page 4



### CENTRAL ILLINOIS RADIOLOGICAL ASSOCIATES, LTD.

319 E Madison, Suite J
Springfield, IL 62701

**NAME:** DEAN WILLIAM
**BIRTHDATE:** 8/29/1960
**Patient #:** N21885
**Facility:** Taylorville
**PHYSICIAN:** Dr. NAWOOR
**EXAM:** ABD_RENAL
**EXAM DATE:** 2/2/2016 9:37 AM

Exam Date: 2/2/2016.

Indications:
History of right renal stones. Hematuria.

Technique:
Ultrasound the kidneys and bladder was performed with grayscale imaging and color Doppler flow.

Comparison:
None.

Findings:
Right kidney:
15.2 x 7.2 x 9.0 cm. No mass lesions or evidence of hydronephrosis. Normal flow on Doppler.

Left kidney:
13.3 x 5.6 x 7.0 cm. Mild cortical thinning. No mass lesions or evidence of hydronephrosis. Normal flow on Doppler.

Bladder:
No sonographic evidence of an intraluminal mass lesion. No definite bladder wall thickening identified.

IMPRESSION:

Possible mild left renal cortical thinning. No renal mass lesions or evidence of hydronephrosis.

No sonographic evidence of an intraluminal mass lesion within the bladder.

Electronically Signed by Anton Johnson, M.D.
Anton Johnson, M.D.
/

Electronically Signed on 2/3/2016 10:23 AM

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU  2/3/16
MD REVIEWED    N or ____
FILE ____
OTHER ____

IDOC Taylorville Med Recs 001680

2016-04-19 10:12   TMH HIM DEPARTMENT   1659 >>

# Taylorville Memorial Hospital

201 East Pleasant
Taylorville, IL 62568
(217) 824-3331

## RADIOLOGY DEPARTMENT

Name: Dean, William N21885
DOB: 08/29/1960
Doctor: William Severino
Ordering Doctor: William Severino
Accession Number: 641250420160412

Patien No.: 303745
Age/Sex: 55 / M
Room No.:

Adm Date: 04/12/2016
MR #: 080976
Patient Type: OP
Family Doctor:
Date of Service: 04/12/2016

**EXAMINATION:** CT ABDOMEN and PELVIS with and without IV contrast

**HISTORY:** History of gross hematuria for 31 days, which has since resolved. History of kidney stones. History of right hernia repair.

**COMPARISON:** 8/15/2014

**TECHNIQUE:** CT of the abdomen and pelvis was performed with and without contrast. Coronal and sagittal reformatted images were obtained. 100mL of Isovue 370 was administered intravenously through a right hand IV.

**FINDINGS:**
The heart size is normal. There is no evidence of a pericardial effusion. Pacemaker lead wires are noted. There are atherosclerotic changes of the aorta and coronary vessels. There is no definite evidence of a pleural effusion. There is a calcified granuloma in the right middle lobe. There is mild bibasilar subsegmental atelectasis and scarring.

On the noncontrast images, there is no evidence of ureteral stones. There is a 0.7cm nonobstructing calculus in the upper pole of the left kidney.

There is enlargement of the right kidney with a large ill-defined hypoattenuating mass involving the majority of the right kidney measuring at least 13.1 x 5.8cm (axial image 64). There is nonspecific fat stranding surrounding the right kidney. There is mild normal functioning kidney noted in the inferior pole of the right kidney. There is nonenhancing thrombus in the or inferior vena cava, which is likely bland thrombus. The thrombus extends superiorly to the level of the superior aspect of the intrahepatic IVC. There is enlargement of the inferior vena cava. The right renal collecting system is not well opacified with contrast, therefore cannot be evaluated.

There are multiple prominent sub-centimeter retroperitoneal lymph nodes with the largest measuring 0.90cm in the retrocaval region (axial image 71).

There is normal excretion of contrast from the left renal collecting system with no definite evidence of a filling defect identified within the opacified portions of left renal collecting system. There is a stable too small to characterize hypoattenuating lesion in the lower pole of the left kidney measuring 0.8cm. There is mild circumferential thickening of the urinary bladder. The prostate gland measures 4.7cm.

ABDUR NAWOOR

IDOC Taylorville Med Recs 001681

2016-04-19 10:12    TMH HIM DEPARTMENT              1659 >>        2178248075   P 3/3

**Taylorville Memorial Hospital**

201 East Pleasant
Taylorville, IL 62568
(217) 824-3331

## RADIOLOGY DEPARTMENT

Name: Dean, William N21885           Patien No.: 303745         Adm Date: 04/12/2016
DOB: 08/29/1960                      Age/Sex: 55 / M            MR #: 080976
Doctor: William Severino             Room No.:                  Patient Type: OP
Ordering Doctor: William Severino                               Family Doctor:
Accession Number: 641250420160412                               Date of Service: 04/12/2016

The liver is normal in appearance, with no focal abnormalities. There is no intrahepatic or extrahepatic biliary ductal dilatation. The spleen, pancreas, and adrenal glands are normal. There is cholelithiasis.

There is no evidence of a bowel obstruction. The appendix is well seen and demonstrates no evidence of appendicitis. There is a fat containing umbilical hernia. There is colonic diverticulosis without definite evidence of diverticulitis.

There is no free air or free fluid in the abdomen or pelvis.

There are no aggressive appearing osseous lesions. There are degenerative changes the spine. There is likely a bone island in the right femoral neck.

IMPRESSION:
1. Faceless appearance of the right kidney with a large ill defined mass in the upper pole of the right kidney with replacement of the majority of the right renal parenchyma. Findings are concerning for urothelial carcinoma versus less likely consideration of renal cell carcinoma.
2. Nonenhancing thrombus is noted in the inferior vena cava extending superiorly to the level of the superior aspect of the intrahepatic inferior vena cava.
3. Multiple prominent sub-centimeter nonspecific retroperitoneal lymph nodes.
4. Cholelithiasis.

Findings were discussed with Dr. Severino by Dr. Shah at 1352 hours on 4/13/2016.

```
*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
4/13/2016 1:53 PM:  Parvish Shah, D.O.
```

PS:ps

Parvish Shah, D.O.

RCM



IDOC Taylorville Med Recs 001682

## Taylorville Memorial Hospital

201 East Pleasant
Taylorville, IL 62568
(217) 824-3331

### RADIOLOGY DEPARTMENT

Name: Dean, William N21885
DOB: 08/29/1960
Doctor: A. Rahmon Nawoor, M.D.
Ordering Doctor: A. Rahmon Nawoor, M.D.
Accession Number: 641687820160608

Patien No.: 310174
Age/Sex: 55 / M
Room No.:

Adm Date: 06/08/2016
MR #: 080976
Patient Type: OP
Family Doctor:
Date of Service: 06/08/2016

CT chest abdomen and pelvis

History: Diagnosis right renal carcinoma in April 2016. No chemotherapy or radiation.

Comparison: Prior CT IVP dated April 12, 2016

TECHNIQUE: Oral contrast was given. Examination is performed after the intravenous administration of 100mL Isovue 370 injected uneventfully via catheter antecubital fossa.

Findings: Multilevel degenerative disc disease is seen in the thoracic and lumbar spine. A transitional vertebra is present at the lumbosacral junction

Cardiac pacemaker enters from the left.

Heart is normal in size. Calcified lymph nodes are seen in the mediastinum and bilateral hila. Moderate coronary artery calcification is present. Small amount of anteriorly situated partially loculated pericardial fluid or pericardial thickening is present.

Liver is diffusely enlarged. Multiple large hypodense lesions are seen within the liver both lobes largest situated posteriorly in the right lower lobe. Gallstones are present in the dependent portion of the gallbladder.

Lung windows demonstrate no alveolar infiltrates or pleural effusions. Small 6mm uncalcified pulmonary nodule is seen in the inferior aspect middle lobe lateral segment. Calcified granuloma is seen in the inferior middle lobe.

Bilateral gynecomastia is present.

Extensive intraluminal filling defect involves the inferior vena cava in its upper abdominal portion into its mid to distal intrahepatic portion.

Adrenals are normal. Left kidney and demonstrates a small nonobstructing calculus in its upper pole aspect measuring 4-5mm in greatest extent.

The majority of the left kidney is replaced by a large multilobulated heterogeneous mass sparing only the lower pole aspect representing a malignant neoplasm. Intraluminal filling defect is seen in the renal vein extending into the inferior vena cava. Inferior vena cava proximal to this area is collapsed. Perinephric fat stranding is

# Taylorville Memorial Hospital

201 East Pleasant
Taylorville, IL 62568
(217) 824-3331

## RADIOLOGY DEPARTMENT

Name: Dean, William N21885  Patien No.: 310174  Adm Date: 06/08/2016
DOB: 08/29/1960  Age/Sex: 55 / M  MR #: 080976
Doctor: A. Rahmon Nawoor, M.D.  Room No.:  Patient Type: OP
Ordering Doctor: A. Rahmon Nawoor, M.D.  Family Doctor:
Accession Number: 641687820160608  Date of Service: 06/08/2016

present. The mass has increased in size in the interval now measuring 14 x 7.1cm in perpendicular dimensions compared with the previous 13.1 x 5.8cm when measured in comparable location.

There is a moderate sized periumbilical omentum containing hernia present.

Diffuse urinary bladder wall thickening is present. Vascular calcification is seen in the pelvis and and femoral vessels. No pelvic adenopathy seen.

Impression:

Multilevel degenerative disc disease

Cardiac pacemaker

Small amount of asymmetric pericardial fluid or pericardial thickening

Widespread metastatic disease to liver increased in severity

Cholelithiasis

Indeterminate uncalcified pulmonary nodule

Prior granulomatous disease

Bilateral gynecomastia

Large renal cell carcinoma involving major portions of right kidney increased in size associated with extensive venous thrombosis extending from the hepatic vein into the distal superior portion of the intrahepatic inferior vena cava

Moderate sized periumbilical hernia

Diffuse urinary bladder wall thickening which could be due to obstructive uropathy

TAYLORVILLE CORRECTIONAL CENTER
DATE REC D HC __6\1\5\16__
MD REVIEWED __Nawoor__
FILE____
OTHER____

IDOC Taylorville Med Recs 001684

Page 4 of 4 Job - 401774 2016-06-08 13:48:47

Name: Dean, William N21885　　　　Patien No.: 310174　　　　Adm Date: 06/08/2016
DOB: 08/29/1960　　　　　　　　　 Age/Sex: 55 / M　　　　　 MR #: 080976
Doctor: A. Rahmon Nawoor, M.D.　　Room No.:　　　　　　　　 Patient Type: OP
Ordering Doctor: A. Rahmon Nawoor, M.D.　　Family Doctor:
Accession Number: 641687820160608　　　　Date of Service: 06/08/2016

```
*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
6/8/2016 1:44 PM:  George Magre, M.D.
```

GM:gm

George Magre, M.D.

TMH

IDOC Taylorville Med Recs 001685

WEXFORD HEALTH SOURCES INCORPORATED

To: Site Medical Director & HSA
From: Utilization Management
Date/Time: 03/03/2017 18:06:58
Subject: Inmate Name: DEAN, WILLIAM
Inmate Number: N21885
Site: TAYLORVILLE
Service:
    96413    CHEMO IV INFUSION 1 HR
    99212    OFFICE/OUTPATIENT VISIT EST

DELIVERED MAR 0 6 2017

NON APPROVED

Based upon a review of the information provided, it is my medical opinion that:

1. The above requested service is not authorized at this time based on the following:
    INSUFFICIENT INFORMATION

Comments:

PATIENT FOUND TO HAVE RENAL CA- S/P RIGHT RADICAL NEPHRECTOMY W/ IVC THROMBECTOMY VIA STERNOTOMY AND CHEVRON INCISION - SEEN BY DR SEVERINO IN POST-OP F/U 8/11/16- PER NOTE ? METS IN LIVER/ FAT - FELT PATIENT AT EXTREMELY HIGH RISK FOR RECURRENCE IF HE DOESNT ALREADY HAVE METASTATIC DISEASE - RECOMMENDED FOR ONCOLOGY EVAL AND PATIENT SEEN BY ONCOLOGY 8/26/16- RECOMMENDED AT THIS VISIT FOR WHOLE BODY BONE SCAN, FOR CT OF HEAD, CHEST, ABDOMEN AND PELVIS AND THEN TO F/U W/ ONCOLOGY W/ RESULTS- PATIENT SEEN BY ONCOLOGY IN F/U 9/22/16 - ? METASTATIC DISEASE TO LIVER - RECOMMENDED FOR BIOPSY OF LIVER MASSES BEFORE CONSIDERATION OF STARTING TIK INHIBITOR -S/P GUIDED NEEDLE BIOPSY OF LIVER MASSES BY INTERVENTIONAL RADIOLOGY @ DMH - THIS WAS COMPLETED 10/3/16- PER SITE RECEIVED CALL FROM ONCOLOGY REQUESTING F/U W/ THIS PATIENT TO DISCUSS BIOPSY RESULTS - PATIENT SEEN BY ONCOLOGY 10/19/16- PER NOTE PATIENT DOES HAVE METASTATIC RENAL CA- BIOPSY WAS POSITIVE FOR POORLY DIFFERENTIATED CA - STARTED ON VOTRIENT - RECENTLY HAD F/U CT DONE 2/10/17 AND PATIENT SAW ONCOLOGY 3/2/17 W/ RESULTS - PER ONCOLOGY NOTE - "PROGRESSION OF CANCER ON VOTRIENT" - "PLAN OPDIVO SALVAGE THERAPY NEXT WEEK " - RECEIVED REFERRAL REQUEST FOR ONCOLOGY F/U FOR CHEMO - CASE REVIEWED BY DR RITZ - NOT APPROVED FOR CHEMO/ONCOLOGY F/U AT THIS TIME - REQUEST FOR OPDIVO MUST GO THROUGH NON FORMULARY PROCESS

Signature of Appellant    Dr. Ritz

b. Appealed Decision:

From: _____
Dedicated Utilization Management Physician

5. ___ I want a second opinion of the denied appeal.
    Signature: _____    Date/Time: _____