**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE CENTRAL DISTRICT OF ILLINOIS

 3                    SPRINGFIELD DIVISION

 4                        -  -  -

 5    WILLIAM KENT DEAN,                )
                                        )
 6            Plaintiff,                )
                                        )
 7       v.                             )   Case No.
                                        )
 8    WEXFORD HEALTH SOURCES, INC.,     )   17-cv-3112
      DR. ABDUR NAWOOR and UNKNOWN      )
 9    HEALTHCARE EMPLOYEES,             )
                                        )
10            Defendants.               )
      -------------------------------

11

12

13                    DEPOSITION OF

14                  DR. ADAM METWALLI

15                  WASHINGTON, D.C.

16                SEPTEMBER 30, 2019

17

18    ATKINSON-BAKER, INC.
      (800) 288-3376
19    www.depo.com

20    REPORTED BY:  CATHERINE B. CRUMP
      FILE NO. AD09B2F
21

22
```

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE CENTRAL DISTRICT OF ILLINOIS
 3            SPRINGFIELD DIVISION
 4              - - -
 5   WILLIAM KENT DEAN,          )
 6        Plaintiff,             )
 7        v.              ) Case No.
 8   WEXFORD HEALTH SOURCES, INC.,  ) 17-cv-3112
     DR. ABDUR NAWOOR and UNKNOWN   )
 9   HEALTHCARE EMPLOYEES,       )
10        Defendants.       )
     ------------------------------
11
12
13
14      Videoconference deposition of DR. ADAM METWALLI,
15   taken on behalf of Defendant, at the law offices of
16   Jenner & Block, LLP, 1099 New York Avenue, N.W.,
17   Suite 900, Washington, D.C., commencing at 1:45 p.m.,
18   Monday, September 30, 2019, before Catherine B.
19   Crump, a Notary Public in and for the District of
     Columbia.
20
21
22
```

Page 2

I N D E X

WITNESS:  Dr. Adam Metwalli

| EXAMINATION | PAGE |
| --- | --- |
| By Mr. Rupcich: | 5, 148 |
| By Mr. Tyrrell: | 134 |
| By Mr. Strom: | 137 |

EXHIBITS

| NO. | DESCRIPTION | PAGE |
| --- | --- | --- |
| 1 - Curriculum Vitae, Adam Metwalli, M.D. | | 17 |
| 2 - August 27, 2010 E-mail from Adam Strom | | 33 |
| 3 - Offender Outpatient Progress Notes | | 34 |
| 4 - August 29, 2019 Engagement Letter | | 48 |
| 5 - August 30, 2019 E-mail from William Strom | | 48 |
| 6 - Amended Appendix: Index of Materials | | 50 |
| 7 - Report of Adam R. Metwalli, M.D. | | 52 |

Page 4

```
 1        A P P E A R A N C E S:
 2   FOR PLAINTIFF:
 3   JENNER & BLOCK, LLP
     BY:  WILLIAM STROM, ESQ.
 4   353 North Clark Street
     Chicago, Illinois  60654
 5   (312) 22-9350
 6   FOR DEFENDANTS:  (Via Videoconference)
 7   CASSIDAY, SCHADE, LLP
     BY:  JOSEPH N. RUPCICH, ESQ.
 8   111 North 6th Street, Suite 200
     Springfield, Virginia  62701
 9   (217) 572-1714
10   U.S. ATTORNEY'S OFFICE
     BY:  JEREMY TYRRELL, ESQ.
11   500 S. Second Street
     Springfield, Illinois  62701
12
13
14
15
16
17
18
19
20
21
22
```

Page 3

```
 1        P R O C E E D I N G S
 2   Whereupon,
 3        DR. ADAM METWALLI,
 4      having first been duly sworn,
 5      was examined and testified as follows:
 6
 7     EXAMINATION BY COUNSEL FOR DEFENDANTS
 8   BY MR. RUPCICH:
 9     Q.   Could you state and spell your name.
10     A.   My name is Adam Metwalli, A-D-A-M.
11   That's the first name.  The last name is Metwalli,
12   M-E-T-W-A-L-L-I.
13     Q.   What's your business address?
14     A.   2041 Georgia Avenue, Northwest, Suite
15   4-C-02, Washington, D.C.
16     Q.   Is that Howard --
17     A.   Howard University Hospital.
18     Q.   -- University?
19     A.   Correct.
20     Q.   Have you ever been deposed before,
21   Doctor?
22     A.   No.
```

Page 5

2 (Pages 2 to 5)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Q.   I'll give you a brief overview.  This is
a little weird with the video.  So I'm going to try
to pause before I start talking to make sure you're
done, and if you could give me a brief pause to make
sure I'm done before you answer.  That way, we can
try to not talk over each other.  That will make the
court reporter's job easier.

If you need a break at any point, let me know.
Just answer whatever question is pending and we can
go off the record for a break.  Does that -- and try
to answer with yes, no, an explanation.  Nods and
shakes are not preferred.

A.   Understood.

Q.   Fair?

A.   Got it.

Q.   What's your profession?

A.   I'm a urologic oncologist.  I'm a
professor and chief of the Division of Urology at
Howard University Hospital.

Q.   How long have you held your current
position?

A.   About 18 months.

Page 6

Q.   Do you have clinical responsibilities
currently?

A.   Uh-huh.  Yes, I do.

Q.   Do you have administrative
responsibilities?

A.   I do.

Q.   Do you have teaching responsibilities?

A.   I do.

Q.   Other than clinical, administrative, and
teaching, does your time break down to any other
categories?

A.   Yeah.  We do some research also, so
biomedical research.

Q.   Among those four categories, can you
approximate during the last 18 months, how your
professional time break downs among them?

A.   Well, I'm technically paid to be 60
percent clinical.  That's what my contract states.  I
would argue that my actual practice is closer to 80
percent clinical with teaching interspersed during
that time when it can be.

I do very few lectures, like straight teaching

Page 7

in the classroom.  That's really not part of my job.
Although, there are opportunities to do that, I
really don't participate, because my clinical duties
and my administrative duties, there's just really not
time for that.  I usually let my partner handle those
kind of things.

As far as administrative, that takes up
probably the other 20 percent of my time and then
research is done on the side whenever I can.  So it's
a very small part of my time.  I mostly farm that out
to medical students.

Q.   As it pertains to your clinical duties,
do you see patients in an office setting and then
also do surgeries?

A.   That's correct.  So I have two days of
clinic per week, two full days, and then I operate
every Wednesday doing major cases, and then Fridays,
I typically do minor cases in the office,
cystoscopies, vasectomies, that sort of thing.  Then
the occasional Monday, I'll do what I call in-between
cases, ones that I can't do in the clinic, but aren't
my major cases.

Page 8

Q.   Do you treat patients that are not
cancer patients?

A.   Yes.

Q.   What states are you licensed in?

A.   I'm licensed in the State of Maryland.
I'm licensed in the District of Columbia.  I believe
those are the only two active licenses I currently
hold.

Q.   How long have you been a practicing
physician?

A.   I finished my fellowship in 2008.  So
while I've been licensed to practice medicine since
the early 2000s, my training basically took from 2000
to 2008.  So it depends on how you want to slice
that.

Q.   Okay.  Have you ever held licensure in
any states beside Maryland or the District of
Columbia?

A.   I have.

Q.   What other?

A.   Oklahoma, Texas.  I believe I actually
had an Illinois State medical license at one point

Page 9

3 (Pages 6 to 9)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1  when I was scheduled to do some locum work, but I
2  never did it.  So I never actually practiced in
3  Illinois, but I had a license there for a brief
4  period of time.
5      Q.   What was the purpose of licensure in
6  Oklahoma, Texas, Illinois?
7      A.   Oh, I forgot Kentucky also, although,
8  that was a resident's license.  It was one of those
9  -- I was an intern in Kentucky.  So you have this
10  sort of provisional license.  So that's what that
11  was.
12      Then I had a full license when I was in
13  Oklahoma as a urology resident and then in Texas as a
14  fellow in urologic oncology at M.D. Anderson in
15  Houston.
16      Q.   May I assume that you've never had any
17  marks on any of your licenses for any disciplinary
18  infractions?
19      A.   Correct.
20      Q.   Have you ever been named in a lawsuit
21  personally?
22      A.   I have, yes.

Page 10

1      Q.   How many times?
2      A.   Once as a resident and once as a
3  practicing physician in Maryland.
4      Q.   Did either of those cases involve renal
5  cell carcinoma?
6      A.   No.
7      Q.   Were they urologic issues unrelated to
8  the kidneys?
9      A.   One was kidney related.  One was not.
10      Q.   What was the issue in the kidney-related
11  one?
12      A.   Equipment malfunction resulting in a
13  complication during a kidney operation.
14      Q.   Intraoperatively?
15      A.   Yes.
16      Q.   Okay.  Would it be fair to say that your
17  medical training has been all on the side of urology
18  versus medicine, if I understand that distinction
19  correctly?
20      A.   I'm not sure that that's a valid
21  distinction to make.  So I'm not sure.  Maybe you can
22  explain what you're thinking a little bit more

Page 11

1  clearly.
2      Q.   Sure.  I understand that medical
3  students can pursue residency in like the family
4  medicine side or urology as a separate branch; is
5  that correct?
6      A.   That's correct.  Yes.  That's a
7  different residency.
8      Q.   Did you make that election to urology
9  and away from family medicine?
10      A.   Yes.
11      Q.   And you have continued on the urology
12  side for your education and training experience,
13  career?
14      A.   Correct.
15      Q.   Any experience working in corrections
16  medically or urologically?
17      A.   I currently take care of patients in the
18  Department of Corrections in the District of
19  Columbia.  I have done some locum tenens work at
20  Western Maryland Health System in Cumberland,
21  Maryland.  They have a contract and so I've actually
22  operated on Department of Corrections patients there

Page 12

1  as well.
2      We had a Department of Corrections contract at
3  the University of Oklahoma.  In fact, we had a
4  separate clinic for those patients, which during
5  fourth year residency, we basically ran that clinic
6  for urologic complaints.
7      So I've had some experience dealing with the
8  Department of Corrections and their patients.
9      Q.   And your experience has been seeing
10  patients who were confined to a correctional
11  facility; is that what I'm understanding?
12      A.   That's correct.
13      Q.   You have not done a residency in family
14  medicine.  Correct?
15      A.   That's correct.
16      Q.   No internship in family practice?
17      A.   No.
18      Q.   I understand there to be a distinction
19  between an oncologist on the medical side, like a
20  medical oncologist, against a radiation oncologist
21  and a urologic oncologist; is that correct?
22      A.   That's correct.

Page 13

4 (Pages 10 to 13)

**Atkinson-Baker, Inc.**
**www.depo.com**

Q. And that difference would be in the training and experience?

A. That is correct.

Q. As a urologic oncologist, may I assume you perform surgery on cancer, tumors, carcinomas, that type of thing?

A. That's correct. We specialize in the tumors of the kidney, bladder, prostate, penis, testis, ureter, and retroperitoneum to some degree, and adrenal gland. Excuse me. I forgot about that as well.

Q. Do you treat these cancers systemically? By systemically, I mean with like chemotherapeutic agents.

A. Well, we treat them systemically. There are some urologic oncologists who will use chemotherapy in the truest sense of the word. There are systemic therapies used to treat prostate cancer that are hormonally based. There are systemic therapies that are biologic-targeted agents that are used to treat metastatic kidney cancer, and we do use those and we are trained to administer those.

Page 14

So there's a variety systemic therapies that we give to treat our malignancies that fall within our purview. Not all of them are technically chemotherapy, as it were. That's a very specific type of systemic therapy.

Q. I guess what I'm trying to understand is what falls within urologic oncology versus the medical side of oncology or is there overlap?

A. There's overlap, without question, and for many years, there was a very little role for a true medical oncologist in the realm of urologic oncology, because, partly, urologists managed most of the systemic therapy and partly because there were very few active agents for metastatic disease, whether it's metastatic castrate-resistant prostate cancer or metastatic kidney cancer. There really wasn't a whole lot that worked.

So there really wasn't a big role for the medical oncologist in training in internal medicine. That has changed over the last 15 to 20 years. Prior to that, the main areas where medical oncologists had a role in urologic oncology was with metastatic

Page 15

bladder cancer or testis cancer.

They've made -- they, as a discipline, have made inroads in their therapeutic options and so they play a larger role now than they ever have in the history of our disease processes.

Does that help?

Q. Yeah. That makes sense. So as the treatment becomes more varied and there are more options, medical oncology has taken on a bigger role in the management of urologic cancers?

A. They have, indeed, and really that's where the overlap occurs, because many urologic oncologists are trained to give chemotherapy and it's simply a matter of whether they want to know or not, whether their practice is set up for that or not, and whether their partners are willing to deal with the complications associated with those.

In many cases, the answer to all of those questions are no and so those patients end up with a medical oncologist who has an interest in these things since their clinics are set up for that sort of thing, but there are large single-specialty groups

Page 16

where the urologic oncologist handles the systemic as well nuts to bolts, and there are some academic programs where that occurs as well, although, I think somewhat less frequently.

Oh, I forget to mention there are immunotherapies that urologists tend to give as well for metastatic diseases, and those are systemic therapies as well. I should have mentioned that.

Q. Are you board certified --

A. I am.

Q. -- in anything?

A. I'm board certified in urology, American Board of Urology. In fact, I just renewed my certification. You have to do that after 10 years or whatever. So I've done that.

MR. RUPCICH: All right. Do you have the exhibits there, Bill? Can you give him Exhibit 1, his C.V.

[Metwalli Exhibit No. 1 was marked for identification.]

BY MR. RUPCICH:

Q. Do you have that, Doctor?

Page 17

5 (Pages 14 to 17)

**Dr. Adam Metwalli**
**September 30, 2019**

1     A.  Um-hum.  Yes, I do.  Sorry.
2     **Q.  That's all right.**
3     **My question is it says July 2019.  Does this**
4 **appear to be a current edition or version of your**
5 **C.V.?**
6     A.  Yeah.  Yes, it is.
7     **Q.  And do you have any particular specialty**
8 **within your practice, say, like you get the bladder**
9 **cancer cases or you get prostate cancer cases, or is**
10 **it not divided up that way in your practice?**
11     A.  It's not divided up that way in my
12 practice.  There are some institutions where that is
13 the case.  Because we are a small division and part
14 of my mandate is to grow it, I currently see
15 virtually all of the urologic oncology cases.
16     If you asked what my career specialty has
17 been, it would probably be in renal cell carcinoma
18 because of the years that I spent at the National
19 Cancer Institute.
20     **Q.  And how long were you at the National**
21 **Cancer Institute?**
22     A.  Six and a half or seven years, from, I

Page 18

1 think, June 2011 until December of 2017.  So I
2 believe that's whatever that is, six and a half
3 years, I guess.  I was the primary kidney cancer
4 surgeon at that institution for that period of time.
5     **Q.  So your primary area of expertise and, I**
6 **again, interest is renal cell cancers?**
7     A.  Yes.  It has been.
8     **Q.  When I look at your C.V., I'm curious if**
9 **there -- well, let me ask you this:  In creating your**
10 **report in this case, did you consult any of the**
11 **sources that appear in your C.V. that you were**
12 **involved with, whether clinical trial, lecture,**
13 **publication?**
14     A.  Not specifically from my C.V.  When I
15 was doing my review, I did refer to PubMed because
16 there were certain citations I was looking for that,
17 while I know what they say, I don't know the citation
18 details off the top of my head.  So I wanted to look
19 those up.
20     **Q.  Those are sources that are not in your**
21 **C.V., but that appear in your report; is that**
22 **correct?**

Page 19

1     A.  I would have to look at both.  If you
2 give me a second, I can tell you if there's any
3 overlap.  I don't recall any self-citation, but maybe
4 I did.  I don't recall.
5     Can I look at my report and see?  I don't
6 think I did, but let me just double check.
7     **Q.  Sure.**
8     A.  So those four right there.  No.  I
9 didn't use any citations of which I'm an author.
10     **Q.  Are there any -- at page 3, there's**
11 **clinical trials.  Are there any clinical trials in**
12 **your C.V. that you believe are relevant to issues**
13 **raised in the case?**
14     A.  Let me find the list.
15     **Q.  It starts at the bottom of page 3.**
16     A.  There it is.  There it is.
17     Well, it depends on how you define relevance,
18 really.  Could this patient potentially have been a
19 candidate for, you know, the PET imaging trial or
20 ferumoxytol enhanced MRI trial or a tissue collection
21 trial?  Of course, but was there any therapeutic
22 advantage to this patient for any of those?  No.

Page 20

1     So I don't -- I mean I'm not really sure what
2 you're getting at.
3     **Q.  Okay.  Fair enough.**
4     **Are there any clinical trials that bear on the**
5 **issue of the rate of growth of clear cell renal**
6 **carcinoma that are referenced in your C.V.?**
7     A.  I would say that there are, because of
8 the natural history, the clinical manifestation,
9 molecular bases of heritable urologic malignant
10 disorders is actually what we call the natural
11 history trial where we were enrolling patients.  We
12 also used the tissue collection trial as,
13 essentially, as a natural history of kidney cancer.
14     Now, the heritable diseases that we were
15 looking at were germ line mutations in VHL genes, HSD
16 genes, and a host of others; and by following these
17 patients over the course of a lifetime, we were
18 characterizing the natural history of these diseases,
19 these cancers, that had a known genetic mutation that
20 caused them.
21     So our institution -- and I'm not going to
22 take, you know, credit myself for all the work that

Page 21

6 (Pages 18 to 21)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1  was done because it's the work of many, many
2  people -- has produced in the medical literature
3  information regarding growth rates of kidney cancers,
4  and so, you know, while it may not directly pertain
5  to this particular patient, it turns out that given
6  the prevalence of specific kinds of genetic mutations
7  with clear cell kidney cancer in this case, it's very
8  likely that there's probably some homology along the
9  way there, but we would have to do genetic analyses
10  of this patient's tumor to know exactly what that
11  would be, which I don't know that it has any bearing
12  on any of this; but to be technical, theoretically,
13  yes.
14      Q.   So my specific question was is there a
15  clinical trial referenced in your C.V.  Were you
16  referring to something specifically in your C.V. or a
17  clinical trial separate from your C.V.?
18      A.   No, no.  I mentioned two of the trials
19  that were on there.
20      Q.   Which two?
21      A.   The very -- the one that was listed last
22  about the heritable bases, clinical manifestations

Page 22

1  and molecular bases of heritable urologic disorders.
2      Q.   Okay.
3      A.   Theoretically, that would be one that
4  would have some value in terms of growth rate,
5  because that is the trial by which we characterize
6  the growth rate of VHL mutated kidney cancers, SEH
7  mutated kidney cancers, and the like.
8      Now, how much homology that trial would have
9  to this particular case would require some genetic
10  analyses of this patient's tumors, which have not
11  been done.
12      Q.   I gotcha.
13      A.   What it does do is give me and everyone
14  who's ever worked at the NCI a very good idea of what
15  typical growth rates are for kidney tumor of all
16  stripes.
17      MR. STROM:  Joe, if I may interject briefly,
18  I just want to let Dr. Metwalli know since this is
19  his first deposition, it's coming out just a little
20  fast sometimes for our court reporter.
21      THE WITNESS:  Sorry.  I have a tendency to
22  get going.

Page 23

1      MR. STROM:  It's no problem.  Thanks.
2      THE WITNESS:  Can I ask for a break?  I
3  apologize, but I actually just missed a phone call
4  from the O.R. front desk and I kind of feel like I
5  need to take that.
6      MR. RUPCICH:  Absolutely.  We'll take five.
7      [Recess.]
8  BY MR. RUPCICH:
9      Q.   Looking at your C.V., have you done any
10  lectures that bear on the issue of -- we were talking
11  about growth rates of clear cell renal carcinoma that
12  are listed here.
13      A.   Let's see.  We discussed -- I mean, it
14  gets discussed, actually, in most of the lectures
15  that I've given here mainly because for small renal
16  masses with a known genetic mutation, active
17  surveillance and expected growth rates are part of
18  the discussion.  So I would say that there have been
19  -- that has been a topic of a number of these
20  lectures from, you know, probably the top five that
21  are listed here, at least.
22      Q.   When you say small renal masses, are you

Page 24

1  talking about less than four centimeters?
2      A.   Correct.  Correct.
3      Q.   Is there data on growth rate for renal
4  masses larger than four centimeters?
5      A.   There is data for growth rate larger
6  than four centimeters.  That data is not as well
7  established, but it is out there.
8      Q.   Is there variability in growth rate for
9  clear cell renal carcinomas?
10      A.   There is, absolutely.
11      Q.   How wide?
12      A.   I think it gets wider as the tumors get
13  larger and they get more poorly differentiated,
14  although, that's not universally the case, but I
15  would say that the range of growth rates does get
16  wider as they get larger.  Again, that has more to do
17  with genetic basis and genetic alterations that occur
18  as tumors grow.
19      Let me put it this way:  Larger tumors are a
20  lot less predictable, which is one of the reasons why
21  active surveillance and delays in care are not
22  appropriate.

Page 25

7 (Pages 22 to 25)

Q.   Larger tumors are more unpredictable as
to their growth rate?
    A.   Um-hum.
    Q.   Yes?
    A.   Yes.  That's correct.  I'm sorry.  Yeah.
    Q.   Does that mean they don't necessarily
grow in linear fashion; they may pick up speed?
    A.   That's correct.  They can take an
exponential growth pattern sometimes.  Tumors often
don't have a linear growth pattern to begin with,
even the smaller ones.  It's not uncommon to see a
saltatory pattern where they leap up and then
stabilize for a period of time and then grow again.
So it's sort of a stepwise fashion, and then the
average growth rates sort of average that over time
in most cases.  You sort of smooth it out with a
regression line-type analysis.
    As tumors get bigger, again, depending on what
their genetic alteration -- you know, alterations
are, they can grow very quickly.  They can -- or they
can grow very slowly.  The variability of growth
rates gets quite a bit greater as tumors grow.

Page 26

Q.    Is there an average growth rate that
urologists would sort of use as a baseline for a
tumor larger than four centimeters?
    A.    Generally speaking, no.  I think the
growth rate for a clear cell renal cell carcinoma is
often quoted between two and three millimeters per
year.  That's generally for most tumors, and the
higher it goes, one or two standard deviations above
that mean level, the more aggressive they tend to be.
    This is actually data that we've seen in our
own series when I was at the NCI that I think is
currently in press.  So it may not necessarily be
published data.  I think other publications have
demonstrated that sort of thing, that a faster growth
rate tends to portend a worse prognosis.
    Q.   The two to three millimeters per year
that you just mentioned, that is for what?
    A.    That is for clear cell renal carcinoma
with a VHL mutation.  Whether it's germ line or
sematic, meaning acquired later down the line, that
is what is generally quoted.  That is what has been
quoted in most of the literature.  You can see

Page 27

variations of one or two millimeters on either side
of that, but that's typically the accepted normal
growth rate for these lesions.
    Q.   To be clear, are we -- we're not talking
about the four centimeter or less lesions; is that
right?  We're talking about larger?
    A.   We are talking about clear cell renal
cell carcinoma.  Generally speaking, that is what the
growth rate is considered to be even for somewhat
larger, though, as I said, less well characterized in
the literature because people don't generally watch
tumors that are bigger than that.
    So you're not going to have a surveillance
period over time for larger lesions.  So the data is
just really not available and it's not high quality
what's out there, because those lesions are not
thought to be safe to watch for extended periods of
time.
    Q.   Are there patients who are nonsurgical
candidates who are forced into an active surveillance
because they can't have surgery?
    A.   There are those patients, yes.

Page 28

Q.   And is what you're saying there's just
not enough of them to draw reliable conclusions from
the data?
    A.   I would say that the quality of the data
and the numbers is not as robust as for small tumors.
So, therefore, you have to be very cautious about
drawing firm conclusions from data that's not
particularly robust or high quality.
    Q.   But what you're saying is two to three
millimeters per year and one to two millimeters
either side of that would be within the range of what
the current data would support as a growth rate?
    A.   I think when you get to five millimeters
a year, that becomes cause for concern, but you will
see some papers where clear cell renal cell carcinoma
growth rates are like four, four and a half
millimeters per year, but that's on the high side for
what I've seen.
    Q.   You've never testified as an expert
before.  Did I understand that correctly?
    A.   That is correct.
    Q.   So you don't like advertise your

Page 29

8 (Pages 26 to 29)

**Dr. Adam Metwalli**
**September 30, 2019**

1    **services as an expert witness?**
2       A.  I don't think I'm ever going to do this
3    again.  Okay?
4       So no.  This is not like something that I do
5    for income or fun.  I got roped into this and here I
6    am.
7       **Q.  Yeah.  Got it.  Well, I'm having fun.  I**
8    **don't know about you.**
9       A.  At least one of us is.
10      **Q.  Yeah.**
11      **Okay.  You charge 350 per hour; is that right?**
12       A.  Yeah.  I guess that's what we agreed on.
13    Sure.  Yeah.
14      **Q.  It says that you've discounted that**
15    **rate.  At least that's what it said in your report.**
16       A.  Correct.  I think for somebody with my
17    qualifications, it would not be unreasonable to
18    charge 750 or 800 an hour.  Not having done this
19    before, not having a set rate and not being terribly
20    comfortable with the whole negotiating process of
21    what my rate is, this is what we came to over the
22    phone.

Page 30

1       I really don't have any great investment in
2    that number, because as I said, this is not something
3    I do on a regular basis.  It's not a main source of
4    my income and it never will be.
5      **Q.  Got it.  Do you know how long you've**
6    **spent hours-wise to date on this case, this review?**
7       A.  In excess of hour four hours, probably
8    closer to six, but, you know, I'm not sure I've been
9    counting it by the minute.
10      **Q.  Have you generated an invoice for your**
11    **time to date?**
12       A.  No, I have not.
13      **Q.  Well, since you mentioned it, how did**
14    **you become involved in this case?**
15       A.  A good friend and colleague of mine
16    called me and wanted to ask a question about this
17    case.  He, I guess, had initially been contacted as
18    the expert witness, and as we spoke about it and I
19    was giving him my thoughts, he just said, Well, do
20    you want to do this; and, stupidly, I said sure and
21    here I am.
22      **Q.  Was that Dr. Agarwal?**

Page 31

1       A.  Yeah.  Piyush Agarwal.
2      **Q.  What was his question?**
3       A.  I don't recall at this point.  There's a
4    lot of water under the bridge since then.  I'm not
5    sure what his original question was.
6      **Q.  Do you know when, approximately, you**
7    **spoke with Dr. -- it's A-G-A-R-W-A-L?**
8       A.  Agarwal, yeah, Dr. Agarwal.
9       A couple of months ago.  That's the best I can
10    do.  I would have to go back and look at it.  I
11    probably have some E-mails somewhere about this that
12    we could nail the time down if you want it.
13      **Q.  He's a colleague that you know from your**
14    **urology circles?**
15       A.  Dr. Agarwal and I trained together at
16    M.D. Anderson, and after M.D. Anderson, I actually
17    went to NIH to finish my fellowship and he finished
18    M.D. Anderson and went to Henry Ford in Detroit.
19       When I returned to the NIH as faculty in 2011,
20    I recruited Dr. Agarwal to join me there.  So we were
21    colleagues there for about five years at the NIH.  I
22    was the kidney cancer guy and he built and developed

Page 32

1    a bladder cancer program at the NCI.
2       So, you know, we were colleagues and friends
3    for about five years, and he recently took a job at
4    the University of Chicago as their head of their
5    bladder cancer program.
6       That's why he reached out to me, because while
7    he's a urologic oncologist, the bulk of his clinical
8    practice is bladder cancer; whereas, the bulk of my
9    clinical practice, both when I was in private
10    practice and at the NIH, was kidney cancer.  So he
11    thought I might have some insights.
12      MR. RUPCICH:  All right.  Take a look at
13    Exhibit 2.
14      Bill, if you could give him that.
15         [Metwalli Exhibit No. 2 was
16         marked for identification.]
17    BY MR. RUPCICH:
18      **Q.  Deposition Exhibit 2 looks like an**
19    **E-mail from August 27, 2019 from Mr. Strom.  Have you**
20    **seen that before?**
21       A.  Yes.  Yes.  I saw this when he sent it.
22      **Q.  Is this the first contact other than**

Page 33

**Atkinson-Baker, Inc.**
**www.depo.com**

1  Dr. Agarwal that you had concerning this case?
2      A.   Yes.
3      Q.   So your first involvement as the expert
4  came on or about August 27, 2019?
5      A.   It would appear so, yes.
6      Q.   Okay.  And you were provided some
7  records, right, with this E-mail to review?
8      A.   I did.
9      Q.   Is that right?
10      A.   Yes.
11      Q.   Those records were, I believe, the Third
12  Amended Complaint.  Right?
13      A.   Is that what you sent me?
14      The Third Amended Complaint, yeah.  That's
15  what it says here.
16      Q.   And then Exhibit 3, which I believe is
17  what's referred to as the expert care package.
18          [Metwalli Exhibit No. 3 was
19           marked for identification.]
20      THE WITNESS:  Okay.
21  BY MR. RUPCICH:
22      Q.   Does that sound right; those are the two

Page 34

1  documents initially provided to you?
2      A.   Yes.
3      Q.   Did you know anything about the case
4  from Dr. Agarwal other than it involved kidney
5  cancer?
6      A.   No.  I mean, he discussed some very
7  preliminary things about the kidney, the fact that it
8  was a kidney cancer case.  I don't recall what his
9  original question was, but I think it had to do with,
10  you know, timing of surgery for particular stages of
11  kidney cancer; but I don't specifically recall, and
12  yeah.  That was the first I heard about it and that's
13  all I knew until I received this packet.
14      Q.   Now, you reviewed the Third Amended
15  Complaint.  Do you -- are you familiar with what a
16  legal complaint is or is that the first time you've
17  seen one?
18      A.   This is the first time I've done any of
19  this.  So, you know, in the capacity as an expert
20  reviewer, yeah.  That's the first time I've seen it.
21      Q.   Okay.  And do you know what a legal
22  complaint is, what that document was, the Third

Page 35

1  Amended Complaint?
2      A.   I think I do, but why don't you tell me
3  what I should think it is.
4      Q.   Well, I want to know what your
5  understanding of what it is is.
6      A.   Do we have -- this is the expert or is
7  this the -- is this the expert care package right
8  here?
9      [Mr. Strom gestures.]
10      THE WITNESS:  Do we have a copy of the Third
11  Amended Complaint?  Can I see that?
12      MR. STROM:  Let me see here.
13      Joe, I didn't print any copies of the Third
14  Amended Complaint, but I can show Dr. Metwalli my
15  screen.
16      MR. RUPCICH:  Sure.  That's fine.  Yeah.
17      MR. STROM:  Yeah.
18      [Witness consults computer screen.]
19      THE WITNESS:  Okay.  Yeah.  That's what I
20  thought it was.  I just wanted to be sure.
21      So, essentially, my understanding is that
22  this is the document by which a lawsuit is filed kind

Page 36

1  of enumerating the various complaints against the
2  defendant.
3  BY MR. RUPCICH:
4      Q.   I would agree, and so among the expert
5  care package, the Third Amended Complaint, this
6  E-mail from Mr. Strom of August 27, and any
7  information you got from Dr. Agarwal, did you then
8  perform a review of these documents?
9      A.   Yes, I did.
10      Q.   Did you arrive at any opinions following
11  your review of the Third Amended Complaint and the
12  expert care package?
13      A.   I did.
14      Q.   What were those opinions?
15      A.   Well, my first opinion was that I wanted
16  more information, but the one thing that stood out to
17  me from that initial review is that the time between
18  diagnosis and surgery was far too long.
19      Q.   Diagnosis being around April 12 of 2016;
20  is that correct?
21      A.   I thought it was April 16th, but yeah.
22      Q.   Sure.

Page 37

10 (Pages 34 to 37)

**Dr. Adam Metwalli**
**September 30, 2019**

A. Whatever date it is.

Q. I think the CT was April 12th.

A. Yeah.

Q. And then surgery July 19, 2016?

A. Um-hum.

Q. Yes?

A. Yes. Far too long.

Q. Too long is what you're saying?

A. Correct.

Q. Did you have any other opinions besides that, taking too long and you wanted additional information?

A. Well, the third opinion tied into the first one, which is that I suspected this probably could have been diagnosed earlier, considerably earlier, but I didn't have enough information available to me to come to that conclusion.

Q. Meaning the renal carcinoma could have been diagnosed earlier, but you didn't have the information you needed to give that opinion?

A. Correct. Correct.

Page 38

Q. What information did you feel you needed?

A. Well, I believe that there -- well, first of all, I would like to see the films, the films of the ultrasound and such and any other films that may have been done prior to the ultrasound that was done in February, as this patient has a history of, you know, kidney stones and has been imaged for that over the years.

It would be really informative to me in terms of the biology of this particular cancer to see those previous images, those films to get a better sense of what we're dealing with here. In some ways, it's immaterial, because when the CT scan was done in April, at that point, there needed to be a sense of urgency in terms of definitive treatment.

So, really, perhaps my wanting to go see previous films is more of academic interest than anything else, but by the same token, I do think it would give us some information about the biology of this tumor that would be useful in terms of, you know, just getting a better sense as we talk about

Page 39

growth rates and those sorts of things.

Q. Have you had a chance to look at those films?

A. I have not.

Q. You understand that there were films done prior to 2016, correct, in addition to the ones done in 2016?

A. I am -- I don't know if I'm officially made aware of that, but I'm under the impression that that is the case, yes.

Q. What would you expect to see on those films?

A. I would expect to see that there was probably a kidney cancer there dating back a number of years and you can follow it along. That would be my expectation.

Q. And that would be based on where we see the kidney cancer in the spring of 2016?

A. Correct.

Q. Based on your knowledge, experience, training, working backwards based upon the natural history of the disease, you would expect it to have

Page 40

been there for a few years?

A. Yes. I would expect it to have been there for a few years, yeah, common things being common, and that's the most common biology that you see.

Q. Is clear cell renal cell carcinoma symptomatic in early stages?

A. It is not. In the vast majority of cases, it is not.

Q. Is there a particular point at which it becomes symptomatic, like when it metastasizes, or can it be it symptomatic before that?

A. It can be symptomatic before that, and presenting with gross hematuria is one of the common symptoms.

Q. A common symptom of the cancer?

A. Yes.

Q. So in the early stages, how is it diagnosed?

A. Incidental finding. Incidental finding on cross-sectional imaging is the most common way that kidney tumors are diagnosed nowadays, which is

Page 41

11 (Pages 38 to 41)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1  why someone who has a history of kidney stones, it's
2  so surprising that they would ever develop a tumor to
3  this extent, because, generally, they get picked up a
4  lot earlier because you're scanning them for kidney
5  stones anyway at various intervals throughout their
6  life.
7  You typically pick these things up fairly
8  early and you can deal with them and then they
9  become, you know, imminently curable.
10  Q.  Did you look at the CT films from 2014
11  and 2015?  I mean -- I'm sorry -- the reports of
12  those films.
13  A.  I have not.
14  Q.  Okay.  If I were to represent to you
15  that there were CTs of the abdomen and pelvis without
16  contrast done in 2014 and 2015, would you have
17  expected that to pick up something if there was a
18  mass?
19  A.  Without having seen any of the films at
20  all, it's really hard for me to tell.  You know, it's
21  interesting to me that the way the tumor is
22  described, as having infiltrated or kind of mostly

Page 42

1  obliterated the upper pole of the kidney, you know,
2  this may not have been your typical really
3  well-defined sort of spheroid mass that they commonly
4  start out to be, but without seeing the films, it's
5  very, very difficult to tell.
6  I would be willing to bet that with the
7  benefit of hindsight, if I were to look at either the
8  ultrasound or those images, I would be able to point
9  it out to you, but, prospectively, it's hard for me
10  to tell without seeing any of the films.  I really
11  couldn't comment on that without any confidence.
12  Common things being common, you should be able
13  to see that even on a noncontrasted image, but, you
14  know, there are the occasional atypical tumors that
15  don't, you know, give you the obvious signs like that
16  and you have to have a sensitivity for them.  Now,
17  obviously, that's the job of the radiologist and the
18  ordering physician to look at these films themselves
19  and if there's an abnormality, you know, dig into it
20  further, but that's, you know, going down another
21  rabbit hole.
22  Q.  If it's asymptomatic and CT films are

Page 43

1  read by radiology as not showing any mass, isn't that
2  a difficult ask of the primary care physician to make
3  this diagnosis?
4  A.  Well, you probably shouldn't be ordering
5  a test you can't read thoroughly.  Right?
6  I mean, I don't order BNPs, which is some
7  blood test for heart failure, because I don't know
8  how to interpret it.  If I think a patient has heart
9  failure, I send him to a cardiologist to deal with it
10  because I don't know what I'm looking at.
11  The same thing goes for head scans.  You know,
12  I don't read those.  I'm not comfortable with it and
13  so, you know, I will have a specialist do that,
14  because it's not, you know, what I'm good at.
15  You know, so I understand that primary care
16  doctors have to be -- have to master many things and
17  it's very challenging.  I get it, but at the same
18  time, somebody with recurrent kidney stones probably
19  should have been in the hands of a urologist long
20  before they developed a deadly kidney tumor and,
21  presumably, a urologist would have looked at these
22  films themselves and figured this out beforehand.

Page 44

1  Q.  I want you to assume that the 2014 CT
2  was ordered by a urologist as part of a workup.  Does
3  that change what you just said?
4  A.  Well, I mean, yeah.  To some degree, it
5  might.  You know, the question is not necessarily --
6  I mean yeah.  I think it does.  I think it does.
7  Q.  When you have a patient, say, presenting
8  with hematuria, let's say, microscopic, and you find
9  a stone present, is that a sufficient workup to
10  determine the cause of the hematuria or do you still
11  rule out more serious other causes, if that makes
12  sense?
13  A.  You are -- you should rule out the other
14  causes, but I think context sometimes matters.  If
15  you have someone who's had a full workup with no
16  evidence of any abnormality other than kidney stones
17  and then they re-present in a very short order with
18  hematuria and a kidney stone, a full workup may not
19  necessarily be indicated at that point, but it really
20  depends on the interval.
21  Q.  Well, let's say this is the first
22  presentation to you as a urologist or to the

Page 45

12 (Pages 42 to 45)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1  urologist with microscopic hematuria and the presence
2  of a stone is located on a noncontrast film.  Are you
3  with me so far?
4      A.   Uh-huh.
5      Q.   So is that diagnostic certainty to you
6  to proceed to treat the stone without ruling out what
7  could be alternate causes of the bleeding in the
8  ureter, bladder --
9      A.   No.
10     Q.   Does that make sense?
11     A.   No.  You should do the full hematuria
12  workup, particularly for a new patient.  Even if
13  there was a stone and a likely cause, you need to
14  rule out other causes.  Just because they have a
15  stone doesn't mean they don't have another reason for
16  hematuria.
17     Q.   What you're saying is if they re-present
18  within a short period of time and you already have
19  that workup, you may be safe in assuming or relying
20  on that prior workup to rule out cancer; is that
21  right?
22     A.   I think that, again, it depends on the

Page 46

1  interval.  So you would have to be a bit more
2  specific in the details, but a hematuria workup
3  should involve a CT urogram and a cystoscopy.  Now,
4  some people do renal ultrasounds and retrograde
5  pyelograms.  There's a variety of ways that you could
6  do it.  My preference is a CT urogram plus
7  cystoscopy.
8      If you have an adequately done hematuria
9  evaluation that is negative for a bladder tumor, so
10  something developed on the inside of the bladder that
11  you see cystoscopically or a parenchymal tumor of the
12  kidney or something in the ureter, and you have a
13  kidney stone and you've ruled out all of the other
14  causes appropriately and then the patient comes back
15  with gross hematuria, it's unlikely that one of those
16  things has developed in that interval, but the
17  interval has to be relatively short.
18     If you have a negative hematuria workup and
19  you don't find any cause for the hematuria, you are
20  obligated as a urologist to repeat it again in 12 to
21  24 months, because it may be a lead time bias where
22  the cause of the hematuria is just too small to

Page 47

1  detect, and you would assume that within 12 months or
2  so, it would, you know, become evident either
3  radiologically and visually.
4      Q.   And the reason, in a relatively short
5  time, we wouldn't repeat the full workup, at least
6  from the perspective of a kidney cancer, is we
7  understand that it just doesn't grow that fast?
8      A.   It generally does not grow that fast
9  when they're small, but we're talking about two
10  different things now; because, again, the growth
11  rates become way more variable as they get bigger and
12  harder to predict, but small renal masses tend to be
13  pretty predictable and they don't tend to grow very
14  fast, and certainly if it's a lesion that's too small
15  to characterize, it's not going to grow very fast in
16  99 percent of the cases.
17     MR. RUPCICH:  Look at Exhibits 4 and 5, if you
18  would.
19         [Metwalli Exhibit Nos. 4 and 5
20         were marked for identification.]
21  BY MR. RUPCICH:
22     Q.   Do you have those, Doctor?

Page 48

1      A.   Yes, I do.
2      Q.   All right.  So Exhibit 4, I'm not going
3  to spend a lot of time on, but it's a letter from
4  Jenner & Block dated August 29, 2019 that's entitled
5  "Engagement Letter".
6      A.   Yes.
7      Q.   And then Exhibit 5 looks to be an E-mail
8  with a link to full records; is that right?
9      A.   That's correct.
10     Q.   So as of August 29, that's when you were
11  retained in this case, when you executed this
12  agreement?
13     A.   Correct.
14     Q.   And I think your report came out
15  September 6th?
16     A.   Yes.
17     Q.   So would it be fair to say that all the
18  work you did on this case was between August 27, 2019
19  and September 6, 2019?
20     A.   The majority of the work was done during
21  that time period, yes.
22     Q.   You say "the majority".  Was there other

Page 49

13 (Pages 46 to 49)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1   work done? | 1   wanted to know the -- what is the word? Histo -- - |
| 2     A.   I have reviewed the file since then to | 2     A.   Histology, histopathology, yes. |
| 3   refresh my memory. | 3     Q.   You wanted to see the pathology because |
| 4     Q.   Okay. Sure. | 4   you wanted to know the histology of the -- |
| 5     And you said four to six hours of time spent. | 5     A.   Of the tumor. |
| 6   Are you able to break that down between your review | 6     Q.   -- of the cancer? |
| 7   of materials and the preparation of the report? | 7     A.   That's correct. |
| 8     A.   It was mostly in the review of the | 8     Q.   All right. Other than the films and the |
| 9   materials. I probably spent 45 minutes drafting the | 9   -- well, let me ask you this: Were you provided the |
| 10   report, maybe less, maybe more. It's hard to say. | 10   pathology report? |
| 11   It was kind of an ongoing thing. I was sort of doing | 11     A.   I was. |
| 12   them at the same time to some degree. | 12     Q.   Other than the films and the pathology |
| 13     Q.   Sure. Sure. And Exhibit 6, which is | 13   report, was there any other additional material that |
| 14   the Amended Appendix of Materials, do you have that, | 14   you requested? |
| 15   Doctor? | 15     A.   I don't believe so. |
| 16       [Metwalli Exhibit No. 6 was | 16     Q.   Did you review the reports of any other |
| 17       marked for identification.] | 17   experts in this case, Dr. Dahr, D-A-H-R, or |
| 18   THE WITNESS: Yes. | 18   Dr. Barnett? |
| 19   BY MR. RUPCICH: | 19     A.   I did not. |
| 20     Q.   This is provided as materials that you | 20     MR. RUPCICH: Okay. Look at Exhibit 7 for me, |
| 21   considered in arriving at your opinions. Have you | 21   which is your report. |
| 22   seen this before? | 22       [Metwalli Exhibit No. 7 was |
|                  Page 50 |                  Page 52 |
| 1     A.   I have, yes. | 1       marked for identification.] |
| 2     Q.   Did you review all of these materials | 2   THE WITNESS: I have it. |
| 3   listed in this? | 3   BY MR. RUPCICH: |
| 4     A.   No, not in any detail. | 4     Q.   Do you have it handy, sir? |
| 5     Q.   Did you read depositions? | 5     A.   I do. |
| 6     A.   I'm sorry? | 6     Q.   Great. Does this appear to be a copy of |
| 7     Q.   Yeah. Did you read depositions or -- | 7   the report you generated in this case? |
| 8     A.   I focused my review primarily on the | 8     A.   It is. |
| 9   medical records leading up to the surgery and then | 9     Q.   The front page says September 6, 2019, |
| 10   the pathological reports of the surgery. I did not | 10   although, the signature page isn't dated. Do you |
| 11   -- I don't recall reading the depositions. I was | 11   believe you signed this on the 6th of September 2019? |
| 12   trying to understand the medical facts of the case. | 12     A.   I believe so, yes. |
| 13   I'm not really that interested in what the | 13     Q.   Is this a complete statement of the |
| 14   other doctors think they were doing. I just wanted | 14   opinions you intend to give in this case? |
| 15   to come at it from my own perspective and see what I | 15     A.   Based on the information that I reviewed |
| 16   would have done in this situation. | 16   at this point, yes. |
| 17     Q.   I see. | 17     Q.   Meaning subject to your review of the |
| 18     Okay. Other than wanting to see the films, | 18   films? |
| 19   did you ask for any other additional material? | 19     A.   Subject to my review of the films or any |
| 20     A.   I think there were some pathology | 20   additional information that you might want me to |
| 21   reports that I had requested. | 21   review. You know, if there's anything you think I |
| 22     Q.   And that would have been because you | 22   have not paid enough attention to or seen, I would be |
|                  Page 51 |                  Page 53 |

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1  happy to look at that and, you know, express my
2  opinion on that as well.
3      Q.  Yeah.  Were you asked by the plaintiff's
4  counsel to assume the state of any facts?
5      A.  No.
6      Q.  Or were you -- no assumptions?
7      A.  No assumptions.  He just told me to give
8  my opinion, tell the truth.
9      Q.  You don't have to tell me what he said.
10  I just want to know if you were asked to assume that
11  "X" or "Y" was true, but that's fine.  I understand.
12      So I want to go to page 2, the Analysis and
13  Opinions.  It looks like the bold, you really have
14  identified three opinions that you have in this case,
15  but I'm going to start at page 2.  All right?
16      A.  Okay.
17      Q.  It states:  "The delay from Mr. Dean's
18  symptoms to his surgery was a departure from the
19  standard of care that caused his health condition to
20  worsen."
21      Did I read that correctly?
22      A.  You did.

Page 54

1      Q.  And what period of time are you
2  referring, to what period of time?
3      A.  There are several periods of time to
4  which this applies.  The entire period of time
5  between December and the time of his surgery is far
6  too long given what we know about the cause of his
7  hematuria, but more important, once we knew what the
8  cause of his hematuria was and how serious it was,
9  which is the 12th of April, that delay is entirely
10  too long.
11      It's one thing to -- if you think it's a stone
12  and, you know, it's not that urgent, it might take
13  you a little while to get some studies, but once the
14  studies are done and you know what you're dealing
15  with, at that point, I think the urgency of the
16  situation is such that the delay is, in particular,
17  problematic.  I do think that the whole entire
18  process took entirely too long and, you know, should
19  have been truncated on many levels, but, you know, I
20  hope that answers your question.
21      Q.  Well, let's talk about -- it seems to me
22  this sentence is referring to the period between

Page 55

1  onset of symptoms and the -- well, okay.  Sorry.
2  Strike that.
3      You're talking about the entire period from
4  December to July?
5      A.  Entire period from December to July,
6  yes, but that's not the only period where the delay
7  was a departure from the standard of care.
8      Q.  What other periods were a departure from
9  the standard of care?
10      A.  The period of time from his CT scan that
11  demonstrated an inferior vena cava thrombus to the
12  time of surgery was entirely too long.
13      Q.  Let's talk about the period before.  If
14  we separate out the period before diagnosis, I think
15  you said, Well, they maybe thought it was stones and
16  were working it up.  Do you not have an opinion that
17  that period separately was a deviation from any
18  standard of care?
19      A.  It's a little less clear, but I would
20  say it's still longer than what you would want it to
21  be.
22      Q.  You don't believe that an ultrasound was

Page 56

1  an inappropriate test to run, do you?
2      A.  I think an ultrasound that's not read by
3  the ordering physician is an inappropriate test, as
4  would any test be.  So there's that, but as part of
5  the hematuria evaluation, if you are going to do an
6  ultrasound, then you are obligated to do what's
7  called cystoscopy and bilateral retrograde pyelogram.
8  An ultrasound by itself is not an adequate study for
9  the evaluation of hematuria.
10      Q.  Is it part of a workup or --
11      A.  It can be.
12      Q.  -- can it be?
13      A.  It can be, and I think that, you know,
14  some people will use ultrasounds as part of it.  It
15  cannot be the only part of it, and I think that, you
16  know, ultrasounds tend to be somewhat user dependant,
17  depending on the tech, depending on the quality of
18  your tech, depending on the patient's body habitus.
19      We know that in obese individuals, ultrasounds
20  have a far lower sensitivity for everything than in
21  skinny folks like yourself.  So in you, an ultrasound
22  might be more appropriate than in me, simply because

Page 57

15 (Pages 54 to 57)

1  of the differences in our build.
2      So these are things that have to be taken into
3  account when you order a study to begin with. I
4  don't prefer it. I typically like to do a CT
5  urogram. I think most of my colleagues do as well,
6  because you get a lot more information and it's not
7  as user dependant; but the downside is, of course,
8  that you expose the patient to some level of
9  radiation plus IV contrast, and there may be
10 limitations there in terms of renal function or
11 allergies or something like that.
12     **Q.   So if a patient at least has relative**
13 **contraindications to IV contrast, a starting point**
14 **with a renal ultrasound isn't unreasonable?**
15     MR. STROM:  Objection, incomplete
16 hypothetical.
17 BY MR. RUPCICH:
18     **Q.   Do you understand my question?**
19     A.   I understand your question and I think
20 that, you know, the best you can do with that is say
21 it depends. That's a matter of clinical judgment.
22     I personally do not think, you know, in most

Page 58

1  cases that it's going to be adequate, but, again,
2  it's dependant on your tech. It's dependant on the
3  patient and their body habitus. You know, it's
4  dependant on a number of things. It depends on when
5  the last cross-sectional imaging that you did was,
6  you know, and that may be an element here that we're
7  not taking into account given his previous history of
8  stones and other studies and so forth.
9      You know, I think that it's -- it is a part of
10 the hematuria evaluation. It's accepted as such.
11 It's with the known limitations that it has, and if
12 you're going to use it, then you're obligated to do
13 other studies in conjunction with it. It, by itself,
14 is not adequate.
15     **Q.   Assume the patient had a noncontrast CT**
16 **of the abdomen and pelvis within six months. Does**
17 **that change your opinion over the utility of an**
18 **ultrasound?**
19     A.   It would depend on what that CT scan
20 showed us, wouldn't it?
21     **Q.   What if it was read with no indication**
22 **of any mass, lesions, anything like that?**

Page 59

1      A.   Read by me that way or read by a
2  radiologist?
3      **Q.   Read by a radiologist.**
4      A.   That would not be enough for me.
5      **Q.   Read by a radiologist while the patient**
6  **was admitted to a hospital?**
7      A.   That's irrelevant. That doesn't matter.
8      **Q.   Well, presumably, there would be an**
9  **ordering physician at the hospital.  Right?**
10     A.   Presumably, there would be.
11     **Q.   What if they had read the film?**
12     A.   It depends on who it is. You know, I
13 mean, look, it just depends. I do not -- I read all
14 my own films because I look at more kidney films than
15 just about anybody and I pick up things that other
16 people miss.
17     So, you know, I feel like that, you know,
18 there are people who will rely simply on radiology
19 reports and they occasionally get burned by doing
20 that. I think you are obligated as an ordering
21 physician to look at the films yourself. It's one of
22 the things I try and impress upon our residents.

Page 60

1      **Q.   Do you believe that family practitioners**
2  **typically read CT films?**
3      A.   They should be able to.
4      **Q.   Do you know?**
5      A.   They should be able to.
6      **Q.   Do you have any basis for saying that a**
7  **family practitioner in a clinic looks at actual CT**
8  **films on patients?**
9      A.   I know that some will. I think many do
10 not, but I think some will.
11     **Q.   So you're not in a position to say the**
12 **standard of care in family medicine is to personally**
13 **review all CT films.  Correct?**
14     A.   I would argue that the standard of care
15 in medicine is that if you order a test, you better
16 be able to interpret it or you get someone who can
17 and, you know, I look at all my EKGs. I'm not a
18 cardiologist, and it's weird, I have to ask the
19 cardiologist what it means. I mean, I know what a
20 normal study looks like.
21     You know, these are things that you're
22 supposed to do. At the end of the day, you know, I

Page 61

16 (Pages 58 to 61)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1  know that there are doctors who rely on radiologists
2  and radiologists do make mistakes, which is why
3  you're supposed to be the -- what's the word?
4  "Safety net", where you look at them and see.
5      Q.   Do you have radiology read your films
6  ordered on your patients?
7      A.   I don't have a choice.  They read them
8  anyway.  That's how they make their money.
9      Q.   Do you read their reports?
10     A.   Only after I've read it myself.
11     Q.   It sounds like you don't have tremendous
12  use for radiology reading your films.
13     A.   Again, you know, this is the difference
14  and, again, with all due respect to my primary care
15  colleagues who have to be, you know, masters of very,
16  very much.  I don't.  I have to be a master of a
17  very, very small area.  So I'm very, very, you know,
18  adept at that because that's what I do.  That's all I
19  do.
20     You know, so I read the radiologist's report
21  because, you know, if they're looking at like the
22  lungs or something like that, I imagine they're

Page 62

1  better at that than I am, although, I'm pretty good
2  at that as well.  As far as my area of expertise,
3  adrenals, kidney, bladder, prostate, I read all of my
4  own films and what they think isn't really relevant
5  to me.
6      Q.   When you talk about standard of care,
7  what standard of care are you talking about?  The
8  urology standard of care?
9      A.   Well, I mean, this is something I
10  learned in medical school, actually.  So I don't
11  know.  I mean, I can only speak to my training in
12  urology, and that was the standard that we were
13  raised up in in urology, but I first heard this in
14  medicine, that you don't order a test unless you know
15  how to interpret it and you don't order a test unless
16  it's going to change, potentially change, your
17  management of the patient, you know.
18     If you don't know how to do that, then you get
19  someone who does.
20     Q.   At page 2, when you talk about a delay
21  from symptom to surgery was a departure from the
22  standard of care, you're referring to your training

Page 63

1  and the standards in urology?
2      A.   And hematuria definitely falls within
3  the purview of the standards of urology.  Yes.
4      Q.   Did you consult any sources on what the
5  standard of care might be for a family practitioner
6  ordering a diagnostic test as far reviewing it?
7      A.   I can only go off of the rotations that
8  I did in family practice when I was in medical
9  school, and that was about 12 weeks, and they review
10  all their own tests.  That's how they -- but I don't
11  know if that's unique to the people I rotated with at
12  Wake Forest or if that's national.  I wouldn't
13  speculate.
14     I would assume, given that that's the standard
15  I was trained with in medical school, that's what
16  you're supposed to do, but I can't say specifically
17  for every program out there.
18     Q.   You state that the delay from symptoms
19  to surgery caused Mr. Dean's health condition to
20  worsen.  Correct?
21     A.   Yes.
22     Q.   You state that his thrombus progressed

Page 64

1  during the time between onset of symptoms and
2  surgery?
3      A.   Yes.
4      Q.   What was the extent of that progression?
5      A.   I can only tell you what the extent of
6  the progression was based on the CT scan that was
7  done in April.  At that time, the inferior vena cava
8  thrombus was below the level of the short hepatic
9  veins, making that a very manageable -- I mean within
10  reason -- case for a urologist to manage in the
11  abdomen alone.
12     By the time he had his surgery in July, the
13  tumor thrombus had progressed into the chest and they
14  had to do a sternotomy in order to manage the extent
15  of the caval thrombus.  So we know at least in the
16  three months between April and July that the thrombus
17  propagated into the intrahepatic vena cava,
18  suprahepatic vena cava, and up into the, you know,
19  mediastinal vena cava, atrium, wherever it finally
20  ended up.
21     So, you know, we know that there were multiple
22  centimeters of tumor thrombus propagation during

Page 65

17 (Pages 62 to 65)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1    those three months.  I can't state, and none of us
2    can, certainly not without looking at the films and
3    seeing what the films were, because, typically --
4    anyway, I don't want to go down that road, but, you
5    know, I can't state prior to that, let's say the
6    February ultrasound, you know, where the tumor
7    thrombus was at that time.  I mean, it may well be
8    visible there and just not picked up by the
9    radiologist.
10        You know, I have no idea.  I would have to
11    look at those films myself, but, typically, a good
12    renal ultrasound gives you the renal vein, gives you
13    the vena cava, and you would be able to see if
14    there's tumor thrombus in there if it's a reasonably
15    well-done study, again, taking into account the
16    limits of the patient's body habitus and being as
17    heavy as he is.
18        So, again, you don't know if it's a good
19    quality study and they really don't comment on that
20    in the report.  Certainly, if you looked at it
21    yourself, you would be able to tell, you know, just
22    how fuzzy those fuzzy gray images actually are.

Page 66

1        Q.   So if I understood you correctly, you're
2    taking the April 2016 CT film at the time -- I'm
3    sorry -- CT radiology read at the time of diagnosis,
4    correct, and the operative report from July?
5        A.   Correct.
6        Q.   And you're noting the progression of the
7    tumor thrombus between what the radiologist said in
8    April and what the surgeon saw when he got in there?
9        A.   Correct.
10        Q.   Okay.  So --
11        A.   Look, maybe the radiologist, you know,
12    who read the film in April is, you know, not very
13    good either.  I mean, I don't know who looked at that
14    film there and was able to tell if the thrombus
15    extended into the retrohepatic cava or
16    supradiaphragmatic, but, you know, taking it at face
17    value, which I think based on everything we've talked
18    about so far might be a questionable assumption, you
19    know, we know that there was at least that much
20    progression in those three months and we know or I
21    know, anyway, that everywhere that I've trained,
22    residency, fellowship, whatever, if you get a vena

Page 67

1    cava thrombus, you don't wait three months.  You get
2    that patient on the table because you know these
3    things propagate, and if they don't propagate, they
4    can break off and be life threatening.
5        So you have to get in there and get that done
6    as quickly as you can.  A delay of three months is
7    entirely too long.
8        Q.   Let me ask you this.
9        A.   And I -- go ahead.
10        Q.   Go ahead.
11        A.   No.  Go ahead.
12        Q.   Well, did that degree of progression
13    that you've pointed to between the April CT and the
14    surgery, is that consistent with the natural history
15    of this type of tumor?
16        A.   It can be.  As I said, these things are
17    hard to predict when they get to this stage.  It's
18    really one of the reasons why you don't wait, because
19    they actually tell you that you should have imaging
20    within, you know, 10 to 14 days before surgery to
21    make sure that there hasn't been propagation of these
22    tumor thrombi, because they can propagate very

Page 68

1    quickly and you really can't -- you know, sometimes
2    they just sit there for ages and sometimes they
3    propagate like this one apparently did.
4        You know, that's why you have to have fairly
5    recent imaging prior to your surgery, so that you
6    don't get caught by surprise like this.
7        Q.   So it's possible that it hadn't
8    appreciably propagated between April and surgery?
9        A.   Not based on the report.  Again, I
10    haven't seen the images.  So I don't know.
11        Based on the report, it did propagate quite a
12    bit, so much so that you had to do an entirely
13    different, much more morbid operation, one that's
14    going to take longer to recover from.  I mean, it's a
15    much bigger deal to crack somebody's chest open and
16    open up their mediastinum and pull a clot out of, you
17    know, an atrium or near the atrium than it is to just
18    cross-clamp the vena cava below the short hepatics
19    and, you know, scoop the tumor thrombus out of there.
20        So it's a different operation.
21        Q.   If that's the case, wouldn't you expect
22    -- well, why, if that's the case, why did they

Page 69

18 (Pages 66 to 69)

**Dr. Adam Metwalli**
**September 30, 2019**

1  **involve cardiothoracic surgery before getting in**
2  **there and finding out what was going on?  They must**
3  **have known.  Right?**
4      A.   Not necessarily.  Not necessarily.  You
5  know, and I can't speak to the mindset of the
6  urologist.  I do know that urologists without
7  fellowship training who are confronted with these
8  kind of tumors will routinely get other surgical
9  specialists involved, like vascular surgery and
10  sometimes cardiothoracic, depending on who they, you
11  know, have a good relationship with, who's available
12  that day and that sort of thing, sometimes with the
13  expectation that, you know, look, there's been a
14  delay since this thing was done, we know these things
15  can propagate, although, they don't always, and so I
16  need to have you on standby in case this thing is
17  further down than we want it to be, but I'm
18  speculating because I really don't know.
19      This could have been anticipatory and,
20  presumably, that's what it was if I had to guess, but
21  that's a guess.  I would tell you that a general
22  urologist with an IVC thrombus, nine times out of ten

Page 70

1  will get a vascular surgeon involved.  I have enough
2  experience in my training and my career that I would
3  let a vascular surgeon know I'm doing it and say I
4  may call you if there's an issue, but I would handle
5  it myself.  Most general urologists, I think would
6  get them in the room and have them be there to help,
7  because they're just not as familiar with that
8  dissection as I am because of the extra training that
9  I've had.
10      So it's not at all unusual for a general
11  urologist to ask for help like that and have people
12  available and on standby, not knowing exactly what
13  they're going to run into or not being as comfortable
14  with that as some other folks might be.
15      Q.   **So it's your belief the decision to do**
16  **the sternotomy with hypothermic arrest and bypass was**
17  **made during the procedure?**
18      A.   I got that impression from reading the
19  operative note, I think, if I remember correctly.
20      Do we have the operative note?
21      MR. STROM:  I'm sure we do.
22      THE WITNESS:  There was something that I read

Page 71

1  and I'm pretty sure it was the operative note that
2  led me to believe that this was a decision where once
3  they got in there and started getting things
4  mobilized, they realized the extent of the tumor and
5  they said, Okay, this is the best way to manage it,
6  and that's what they did.
7  BY MR. RUPCICH:
8      Q.   **Is there any way to track the**
9  **progression of this thrombus between December and**
10  **April?**
11      A.   Well, you have to identify that it's
12  there first.  If you miss it, then you can't track
13  something you don't know about.  It's kind of the
14  Rumsfeld Unknown Unknowns.  Right?
15      So yeah.  I mean, whether you do an
16  ultrasound, an MRI, a CT scan, a transesophageal
17  echo, any of those things would be able to do that,
18  but you have to know that it's there in order to look
19  for it.  Right?
20      Q.   **So the only way would be to find it on**
21  **an earlier film?**
22      A.   Correct.

Page 72

1      Q.   **And then compare it to a later film?**
2      A.   Correct, and, theoretically, if you
3  looked at the -- again, I don't know the quality of
4  the ultrasound.  The ultrasound in February, if it's
5  a well-done study should give you a good look at the
6  renal vein and good look at the IVC, and if you can
7  see those and they're clear, then that gives you a
8  starting point, but I would be willing to bet you
9  can't because of this body habitus, and I'd be
10  willing to -- well, anyway, I don't know.  I'd just
11  have to look at it.  I'm speculating now.
12      Q.   **So let me make sure I understand.  At**
13  **what point does sternotomy and hypothermic arrest**
14  **become necessary, at what point in the progression?**
15      A.   You know, this is where the art of
16  medicine comes into play.  Right?
17      And it depends on what your comfort level is,
18  what your skill sets are.  Okay?
19      And who your surgeon is, who your consultant
20  is.  Right?
21      So I wouldn't be one to comment on that
22  because I'm not a cardiothoracic surgeon,

Page 73

19 (Pages 70 to 73)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

necessarily.  The cases where I've done this, you can
sometimes cross-clamp the supradiaphragmatic vena
cave without going on arrest.  You can do vena-vena
bypass.  There's a number of different permutations
that you can do to achieve the same result.

There's even a technique where you split the
diaphragm and, you know, open up the pericardium and
kind of fish it out that way, which I think very few
people actually have the nerve to do, but I have one
colleague who does that.

So, again, it kind of depends on who your
consultants are and what they're most comfortable
doing, what your institution is capable of doing, you
know, your anesthesiologist and that kind of thing.
So, you know, that kind of decision is an
interoperative decision that's probably made based on
the discussion among the surgeons at the table, the
vascular guy, the cardiothoracic guy, and the
urologist, saying, Okay, this is what we have, how do
we fix this, how do we get this done.

You know, when you have supradiaphragmatic
extension of a renal tumor thrombus, putting people

Page 74

on bypass, whether or not you do an arrest or not,
you know, is common, is a common approach and, you
know, whether you do it that way or not probably has
as much to do with whatever the common practices are
for that particular institution and that surgeon.

Q.   Okay.  But your report at the bottom of
page 2 says:  "If he had been treated more promptly,
he likely would not have needed the sternotomy,
cardiac surgery, hypothermic arrest, and bypass."

So it seems as though you do have an opinion
about the point at which this became necessary.

A.   Yeah, of course.  Stipulating, of
course, that the CT read from April is accurate and
the tumor thrombus had not progressed above the short
hepatics, none of that stuff would have been
necessary.

So operating on that man within, you know, two
weeks or so of that scan, assuming that scan was
actually read correctly, he would not have needed any
of that stuff.  This would have been just a straight
intraabdominal case with a much shorter recovery
period.

Page 75

Q.   That does not affect the patient's
overall survival though?

A.   It does, actually.  The level of the
tumor thrombus does have prognostic significance, and
certainly those who have tumor thrombus extension up
into the mediastinum up toward the heart have a much
worse survival at two years and five years than
people who have tumor thrombi that are below the
liver, and that's been well documented for decades.
I mean, that's not new data at all.

Q.   Okay.  Basically, what you're saying
with that sentence is there's a point in time before
this thrombus had reached -- what did you call it?
Sort of the point where --

A.   Above the diaphragm.

Q.   Above diaphragm, and that's what the
studies have said, tumor thrombus above diaphragm,
overall survival is lower.  Right?

A.   That's correct.

Q.   So what you're saying is catching this
and doing the surgery before the thrombus became
reached or got above the diaphragm would have

Page 76

resulted in a better outcome?

A.   Yeah.  I mean, the data is pretty clear
that that's a bigger operation.  It has a higher
complication rate and survival rates are lower.  It's
overall survival and cancer-specific survival,
although, the cancer-specific survival data may be
not as robust.  It's there, you know, and part of it
is that this is just a bigger operation.  It's just
much harder to recover from, and the more
complications you have, the lower your survival is
going to be at baseline irrespective of what the
cancer is doing to you.

So, I mean, it's a double whammy, really.

Q.   So he survived the surgery.  So does
that mean, at least for the risk associated with the
surgery for a thrombus above the diaphragm, he beat
that?

A.   Well, I mean, he's fortunate that he was
able to get through that without major complications
or, you know, any kind of, you know, 30-day mortality
and that kind of thing.  That's not to say that, you
know, everybody does, but that doesn't obviate the

Page 77

20 (Pages 74 to 77)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1   fact that, you know, the higher the tumor thrombus
2   level goes, the worse the cancer-specific survival as
3   well, which stands to reason, because it tends to be
4   a more aggressive disease if it gets that high in the
5   first place.
6       **Q.   I understand that, but when we're**
7   **talking overall survival as it relates to tumor**
8   **thrombus above the diaphragm, that's decreased**
9   **because of the difficulty of the surgery and the**
10  **recovery; is that a fair statement?**
11      A.   I think that is a fair statement.  I
12  think that's true, you know, and when you're talking
13  about somebody who has metastatic kidney cancer and
14  their survival is measured in months anyway, you
15  know, adding additional recovery morbidity to them
16  is, you know, all the worse because they have such a
17  short period of time.  So you would like to do
18  whatever you can to minimize the amount of time it
19  takes them to recover from surgery.
20      So the less you have to do, the better, which
21  is kind of where this delay and the progression of
22  this tumor thrombus really comes into play in terms

1   of adding to his morbidity.
2       **Q.   His morbidity from the cancer or from**
3   **the surgery?**
4       A.   Both, but mainly -- both, really.  You
5   know, I was speaking more directly to the surgery.
6   You know, making an abdominal incision, you know, it
7   typically takes two to three months to kind of
8   recover from, more or less, fully.  You know, when
9   you add a sternotomy on top of that, then you're, you
10  know, extending the recovery where you actually kind
11  of feel good and are functional by several months.
12      I mean, it adds morbidity to the recovery.  So
13  yeah.  I mean, and that's setting aside the obvious
14  oncologic impact of letting the tumor thrombus
15  progress to that level.
16      **Q.   What's his cancer-specific survival rate**
17  **for this disease?  Do you know?**
18      A.   You know, that's an interesting question
19  and it really -- there's two ways to kind of answer
20  that.  One is to say that five-year -- two- and
21  five-year survival rates are like on the order of 30
22  percent and 10 percent or something like that, but

1   then there's the idea of conditional survival, which
2   is what kind of response will you get to systemic
3   therapy, and the better your response is to systemic
4   therapy, the longer you're going to live, which is
5   intuitive, but somebody came up with this term,
6   "conditional survival".
7       The better response you get to your initial
8   systemic therapy, the longer you're just going to
9   live in general.  So, you know, in the era of
10  tyrosine kinase inhibitors and the multitude of
11  different therapeutic options that we have, to say
12  nothing of the checkpoint inhibitors that are now
13  coming out, those numbers may have changed somewhat,
14  although, you're sort of just kicking the can down
15  the road because you don't really cure anybody.  They
16  just live a little bit longer.
17      Does that make sense?  I might have gone down
18  a rabbit hole there.
19      **Q.   No.  I think I followed.**
20      **Is it true that patients with aggressive, what**
21  **we consider aggressive renal cell carcinoma sometimes**
22  **respond better to systemic therapy than less**

1   **aggressive tumors?  Is there any data on that or**
2   **immunotherapy or their immune system response to it,**
3   **sometimes better than other patients with smaller**
4   **carcinomas?**
5       **Do you know what I'm getting at?**
6       A.   I do and I don't think there's any
7   convincing data to support that idea.  I think that
8   there are some folks who have felt like, you know,
9   there may be -- you know, if you get kind of a --
10  it's too muddled of a picture to really draw
11  conclusions, in my opinion, because some people with
12  slower-growing disease will have less robust
13  responses to therapy, but they have slower-growing
14  disease at baseline.  So they tend to live a long
15  time anyway; whereas, when you have aggressive
16  disease, you might get a rapid response to therapy,
17  but then your response time is shorter.
18      So it becomes a bit of a mixed picture.  So I
19  wouldn't really say that that's the case, no.
20      **Q.   Was this patient, Mr. Dean, would it**
21  **have been reasonable, in your view, to not do surgery**
22  **on him given his surgical risks, a pacemaker,**

21 (Pages 78 to 81)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

cardiomyopathy?

A. No. I don't think so.

Q. Why not?

A. Because of I think what we just talked about in terms of the three-month delay between the CT scan in April and July, you know, with that degree of progression of his tumor thrombus, I think his overall survival and cancer-specific survival would have been very truncated if you just observed him and didn't do anything.

You know, we've seen that tumor thrombi don't regress if you just start them on systemic therapy, you know, not appreciably anyway. There are clinical trials looking at, you know, upfront treatment with TKI and then consolidative cytoreductive nephrectomy and those kind of things and, you know, there are too very kind of disparate camps in urologic oncology about whether or not you should do that, but I think that the prevailing wisdom is that if you can safely do the operation and get the patient off the table, which I think, you know, much credit to the urology team and everybody else who got him on and off the

Page 82

table, was possible in this patient even with a more advanced tumor than what they probably should have been operating on had it happened in a more timely fashion.

You know, you should do that because the complications associated with locally progressive disease, you know, are imminently life threatening. So it wouldn't be reasonable to not do that.

Q. I want to look at page 3, the bold that says the delay from diagnosis to surgery was a deviation -- I'm sorry -- a departure from the standard of care that increased risks to Mr. Dean's health. Are you with me?

A. Yes.

Q. And that timeframe would be April 12 or April 16 of 2016 to July 19 of 2016?

A. Yeah. That's correct.

Q. Again, you're referring to the urologic standard of care?

A. That's correct. I don't know that there are different standards of care when it comes to the management of renal cell carcinoma with tumor

Page 83

thrombus. I don't think that you can split that by discipline.

You know, I think that urologists and urologic oncologists set the standard of care for how this is managed and it does not differ if you have a different training background.

Q. Well, you would agree that Dr. Severino made the diagnosis. Correct?

He's the urologist.

A. Okay. Is he the one that ordered the CT scan?

Q. Yes.

A. Then yes. I presume he did.

Q. And he's the urologist that participated in the surgery. Correct?

A. Correct.

Q. Are you critical of Dr. Severino for the period of time that elapsed from diagnosis to surgery?

A. I think that it is too long to wait. I think there are a number of people who deserve, you know, some scrutiny for that.

Page 84

I do know that having dealt with patients who are in the Department of Corrections, getting things done in a timely fashion is very difficult and unlike in your normal urologic practice where you know the referring doctors well. They're in your community. You know the cardiologist who's probably taking care of this guy and you can pick up the phone.

That kind of accessibility does not exist for someone like Dr. Severino who's not actually, you know, within the DOC system, but is, rather, being used as a consultant. So I think that while under ordinary circumstances, I might be more critical of Dr. Severino, I think in this case, I think the Department of Corrections and their system is really where the criticism lies, because it seems to me like this should have been done in a more condensed timeframe than it was and the people who are responsible for seeing to that are the Department of Corrections doctors.

Q. Are you able to identify anything that happened between April and July as far as the scheduling of this surgery?

Page 85

22 (Pages 82 to 85)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1    A.   I was not.
2        Q.   Are you familiar with any of the workup
3    done by either Dr. Severino or any of the other
4    surgeons between April and July?
5        A.   The only workup that I saw that I
6    thought was relevant, and it's certainly conceivable
7    that there may be more information there that I need
8    to review, but once the cardiology clearance was done
9    approximately three weeks after the CT scan showed
10   the tumor thrombus, you know, it's at that point
11   when, you know, things really needed to move, and
12   what the cause of the delay was that required a
13   second cardiology clearance is not clear to me.  I
14   did not see what that is, you know, but certainly, it
15   would seem to me that knowing that there's an
16   inferior vena cava thrombus and three weeks later,
17   you have a cardiology clearance, that's the time at
18   which surgery should have been performed, in short
19   order.
20       Q.   Well, do you disagree with the decision
21   to involve a vascular surgeon before the surgery?
22       A.   That's up to Dr. Severino and his

Page 86

1    comfort level with this case.  I'm not aware of that
2    being, you know, a factor that delayed scheduling,
3    but I can see how it might, although typically --
4        Q.   Are you --
5        A.   Typically, the way these things work is,
6    you know, everybody understands kind of the urgency
7    of these things and you find a way to work it out
8    fairly quickly.
9        Q.   So you wouldn't think it's inappropriate
10   to have the vascular surgeon review the films that
11   had been done?
12       A.   I think that's totally appropriate.  I
13   think you absolutely should.
14       Q.   The involvement of a cardiothoracic
15   surgeon is not inappropriate.  Correct?
16       A.   Not inappropriate, not entirely
17   necessary based on, you know, the extent of the
18   thrombus, assuming, again, the radiology read is
19   correct, but not inappropriate, no.
20       Q.   It wouldn't be inappropriate for the
21   cardiothoracic surgeon to want his own appointment
22   with the patient, would it?

Page 87

1        A.   I think those are the kind of judgments
2    that need to be weighed in light of the timing of
3    these things and, certainly, I wouldn't want that to
4    delay the surgery.  I would feel fairly strongly
5    about that and express that.
6        Q.   Okay.  But if the cardiothoracic surgeon
7    requested an appointment --
8        A.   You should be able to get that done
9    within a week.
10       Q.   You wouldn't expect the prison to say no
11   to that.  Right?
12       A.   No.  You wouldn't, but you could expect
13   them -- I mean, these things just need to be done
14   quickly.  I mean, typically, when you do these sorts
15   of things, if you marshal these kind of forces, you
16   know, sometimes they require -- I mean, I don't know.
17   I haven't had a lot of surgical specialists like that
18   request a one-on-one, but if they're going to do
19   that, you know, you should be able to get that done
20   fairly quickly.  There's no reason why you can't.
21       Q.   Okay.  They brought in a radiologist,
22   Dr. Severino did, that he trusted to review the

Page 88

1    films.  Any issue with that?
2        A.   No, not at all.  I think that's entirely
3    appropriate.
4        Q.   Okay.  That radiologist wanted another
5    CT done.  Did you know that?
6        A.   I was not aware of that, but I think
7    that, you know, it doesn't take long to do a CT scan.
8        Q.   Okay.  So that would be appropriate, to
9    get a second CT if the radiologist felt they wanted a
10   different or a better film?
11       A.   It's reasonable.
12       Q.   Now, there's a note in the Springfield
13   Clinic medical records of June 23, 2016 that states
14   that -- I believe it was the cardiothoracic surgeon's
15   first availability was the week of July 18, which is
16   almost a month away.  It's your belief that would be
17   too long?
18       A.   Yeah, absolutely.
19       Q.   Again, I come back to my question of how
20   are we critical of the treating physician if this is
21   what I've described to you as the workup being done
22   by Dr. Severino and his team?

Page 89

23 (Pages 86 to 89)

**Atkinson-Baker, Inc.**
**www.depo.com**

1    A.   Who is in charge of making these
2  appointments?  Who coordinates all of this stuff?
3  Like how does this get done through the Department of
4  Corrections?
5    Q.   So what you're suggesting is the steps
6  the urologist and his surgical team took were
7  reasonable, but the prison wasn't able to accommodate
8  them in a reasonable timeframe?
9    A.   I think that the primary care physician
10  for the patient has an obligation to be an advocate
11  for their patient and needs to be aware of what, you
12  know, acceptable timeframes are, and, you know, if
13  things take too long, they need to be picking up the
14  phone and saying we need to do this sooner.
15    I mean, that's not at uncommon.  I get calls
16  from nephrologists and internal medicine doctors
17  saying, you know, so and so needs to see you, but
18  your next appointment is three months, you know, why
19  is it taking so long.  You know, when they explain to
20  me what the situation is, I typically make an
21  accommodation and do it earlier, and that's part of
22  their role.

Page 90

1    You know, I understand that the Department of
2  Corrections doctors are working within a challenging
3  framework, you know, not altogether different from VA
4  doctors and others.  So there are some limitations on
5  their ability to do those sorts of things,
6  particularly as it, you know, deals with people
7  outside their system, but at the same time, there has
8  to be some advocacy for this patient to move these
9  things more quickly and there has to be an
10  understanding of the biology of this disease such
11  that things can't be prolonged like that.
12    Q.   Wouldn't you expect Dr. Severino to have
13  an understanding of the biology of this disease?
14    A.   I believe he probably does.  I think he
15  also has a self-awareness about what his capabilities
16  are, his familiarity with this particular operation,
17  and he's trying to get, you know, the help that he
18  needs.
19    You know, I think that there is -- again, you
20  know, these are challenges because somebody who is
21  readily available and you want -- and the
22  cardiothoracic surgeon wants to see them, you know,

Page 91

1  you can squeeze them in over a lunch period or what
2  have you, but you can't do that with a DOC patient,
3  and there's nothing Dr. Severino or the vascular
4  surgeon would be able to do to change that system of
5  transporting patients.
6    So at the end of the day, the people who had
7  the capability of making these things happen in a
8  timely fashion are the Department of Corrections
9  doctors.
10    Q.   Well, let me --
11    A.   You know, having been on the receiving
12  end of this, I completely understand where he is,
13  because there's only so many things that you can do,
14  because they kind have this way of doing things and
15  it's the doctors on the DOC end who ultimately, you
16  know, make the decisions on where patients go and
17  when and how they get there, you know, and as an
18  outside consultant, you don't.
19    Q.   Okay.  So the duty of advocacy you're
20  talking about, I think you said that would be
21  satisfied by picking up the phone and trying to move
22  something up.  Right?

Page 92

1    A.   That's one of the ways that primary care
2  physicians will advocate for their patient to me,
3  specifically.  I was using that as an anecdote.
4    Q.   Okay.  As of April -- actually, as of
5  March 2016, Mr. Dean was Dr. Severino's patient as
6  well, wasn't he?
7    A.   He was Dr. Severino's patient.  That's
8  correct.  He was as a consultant.  Yes, he was.
9    Q.   So then this duty of advocacy that
10  you're referring to would also apply to Dr. Severino.
11  Correct?
12    A.   Generally speaking, coordination of care
13  falls to the primary care physician first.
14  Obviously, Dr. Severino, as a treating physician, has
15  an obligation to his patient as well, but you also
16  have to recognize the limitations of Dr. Severino's
17  staff and his ability to make these things happen
18  with a patient who's in an entirely different system.
19    It would be a different, somewhat different,
20  conversation if this patient were not an inmate.  You
21  know, the control and the advocacy that Dr. Severino
22  and his staff would be able to provide would be much

Page 93

24 (Pages 90 to 93)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1  greater than it is for a patient who's in the
2  Department of Corrections.
3  **Q.  Well, as a consulting physician, you can**
4  **order things stat, can't you?**
5  A.  You can, absolutely.  Absolutely.
6  **Q.  Did you see where Dr. Severino ordered**
7  **anything stat?**
8  A.  I did not.  I would not say that I
9  looked at all the orders that he wrote either.  So I
10  wouldn't be able to comment intelligently about that.
11  **Q.  Did you see any evidence in the record**
12  **where Dr. Severino reached out to the prison because**
13  **he felt they were not moving with sufficient speed?**
14  A.  I did not.
15  **Q.  You would expect Dr. Severino to have a**
16  **better understanding of the biology of this disease,**
17  **its natural history, its potential for progression**
18  **than a family practitioner, would you not?**
19  A.  I would.
20  **Q.  I want to read you something from Dr.**
21  **Severino's deposition, and this is at page 39 and the**
22  **question I asked him was:**

Page 94

1  **"Do you have an opinion on whether this was a**
2  **reasonable timeframe from when you first saw this**
3  **patient to do the surgery?"**
4  **His answer:  "You know, obviously, it took a**
5  **lot of coordinating and stuff.  I mean, like I said,**
6  **you've got to do this right or you're guaranteed the**
7  **patient will die on the table.  I mean, you had**
8  **multiple physicians' timeframes.  You know, we had**
9  **another radiologist look at it.  You know, there's a**
10  **lot of coordinating here.**
11  **"Question:  So is that a yes?**
12  **"Answer:  Yeah.  I mean, I would argue I would**
13  **rather have it scheduled correctly than have a**
14  **patient die on the table because you want to try to**
15  **hurry up, Oh, let's just do it."**
16  **You did not review Severino's dep.  Correct?**
17  A.  I did not see it, no.
18  **Q.  Do you disagree with what I just read to**
19  **you and that I've attributed to Dr. Severino?**
20  A.  I don't disagree with it.  I think that
21  there's also some limits to that.  I agree with him.
22  You have to make sure that you have the right team in

Page 95

1  place, particularly, if this is something that you're
2  not doing on a regular basis, and you do have that
3  kind of coordinating, and it took longer than he
4  wanted, but he wanted to make sure that the case was
5  booked appropriately with the appropriate specialists
6  available.
7  He's absolutely right that the case needs to
8  be booked appropriately with, you know, getting
9  bypass stuff in there, hypothermic arrest stuff.  You
10  know, you can't just ask for that.  That has to be
11  ready to go.  You've got to have a perfusionist, all
12  of that business.
13  So he's right.  There is a major coordination
14  issue, potentially, for this, but at the same time,
15  there has to be a sense of urgency on the people who
16  are involved in that coordination, and at the end of
17  the day, you know, the gatekeepers or the
18  quarterbacks or whatever are the primary care
19  physicians who basically are making sure that this
20  thing goes on schedule, especially, I would argue, in
21  a situation like this where the patient is an inmate.
22  It may be a little bit different when a

Page 96

1  patient is not an inmate and is in, you know, regular
2  practice and has a little bit more flexibility with
3  their schedule and has fewer limitations on their
4  transportation issues and there's no security issues,
5  shackles and all that business, you know, that
6  institutions have for transporting these patients.
7  Because of those limitations, the onus really falls
8  on DOC system to make sure these things happen
9  quickly and not Severino's office, because anybody
10  who's ever tried to call and, you know, get things to
11  move, you know, it's very, very difficult.  The
12  people who can do that are from the inside, not the
13  out.  You can't do it from the outside, not in my
14  experience anyway.
15  I don't want to say you can't ever, because
16  what do I know?
17  **Q.  So I just want to make sure I understand**
18  **this.  I read you Dr. Severino's answer about whether**
19  **the timeframe was reasonable.  He mentioned nothing**
20  **about any delays occasioned by the prison.**
21  **Your opinion absolves Dr. Severino of any**
22  **fault for this timeframe and attributes it to the**

Page 97

25 (Pages 94 to 97)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1  prison physicians; am I correct?
2      A.   I can't say that with certainty because,
3  obviously, I'm not -- I haven't read all the records
4  of all the communications that have gone back and
5  forth and who said what to whom.  So I can't say that
6  for sure.
7      What I can say is that the time period was too
8  long.  I understand that there's a coordination
9  issue, and Dr. Severino is correct that he needs to
10  get his right team in place, but everybody needed to
11  be moving faster, and understanding the limits of
12  trying to get people in the Department of Corrections
13  worked up appropriately and ready to go, I understand
14  where that happens and it happens on the DOC side of
15  things.
16      Q.   Can you point me to any period of time
17  where the ball was in the DOC's court on any request
18  by Severino that they sat on?  Can you direct me to
19  anything?
20      A.   At this time, I can't.  I do know that
21  there were other records that I read where there were
22  discussions and decisions made and then the execution

Page 98

1  of those decisions earlier on in the workup that I
2  thought took longer than they should, kind of moving
3  at the speed of government, which I get.  Having
4  worked at the NIH for years, I understand how that
5  works.
6      I don't doubt that that kind of thing was
7  going on throughout this whole entire process and,
8  certainly, it's death by a thousand cuts, accumulated
9  delays over one decision to the next to the next; but
10  to point you to a specific record, I would have to
11  dig deeper into this record.  I could probably find
12  some.  There's probably additional information I'm
13  not privy to here that would also reflect that.
14      Q.   Why are you not privy to it?  Wasn't it
15  in the records you were provided?
16      A.   I imagine there's probably some
17  communications that -- again, as I said, I haven't
18  read every last little page of this thing, but I
19  imagine that there are, you know, communications that
20  occurred on the DOC side that are not part of this
21  record that would also reflect what I'm talking
22  about.

Page 99

1      Q.   Well, Doctor, you're accusing my doctors
2  of breaking the law, essentially, but you didn't
3  bother to read all of the records you were provided?
4      MR. STROM:  Objection, misstates testimony,
5  form, foundation.
6      THE WITNESS:  Can I ask my attorney a
7  question?
8  BY MR. RUPCICH:
9      Q.   I mean, if you understood my question,
10  you can answer it.
11      A.   I don't think I did, which is why I want
12  to ask him a question.
13      Q.   Well, I'll repeat my question.
14      A.   Okay.  Go ahead.  We'll take a crack at
15  it.
16      Q.   Obviously, you're giving opinions
17  adverse to my clients --
18      A.   Right.
19      Q.   -- in this case.  Correct?
20      A.   Correct.
21      Q.   And you're telling me that the evidence
22  to support the opinion that there were delays

Page 100

1  attributable to the prison is out there; you're just
2  not able to direct me to it at this time?
3      MR. STROM:  Objection to form.
4      THE WITNESS:  I saw evidence of delays
5  earlier in the workup that I thought were indicative
6  of the systemic problems that I know exist; however,
7  if you would like me to spend a few more hours
8  looking through this to find it for you, I would be
9  happy to.
10      Q.   Are you talking about delays that
11  occurred before the diagnosis?
12      A.   That's correct.
13      Q.   And based upon that, you extrapolated
14  that the workup between diagnosis and surgery was
15  plagued by similar delays?
16      A.   Let's stick to the facts that I know,
17  which is that there was a delay and I also know that
18  coordinating care through the Department of
19  Corrections is not something that's done quickly or
20  easily under any circumstances, and to assume that
21  the culpability for those delays lies in the hands of
22  somebody outside the DOC system does not seem

Page 101

26 (Pages 98 to 101)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1  reasonable to me, and there's no evidence to suggest
2  that based on what I was able to read.
3      I would be happy to read more, though, at your
4  behest.
5      **Q.   Have you ever had any exposure to how**
6  **the Department of Corrections in Illinois handles**
7  **outside care before this case?**
8      A.   Not Illinois specifically, no.
9      **Q.   So your opinion is it doesn't make sense**
10  **that Dr. Severino would have taken this long, being a**
11  **urologist and understanding the condition; therefore;**
12  **there has to be another explanation for why it took**
13  **so long?**
14      MR. STROM:  Objection.
15  BY MR. RUPCICH:
16      **Q.   Is that --**
17      MR. STROM:  Sorry, Joe.  I didn't mean to
18  interrupt.
19  BY MR. RUPCICH:
20      **Q.   Is that accurate?**
21      MR. STROM:  Objection to form, misstates
22  testimony.

Page 102

1  BY MR. RUPCICH:
2      **Q.   If you think I misstated something,**
3  **correct me, by all means.**
4      A.   I think that the degree of delay between
5  the identification of an IVC thrombus and surgery was
6  longer than you would normally expect, you know, and
7  the likely cause is because of what we talked about,
8  what I had said previously.  That being said, you
9  know, do delays sometimes occur for other reasons?
10  Yes.  It's certainly a possibility and I would be
11  happy to review any papers that would suggest that
12  there's another cause, another reason.
13      **Q.   So you're speculating on what the reason**
14  **for the delay is.  Correct?**
15      MR. STROM:  Objection.  Objection to form,
16  misstates testimony.
17      THE WITNESS:  I evaluated the workup of this
18  tumor up to the point of surgery and I did read
19  considerable notes that were the collegial
20  whatever -- where is this -- collegial notes and so
21  forth and the timing of these things, which certainly
22  gave me a good sense for the speed of the processing,

Page 103

1  of discussing cases, getting consultations, getting
2  additional workup; and from that, I drew the
3  conclusion about the pace at which these things occur
4  within the Department of Corrections in Illinois.
5      That is the basis of where I draw my
6  conclusions regarding the other delay that we --
7  about which we spoke.
8  BY MR. RUPCICH:
9      **Q.   Do you need a break or anything?**
10      A.   I would love to take a break, actually.
11      MR. RUPCICH:  Let's take five.
12      MR. STROM:  Joe, just so you know, Dr.
13  Metwalli has a meeting at 5 p.m.
14      THE WITNESS:  At five o'clock, that's
15  correct.
16      MR. STROM:  At 5 p.m. eastern time.
17      How much travel time do you need for that?
18      THE WITNESS:  Well, I've got to get over to
19  Howard.  So 5:00 in D.C.  So, you know, a little bit
20  of time, 20 minutes probably.
21      MR. STROM:  Okay.
22      THE WITNESS:  You know, I don't want to -- I

Page 104

1  would like to get done with this also.  So if I miss
2  the meeting, so be it.  You know, let's get this
3  wrapped up.
4      MR. STROM:  Joe, does 45 minutes sound right
5  for how much time you need?
6      MR. RUPCICH:  I really don't -- I don't know.
7      MR. STROM:  Okay.
8      MR. RUPCICH:  I'll do my best.
9      MR. STROM:  Sure.
10      THE WITNESS:  I appreciate it.
11      MR. RUPCICH:  Thank you.  We'll take five.
12      [Recess.]
13  BY MR. RUPCICH:
14      **Q.   You had mentioned earlier delays of more**
15  **than 12 weeks between diagnosis and surgery have been**
16  **shown to result in worse outcomes for cancer-specific**
17  **survival.**
18      A.   Yes.
19      **Q.   Is that specifically with respect to the**
20  **clear cell renal cell carcinoma?**
21      A.   It is not.  That's a good point that you
22  bring up.  It is not.

Page 105

27 (Pages 102 to 105)

**Dr. Adam Metwalli**
**September 30, 2019**

**Page 106**

When I looked for data to support that for clear cell, particularly higher stage, locally advanced clear cell, you can't really find that data because nobody waits that long. So it's just hard to find that data; whereas, the reason I use that data is because bladder cancer patients are often very sick. Bladder cancer is probably the closest analog to kidney cancer in urology in terms of its lethality and kind of growth rate, particularly when you talk about advanced disease. You know, prostate cancer has a much longer natural history. Penile cancer is too rare to really talk about, and testis cancer is a different animal altogether.

So when you look at those two in terms of lethality, the number of men or women who get it versus the number who die, they track more closely than like prostate cancer.

We know that bladder cancer patients typically tend to be very sick. They're often smokers. They have COPD. They have heart disease, that kind of stuff. They require a certain amount of workup. They've not ideal surgical candidates.

**Page 107**

So that's one disease process where, you know, getting them to go to surgery sometimes takes quite a bit of time, and so people have gone back and done these studies to see if it makes any difference in terms of their outcome, and they showed that a delay of 12 weeks does. That was the analog that I was using for this particular case, because, again, a small renal mass, four centimeters and less, you know, we're talking about, you know, a different type of clinical scenario there.

So I hope that explains why I used that particular reference.

Q. So if I'm understanding, it stands for a general proposition that delays of more than 12 weeks on a similar, but not identical, type of urologic cancer have been shown to result in worse cancer-specific and overall survival outcomes?

A. Correct.

Q. Is the natural history of bladder cancer or high-grade bladder cancer different from clear cell renal carcinoma?

A. It is somewhat different, yes. That's

**Page 108**

correct.

Q. Is it faster or slower?

A. It's funny you should ask that. I would say that when you're talking about muscle invasive bladder cancer, locally advanced bladder cancer, that tends to be a fast-growing disease with faster local progression that is exacerbated by delays. That is where I think the analog works with high-stage locally advanced kidney cancer, because, again, you are kind of dealing with a locally aggressive relatively rapidly growing tumor.

So that's why I -- again, I thought the reference was somewhat applicable because of the homology between those two disease states at that particular stage.

Q. Is this literature you would expect Dr. Severino to be familiar with?

A. I would expect that he would be at least having a passing familiarity with this concept. Yeah.

Q. So if I read these correctly, and I was only able to get the abstracts -- I'll be honest --

**Page 109**

but Footnote 1 and 2 involved muscle invasive bladder cancer; is that right?

A. That's correct, yeah.

Q. So three, the Abel, A-B-E-L article --

A. Yes.

Q. -- so it looked like that was a study to identify patients with metastatic renal cell carcinoma most likely to benefit from cytoreductive nephrectomy.

A. Correct.

Q. So the goal there was to decide treatment benefits based on reducing the -- eliminating the primary site of the tumor in patients with metastatic kidney cancer?

A. That's correct.

Q. What was the conclusion?

A. I would have to look at this one specifically, but the M.D. Anderson paper, which is Reference No. 3, I believe supports the idea of using cytoreductive nephrectomy, particularly in patients who have the venous thrombus, and the other paper, I believe, is a metaanalysis also showing some benefit

**Atkinson-Baker, Inc.**
**www.depo.com**

1  on overall survival with cytoreductive nephrectomy
2  and metastatic cell.
3      The reason I put those in, if I remember
4  correctly and I would have to -- you know, it's been
5  a month and -- I guess a month or so since I looked
6  at this -- is that when you look at these papers and
7  they talk about, you know, treatment times and that
8  sort of thing, what you'll find is that the treatment
9  times are relatively short.  So that's why -- and
10  what I mean by that is the time to surgery.  There
11  were a couple of maybe tables at least in one of them
12  that were kind of showing that the time to surgery is
13  relatively short for these patients, and my purpose
14  in putting that in was to kind of indicate that the
15  standard of care for this kind of thing is that when
16  you diagnose it, you want to do surgery on it fairly
17  quickly.
18      That's considered the standard and these are,
19  you know, a couple of relatively large studies.
20      **Q.   Okay.  When I read it, it looked like**
21  **this No. 3 might have referenced what you talked**
22  **about earlier.  There was a poor overall survival**

Page 110

1  **following the cytoreductive nephrectomy if the tumor**
2  **thrombus was above the diaphragm.**
3      A.  Correct.  Yeah.  Yeah.
4      **Q.   Were you able to tell from the radiology**
5  **reports in this case, I guess in the April one, if**
6  **the tumor thrombus was above the diaphragm?**
7      A.   It was not.  In the April one, it was
8  not, according to the report -- and I would be happy
9  to read it off to you to sort of explain it if it's
10  not clear -- my reading and interpretation of it was
11  that the inferior cava thrombus was at the level of
12  the short hepatics, which actually means below the
13  liver.  So if you think about kind of the anatomy of
14  this, the kidney inserts into the vena cava
15  approximately five or six centimeters below the short
16  hepatics, you know, which are kind of the first short
17  veins that go into the liver, and then you've got the
18  retrohepatic vena cava, which is another, you know,
19  five or six centimeters, at which point you get to
20  the suprahepatic, subdiaphragmatic vena cava, which
21  is just like one or two centimeters.  It's really a
22  hard piece of vena cava to isolate and you can get

Page 111

1  yourself into a lot of trouble there.  Then it
2  traverses the diaphragm and then you're in the
3  supradiaphragmatic vena cava.
4      So by my reading from that and, again,
5  hopefully -- I think you're pulling it up.  Right?
6      You had, say, seven centimeters, eight
7  centimeters of vena cava between where it was at that
8  CT scan in April, which was read as bland thrombus,
9  and getting into the supradiaphragmatic vena cave.
10  Now, again, this is with the caveat that I'm going
11  off of this radiology read, which may or may not be
12  accurate.  I can only go off of what it says, you
13  know, and I think a well-done CT scan is a more than
14  adequate study to evaluate for this.  MRI is perhaps
15  a little bit better, you know, and transesophageal
16  echo, obviously, gives some benefit as well,
17  although, I think MRI and CT scan are more than
18  adequate for this, but a well-done MRI will give you
19  all the information you really need as far as tumor
20  thrombus extent in most cases.
21      **Q.   So you're going to have to help me with**
22  **my anatomy.**

Page 112

1      A.   Sure.
2      **Q.   How far would that tumor thrombus have**
3  **had to travel to get to where it was at the time of**
4  **surgery?**
5      A.   I'm guessing five to seven centimeters,
6  you know, two inches, maybe two and a half inches.
7      **Q.   Did you look at the June 2016 CT report?**
8  **You know they repeated it?**
9      A.   Let me see it.  If I looked at it in my
10  initial review, I don't remember it.
11      MR. RUPCICH:  Bill, do you have it?
12      MR. STROM:  Is it the one dated June 8, 2016?
13      MR. RUPCICH:  It's dated -- yeah.  It's page
14  1683.
15      MR. STROM:  Yes.  Would you like me to show
16  it to Dr. Metwalli?
17      MR. RUPCICH:  Yeah.  Why don't you let him
18  look at it.
19      [Witness consults computer.]
20      THE WITNESS:  Yeah.  So it looks like it
21  progressed based on the previous study from below the
22  short hepatics to the intra -- mid-intrahepatic

Page 113

29 (Pages 110 to 113)

**Dr. Adam Metwalli**
**September 30, 2019**

1  portion.  So that's probably like a two-centimeter or
2  so progression over the period of what would be about
3  six weeks, from the 12th to the 6th or 8th of June.
4  So that's like six weeks.
5      So it's like two centimeters in six weeks,
6  roughly, two, two and a half.
7  BY MR. RUPCICH:
8      **Q.    Is that surprising?**
9      A.    It's worrisome, is what I would say.
10     **Q.    Does this radiology report reflect that**
11 **the thrombus is to the diaphragm?**
12     A.    It's not to the diaphragm yet, no.
13 According to this, it's in the intrahepatic or
14 retrohepatic cava.  So you've still got another two
15 or three centimeters, but this actually really
16 changes the operation already, although, you can
17 still do it without doing a sternotomy at this point.
18     **Q.    Okay.**
19     A.    You know, so this was done at
20 Tailorville, like at the prison or no?  No.  Where
21 was this done at?
22     **Q.    The hospital.**

Page 114

1      A.    All right.
2      **Q.    Remember I told you the radiologist for**
3  **Dr. Severino asked for another CT?**
4      A.    Gotcha.  Yeah.
5      **Q.    You state in your report at page 3:**
6  **"Mr. Dean will die from his kidney cancer."**
7      **What's the basis of that?**
8      A.    Metastatic kidney cancer is not curable.
9  That's why.  I mean, the only curative therapy known
10 to man, known to medicine, is Interleukin-2 therapy,
11 which is not often administered anymore.  The
12 response rate is about 15, one-five, percent with an
13 eight percent complete response rate, and it's
14 extremely, extremely toxic, only tolerated by people
15 who are otherwise physiologically pretty well, which
16 our patient is not here.
17     So he really wouldn't be a candidate for that
18 therapy.  Other than that, there are no other
19 medications, to my knowledge, that can,
20 quote-unquote, cure or at least cause a long-lasting
21 complete response rate for metastatic kidney cancer.
22     At this point, with somebody who has

Page 115

1  metastatic kidney cancer, you are hoping to delay
2  progression for as long as you can, and in doing so,
3  you can prolong survival for a period of time.
4      **Q.    At what point does it become considered**
5  **metastatic?**
6      A.    When it shows up in an organ that is no
7  longer related to the kidney.  So if it's in a lymph
8  node, it's metastatic.  If it's in the liver or the
9  lungs or the bone, it's metastatic.
10     If it's tumor thrombus that's extending into
11 the vena cava and the vein, that's not technically
12 considered metastatic, but your likelihood is that's
13 local extension, but your rate of developing distant
14 metastatic disease, i.e., liver, lung, bone, brain,
15 increases dramatically when you have that type of
16 tumor biology.
17     **Q.    So if it's found in a distant metastasis**
18 **in a lymph node, that would be considered metastatic**
19 **disease that's noncurable?**
20     A.    That's correct.
21     **Q.    You state at the end of page 3:**
22 **"Defendants failed to meet their duty as health**

Page 116

1  **providers when they did not act to advocate for him**
2  **to ensure timely diagnosis and treatment, and their**
3  **failures caused Mr. Dean's prognosis to worsen."**
4      **What do you mean by "caused his prognosis to**
5  **worsen"?**
6      A.    Well, I think that goes back to, you
7  know, Reference 3 and what we talked about, about the
8  extent of the tumor thrombus.  You know, had he had
9  surgery more close in time to the initial CT scan
10 that was done in April, you know, at least
11 statistically, you know, his prognosis would be
12 better than it was once they did the surgery back in
13 July and he was dealing with a supradiaphragmatic
14 tumor thrombus.
15     Obviously, for any individual patient, these
16 numbers are relatively meaningless.  It either
17 happens to them or they don't.  They either develop
18 metastatic disease or they don't.  They die of their
19 disease or they don't; but when you take larger
20 populations and you look at their outcomes, you know,
21 it's pretty well documented that, you know, the
22 higher the extent of the tumor thrombus, particularly

Page 117

30 (Pages 114 to 117)

**Dr. Adam Metwalli**
**September 30, 2019**

1 supradiaphragmatic, the worse you're going to do.
2     So, you know, from that standpoint, that's the
3 foundation of that statement.
4     **Q.  So if his disease was metastatic as of**
5 **April 12 of 2016, he was going to die from it?**
6     A.  Yes.
7     **Q.  And if his disease was metastatic as of**
8 **December 26, 2016, his disease was noncurable?**
9     A.  That's correct.  That does not
10 necessarily mean, however, that his prognosis was the
11 same, because we know that --
12     **Q.  Can you explain that?  Yeah.**
13     A.  We know that what we call
14 oligometastatic disease -- that just means small
15 volume metastases -- tend to do better, respond
16 better to systemic therapy and, therefore, have a
17 longer survival than widely metastatic disease.
18     The other element of this is that these tumors
19 continually shed cells into the bloodstream, you
20 know, from the time that they've very little.  Now,
21 most of those cells don't have the capability of
22 developing metastatic disease or causing morbidity,

Page 118

1 but the larger the tumor gets, obviously,
2 exponentially more cells are shed.  Exponentially,
3 more of those cells will have the internal biology to
4 create metastatic disease and morbidity.
5     So, certainly, if you get the primary tumor
6 out sooner, then you have fewer of those cells out
7 there, potentially, which means you may have a lower
8 burden of metastatic disease, whether it's in the
9 liver or the lungs or the bones, all of which can
10 cause its own problems and morbidity to the patient
11 and shorten their survival.
12     So a patient with one or two bone metastases
13 actually does reasonably well compared to somebody
14 who has a hundred bone metastases.  Even though both
15 will ultimately succumb to their disease, the
16 survival and response to therapy, you know, will
17 correlate with the burden of disease.
18     So that's where, again, it comes in that
19 you've got to kind of get to these things as quickly
20 as you can and get them out as quickly as you can,
21 because you don't really know where the tipping point
22 is where this becomes the runaway freight train that

Page 119

1 you just can't stop, it's not going to respond to
2 anything, because there are so many tumor cells that
3 are out there that have internal biology that simply
4 doesn't respond to whatever systemic therapy that you
5 give them.
6     **Q.  Would you expect Dr. Severino to**
7 **understand what you just explained to me about the**
8 **importance of removing the primary site of the tumor**
9 **to lessen the chance of distant metastasis?**
10     A.  I don't know.  That's kind of a
11 sophisticated way of thinking about cancer, and I
12 think coming out of my residency as a general
13 urologist, I don't know that I thought about it that
14 way.  That's something I picked up during my
15 fellowship.
16     So, you know, I don't know if Dr. Severino
17 would think about it that way.  I do think that he
18 would think about it in terms of getting it out
19 sooner rather than later because he should know and
20 does know, I'm sure, that, you know, the lower stage
21 of a tumor thrombus makes the operation simpler,
22 lower complication and the prognosis is better.

Page 120

1     So setting aside the potential impact on
2 metastatic disease, I would think that he would know
3 that he needs to get it out sooner rather than later
4 for that reason alone.
5     **Q.  If I understood you correctly, patients**
6 **with metastatic disease, they're going to die from**
7 **their disease, but they may live longer with less**
8 **metastasis?**
9     A.  That's correct.
10     **Q.  Than someone with greater metastasis?**
11     A.  Yes.  In general, that is case, and more
12 important, I think, because that's like a time bias.
13 Right?
14     You know, if you have fewer metastases, you
15 just are catching them earlier in the progress of
16 their disease.  Once you have a bunch of metastases,
17 you're just later in disease.  You just kind of --
18 but more importantly, in general, patients with lower
19 metastatic burden tend to have a better response to
20 systemic therapies and longer durations of response
21 to those therapies, and so they tend to just do
22 better overall.

Page 121

31 (Pages 118 to 121)

**Atkinson-Baker, Inc.**
**www.depo.com**

1    Plus they have fewer kinds of organ
2  dysfunction.  So, for example, somebody with liver
3  metastases, you know, will generally not tolerate
4  drugs as well as somebody who has either smaller
5  volume or no liver metastases, because the liver is
6  involved in metabolizing drugs and that sort of
7  thing.
8    So, in general, you know, less is better and
9  it's, you know, not only intuitive, but it's borne
10 out of the response rates to the various medications.
11    Q.   Okay.  I'm at page 4 of your report.
12 **You state that:  "If the imaging performed in about a**
13 **year before his first complaints of bloody urine on**
14 **December 23, 2015 was, in fact, negative for a tumor,**
15 **that is no signs of cancer were present at that time,**
16 **then his was a biologically aggressive tumor and**
17 **avoiding the six- to seven-month delay from first**
18 **complaints of hematuria to surgical treatment may not**
19 **have prevented the development of metastasis."**
20    **Explain that to me.**
21    A.    So, you know, we use this analogy
22 sometimes in cancer, you know, that some cancers are

Page 122

1  turtles.  Some of them are rabbits and some of them
2  are birds, you know, and the turtles may or may not
3  necessarily need to be treated.  That's like most
4  prostate cancers, for example.
5    The rabbits are the ones you want to treat,
6  because you can actually influence kind of the
7  natural history of that disease, and then the birds
8  are ones that are so biologically aggressive that,
9  you know, really, whatever treatment you do doesn't
10 matter.
11    There are a small percentage of all tumors,
12 kidney cancers included, but, you know, I'm allowing
13 for the possibility that this is one of those rare
14 tumors that popped out of nowhere, grew really,
15 really fast.  We couldn't have done anything about it
16 and, you know, this was, you know, kind of the
17 inevitable outcome of his cancer.
18    Now, that does not affect, necessarily, you
19 know, what surgery he would have needed to have had,
20 you know, the timing of all that kind of stuff,
21 because even with those really, really fast-growing
22 cancers, you know, when you identify an IVC tumor

Page 123

1  thrombus, you don't know if it's one of those or not.
2  You need to kind of get it out to make sure that it
3  doesn't progress into the heart or what have you, as
4  it did in this case.  So there's an element of
5  urgency there.
6    "A," you want to interrupt the course of
7  disease if you're able and, "B" you want to, you
8  know, prevent local progression that will increase
9  morbidity and potentially mortality.
10    Q.   So if I'm understanding you correctly,
11 **then, if this was a bird, to use your analogy, it was**
12 **going to metastasize irrespective of treating the**
13 **primary site of the tumor?**
14    A.   In all likelihood, that's true.  Yeah.
15 Now, the degree of metastatic disease, the metastatic
16 burden, again, this goes back to the small volume
17 versus large volume metastases and response to
18 therapy.  It could potentially be influenced by
19 earlier intervention, potentially, but it's hard to
20 say, because some of these cancers -- I mean, but
21 again, we're talking about a very, very, very, very
22 small subset of these cancers, like very tiny subset

Page 124

1  of these cancers.  That's why I said in our earlier
2  conversation, looking back and using hindsight, you
3  know, common things are common and, you know, those
4  are very, very rare.  You don't see cancers like that
5  very often.
6    Q.   Percentage-wise or statistics-wise, like
7  **what are we -- what's the prevalence?**
8    A.   Single digits.  Single digits.  You
9  know, I've seen maybe one or two in my entire career.
10 I can think of one off the top of my head that I saw
11 as a -- was I a fellow or was I an attending?
12    I don't know.  It doesn't matter.  Anyway, you
13 don't see them all that frequently.  They tend to be
14 fairly rare, and those, most commonly, are ones with
15 sarcomatoid differentiation and that kind of stuff,
16 which we didn't really see in this, you know, tumor.
17    Q.   That was going to be my next question,
18 **is how we do recognize them?**
19    A.   You know, this one has some features
20 that make me think, Well, maybe, you know, because,
21 again, you know, they talk about it sort of
22 obliterating the upper half or two-thirds of the

Page 125

32 (Pages 122 to 125)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1  kidney. It kind of had an infiltrative appearance.
2  It didn't have the sort of well-rounded tumor
3  appearance like we typically see.
4      So, you know, that does potentially, just on
5  imaging characteristics alone, suggest an aggressive
6  biology. Then you've got the fact that the tumor
7  thrombus progressed two centimeters in six weeks.
8  That's like horrifying and that's another telltale
9  sign right there.
10     You know, you don't want to see that degree of
11 progression in that kind of timeframe, the caveat
12 being, of course, quality of the imaging, and I don't
13 know why the radiologist wanted the repeat imaging,
14 but maybe it's because the original imaging wasn't
15 really all that good. You know, again, this is
16 where, you know, I retreat to my, you know, I've got
17 to see these films to be able to really speak
18 intelligently about a lot of this stuff.
19     **Q.   So if it's just an issue of the quality**
20 **of the films, there is -- all right. Let me strike**
21 **that.**
22     **So there's a possibility this is a very rare**

Page 126

1  **and highly-aggressive tumor; however, if the quality**
2  **of the films was such that it really wasn't changing**
3  **in a matter of six weeks, then maybe we're dealing**
4  **with a more traditional --**
5      A.   More traditional, standard, yes. That's
6  correct.
7      Again, this is why I said from the outset, you
8  know, I would like to see more going way back,
9  because then you can get a better idea about these
10 sorts of things, you know, a little clearer sense of
11 what this tumor actually was.
12     **Q.   Yeah. Mr. Dean had a lithotripsy in**
13 **December of 2014 on the right kidney. Would you**
14 **think that there was evidence of cancer or that the**
15 **tumor was present then --**
16     A.   I would --
17     **Q.   -- or do you just not know?**
18     A.   I would assume that it was, but without
19 imaging, I can't say with any certainty.
20     Again, going back to my previous comment about
21 common things being common, statistically, it was
22 there. It was just not seen.

Page 127

1      **Q.   Is there an inclination among urologists**
2  **that with common things being common that Dr.**
3  **Severino had time to do this workup based on what we**
4  **commonly expect this tumor to do, which is not much**
5  **in a few weeks to months?**
6      A.   I think that the unpredictability of a
7  venal cava thrombus is such that the timeframe for
8  preoperative preparation is truncated somewhat
9  compared to a less locally-aggressive tumor at
10 presentation. So, you know, it's somewhat variable.
11     Again, you know, a small renal mass that's,
12 say, four centimeters peripherally located, no
13 evidence of like vascular invasion, waiting two,
14 three, four months, five months, six months, whatever
15 until you do the surgery is probably not a big deal.
16 You probably should get new imaging right before
17 surgery to make sure nothing has changed; but when
18 you know you have a large tumor with vascular
19 involvement, that changes the game and you need to
20 make sure things move.
21     You know, I think that that is, you know, a --
22 it's a balancing act that Dr. Severino and his team

Page 128

1  have to deal with relative to making sure that they
2  have all the right equipment and the right team in
3  place, because, of course, he's right. If you go
4  into this kind of like a cowboy halfcocked, you could
5  kill the patient on the table and you have to
6  recognize your own -- the limits -- your own limits
7  as a surgeon and your experience, the limits of your
8  institution and their experience in dealing with
9  these things as well, and there is a coordination
10 element, but the underpinning of that coordination
11 has to be, you know, we've got to get this thing
12 moving.
13     Ordinarily, Dr. Severino, I'm sure would tell
14 his surgical scheduler we need to get this done in
15 "X" timeframe or whatever and I've got to coordinate
16 with so and so and so and so, but this has to get
17 done quickly, and with a patient who's not under
18 Department of Corrections control, you can pick up
19 the phone and call directly and say, you know, you
20 need to go see, you know, Dr. Cardiothoracic Surgeon
21 at 3 p.m. this afternoon to meet him because we've
22 got to get surgery scheduled.

Page 129

33 (Pages 126 to 129)

**Dr. Adam Metwalli**
**September 30, 2019**

1  You know, it's something that he can manage
2  from his office.  That is not something that you can
3  manage with a DOC patient, at least not in my
4  experience, having dealt with three different
5  Departments of Correction and having reviewed the
6  correspondence within the Illinois Department of
7  Correction.
8  You know, that kind of urgency has to be
9  driven by the people within the system of the
10  Departments of Correction.
11  **Q.  Within the Springfield Clinic record,**
12  **there is a note that Dr. Nawoor called to ask about**
13  **scheduling the surgery.  Would that be the type of**
14  **thing that you're talking about as an advocate for**
15  **his patient?**
16  A.  Who did he call?  What did he say?  When
17  was it?
18  **Q.  I believe it was -- give me one second.**
19  **There's no way to say that this outcome would**
20  **have been any different had the surgery been done on**
21  **April 12, 2016, is there?**
22  A.  I think that you can say definitively

Page 130

1  that the surgery, had it been done on April 16th or
2  thereabouts, would have been far less involved, far
3  less morbid for the patient, with a quicker recovery.
4  Assuming, you know, no complications in either
5  operation, which, you know, we know he successfully
6  recovered from the original operation which was far
7  more involved, we can safely say that, because, you
8  know, even if the imaging study from the 12th of
9  April was not as high quality and the tumor thrombus
10  was, in fact, in the intrahepatic or retrohepatic
11  cava, as the study from June 8th showed, that's still
12  a subdiaphragmatic non-bypass, non-hypothermic
13  arrest-type operation.  That is something that you
14  can do strictly within the abdomen.  You don't need a
15  cardiothoracic surgeon.  You know, depending on what
16  your skill set is, you may not even need the vascular
17  surgeon.
18  So it's definitely a much less of a big deal
19  kind of operation if done within a week or two of
20  that operation.
21  **Q.  Right, but the patient survived the**
22  **operation and he's still alive today.  Right?**

Page 131

1  A.  To my knowledge, that is the case.  That
2  does not change the added morbidity of the bigger
3  operation.
4  **Q.  Which did not come to fruition?**
5  A.  It absolutely did.  I guess my argument
6  here is that if I remove a splinter from your big toe
7  and you walk away fine or if I have to, you know,
8  slice your leg up to the knee and you ultimately, you
9  know, recover fine, that's not the same thing.  I
10  mean, you're hobbled.  You're hurting.  You're
11  convalescing for much longer from the latter rather
12  than the former, and that's my whole point about
13  these two different operations, is that a strictly
14  abdominal operation is going to be easier to recover
15  from than a combined abdominal thoracic operation
16  requiring bypass and hypothermic arrest.
17  You know, I haven't even gotten into any of
18  the cognitive deficits that they talk about among
19  people who have undergone hypothermic arrest for
20  cardiac surgery because, you know, it may or may not
21  apply here.  It's not my area of expertise, but, you
22  know, it's not really disputable that a bigger

Page 132

1  operation like that with a much longer incision, you
2  know, entering two separate body cavities and halting
3  the heart is a much bigger deal to recover from and
4  takes much longer and, therefore, is a more morbid
5  operation even in the absence of a complication.
6  **Q.  To be clear, this went from a simpler**
7  **operation to the more complex, more difficult, harder**
8  **on the patient procedure during the time Mr. Dean was**
9  **under Dr. Severino's care?**
10  A.  It also did prior to Dr. Severino
11  getting involved in April.  I mean, that's the thing
12  that we -- you know, we're talking about the entirety
13  of the delay, not just four weeks, three or
14  whatever it was, twelve weeks.  So, you know, this is
15  a continuum across the board.
16  **Q.  Hold on.  But you said the sternotomy**
17  **deep hypothermic bypass was not necessary at the time**
18  **of diagnosis, became necessary later --**
19  A.  Correct.
20  **Q.  -- based on your review?**
21  A.  Correct.
22  **Q.  And that all happened while Mr. Dean was**

Page 133

34 (Pages 130 to 133)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1  under the care of the licensed urologist.  Correct?
2      A.   That is correct.
3      Q.   I'm at page 96 of the Springfield Clinic
4  records.  There is a note attached from May 26, 2016
5  that states:  "Dr. Nawoor called, wants to know when
6  procedure is going to be scheduled.  He asked as soon
7  as you find out, please call Chad, the nurse at
8  Tailorville Correctional Center."
9      A.   And that was dated when?
10     Q.   That was May 26, 2016.  Is that the type
11  of advocacy you're talking about, the doctor calling
12  the urologist's office to ask about scheduling the
13  surgery?
14     A.   It would be, yes, absolutely.
15     MR. RUPCICH:  Give me one second.  I'm about
16  done.
17     THE WITNESS:  Okay.
18     [Recess.]
19     MR. RUPCICH:  I don't have any other
20  questions.
21     EXAMINATION BY COUNSEL FOR THE GOVERNMENT
22  BY MR. TYRRELL:

Page 134

1      Q.   Doctor, I'm going to turn the camera so
2  I'm not a faceless voice in the room.
3      A.   I liked you better as a faceless voice.
4  No.  I'm just kidding.
5      Q.   Doctor, my name is Jeremy Tyrrell.  I
6  represent an employee of the Illinois Department of
7  Corrections named Lisa Mincy.  The last name is
8  M-I-N-C-Y.
9          As you sit here today, do you have any
10  knowledge of who Lisa Mincy is?
11     A.   I do not.
12     Q.   Okay.  During the course of your serving
13  as an expert in this case or writing your report, did
14  you review any E-mails or the deposition transcript
15  of Lisa Mincy?
16     A.   I did not review the deposition.  I
17  don't recall reviewing any of the E-mails.
18     Q.   Okay.  So is it fair to say that in your
19  expert report, you're not making any opinions as to
20  Lisa Mincy?
21          And I'll represent to you that she's an
22  administrator and an employee of the Department of

Page 135

1  Corrections overseeing the Healthcare Unit at
2  Tailorville.
3      A.   Okay.
4      Q.   Are you associating any opinions or
5  conclusions to Ms. Mincy?
6      A.   I cannot, not having reviewed any of the
7  materials you mentioned.
8      Q.   Okay.  Just to be clear, you mentioned
9  some logistical concerns that you associated with the
10  Department of Corrections.  In your course of review
11  of records, did you see any records showing that any
12  appointments for Mr. Dean were cancelled by
13  Tailorville Correctional Center?
14     A.   I did not see that.  I don't recall
15  looking at those items.  I was mainly looking for the
16  medical facts of the case.  I didn't really dive into
17  the administrative side of things, you know, as I --
18  you know, I didn't do that.
19     Q.   Okay.  Did you ever see any records in
20  your course of your -- medical records or any other
21  records you reviewed indicating that there was a
22  delay or some sort of difficulty in transporting Mr.

Page 136

1  Dean from Tailorville to the Springfield Clinic for
2  any of his appointments?
3      A.   Not that I recall.
4      Q.   Okay.  And did you see any sort of
5  record of any Tailorville Correctional Center staff
6  rescheduling or pushing back any appointments with
7  Springfield Clinic folk?
8      A.   As I said, I didn't look at any of the
9  administrative-type scheduling records.  So I
10  couldn't speak intelligently to that one way or
11  another.
12     MR. TYRRELL:  That's fine.  I just wanted to
13  ask.  That's all the questions I have.
14     MR. STROM:  Okay.  I have a small number of
15  followup questions for Dr. Metwalli.  It hopefully
16  shouldn't take me more than five or ten minutes.
17     EXAMINATION BY COUNSEL FOR THE PLAINTIFF
18  BY MR. STROM:
19     Q.   So, Dr. Metwalli, the first question is
20  do you recall in the questioning from Mr. Rupcich, on
21  the right, that he asked you about a 2014 workup
22  ordered by the urologist?

Page 137

35 (Pages 134 to 137)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

| | |
|---|---|
| 1  A.  Do I recall him asking me about that? | 1  question and answer, he asked you to opine on the |
| 2  **Q.  Yes.** | 2  **standard of care for a family medicine practitioner?** |
| 3  A.  Yes. | 3  A.  I do. |
| 4  **Q.  And do you recall that in asking about** | 4  **Q.  He and asked you whether you were** |
| 5  **that, he represented that microhematuria was involved** | 5  **evaluating -- whether your Opinion No. 1 and its** |
| 6  **in that workup?** | 6  **referral to the standard of care was a standard of** |
| 7  A.  I recall that, yes. | 7  **care for a urologist or for a family medicine** |
| 8  **Q.  And do you recall that also part of that** | 8  **practitioner.** |
| 9  **workup was a CT without contrast?** | 9  A.  I do recall that, yes. |
| 10  A.  I do. | 10  **Q.  You talked about having heard certain** |
| 11  **Q.  Is a CT -- is the standard of care --** | 11  **requirements for the standard of care in medical** |
| 12  **tell me about -- I'm going to start over.** | 12  **school.  Do you recall that?** |
| 13  **Is a CT without contrast the standard of care** | 13  A.  I do. |
| 14  **to detect the source of microhematuria?** | 14  **Q.  And what were those standards of care** |
| 15  A.  Not by itself, it is not.  The workup | 15  **that you recall hearing of in medical school?** |
| 16  for hematuria, whether it's gross or microscopic, has | 16  A.  They were more general as opposed to |
| 17  to include some evaluation of the renal parenchyma | 17  codified standards of care for like the workup of a |
| 18  meat of the kidney as well as the lining of the | 18  particular condition, but, rather, that you don't |
| 19  urinary tract.  So that can involve a CT urogram with | 19  order a test unless it's going to change the course |
| 20  a cystoscopy, which just means a scope in the | 20  of your management.  If you order a test, you better |
| 21  bladder, or it can be some kind of imaging, | 21  follow up on it and know what the results are, and if |
| 22  ultrasound or a noncontrast CT, followed by | 22  you order a film, you better look at them yourselves. |
| Page 138 | Page 140 |

| | |
|---|---|
| 1  cystoscopy with retrograde pyelograms where you | 1  **Q.  Dr. Metwalli, in your experience, what's** |
| 2  inject contrast and shoot x-rays so that the contrast | 2  **the role of a primary care doctor once a specialist** |
| 3  travels up to the kidney and you can opacify the | 3  **becomes involved?** |
| 4  upper collecting system, and then you look for | 4  A.  Primary care doctors -- |
| 5  filling defects and that sort of thing.  Filling | 5  MR. RUPCICH:  Objection to foundation. |
| 6  defects can be tumors or stones or what have you. | 6  Go ahead, Doctor. |
| 7  So a CT scan without contrast by itself is not | 7  THE WITNESS:  Sorry. |
| 8  an adequate workup for microhematuria. | 8  MR. RUPCICH:  Go ahead. |
| 9  **Q.  And when there is a CT without contrast** | 9  THE WITNESS:  I didn't give you time to |
| 10  **as part of the workup, there is also a part that** | 10  object. |
| 11  **involves the use of contrast; is that right?** | 11  A primary care physician has the very |
| 12  A.  There should be on some level, whether | 12  challenging task of advocating for the patient to the |
| 13  it's a urogram phase, an IVP, or a -- IVP is | 13  specialist, following up on the evaluation to make |
| 14  intravenous pyelogram, just so you know -- or the | 14  sure that it's being done.  Again, that's part of |
| 15  retrograde pyelograms about which I spoke earlier, | 15  being an advocate, and explaining what's happening to |
| 16  but there has to be some opacification of the urinary | 16  the patient if there are questions that they're not |
| 17  tract during this evaluation. | 17  getting from the specialist. |
| 18  **Q.  Okay.  Do you recall that Mr. Rupcich** | 18  Sometimes specialists talk in, you know, |
| 19  **asked you about the standard of care, your Opinion** | 19  lingo, jargon, and don't break it down in a way that |
| 20  **No. 1, in your report?** | 20  the patient understands. |
| 21  A.  Yes. | 21  They also provide a sounding board or a |
| 22  **Q.  And do you recall that as part of that** | 22  consultant for the patient.  Often, my patients will |
| Page 139 | Page 141 |

**Dr. Adam Metwalli**
**September 30, 2019**

1  say to me, you know, I appreciate that, I understand
2  your recommendations, I really want to talk to my
3  primary care doctor to find out what they think I
4  should do or I want to talk it over with them before
5  I make the decision. So in addition to figuring out
6  what are the things that I can manage myself and
7  which ones do I need to pass along to a specialist
8  that's beyond the scope of my practice, they also
9  then have to be something of, you know, an advisor,
10  conciliary, and like a -- "quarterback" is such a
11  poor term, but like a quarterback, kind of helping to
12  orchestrate things that get done, because often, they
13  can -- they know who the patient's other specialists
14  are and can make sure that those workups and
15  evaluations get done, you know, in a timely fashion;
16  whereas, the specialist, you know, may have only just
17  met this patient for the first time, doesn't know who
18  his cardiologist is, doesn't know who his diabetes
19  doctor is, you know, and so on and so forth.
20       So, you know, being able to send it to a
21  primary care physician and say, Listen, this patient
22  needs "X", they need this kind of evaluation, cardiac

Page 142

1  clearance, you know, nephrology clearance, whatever,
2  you know, the primary care physician can often
3  facilitate those things, and when the system really
4  works, that's how it works best.
5       **Q.   Dr. Metwalli, would you expect a**
6  **urologist who is board certified to know that, in**
7  **general, earlier treatment of urologic cancer results**
8  **in a better prognosis than later treatment of**
9  **urologic cancer?**
10       A.   Yes.
11       **Q.   Would you expect a family medicine**
12  **practitioner to know that earlier treatment of cancer**
13  **results in a better prognosis than later treatment of**
14  **cancer?**
15       A.   Yes.
16       **Q.   What does a family medicine practitioner**
17  **know or what would you expect a family medicine**
18  **practitioner to know about thrombus in or near the**
19  **inferior vena cava?**
20       A.   That's a good question. I would expect
21  that they would know enough about kidney cancer and
22  the idea of a tumor thrombus to know that this is

Page 143

1  something that needs treatment right away, as quickly
2  as they can make it happen. That would be my
3  expectation.
4       I don't know that I would expect them to
5  understand that, you know, there's varying technical
6  challenges associated with the level of the thrombus
7  and how that's done. I wouldn't expect them to know
8  that. I would expect them to have a general idea
9  that the longer you let it go, the worse the patient
10  is going to do, the harder the operation is going to
11  be, the more dangerous the operation is going to be.
12       I think any doctor would know that if you let
13  the tumor thrombus get toward the heart that this is
14  going to be a harder operation and more dangerous for
15  the patient and the survival is going to be worse,
16  but, you know, I think that most primary care
17  physicians know if you have a locally advanced
18  cancer, whether it's kidney, bladder, you know, or
19  colon for that matter, that time is then of the
20  essence and, you know, things need to move with
21  alacrity.
22       **Q.   Just to step back to first principles**

Page 144

1  **very briefly, what is a tumor thrombus?**
2       A.   A tumor thrombus is tumor extension into
3  the vasculature around the organ of origin. It
4  doesn't necessarily have to be a kidney. In this
5  case, it is, but tumor thrombi happen in other organs
6  as well, you know, from other cancers as well, and it
7  can extend through the vasculature and ultimately
8  include that vasculature and invade those veins if
9  left to grow.
10       **Q.   And vasculature means blood vessels.**
11  **Right?**
12       A.   Blood vessels, veins specifically. You
13  don't really see these in arteries at all.
14       **Q.   And when a thrombus by itself goes bad**
15  **-- can a thrombus by itself go bad?**
16       A.   Yes, of course.
17       **Q.   What is the effect for the patient?**
18       A.   It can be fatal. It depends on exactly
19  what happens, but by going bad, you know, that could
20  be interpreted in a lot of ways. That's a very kind
21  of nonmedical way of talking about the complications
22  of thrombi.

Page 145

37 (Pages 142 to 145)

**Atkinson-Baker, Inc.**
**www.depo.com**

1      Q.   Let me see if I can re-articulate it
2  and, perhaps, make you more comfortable.
3      Does a thrombus rupture?
4      A.   Yes.  It can.
5      Q.   What happens to the patient when a
6  thrombus ruptures?
7      A.   A ruptured thrombus can result in any
8  number of things, but the most common thing,
9  particularly as we talk about renal vein thrombi and
10  IVC thrombi from kidney cancer, is that it will
11  travel up the vena cava into the atrium and then into
12  the pulmonary arteries and cause what's called a
13  pulmonary embolism, which can be fatal if it's big
14  enough.  At the very least, it cuts off the blood
15  supply to parts of the lung, which then makes the
16  patient's respiratory status -- it compromises their
17  respiratory status profoundly to the point where they
18  have what's called exercise intolerance and they
19  can't even walk up a flight of stairs because they
20  can't get enough oxygen because their ability to
21  exchange oxygen is limited by this occlusion.
22      That's best case scenario.  Worse case

Page 146

1  scenario is that the clot is big enough that it cuts
2  off the blood supply and they die.
3      Q.   And so would you expect a primary care
4  provider like a family medicine practitioner to know
5  that a thrombus like this could rupture or break
6  loose in the way you've just described?
7      A.   I think it's reasonable for them to know
8  that, not because of a familiarity with kidney cancer
9  per se, but deep venous thrombosis with subsequent
10  pulmonary embolism is actually a point of emphasis
11  among primary care physicians as a potential cause of
12  mortality, sudden mortality, in patients, and so it's
13  something that primary care physicians not only are
14  attuned to look for and know the consequences of, but
15  also are actually able to treat in those kind of
16  nonmalignant situations.
17      So knowing the complications of a thrombus,
18  the potential life-threatening complications of a
19  thrombus, is a very reasonable thing for a primary
20  care physician of any stripe to be aware of and know
21  about.
22      MR. STROM:  Okay.  That's all I have.

Page 147

1      FURTHER EXAMINATION BY COUNSEL FOR DEFENDANTS
2  BY MR. RUPCICH:
3      Q.   What's the basis for the knowledge that
4  you attribute to primary care physicians?
5      A.   Well, having spent -- I don't know --
6  three or four months, probably longer, rotating
7  through with primary care physicians, whether it's
8  internal medicine, rural medicine, family practice,
9  pediatrics, you know, and interacting with them on a
10  regular basis, going to their grand rounds to give
11  talks and to learn things periodically for myself,
12  that is the basis for which I would say I have a
13  pretty good feel for what, you know, a good family
14  practitioner should know.
15      Furthermore, I have, you know, medical
16  students who rotate with me who are going into
17  primary care, and so I have a good assessment for
18  what they know and what they are being taught during
19  their medical school.  So that also forms my
20  foundation for what I think they should know and what
21  I expect they know.
22      You know, having gone through it as a trainee,

Page 148

1  having interacted with them as a professional, and
2  now being part of their training as faculty at
3  Howard, I think I have a sense of the breadth of what
4  they are supposed to know and the things that they
5  are kind of expected to know.
6      MR. RUPCICH:  All right.  That's all I have.
7      MR. TYRRELL:  I don't have anything else.
8      MR. STROM:  Me neither.  All set.
9      MR. RUPCICH:  Okay.  Court reporter, I'm
10  going to order the transcript.  This is Joe Rupcich.
11  I would like a full-sized PDF and I do need it
12  expedited.
13      COURT REPORTER:  Okay.  Expedited meaning
14  when?
15      MR. RUPCICH:  Well, Friday probably would be
16  fine.
17      COURT REPORTER:  Yes.  That would be great.
18      MR. TYRRELL:  This is Jeremy with the
19  Illinois Attorney General's Office.  I would just
20  like a condensed PDF E-mailed to me.  I don't need it
21  expedited.
22      COURT REPORTER:  Okay.

Page 149

38 (Pages 146 to 149)

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1    Are you ordering?
2         MR. STROM:  Yes.  Full size and condensed,
3    please, and expedited is fine, same timeline as Mr.
4    Rupcich.
5         COURT REPORTER:  All right.
6         MR. RUPCICH:  Thanks, Doctor.  I appreciate
7    it.
8         THE WITNESS:  I can't say it's been a
9    pleasure, but it's been an education anyway.  So good
10   luck, I guess.
11        MR. RUPCICH:  I had a blast.  So I'm sorry
12   you don't feel that way.
13        [Whereupon, at 4:58 p.m., the deposition
14   concluded.]
15            [Signature not waived.]
16
17
18
19
20
21
22

Page 150

CERTIFICATE OF NOTARY PUBLIC

1
2
3         I, CATHERINE B. CRUMP, the officer before
4    whom the foregoing deposition was taken, do hereby
5    testify that the witness whose testimony appears in
6    the foregoing deposition was duly sworn by me; that
7    the testimony of said witness was taken by me
8    stenographically and thereafter reduced to
9    typewriting under my direction; that said deposition
10   is a true record of the testimony given by said
11   witness; that I am neither counsel for, related to,
12   nor employed by any of the parties to the action in
13   which this deposition was taken; and further, that I
14   am not a relative or employee of any attorney or
15   counsel employed by the parties hereto nor
16   financially or otherwise interested in the outcome of
17   the action.
18            _____
19   **Signature         CATHERINE B. CRUMP
20   Requested**        Notary Public in and for the
21                  District of Columbia
22   My Commission Expires:  October 31, 2022

Page 152

CERTIFICATE OF DEPONENT

1
2
3         I have read the foregoing 150 pages which
4    contain the correct transcript of the answers made by
5    me to the questions therein recorded.
6
7
8         _____
9         Adam Metwalli, M.D.
10
11            - - -
12
13   Subscribed and sworn to before me this
14   _____ day of _____, 2019.
15
16
17
18   _____
19
20   Notary Public in and for
21
22   My Commission Expires:

Page 151

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

## A

A-B-E-L 109:4
A-D-A-M 5:10
A-G-A-R-W-A-L 32:7
abdomen 42:15 59:16 65:11 131:14
abdominal 79:6 132:14 132:15
ABDUR 1:8 2:8
Abel 109:4
ability 91:5 93:17 146:20
able 43:8,12 50:6 61:3,5 61:16 66:13,21 67:14 72:17 77:19 85:20 88:8,19 90:7 92:4 93:22 94:10 101:2 102:2 108:22 111:4 124:7 126:17 142:20 147:15
abnormality 43:19 45:16
absence 133:5
absolutely 24:6 25:10 87:13 89:18 94:5,5 96:7 132:5 134:14
absolves 97:21
abstracts 108:22
academic 17:2 39:18
acceptable 90:12
accepted 28:2 59:10
accessibility 85:8
accommodate 90:7
accommodation 90:21
account 58:3 59:7 66:15
accumulated 99:8
accurate 75:13 102:20 112:12
accusing 100:1
achieve 74:5
acquired 27:20
act 117:1 128:22
action 152:12,17
active 9:7 15:14 24:16 25:21 28:20
actual 7:19 61:7
AD09B2F 1:20
Adam 1:14 2:13 4:2,10 4:11,16 5:3,10 151:9
add 79:9
added 132:2
adding 78:15 79:1
addition 40:6 142:5
additional 38:11 51:19 52:13 53:20 78:15 99:12 104:2
address 5:13
adds 79:12
adept 62:18
adequate 57:8 59:1,14 112:14,18 139:8
adequately 47:8
administer 14:22
administered 115:11
administrative 7:4,9 8:4 8:7 136:17
administrative-type 137:9
administrator 135:22
admitted 60:6

adrenal 14:10
adrenals 63:3
advanced 83:2 106:3,10 108:5,9 144:17
advantage 20:22
adverse 100:17
advertise 29:22
advisor 142:9
advocacy 91:8 92:19 93:9,21 134:11
advocate 90:10 93:2 117:1 130:14 141:15
advocating 141:12
affect 76:1 123:18
afternoon 129:21
Agarwal 31:22 32:1,8,8 32:15,20 34:1 35:4 37:7
agents 14:14,20 15:14
ages 69:2
aggressive 27:9 78:4 80:20,21 81:1,15 108:10 122:16 123:8 126:5
ago 32:9
agree 37:4 84:7 95:21
agreed 30:12
agreement 49:12
ahead 68:9,10,11 100:14 141:6,8
alacrity 144:21
alive 131:22
allergies 58:11
allowing 123:12
alteration 26:19
alterations 25:17 26:19
alternate 46:7
altogether 91:3 106:13
Amended 4:15 34:12,14 35:14 36:1,11,14 37:5 37:11 50:14
American 17:12
amount 78:18 106:21
analog 106:7 107:6 108:8
analogy 122:21 124:11
analyses 22:9 23:10
analysis 26:17 54:12
anatomy 111:13 122:22
Anderson 10:14 32:16 32:16,18 109:18
anecdote 93:3
anesthesiologist 74:14
animal 106:13
answer 6:5,9,11 16:18 79:19 95:4,12 97:18 100:10 140:11
answers 55:20 151:4
anticipatory 70:19
anybody 60:15 80:15 97:9
anymore 115:11
anyway 42:5 62:8 66:4 67:21 73:10 78:14 81:15 82:13 97:14 125:12 150:9
apologize 24:3
apparently 69:3

appear 18:4 19:11,21 34:5 53:6
appearance 126:1,3
appears 152:5
Appendix 4:15 50:14
applicable 108:13
applies 55:4
apply 93:10 132:21
appointment 87:21 88:7 90:18
appointments 90:2 136:12 137:2,6
appreciably 69:8 82:13
appreciate 105:10 142:1 150:6
approach 75:2
appropriate 25:22 57:22 87:12 89:3,8 96:5
appropriately 47:14 96:5 96:8 98:13
approximate 7:15
approximately 32:6 86:9 111:15
April 37:19,21 38:2 39:15 55:9 65:7,16 67:2,8,12 68:13 69:8 72:10 75:13 82:6 83:15,16 85:21 86:4 93:4 111:5,7 112:8 117:10 118:5 130:21 131:1,9 133:11
area 19:5 62:17 63:2 132:21
areas 15:21
argue 7:19 61:14 95:12 96:20
argument 132:5
arrest 71:16 73:13 74:3 75:1,9 96:9 132:16,19
arrest-type 131:13
arrive 37:10
arriving 50:21
art 73:15
arteries 145:13 146:12
article 109:4
aside 79:13 121:1
asked 18:16 54:3,10 94:22 115:3 134:6 137:21 139:19 140:1,4
asking 138:1,4
assessment 148:17
associated 16:17 77:15 83:6 136:9 144:6
associating 136:4
assume 10:16 14:4 45:1 48:1 54:4,10 59:15 64:14 101:20 127:18
assuming 46:19 75:18 87:18 131:4
assumption 67:18
assumptions 54:6,7
asymptomatic 43:22
ATKINSON-BAKER 1:18
atrium 65:19 69:17,17 146:11
attached 134:4
attending 125:11
attention 53:22

attorney 100:6 149:19 152:14
ATTORNEY'S 3:10
attributable 101:1
attribute 148:4
attributed 95:19
attributes 97:22
attuned 147:14
atypical 43:14
August 4:11,13,14 33:19 34:4 37:6 49:4,10,18 author 20:9
availability 89:15
available 28:15 38:17 70:11 71:12 91:21 96:6
Avenue 2:15 5:14
average 26:15,15 27:1
avoiding 122:17
aware 40:9 87:1 89:6 90:11 147:20

## B

B 1:20 2:17 124:7 152:3 152:19
back 32:10 40:14 47:14 89:19 98:4 107:3 117:6,12 124:16 125:2 127:8,20 137:6 144:22
background 84:6
backwards 40:21
bad 145:14,15,19
balancing 128:22
ball 98:17
Barnett 52:18
based 14:19 40:17,20,21 53:15 65:6 67:17 69:9 69:11 74:16 87:17 101:13 102:2 109:12 113:21 128:3 133:20
baseline 27:2 77:11 81:14
bases 21:9 22:22 23:1
basically 9:13 13:5 76:11 96:19
basis 25:17 31:3 61:6 96:2 104:5 115:7 148:3,10,12
bear 21:4 24:10
bearing 22:11
beat 77:16
behalf 2:14
behest 102:4
belief 71:15 89:16
believe 9:6,21 19:2 20:12 34:11,16 39:3 52:15 53:11,12 56:22 61:1 72:2 89:14 91:14 109:19,22 130:18
benefit 43:7 109:8,22 112:16
benefits 109:12
best 32:9 58:20 72:5 105:8 143:4 146:22
bet 43:6 73:8
better 39:12,22 61:15 63:1 77:1 78:20 80:3,7 80:22 81:3 89:10

94:16 112:15 117:12 118:15,16 120:22 121:19,22 122:8 127:9 135:3 140:20,22 143:8 143:13
beyond 142:8
bias 47:21 121:12
big 15:18 128:15 131:18 132:6 146:13 147:1
bigger 9:19 26:18 28:12 48:11 69:15 77:3,8 132:2,22 133:3
bilateral 57:7
Bill 17:17 33:14 113:11
biologic-targeted 14:20
biologically 122:16 123:8
biology 39:11,20 41:4 91:10,13 94:16 116:16 119:3 120:3 126:6
biomedical 7:13
bird 124:11
birds 123:2,7
bit 11:22 26:22 47:1 69:12 80:16 81:18 96:22 97:2 104:19 107:3 112:15
bladder 14:8 16:1 18:8 33:1,5,8 46:8 47:9,10 63:3 106:6,7,18 107:19,20 108:5,5 109:1 138:21 144:18
bland 112:8
blast 150:11
bleeding 46:7
Block 2:15 3:3 49:4 146:14 147:2
blood 44:7 145:10,12
bloodstream 118:19
bloody 122:13
BNPs 44:6
board 17:9,12,13 133:15 141:21 143:6
body 57:18 59:3 66:16 73:9 133:2
bold 54:13 83:9
bolts 17:2
bone 116:9,14 119:12,14
bones 119:9
booked 96:5,8
borne 122:9
bother 100:3
bottom 20:15 75:6
brain 116:14
branch 12:4
breadth 149:3
break 6:8,10 7:10,16 24:2 50:6 68:4 104:9 104:10 141:19 147:5
breaking 100:2
bridge 32:4
brief 6:1,4 10:3
briefly 23:17 145:1
bring 105:22
brought 88:21
build 58:1
built 32:22
bulk 33:7,8

**Atkinson-Baker, Inc.**
**www.depo.com**

bunch 121:16
burden 119:8,17 121:19
  124:16
burned 60:19
business 5:13 96:12
  97:5
bypass 71:16 74:4 75:1
  75:9 96:9 132:16
  133:17

**C**

C 3:1 5:1
C.V 17:18 18:5 19:8,11
  19:14,21 20:12 21:6
  22:15,16,17 24:9
call 8:20 21:10 24:3 71:4
  76:13 97:10 118:13
  129:19 130:16 134:7
called 31:16 57:7 130:12
  134:5 146:12,18
calling 134:11
calls 90:15
camera 135:1
camps 82:17
cancelled 136:12
cancer 9:2 14:5,18,21
  15:16,16 16:1,1 18:9,9
  18:19,21 19:3 21:13
  22:7 32:22 33:1,5,8,10
  35:5,8,11 39:11 40:14
  40:18 41:16 46:20
  48:6 52:6 77:12 78:13
  79:2 106:6,7,8,10,11
  106:12,17,18 107:16
  107:19,20 108:5,5,9
  109:2,14 115:6,8,21
  116:1 120:11 122:15
  122:22 123:17 127:14
  143:7,9,12,14,21
  144:18 146:10 147:8
cancer-specific 77:5,6
  78:2 79:16 82:8
  105:16 107:17
cancers 14:12 16:10
  19:6 21:19 22:3 23:6,7
  122:22 123:4,12,22
  124:20,22 125:1,4
  145:6
candidate 20:19 115:17
candidates 28:20 106:22
capabilities 91:15
capability 92:7 118:21
capable 74:13
capacity 35:19
carcinoma 11:5 18:17
  21:6 24:11 27:5,18
  28:8 29:15 38:19 41:6
  80:21 83:22 105:20
  107:21 109:8
carcinomas 14:5 25:9
  81:4
cardiac 75:9 132:20
  142:22
cardiologist 44:9 61:18
  61:19 85:6 142:18
cardiology 86:8,13,17
cardiomyopathy 82:1
cardiothoracic 70:1,10

73:22 74:18 87:14,21
  88:6 89:14 91:22
  129:20 131:15
care 12:17 25:21 34:17
  36:7 37:5,12 44:2,15
  54:19 56:7,9,18 61:12
  61:14 62:14 63:6,7,8
  63:22 64:5 83:12,19
  83:21 84:4 85:6 90:9
  93:1,12,13 96:18
  101:18 102:7 110:15
  133:9 134:1 138:11,13
  139:19 140:2,6,7,11
  140:14,17 141:2,4,11
  142:3,21 143:2 144:16
  147:3,11,13,20 148:4
  148:7,17
career 12:13 18:16 71:2
  125:9
case 1:7 2:7 18:13 19:10
  20:13 22:7 23:9 25:14
  31:6,14,17 34:1 35:3,8
  40:10 49:11,18 51:12
  52:17 53:7,14 54:14
  65:10 69:21,22 70:16
  75:21 81:19 85:13
  87:1 96:4,7 100:19
  102:7 107:7 111:5
  121:11 124:4 132:1
  135:13 136:16 145:5
  146:22,22
cases 8:17,18,21,22
  11:4 16:18 18:9,9,15
  26:16 41:9 48:16 59:1
  74:1 104:1 112:20
CASSIDAY 3:7
castrate-resistant 15:15
catching 76:20 121:15
categories 7:11,14
Catherine 1:20 2:17
  152:3,19
caught 69:6
cause 29:14 45:10 46:13
  47:19,22 55:6,8 86:12
  103:7,12 115:20
  119:10 146:12 147:11
caused 21:20 54:19
  64:19 117:3,4
causes 45:11,14 46:7,14
  47:14
causing 118:22
cautious 29:6
cava 56:11 65:7,17,18,19
  66:13 67:15 68:1
  69:18 86:16 111:11,14
  111:18,20,22 112:3,7
  114:14 116:11 128:7
  131:11 143:19 146:11
caval 65:15
cave 74:3 112:9
caveat 112:10 126:11
cavities 133:2
cell 11:5 18:17 19:6 21:5
  22:7 24:11 25:9 27:5,5
  27:18 28:7,8 29:15,15
  41:6,6 80:21 83:22
  105:20,20 106:2,3
  107:21 109:7 110:2

cells 118:19,21 119:2,3
  119:6 120:2
Center 134:8 136:13
  137:5
centimeter 28:5
centimeters 25:1,4,6
  27:3 65:22 107:8
  111:15,19,21 112:6,7
  113:5 114:5,15 126:7
  128:12
CENTRAL 1:2 2:2
certain 19:16 106:21
  140:10
certainly 48:14 66:2,20
  76:5 86:6,14 88:3 99:8
  103:10,21 119:5
certainty 46:5 98:2
  127:19
CERTIFICATE 151:1
  152:1
certification 17:14
certified 17:9,12 143:6
Chad 134:7
challenges 91:20 144:6
challenging 44:17 91:2
  141:12
chance 40:2 120:9
change 45:3 59:17 63:16
  63:16 92:4 132:2
  140:19
changed 15:20 80:13
  128:17
changes 114:16 128:19
changing 127:2
characteristics 126:5
characterize 23:5 48:15
characterized 28:10
characterizing 21:18
check 20:6
checkpoint 80:12
chemotherapeutic 14:13
chemotherapy 14:17
  15:4 16:13
chest 65:13 69:15
Chicago 3:4 33:4
chief 6:18
choice 62:7
circles 32:14
circumstances 85:12
  101:20
citation 19:17
citations 19:16 20:9
Clark 3:4
classroom 8:1
clear 21:5 22:7 24:11
  25:9 27:5,18 28:4,7
  29:15 41:6 56:19 73:7
  77:2 86:13 105:20
  106:2,3 107:20 111:10
  133:6 136:8
clearance 86:8,13,17
  143:1,1
clearer 127:10
clearly 12:1
clients 100:17
clinic 8:16,21 13:4,5
  61:7 89:13 130:11

134:3 137:1,7
clinical 7:1,9,18,20 8:3
  8:12 19:12 20:11,11
  21:4,8 22:15,17,22
  33:7,9 58:21 82:13
  107:10
clinics 16:21
close 117:9
closely 106:16
closer 7:19 31:8
closest 106:7
clot 69:16 147:1
codified 140:17
cognitive 132:18
colleague 31:15 32:13
  74:10
colleagues 32:21 33:2
  58:5 62:15
collecting 139:4
collection 20:20 21:12
collegial 103:19,20
colon 144:19
Columbia 2:19 9:6,18
  12:19 152:21
combined 132:15
come 38:17 51:15 89:19
  132:4
comes 47:14 73:16
  78:22 83:21 119:18
comfort 73:17 87:1
comfortable 30:20 44:12
  71:13 74:12 146:2
coming 23:19 80:13
  120:12
commencing 2:16
comment 43:11 66:19
  73:21 94:10 127:20
Commission 151:22
  152:22
common 41:3,4,4,14,16
  41:21 43:12,12 75:2,2
  75:4 125:3,3 127:21
  127:21 128:2,2 146:8
commonly 43:3 125:14
  128:4
communications 98:4
  99:17,19
community 85:5
compare 73:1
compared 119:13 128:9
complaint 34:12,14
  35:15,16,22 36:1,11
  36:14 37:5,11
complaints 13:6 37:1
  122:13,18
complete 53:13 115:13
  115:21
completely 92:12
complex 133:7
complication 11:13 77:4
  120:22 133:5
complications 16:17
  77:10,19 83:6 131:4
  145:21 147:17,18
compromises 146:16
computer 36:18 113:19
conceivable 86:6
concept 108:19

concern 29:14
concerning 34:1
concerns 136:9
conciliarly 142:10
concluded 150:14
conclusion 38:18 104:3
  109:16
conclusions 29:2,7
  81:11 104:6 136:5
condensed 85:16
  149:20 150:2
condition 54:19 64:19
  102:11 140:18
conditional 80:1,6
confidence 43:11
confined 13:10
confronted 70:7
conjunction 59:13
consequences 147:14
consider 80:21
considerable 103:19
considerably 38:16
considered 28:9 50:21
  110:18 116:4,12,18
consistent 68:14
consolidative 82:15
consult 19:10 64:4
consultant 73:19 85:11
  92:18 93:8 141:22
consultants 74:12
consultations 104:1
consulting 94:3
consults 36:18 113:19
contact 33:22
contacted 31:17
contain 151:4
context 45:14
continually 118:19
continued 12:11
continuum 133:15
contract 7:18 12:21 13:2
contraindications 58:13
contrast 42:16 58:9,13
  138:9,13 139:2,2,7,9
  139:11
control 93:21 129:18
convalescing 132:11
conversation 93:20
  125:2
convincing 81:7
coordinate 129:15
coordinates 90:2
coordinating 95:5,10
  96:3 101:18
coordination 93:12
  96:13,16 98:8 129:9
COPD 106:20
copies 36:13
copy 36:10 53:6
correct 5:19 8:15 10:19
  12:5,6,14 13:12,14,15
  13:21,22 14:3,7 19:22
  25:2,2 26:5,8 29:21
  30:16 37:20 38:9,22
  38:22 40:6,19 49:9,13
  52:7 61:13 64:20 67:4
  67:5,9 72:22 73:2

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 3

76:19 83:17,20 84:8
84:15,16 87:15,19
93:8,11 95:16 98:1,9
100:19,20 101:12
103:3,14 104:15
107:18 108:1 109:3,10
109:15 111:3 116:20
118:9 121:9 127:6
133:19,21 134:1,2
151:4
**Correction** 130:5,7,10
**correctional** 13:10 134:8
136:13 137:5
**corrections** 12:15,18,22
13:2,8 85:2,14,19 90:4
91:2 92:8 94:2 98:12
101:19 102:6 104:4
129:18 135:7 136:1,10
**correctly** 11:19 29:20
54:21 67:1 71:19
75:19 95:13 108:21
110:4 121:5 124:10
**correlate** 119:17
**correspondence** 130:6
**counsel** 5:7 54:4 134:21
137:17 148:1 152:11
152:15
**counting** 31:9
**couple** 32:9 110:11,19
**course** 20:21 21:17 58:7
75:12,13 124:6 126:12
129:3 135:12 136:10
136:20 140:19 145:16
**court** 1:1 2:1 6:7 23:20
98:17 149:9,13,17,22
150:5
**cowboy** 129:4
**crack** 69:15 100:14
**create** 119:4
**creating** 19:9
**credit** 21:22 82:21
**critical** 84:17 85:12
89:20
**criticism** 85:15
**cross-clamp** 69:18 74:2
**cross-sectional** 41:21
59:5
**Crump** 1:20 2:18 152:3
152:19
**CT** 38:2 39:14 42:10
43:22 45:1 47:3,6
56:10 58:4 59:15,19
61:2,7,13 65:6 67:2,3
68:13 72:16 75:13
82:6 84:10 86:9 89:5,7
89:9 112:8,13,17
113:7 115:3 117:9
138:9,11,13,19,22
139:7,9
**CTs** 42:15
**culpability** 101:21
**Cumberland** 12:20
**curable** 42:9 115:8
**curative** 115:9
**cure** 80:15 115:20
**curious** 19:8
**current** 6:20 18:4 29:12
**currently** 7:2 9:7 12:17

18:14 27:12
**Curriculum** 4:10
**cuts** 99:8 146:14 147:1
**cystoscopically** 47:11
**cystoscopies** 8:19
**cystoscopy** 47:3,7 57:7
138:20 139:1
**cytoreductive** 82:15
109:8,20 110:1 111:1

**D**

**D** 4:1 5:1
**D-A-H-R** 52:17
**D.C** 1:15 2:16 5:15
104:19
**Dahr** 52:17
**dangerous** 144:11,14
**data** 25:3,5,6 27:10,13
28:14 29:3,4,7,12
76:10 77:2,6 81:1,7
106:1,3,5,5
**date** 31:6,11 38:1
**dated** 49:4 53:10 113:12
113:13 134:9
**dating** 40:14
**day** 61:22 70:12 92:6
96:17 151:14
**days** 8:15,16 68:20
**deadly** 44:20
**deal** 16:16 42:8 44:9
69:15 128:15 129:1
131:18 133:3
**dealing** 13:7 39:13 55:14
108:10 117:13 127:3
129:8
**deals** 91:6
**dealt** 85:1 130:4
**Dean** 1:5 2:5 81:20 93:5
115:6 127:12 133:8,22
136:12 137:1
**Dean's** 54:17 64:19
83:12 117:3
**death** 99:8
**decades** 76:9
**December** 19:1 55:5
56:4,5 72:9 118:8
122:14 127:13
**decide** 109:11
**decision** 71:15 72:2
74:15,16 86:20 99:9
142:5
**decisions** 92:16 98:22
99:1
**decreased** 78:8
**deep** 133:17 147:9
**deeper** 99:11
**defects** 139:5,6
**defendant** 2:14 37:2
**Defendants** 1:10 2:10
3:6 5:7 116:22 148:1
**deficits** 132:18
**define** 20:17
**definitely** 64:2 131:18
**definitive** 39:16
**definitively** 130:22
**degree** 14:9 45:4 50:12
68:12 82:6 103:4
124:15 126:10

**delay** 54:17 55:9,16 56:6
63:20 64:18 68:6
70:14 78:21 82:5
83:10 86:12 88:4
101:17 103:4,14 106:4
107:5 116:1 122:17
133:13 136:22
**delayed** 87:2
**delays** 25:21 97:20 99:9
100:22 101:4,10,15,21
103:9 105:14 107:14
108:7
**demonstrated** 27:14
56:11
**dep** 95:16
**Department** 12:18,22
13:2,8 85:2,14,18 90:3
91:1 92:8 94:2 98:12
101:18 102:6 104:4
129:18 130:6 135:6,22
136:10
**Departments** 130:5,10
**departure** 54:18 56:7,8
63:21 83:11
**depend** 59:19
**dependant** 57:16 58:7
59:2,2,4
**depending** 26:18 57:17
57:17,18 70:10 131:15
**depends** 9:14 20:17
45:20 46:22 58:21
59:4 60:12,13 73:17
74:11 145:18
**DEPONENT** 151:1
**deposed** 5:20
**deposition** 1:13 2:13
19:3 33:18 94:21
135:14,16 150:13
152:4,6,9,13
**depositions** 51:5,7,11
**described** 42:22 89:21
147:6
**DESCRIPTION** 4:9
**deserve** 84:21
**desk** 24:4
**detail** 51:4
**details** 19:18 47:2
**detect** 48:1 138:14
**determine** 45:10
**Detroit** 32:18
**develop** 42:2 117:17
**developed** 32:22 44:20
47:10,16
**developing** 116:13
118:22
**development** 122:19
**deviation** 56:17 83:11
**deviations** 27:8
**diabetes** 142:18
**diagnose** 110:16
**diagnosed** 38:15,20
41:19,22
**diagnosis** 37:18,19 44:3
56:14 67:3 83:10 84:8
84:18 101:11,14
105:15 117:2 133:18
**diagnostic** 46:5 64:6
**diaphragm** 74:7 76:15

76:16,17,22 77:16
78:8 111:2,6 112:2
114:11,12
**die** 95:7,14 106:16 115:6
117:18 118:5 121:6
147:2
**differ** 84:5
**difference** 14:1 62:13
107:4
**differences** 58:1
**different** 12:7 48:10
69:13,20 74:4 80:1
83:21 84:6 89:10 91:3
93:18,19,19 96:22
106:13 107:9,20,22
130:4,20 132:13
**differentiated** 25:13
**differentiation** 125:15
**difficult** 43:5 44:2 85:3
97:11 133:7
**difficulty** 78:9 136:22
**dig** 43:19 99:11
**digits** 125:8,8
**direct** 98:18 101:2
**direction** 152:9
**directly** 22:4 79:5 129:19
**disagree** 86:20 95:18,20
**disciplinary** 10:17
**discipline** 16:2 84:2
**discounted** 30:14
**discussed** 24:13,14 35:6
**discussing** 104:1
**discussion** 24:18 74:17
**discussions** 98:22
**disease** 15:14 16:5
40:22 78:4 79:17
81:12,14,16 83:7
91:10,13 94:16 106:10
106:20 107:1 108:6,14
116:14,19 117:18,19
118:4,7,8,14,17,22
119:4,8,15,17 121:2,6
121:7,16,17 123:7
124:7,15
**diseases** 17:7 21:14,18
**disorders** 21:10 23:1
**disparate** 82:17
**disputable** 132:22
**dissection** 71:8
**distant** 116:13,17 120:9
**distinction** 11:18,21
13:18
**District** 1:1,2 2:1,2,18
9:6,17 12:18 152:21
**dive** 136:16
**divided** 18:10,11
**division** 1:3 2:3 6:18
18:13
**DOC** 85:10 92:2,15 97:8
98:14 99:20 101:22
130:3
**DOC's** 98:17
**doctor** 5:21 17:22 48:22
50:15 100:1 134:11
135:1,5 141:2,6 142:3
142:19 144:12 150:6
**doctors** 44:16 51:14
62:1 85:5,19 90:16

91:2,4 92:9,15 100:1
141:4
**document** 35:22 36:22
**documented** 76:9
117:21
**documents** 35:1 37:8
**doing** 8:17 19:15 50:11
51:14 60:19 71:3
74:13,13 76:21 77:12
92:14 96:2 114:17
116:2
**double** 20:6 77:13
**doubt** 99:6
**downs** 7:16
**downside** 58:7
**Dr** 1:8,14 2:8,13 4:2 5:3
23:18 31:22 32:7,8,15
32:20 34:1 35:4 36:14
37:7 52:17,18 84:7,17
85:9,13 86:3,22 88:22
89:22 91:12 92:3 93:5
93:7,10,14,16,21 94:6
94:12,15,20 95:19
97:18,21 98:9 102:10
104:12 108:16 113:16
115:3 120:6,16 128:22
128:22 129:13,20
130:12 133:9,10 134:5
137:15,19 141:1 143:5
**drafting** 50:9
**dramatically** 116:15
**draw** 29:2 81:10 104:5
**drawing** 29:7
**drew** 104:2
**driven** 130:9
**drugs** 122:4,6
**due** 62:14
**duly** 5:4 152:6
**durations** 121:20
**duties** 8:3,4,12
**duty** 92:19 93:9 116:22
**dysfunction** 122:2

**E**

**E** 3:1,1 4:1 5:1,1
**E-mail** 4:11,14 33:19
34:7 37:6 49:7
**E-mailed** 149:20
**E-mails** 32:11 135:14,17
**earlier** 38:15,16,20 42:4
72:21 90:21 99:1
101:5 105:14 110:22
121:15 124:19 125:1
139:15 143:7,12
**early** 9:13 41:7,18 42:8
**easier** 6:7 132:14
**easily** 101:20
**eastern** 104:16
**echo** 72:17 112:16
**edition** 18:4
**education** 12:12 150:9
**effect** 145:17
**eight** 112:6 115:13
**either** 11:4 28:1 29:11
43:7 48:2 67:13 86:3
94:9 117:16,17 122:4
131:4
**EKGs** 61:17

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 4

elapsed 84:18
election 12:8
element 59:6 118:18
124:4 129:10
eliminating 109:13
embolism 146:13 147:10
emphasis 147:10
employed 152:12,15
employee 135:6,22
152:14
EMPLOYEES 1:9 2:9
ended 65:20
Engagement 4:13 49:5
enhanced 20:20
enrolling 21:11
ensure 117:2
entering 133:2
entire 55:4,17 56:3,5
99:7 125:9
entirely 55:9,18 56:12
68:7 69:12 87:16 89:2
93:18
entirety 133:12
entitled 49:4
enumerating 37:1
equipment 11:12 129:2
era 80:9
especially 96:20
ESQ 3:3,7,10
essence 144:20
essentially 21:13 36:21
100:2
established 25:7
evaluate 112:14
evaluated 103:17
evaluating 140:5
evaluation 47:9 57:5,9
59:10 138:17 139:17
141:13 142:22
evaluations 142:15
everybody 77:22 82:22
87:6 98:10
evidence 45:16 94:11
100:21 101:4 102:1
127:14 128:13
evident 48:2
exacerbated 108:7
exactly 22:10 71:12
145:18
EXAMINATION 4:3 5:7
134:21 137:17 148:1
examined 5:5
example 122:2 123:4
excess 31:7
exchange 146:21
Excuse 14:10
executed 49:11
execution 98:22
exercise 146:18
Exhibit 17:17,19 33:13
33:15,18 34:16,18
48:19 49:2,7 50:13,16
52:20,22
exhibits 4:8 17:17 48:17
exist 85:8 101:6
expect 40:11,13,22 41:2
69:21 88:10,12 91:12
94:15 103:6 108:16,18

120:6 128:4 143:5,11
143:17,20 144:4,7,8
147:3 148:21
expectation 40:16 70:13
144:3
expected 24:17 42:17
149:5
expedited 149:12,13,21
150:3
experience 12:12,15
13:7,9 14:2 40:20 71:2
97:14 129:7,8 130:4
141:1
expert 29:19 30:1 31:18
34:3,17 35:19 36:6,7
37:4,12 135:13,19
expertise 19:5 63:2
132:21
experts 52:17
Expires 151:22 152:22
explain 11:22 90:19
111:9 118:12 122:20
explained 120:7
explaining 141:15
explains 107:11
explanation 6:11 102:12
exponential 26:9
exponentially 119:2,2
expose 58:8
exposure 102:5
express 54:1 88:5
extend 145:7
extended 18:17 67:15
extending 79:10 116:10
extension 74:22 76:5
116:13 145:2
extent 42:3 65:4,5,14
72:4 87:17 112:20
117:8,22
extra 71:8
extrapolated 101:13
extremely 115:14,14

**F**

face 67:16
faceless 135:2,3
facilitate 143:3
facility 13:11
fact 13:3 17:13 35:7 78:1
122:14 126:6 131:10
factor 87:2
facts 51:12 54:4 101:16
136:16
faculty 32:19 149:2
failed 116:22
failure 44:7,9
failures 117:3
fair 6:14 11:16 21:3
49:17 78:10,11 135:18
fairly 42:7 69:4 87:8 88:4
88:20 110:16 125:14
fall 15:2
falls 15:7 64:2 93:13
97:7
familiar 35:15 71:7 86:2
108:17
familiarity 91:16 108:19
147:8

family 12:3,9 13:13,16
61:1,7,12 64:5,8 94:18
140:2,7 143:11,16,17
147:4 148:8,13
far 8:7 37:18 38:7 46:3
55:5 57:20 63:2 64:6
67:18 85:21 112:19
113:2 131:2,2,6
farm 8:10
fashion 26:7,14 83:4
85:3 92:8 142:15
fast 23:20 48:7,8,14,15
123:15
fast-growing 108:6
123:21
faster 27:14 98:11 108:2
108:6
fatal 145:18 146:13
fault 97:22
features 125:19
February 39:7 66:6 73:4
feel 24:4 39:1 60:17
79:11 88:4 148:13
150:12
fellow 10:14 125:11
fellowship 9:11 32:17
67:22 70:7 120:15
felt 81:8 89:9 94:13
ferumoxytol 20:20
fewer 97:3 119:6 121:14
122:1
figured 44:22
figuring 142:5
file 1:20 50:2
filed 36:22
filling 139:5,5
film 46:2 60:11 67:2,12
67:14 72:21 73:1
89:10 140:22
films 39:4,5,5,12,18 40:3
40:5,12 42:10,12,19
43:4,10,18,22 44:22
51:18 52:8,12 53:18
53:19 60:14,14,21
61:2,8,13 62:5,12 63:4
66:2,3,11 87:10 89:1
126:17,20 127:2
finally 65:19
financially 152:16
find 20:14 45:8 47:19
72:20 87:7 99:11
101:8 106:3,5 110:8
134:7 142:3
finding 41:20,20 70:2
fine 36:16 54:11 132:7,9
137:12 149:16 150:3
finish 32:17
finished 9:11 32:17
firm 29:7
first 5:4,11 23:19 33:22
34:3 35:12,16,18,20
37:15 38:14 39:4
45:21 63:13 72:12
78:5 89:15 93:13 95:2
111:16 122:13,17
137:19 142:17 144:22
fish 74:8
five 24:6,20 29:13 32:21

33:3 76:7 104:11,14
105:11 111:15,19
113:5 128:14 137:16
five-year 79:20,21
fix 74:20
flexibility 97:2
flight 146:19
focused 51:8
folk 137:7
folks 57:21 71:14 81:8
follow 40:15 140:21
followed 80:19 138:22
following 21:16 37:10
111:1 141:13
follows 5:5
followup 137:15
Footnote 109:1
forced 28:20
forces 88:15
Ford 32:18
foregoing 151:3 152:4,6
Forest 64:12
forget 17:5
forgot 10:7 14:10
form 100:5 101:3 102:21
103:15
former 132:12
forms 148:19
forth 59:8 98:5 103:21
142:19
fortunate 77:18
found 116:17
foundation 100:5 118:3
141:5 148:20
four 7:14 20:8 25:1,4,6
27:3 28:5 29:16,16
31:7 50:5 107:8
128:12,14 133:13
148:6
fourth 13:5
framework 91:3
freight 119:22
frequently 17:4 125:13
Friday 149:15
Fridays 8:17
friend 31:15
friends 33:2
front 24:4 53:9
fruition 132:4
full 8:16 10:12 45:15,18
46:11 48:5 49:8 150:2
full-sized 149:11
fully 79:8
fun 30:5,7
function 58:10
functional 79:11
funny 108:3
further 43:20 70:17
148:1 152:13
Furthermore 148:15
fuzzy 66:22,22

**G**

G 5:1
game 128:19
gatekeepers 96:17
general 70:21 71:5,10
80:9 107:14 120:12

121:11,18 122:8
140:16 143:7 144:8
General's 149:19
generally 27:4,7,21 28:8
28:11 42:3 48:8 93:12
122:3
generated 31:10 53:7
genes 21:15,16
genetic 21:19 22:6,9
23:9 24:16 25:17,17
26:19
Georgia 5:14
germ 21:15 27:19
gestures 36:9
getting 21:2 39:22 70:1
72:3 81:5 85:2 96:8
104:1,1 107:2 112:9
120:18 133:11 141:17
give 6:1,4 15:2 16:13
17:6,17 20:2 23:13
33:14 38:21 39:20
43:15 53:14 54:7 73:5
112:18 120:5 130:18
134:15 141:9 148:10
given 22:5 24:15 55:6
59:7 64:14 81:22
152:10
gives 66:12,12 73:7
112:16
giving 31:19 100:16
gland 14:10
go 6:10 32:10 39:17
54:12 64:7 66:4 68:9
68:10,11 92:16 96:11
98:13 100:14 107:2
111:17 112:12 129:3
129:20 141:6,8 144:9
145:15
goal 109:11
goes 27:8 44:11 78:2
96:20 117:6 124:16
145:14
going 6:2 21:21 23:22
28:13 30:2 43:20
48:15 49:2 54:15 57:5
59:1,12 63:16 69:14
70:2 71:13 74:3 77:11
80:4,8 88:18 99:7
112:10,21 118:1,5
120:1 121:6 124:12
125:17 127:8,20
132:14 134:6 135:1
138:12 140:19 144:10
144:10,11,14,15
145:19 148:10,16
149:10
good 23:14 31:15 44:14
63:1 66:11,18 67:13
70:11 73:5,6 79:11
103:22 105:21 126:15
143:20 148:13,13,17
150:9
gotcha 23:12 115:4
gotten 132:17
government 99:3 134:21
grand 148:10
gray 66:22
great 31:1 53:6 149:17

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

greater 26:22 94:1 121:10
grew 123:14
gross 41:14 47:15 138:16
groups 16:22
grow 18:14 25:18 26:7 26:13,20,21,22 48:7,8 48:13,15 145:9
growing 108:11
growth 21:5 22:3 23:4,6 23:15 24:11,17 25:3,5 25:8,15 26:2,9,10,15 26:21 27:1,5,14 28:3,9 29:12,16 40:1 48:10 106:9
guaranteed 95:6
guess 15:6 19:3 30:12 31:17 70:20,21 110:5 111:5 132:5 150:10
guessing 113:5
guy 32:22 74:18,18 85:7

**H**

habitus 57:18 59:3 66:16 73:9
half 18:22 19:2 29:16 113:6 114:6 125:22
halfcocked 129:4
halting 133:2
handle 8:5 71:4
handles 17:1 102:6
hands 44:19 101:21
handy 53:4
happen 92:7 93:17 97:8 144:2 145:5
happened 83:3 85:21 133:22
happening 141:15
happens 98:14,14 117:17 145:19 146:5
happy 54:1 101:9 102:3 103:11 111:8
hard 42:20 43:9 50:10 68:17 106:4 111:22 124:19
harder 48:12 77:9 133:7 144:10,14
head 19:18 33:4 44:11 125:10
health 1:8 2:8 12:20 54:19 64:19 83:13 116:22
Healthcare 1:9 2:9 136:1
heard 35:12 63:13 140:10
hearing 140:15
heart 44:7,8 76:6 106:20 124:3 133:3 144:13
heavy 66:17
held 6:20 9:16
help 16:6 71:6,11 91:17 112:21
helping 142:11
hematuria 41:14 45:8,10 45:18 46:1,11,16 47:2 47:8,15,18,19,22 55:7 55:8 57:5,9 59:10 64:2

122:18 138:16
Henry 32:18
hepatic 65:8
hepatics 69:18 75:15 111:12,16 113:22
hereto 152:15
heritable 21:9,14 22:22 23:1
high 28:15 29:8,17 78:4 131:9
high-grade 107:20
high-stage 108:8
higher 27:8 77:3 78:1 106:2 117:22
highly-aggressive 127:1
hindsight 43:7 125:2
Histo 52:1
histology 52:2,4
histopathology 52:2
history 16:5 21:8,11,13 21:18 39:7 40:22 42:1 59:7 68:14 94:17 106:11 107:19 123:7
hobbled 132:10
hold 9:8 133:16
hole 43:21 80:18
homology 22:8 23:8 108:14
honest 108:22
hope 55:20 107:11
hopefully 112:5 137:15
hoping 116:1
hormonally 14:19
horrifying 126:8
hospital 8:17 6:19 60:6,9 114:22
host 21:16
hour 30:11,18 31:7
hours 31:7 50:5 101:7
hours-wise 31:6
Houston 10:15
Howard 5:16,17 6:19 104:19 149:3
HSD 21:15
hundred 119:14
hurry 95:15
hurting 132:10
hypothermic 71:16 73:13 75:9 96:9 132:16,19 133:17
hypothetical 58:16

**I**

i.e 116:14
idea 23:14 66:10 80:1 81:7 109:19 127:9 143:22 144:8
ideal 106:22
identical 107:15
identification 17:20 33:16 34:19 48:20 50:17 53:1 103:5
identified 54:14
identify 72:11 85:20 109:7 123:22
Illinois 1:2 2:2 3:4,11 9:22 10:3,6 102:6,8 104:4 130:6 135:6

149:19
image 43:13
imaged 39:8
images 39:12 43:8 66:22 69:10
imagine 62:22 99:16,19
imaging 20:19 41:21 59:5 68:19 69:5 122:12 126:5,12,13,14 127:19 128:16 131:8 138:21
immaterial 39:14
imminently 42:9 83:7
immune 81:2
immunotherapies 17:6
immunotherapy 81:2
impact 79:14 121:1
importance 120:8
important 55:7 121:12
importantly 121:18
impress 60:22
impression 40:9 71:18
in-between 8:20
inappropriate 57:1,3 87:9,15,16,19,20
inches 113:6,6
Incidental 41:20,20
incision 79:6 133:1
inclination 128:1
include 138:17 145:8
included 123:12
income 30:5 31:4
incomplete 58:15
increase 124:8
increased 83:12
increases 116:15
Index 4:15
indicate 110:14
indicated 45:19
indicating 136:21
indication 59:21
indicative 101:5
individual 117:15
individuals 57:19
inevitable 123:17
inferior 56:11 65:7 86:16 111:11 143:19
infiltrated 42:22
infiltrative 126:1
influence 123:6
influenced 124:18
information 22:3 37:7,16 38:12,17,21 39:1,20 53:15,20 58:6 86:7 99:12 112:19
informative 39:10
infractions 10:18
inhibitors 80:10,12
initial 37:17 80:7 113:10 117:9
initially 31:17 35:1
inject 139:2
inmate 93:20 96:21 97:1
inroads 16:3
inserts 111:14
inside 47:10 97:12
insights 33:11
Institute 18:19,21

institution 19:4 21:21 74:13 75:5 129:8
institutions 18:12 97:6
intelligently 94:10 126:18 137:10
intend 53:14
interacted 149:1
interacting 148:9
interest 16:20 19:6 39:18
interested 51:13 152:16
interesting 42:21 79:18
interject 23:17
Interleukin-2 115:10
intern 10:9
internal 15:19 90:16 119:3 120:3 148:8
internship 13:16
interoperative 74:16
interpret 44:8 61:16 63:15
interpretation 111:10
interpreted 145:20
interrupt 102:18 124:6
interspersed 7:20
interval 45:20 47:1,16,17
intervals 42:5
intervention 124:19
intolerance 124:18
intra 113:22
intraabdominal 75:21
intrahepatic 65:17 114:13 131:10
Intraoperatively 111:14
intravenous 139:14
intuitive 80:5 122:9
invade 145:8
invasion 128:13
invasive 108:4 109:1
investment 31:1
invoice 31:10
involve 11:4 47:3 70:1 86:21 138:19
involved 19:12 31:14 35:4 70:9 71:1 96:16 109:1 122:6 131:2,7 133:11 138:5 141:3
involvement 34:3 87:14 128:19
involves 139:11
irrelevant 60:7
irrespective 77:11 124:12
isolate 111:22
issue 11:10 21:5 24:10 71:4 89:1 96:14 98:9 126:19
issues 11:7 20:12 97:4,4
items 136:15
IV 58:9,13
IVC 70:22 73:6 103:5 123:22 146:10
IVP 139:13,13

**J**

jargon 141:19
Jenner 2:15 3:3 49:4
Jeremy 3:10 135:5

149:18
job 6:7 8:1 33:3 43:17
Joe 23:17 36:13 102:17 104:12 105:4 149:10
join 32:20
JOSEPH 3:7
judgment 58:21
judgments 88:1
July 18:3 38:4 56:4,5 65:12,16 67:4 82:6 83:16 85:21 86:4 89:15 117:13
June 19:1 89:13 113:7 113:12 114:3 131:11

**K**

KENT 1:5 2:5
Kentucky 10:7,9
kicking 80:14
kidding 135:4
kidney 11:9,13 14:8,21 15:16 19:3 21:13 22:3 22:7 23:6,7,15 32:22 33:10 35:4,7,8,11 39:8 40:14,18 41:22 42:1,4 43:1 44:18,20 45:16 45:18 47:12,13 48:6 60:14 63:3 78:13 106:8 108:9 109:14 111:14 115:6,8,21 116:1,7 123:12 126:1 127:13 138:18 139:3 143:21 144:18 145:4 146:10 147:8
kidney-related 11:10
kidneys 11:8
kill 129:5
kinase 80:10
kind 8:6 24:4 36:22 42:22 50:11 70:8 72:13 74:8,11,14,15 77:20,21 78:21 79:7 79:10,19 80:2 81:9 82:16,17 85:8 87:6 88:1,15 92:14 96:3 99:2,6 106:9,20 108:10 110:12,14,15 111:13,16 119:19 120:10 121:17 123:6 123:16,20 124:2 125:15 126:1,11 129:4 130:8 131:19 138:21 142:11,22 145:20 147:15 149:5
kinds 22:6 122:1
knee 132:8
knew 35:13 55:7
know 6:8 16:14 19:17,17 20:19 21:22 22:4,10 22:11 23:18 24:20 26:19 30:8 31:5,8 32:6 32:13 33:2 35:3,10,19 35:21 36:4 39:8,22 40:8 42:9,20 43:1,14 43:15,19,20 44:7,10 44:11,13,14,15 45:5 48:2 52:1,4 53:21 54:1 54:10 55:6,12,14,18

**Atkinson-Baker, Inc.**
**www.depo.com**

55:19 57:13,16,19
58:20,22 59:3,6,9
60:12,17,17 61:4,9,17
61:19,21,22 62:1,13
62:15,17,20,21 63:11
63:14,17,18 64:11
65:15,18,21,21 66:5,6
66:10,18,21 67:11,12
67:13,16,19,19,20,21
68:2,20 69:1,4,10,17
69:19 70:5,6,11,13,14
70:18 71:3 72:13,18
73:3,10,15 74:7,14,15
74:21 75:2,3,17 77:7
77:20,20,22 78:1,12
78:15,16 79:5,6,6,8,10
79:17,18 80:9 81:5,8,9
82:6,11,13,14,16,21
83:5,7,20 84:3,22 85:1
85:4,6,10 86:10,11,14
87:2,6,17 88:16,16,19
89:5,7 90:12,12,17,18
90:19 91:1,3,6,17,19
91:20,22 92:11,16,17
93:21 95:4,8,9 96:8,10
96:17 97:1,5,10,11,16
98:20 99:19 101:6,16
101:17 103:6,9 104:12
104:19,22 105:2,6
106:10,18 107:1,9,9
110:4,7,19 111:16,18
112:13,15 113:6,8
114:19 117:7,8,10,11
117:20,21 118:2,11,13
118:20 119:16,21
120:10,13,16,16,19,20
120:20 121:2,14 122:3
122:8,9,21,22 123:2,9
123:12,16,16,19,20,22
124:1,8 125:3,3,9,12
125:16,19,20,21 126:4
126:10,13,15,16,16
127:8,10,17 128:10,11
128:18,21,21 129:11
129:19,20 130:1,8
131:4,5,5,8,15 132:7,9
132:17,20,22 133:2,12
133:14 134:5 136:17
136:18 139:14 140:21
141:18 142:1,9,13,15
142:16,17,18,19,20
143:1,2,6,12,17,18,21
143:22 144:4,5,7,12
144:16,17,18,20 145:6
145:19 147:4,7,14,20
148:5,9,13,14,15,18
148:20,21,22 149:4,5
**knowing** 71:12 86:15
147:17
**knowledge** 40:20 115:19
132:1 135:10 148:3
**known** 21:19 24:16
59:11 70:3 115:9,10

---

**L**

**large** 16:22 110:19
124:17 128:18
**larger** 16:4 25:4,5,13,16

25:19 26:1 27:3 28:6
28:10,14 117:19 119:1
**law** 2:14 100:2
**lawsuit** 10:20 36:22
**lead** 47:21
**leading** 51:9
**leap** 26:12
**learn** 148:11
**learned** 63:10
**lecture** 19:12
**lectures** 7:22 24:10,14
24:20
**led** 72:2
**left** 145:9
**leg** 132:8
**legal** 35:16,21
**lesion** 48:14
**lesions** 28:3,5,14,16
59:22
**lessen** 120:9
**let's** 24:13 45:8,21 55:21
56:13 66:5 95:15
101:16 104:11 105:2
**lethality** 106:8,15
**letter** 4:13 49:3,5
**letting** 79:14
**level** 27:9 58:8 65:8
73:17 76:3 78:2 79:15
87:1 111:11 139:12
144:6
**levels** 55:19
**license** 9:22 10:3,8,10
10:12
**licensed** 9:4,5,6,12
134:1
**licenses** 9:7 10:17
**licensure** 9:16 10:5
**lies** 85:15 101:21
**life** 42:6 68:4 83:7
**life-threatening** 147:18
**lifetime** 21:17
**light** 88:2
**liked** 135:3
**likelihood** 116:12 124:14
**limitations** 58:10 59:11
91:4 93:16 97:3,7
**limited** 146:21
**limits** 66:16 95:21 98:11
129:6,6,7
**line** 21:15 27:19,20
**line-type** 26:17
**linear** 26:7,10
**lingo** 141:19
**lining** 138:18
**link** 49:8
**Lisa** 135:7,10,15,20
**list** 20:14
**listed** 22:21 24:12,21
51:3
**Listen** 142:21
**literature** 22:2 27:22
28:11 108:16
**lithotripsy** 127:12
**little** 6:2 11:22 15:10
23:19 55:13 56:19
80:16 96:22 97:2
99:18 104:19 112:15
118:20 127:10

**live** 80:4,9,16 81:14
121:7
**liver** 76:9 111:13,17
116:8,14 119:9 122:2
122:5,5
**LLP** 2:15 3:3,7
**local** 108:6 116:13 124:8
**locally** 83:6 106:2 108:5
108:9,10 144:17
**locally-aggressive**
128:9
**located** 46:2 128:12
**locum** 10:1 12:19
**logistical** 136:9
**long** 6:20 9:9 18:20 31:5
37:18 38:7,8,11 44:19
55:6,10,18 56:12 68:7
81:14 84:20 89:7,17
90:13,19 98:8 102:10
102:13 106:4 116:2
**long-lasting** 115:20
**longer** 56:20 69:14 80:4
80:8,16 96:3 99:2
103:6 106:11 116:7
118:17 121:7,20
132:11 133:1,4 144:9
148:6
**look** 19:8,18 20:1,5
32:10 33:12 40:2
42:10 43:7,18 48:17
52:20 54:1 60:13,14
60:21 61:17 62:4
66:11 67:11 70:13
72:18 73:5,6,11 83:9
95:9 106:14 109:17
110:6 113:7,18 117:20
137:8 139:4 140:22
147:14
**looked** 44:21 66:20
67:13 73:3 94:9 106:1
109:6 110:5,20 113:9
**looking** 19:16 21:15 24:9
44:10 62:21 66:2
82:14 101:8 125:2
136:15,15
**looks** 33:18 49:7 54:13
61:7,20 113:20
**loose** 147:6
**lot** 15:17 25:20 32:4 42:4
49:3 58:6 88:17 95:5
95:10 112:1 126:18
145:20
**love** 104:10
**lower** 57:20 76:18 77:4
77:10 119:7 120:20,22
121:18
**luck** 150:10
**lunch** 92:1
**lung** 116:14 146:15
**lungs** 62:22 116:9 119:9
**lymph** 116:7,18

---

**M**

**M-E-T-W-A-L-L-I** 5:12
**M-I-N-C-Y** 135:8
**M.D** 4:10,16 10:14 32:16
32:16,18 109:18 151:9
**main** 15:21 31:3

**major** 8:17,22 77:19
96:13
**majority** 41:8 49:20,22
**making** 65:9 79:6 90:1
92:7 96:19 129:1
135:19
**malfunction** 11:12
**malignancies** 15:2
**malignancy** 21:9
**malignant** 21:9
**man** 75:17 115:10
**manage** 65:10,14 72:5
130:1,3 142:6
**manageable** 65:9
**managed** 15:12 84:5
**management** 16:10
63:17 83:22 140:20
**mandate** 18:14
**manifestation** 21:8
**manifestations** 22:22
**March** 93:5
**marked** 17:20 33:16
34:19 48:20 50:17
53:1
**marks** 10:17
**marshal** 88:15
**Maryland** 9:5,17 11:3
12:20,21
**mass** 42:18 43:3 44:1
59:22 107:8 128:11
**masses** 24:16,22 25:4
48:12
**master** 44:16 62:16
**masters** 62:15
**material** 51:19 52:13
**materials** 4:15 50:7,9,14
50:20 51:2 136:7
**matter** 16:14 58:21 60:7
123:10 125:12 127:3
144:19
**matters** 45:14
**mean** 14:13 21:1 24:13
26:6 27:9 35:6 42:11
44:6 45:4,6 46:15
60:13 61:19 63:9,11
65:9 66:7 67:13 69:14
72:15 76:10 77:2,13
77:15,18 79:12,13
88:13,14,16 90:15
95:5,7,12 100:9
102:17 110:10 115:9
117:4 118:10 124:20
132:10 133:11
**meaning** 27:20 38:19
53:17 149:13
**meaningless** 117:16
**means** 61:19 103:3
111:12 118:14 119:7
138:20 145:10
**measured** 78:14
**meat** 138:18
**mediastinal** 65:19
**mediastinum** 69:16 76:6
**medical** 8:11 9:22 11:17
12:2 13:19,20 15:8,11
15:19,21 16:9,20 22:2
51:9,12 63:10 64:8,15
89:13 136:16,20
140:11,15 148:15,19

**medically** 12:16
**medications** 115:19
122:10
**medicine** 9:12 11:18
12:4,9 13:14 15:19
61:12,15 63:14 73:16
90:16 115:10 140:2,7
143:11,16,17 147:4
148:8,8
**meet** 116:22 129:21
**meeting** 104:13 105:2
**memory** 50:3
**men** 106:15
**mention** 17:5
**mentioned** 17:8 22:18
27:17 31:13 97:19
105:14 136:7,8
**met** 142:17
**metaanalysis** 109:22
**metabolizing** 122:6
**metastases** 118:15
119:12,14 121:14,16
122:3,5 124:17
**metastasis** 116:17 120:9
121:8,10 122:19
**metastasize** 124:12
**metastasizes** 41:11
**metastatic** 14:21 15:14
15:15,16,22 17:7
78:13 109:7,14 110:2
115:8,21 116:1,5,8,9
116:12,14,18 117:18
118:4,7,17,22 119:4,8
121:2,6,19 124:15,15
**Metwalli** 1:14 2:13 4:2
4:10,16 5:3,10,11
17:19 23:18 33:15
34:18 36:14 48:19
50:16 52:22 104:13
113:16 137:15,19
141:1 143:5 151:9
**microhematuria** 138:5
138:14 139:8
**microscopic** 45:8 46:1
138:16
**mid-intrahepatic** 113:22
**millimeters** 27:6,16 28:1
29:10,10,13,17
**Mincy** 135:7,10,15,20
136:5
**mindset** 70:5
**mine** 31:15
**minimize** 78:18
**minor** 8:18
**minute** 31:9
**minutes** 50:9 104:20
105:4 137:16
**missed** 24:3
**misstated** 103:2
**misstates** 100:4 102:21
103:16
**mistakes** 62:2
**mixed** 81:18
**mobilized** 72:4
**molecular** 46:9 23:1
**Monday** 2:17 8:20
**money** 62:8
**month** 89:16 110:5,5

---

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

Page 7

**months** 6:22 7:15 32:9
47:21 48:1 59:16
65:16 66:1 67:20 68:1
68:6 78:14 79:7,11
90:18 128:5,14,14,14
148:6
**morbid** 69:13 131:3
133:4
**morbidity** 78:15 79:1,2
79:12 118:22 119:4,10
124:9 132:2
**mortality** 77:20 124:9
147:12,12
**move** 86:11 91:8 92:21
97:11 128:20 144:20
**moving** 94:13 98:11 99:2
129:12
**MRI** 20:20 72:16 112:14
112:17,18
**muddled** 81:10
**multiple** 65:21 95:8
**multitude** 80:10
**muscle** 108:4 109:1
**mutated** 23:6,7
**mutation** 21:19 24:16
27:19
**mutations** 21:15 22:6

**N**

**N** 3:1,7 4:1 5:1
**N.W** 2:15
**nail** 32:12
**name** 5:9,10,11,11 135:5
135:7
**named** 10:20 135:7
**national** 18:18,20 64:12
**natural** 21:8,10,13,18
40:21 68:14 94:17
106:11 107:19 123:7
**Nawoor** 1:8 2:8 130:12
134:5
**NCI** 23:14 27:11 33:1
**near** 69:17 143:18
**necessarily** 26:6 27:12
45:5,19 70:4,4 74:1
118:10 123:3,18 145:4
**necessary** 73:14 75:11
75:16 87:17 133:17,18
**need** 6:8 24:5 46:13
70:16 86:7 88:2,13
90:13,14 104:9,17
105:5 112:19 123:3
124:2 128:19 129:14
129:20 131:14,16
142:7,22 144:20
149:11,20
**needed** 38:21 39:2,15
75:8,19 86:11 98:10
123:19
**needs** 90:11,17 91:18
96:7 98:9 121:3
142:22 144:1
**negative** 47:9,18 122:14
**negotiating** 30:20
**neither** 149:8 152:11
**nephrectomy** 82:15
109:9,20 110:1 111:1
**nephrologists** 90:16

**nephrology** 143:1
**nerve** 74:9
**net** 62:4
**never** 10:2,2,16 29:19
31:4
**new** 2:15 46:12 76:10
128:16
**NIH** 32:17,19,21 33:10
99:4
**nine** 70:22
**node** 116:8,18
**Nods** 6:11
**non-bypass** 131:12
**non-hypothermic**
131:12
**noncontrast** 46:2 59:15
138:22
**noncontrasted** 43:13
**noncurable** 116:19
118:8
**nonmalignant** 147:16
**nonmedical** 145:21
**nonsurgical** 28:19
**normal** 28:2 61:20 85:4
**normally** 103:6
**North** 3:4,8
**Northwest** 5:14
**Nos** 48:19
**Notary** 2:18 151:20
152:1,20
**note** 71:19,20 72:1 89:12
130:12 134:4
**notes** 4:12 103:19,20
**noting** 67:6
**nowadays** 41:22
**number** 24:19 31:2
40:14 59:4 74:4 84:21
106:15,16 137:14
**numbers** 29:5 80:13
117:16
**nurse** 134:7
**nuts** 17:2

**O**

**O** 5:1
**o'clock** 104:14
**O.R** 24:4
**obese** 57:19
**object** 141:10
**Objection** 58:15 100:4
101:3 102:14,21
103:15,15 141:5
**obligated** 47:20 57:6
59:12 60:20
**obligation** 90:10 93:15
**obliterated** 43:1
**obliterating** 125:22
**observed** 82:9
**obviate** 77:22
**obvious** 43:15 79:13
**obviously** 43:17 93:14
95:4 98:3 100:16
112:16 117:15 119:1
**occasional** 8:20 43:14
**occasionally** 60:19
**occasioned** 97:20
**occlusion** 146:21

**occur** 25:17 103:9 104:3
**occurred** 99:20 101:11
**occurs** 16:12 17:3
**October** 152:22
**Offender** 4:12
**office** 3:10 8:13,18 97:9
130:2 134:12 149:19
**officer** 152:3
**offices** 2:14
**officially** 40:8
**Oh** 10:7 17:5 95:15
**okay** 9:16 11:16 21:3
23:2 30:3,11 34:6,20
35:21 36:17,19 42:14
50:4 51:18 52:20
54:16 56:1 67:10 72:5
73:18 74:19 75:6
76:11 84:10 88:6,21
89:4,8 92:19 93:4
100:14 104:21 105:7
110:20 114:18 122:11
134:17 135:12,18
136:3,8,19 137:4,14
139:18 147:22 149:9
149:13,22
**Oklahoma** 9:21 10:6,13
13:3
**oligometastatic** 118:14
**once** 11:2,2 55:7,13 72:2
86:8 117:12 121:16
141:2
**oncologic** 79:14
**oncologist** 6:17 13:19
13:20,20,21 14:4
15:11,19 16:20 17:1
33:7
**oncologists** 14:16 15:21
16:13 84:4
**oncology** 10:14 15:7,8
15:12,22 16:9 18:15
82:17
**one-five** 115:12
**one-on-one** 88:18
**ones** 8:21 26:11 40:6
123:5,8 125:14 142:7
**ongoing** 50:11
**onset** 56:1 65:1
**onus** 97:7
**opacification** 139:16
**opacify** 139:3
**open** 69:15,16 74:7
**operate** 8:16
**operated** 12:22
**operating** 75:17 83:3
**operation** 11:13 69:13
69:20 77:3,8 82:20
91:16 114:16 120:21
131:5,6,13,19,20,22
132:3,14,15 133:1,5,7
144:10,11,14
**operations** 132:13
**operative** 67:4 71:19,20
72:1
**opine** 140:1
**opinion** 37:15 38:13,21
54:2,8 56:16 59:17
75:10 81:11 95:1
97:21 100:22 102:9

139:19 140:5
**opinions** 37:10,14 38:10
50:21 53:14 54:13,14
100:16 135:19 136:4
**opportunities** 8:2
**opposed** 140:16
**options** 16:3,9 80:11
**orchestrate** 142:12
**order** 44:6 45:17 58:3
61:15 63:14,15 65:14
72:18 79:21 86:19
94:4 140:19,20,22
149:10
**ordered** 45:2 62:6 84:10
94:6 137:22
**ordering** 43:18 44:4 57:3
60:9,20 64:6 150:1
**orders** 94:9
**Ordinarily** 129:13
**ordinary** 85:12
**organ** 116:6 122:1 145:3
**organs** 145:5
**origin** 145:3
**original** 32:5 35:9
126:14 131:6
**outcome** 77:1 107:5
123:17 130:19 152:16
**outcomes** 105:16
107:17 117:20
**Outpatient** 4:12
**outset** 127:7
**outside** 91:7 92:18 97:13
101:22 102:7
**overall** 76:2,18 77:5 78:7
82:8 107:17 110:1,22
121:22
**overlap** 15:8,9 16:12
20:3
**overseeing** 136:1
**overview** 6:1
**oxygen** 146:20,21

**P**

**P** 3:1,1 5:1
**p.m** 2:16 104:13,16
129:21 150:13
**pace** 104:3
**pacemaker** 81:22
**package** 34:17 36:7 37:5
37:12
**packet** 35:13
**page** 4:3,9 20:10,15 53:9
53:10 54:12,15 63:20
75:7 83:9 94:21 99:18
113:13 115:5 116:21
122:11 134:3
**pages** 151:3
**paid** 7:17 53:22
**paper** 109:18,21
**papers** 29:15 103:11
110:6
**parenchyma** 138:17
**parenchymal** 47:11
**part** 8:1,10 18:13 24:17
45:2 57:4,10,14,15
59:9 77:7 90:21 99:20
138:8 139:10,10,22
141:14 149:2

**participate** 8:3
**participated** 84:14
**particular** 18:7 22:5 23:9
35:10 39:11 41:10
55:16 75:5 91:16
107:7,12 108:15
140:18
**particularly** 29:8 46:12
91:6 96:1 106:2,9
109:20 117:22 146:9
**parties** 152:12,15
**partly** 15:12,13
**partner** 8:5
**partners** 16:16
**parts** 146:15
**pass** 142:7
**passing** 108:19
**pathological** 51:10
**pathology** 51:20 52:3,10
52:12
**patient** 20:18,22 22:5
39:7 44:8 45:7 46:12
47:14 58:8,12 59:3,15
60:5 63:17 68:2 81:20
82:20 83:1 87:22
90:10,11 91:8 92:2
93:2,5,7,15,18,20 94:1
95:3,7,14 96:21 97:1
115:16 117:15 119:10
119:12 129:5,17 130:3
130:15 131:3,21 133:8
141:12,16,20,22
142:17,21 144:9,15
145:17 146:5
**patient's** 22:10 23:10
57:18 66:16 76:1
142:13 146:16
**patients** 8:13 9:1,2 12:17
12:22 13:4,8,10 16:19
21:11,17 28:19,22
61:8 62:6 80:20 81:3
85:1 92:5,16 97:6
106:6,18 109:7,13,20
110:13 121:5,18
141:22 147:12
**pattern** 26:9,10,12
**pause** 6:3,4
**PDF** 149:11,20
**pediatrics** 148:9
**pelvis** 42:15 59:16
**pending** 6:9
**Penile** 106:11
**penis** 14:8
**people** 22:2 28:11 47:4
57:14 60:16,18 64:11
71:11 74:9,22 76:8
81:11 84:21 85:17
91:6 92:6 96:15 97:12
98:12 107:3 115:14
130:9 132:19
**percent** 7:18,20 8:8
48:16 79:22,22 115:12
115:13
**percentage** 123:11
**Percentage-wise** 125:6
**perform** 14:5 37:8
**performed** 86:18 122:12
**perfusionist** 96:11

**Atkinson-Baker, Inc.**
**www.depo.com**

pericardium 74:7
period 10:4 19:4 26:13
  28:14 46:18 49:21
  55:1,2,4,22 56:3,5,6
  56:10,13,14,17 75:22
  78:17 84:18 92:1 98:7
  98:16 114:2 116:3
periodically 148:11
periods 28:17 55:3 56:8
peripherally 128:12
permutations 74:4
personally 10:21 58:22
  61:12
perspective 48:6 51:15
pertain 22:4
pertains 8:12
PET 20:19
phase 139:13
phone 24:3 30:22 85:7
  90:14 92:21 129:19
physician 9:10 11:3
  43:18 44:2 57:3 60:9
  60:21 89:20 90:9
  93:13,14 94:3 141:11
  142:21 143:2 147:20
physicians 93:2 96:19
  98:1 144:17 147:11,13
  148:4,7
physicians' 95:8
physiologically 115:15
pick 26:7 42:7,17 60:15
  85:7 129:18
picked 42:3 66:8 120:14
picking 90:13 92:21
picture 81:10,18
piece 111:22
Piyush 32:1
place 78:5 96:1 98:10
  129:3
plagued 101:15
Plaintiff 1:6 2:6 3:2
  137:17
plaintiff's 54:3
play 16:4 73:16 78:22
please 134:7 150:3
pleasure 150:9
plus 47:6 58:9 122:1
point 6:8 9:22 32:3 39:15
  41:10 43:8 45:19
  53:16 55:15 58:13
  73:8,13,14 75:11
  76:12,14 86:10 98:16
  99:10 103:18 105:21
  111:19 114:17 115:22
  116:4 119:21 132:12
  146:17 147:10
pointed 68:13
pole 43:1
poor 110:22 142:11
poorly 25:13
popped 123:14
populations 117:20
portend 27:15
portion 114:1
position 6:21 61:11
possibility 103:10
  123:13 126:22
possible 69:7 83:1

potential 94:17 121:1
  147:11,18
potentially 20:18 63:16
  96:14 119:7 124:9,18
  124:19 126:4
practice 7:19 9:12 13:16
  16:15 18:8,10,12 33:8
  33:9,10 64:8 85:4 97:2
  142:8 148:8
practiced 10:2
practices 75:4
practicing 9:9 11:3
practitioner 61:7 64:5
  94:18 140:2,8 143:12
  143:16,18 147:4
  148:14
practitioners 61:1
predict 48:12 68:17
predictable 25:20 48:13
prefer 58:4
preference 47:6
preferred 6:12
preliminary 35:7
preoperative 128:8
preparation 50:7 128:8
presence 46:1
present 45:9 122:15
  127:15
presentation 45:22
  128:10
presenting 41:14 45:7
press 27:12
presumably 44:21 60:8
  60:10 70:20
presume 84:13
pretty 48:13 63:1 72:1
  77:2 115:15 117:21
  148:13
prevailing 82:19
prevalence 22:6 125:7
prevent 124:8
prevented 122:19
previous 39:12,18 59:7
  113:21 127:20
previously 103:8
primarily 51:8
primary 19:3,5 44:2,15
  62:14 90:9 93:1,13
  96:18 109:13 119:5
  120:8 124:13 141:2,4
  141:11 142:3,21 143:2
  144:16 147:3,11,13,19
  148:4,7,17
principles 144:22
print 36:13
prior 15:20 39:6 40:6
  46:20 66:5 69:5
  133:10
prison 88:10 90:7 94:12
  97:20 98:1 101:1
  114:20
private 33:9
privy 99:13,14
probably 8:8 18:17 22:8
  24:20 31:7 32:11
  38:15 40:14 44:4,18
  50:9 74:16 75:3 83:2
  85:6 91:14 99:11,12

99:16 104:20 106:7
  114:1 128:15,16 148:6
  149:15
problem 24:1
problematic 55:17
problems 101:6 119:10
procedure 71:17 133:8
  134:6
proceed 46:6
process 30:20 55:18
  99:7 107:1
processes 16:5
processing 103:22
produced 22:2
profession 6:16
professional 7:16 149:1
professor 6:18
profoundly 146:17
prognosis 27:15 117:3,4
  117:11 118:10 120:22
  143:8,13
prognostic 76:4
program 33:1,5 64:17
programs 17:3
progress 4:12 79:15
  121:15 124:3
progressed 64:22 65:13
  75:14 113:21 126:7
progression 65:4,6 67:6
  67:20 68:12 72:9
  73:14 78:21 82:7
  94:17 108:7 114:2
  116:2 124:8 126:11
progressive 83:6
prolong 116:3
prolonged 91:11
promptly 75:7
propagate 68:3,3,22
  69:3,11 70:15
propagated 65:17 69:8
propagation 65:22 68:21
proposition 107:14
prospectively 43:9
prostate 14:8,18 15:15
  18:9 63:3 106:10,17
  123:4
provide 93:22 141:21
provided 34:6 35:1
  50:20 52:9 99:15
  100:3
provider 147:4
providers 117:1
provisional 10:10
Public 2:18 151:20 152:1
  152:20
publication 19:13
publications 27:13
published 27:13
PubMed 19:15
pull 69:16
pulling 112:5
pulmonary 146:12,13
  147:10
purpose 10:5 110:13
pursue 12:3
purview 15:3 64:3
pushing 137:6
put 25:19 110:3

putting 74:22 110:14
pyelogram 57:7 139:14
pyelograms 47:5 139:1
  139:15

| Q |
| --- |

qualifications 30:17
quality 28:15 29:4,8
  57:17 66:19 73:3
  126:12,19 127:1 131:9
quarterback 142:10,11
quarterbacks 96:18
question 6:9 15:9 18:3
  22:14 31:16 32:2,5
  35:9 45:5 55:20 58:18
  58:19 79:18 89:19
  94:22 95:11 100:7,9
  100:12,13 125:17
  137:19 140:1 143:20
questionable 67:18
questioning 137:20
questions 16:19 134:20
  137:13,15 141:16
  151:5
quicker 131:3
quickly 26:20 68:6 69:1
  87:8 88:14,20 91:9
  97:9 101:19 110:17
  119:19,20 129:17
  144:1
quite 26:22 69:11 107:2
quote-unquote 115:20
quoted 27:6,21,22

| R |
| --- |

R 3:1 4:16 5:1
rabbit 43:21 80:18
rabbits 123:1,5
radiation 13:20 58:9
radiologically 48:3
radiologist 43:17 60:2,3
  60:5 66:9 67:7,11
  88:21 89:4,9 95:9
  115:2 126:13
radiologist's 62:20
radiologists 62:1,2
radiology 44:1 60:18
  62:5,12 67:3 87:18
  111:4 112:11 114:10
raised 20:13 63:13
ran 13:5
range 25:15 29:11
rapid 81:16
rapidly 108:11
rare 106:12 123:13 125:4
  125:14 126:22
rate 21:5 23:4,6 25:3,5,8
  26:2 27:1,5,15 28:3,9
  29:12 30:15,19,21
  77:4 79:16 106:9
  115:12,13,21 116:13
rates 22:3 23:15 24:11
  24:17 25:15 26:15,22
  29:16 40:1 48:11 77:4
  79:21 122:10
re-articulate 146:1
re-present 45:17 46:17

reached 33:6 76:13,22
  94:12
read 44:1,5,12 51:5,7
  54:21 57:2 59:21 60:1
  60:1,3,5,11,13 61:2
  62:5,7,9,10,20 63:3
  67:3,12 71:22 75:13
  75:19 87:18 94:20
  95:18 97:18 98:3,21
  99:18 100:3 102:2,3
  103:18 108:21 110:20
  111:9 112:8,11 151:3
readily 91:21
reading 51:11 62:12
  71:18 111:10 112:4
ready 96:11 98:13
realized 72:8
really 8:1,3,4 15:16,18
  16:11 20:18 21:1
  28:15 31:1 39:10,17
  42:20 43:2,10 45:19
  51:13 54:13 63:4
  66:19 68:18 69:1
  70:18 77:13 78:22
  79:4,19 80:15 81:10
  81:19 85:14 86:11
  97:7 105:6 106:3,12
  111:21 112:19 114:15
  115:17 119:21 123:9
  123:14,15,21,21
  125:16 126:15,17
  127:2 132:22 136:16
  142:2 143:3 145:13
realm 15:11
reason 46:15 48:4 65:10
  78:3 88:20 103:12,13
  106:5 110:3 121:4
reasonable 81:21 83:8
  89:11 90:7,8 95:2
  97:19 102:1 147:7,19
reasonably 64:14 119:13
reasons 25:20 68:18
  103:9
recall 20:3,4 32:3 35:8
  35:11 51:11 135:17
  136:14 137:3,20 138:1
  138:4,7,8 139:18,22
  140:9,12,15
received 35:13
receiving 92:11
Recess 24:7 105:12
  134:18
recognize 93:16 125:18
  129:6
recommendations 142:2
record 6:10 94:11 99:10
  99:11,21 130:11 137:5
  152:10
recorded 151:5
records 34:7,11 49:8
  51:9 89:13 98:3,21
  99:15 100:3 134:4
  136:11,11,19,20,21
  137:9
recover 69:14 77:9 78:19
  79:8 132:9,14 133:3
recovered 131:6
recovery 75:21 78:10,15

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

79:10,12 131:3
**recruited** 32:20
**recurrent** 44:18
**reduced** 152:8
**reducing** 109:12
**refer** 19:15
**reference** 107:12 108:13
 109:19 117:7
**referenced** 21:6 22:15
 110:21
**referral** 140:6
**referred** 34:17
**referring** 22:16 55:2,22
 63:22 83:18 85:5
 93:10
**reflect** 99:13,21 114:10
**refresh** 50:3
**regarding** 22:3 104:6
**regress** 82:12
**regression** 26:17
**regular** 31:3 96:2 97:1
 148:10
**related** 11:9 116:7
 152:11
**relates** 78:7
**relationship** 70:11
**relative** 58:12 129:1
 152:14
**relatively** 47:17 48:4
 108:11 110:9,13,19
 117:16
**relevance** 20:17
**relevant** 20:12 63:4 86:6
**reliable** 29:2
**rely** 60:18 62:1
**relying** 46:19
**remember** 71:19 110:3
 113:10 115:2
**remove** 132:6
**removing** 120:8
**renal** 11:4 18:17 19:6
 21:5 24:11,15,22 25:3
 25:9 27:5,18 28:7
 29:15 38:19 41:6 47:4
 48:12 58:10,14 66:12
 66:12 73:6 74:22
 80:21 83:22 105:20
 107:8,21 109:7 128:11
 138:17 146:9
**renewed** 17:13
**repeat** 47:20 48:5 100:13
 126:13
**repeated** 113:8
**report** 4:16 19:10,21
 20:5 30:15 49:14 50:7
 50:10 52:10,13,21
 53:7 62:20 66:20 67:4
 69:9,11 75:6 111:8
 113:7 114:10 115:5
 122:11 135:13,19
 139:20
**REPORTED** 1:20
**reporter** 23:20 149:9,13
 149:17,22 150:5
**reporter's** 6:7
**reports** 42:11 51:10,21
 52:16 60:19 62:9
 111:5

**represent** 42:14 135:6
 135:21
**represented** 138:5
**request** 88:18 98:17
**requested** 51:21 52:14
 88:7 152:20
**require** 23:9 88:16
 106:21
**required** 86:12
**requirements** 140:11
**requiring** 132:16
**rescheduling** 137:6
**research** 7:12,13 8:9
**residency** 12:3,7 13:5,13
 67:22 120:12
**resident** 10:13 11:2
**resident's** 10:8
**residents** 60:22
**respect** 62:14 105:19
**respiratory** 146:16,17
**respond** 80:22 118:15
 120:1,4
**response** 80:2,3,7 81:2
 81:16,17 115:12,13,21
 119:16 121:19,20
 122:10 124:17
**responses** 81:13
**responsibilities** 7:1,5,7
**responsible** 85:18
**result** 74:5 105:16
 107:16 146:7
**resulted** 77:1
**resulting** 11:12
**results** 140:21 143:7,13
**retained** 49:11
**retreat** 126:16
**retrograde** 47:4 57:7
 139:1,15
**retrohepatic** 67:15
 111:18 114:14 131:10
**retroperitoneum** 14:9
**returned** 32:19
**review** 19:15 31:6 34:7
 37:8,11,17 50:6,8 51:2
 51:8 52:16 53:17,19
 53:21 61:13 64:9 86:8
 87:10 88:22 95:16
 103:11 113:10 133:20
 135:14,16 136:10
**reviewed** 35:14 50:2
 53:15 130:5 136:6,21
**reviewer** 35:20
**reviewing** 64:6 135:17
**right** 17:16 18:2 20:8
 28:6 30:11 33:12 34:7
 34:9,12,22 36:7 44:5
 46:21 49:2,8 52:8
 54:15 60:9 70:3 72:14
 72:19 73:16,20 76:18
 88:11 92:22 95:6,22
 96:7,13 98:10 100:18
 105:4 109:2 112:5
 115:1 121:13 126:9,20
 127:13 128:16 129:2,2
 129:3 131:21,22
 137:21 139:11 144:1
 145:11 149:6 150:5
**risk** 77:15

**risks** 81:22 83:12
**road** 66:4 80:15
**robust** 29:5,8 77:7 81:12
**role** 15:10,18,22 16:4,9
 90:22 141:2
**room** 71:6 135:2
**roped** 30:5
**rotate** 148:16
**rotated** 64:11
**rotating** 148:6
**rotations** 64:7
**roughly** 114:6
**rounds** 148:10
**routinely** 70:8
**rule** 45:11,13 46:14,20
**ruled** 47:13
**ruling** 46:6
**Rumsfeld** 72:14
**run** 57:1 71:13
**runaway** 119:22
**Rupcich** 3:7 4:4 5:8
 17:16,21 24:6,8 33:12
 33:17 34:21 36:16
 37:3 48:17,21 50:19
 52:20 53:3 58:17 72:7
 100:8 102:15,19 103:1
 104:8,11 105:6,8,11
 105:13 113:11,13,17
 114:7 134:15,19
 137:20 139:18 141:5,8
 148:2 149:6,9,10,15
 150:4,6,11
**rupture** 146:3 147:5
**ruptured** 146:7
**ruptures** 146:6
**rural** 148:8

---

**S**

**S** 3:1,11 5:1
**safe** 28:17 46:19
**safely** 82:19 131:7
**Safety** 62:4
**saltatory** 26:12
**sarcomatoid** 125:15
**sat** 98:18
**satisfied** 92:21
**saw** 33:21 67:8 86:5 95:2
 101:4 125:10
**saying** 29:1,9 38:8 46:17
 61:6 74:19 76:11,20
 90:14,17
**says** 18:3 30:14 34:15
 53:9 75:7 83:10
 112:12
**scan** 39:14 56:10 59:19
 65:6 72:16 75:18,18
 82:6 84:11 86:9 89:7
 112:8,13,17 117:9
 139:7
**scanning** 42:4
**scans** 44:11
**scenario** 107:10 146:22
 147:1
**SCHADE** 3:7
**schedule** 96:20 97:3
**scheduled** 10:1 95:13
 129:22 134:6
**scheduler** 129:14

**scheduling** 85:22 87:2
 130:13 134:12 137:9
**school** 63:10 64:9,15
 140:12,15 148:19
**scoop** 69:19
**scope** 138:20 142:8
**screen** 36:15,18
**scrutiny** 84:22
**se** 147:9
**second** 3:11 20:2 86:13
 89:9 130:18 134:15
**security** 97:4
**see** 8:13 18:14 20:5
 24:13 26:11 27:22
 29:15 36:11,12 39:4
 39:11,17 40:11,13,17
 41:5 43:13 47:11
 51:15,17,18 52:3 62:4
 66:13 73:7 86:14 87:3
 90:17 91:22 94:6,11
 95:17 107:4 113:9
 125:4,13,16 126:3,10
 126:17 127:8 129:20
 136:11,14,19 137:4
 145:13 146:1
**seeing** 13:9 43:4,10 66:3
 85:18
**seen** 27:10 29:18 33:20
 35:17,20 42:19 50:22
 53:22 69:10 82:11
 125:9 127:22
**SEH** 23:6
**self-awareness** 91:15
**self-citation** 20:3
**sematic** 27:20
**send** 44:9 142:20
**sense** 14:17 16:7 39:12
 39:15,22 45:12 46:10
 80:17 96:15 102:9
 103:22 127:10 149:3
**sensitivity** 43:16 57:20
**sent** 33:21 34:13
**sentence** 55:22 76:12
**separate** 12:4 13:4 22:17
 56:14 133:2
**separately** 56:17
**September** 1:16 2:17
 49:15,19 53:9,11
**series** 27:11
**serious** 45:11 55:8
**services** 30:1
**serving** 135:12
**set** 16:15,21 30:19 84:4
 131:16 149:8
**sets** 73:18
**setting** 8:13 79:13 121:1
**seven** 18:22 112:6 113:5
**seven-month** 122:17
**Severino** 84:7,17 85:9
 85:13 86:3,22 88:22
 89:22 91:12 92:3
 93:10,14,21 94:6,12
 94:15 95:19 97:21
 98:9,18 102:10 108:17
 115:3 120:6,16 128:3
 128:22 129:13 133:10
**Severino's** 93:5,7,16
 94:21 95:16 97:9,18

133:9
**shackles** 97:5
**shakes** 6:12
**shed** 118:19 119:2
**shoot** 139:2
**short** 45:17 46:18 47:17
 48:4 65:8 69:18 75:14
 78:17 86:18 110:9,13
 111:12,15,16 113:22
**shorten** 119:11
**shorter** 75:21 81:17
**show** 36:14 113:15
**showed** 59:20 86:9
 107:5 131:11
**showing** 44:1 109:22
 110:12 136:11
**shown** 105:16 107:16
**shows** 116:6
**sick** 106:7,19
**side** 8:9 11:17 12:4,12
 13:19 15:8 28:1 29:11
 29:17 98:14 99:20
 136:17
**sign** 126:9
**signature** 53:10 150:15
 152:19
**signed** 53:11
**significance** 76:4
**signs** 43:15 122:15
**similar** 101:15 107:15
**simpler** 120:21 133:6
**simply** 16:14 57:22
 60:18 120:3
**Single** 125:8,8
**single-specialty** 16:22
**sir** 53:4
**sit** 69:2 135:9
**site** 109:13 120:8 124:13
**situation** 51:16 55:16
 90:20 96:21
**situations** 147:16
**six** 18:22 19:2 31:8 50:5
 59:16 111:15,19 114:3
 114:4,5 126:7 127:3
 128:14
**six-** 122:17
**size** 150:2
**skill** 73:18 131:16
**skinny** 57:21
**slice** 9:14 132:8
**slower** 108:2
**slower-growing** 81:12
 81:13
**slowly** 26:21
**small** 8:10 18:13 24:15
 24:22 29:5 47:22 48:9
 48:12,14 62:17 107:8
 118:14 123:11 124:16
 124:22 128:11 137:14
**smaller** 26:11 81:3 122:4
**smokers** 106:19
**smooth** 26:16
**somebody** 30:16 44:18
 78:13 80:5 91:20
 101:22 115:22 119:13
 122:2,4
**somebody's** 69:15
**somewhat** 17:4 28:9

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

57:16 80:13 93:19
107:22 108:13 128:8
128:10
**soon** 134:6
**sooner** 90:14 119:6
120:19 121:3
**sophisticated** 120:11
**sorry** 18:1 23:21 26:5
42:11 51:6 56:1 67:3
83:11 102:17 141:7
150:11
**sort** 8:19 10:10 16:21
26:14,15,16 27:2,14
43:3 50:11 70:12
76:14 80:14 110:8
111:9 122:6 125:21
126:2 136:22 137:4
139:5
**sorts** 40:1 88:14 91:5
127:10
**sound** 34:22 105:4
**sounding** 141:21
**sounds** 62:11
**source** 31:3 138:14
**sources** 1:8 2:8 19:11,20
64:4
**speak** 63:11 70:5 126:17
137:10
**speaking** 27:4 28:8 79:5
93:12
**specialist** 44:13 141:2
141:13,17 142:7,16
**specialists** 70:9 88:17
96:5 141:18 142:13
**specialize** 14:7
**specialty** 18:7,16
**specific** 15:4 22:6,14
47:2 99:10
**specifically** 19:14 22:16
35:11 64:16 93:3
102:8 105:19 109:18
145:12
**speculate** 64:13
**speculating** 70:18 73:11
103:13
**speed** 26:7 94:13 99:3
103:22
**spell** 5:9
**spend** 49:3 101:7
**spent** 18:18 31:6 50:5,9
148:5
**spheroid** 43:3
**splinter** 132:6
**split** 74:6 84:1
**spoke** 31:18 32:7 104:7
139:15
**spring** 40:18
**Springfield** 1:3 2:3 3:8
3:11 89:12 130:11
134:3 137:1,7
**squeeze** 92:1
**stabilize** 26:13
**staff** 93:17,22 137:5
**stage** 68:17 106:2
108:15 120:20
**stages** 35:10 41:7,18
**stairs** 146:19
**standard** 27:8 54:19

56:7,9,18 61:12,14
63:6,7,8,12,22 64:5,14
83:12,19 84:4 110:15
110:18 127:5 138:11
138:13 139:19 140:2,6
140:6,11
**standards** 64:1,3 83:21
140:14,17
**standby** 70:16 71:12
**standpoint** 118:2
**stands** 78:3 107:13
**start** 6:3 43:4 54:15
82:12 138:12
**started** 72:3
**starting** 58:13 73:8
**starts** 20:15
**stat** 94:4,7
**state** 5:9 9:5,22 54:4
64:18,22 66:1,5 115:5
116:21 122:12
**statement** 53:13 78:10
78:11 118:3
**states** 1:1 2:1 7:18 9:4
9:17 54:17 89:13
108:14 134:5
**statistically** 117:11
127:21
**statistics-wise** 125:6
**status** 146:16,17
**stenographically** 152:8
**step** 144:22
**steps** 90:5
**stepwise** 26:14
**sternotomy** 65:14 71:16
73:13 75:8 79:9
114:17 133:16
**stick** 101:16
**Stipulating** 75:12
**stone** 45:9,18 46:2,6,13
46:15 47:13 55:11
**stones** 39:8 42:1,5 44:18
45:16 56:15 59:8
139:6
**stood** 37:16
**stop** 120:1
**straight** 7:22 75:20
**Street** 3:4,8,11
**strictly** 131:14 132:13
**strike** 56:2 126:20
**stripe** 147:20
**stripes** 23:16
**Strom** 3:3 4:6,11,14
23:17 24:1 33:19 36:9
36:12,17 37:6 58:15
71:21 100:4 101:3
102:14,17,21 103:15
104:12,16,21 105:4,7
105:9 113:12,15
137:14,18 147:22
149:8 150:2
**strongly** 88:4
**students** 8:11 12:3
148:16
**studies** 55:13,14 59:8,13
76:17 107:4 110:19
**study** 57:8 58:3 61:20
66:15,19 73:5 109:6
112:14 113:21 131:8

131:11
**stuff** 75:15,20 90:2 95:5
96:9,9 106:21 123:20
125:15 126:18
**stupidly** 31:20
**subdiaphragmatic**
111:20 131:12
**subject** 53:17,19
**Subscribed** 151:13
**subsequent** 147:9
**subset** 124:22,22
**successfully** 131:5
**succumb** 119:15
**sudden** 147:12
**sufficient** 45:9 94:13
**suggest** 102:1 103:11
126:5
**suggesting** 90:5
**Suite** 2:16 3:8 5:14
**supply** 146:15 147:2
**support** 29:12 81:7
100:22 106:1
**supports** 109:19
**supposed** 61:22 62:3
64:16 149:4
**supradiaphragmatic**
67:16 74:2,21 112:3,9
117:13 118:1
**suprahepatic** 65:18
111:20
**sure** 6:3,5 11:20,21 12:2
20:7 21:1 30:13 31:8
31:20 32:5 36:16,20
37:22 50:4,13,13
68:21 71:21 72:1
73:12 95:22 96:4,19
97:8,17 98:6 105:9
113:1 120:20 124:2
128:17,20 129:1,13
141:14 142:14
**surgeon** 19:4 67:8 71:1
71:3 73:19,22 75:5
86:21 87:10,15,21
88:6 91:22 92:4 129:7
129:20 131:15,17
**surgeon's** 89:14
**surgeons** 74:17 86:4
**surgeries** 8:14
**surgery** 14:5 28:21
35:10 37:18 38:4 51:9
51:10 54:18 55:5
56:12 63:21 64:19
65:2,12 68:6,9 69:5
69:8 70:1,9 75:9 76:21
77:14,16 78:9,19 79:3
79:5 81:21 83:10
84:15,19 85:22 86:18
86:21 88:4 95:3
101:14 103:5,18
105:15 107:2 110:10
110:12,16 113:4 117:9
117:12 123:19 128:15
128:17 129:22 130:3
130:20 131:1 132:20
134:13
**surgical** 70:8 81:22
88:17 90:6 106:22
122:18 129:14

**surprise** 69:6
**surprising** 42:2 114:8
**surveillance** 24:17 25:21
28:13,20
**survival** 76:2,7,18 77:4,5
77:5,6,10 78:2,7,14
79:16,21 80:1,6 82:8,8
105:17 107:17 110:1
110:22 116:3 118:17
119:11,16 144:15
**survived** 77:14 131:21
**suspected** 38:14
**sworn** 5:4 151:13 152:6
**symptom** 41:16 63:21
**symptomatic** 41:7,11,12
41:13
**symptoms** 41:15 54:18
56:1 64:18 65:1
**system** 12:20 81:2 85:10
85:14 91:7 92:4 93:18
97:8 101:22 130:9
139:4 143:3
**systemic** 14:18,19 15:1
15:5,13 17:1,7 80:2,3
80:8,22 82:12 101:6
118:16 120:4 121:20
**systemically** 14:12,13
14:15

---

|  | T |  |
| --- | --- | --- |

**table** 68:2 74:17 82:20
83:1 95:7,14 129:5
**tables** 110:11
**Tailorville** 114:20 134:8
136:2,13 137:1,5
**take** 12:17 21:22 24:5,6
26:8 33:12 55:12
69:14 89:7 90:13
100:14 104:10,11
105:11 117:19 137:16
**taken** 2:14 16:9 58:2
102:10 152:4,7,13
**takes** 8:7 78:19 79:7
107:2 133:4
**talk** 6:6 39:22 55:21
56:13 63:6,20 106:9
106:12 110:7 125:21
132:18 141:18 142:2,4
146:9
**talked** 67:17 82:4 103:7
110:21 117:7 140:10
**talking** 6:3 24:10 25:1
28:4,6,7 48:9 56:3
63:7 78:7,12 92:20
99:21 101:10 107:9
108:4 124:21 130:14
133:12 134:11 145:21
**talks** 148:11
**task** 141:12
**taught** 148:18
**teaching** 7:7,10,20,22
**team** 82:22 89:22 90:6
95:22 98:10 128:22
129:2
**tech** 57:17,18 59:2
**technical** 22:12 144:5
**technically** 7:17 15:3
116:11

**technique** 74:6
**tell** 20:2 36:2 42:20 43:5
43:10 54:8,9 65:5
66:21 67:14 68:19
70:21 111:4 129:13
138:12
**telling** 100:21
**telltale** 126:8
**ten** 70:22 137:16
**tend** 17:6 27:9 48:12,13
57:16 81:14 106:19
118:15 121:19,21
125:13
**tendency** 23:21
**tends** 27:15 78:3 108:6
**tenens** 12:19
**term** 80:5 142:11
**terms** 23:4 39:10,16,21
58:10 78:22 82:5
106:8,14 107:5 120:18
**terribly** 30:19
**test** 44:5,7 57:1,3,4
61:15 63:14,15 64:6
140:19,20
**testified** 5:5 29:19
**testify** 152:5
**testimony** 100:4 102:22
103:16 152:5,7,10
**testis** 14:9 16:1 106:12
**tests** 64:10
**Texas** 9:21 10:6,13
**Thank** 105:11
**Thanks** 24:1 150:6
**theoretically** 22:12 23:3
73:2
**therapeutic** 16:3 20:21
80:11
**therapies** 14:18,20 15:1
17:8 121:20,21
**therapy** 15:5,13 80:3,4,8
80:22 81:13,16 82:12
115:9,10,18 118:16
119:16 120:4 124:18
**thereabouts** 131:2
**thing** 8:19 14:6 16:22
27:14 37:16 44:11
50:11 55:11 70:12,14
70:16 74:14 77:21
96:20 99:6,18 110:8
110:15 122:7 129:11
130:14 132:9 133:11
139:5 146:8 147:19
**things** 8:6 16:21 35:7
40:1 41:3 42:7 43:12
44:16 47:16 48:10
58:2 59:4 60:15,22
61:21 68:3,16 70:14
72:3,17 82:16 85:2
86:11 87:5,7 88:3,13
88:15 90:13 91:5,9,11
92:7,13,14 93:17 94:4
97:8,10 98:15 103:21
104:3 119:19 125:3
127:10,21 128:2,20
129:9 136:17 142:6,12
143:3 144:20 146:8
148:11 149:4
**think** 17:3 19:1 20:6

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

25:12 27:4,11,13
29:13 30:2,16 35:9
36:2,3 38:2 39:19 44:8
45:6,6,14 46:22 49:14
51:14,20 53:21 55:11
55:15,17 56:14 57:2
57:13,15 58:5,19,22
59:9 60:20 61:9,10
63:4 67:17 71:5,19
74:8 78:11,12 80:19
81:6,7 82:2,4,7,18,21
84:1,3,20,21 85:11,13
85:13 87:9,12,13 88:1
89:2,6 90:9 91:14,19
92:20 95:20 100:11
103:2,4 108:8 111:13
112:5,13,17 117:6
120:12,17,17,18 121:2
121:12 125:10,20
127:14 128:6,21
130:22 142:3 144:12
144:16 147:7 148:20
149:3
**thinking** 11:22 120:11
**third** 34:11,14 35:14,22
36:10,13 37:5,11
38:13
**thoracic** 132:15
**thoroughly** 44:5
**thought** 28:17 33:11
36:20 37:21 56:15
86:6 99:2 101:5
108:12 120:13
**thoughts** 31:19
**thousand** 99:8
**threatening** 68:4 83:7
**three** 27:6,16 29:9 54:14
65:16 66:1 67:20 68:1
68:6 79:7 86:9,16
90:18 109:4 114:15
128:14 130:4 133:13
148:6
**three-month** 82:5
**thrombi** 68:22 76:8
82:11 145:5,22 146:9
146:10
**thrombosis** 147:9
**thrombus** 56:11 64:22
65:8,13,15,16,22 66:7
66:14 67:7,14 68:1
69:19 70:22 72:9
74:22 75:14 76:4,5,13
76:17,21 77:16 78:1,8
78:22 79:14 82:7 84:1
86:10,16 87:18 103:5
109:21 111:2,6,11
112:8,20 113:2 114:11
116:10 117:8,14,22
120:21 124:1 126:7
128:7 131:9 143:18,22
144:6,13 145:1,2,14
145:15 146:3,6,7
147:5,17,19
**tied** 38:13
**time** 7:10,16,21 8:5,8,10
10:4 19:4 26:13,15
28:14,18 31:11 32:12
35:16,18,20 37:17

44:18 46:18 47:21
48:5 49:3,21 50:5,12
55:1,2,3,4,5 56:10,12
65:1,7,12 66:7 67:2,3
76:12 78:17,18 81:15
81:17 84:18 86:17
91:7 96:14 98:7,16,20
101:2 104:16,17,20
105:5 107:3 110:10,12
113:3 116:3 117:9
118:20 121:12 122:15
128:3 133:8,17 141:9
142:17 144:19
**timeframe** 83:15 85:17
90:8 95:2 97:19,22
126:11 128:7 129:15
**timeframes** 90:12 95:8
**timeline** 150:3
**timely** 83:3 85:3 92:8
117:2 142:15
**times** 11:1 70:22 110:7,9
**timing** 35:10 88:2 103:21
123:20
**tiny** 124:22
**tipping** 119:21
**tissue** 20:20 21:12
**TKI** 82:15
**today** 131:22 135:9
**toe** 132:6
**token** 39:19
**told** 54:7 115:2
**tolerate** 122:3
**tolerated** 115:14
**top** 19:18 24:20 79:9
125:10
**topic** 24:19
**totally** 87:12
**toxic** 115:14
**track** 72:8,12 106:16
**tract** 138:19 139:17
**traditional** 127:4,5
**train** 119:22
**trained** 14:22 16:13
32:15 64:15 67:21
**trainee** 148:22
**training** 9:13 11:17
12:12 14:2 15:19
40:21 63:11,22 70:7
71:2,8 84:6 149:2
**transcript** 135:14 149:10
151:4
**transesophageal** 72:16
112:15
**transportation** 97:4
**transporting** 92:5 97:6
136:22
**travel** 104:17 113:3
146:11
**travels** 139:3
**traverses** 112:2
**treat** 9:1 14:12,15,18,21
15:2 46:6 123:5
147:15
**treated** 75:7 123:3
**treating** 89:20 93:14
124:12
**treatment** 16:8 39:16
82:14 109:12 110:7,8

117:2 122:18 123:9
143:7,8,12,13 144:1
**tremendous** 62:11
**trial** 19:12 20:19,20,21
21:11,12 22:15,17
23:5,8
**trials** 20:11,11 21:4
22:18 82:14
**tried** 97:10
**trouble** 112:1
**true** 15:11 54:11 78:12
80:20 124:14 152:10
**truest** 14:17
**truncated** 55:19 82:9
128:8
**trusted** 88:22
**truth** 54:8
**try** 6:2,6,10 60:22 95:14
**trying** 15:6 51:12 91:17
92:21 98:12
**tumor** 22:10 23:15 27:3
39:21 42:2,21 44:20
47:9,11 52:5 65:13,22
66:6,14 67:7 68:15,22
69:19 72:4 74:22
75:14 76:4,5,8,17 78:1
78:7,22 79:14 82:7,11
83:2,22 86:10 103:18
108:11 109:13 111:1,6
112:19 113:2 116:10
116:16 117:8,14,22
119:1,5 120:2,8,21
122:14,16 123:22
124:13 125:16 126:2,6
127:1,11,15 128:4,9
128:18 131:9 143:22
144:13 145:1,2,2,5
**tumors** 14:5,8 23:10
25:12,18,19 26:1,9,18
26:22 27:7 28:12 29:5
41:22 43:14 70:8 81:1
118:18 123:11,14
139:6
**turn** 135:1
**turns** 22:5
**turtles** 123:1,2
**twelve** 133:14
**two** 8:15,16 9:7 22:18,20
27:6,8,16 28:1 29:9,10
34:22 48:9 75:17 76:7
79:7,19 106:14 108:14
111:21 113:6,6 114:5
114:6,6,14 119:12
125:9 126:7 128:13
131:19 132:13 133:2
**two-** 79:20
**two-centimeter** 114:1
**two-thirds** 125:22
**type** 14:6 15:5 68:15
107:9,15 116:15
130:13 134:10
**typewriting** 152:9
**typical** 23:15 43:2
**typically** 8:18 28:2 42:7
58:4 61:2 66:3,11 79:7
87:3,5 88:14 90:20
106:18 126:3
**tyrosine** 80:10

**Tyrrell** 3:10 4:5 134:22
135:5 137:12 149:7,18

**U**

**U.S** 3:10
**Uh-huh** 7:3 46:4
**ultimately** 92:15 119:15
132:8 145:7
**ultrasound** 39:5,6 43:8
56:22 57:2,6,8,21
58:14 59:18 66:6,12
72:16 73:4,4 138:22
**ultrasounds** 47:4 57:14
57:16,19
**Um-hum** 18:1 26:3 38:5
**uncommon** 26:11 90:15
**undergone** 132:19
**underpinning** 129:10
**understand** 11:18 12:2
13:18 15:6 29:20 40:5
44:15 48:7 51:12
54:11 58:18,19 73:12
78:6 91:1 92:12 97:17
98:8,13 99:4 120:7
142:1 144:5
**understands** 87:6
141:20
**understood** 6:13 67:1
100:9 121:5
**unique** 64:11
**Unit** 136:1
**UNITED** 1:1 2:1
**universally** 25:14
**University** 5:17,18 6:19
13:3 33:4
**Unknown** 1:8 2:8 72:14
**Unknowns** 72:14
**unpredictability** 128:6
**unpredictable** 26:1
**unreasonable** 30:17
58:14
**unrelated** 11:7
**unusual** 71:10
**upfront** 82:14
**upper** 43:1 125:22 139:4
**ureter** 14:9 46:8 47:12
**urgency** 39:16 55:15
87:6 96:15 124:5
130:8
**urgent** 55:12
**urinary** 138:19 139:16
**urine** 122:13
**urogram** 47:3,6 58:5
138:19 139:13
**urologic** 6:17 10:14 11:7
13:6,21 14:4,16 15:7
15:11,22 16:10,12
17:1 18:15 21:9 23:1
33:7 82:17 83:18 84:3
83:4 107:15 143:7,9
**urologically** 12:16
**urologist** 44:19,21 45:2
45:22 46:1 47:20
65:10 70:6,22 71:11

74:19 84:9,14 90:6
102:11 120:13 134:1
137:22 140:7 143:6
**urologist's** 134:12
**urologists** 15:12 17:6
27:2 70:6 71:5 84:3
128:1
**urology** 6:18 10:13
11:17 12:4,8,11 17:12
17:13 32:14 63:8,12
63:13 64:1,3 82:21
106:8
**use** 14:16,21 20:9 27:2
57:14 59:12 62:12
106:5 122:21 124:11
139:11
**useful** 39:21
**user** 57:16 58:7
**usually** 8:5
**utility** 59:17

**V**

**v** 1:7 2:7
**VA** 91:3
**valid** 11:20
**value** 23:4 67:17
**variability** 25:8 26:21
**variable** 48:11 128:10
**variations** 28:1
**varied** 16:8
**variety** 15:1 47:5
**various** 37:1 42:5 122:10
**varying** 144:5
**vascular** 70:9 71:1,3
74:18 86:21 87:10
92:3 128:13,18 131:16
**vasculature** 145:3,7,8,10
**vasectomies** 8:19
**vast** 41:8
**vein** 66:12 73:6 116:11
146:9
**veins** 65:9 111:17 145:8
145:12
**vena** 56:11 65:7,17,18
65:19 66:13 67:22
69:18 74:2 86:16
111:14,18,20,22 112:3
112:7,9 116:11 143:19
146:11
**vena-vena** 74:3
**venal** 128:7
**venous** 109:21 147:9
**version** 18:4
**versus** 11:18 15:7
106:16 124:17
**vessels** 145:10,12
**VHL** 21:15 23:6 27:19
**video** 6:2
**Videoconference** 2:13
3:6
**view** 81:21
**Virginia** 3:8
**virtually** 18:15
**visible** 66:8
**visually** 48:3
**Vitae** 4:10
**voice** 135:2,3
**volume** 118:15 122:5

**Dr. Adam Metwalli**
**September 30, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

124:16,17

**W**

wait 68:1,18 84:20
waiting 128:13
waits 106:4
waived 150:15
Wake 64:12
walk 132:7 146:19
want 9:14 16:14 23:18
  31:20 32:12 36:4 45:1
  53:20 54:10,12 56:20
  66:4 70:17 83:9 87:21
  88:3 91:21 94:20
  95:14 97:15,17 100:11
  104:22 110:16 123:5
  124:6,7 126:10 142:2
  142:4
wanted 19:18 31:16
  36:20 37:15 38:11
  51:14 52:1,3,4 89:4,9
  96:4,4 126:13 137:12
wanting 39:17 51:18
wants 91:22 134:5
Washington 1:15 2:16
  5:15
wasn't 15:17,18 90:7
  93:6 99:14 126:14
  127:2
watch 28:11,17
water 32:4
way 6:5 18:10,11 22:9
  25:19 41:21 42:21
  48:11 60:1 72:5,8,20
  74:8 75:3 87:5,7 92:14
  120:11,14,17 127:8
  130:19 137:10 141:19
  145:21 147:6 150:12
ways 39:13 47:5 79:19
  93:1 145:20
We'll 24:6 100:14 105:11
we're 28:4,6 39:13 48:9
  59:6 78:6 107:9
  124:21 127:3 133:12
we've 27:10 67:17 82:11
  129:11,21
Wednesday 8:17
week 8:16 88:9 89:15
  131:19
weeks 64:9 75:18 86:9
  86:16 105:15 107:6,14
  114:3,4,5 126:7 127:3
  128:5 133:13,14
weighed 88:2
weird 6:2 61:18
well-defined 43:3
well-done 66:15 73:5
  112:13,18
well-rounded 126:2
went 32:17,18 133:6
Western 12:20
WEXFORD 1:8 2:8
whammy 77:13
wide 25:11
widely 118:17
wider 25:12,16
William 1:5 2:5 3:3 4:14
willing 16:16 43:6 73:8

73:10
wisdom 82:19
witness 4:2 23:21 24:2
  30:1 31:18 34:20
  36:10,18,19 50:18
  53:2 71:22 100:6
  101:4 103:17 104:14
  104:18,22 105:10
  113:19,20 134:17
  141:7,9 150:8 152:5,7
  152:11
women 106:15
word 14:17 52:1 62:3
work 10:1 12:19 21:22
  22:1 49:18,20 50:1
  87:5,7
worked 15:17 23:14
  98:13 99:4
working 12:15 40:21
  56:16 91:2
works 99:5 108:8 143:4
  143:4
workup 45:2,9,15,18
  46:12,19,20 47:2,18
  48:5 57:10 86:2,5
  89:21 99:1 101:5,14
  103:17 104:2 106:21
  128:3 137:21 138:6,9
  138:15 139:8,10
  140:17
workups 142:14
worrisome 114:9
worse 27:15 76:7 78:2
  78:16 105:16 107:16
  118:1 144:9,15 146:22
worsen 54:20 64:20
  117:3,5
wouldn't 48:5 59:20
  64:12 69:21 73:21
  81:19 83:8 87:9,20
  88:3,10,12 91:12
  94:10 115:17 144:7
wrapped 105:3
writing 135:13
wrote 94:9
www.depo.com 1:19

**X**

X 4:1 54:11 129:15
  142:22
x-rays 139:2

**Y**

Y 54:11
yeah 7:12 16:7 18:6 26:5
  30:7,10,12,13 32:1,8
  34:14 35:12,20 36:16
  36:19 37:21 38:3 41:3
  45:4,6 51:7 54:3 72:15
  75:12 77:2 79:13
  83:17 89:18 95:12
  108:20 109:3 111:3,3
  113:13,17,20 115:4
  118:12 124:14 127:12
year 13:5 27:7,16 29:10
  29:14,17 122:13
years 15:10,20 17:14
  18:18,22 19:3 32:21

33:3 39:9 40:15 41:1,3
  76:7,7 99:4
York 2:15

**Z**

**0**

**1**

1 4:10 17:17,19 109:1
  139:20 140:5
1:45 2:16
10 17:14 68:20 79:22
1099 2:15
111 3:8
12 37:19 47:20 48:1 64:9
  83:15 105:15 107:6,14
  118:5 130:21
12th 38:2 55:9 114:3
  131:8
134 4:5
137 4:6
14 68:20
148 4:4
15 15:20 115:12
150 151:3
16 83:16
1683 113:14
16th 37:21 131:1
17 4:10
17-cv-3112 1:8 2:8
18 6:22 7:15 89:15
19 38:4 83:16

**2**

2 4:11 33:13,15,18 54:12
  54:15 63:20 75:7
  109:1
20 8:8 15:20 104:20
200 3:8
2000 9:13
2000s 9:13
2008 9:11,14
2010 4:11
2011 19:1 32:19
2014 42:10,16 45:1
  127:13 137:21
2015 42:11,16 122:14
2016 37:19 38:4 40:6,7
  40:18 67:2 83:16,16
  89:13 93:5 113:7,12
  118:5,8 130:21 134:4
  134:10
2017 19:1
2019 1:16 2:17 4:13,14
  18:3 33:19 34:4 49:4
  49:18,19 53:9,11
  151:14
2022 152:22
2041 5:14
217 3:9
22-9350 3:5
23 89:13 122:14
24 47:21
26 118:8 134:4,10
27 4:11 33:19 34:4 37:6
  49:18

288-3376 1:18
29 4:13 49:4,10

**3**

3 4:12 20:10,15 34:16,18
  83:9 109:19 110:21
  115:5 116:21 117:7
  129:21
30 1:16 2:17 4:14 79:21
30-day 77:20
31 152:22
312 3:5
33 4:11
34 4:12
350 30:11
353 3:4
39 94:21

**4**

4 4:13 48:17,19 49:2
  122:11
4-C-02 5:15
4:58 150:13
45 50:9 105:4
48 4:13,14

**5**

5 4:4,14 48:17,19 49:7
  104:13,16
5:00 104:19
50 4:15
500 3:11
52 4:16
572-1714 3:9

**6**

6 4:15 49:19 50:13,16
  53:9
60 7:17
60654 3:4
62701 3:8,11
6th 3:8 49:15 53:11
  114:3

**7**

7 4:16 52:20,22
750 30:18

**8**

8 113:12
80 7:19
800 1:18 30:18
8th 114:3 131:11

**9**

900 2:16
96 134:3
99 48:16

**Dr. Adam Metwalli**
**September 30, 2019**