MICHAEL RACENSTEIN, M.D.

EXHIBIT K

E-FILED
Friday, 25 October, 2019 08:58:56 PM
October 17, 2019
Clerk, U.S. District Court, ILCD

Page 1

1            THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
2                 SPRINGFIELD DIVISION

3

4

5

WILLIAM KENT DEAN,                )
6          Plaintiff,             )
           vs                     ) Case No. 17 CV 3112
7  WEXFORD HEALTH SOURCE, INC.,    )
   et al,                         )
8          Defendants.            )

9

10

11

12      The discovery deposition of MICHAEL RACENSTEIN,

13  M.D., before, ROBIN HEJNAR, a certified shorthand

14  reporter and registered professional reporter of Cook

15  County, Illinois, at 800 Biesterfield Road, Elk Grove

16  Village, Illinois, on the 17th of October, 2019, at the

17  hour of 3:15 o'clock p.m., pursuant to Notice.

18

19

20

21

22

23

24

MICHAEL RACENSTEIN, M.D.                         October 17, 2019

Page 2

```
1   APPEARANCES:
2
3           JENNER & BLOCK, by
            CHLOE HOLT & NATHANIEL WACKMAN
4           353 North Clark Street
            Chicago, Illinois 60654
5           (312) 222-9350
            wstrom@jenner.com
6                 Representing the Plaintiff;
7
8
9
10          CASSIDAY SCHADE, LLP., by
            JOSEPH RUPCICH
11          111 North 6th Street, Suite 200
            Springfield, Illinois 62701
12          jrupich@cassiday.com
13               - and -
14          OFFICE OF THE ILLINOIS ATTORNEY GENERAL, by
            JEREMY TYRRELL (via telephone)
15          500 South Second Street
            Springfield, Illinois 62706
16          jtyrrell@atg.state.il.ius
                 Representing the Defendants.
17
18
19
20
21
22
23
24
```

Page 3

```
1               I N D E X
2   WITNESS                      EXAMINATION
3   MICHAEL RACENSTEIN, M.D.
4       By Ms. Holt                  04, 80
5       By Mr. Rupcich    (Cross)    74
6
7
8
9
10
11
12
13             E X H I B I T S
14  NUMBER                    MARKED FOR ID
15  Exhibit 1                     12
16  Exhibit 2                     06
17
18
19
20
21
22
23
24
```

Page 4

```
1                (Wherein, Exhibit Nos. 1 & 2 are
2                premarked for identification.)
3                (Whereupon, Michael Racenstein, M.D.,
4                is duly sworn.)
5                DIRECT-EXAMINATION
6   BY MS. HOLT:
7       Q.  Hello, Doctor.  My name is Chloe Holt, and we
8   just met; and I'm here with my colleague, Nathaniel
9   Wackman, and we represent the plaintiff, Mr. William
10  Kent Dean.
11           Can you please state your name for the record?
12      A.  Michael Racenstein.
13      Q.  And where are you currently employed?
14      A.  I am employed at Alexian Brothers Medical Center
15  in Elk Grove Village, Illinois.
16      Q.  Thank you.
17           And have you ever been deposed before?
18      A.  I have.
19      Q.  Given that you have been deposed, we'll just
20  quickly go through some ground rules to remind you
21  before we begin today.  Is that okay?
22      A.  That's fine.
23      Q.  You are under oath today.  This oath is the same
24  as if you were testifying in a court.  Do you understand
```

Page 5

```
1   that?
2       A.  Yes.
3       Q.  It is important that there be a clear record of
4   today's deposition.  I'm going to be asking you a series
5   of questions, and to be sure there is a clear transcript
6   of your answers, please respond audibly.  Please no head
7   nods or head shakes.  Is that okay?
8       A.  Yes.
9       Q.  Please try to allow me to finish my question
10  before you begin to answer, and I'll try to do the same.
11           If you don't understand a question, just let me
12  know, and I will do my best to rephrase it; and if you
13  don't say anything, I'll assume you understand the
14  question.  Do you understand that?
15      A.  Yes.
16      Q.  And if at any point you want to take a break,
17  just let me or your counsel know.  Just try not to take
18  a break when a question is pending.  Does that make
19  sense?
20      A.  Yes.
21      Q.  Do you have any questions about any of the
22  procedures we'll follow today?
23      A.  No.
24      Q.  Is there any reason that you cannot testify
```

MICHAEL RACENSTEIN, M.D.                          October 17, 2019

Page 6

1  truthfully and accurately?
2      A.  No.
3      Q.  Great.  I'm going to hand you what's been
4  pre-marked as Exhibit 2.
5          Do you recognize this as the expert report you
6  submitted on October 8th, 2019?
7      A.  Yes.
8      Q.  When were you retained in this matter?
9      A.  In September 2019.
10     Q.  And what were you asked to do in your expert
11 report?
12     A.  I was asked to review the diagnostic images that
13 were sent to me in disc format, on Mr. Dean, and render
14 my interpretation as to what those images showed, and
15 what the sequence of events that occurred based on the
16 imaging that was submitted.
17     Q.  Did counsel select the records you reviewed?
18     A.  Yes.
19     Q.  Did you request to see any specific records?
20     A.  I just asked for the radiology reports, and
21 whatever records he felt was relevant; and other than
22 that, no, just the images.
23     Q.  Okay.  And how long did you spend on record
24 review?

Page 7

1      A.  1.5 hours.
2      Q.  How long did you spend drafting your report?
3      A.  1.5 hours.
4      Q.  Does that total of 3 hours represent the total
5  amount of time you spent on this case so far?
6      A.  No.
7      Q.  What additional time?
8      A.  There was a discussion with Mr. Rupcich on
9  September 19th of half an hour.  The original review was
10 only of the diagnostic images.  Then I received the
11 records, and correlated them with the images on
12 September 28th.  Then I spoke to Mr. Rupcich on
13 September 30th.
14         Then I went back, looked at the reports and
15 images, and began my report, and prepared it on
16 October 5th.  Then I discussed those findings with
17 Mr. Rupcich on October 7th.
18         I finalized my report on October 7th.
19 Mr. Rupcich and I then spoke again on the 8th.  I went
20 back and looked at some of the images on the 8th, and
21 then reviewed everything that we had just discussed on
22 the 15th, and then we are here today.
23     Q.  All right.  And then section two of your report,
24 which starts at the bottom of page two, lists various

Page 8

1  imaging studies and imaging reports that you reviewed to
2  prepare your report?
3      A.  Yes.
4      Q.  Are there any records that you reviewed that are
5  not listed here?
6      A.  No.
7      Q.  Did you review any of Mr. Dean's medical chart?
8      A.  No.
9      Q.  Did you review the records of his complaints of
10 gross hematuria?
11     A.  That was evident to me in the indications of the
12 diagnostic imaging studies performed in December
13 of 2015, and the subsequent studies in 2016; but other
14 than that indication that was pointed out, no, I have no
15 other records that show that.
16     Q.  And did you review any of the records from his
17 telemedicine clinics with Dr. Einwohner?
18     A.  No.
19     Q.  In your practice, what sort of medical records do
20 you typically review prior to reading images?
21     A.  Generally, it's just the requisition that comes
22 with the diagnostic imaging report, and any notes that
23 the technologist obtains when they're meeting with the
24 patient.

Page 9

1      Q.  What's the requisition?
2      A.  The requisition is the actual order that's
3  requested by the ordering physician that provides the
4  indication of the study that's requested.
5          MR. RUPCICH:  We forgot to call Jeremy.
6          (Discussion off the record.)
7          (Wherein, Co-defendant's lawyer is
8          contacted via telephone and joins
9          deposition.)
10 BY MS. HOLT:
11     Q.  So, I guess, what is typically in a requisition?
12     A.  The order includes the test itself that's being
13 requested, and the indications for that test.
14     Q.  And are the indications symptoms?
15     A.  They may be symptoms.  They may be signs.  They
16 may be specific historical data.
17     Q.  That makes sense.
18         So your report doesn't reference every imaging
19 study that's referenced in section two.  Did you form
20 any opinions on the other imaging studies?
21     A.  I reviewed all of the imaging studies, as when I
22 go through any sort of review, I go through everything
23 that's sent to me, because I don't always know exactly
24 what's going to be relevant; and since I was only sent

MICHAEL RACENSTEIN, M.D.                          October 17, 2019

Page 10

1   the images, and not sent any reports, I wasn't sure what
2   was important and what was not.  So I went through
3   everything, but then, obviously, teased out the things
4   that I thought were relevant, and included those in my
5   report.
6       Q.   You said you didn't review the imaging reports?
7       A.   When I originally reviewed the images, I did not
8   have any of the reports, no.
9       Q.   Then you later received them?
10      A.   Yes.
11      Q.   And then section two also lists the expert
12  reports of Dr. Dhar, Dr. Barnett, and Dr. Metwalli?
13      A.   Correct.
14      Q.   Did you form any opinions on these reports?
15      A.   I just read them more for informational sake, but
16  I have no opinion on them.
17      Q.   So there is nothing you specifically agreed or
18  disagreed with?
19      A.   That's true.
20      Q.   And did you review the report of the other expert
21  retained by the Wexford defendants in this case, Dr. --
22  I'm going to butcher his name.
23           MR. RUPCICH:  Kosiewski,
24  K-o-s-i-e-o-w-s-k-i [sic].

Page 11

1            THE WITNESS:  That report was not provided
2   to me.
3   BY MS. HOLT:
4       Q.   So your report, turning back to page one, at the
5   top states that you, formed opinions regarding the
6   medical condition of William Kent Dean; is that correct?
7       A.   Yes.
8       Q.   Does this report contain all of your opinions
9   formed for this case?
10      A.   Yes.
11      Q.   Do you plan to do any additional work or reach
12  any additional opinions?
13      A.   These are the issues and questions that were put
14  forth for me to answer.  I've not been asked to do
15  anything else above and beyond this, so assuming there
16  are no other questions or requests, then these are the
17  opinions that I have.
18      Q.   Okay.  And what is your understanding of the
19  plaintiff's claims in this case?
20      A.   That there was a delay in the diagnosis and
21  treatment of his right renal cell cancer, from the time
22  he developed his hematuria until the time he eventually
23  had his surgery, and that during that timeframe his
24  cancer progressed significantly, to the point of it

Page 12

1   being, basically, stage IV, and that if things had been
2   done in a more timely fashion, he would have a different
3   outcome.
4       Q.   And how will your opinions help the jury or court
5   resolve issues in this case?
6            MR. RUPCICH:  Object to the form, vague.
7            THE WITNESS:  I'm not really sure how it's
8   going to influence the jury one way or another.
9            My opinions are based on what the images
10  show; and I will discuss that, and how they're going to
11  opine on my opinions, I cannot answer.
12  BY MS. HOLT:
13      Q.   That's fair.
14           Now I'm going to hand you what's been premarked
15  as Plaintiff's Exhibit 1.
16           This is the copy of your CV that we received from
17  your counsel.  Is this a true and correct copy of your
18  CV?
19      A.   This is a CV that is the most recent version that
20  I have, which is from March of 2019, but there are some
21  updates that have taken place since this CV was
22  prepared.
23      Q.   Can you summarize some of those updates?
24      A.   There have been some license renewals, which

Page 13

1   include the State of Colorado, which has been renewed
2   through 2021; State of Indiana, renewed through 2021;
3   Florida Expert Witness Certificate, renewed through
4   2021; DEA Certificate renewed through 2022, and that is
5   it.
6       Q.   Can you briefly summarize your training and
7   experience as a medical doctor?
8       A.   I went to Northwestern University in Chicago,
9   graduated in 1988, went to UCLA Medical Center in
10  Los Angeles.  I did a general surgery internship that
11  included multiple different specialties in surgery.
12           After that I did a diagnostic radiology residency
13  for the next four years, and then I did a fellowship in
14  breast imaging, general and vascular ultrasound.  I
15  finished that training in 1994, became board certified
16  in June 1993, and then completed my training and moved
17  to Chicago.
18      Q.   And you're board certified in radiology?
19      A.   Diagnostic radiology, yes.
20      Q.   Can you briefly tell me what radiology is?
21      A.   Radiology is the use of differing imaging sources
22  to create pictures of the body from which you can
23  interpret findings and then render diagnoses.
24      Q.   What is the role of a radiologist on a patient's

MICHAEL RACENSTEIN, M.D.                    October 17, 2019

Page 14

1 healthcare team?
2     A.  In general, we are there to serve as a compliment
3 to the diagnostic practice, and also serve to help make
4 diagnoses, whether they are specific to an image or
5 involve a diagnostic procedure that uses imaging as a
6 guide.
7     Q.  Do you interact directly with patients at all?
8     A.  I do.
9     Q.  In what way?
10     A.  I see patients in the form of fluoroscopic
11 imaging, where we're in the room with the patient, doing
12 upper GI studies, joint injections, lumbar punctures and
13 myelograms.  I do a fair number of interventional breast
14 procedures, which include biopsies, both under
15 ultrasound and stereotactic guidance, needle
16 localizations, cyst aspirations, and I do biopsies of
17 the thyroid gland.
18     Q.  So some of the tests you'll perform yourself?
19     A.  All of those tests I perform.
20     Q.  Are there any tests where you would just read the
21 results?
22     A.  Yes.
23     Q.  What are some of those tests?
24     A.  General X-ray, nuclear medicine, ultrasound, MRI,

Page 15

1 CAT scans, PET scans, mammograms.  There you go.
2     Q.  Okay.  And who performs those tests?
3     A.  Technologists.
4     Q.  Is radiology subjective at all?
5     A.  Yes.
6     Q.  Can you kind of elaborate on that?
7     A.  There are things on images that are often in the
8 eye of the beholder, and you may see something; and
9 there are differential diagnoses that can be submitted,
10 as to what something on an image might be, and one
11 person may see it one way, and one person may see it in
12 another.  They both might be right, but there may only
13 be one answer.
14     Q.  When you submit a report to another physician, do
15 you know if they typically rely on your report itself,
16 or would they review the images as well?
17     A.  It depends.  There are some doctors that like to
18 review their own images, and actually correlate it with
19 a report, and other doctors who never look at an image
20 and purely -- a hundred percent -- rely on the
21 radiologist's report.
22     Q.  So just a personal preference?
23     A.  I think so.
24     Q.  When you provide a report, what documentation do

Page 16

1 you provide with it?
2     A.  The report usually goes out as a freestanding
3 document in and of itself.  The diagnostic images are
4 stored in electronic format on a picture archive base
5 and communication system otherwise known as PACS --
6 capital P, capital A, capital C, capital S -- and any
7 physician who has access to the PACS can log on and look
8 at those images, and then review the actual report that
9 comes along with it.
10     Q.  I guess, is there any kind of guidance or rules
11 as to which physicians have access to that system?
12     A.  Generally you have to be on the staff of a
13 medical center to gain access to those images, because
14 they're protected under HIPAA, and no one can just log
15 on and have access to them.
16     Q.  So if you're a physician, and you don't have
17 access to that system, is there any other way for you to
18 obtain those images?
19     A.  The patient can actually request the images on
20 either a flash drive or a disc, and then they can bring
21 them anywhere they want, and anyone can pop them into a
22 computer that has a disc drive and open the images up.
23     Q.  Do you ever discuss the images themselves with a
24 primary care physician?

Page 17

1     A.  Once in a while.
2     Q.  I guess, what do those conversations typically
3 look like?
4     A.  We will make phone calls when you have
5 significant or critical findings that require direct
6 communication between doctor and doctor.
7         So if a patient comes in for a routine chest
8 X-ray; and they have a cough, and you find a suspicious
9 lung mass that might be lung cancer, you may make a
10 phone call to the referring physician, who had no idea
11 that that might be found, and just give them a heads up
12 that this will require some extra work.
13     Q.  Does a radiologist determine which imaging test
14 to use, or does the radiologist perform tests as ordered
15 by other physicians?
16     A.  The radiologist is usually relying on the
17 referring physician who orders the test and interprets
18 that exam, but from that study a radiologist may
19 recommend additional imaging if something is unclear on
20 the study that was ordered.
21     Q.  Is it typical for a radiologist to get guidance
22 or instruction on what to look for when interpreting an
23 imaging result?
24     A.  It depends on the indication for the study and

MICHAEL RACENSTEIN, M.D.                                    October 17, 2019

Page 18

1  the type of study that's performed.
2      Q.  Can you give me an example?
3      A.  For instance, in this particular case, where
4  someone is having a scan for hematuria, then you're
5  going to see images of the abdomen, or, in this case, a
6  renal ultrasound, and you have to use your skill set and
7  knowledge and experience, as well as the images that are
8  submitted to look for the different things that might
9  cause hematuria.
10     Q.  And is what you were told about a patient's
11 medical history influence what you would look for in a
12 scan?
13     A.  It does.
14     Q.  Can you elaborate on that?
15     A.  If someone's coming in with left-lower quadrant
16 abdominal pain, then you go into a differential
17 diagnosis that might include the things in that part of
18 the abdomen.  It might include a hernia, it might be
19 diverticulitis or colon cancer.  If they're coming in
20 with right-upper quadrant pain, then it might include
21 ulcer disease, gallstones, kidney stones, right colon
22 disease, appendicitis.
23         So depending on what part of the body is in
24 question and what the image study includes will hone

Page 19

1  your eye and your differential list to specific diseases
2  and problems that might account for the patient's
3  symptoms.
4      Q.  Would you ever consult with primary care
5  physicians about the tests being ordered before the
6  fact?
7             MR. RUPCICH:  Before the fact?
8             MS. HOLT:  Sorry.
9  BY MS. HOLT:
10     Q.  Before the imaging is done, as the primary care
11 physician might be deciding what to order?
12     A.  There are times where primary care physicians
13 will call the Radiology Department and ask to speak to a
14 radiologist for guidance, because they don't know
15 exactly what to request based on what their patient may
16 have.
17     Q.  And then you said earlier that you sometimes can
18 give recommendations after a test if the situation
19 warrants it?
20     A.  True.
21     Q.  Do you ever discover disease incidentally?
22     A.  Yes.
23     Q.  Have you ever found renal cell carcinoma
24 incidentally?

Page 20

1      A.  Often.
2      Q.  So even if you weren't looking for renal cell
3  carcinoma when reading an imaging study, you would still
4  likely notice abnormalities that would suggest it?
5      A.  There are sometimes where it can be pretty well
6  hidden, and you might not see it, but there are times
7  where it's pretty clear that that's what it is, and you
8  will see it.
9      Q.  I guess, can you kind of describe what you mean
10 by well hidden?
11     A.  Renal cell cancers on certain scans can actually
12 be buried in the renal cortex; and you might not
13 necessarily perceive them, particularly when they're
14 small, but when they get large enough, they change the
15 contour and shape of the kidney, and also change the way
16 the kidney actually looks on the imaging study that
17 you're doing, whether it's an ultrasound, a CT scan, or
18 an MRI, which are the three main imaging modalities that
19 we use to look at the kidneys.
20         So depending on the size and the actual
21 configuration of that growth, you may or may not
22 perceive it as being present on a given imaging study at
23 any given time.
24     Q.  Are there any other diseases that kind of -- as

Page 21

1  you said -- change the shape and size of the kidney as
2  it appears on the scan?
3      A.  Transitional cell carcinoma, which is a different
4  type of renal cell cancer, lymphoma, metastatic disease
5  to the kidneys, inflammatory diseases of the kidneys,
6  like pyelonephritis, renal obstruction can do it from
7  kidney stones.  There can be congenital deformities of
8  the kidneys which would give you abnormal configuration
9  of the kidney.  Autoimmune diseases give you changes in
10 the kidney.  So there's a lot of different diseases that
11 can cause changes in the renal size, shape or
12 configuration.
13     Q.  One of the ones you mentioned was renal
14 obstruction with kidney stones.  Can you describe that a
15 little bit more?
16     A.  Kidney stones can cause the collecting system,
17 which is the area where urine collects to dilate; and
18 once they dilate enough, it changes the contour of the
19 inner part of the kidney.
20     Q.  And is it true that you are not trained in family
21 medicine?
22     A.  That is true.
23     Q.  Did you complete a residency in family medicine?
24     A.  I did not.

MICHAEL RACENSTEIN, M.D.                    October 17, 2019

Page 22

1  Q. Did you complete a fellowship in family medicine?
2  A. No.
3  Q. Are you board certified in family medicine?
4  A. I am not.
5  Q. Is it true that you are not trained in urology?
6  A. True.
7  Q. Did you complete a residency in urology?
8  A. No.
9  Q. Did you complete a fellowship in urology?
10  A. I did not.
11  Q. Are you board certified in urology?
12  A. No.
13  Q. Is it true that you are not trained in oncology?
14  A. That is true.
15  Q. Did you complete a residency in oncology?
16  A. No.
17  Q. Did you complete a fellowship in oncology?
18  A. No.
19  Q. Are you board certified in oncology?
20  A. I am not.
21  Q. Is it true that you are not trained in
22  nephrology?
23  A. True.
24  Q. Did you complete a residency in nephrology?

Page 23

1  A. No.
2  Q. Did you complete a fellowship in nephrology?
3  A. No.
4  Q. Are you board certified in nephrology?
5  A. No.
6  Q. What is your experience in diagnosing and
7  treating hematuria?
8  A. Hematuria is a very common symptom and sign, and
9  we see scans regarding patients with hematuria almost
10  every day.
11  Q. Can you elaborate more on your personal
12  experience?
13  A. I've been doing radiology for 25 years, and we
14  probably scan four patients every single day with either
15  ultrasound, CT or MRI with hematuria.
16  Q. What experience do you have in diagnosing and
17  treating kidney cancer?
18  A. One of the things that causes hematuria is renal
19  cell carcinoma. That's the most common renal cancer
20  that you will see.
21     Metastatic disease to the kidneys is pretty
22  uncommon; lymphoma of the kidneys, pretty uncommon; in
23  transitional cell carcinoma of the collecting system is
24  pretty uncommon, but renal cell carcinomas are

Page 24

1  relatively common. We do see them a fair amount. We
2  overread scans that are interpreted by cardiologists,
3  and we routinely see renal cell cancers on those that
4  they do not, and give them a quick heads up that that
5  patient will have a kidney cancer and will need
6  additional imaging.
7  Q. Do you have any experience working in
8  correctional healthcare?
9  A. I do not.
10  Q. Have you provided healthcare services to
11  incarcerated individuals?
12  A. Not that I know of.
13  Q. And then going back to your report, on page four,
14  in section five, you've listed five cases that you've
15  recently served as an expert witness in?
16  A. That is true.
17  Q. Did any of those cases involve prisoners, or the
18  provision of healthcare services in a correctional
19  facility?
20  A. No.
21  Q. Have you served as an expert in any cases not
22  listed here that involved a prisoner or the provision of
23  healthcare services in a correctional facility?
24  A. Not That I'm aware of or recall.

Page 25

1  Q. Have you served as an expert witness in medical
2  malpractice cases?
3  A. Yes.
4  Q. Did you testify on behalf of the plaintiff or the
5  defense?
6  A. Both.
7  Q. What were the circumstances when you testified on
8  behalf of the plaintiff?
9  A. In which case? I've done hundreds. I don't know
10  which ones to begin with, but I can tell you some cases
11  that I've done.
12  Q. Yeah, just a few examples would be helpful.
13  A. I have reviewed -- on this list that you have --
14  William Wide versus Likner [phonetic]. That was a case
15  that I worked for the plaintiff. That was a case of a
16  subdural hematoma on a man who fell, who was on
17  anticoagulants, and the hematoma was not identified by
18  the radiologist.
19     The patient was subsequently sent home. He was
20  then taken off his blood thinners, and came back two
21  days later with a very large bleed, and he ultimately
22  died.
23     The other cases on this list are defense cases.
24     Another plaintiff case that I was involved with

MICHAEL RACENSTEIN, M.D.                                October 17, 2019

---

Page 26

1  was a case in Pittsburgh, Pennsylvania.  I gave
2  testimony regarding an MRI of the thoracic spine that
3  showed a lung cancer and was not identified.  The
4  patient was 45 years old.  She subsequently came in with
5  stage IV disease, and ultimately succumbed to her tumor.
6          There is another case of a patient who had
7  compression of her cauda equina.  She ended up with
8  cauda equina syndrome.  There was delay in diagnosis in
9  getting her MRI done in a timely fashion.  The study sat
10 on the work list for seven or eight hours before the
11 radiologist got to it.
12         When it was finally interpreted, they interpreted
13 it correctly, but the delay led to some permanent
14 problems with the patient, and I represented the
15 plaintiff in that case.
16     Q.  Have you, yourself, been sued?
17     A.  Yes.
18     Q.  For what?
19     A.  I've been sued four times.  One case for delay in
20 diagnosis in lung cancer, one case for a missed cervical
21 spine disc, one case because my name was on the
22 letterhead of a report, but I never ever saw the
23 patient, so I got named, was subsequently dropped.
24         All of those cases are now resolved, and the only

---

Page 27

1  case that is still pending is a delay in diagnosis of
2  breast cancer, which is due to go to trial in November.
3      Q.  Can you tell me a little bit more about the delay
4  cases?
5      A.  The delay in diagnosis in lung cancer case was a
6  case where the patient came in with right-lower quadrant
7  pain, had a CT scan of the abdomen and pelvis that
8  showed appendicitis, which was correctly identified, and
9  had an incidental nodule in the left-lower lobe that had
10 a course chunk of calcium in the middle of the nodule.
11         I identified the nodule, described the nodule,
12 submitted that it was a granuloma, because that's what a
13 granulomas look like.  The patient wound up with lung
14 cancer nine months later.  The nodule I saw was never
15 identified again.  No one was ever able to prove that
16 that's where the cancer began, but she subsequently
17 succumbed to her disease, and there was no one else to
18 blame, so they blamed me.
19         We tried to settle the case.  We went to trial.
20 We offered a nice sum of money, and they wouldn't take
21 it, and we went to court, and they got much less than we
22 offered.  So that was unfortunate.  The plaintiff could
23 have walked away with much more if they had just taken
24 what we offered.

---

Page 28

1          Second case was a cervical spine in a patient who
2  had a botched operation.  The neurosurgeon told the
3  plaintiff to sue the radiologist because he tried to
4  hide his own flaw.  That finally came out in court, and
5  after the court case, I was acquitted.
6          The third case was a case of abdominal ischemic.
7  The plain film was read by one of my partners.  There
8  was only radiologist out of a group of seven that saw
9  the patient.  Everyone was named.  The case had to go
10 all the way to the Illinois Supreme Court to get
11 everyone else out.
12     Q.  Have you ever been disciplined professionally?
13     A.  No.
14     Q.  Has any medical license of yours been suspended
15 or revoked?
16     A.  No.
17     Q.  And then also, back at the end of your report, at
18 the end of section one, on page two -- yes, in the
19 second to last paragraph, you state that you are
20 qualified to render your opinions based on your work
21 with primary care physicians in your area?
22     A.  True.
23     Q.  What do you mean by your area?
24     A.  The geographic area where I live and practice,

---

Page 29

1  which is the northwest suburbs of Chicago.
2      Q.  Can you describe the specific experience you
3  reference in that sentence?
4      A.  I deal with primary care doctors and neurologists
5  on a daily basis, and when it comes to working out
6  problems related to renal cell carcinoma or other renal
7  pathology, we deal directly with the primary care
8  doctors and urologists as they manage these cases.
9      Q.  So you would give them advice or recommendations?
10     A.  There are times that that does happen, yes.
11     Q.  What other, I guess, kind of interactions do you
12 have?
13     A.  As a radiologist, generally, the interactions are
14 limited to those that relate specifically to the imaging
15 and how the imaging should be addressed and managed.
16     Q.  Can you identify which opinions in your report
17 are based on your work with primary care physicians and
18 urologists?
19         MR. RUPCICH:  Object to the form, compound.
20 If you understand the question, you can answer.
21         THE WITNESS:  The issue related to the liver
22 lesions is such that those abnormalities had a very high
23 likelihood of being there before they were seen on the
24 CT scans; and urologists can do intraoperative or

MICHAEL RACENSTEIN, M.D.                              October 17, 2019

Page 30

1  laparoscopic ultrasound in the operating room, which has
2  much higher sensitivity than CT, and many times, where
3  you may have a normal scan with either ultrasound CT or
4  MR, you may find liver metastases in 40 to 50 percent of
5  the patients when you take them to the operating room,
6  and that interaction often comes back to us when the
7  urologists will come in and say, Hey, you read that scan
8  as negative, but we found two small metastases in the
9  OR.  Just wanted to give you a heads up; and then many
10 times we'll go back and look on the scans to see if we
11 can see those lesions.  Most of the time we cannot.
12 BY MR. WACKMAN:
13   Q.  Doctor, I'm going to talk a bit about your
14 reports.  I think we're going to be referring to
15 Exhibit 2 -- what's been marked as Exhibit 2 -- fairly
16 extensively.
17            MR. RUPCICH:  What are we doing here?  We're
18 tag-teaming?
19            MR. WACKMAN:  Yep, we're going to switch.
20            MR. RUPCICH:  I don't think you're allowed
21 to do that.
22            MR. WACKMAN:  Okay.  Why don't we go off the
23 record for a moment.
24            (Discussion off the record.)

Page 31

1  BY MS. HOLT:
2    Q.  As Nate said, we'll be looking at what's been
3  marked as Exhibit 2 pretty extensively, but starting at
4  the top of page two, you say that all of the images you
5  reviewed are of diagnostic quality.  Can you explain
6  what that means?
7    A.  Some images that are submitted for review are not
8  adequate for diagnosis.  The images that were sent to me
9  in this case were all performed correctly, done right,
10 and of diagnostic quality.  Meaning that, any
11 radiologist who's looking at them can render an opinion,
12 and the opinion should be accurate.
13   Q.  And, so, what would make an image not of
14 diagnostic quality?
15   A.  If you take an ultrasound on a patient, you may
16 have significant artifact that can be caused by bowel
17 gas.  You can have some patients which are not very
18 sonogenic making it very difficult to see the kidneys,
19 so that would limit your interpretation.
20            On CT, sometimes patients have their hands at
21 their sides.  That causes significant image noise.
22 Large body habitus patients also have so much noise in
23 their abdomen that you may not be able to see certain
24 things.  In these circumstances you may not actually be

Page 32

1  able to interpret the image accurately and fairly.
2    Q.  I'm looking at page one of your report.  Going
3  through the different imaging findings, starting with
4  the August 15th, 2014, CT scan, I guess, just in
5  general, what do you normally look for when you read a
6  CT scan?
7    A.  If you're looking at a CT of the abdomen?
8    Q.  Yes.
9    A.  So you have a lot of body parts in there, and
10 you're looking at the overall general layout of the
11 land, which includes the lung bases, the heart, the
12 liver, the gallbladder, the adrenal glands, the
13 pancreas, the spleen, the right kidney, the left kidney,
14 the bowel, the retroperitoneum, the aorta, the interior
15 vena cava, every one of the vertebral bodies of the
16 thoracic spine and lumbar spine, all of the ribs, the
17 urinary bladder; in a man, testicular structures, penile
18 structures, prostate, seminal vesicles, colon, small
19 bowel, appendix, retroperitoneum fat, peritoneal fat,
20 and the associated vessels with them.
21            So, in essence, those are all the body parts that
22 you are given to assess, and your job, generally, is to
23 look at all of those things, address any pathology
24 that's involved with them, and then include them in your

Page 33

1  report.
2    Q.  And then -- so one thing you say about the 2014
3  CT scan is that there's no definite renal mass.  Can you
4  kind of explain a little bit more what that means?
5    A.  A renal mass causes a change in the contour of
6  the kidney.  If it's in the cortex, and it's very small,
7  you may not see it.
8            In this particular scan there was no distortion
9  of the renal contour, there was no mass that I could
10 make out.  The kidney had a pretty smooth, normal
11 border, and the right kidney and the left kidney were
12 very symmetric.
13   Q.  What do you mean by a distortion?
14   A.  Distortion is just as it sounds.  Normal renal
15 margins are smooth and regular, and when those margins
16 become irregular or abnormal, they get distorted.
17   Q.  And the margins are just the edge of the kidneys
18 as they appear on the imaging?
19   A.  True.
20   Q.  So there could have been a renal mass that wasn't
21 visible at that time?
22   A.  It's possible.
23   Q.  Moving on to the 2015 CT scan, you note that on
24 this study the right kidney is abnormal.  Can you define

MICHAEL RACENSTEIN, M.D.                          October 17, 2019

---

Page 34

1  abnormal?

2      A.  On the scan from July of 2015, there is a mass in

3  the upper pole of the right kidney.  When you go and

4  look at that scan, you can see a bulge of the contour,

5  but that scan was done one day after a chest CT scan

6  which was performed with contrast.  There is some

7  residual contrast in the collecting system of both

8  kidneys, because that dye, which was excreted from the

9  day before, is still clearing the system, but the mass

10  is almost the same density as the adjacent normal

11  kidney, so it makes it difficult to perceive the mass.

12      And I actually did a density measurement on a

13  scale of 2,000 numbers; and when you work on a scale of

14  2,000, with the most dense number being plus 1,000, and

15  the least dense number being minus 1,000, the human

16  eye's ability to see differences in density requires a

17  little bit of a dynamic range; meaning that, if I gave

18  you something at plus 1,000, which is calcium, and put

19  it against a background of air, which is minus 1,000,

20  it's really easy to see.

21      But if you take the renal mass in this case, it's

22  at plus 77, and the normal kidney next to it is at plus

23  80.  So you have three Hounsfield units between the

24  absolute difference between the mass and the renal

---

Page 35

1  cortex itself.  So it's very hard to perceive that it's

2  even there.

3      What makes it clear that it is there is you have

4  the study from 2014 that shows a pretty smooth, normal

5  renal contour, and the study from 2015, which does not.

6      Q.  Is that kind of density measurement something you

7  normally do when you're looking at images?

8      A.  You use it from time to time.  It's not something

9  that you use in every case, but it's a tool that's built

10  into your work station, so you have the right and access

11  to use it anytime you want.

12      Q.  And what would trigger the use of the density

13  measurement?

14      A.  In the kidney there are masses that can look like

15  cysts.  So there are lesions that are called

16  angiolipomas, which are mostly fat-containing tumors

17  that are always benign.  They can look like cysts, which

18  are relatively low in density.

19      To try to differentiate a low density cyst from

20  an angiolipoma, you can put a Hounsfield ROI, or region

21  of interest, over that low density mass, and if it comes

22  out at a number of zero, then you know it's a cyst.  If

23  it comes out at a number of minus 70 or minus 80, then

24  you know it's a fat-containing lesion and an

---

Page 36

1  angiolipoma, another typical reason why you would use

2  it.

3      Q.  What prompted you to use it here?

4      A.  I used it because the mass was not clearly

5  identified by the radiologist who read the study, and I

6  tried to figure out why it was not easy to see; and the

7  reason why it's not easy to see is because it's almost

8  the same density as the normal renal cortex; and without

9  really looking at it very carefully, it's easy to miss.

10      Q.  You also note it was enlarged with suggestion of

11  a mass in the right-upper pole.  Why did you use the

12  word suggestion?

13      A.  Because, as I'm explaining to you now, it's hard

14  to see, but it's there.

15      Q.  What would you suggest to do in order to

16  determine whether a mass was present or not?

17      A.  You would probably need to do some additional

18  imaging, and that would either include the

19  contrast-enhanced study, which was done on the day

20  before, which didn't include the image of the right

21  kidney, or an MRI, which would probably easily

22  differentiate the soft tissue signal characteristics of

23  that mass relative to the normal renal cortex.

24      Q.  Is this the kind of situation where you would

---

Page 37

1  make that recommendation to the physician who had

2  ordered the test?

3      A.  If you had perceived that mass on the CT scan

4  that was done on July 3rd, that would be a very good

5  recommendation, because, prospectively, when you're

6  looking at that, might it just be an angulation of the

7  cortex?  Yes.  If you had the prior study to compare to

8  and saw the difference, then you would probably be more

9  inclined to say, Hey, that's clearly different, and it's

10  suspicion for a mass.

11      But if you're reading that de novo, and you don't

12  have any comparison studies to look at, then doing an

13  MRI after that CT scan is a very good suggestion to do.

14      Q.  Do you typically use comparison studies when

15  you're interpreting images?

16      A.  If they're available, yes.

17      Q.  Is there any circumstance where one would be

18  available and you wouldn't use it?

19      A.  The only time you probably wouldn't use it is if

20  you don't realize that it's there.

21      Many of the hanging protocols, which are

22  electronically generated, will pull up a prior study

23  that matches that scan that was done at the current

24  time, but once in a while, scans have different names in

---

MICHAEL RACENSTEIN, M.D.                              October 17, 2019

Page 38

1  prior iterations, and if the scan is titled differently
2  in the past, it may not actually be linked to the
3  current scan, and you may not know it exists.
4      Q.  And what's a hanging protocol?
5      A.  A hanging protocol is how the computer displays
6  the images when you open the scan by double clicking on
7  it.
8      Q.  Do you agree that a diffuse infiltrative process
9  was present and viewable in the CT?
10     A.  I don't think it was quite diffuse and
11 infiltrative at that point.  It was more focal in July
12 of 2015.
13     Q.  Can you define diffuse?
14     A.  Diffuse means that there's extensive involvement
15 of the organ in question.
16     Q.  And infiltrative?
17     A.  Infiltrative means that the process is making
18 it's way through the normal tissues in an ill-defined
19 way.
20     Q.  Moving on, on down -- can you also elaborate on
21 what you meant by focal?
22     A.  Focal means that it's in one area.
23         So this is really a mass that's in the upper pole
24 as opposed to a mass replacing the whole kidney, or the

Page 39

1  lower pole, or the mid pole.  It's in a focal spot as
2  opposed to all over the place.
3      Q.  Would that make it easier to identify?
4      A.  Not necessarily, but in this particular case you
5  can perceive the normal kidney in the mid and lower
6  part, and the abnormal kidney in the upper part, which
7  makes it a focal process.
8      Q.  Moving on to the February 26th, 2016, ultrasound.
9  Can you tell me what an ultrasound is?
10     A.  An ultrasound is a scan that uses high-frequency
11 sound waves that go into the body, bounce off tissues
12 inside the body, return to the source of the sound, and
13 based on their velocity and return rate to the
14 transducer are transferred into the format of a picture.
15     Q.  Is ultrasound used to diagnosis the cause of
16 hematuria?
17     A.  Yes.
18     Q.  What other imaging options might be used to
19 diagnose hematuria?
20     A.  You can use CT, you can use MRI, or you can
21 actually use retrograde urograms pyelograms with
22 intraoperative fluoroscopy.
23     Q.  What sort of CT scan would be used?
24     A.  You can use two different kinds of CT.  If the

Page 40

1  patient has a very high likelihood for having renal
2  stone disease, as many patients do with hematuria, then
3  you might start with a noncontrast CT looking for kidney
4  stones and obstructive uropathy as a result of those
5  stones.
6          If the question goes above and beyond renal
7  calculi and stone disease, then you could either use a
8  CT scan that would be done with and without contrast.
9  So you would get the benefit of looking for calculi and
10 stone disease, because small stones would be obscured by
11 contrast material in the kidneys.
12         So you would do a series of scans that would
13 include a noncontrast study, a post-contrast study, and
14 then a delayed post-contrast study.  In essence, three
15 runs through the kidney to identify the different
16 abnormalities that we're talking about.
17     Q.  When would you decide to use an ultrasound
18 instead of a CT scan for hematuria?
19         MR. RUPCICH:  Object to vague, incomplete
20 hypothetical, but go ahead.
21         THE WITNESS:  Ultimately, I don't make the
22 decision as to what test to order.  It's really the
23 urologist, the emergency room doctor, the family
24 practitioner, or the internists to decide what test to

Page 41

1  do.
2          On children with hematuria, ultrasound is
3  often the first test, because CT is much more expensive,
4  it is radiation intensive, and exposes you to
5  intervenous contrast material.  Ultrasound has no
6  radiation, no contrast material, is much less expensive,
7  and for a preliminary test for hematuria, is quite good
8  to start with.
9  BY MS. HOLT:
10     Q.  When might you want to start with a CT scan
11 instead of an ultrasound?
12         MR. RUPCICH:  Object to vague, incomplete
13 hypothetical.
14         THE WITNESS:  It really is on the referring
15 physician to decide whether they want to go directly to
16 CT or to ultrasound.  Many emergency room patients will
17 go directly to CT.  It is more anatomic, it gives you
18 the full field of view, from the diaphragm down to the
19 pelvis, and whether or not they would do a study with or
20 without contrast, again, is at their discretion.
21 BY MS. HOLT:
22     Q.  What are the drawbacks of using an ultrasound to
23 diagnose hematuria?
24         MR. RUPCICH:  I'll object to the form and

MICHAEL RACENSTEIN, M.D.                    October 17, 2019

Page 42

1  foundation.
2          THE WITNESS:  Ultrasound is very good for
3  looking for larger stones.  Ultrasound is very good at
4  looking at renal obstruction because you can see
5  dilatation of the collecting system pretty well.
6  Ultrasound is decent for looking at renal masses once
7  they hit at least a centimeter in size.  Smaller than
8  that, they are quite difficult to see.  Ultrasound is
9  very good for renal cystic disease because it's great at
10  cyst-solid differentiation.
11          So if you see a renal abnormality on a CT
12  scan, and you're not sure if it's a solid or cystic
13  mass, ultrasound is a very good tool that will help you
14  differentiate between those two.
15  BY MS. HOLT:
16      Q.  And when would you not want to use an ultrasound?
17          MR. RUPCICH:  Object to foundation, vague,
18  and incomplete hypothetical.
19          THE WITNESS:  There's really no significant
20  downside to doing an ultrasound other than adding
21  another test to the situation, but if you're thinking
22  that you need anatomy of the entire urogenital tract,
23  then you're much better off with CT.
24          If you're looking specifically at the

Page 43

1  kidneys alone, and not looking at the bladder -- because
2  ultrasounds can be ordered as kidneys only, or kidneys
3  and bladder -- then you're limiting your field of view
4  to the kidneys and what might be in them.
5  BY MS. HOLT:
6      Q.  You said that ultrasounds were decent for looking
7  at renal masses?
8      A.  Yes.
9      Q.  Can you explain what you mean by decent?
10      A.  Renal masses are probably better defined on CT
11  and MRI; and anytime there is a perceived mass on an
12  ultrasound, you're almost always going to wind up with a
13  CT scan or an MRI to follow.  So to better characterize
14  a renal mass, you will probably move towards either CT
15  or MR.
16      Q.  How can you -- I guess, what are the indicators
17  of a mass on an ultrasound?
18      A.  You will see a difference in the texture of the
19  sound waves that pass through the lesion; and if you
20  look on this particular ultrasound in February of 2016,
21  they include two kidneys:  You have one on the left and
22  one on the right.
23          The kidneys are clearly different, and clearly
24  asymmetric with each other; and the way the scan was

Page 44

1  interpreted, it was described as left renal cortical
2  atrophy, and a larger right kidney; and I think that was
3  probably perceptibly incorrect, because the left kidney
4  is totally normal.  There is no cortical atrophy in that
5  kidney at all, and the right kidney is enlarged two
6  centimeters.  Generally, you won't see more than one
7  centimeter difference in the size of the kidneys, that
8  that's the normal variation and standard deviation
9  between the two kidneys.
10          So you have a two-centimeter difference in size
11  of those kidneys, you have a significant difference in
12  the appearance of the homogenous renal cortex on the
13  left compared with the heterogenous renal cortex on the
14  right, and then a mass dominating the kidney on the pole
15  as well.
16      Q.  You said the normal deviation between kidneys is
17  one centimeter?
18      A.  True.
19      Q.  I guess, what do you normally look for when you
20  are looking at an ultrasound?
21      A.  You're looking for the echotexture of the
22  kidneys.  Basically, the cortex, or the outer part of
23  the kidney has a low echo signal signature, and the
24  central part of the kidney, which contains fat, has a

Page 45

1  bright echo signature.  You look for the differentiation
2  between the cortex and the medulla, which is a normal,
3  healthy kidney which shows that low signal, or low
4  echotexture in the outer part, and a high signal, or
5  bright echotexture in the inner part.
6          You look at the collecting system, see if it's
7  dilated.  Is there fluid there?  Is the kidney
8  obstructed?  You look at the contour of the kidney and
9  see if there is an abnormality in the bulge.  You look
10  for the thickness or thinness of the cortex.  Is there
11  cortical thinning or thickening?  You look for echogenic
12  spots that may actually represent kidney stones, and
13  then you look for masses and infiltrative processes, as
14  you see in this particular scan.
15      Q.  Do you typically check the deviation between the
16  kidney sizes?
17      A.  We always report the sizes of the kidneys; and if
18  one is more than one-centimeter smaller or larger than
19  the other, then that is something that should be
20  considered potentially pathologic.
21      Q.  Is the ultrasound report that you looked at here
22  a typical report in terms of length?
23      A.  Yes.
24      Q.  What about level of detail?

MICHAEL RACENSTEIN, M.D.                                    October 17, 2019

Page 46

1    A. Yes, adequate.
2    Q. And then you described the ultrasound as
3 abnormal. Can you just go over, again, what made this
4 particular one abnormal?
5    A. The right kidney was two centimeters larger than
6 the left. It measured 15.3 centimeters in length. The
7 left measured 13.3 or 2.
8        15 centimeters is a pretty big kidney.
9 13 centimeters is around top limits of normal; and then
10 much of the right kidney had heterogenous texture
11 thickening of the cortex and a mass in the upper pole,
12 and that mass measured about 6 or 7 centimeters in
13 diameter; and then the rest of the kidney echoes down
14 all the way to the mid and lower pole was just diffusely
15 abnormal.
16        You have the normal left side with a nice cortex,
17 not thinned, no cortical thinning, and I think what was
18 perceived as cortical thinning was really just the
19 opposite of what really was going on. The cortex on the
20 left was normal, and the right renal cortex was
21 thickened and abnormal.
22        So it wasn't that the right was normal and the
23 left was thin. It was that the left was normal and the
24 right was abnormal.

Page 47

1    Q. Would cortical thinning be seen as significant?
2    A. Cortical thinning is usually seen in patients
3 that either have longstanding hypertension and
4 hypertensive renal disease, or longstanding renal
5 insufficiency or renal failure. So that is something
6 that can happen and we look for and report, but that's
7 not the case for Mr. Dean.
8    Q. You said the mass appeared to be 6 or 7
9 centimeters in diameter. You could tell that from the
10 ultrasound?
11    A. Yes.
12    Q. Can you explain, I guess, the significance of
13 diffusely heterogenous and echotexture?
14    A. I think when you see the follow-up CT scan, which
15 takes place in April, 2016, after that ultrasound in
16 February, the process that's in that right kidney is
17 diffusely infiltrative, and that is, I think, what is
18 causing the change in the echotexture of that kidney.
19        And because it is so infiltrative, it's not
20 perceived as a focal lesion. It's almost like the whole
21 kidney is diffusely abnormal; and if you look at it, and
22 you say, Well, this is a normal kidney. Then, in
23 essence, you're saying all that infiltrative process,
24 which is really changing the whole appearance of the

Page 48

1 kidney, is part of the normal kidney, but I don't think
2 that's true, because you know, several months later --
3 and it doesn't happen that quickly -- that that kidney
4 is diffusely abnormal and replaced.
5    Q. Another observation you made was that of a
6 suggestion of infiltrative process should have been made
7 at this time. Why should it have been made at this
8 time?
9    A. I think that ultrasound was abnormal. I think it
10 was not interpreted correctly. To have called that
11 right kidney normal was actually incorrect, and I think
12 that probably misled all of the physicians in this case,
13 and did not actually send up a warning sign that
14 something was really wrong; and if you get that report
15 that says that you have a two-centimeter difference in
16 size but that's not significant, that there's otherwise
17 nothing wrong in that kidney and you have renal cortical
18 think, then you truly have not identified the source of
19 hematuria and you need to do something else.
20    Q. Would that have been a situation where the
21 radiologist might have or should have made a
22 recommendation about further imaging?
23    A. I believe they should have, yes.
24    Q. I guess, what recommendations would you have

Page 49

1 made?
2    A. I think that ultrasound should have prompted
3 either a CT or MRI to look at that kidney further.
4    Q. You didn't, I guess, make that point about the
5 2015 scan. Why was that?
6    A. In the 2015 scan, you actually had a CT that was
7 already performed. The infiltration of the rest of the
8 kidney was not present. You have a mass that's more
9 focal in the upper pole. I didn't actually measure the
10 size of the kidneys on the CT. You can do that, but I
11 didn't notice a significant size discrepancy between the
12 kidneys perceptibly.
13    Q. And do you think the radiologist interpreting the
14 2015 scan should have made a suggestion of a mass or --
15    A. As I said before, I think this mass was harder to
16 see. I think it's easier to see when you know the
17 ultimate outcome.
18        When I looked at it the first time through, I
19 thought there was probably something there, but,
20 remember, I'm already biassed. This case is coming to
21 me from an attorney. I really don't know the story
22 behind the information that's being sent to me, but I
23 know at some point somebody made some sort of error --
24 don't know what the error was, but I'm looking at it,

MICHAEL RACENSTEIN, M.D.                                    October 17, 2019

Page 50

1  and trying to be as fair as I can looking at the images
2  ; and I didn't have the reports when I read it the first
3  time, but my sense was that there was a mass in that
4  kidney. I didn't know if it was identified or not.
5      Q. Another thing listed was there was no evidence of
6  hydronephrosis?
7      A. True.
8      Q. Can you explain what that means?
9      A. Hydronephrosis is the result of obstruction to
10  the collecting system. So if there is a mass in the
11  ureter, there's a mass in the renal pelvis or a stone
12  somewhere, from the upper pole of the kidney down to the
13  lower track at the bladder, then you're going to get
14  dilatation of the collecting system, hydronephrosis.
15  That's what hydronephrosis is, water or urine in the
16  system.
17      Q. Why was that finding significant?
18      A. If you had hydronephrosis and hematuria, you
19  could potentially explain that hematuria by either a
20  mass or stricture in the ureter, or a stone obstructing
21  the ureter. Both of those would be causes of hematuria.
22      Q. I guess, we've been going about an hour. We can
23  take a break now, if you want, or keep going.
24      A. I don't need a break.

Page 51

1      Q. Let's keep going.
2          We can move on to the April 2016 CT.
3          I'm hoping to understand a bit more about the
4  phrases in your report. Can you tell me what
5  paranephric edema means?
6      A. Putting the accent on the correct syllable,
7  paranephric edema is swelling of the tissues around the
8  kidney.
9      Q. I guess, also can you explain fullness in the
10  right-upper pole?
11      A. So fullness is the actual mass that is distending
12  and expanding the whole upper part of the right kidney.
13      Q. And renal calculi, can you tell me what that
14  means?
15      A. That's a kidney stone.
16      Q. Would you be able to see any of those on an
17  ultrasound taken at the same time?
18      A. I think you actually have an ultrasound from two
19  months before that shows you the fullness in the upper
20  pole of the right kidney; but paranephric edema, unless
21  it's pretty significant, would not necessarily be seen
22  on ultrasound. The kidney stone might have been seen,
23  but it was not.
24      Q. You talk about the appearance as consistent with

Page 52

1  an infiltrative process in the kidney. What do you mean
2  there by appearance?
3      A. The appearance of the kidney is what is shown on
4  the image. So when you look at something, it has an
5  appearance of something; and, so, it looks like -- it
6  demonstrates the finding is consistent with -- is
7  synonymous with "it appears to be."
8      Q. Would you be able to discern an infiltrating
9  process on an ultrasound taken around the same time?
10      A. I would say the answer is, yes, because it was
11  there two months before.
12      Q. And can you also define "by CT criteria," which
13  is, I guess, in the middle of that second to last
14  paragraph on page one?
15      A. So this study in April is a CT scan; and we know
16  that in the follow-up study, there is evidence of masses
17  in the liver, using CT, and by what we would define
18  a mass on CT, which is a lesion that shouldn't be there,
19  that is different from the normal density of the
20  structure being evaluated. There is no mass clearly
21  present on that CT scan.
22      Q. Moving on from that sentence, you note there's
23  evidence of tumor thrombus. What do you mean by
24  evidence?

Page 53

1      A. Evidence is a finding that supports the diagnosis
2  of. So what is evidence? Evidence is a finding that
3  suggests the presence of something being there.
4          In this case, because you have this infiltrating
5  process in the kidney with the mass -- renal cell
6  carcinoma is one of these tumors that is known to
7  actually cause tumor embolus in the IVC, and the IVC is
8  decreased in density relative to what it normally should
9  be. The suggestion, appearance, or evidence leads one
10  to conclude that that is tumor thrombus in the vein.
11      Q. With decreased density, is that something you
12  would have to do the density measurement for?
13      A. You could.
14      Q. Do you have to do it to be able to tell that?
15      A. No.
16      Q. Did you do it here?
17      A. I did not.
18      Q. Would you be able to see any evidence of a tumor
19  thrombus on an ultrasound taken at the same time?
20      A. Yes, you would.
21      Q. But you didn't see any evidence of it on the
22  ultrasound taken in February?
23      A. They did not examine the IVC on that ultrasound,
24  so you cannot comment on that.

MICHAEL RACENSTEIN, M.D.                          October 17, 2019

Page 54

1    Q.  And then you also say, "Even in retrospect, liver
2  lesions cannot be well seen in April 2016."  Can you
3  elaborate a little bit more on that?
4    A.  Once you know where the liver lesions are, can
5  you go back and look at the liver in April, and say,
6  Okay, I know exactly where those tumors are, can I see
7  where they began?  And the answer is, no, you cannot.
8    Q.  We can move on to the June 2016 scan.
9        You talk about progressive disease with two
10 masses suspicious for metastases and progressive tumor
11 thrombus.  Can you just explain a little bit more what
12 suggested that to you?
13   A.  There are two lesions in the liver that were not
14 there in April of 2016, and those two lesions are lower
15 density relative to the normal hepatic or liver
16 parenchyma, or liver tissue.  When you go back in that
17 April scan, you can scan through every slice of the
18 liver and see if maybe you can see where they began.
19       Many times, when you have a tumor somewhere, you
20 can go back and look and see where it began, just like
21 looking at this case.  When you know there's a diffuse
22 infiltrative process in the kidney in 2016, you can go
23 back to that July 2015 scan and see where this tumor
24 began; and if you go back to 2014, you cannot see where

Page 55

1  that tumor began because that was normal.
2        So in this case, when we go from August of '14 to
3  July of '15, to April of '16 to June of '16, you see the
4  progression of this cancer from normal, to mass, to
5  diffuse infiltration, IVC thrombus, and then metastatic
6  disease in the liver.
7    Q.  You also noted progressive tumor thrombus.  How
8  would it have progressed?
9    A.  I believe there was more of it, and got closer
10 and closer to the heart at that point.  It was not truly
11 in the heart.  It terminated about three centimeters
12 below the right atrium, but it was very close.
13   Q.  The last scan is the September 2016 scan.  You
14 talk about evidence of progressive disease with the
15 three lesions in the liver?
16   A.  That's true.
17   Q.  I don't have any questions on that one.
18       I guess, moving on to section 1B of your report,
19 which is your opinions.
20       Looking a third of the way through the first
21 paragraph, where you say, "Although the metastatic
22 lesions in the liver were not seen on the April 2016 CT
23 scan, they were likely present but not demonstrated by
24 the study."  If an intraoperative liver ultrasound was

Page 56

1  performed at that time, they most certainly would have
2  been seen."
3        What is an intraoperative liver ultrasound?
4    A.  It's an ultrasound examination done in the
5  operating room during a laparotomy.
6        So when a patient has their abdominal cavity
7  opened, the surgeon, whether it's a urologist or a
8  general surgeon, can take a probe and put it right on
9  the liver, and scan the liver using an ultrasound beam
10 to see if there are masses in the liver itself.
11   Q.  Would you expect an intraoperative liver
12 ultrasound to be performed around the same time as a CT
13 scan displaying a mass such as the one here?
14   A.  If the patient had gone to surgery at the time
15 that the scan was done, when you have tumor thrombus in
16 the IVC, it is a reasonable thing to do to look at the
17 liver and see if you can identify abnormalities,
18 especially those that would be smaller than 10
19 millimeters, because on CT, we're not very good at
20 finding them, but intraoperative ultrasound is quite
21 excellent at finding those.
22   Q.  Would that be a recommendation that you might
23 make?
24   A.  We usually don't make that recommendation.  It is

Page 57

1  something that surgeons just do on their own.
2    Q.  You also mention that, "Research supports
3  limitations of CT scanning and its ability to
4  demonstrate and define early liver lesions."
5        Can you identify some of this research?
6    A.  I can get you a paper if you want one.  I don't
7  have one that I'm specifically citing, but it's well
8  documented.  There have been numerous studies.  There
9  have been meta analyses, and there's quite a few
10 surgeons, even in Chicago, that have looked at this type
11 of work, particularly at Rush University Medical Center;
12 and they have shown, with pretty good duplicability,
13 that intraoperative ultrasound is better than CT at
14 finding small lesions, especially those less than 10
15 millimeters.
16   Q.  Do you know if there's any similar research with
17 regard to kidney cancer?
18   A.  I do not.
19   Q.  Later in that paragraph you describe the renal
20 ultrasound, and state that, "The right kidney was
21 diffusely heterogenous, enlarged relative to the left
22 side, and suspicious for malignancy."
23       Is it fair to say that you didn't interpret the
24 ultrasound as ruling out malignancy?

MICHAEL RACENSTEIN, M.D.                    October 17, 2019

Page 58

1    A.  Oh, it didn't rule out on malignancy.  It did
2  not.  I think it certainly suspected malignancy being
3  there, because that right kidney was really abnormal.
4    Q.  You wouldn't describe the ultrasound negative for
5  malignancy?
6    A.  No.
7    Q.  And the enlarged kidney relative to the other
8  suggests malignancy?
9    A.  Yes.
10   Q.  What do you mean by suspicion for malignancy?
11   A.  Radiologists generally don't diagnose cancer.
12  Cancer is diagnosed with a biopsy, and then ultimately
13  declared by a pathologist who looks at the cells under a
14  microscope.
15       So, we, as imagers, basically declare things as
16  abnormal and suspicious for a process, and we allow
17  other people to actually make the diagnosis.
18   Q.  So how would you have or other doctors confirmed
19  those suspicions?
20   A.  You needed to do a biopsy.
21   Q.  Who would have been responsible for confirming
22  those suspicions?
23   A.  Biopsies of the kidney can either be done by an
24  interventional radiologist, who can put a needle into

Page 59

1  the kidney under imaging guidance, or a urologist, who
2  would go to the operating room, and you can
3  laparoscopically, or openly remove the kidney or a
4  portion of it.
5    Q.  Is a biopsy a recommendation you might make on a
6  report?
7    A.  From time to time we do recommend biopsies, yes.
8    Q.  You also note that these issues that you spotted
9  in the ultrasound weren't introduced by the interpreting
10  radiologist.
11       The report did report the sizes of the kidneys,
12  right?
13   A.  That it did, yes.
14   Q.  Would that be enough to alert a physician
15  receiving the report to abnormal findings?
16   A.  I really don't know how the person receiving the
17  report would perceive that two-centimeter difference if
18  the radiologist does not cite the fact that that is
19  something that should be addressed.
20   Q.  Another thing you talk about is that the diffuse
21  infiltrative pattern of renal cell carcinoma is a less
22  common presentation of the disease?
23   A.  That's true.
24   Q.  Can you define diffuse infiltrative pattern?

Page 60

1    A.  There is a focal pattern which is really more of
2  a mask, kind of looks like a tennis ball arising from
3  normal renal parenchyma mass; and then you have this
4  infiltrative pattern, which is more of an ill-defined
5  invasive process that replaces much of the normal kidney
6  with tumor as opposed to a discreet lump.
7    Q.  What is a more common presentation of renal cell
8  carcinoma?
9    A.  A discreet lump or mass is the most common
10  presentation and makes up most of what we see in the
11  renal cell carcinoma world.
12   Q.  But you're familiar with the diffuse infiltrative
13  pattern of renal cell carcinoma?
14   A.  Yes.
15   Q.  Would you expect a reasonable radiologist to be
16  aware that there are less common presentations of renal
17  cell carcinoma to look out for?
18   A.  Yes.
19   Q.  Are doctors typically trained to identify less
20  common or unusual presentations of diseases in addition
21  to common ones?
22   A.  Yes.
23   Q.  The last sentence in the first paragraph, you
24  talk about the unusual presentation of the disease,

Page 61

1  "likely led to the delay in suggesting the presence of
2  neoplastic disease."
3        Can you elaborate a little bit more on that?
4    A.  You had this series of time and imaging studies
5  that took place, and I think, if at the time, in
6  February, this was recognized as a possible neoplastic
7  process, it likely would have accelerated the care.
8        If in April, people were, again, more concerned
9  about it, which they did seem to be, and there was
10  planning for surgery, and some clearance, and then a
11  delay, then it would have, again, accelerated the care.
12       So once something becomes suspicious enough that
13  you send up a flare, that's really a true warning sign
14  that there's something there.  That should light a fire
15  to say, "Hey, you need to get something done, because if
16  you don't, you're leaving something that is potentially
17  lethal alone, without doing something."
18   Q.  That makes sense.
19       Do you mind if we take a quick break?
20   A.  I do not mind at all.
21             (Discussion off the record.)
22       MS. HOLT:  I just have a few follow-up
23  questions from you're earlier testimony.
24

MICHAEL RACENSTEIN, M.D.                           October 17, 2019

Page 62

1  BY MS. HOLT:
2      Q.  You had talked about reviewing requisition notes
3  from physicians and technologists notes; is that
4  correct.
5      A.  Yes.
6      Q.  Did you do that here with these scans?
7      A.  I didn't have any requisitions or technology
8  notes when I looked at the images upfront.  I really had
9  no idea what the indications were for these scans on my
10 first review, because I had no documents.
11         Then, after I went through the scans, I actually
12 called Joe, and I asked him for the reports, and copies
13 of whatever indications came along with them so I could
14 see how everything was interpreted.
15         MR. RUPCICH:  I thought the reports were on
16 the discs, but I couldn't open them.
17 BY MS. HOLT:
18     Q.  But you didn't ever receive any requisition
19 notes, or other notes from before the images were
20 conducted?
21     A.  No.  The only ting that was sent to me upfront
22 was just the discs.  I received nothing at the time that
23 the discs were sent.
24     Q.  Another thing you talked about was kind of how a

Page 63

1  CT scan gives you the full lay of the land; is that
2  correct?
3      A.  Yes.
4      Q.  Why is that important?
5      A.  Because you get the four corners of the study,
6  which can have additional information in them.  So when
7  you do a CT of the abdomen, you actually begin in the
8  chest, to include every part of the abdomen, and you go
9  down to the upper legs so that you actually include all
10 the way through the pelvis.  Those slices are done
11 contiguously so there's no gaps, there's no skips, and
12 you put that entire data set together, and you include
13 the entire field of view.
14     Q.  And that's more useful then something that would
15 be pieced together?
16         MR. RUPCICH:  Object to the form, vague.
17         THE WITNESS:  Pieced together is hard to
18 actually say, but if you want to translate that into
19 something like ultrasound, which is done handheld,
20 targeted, and to a focal area, that is quite different
21 from a CT which is standardly performed the same way
22 every single time.
23 BY MS. HOLT:
24     Q.  Can you get kind of a full lay of the view -- or

Page 64

1  lay of the land with an ultrasound?
2      A.  You can if you do an ultrasound abdomen complete,
3  but that is a different scan.
4      Q.  And that's not what was done here, right?
5      A.  True, that is not what was done here.
6      Q.  Sorry, looking back at your report, one thing you
7  mentioned for the April 2016 scan was that there was
8  renal calculi in the right-upper pole.  Does that mean
9  there was a kidney stone?
10     A.  Yes.  Anytime you use the word calculus, that is
11 synonymous with kidney stones.
12     Q.  But there wasn't any kidney stones seen in the
13 February ultrasound?
14     A.  I did not see kidney stones on that study, no.
15     Q.  Based on the location, if it had been there in
16 February, would it have been shown on the ultrasound?
17     A.  I don't remember exactly where the kidney stones
18 were located.  The fullness was in the right-upper pole.
19 I'm not sure that the kidney stones were actually in the
20 same spot.
21     Q.  Can you speculate, I guess, on why it wasn't
22 caught -- why the kidney stones weren't caught in
23 February?
24     A.  I don't think I should speculate as to why they

Page 65

1  weren't seen.  I can tell you that kidney stones have a
2  very specific sonographic signature.  They cause a
3  bright echogenic focus, and behind it is a very dense
4  dark shadow; and if you see that in a kidney that's
5  pretty typical for what a stone looks like, and that was
6  not seen on that ultrasound.
7      Q.  If there had been a kidney stone in February,
8  would it have been seen on the ultrasound?
9      A.  Depends on the size.
10     Q.  On the size you said?
11     A.  Yes, bigger stones, easier to see; tiny stones,
12 maybe not.
13     Q.  Is there a better imaging test for finding
14 smaller stones?
15     A.  CT can pick up kidney stones that are as small as
16 two millimeters in diameter.
17     Q.  So talking about CT scans for a little bit, can
18 you just generally talk about using a CT for detecting a
19 renal mass?
20     A.  CT is very good for renal masses.  If you do a CT
21 without contrast, and the mass is small and doesn't
22 cause distortion, or expansion, or a contour deformity
23 of the kidney, it may be isodense, or the same exact
24 density of the kidney, and you may not see.

MICHAEL RACENSTEIN, M.D.                          October 17, 2019

Page 66

1    If you give contrast, very small cancers are
2  actually much easier to find; and once the lesions get
3  big enough, and start to actually deform the contour of
4  the kidney, or expand the contour of the kidney, or go
5  beyond the normal margins, then they become much easier
6  to see, either with or without contrast.
7    Q.  And then, I guess, going -- sorry, I'm kind of
8  jumping around a little bit, but going back to the
9  February 2016 ultrasound; and we talked a little bit
10  earlier about the two-centimeter difference in kidney
11  size.
12    Would that have alerted a reasonable primary care
13  physician to any abnormality?
14    MR. RUPCICH:  Object to the foundation.
15    THE WITNESS:  I don't know how a family
16  practitioner or internist looks at size discrepancy.
17  They may actually query the radiologist, and say, Hey,
18  you called this kidney 15 centimeters.  That's kind of a
19  big kidney relative to the other side, and it's two
20  centimeters bigger than the other side, which was
21  normal.  Is that important?
22    Or it can be on the radiologist to say, This
23  size discrepancy is worrisome, and additional imaging
24  should be considered.  It really is the in the eye of

Page 67

1  the beholder.  I don't know what the receiver actually
2  perceives when that size discrepancy is actually
3  observed.
4  BY MS. HOLT:
5    Q.  In your experience working with primary care
6  physicians working in your area, would a two-centimeter
7  difference be discussed or identified?
8    A.  It might, yes.
9    Q.  I guess, can you think of any examples of when a
10  discrepancy in kidney size was significant?
11    A.  When you have a clear difference in the
12  appearance of the kidney, and the size of the kidney,
13  then there's more to it than just the size.
14    In this particular case you have a very
15  significant discrepancy, not only in the size, but the
16  overall appearance of that right kidney relative to the
17  left.  As I stated earlier, the left kidney was the one
18  perceived to be abnormal.  The right was perceived to be
19  unremarkable.
20    So the size discrepancy may have been merely
21  described as the radiologist as left renal cortical
22  atrophy, and the left kidney is actually two centimeters
23  smaller than the right.  That could mean chronic
24  longstanding renal insufficiency or hypertension, but if

Page 68

1  you look at it on the other side of the coin, which I
2  think is really the truth in this case, it's that the
3  right is two centimeters bigger than the left, not that
4  the left is two centimeters smaller than the right, and
5  that's because of the process that's replacing that
6  kidney.
7    Q.  I guess, in your experience has a primary care
8  physician, or any other physician, come back to you to
9  talk about a size difference in kidneys?
10    A.  It has happened in the past.  Sometimes it takes
11  a little bit more than two centimeters to actually lead
12  to a query, because you may have a 12-centimeter kidney
13  on one side and a four-centimeter on the other.  That's
14  one that incites alarms.  Why is this left kidney four
15  centimeters when it should be at least 10 or 11?
16    In those cases, you've got chronic, longstanding
17  renal artery stenosis, that the patient has basically
18  developed severe renal atrophy.
19    Q.  You also talked about how the only way to detect
20  liver metastases in April 2016 was through
21  intraoperative liver ultrasound; is that correct?
22    A.  Well, there was an attempt obviously made to look
23  for liver metastases by just doing the scan itself.
24  There's no evidence on that CT scan to suggest that

Page 69

1  those metastases, which are seen on the later scans, are
2  there, prospectively or retrospectively; but knowing
3  that they're there in June, I suspect that if they had
4  done an intraoperative ultrasound in April, they would
5  have seen those lesions, as the small metastases that
6  they probably were, that could not be seen on the CT.
7    Q.  Would there have been any other way other than
8  through surgery to detect liver metastases of small
9  size?
10    A.  You can do contrast-enhanced MRI, which tends to
11  be a little bit more sensitive than CT when it comes to
12  soft tissue differentiation.  Smaller lesions can be
13  seen on MR a little easier than on CT.
14    Q.  But if they had done surgery in an intraoperative
15  liver ultrasound, that definitely would have found the
16  lesions?
17    A.  That is my opinion, yes.
18    Q.  Also in your opinions, you note that the renal
19  tumor was highly aggressive.  Can you elaborate on that?
20    A.  You have a timeframe of 2014 to 2016, where you
21  go from a completely normal kidney to a kidney that's
22  completely replaced by tumor, with tumor thrombus in the
23  IVC, and metastatic disease in the liver.  That's pretty
24  aggressive renal disease.

MICHAEL RACENSTEIN, M.D.                                    October 17, 2019

Page 70

1    I have seen renal cell cancers that sit there
2  idle for years, and we follow them for years.  We have
3  some older patients that have renal cell cancers.  We
4  know they're renal cell cancers.  They're 85 years old,
5  and have other comorbidities, so we don't always go
6  after them and biopsy them, and do anything aggressive
7  with them.  They get scans year and after year just to
8  make sure they're not growing, and they sit there and do
9  nothing for years at a time.
10   So there are some renal cell cancers that are
11  very banal, and do nothing, and other renal cell cancers
12  that are very aggressive, grow and divide, become
13  metastatic, and become tumor thrombus in the IVC while
14  you have other lesions that sit there and do nothing.
15   Q.  So is it your opinion that Mr. Dean experienced
16  progressive disease from July 2015 through
17  September 2016?
18   A.  Yes.
19   Q.  Did Mr. Dean's disease progress between
20  December 2015 and April 2016?
21   A.  Yes.
22   Q.  What about from April 2016 to July 2016?
23   A.  Yes.
24   Q.  And then did it progress from July 2016 to

Page 71

1  September 2016?
2   A.  Yes.
3   Q.  And is it your opinion that the February 2016
4  ultrasound suggested malignancy?
5   A.  Yes.
6   Q.  Is it your opinion that there was a delay in
7  diagnosing Mr. Dean because he had a less common
8  presentation of kidney cancer?
9   A.  I can't really comment on the delay, because
10  there is a period of time that went by.
11   Could they have made the diagnosis quicker?  I
12  suppose they could have.  There was so many extenuating
13  circumstances that I'm going to leave up to other
14  witnesses and the treaters to comment on, but could you
15  have gotten a series of images done in a completely
16  different setting, where you have an ultrasound that is
17  followed by a CT scan, that's followed by a biopsy in a
18  relative short period of time?  The answer is, yes, you
19  can.
20   Q.  What do you mean by completely different setting?
21   A.  This is a situation where you were dealing with
22  the correctional facilities and teleconferences, and
23  cardiac clearance, and delays that -- I don't really
24  know all the details, and I don't have all the records,

Page 72

1  so I don't really think I can fairly comment on that,
2  but the series of images that was done between
3  December 2015 and September 2016 could be compressed in
4  a relatively short time period.
5   This took a very long time to get this done; and
6  why that happened, and all the things that went into
7  those, I can't really render an opinion on that.  I can
8  only really tell you what the images show; and since it
9  was a 10-month period, you can clearly see progression
10  of the disease.
11   Q.  You also referenced extenuating circumstances.
12  Can you just explain what those were?
13   A.  I don't know what all the extenuating
14  circumstances were, but you have a patient with
15  hematuria in December, who doesn't get an ultrasound
16  until February, who doesn't get a follow-up CT scan to
17  evaluate things above and beyond until April, who
18  doesn't get surgery until July, who doesn't have a
19  follow-up scan until September, and then a follow-up
20  biopsy in October.  That's a long time.  You got to
21  watch this disease grow and divide and progress, but
22  this is what this particular cancer did.
23   There are some patients, that over the course of
24  10 months, nothing would happen.  I have patients who

Page 73

1  have cancer, they know they have cancer, and have not
2  actually treated their cancer because they have chosen
3  not to; and you do follow-up imaging on them, and their
4  cancers don't grow or change at all.
5   This is a case where, over a 10-month period of a
6  time or a year, you get to see a tumor that's completely
7  localized become widely metastatic.
8   Q.  In your experience have you kind of seen any
9  similar series of images with the progression of the
10  disease?
11   A.  I have seen cases where disease progresses.  It
12  is often on a follow-up study.  You may not have
13  actually seen the tumor originally, similar to this
14  situation, where you have a subtle abnormality in the
15  kidney that is not perceived, and then the patient comes
16  back and they have metastatic disease a year later.  I
17  don't often see patients who have a slow progressive
18  process that is imaged over multiple months.
19   Once you actually know that there's a problem,
20  the image sequence usually happens in a relatively short
21  order of time.
22   Q.  What would be a relatively short order of time?
23   A.  A matter of weeks, not a matter of months.
24   Q.  And is it your opinion that Mr. Dean had a highly

MICHAEL RACENSTEIN, M.D.                                    October 17, 2019

---

Page 74

1  aggressive renal tumor that showed signs of progressive
2  growth and behavior from the time it was first apparent
3  in July 2015 until it was removed in the Summer of 2016?
4      A.  Yes.
5      Q.  So Mr. Dean presented with hematuria on
6  December 2015.  What is your opinion on when he should
7  have received an ultrasound?
8      A.  I think his imaging should have began in
9  relatively short order.  Could it have been done in a
10  matter of weeks?  I suppose so.
11      I don't know why the delay was -- from when he
12  first presented in December until the time the
13  ultrasound was done in February.  Obviously, this is
14  almost two months.  There are things that may have taken
15  place between his primary care doctor, the telemedicine,
16  the urology consult that led to the ultrasound, but
17  that's not data that I'm privy to nor do I really have
18  relevant comment on, because I'm a radiologist, and I'm
19  involved in the imaging.
20      Q.  I think we can turn it over to you, Joe.  Thanks,
21  Doctor.
22                  CROSS-EXAMINATION
23  BY MR. RUPCICH:
24      Q.  You just mentioned the timeframe to complete a

---

Page 75

1  series of images just at the end here, right?
2      A.  Yes.
3      Q.  And in your hospital, those can be done in
4  relatively short order?
5      A.  Yes.
6      Q.  Do you work in any other hospitals or settings
7  where it takes longer?
8      A.  Yes.
9      Q.  Explain, please.
10      A.  I am on staff at Mercy Hospital in Chicago, and
11  there I have seen patients go through a process that can
12  take 10 months from their original imaging to the time
13  they're diagnosed.
14      Q.  What accounts for that timeframe as opposed to
15  the shorter one that you've described?
16      A.  Some of it is related to social issues, some of
17  it is related to transportation, some of it is related
18  to patient factors, some of it is related to the
19  departmental issues of trying to get patients in.
20      So some departments are very busy, and they're
21  backed up for months at a time.  Others can actually
22  expedite care in a faster way.
23      Q.  So when you mention that a series of images could
24  be turned around in relatively short order, you weren't

---

Page 76

1  speaking across all settings in the community?
2      A.  No.
3      Q.  Your testimony was that there was liver lesions
4  present by CT criteria on the June 2016 film, correct?
5      A.  True.
6      Q.  Do you recall how they were described in the
7  radiology report?
8      A.  They were described as multiple liver lesions.
9      Q.  And you said that you suspect they were there six
10  weeks earlier in April?
11      A.  Yes.
12      Q.  And why do you suspect that?
13      A.  If you look at these lesions in June, and then
14  look at them again in September, their growth was quite
15  dramatic, and their multiplicity had increased; and all
16  of these lesions begin as something.
17      With it being there in June, I suspect that they
18  were very small in April, and that's why they were too
19  small to be identified on the CT.
20      Q.  Is CT a study of choice for the liver?
21      A.  It is.
22      Q.  You had mentioned -- I'm going back -- I'm
23  jumping around to the beginning -- that all ultrasound
24  can show renal mass?

---

Page 77

1      A.  Yes.
2      Q.  And I wrote down that you said for greater than
3  one centimeter?  Was that what you said?
4      A.  Generally, a renal mass that's about one
5  centimeter in mass will be seen on ultrasound.  Anything
6  smaller than that is difficult to perceive.
7      Q.  What was the size of the renal mass on the
8  February 2016 ultrasound that you looked at?
9      A.  It was over five centimeters.
10      Q.  Sufficient to be viewable?
11      A.  Yes.
12      Q.  And you were able to view it?
13      A.  Yes.
14      Q.  So your testimony, to be clear, on what's present
15  versus not present in the form of lesions, metastasizes
16  is based on CT criteria, based on what you're able to
17  view on the film; is that fair?
18      A.  That's true.
19      Q.  Oh, cortical atrophy, that's essentially
20  shrinking of the kidney?
21      A.  Yes.
22      Q.  You mentioned that it could be consistent -- or
23  correlate to chronic hypertension; is that right?
24      A.  Yes.

---

MICHAEL RACENSTEIN, M.D.                                    October 17, 2019

Page 78

1    Q. Renal insufficiency?
2    A. Yes.
3    Q. So a patient with decreased renal function over
4  time, the kidney atrophies?
5    A. Yes.
6    Q. Is cortical thinning related to hematuria?
7    A. No.
8    Q. There was a size differential in the kidneys on
9  the ultrasound?
10   A. True.
11   Q. The human kidneys, do they vary in size depending
12 on the size of the human, such that we're really only
13 concerned with the differential rather than the gross
14 size of the organ?  If that makes sense.
15   A. Yes, because bigger people tend to have bigger
16 kidneys.
17   Q. The number alone that you put reflecting the size
18 of the kidney isn't in and of itself significant, it's
19 when compared to the other one?
20   A. That's generally true.  Although, when you get to
21 numbers that are greater than 14 centimeters in length,
22 you're talking about probably less than two percent of
23 the population, if they're normal.  So it's a very small
24 percentage of people that have kidneys that are larger

Page 79

1  than 14 centimeters.
2    Q. What's diagnostic versus -- did you say
3  interventional?  Diagnostic versus the other type of
4  radiology you mentioned?
5    A. There's therapeutic interventional and --
6    Q. Just give me the differences.
7    A. Diagnostic radiologists are people like myself
8  who interpret images, and render interpretations based
9  on imaging findings and submit a report.
10       Interventional radiologists are radiologists who
11 use imaging to guide procedures and do biopsies,
12 drainages of abscesses or puss collections, will put in
13 different tubes and catheters; and then therapeutic
14 radiologists are people who are otherwise known as
15 radiation oncologists, and they are those who deliver
16 radiation therapy to treat diseases, primarily cancer.
17       MR. RUPCICH:  That's all I have.  Jeremy?
18       MR. TYRRELL:  I don't have any questions for
19 you, Doctor.  Thanks for your time.
20       MR. RUPCICH:  Guys?
21       MS. HOLT:  I just have a few follow-up
22 questions.
23
24

Page 80

1              REDIRECT-EXAMINATION
2  BY MS. HOLT:
3    Q. You said, in response to counsel, that a CT scan
4  was a study of choice for the liver.  Can you just
5  define what you mean by study of choice?
6    A. If you are evaluating for metastatic disease, or
7  looking, in general, at the abdomen to assess pathology,
8  CT is by far the most common imaging technology that we
9  use; but you could image the liver with ultrasound, you
10 can image the liver with nuclear medicine scans, and you
11 can image the liver with MRI.
12       In general, when you are staging cancers, the
13 most common test to use is CT.
14   Q. And when you were talking about Mercy Hospital,
15 you had listed a few reasons why imaging processes might
16 take longer.  I think one was social issues.
17       Can you explain what you meant by that?
18   A. There are some people who have family issues,
19 they abuse drugs, alcohol, they live in faraway places,
20 and can't get to the hospital very easily.  Some people
21 are just in denial and just won't come in.
22       So there's a lot of reasons why people don't seek
23 out care or do follow-up as recommended.
24   Q. Another was transportation.  Can you explain what

Page 81

1  you meant by that?
2    A. Mercy is a critical-access hospital that provides
3  services to a fairly poor, Medicaid-based population.
4  Many of them have no mode of transportation; and in
5  order to get to the hospital, they take busses, they
6  come across the city, they wait for rides, they have to
7  save some money to take a taxi.  So if they don't have a
8  means of transportation to get there, they're not
9  coming.
10   Q. And then another was patient factors?
11   A. Some patients have medical issues that are
12 comorbidities, they have to tend to other needs.  So
13 they back burner certain diagnoses and certain issues to
14 take care of other things in their forefront.
15   Q. And then last one is department factors.
16   A. Department factors involve having the right
17 technologists and enough support staff to accommodate
18 the backlog of patients that need to be taken care of.
19   Q. I think we're good.  Thank you.
20       MR. RUPCICH:  I have no other questions.
21 Jeremy?
22       MR. TYRRELL:  I'm still good, thanks.
23       MR. RUPCICH:  Signature, Doctor?
24       THE WITNESS:  Waive.

```
                                      Page 82
 1              MS. HOLT:  We'll order.  Expedited.  Next
 2  Friday.
 3              MR. RUPCICH:  Full size PDF, regular.
 4              MR. TYRRELL:  I do not need a copy.
 5                 (FURTHER DEPONENT SAITH NOT.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
                                      Page 83
 1  STATE OF ILLINOIS        )
                             ) SS:
 2  COUNTY OF COOK           )
 3
 4       I, ROBIN HEJNAR, a certified shorthand reporter
 5  and registered professional reporter within and for the
 6  County of Cook and State of Illinois, do hereby certify
 7  that the deposition in the above-entitled matter was
 8  recorded stenographically by me, was reduced to
 9  typewriting under my personal direction.
10          I further certify that the said deposition was
11  taken at the time and place specified.
12          I further certify that I am not a relative or
13  employee or attorney or counsel of any of the parties,
14  relative or employee of such attorney or counsel or
15  financially interested directly or indirectly in this
16  action.
17          In witness whereof, I have hereunto set my hand
18  and affixed my seal of office at Chicago, Illinois, 25th
19  day of October, A.D., 2019. /s/ Robin Hejnar
20          _____
21                   ROBIN HEJNAR
22                   CERTIFIED SHORTHAND REPORTER,
23                   REGISTERED PROFESSIONAL REPORTER,
24                   License No. 084-004689
```

MICHAEL RACENSTEIN, M.D.

October 17, 2019
Index: 1..area

**Exhibits**

EX 0001 M.
 Racenstein 10
1719  3:15 12:15
EX 0002 M.
 Racenstein 10
1719  3:16 6:4
 30:15 31:3

**1**

**1**  4:1 12:15
**1,000**  34:14,15,18,
 19
**1.5**  7:1,3
**10**  56:18 57:14
 68:15 72:24 75:12
**10-month**  72:9
 73:5
**11**  68:15
**12-centimeter**
 68:12
**13**  46:9
**13.3**  46:7
**14**  55:2 78:21 79:1
**15**  46:8 55:3 66:18
**15.3**  46:6
**15th**  7:22 32:4
**16**  55:3
**1988**  13:9
**1993**  13:16
**1994**  13:15
**19th**  7:9
**1B**  55:18

**2**

**2**  4:1 6:4 30:15 31:3
 46:7
**2,000**  34:13,14
**2014**  32:4 33:2
 35:4 54:24 69:20
**2015**  8:13 33:23
 34:2 35:5 38:12
 49:5,6,14 54:23
 70:16,20 72:3 74:3,
 6
**2016**  8:13 39:8
 43:20 47:15 51:2
 54:2,8,14,22 55:13,
 22 64:7 66:9 68:20
 69:20 70:17,20,22,
 24 71:1,3 72:3 74:3
 76:4 77:8
**2019**  6:6,9 12:20
**2021**  13:2,4
**2022**  13:4
**25**  23:13
**26th**  39:8
**28th**  7:12

**3**

**3**  7:4
**30th**  7:13
**3rd**  37:4

**4**

**40**  30:4
**45**  26:4

**5**

**50**  30:4

**5th**  7:16

**6**

**6**  46:12 47:8

**7**

**7**  46:12 47:8
**70**  35:23
**77**  34:22
**7th**  7:17,18

**8**

**80**  34:23 35:23
**85**  70:4
**8th**  6:6 7:19,20

**A**

**abdomen**  18:5,
 18 27:7 31:23 32:7
 63:7,8 64:2 80:7
**abdominal**
 18:16 28:6 56:6
**ability**  34:16 57:3
**abnormal**  21:8
 33:16,24 34:1 39:6
 46:3,4,15,21,24
 47:21 48:4,9 58:3,
 16 59:15 67:18
**abnormalities**
 20:4 29:22 40:16
 56:17
**abnormality**
 42:11 45:9 66:13
 73:14
**abscesses**
 79:12
**absolute**  34:24

**abuse**  80:19
**accelerated**
 61:7,11
**accent**  51:6
**access**  16:7,11,
 13,15,17 35:10
**accommodate**
 81:17
**account**  19:2
**accounts**  75:14
**accurate**  31:12
**accurately**  6:1
 32:1
**acquitted**  28:5
**actual**  9:2 16:8
 20:20 51:11
**adding**  42:20
**addition**  60:20
**additional**  7:7
 11:11,12 17:19 24:6
 36:17 63:6 66:23
**address**  32:23
**addressed**
 29:15 59:19
**adequate**  31:8
 46:1
**adjacent**  34:10
**adrenal**  32:12
**advice**  29:9
**aggressive**
 69:19,24 70:6,12
 74:1
**agree**  38:8
**agreed**  10:17
**ahead**  40:20
**air**  34:19
**alarms**  68:14
**alcohol**  80:19

**alert**  59:14
**alerted**  66:12
**Alexian**  4:14
**allowed**  30:20
**amount**  7:5 24:1
**analyses**  57:9
**anatomic**  41:17
**anatomy**  42:22
**Angeles**  13:10
**angiolipoma**
 35:20 36:1
**angiolipomas**
 35:16
**angulation**  37:6
**answers**  5:6
**anticoagulants**
 25:17
**anytime**  35:11
 43:11 64:10
**aorta**  32:14
**apparent**  74:2
**appearance**
 44:12 47:24 51:24
 52:2,3,5 53:9 67:12,
 16
**appeared**  47:8
**appears**  21:2
 52:7
**appendicitis**
 18:22 27:8
**appendix**  32:19
**April**  47:15 51:2
 52:15 54:2,5,14,17
 55:3,22 61:8 64:7
 68:20 69:4 70:20,22
 72:17 76:10,18
**archive**  16:4
**area**  21:17 28:21,
 23,24 38:22 63:20
 67:6

MICHAEL RACENSTEIN, M.D.

October 17, 2019
Index: arising..chest

**arising** 60:2

**artery** 68:17

**artifact** 31:16

**aspirations** 14:16

**assess** 32:22 80:7

**assume** 5:13

**assuming** 11:15

**asymmetric** 43:24

**atrium** 55:12

**atrophies** 78:4

**atrophy** 44:2,4 67:22 68:18 77:19

**attempt** 68:22

**attorney** 49:21

**audibly** 5:6

**August** 32:4 55:2

**Autoimmune** 21:9

**aware** 24:24 60:16

**B**

**back** 7:14,20 11:4 24:13 25:20 28:17 30:6,10 54:5,16,20, 23,24 64:6 66:8 68:8 73:16 76:22 81:13

**backed** 75:21

**background** 34:19

**backlog** 81:18

**ball** 60:2

**banal** 70:11

**Barnett** 10:12

**base** 16:4

**based** 6:15 12:9 19:15 28:20 29:17 39:13 64:15 77:16 79:8

**bases** 32:11

**basically** 12:1 44:22 58:15 68:17

**basis** 29:5

**beam** 56:9

**began** 7:15 27:16 54:7,18,20,24 55:1 74:8

**begin** 4:21 5:10 25:10 63:7 76:16

**beginning** 76:23

**behalf** 25:4,8

**behavior** 74:2

**beholder** 15:8 67:1

**benefit** 40:9

**benign** 35:17

**biassed** 49:20

**big** 46:8 66:3,19

**bigger** 65:11 66:20 68:3 78:15

**biopsies** 14:14, 16 58:23 59:7 79:11

**biopsy** 58:12,20 59:5 70:6 71:17 72:20

**bit** 21:15 27:3 30:13 33:4 34:17 51:3 54:3,11 61:3 65:17 66:8,9 68:11 69:11

**bladder** 32:17 43:1,3 50:13

**blame** 27:18

**blamed** 27:18

**bleed** 25:21

**blood** 25:20

**board** 13:15,18 22:3,11,19 23:4

**bodies** 32:15

**body** 13:22 18:23 31:22 32:9,21 39:11,12

**border** 33:11

**botched** 28:2

**bottom** 7:24

**bounce** 39:11

**bowel** 31:16 32:14,19

**break** 5:16,18 50:23,24 61:19

**breast** 13:14 14:13 27:2

**briefly** 13:6,20

**bright** 45:1,5 65:3

**bring** 16:20

**Brothers** 4:14

**built** 35:9

**bulge** 34:4 45:9

**buried** 20:12

**burner** 81:13

**busses** 81:5

**busy** 75:20

**butcher** 10:22

**C**

**calcium** 27:10 34:18

**calculi** 40:7,9 51:13 64:8

**calculus** 64:10

**call** 9:5 17:10 19:13

**called** 35:15 48:10 62:12 66:18

**calls** 17:4

**cancer** 11:21,24 17:9 18:19 21:4 23:17,19 24:5 26:3, 20 27:2,5,14,16 55:4 57:17 58:11,12 71:8 72:22 73:1,2 79:16

**cancers** 20:11 24:3 66:1 70:1,3,4, 10,11 73:4 80:12

**capital** 16:6

**carcinoma** 19:23 20:3 21:3 23:19,23 29:6 53:6 59:21 60:8,11,13,17

**carcinomas** 23:24

**cardiac** 71:23

**cardiologists** 24:2

**care** 16:24 19:4, 10,12 28:21 29:4,7, 17 61:7,11 66:12 67:5 68:7 74:15 75:22 80:23 81:14, 18

**carefully** 36:9

**case** 7:5 10:21 11:9,19 12:5 18:3,5 25:9,14,15,24 26:1, 6,15,19,20,21 27:1, 5,6,19 28:1,5,6,9 31:9 34:21 35:9 39:4 47:7 48:12 49:20 53:4 54:21 55:2 67:14 68:2 73:5

**cases** 24:14,17, 21 25:2,10,23 26:24 27:4 29:8 68:16 73:11

**CAT** 15:1

**catheters** 79:13

**cauda** 26:7,8

**caught** 64:22

**caused** 31:16

**causing** 47:18

**cava** 32:15

**cavity** 56:6

**cell** 11:21 19:23 20:2,11 21:3,4 23:19,23,24 24:3 29:6 53:5 59:21 60:7,11,13,17 70:1, 3,4,10,11

**cells** 58:13

**center** 4:14 13:9 16:13 57:11

**centimeter** 42:7 44:7,17 77:3,5

**centimeters** 44:6 46:5,6,8,9,12 47:9 55:11 66:18,20 67:22 68:3,4,11,15 77:9 78:21 79:1

**central** 44:24

**Certificate** 13:3, 4

**certified** 13:15, 18 22:3,11,19 23:4

**cervical** 26:20 28:1

**change** 20:14,15 21:1 33:5 47:18 73:4

**changing** 47:24

**characteristics** 36:22

**characterize** 43:13

**chart** 8:7

**check** 45:15

**chest** 17:7 34:5 63:8

MICHAEL RACENSTEIN, M.D.

October 17, 2019
Index: Chicago..define

**Chicago** 13:8,17 29:1 57:10 75:10

**children** 41:2

**Chloe** 4:7

**choice** 76:20 80:4,5

**chosen** 73:2

**chronic** 67:23 68:16 77:23

**chunk** 27:10

**circumstance** 37:17

**circumstances** 25:7 31:24 71:13 72:11,14

**cite** 59:18

**citing** 57:7

**city** 81:6

**claims** 11:19

**clear** 5:3,5 20:7 35:3 67:11 77:14

**clearance** 61:10 71:23

**clearing** 34:9

**clicking** 38:6

**clinics** 8:17

**close** 55:12

**closer** 55:9,10

**Co-defendant's** 9:7

**coin** 68:1

**colleague** 4:8

**collecting** 21:16 23:23 34:7 42:5 45:6 50:10,14

**collections** 79:12

**collects** 21:17

**colon** 18:19,21 32:18

**Colorado** 13:1

**comment** 53:24 71:9,14 72:1 74:18

**common** 23:8,19 24:1 59:22 60:7,9, 16,20,21 71:7 80:8, 13

**communicatio n** 16:5 17:6

**community** 76:1

**comorbidities** 70:5 81:12

**compare** 37:7

**compared** 44:13 78:19

**comparison** 37:12,14

**complaints** 8:9

**complete** 21:23 22:1,7,9,15,17,24 23:2 64:2 74:24

**completed** 13:16

**completely** 69:21,22 71:15,20 73:6

**compliment** 14:2

**compound** 29:19

**compressed** 72:3

**compression** 26:7

**computer** 16:22 38:5

**concerned** 61:8 78:13

**conclude** 53:10

**condition** 11:6

**conducted** 62:20

**configuration** 20:21 21:8,12

**confirmed** 58:18

**confirming** 58:21

**congenital** 21:7

**considered** 45:20 66:24

**consistent** 51:24 52:6 77:22

**consult** 19:4 74:16

**contacted** 9:8

**contiguously** 63:11

**contour** 20:15 21:18 33:5,9 34:4 35:5 45:8 65:22 66:3,4

**contrast** 34:6,7 40:8,11 41:5,6,20 65:21 66:1,6

**contrast- enhanced** 36:19 69:10

**conversations** 17:2

**copies** 62:12

**copy** 12:16,17 82:4

**corners** 63:5

**correct** 10:13 11:6 12:17 51:6 62:4 63:2 68:21 76:4

**correctional** 24:8,18,23 71:22

**correctly** 26:13 27:8 31:9 48:10

**correlate** 15:18 77:23

**correlated** 7:11

**cortex** 20:12 33:6 35:1 36:8,23 37:7 44:12,13,22 45:2,10 46:11,16,19,20

**cortical** 44:1,4 45:11 46:17,18 47:1,2 48:17 67:21 77:19 78:6

**cough** 17:8

**counsel** 5:17 6:17 12:17 80:3

**court** 4:24 12:4 27:21 28:4,5,10

**create** 13:22

**criteria** 52:12 76:4 77:16

**critical** 17:5

**critical-access** 81:2

**CROSS- EXAMINATION** 74:22

**CT** 20:17 23:15 27:7 29:24 30:2,3 31:20 32:4,6,7 33:3, 23 34:5 37:3,13 38:9 39:20,23,24 40:3,8,18 41:3,10, 16,17 42:11,23 43:10,13,14 47:14 49:3,6,10 51:2 52:12,15,17,18,21 55:22 56:12,19 57:3,13 63:1,7,21 65:15,17,18,20 68:24 69:6,11,13 71:17 72:16 76:4, 19,20 77:16 80:3,8, 13

**current** 37:23 38:3

**CV** 12:16,18,19,21

**cyst** 14:16 35:19, 22

**cyst-solid** 42:10

**cystic** 42:9,12

**cysts** 35:15,17

---

**D**

**daily** 29:5

**dark** 65:4

**data** 9:16 63:12 74:17

**day** 23:10,14 34:5, 9 36:19

**days** 25:21

**de** 37:11

**DEA** 13:4

**deal** 29:4,7

**dealing** 71:21

**Dean** 4:10 6:13 11:6 47:7 70:15 71:7 73:24 74:5

**Dean's** 8:7 70:19

**December** 8:12 70:20 72:3,15 74:6, 12

**decent** 42:6 43:6, 9

**decide** 40:17,24 41:15

**deciding** 19:11

**decision** 40:22

**declare** 58:15

**declared** 58:13

**decreased** 53:8, 11 78:3

**defendants** 10:21

**defense** 25:5,23

**define** 33:24 38:13 52:12,17 57:4 59:24 80:5

MICHAEL RACENSTEIN, M.D.

October 17, 2019
Index: defined..elaborate

**defined** 43:10

**definite** 33:3

**deform** 66:3

**deformities** 21:7

**deformity** 65:22

**delay** 11:20 26:8, 13,19 27:1,3,5 61:1, 11 71:6,9 74:11

**delayed** 40:14

**delays** 71:23

**deliver** 79:15

**demonstrate** 57:4

**demonstrated** 55:23

**demonstrates** 52:6

**denial** 80:21

**dense** 34:14,15 65:3

**density** 34:10,12, 16 35:6,12,18,19,21 36:8 52:19 53:8,11, 12 54:15 65:24

**department** 19:13 81:15,16

**departmental** 75:19

**departments** 75:20

**depending** 18:23 20:20 78:11

**depends** 15:17 17:24 65:9

**DEPONENT** 82:5

**deposed** 4:17,19

**deposition** 5:4 9:9

**describe** 20:9

21:14 29:2 57:19 58:4

**detail** 45:24

**details** 71:24

**detect** 68:19 69:8

**detecting** 65:18

**determine** 17:13 36:16

**developed** 11:22 68:18

**deviation** 44:8, 16 45:15

**Dhar** 10:12

**diagnose** 39:19 41:23 58:11

**diagnosed** 58:12 75:13

**diagnoses** 13:23 14:4 15:9 81:13

**diagnosing** 23:6,16 71:7

**diagnosis** 11:20 18:17 26:8,20 27:1, 5 31:8 39:15 53:1 58:17 71:11

**diagnostic** 6:12 7:10 8:12,22 13:12, 19 14:3,5 16:3 31:5, 10,14 79:2,3,7

**diameter** 46:13 47:9 65:16

**diaphragm** 41:18

**died** 25:22

**difference** 34:24 37:8 43:18 44:7,10, 11 48:15 59:17 66:10 67:7,11 68:9

**differences** 34:16 79:6

**differential** 15:9 18:16 19:1 78:8,13

**differentiate** 35:19 36:22 42:14

**differentiation** 42:10 45:1 69:12

**differently** 38:1

**differing** 13:21

**difficult** 31:18 34:11 42:8 77:6

**diffuse** 38:8,10, 13,14 54:21 55:5 59:20,24 60:12

**diffusely** 46:14 47:13,17,21 48:4 57:21

**dilatation** 42:5 50:14

**dilate** 21:17,18

**dilated** 45:7

**direct** 17:5

**DIRECT-EXAMINATION** 4:5

**directly** 14:7 29:7 41:15,17

**disagreed** 10:18

**disc** 6:13 16:20,22 26:21

**discern** 52:8

**disciplined** 28:12

**discover** 19:21

**discreet** 60:6,9

**discrepancy** 49:11 66:16,23 67:2,10,15,20

**discretion** 41:20

**discs** 62:16,22,23

**discuss** 12:10 16:23

**discussed** 7:16, 21 67:7

**discussion** 7:8 9:6 30:24 61:21

**disease** 18:21,22 19:21 21:4 23:21 26:5 27:17 40:2,7, 10 42:9 47:4 54:9 55:6,14 59:22 60:24 61:2 69:23,24 70:16,19 72:10,21 73:10,11,16 80:6

**diseases** 19:1 20:24 21:5,9,10 60:20 79:16

**displaying** 56:13

**displays** 38:5

**distending** 51:11

**distorted** 33:16

**distortion** 33:8, 13,14 65:22

**diverticulitis** 18:19

**divide** 70:12 72:21

**doctor** 4:7 13:7 17:6 30:13 40:23 74:15,21 79:19 81:23

**doctors** 15:17,19 29:4,8 58:18 60:19

**document** 16:3

**documentation** 15:24

**documented** 57:8

**documents** 62:10

**dominating** 44:14

**double** 38:6

**downside** 42:20

**drafting** 7:2

**drainages** 79:12

**dramatic** 76:15

**drawbacks** 41:22

**drive** 16:20,22

**dropped** 26:23

**drugs** 80:19

**due** 27:2

**duly** 4:4

**duplicability** 57:12

**dye** 34:8

**dynamic** 34:17

**E**

**earlier** 19:17 61:23 66:10 67:17 76:10

**early** 57:4

**easier** 39:3 49:16 65:11 66:2,5 69:13

**easily** 36:21 80:20

**easy** 34:20 36:6,7, 9

**echo** 44:23 45:1

**echoes** 46:13

**echogenic** 45:11 65:3

**echotexture** 44:21 45:4,5 47:13, 18

**edema** 51:5,7,20

**edge** 33:17

**Einwohner** 8:17

**elaborate** 15:6 18:14 23:11 38:20 54:3 61:3 69:19

MICHAEL RACENSTEIN, M.D.

October 17, 2019
Index: electronic..good

**electronic** 16:4

**electronically** 37:22

**Elk** 4:15

**embolus** 53:7

**emergency** 40:23 41:16

**employed** 4:13, 14

**end** 28:17,18 75:1

**ended** 26:7

**enlarged** 36:10 44:5 57:21 58:7

**entire** 42:22 63:12,13

**equina** 26:7,8

**error** 49:23,24

**essence** 32:21 40:14 47:23

**essentially** 77:19

**evaluate** 72:17

**evaluated** 52:20

**evaluating** 80:6

**events** 6:15

**eventually** 11:22

**evidence** 50:5 52:16,23,24 53:1,2, 9,18,21 55:14 68:24

**evident** 8:11

**exact** 65:23

**exam** 17:18

**examination** 56:4

**examine** 53:23

**examples** 25:12 67:9

**excellent** 56:21

**excreted** 34:8

**Exhibit** 4:1 6:4 12:15 30:15 31:3

**exists** 38:3

**expand** 66:4

**expanding** 51:12

**expansion** 65:22

**expect** 56:11 60:15

**expedite** 75:22

**Expedited** 82:1

**expensive** 41:3, 6

**experience** 13:7 18:7 23:6,12,16 24:7 29:2 67:5 68:7 73:8

**experienced** 70:15

**expert** 6:5,10 10:11,20 13:3 24:15,21 25:1

**explain** 31:5 33:4 43:9 47:12 50:8,19 51:9 54:11 72:12 75:9 80:17,24

**explaining** 36:13

**exposes** 41:4

**extensive** 38:14

**extensively** 30:16 31:3

**extenuating** 71:12 72:11,13

**extra** 17:12

**eye** 15:8 19:1 66:24

**eye's** 34:16

---

### F

**facilities** 71:22

**facility** 24:19,23

**fact** 19:6,7 59:18

**factors** 75:18 81:10,15,16

**failure** 47:5

**fair** 12:13 14:13 24:1 50:1 57:23 77:17

**fairly** 30:15 32:1 72:1 81:3

**familiar** 60:12

**family** 21:20,23 22:1,3 40:23 66:15 80:18

**faraway** 80:19

**fashion** 12:2 26:9

**faster** 75:22

**fat** 32:19 44:24

**fat-containing** 35:16,24

**February** 39:8 43:20 47:16 53:22 61:6 64:13,16,23 65:7 66:9 71:3 72:16 74:13 77:8

**fell** 25:16

**fellowship** 13:13 22:1,9,17 23:2

**felt** 6:21

**field** 41:18 43:3 63:13

**figure** 36:6

**film** 28:7 76:4 77:17

**finalized** 7:18

**finally** 26:12 28:4

**find** 17:8 30:4 66:2

**finding** 50:17 52:6 53:1,2 56:20, 21 57:14 65:13

**findings** 7:16 13:23 17:5 32:3 59:15 79:9

**fine** 4:22

**finish** 5:9

**finished** 13:15

**fire** 61:14

**flare** 61:13

**flash** 16:20

**flaw** 28:4

**Florida** 13:3

**fluid** 45:7

**fluoroscopic** 14:10

**fluoroscopy** 39:22

**focal** 38:11,21,22 39:1,7 47:20 49:9 60:1 63:20

**focus** 65:3

**follow** 5:22 43:13 70:2

**follow-up** 47:14 52:16 61:22 72:16, 19 73:3,12 79:21 80:23

**forefront** 81:14

**forgot** 9:5

**form** 9:19 10:14 12:6 14:10 29:19 41:24 63:16 77:15

**format** 6:13 16:4 39:14

**formed** 11:5,9

**found** 17:11 19:23 30:8 69:15

**foundation** 42:1,17 66:14

**four-centimeter** 68:13

**freestanding** 16:2

**Friday** 82:2

**full** 41:18 63:1,24 82:3

**fullness** 51:9,11, 19 64:18

**function** 78:3

---

### G

**gain** 16:13

**gallbladder** 32:12

**gallstones** 18:21

**gaps** 63:11

**gas** 31:17

**gave** 26:1 34:17

**general** 13:10,14 14:2,24 32:5,10 56:8 80:7,12

**generally** 8:21 16:12 29:13 32:22 44:6 58:11 65:18 77:4 78:20

**generated** 37:22

**geographic** 28:24

**GI** 14:12

**give** 17:11 18:2 19:18 21:8,9 24:4 29:9 30:9 66:1 79:6

**gland** 14:17

**glands** 32:12

**good** 37:4,13 41:7

MICHAEL RACENSTEIN, M.D.

October 17, 2019
Index: graduated..injections

42:2,3,9,13 56:19
57:12 65:20 81:19,
22

**graduated** 13:9

**granuloma**
27:12

**granulomas**
27:13

**great** 6:3 42:9

**greater** 77:2
78:21

**gross** 8:10 78:13

**ground** 4:20

**group** 28:8

**Grove** 4:15

**grow** 70:12 72:21
73:4

**growing** 70:8

**growth** 20:21
74:2 76:14

**guess** 9:11 16:10
17:2 20:9 29:11
32:4 43:16 44:19
47:12 48:24 49:4
50:22 51:9 52:13
55:18 64:21 66:7
67:9 68:7

**guidance** 14:15
16:10 17:21 19:14
59:1

**guide** 14:6 79:11

**Guys** 79:20

_____

**H**

**habitus** 31:22

**half** 7:9

**hand** 6:3 12:14

**handheld** 63:19

**hands** 31:20

**hanging** 37:21
38:4,5

**happen** 29:10
47:6 48:3 72:24

**happened** 68:10
72:6

**hard** 35:1 36:13
63:17

**harder** 49:15

**head** 5:6,7

**heads** 17:11 24:4
30:9

**healthcare** 14:1
24:8,10,18,23

**healthy** 45:3

**heart** 32:11 55:10,
11

**helpful** 25:12

**hematoma**
25:16,17

**hematuria** 8:10
11:22 18:4,9 23:7,8,
9,15,18 39:16,19
40:2,18 41:2,7,23
48:19 50:18,19,21
72:15 74:5 78:6

**hepatic** 54:15

**hernia** 18:18

**heterogenous**
44:13 46:10 47:13
57:21

**Hey** 30:7 37:9
61:15 66:17

**hidden** 20:6,10

**hide** 28:4

**high** 29:22 40:1
45:4

**high-
frequency** 39:10

**higher** 30:2

**highly** 69:19
73:24

**HIPAA** 16:14

**historical** 9:16

**history** 18:11

**hit** 42:7

**Holt** 4:6,7 9:10
11:3 12:12 19:8,9
31:1 41:9,21 42:15
43:5 61:22 62:1,17
63:23 67:4 79:21
80:2 82:1

**home** 25:19

**homogenous**
44:12

**hone** 18:24

**hoping** 51:3

**hospital** 75:3,10
80:14,20 81:2,5

**hospitals** 75:6

**Hounsfield**
34:23 35:20

**hour** 7:9 50:22

**hours** 7:1,3,4
26:10

**human** 34:15
78:11,12

**hundred** 15:20

**hundreds** 25:9

**hydronephrosi
s** 50:6,9,14,15,18

**hypertension**
47:3 67:24 77:23

**hypertensive**
47:4

**hypothetical**
40:20 41:13 42:18

_____

**I**

**idea** 17:10 62:9

**identification**
4:2

**identified** 25:17
26:3 27:8,11,15
36:5 48:18 50:4
67:7 76:19

**identify** 29:16
39:3 40:15 56:17
57:5 60:19

**idle** 70:2

**ill-defined** 38:18
60:4

**Illinois** 4:15 28:10

**image** 14:4 15:10,
19 18:24 31:13,21
32:1 36:20 52:4
73:20 80:9,10,11

**imaged** 73:18

**imagers** 58:15

**images** 6:12,14,
22 7:10,11,15,20
8:20 10:1,7 12:9
15:7,16,18 16:3,8,
13,18,19,22,23
18:5,7 31:4,7,8 35:7
37:15 38:6 50:1
62:8,19 71:15 72:2,
8 73:9 75:1,23 79:8

**imaging** 6:16
8:1,12,22 9:18,20,
21 10:6 13:14,21
14:5,11 17:13,19,23
19:10 20:3,16,18,22
24:6 29:14,15 32:3
33:18 36:18 39:18
48:22 59:1 61:4
65:13 66:23 73:3
74:8,19 75:12 79:9,
11 80:8,15

**important** 5:3
10:2 63:4 66:21

**incarcerated**
24:11

**incidental** 27:9

**incidentally**
19:21,24

**incites** 68:14

**inclined** 37:9

**include** 13:1
14:14 18:17,18,20
32:24 36:18,20
40:13 43:21 63:8,9,
12

**included** 10:4
13:11

**includes** 9:12
18:24 32:11

**incomplete**
40:19 41:12 42:18

**incorrect** 44:3
48:11

**increased** 76:15

**Indiana** 13:2

**indication** 8:14
9:4 17:24

**indications**
8:11 9:13,14 62:9,
13

**indicators** 43:16

**individuals**
24:11

**infiltrating** 52:8
53:4

**infiltration** 49:7
55:5

**infiltrative** 38:8,
11,16,17 45:13
47:17,19,23 48:6
52:1 54:22 59:21,24
60:4,12

**inflammatory**
21:5

**influence** 12:8
18:11

**information**
49:22 63:6

**informational**
10:15

**injections** 14:12

MICHAEL RACENSTEIN, M.D.

October 17, 2019
Index: inside..lot

**inside** 39:12

**instance** 18:3

**instruction** 17:22

**insufficiency** 47:5 67:24 78:1

**intensive** 41:4

**interact** 14:7

**interaction** 30:6

**interactions** 29:11,13

**interest** 35:21

**interior** 32:14

**internist** 66:16

**internists** 40:24

**internship** 13:10

**interpret** 13:23 32:1 57:23 79:8

**interpretation** 6:14 31:19

**interpretations** 79:8

**interpreted** 24:2 26:12 44:1 48:10 62:14

**interpreting** 17:22 37:15 49:13 59:9

**interprets** 17:17

**intervenous** 41:5

**interventional** 14:13 58:24 79:3,5, 10

**intraoperative** 29:24 39:22 55:24 56:3,11,20 57:13 68:21 69:4,14

**introduced** 59:9

**invasive** 60:5

**involve** 14:5 24:17 81:16

**involved** 24:22 25:24 32:24 74:19

**involvement** 38:14

**irregular** 33:16

**ischemic** 28:6

**isodense** 65:23

**issue** 29:21

**issues** 11:13 12:5 59:8 75:16,19 80:16,18 81:11,13

**iterations** 38:1

**IV** 12:1 26:5

**IVC** 53:7,23 55:5 56:16 69:23 70:13

---

**J**

**Jeremy** 9:5 79:17 81:21

**job** 32:22

**Joe** 62:12 74:20

**joins** 9:8

**joint** 14:12

**July** 34:2 37:4 38:11 54:23 55:3 70:16,22,24 72:18 74:3

**jumping** 66:8 76:23

**June** 13:16 54:8 55:3 69:3 76:4,13, 17

**jury** 12:4,8

---

**K**

**K-O-S-I-E-O-W-S-K-I** 10:24

**Kent** 4:10 11:6

**kidney** 18:21 20:15,16 21:1,7,9, 10,14,16,19 23:17 24:5 32:13 33:6,10, 11,24 34:3,11,22 35:14 36:21 38:24 39:5,6 40:3,15 44:2, 3,5,14,23,24 45:3,7, 8,12,16 46:5,8,10, 13 47:16,18,21,22 48:1,3,11,17 49:3,8 50:4,12 51:8,12,15, 20,22 52:1,3 53:5 54:22 57:17,20 58:3,7,23 59:1,3 60:5 64:9,11,12,14, 17,19,22 65:1,4,7, 15,23,24 66:4,10, 18,19 67:10,12,16, 17,22 68:6,12,14 69:21 71:8 73:15 77:20 78:4,18

**kidneys** 20:19 21:5,8 23:21,22 31:18 33:17 34:8 40:11 43:1,2,4,21, 23 44:7,9,11,16,22 45:17 49:10,12 59:11 68:9 78:8,11, 16,24

**kind** 15:6 16:10 20:9,24 29:11 33:4 35:6 36:24 60:2 62:24 63:24 66:7,18 73:8

**kinds** 39:24

**knowing** 69:2

**knowledge** 18:7

**Kosieowski** 10:23

---

**L**

**land** 32:11 63:1 64:1

**laparoscopic** 30:1

**laparoscopically** 59:3

**laparotomy** 56:5

**large** 20:14 25:21 31:22

**larger** 42:3 44:2 45:18 46:5 78:24

**lawyer** 9:7

**lay** 63:1,24 64:1

**layout** 32:10

**lead** 68:11

**leads** 53:9

**leave** 71:13

**leaving** 61:16

**led** 26:13 61:1 74:16

**left** 32:13 33:11 43:21 44:1,3,13 46:6,7,16,20,23 57:21 67:17,21,22 68:3,4,14

**left-lower** 18:15 27:9

**legs** 63:9

**length** 45:22 46:6 78:21

**lesion** 35:24 43:19 47:20 52:18

**lesions** 29:22 30:11 35:15 54:2,4, 13,14 55:15,22 57:4,14 66:2 69:5, 12,16 70:14 76:3,8, 13,16 77:15

**lethal** 61:17

**letterhead** 26:22

**level** 45:24

**license** 12:24 28:14

**light** 61:14

**laparoscopically** 59:3

**laparotomy** 56:5

**likelihood** 29:23 40:1

**Likner** 25:14

**limit** 31:19

**limitations** 57:3

**limited** 29:14

**limiting** 43:3

**limits** 46:9

**linked** 38:2

**list** 19:1 25:13,23 26:10

**listed** 8:5 24:14, 22 50:5 80:15

**lists** 7:24 10:11

**live** 28:24 80:19

**liver** 29:21 30:4 32:12 52:17 54:1,4, 5,13,15,16,18 55:6, 15,22,24 56:3,9,10, 11,17 57:4 68:20, 21,23 69:8,15,23 76:3,8,20 80:4,9,10, 11

**lobe** 27:9

**localizations** 14:16

**localized** 73:7

**located** 64:18

**location** 64:15

**log** 16:7,14

**long** 6:23 7:2 72:5, 20

**longer** 75:7 80:16

**longstanding** 47:3,4 67:24 68:16

**looked** 7:14,20 45:21 49:18 57:10 62:8 77:8

**Los** 13:10

**lot** 21:10 32:9 80:22

MICHAEL RACENSTEIN, M.D.

October 17, 2019
Index: low..object

**low** 35:18,19,21 44:23 45:3

**lower** 39:1,5 46:14 50:13 54:14

**lumbar** 14:12 32:16

**lump** 60:6,9

**lung** 17:9 26:3,20 27:5,13 32:11

**lymphoma** 21:4 23:22

**M**

**M.D.** 4:3

**made** 46:3 48:5,6, 7,21 49:1,14,23 68:22 71:11

**main** 20:18

**make** 5:18 14:3 17:4,9 31:13 33:10 37:1 39:3 40:21 49:4 56:23,24 58:17 59:5 70:8

**makes** 9:17 34:11 35:3 39:7 60:10 61:18 78:14

**making** 31:18 38:17

**malignancy** 57:22,24 58:1,2,5,8, 10 71:4

**malpractice** 25:2

**mammograms** 15:1

**man** 25:16 32:17

**manage** 29:8

**managed** 29:15

**March** 12:20

**margins** 33:15, 17 66:5

**marked** 30:15 31:3

**mask** 60:2

**mass** 17:9 33:3,5, 9,20 34:2,9,11,21, 24 35:21 36:4,11, 16,23 37:3,10 38:23,24 42:13 43:11,14,17 44:14 46:11,12 47:8 49:8, 14,15 50:3,10,11,20 51:11 52:18,20 53:5 55:4 56:13 60:3,9 65:19,21 76:24 77:4,5,7

**masses** 35:14 42:6 43:7,10 45:13 52:16 54:10 56:10 65:20

**matches** 37:23

**material** 40:11 41:5,6

**matter** 6:8 73:23 74:10

**meaning** 31:10 34:17

**means** 31:6 33:4 38:14,17,22 50:8 51:5,14 81:8

**meant** 38:21 80:17 81:1

**measure** 49:9

**measured** 46:6, 7,12

**measurement** 34:12 35:6,13 53:12

**Medicaid-based** 81:3

**medical** 4:14 8:7, 19 11:6 13:7,9 16:13 18:11 25:1 28:14 57:11 81:11

**medicine** 14:24 21:21,23 22:1,3 80:10

**medulla** 45:2

**meeting** 8:23

**mention** 57:2 75:23

**mentioned** 21:13 64:7 74:24 76:22 77:22 79:4

**Mercy** 75:10 80:14 81:2

**met** 4:8

**meta** 57:9

**metastases** 30:4,8 54:10 68:20, 23 69:1,5,8

**metastasizes** 77:15

**metastatic** 21:4 23:21 55:5,21 69:23 70:13 73:7,16 80:6

**Metwalli** 10:12

**Michael** 4:3,12

**microscope** 58:14

**mid** 39:1,5 46:14

**middle** 27:10 52:13

**millimeters** 56:19 57:15 65:16

**mind** 61:19,20

**minus** 34:15,19 35:23

**misled** 48:12

**missed** 26:20

**modalities** 20:18

**mode** 81:4

**moment** 30:23

**money** 27:20 81:7

**months** 27:14 48:2 51:19 52:11

72:24 73:18,23 74:14 75:12,21

**move** 43:14 51:2 54:8

**moved** 13:16

**moving** 33:23 38:20 39:8 52:22 55:18

**MRI** 14:24 20:18 23:15 26:2,9 36:21 37:13 39:20 43:11, 13 49:3 69:10 80:11

**multiple** 13:11 73:18 76:8

**multiplicity** 76:15

**myelograms** 14:13

**N**

**named** 26:23 28:9

**names** 37:24

**Nate** 31:2

**Nathaniel** 4:8

**necessarily** 20:13 39:4 51:21

**needed** 58:20

**needle** 14:15 58:24

**negative** 30:8 58:4

**neoplastic** 61:2, 6

**nephrology** 22:22,24 23:2,4

**neurologists** 29:4

**neurosurgeon** 28:2

**nice** 27:20 46:16

**nods** 5:7

**nodule** 27:9,10, 11,14

**noise** 31:21,22

**noncontrast** 40:3,13

**normal** 30:3 33:10,14 34:10,22 35:4 36:8,23 38:18 39:5 44:4,8,16 45:2 46:9,16,20,22,23 47:22 48:1,11 52:19 54:15 55:1,4 60:3,5 66:5,21 69:21 78:23

**northwest** 29:1

**Northwestern** 13:8

**Nos** 4:1

**note** 33:23 36:10 52:22 59:8 69:18

**noted** 55:7

**notes** 8:22 62:2,3, 8,19

**notice** 20:4 49:11

**November** 27:2

**novo** 37:11

**nuclear** 14:24 80:10

**number** 14:13 34:14,15 35:22,23 78:17

**numbers** 34:13 78:21

**numerous** 57:8

**O**

**oath** 4:23

**object** 12:6 29:19 40:19 41:12,24 42:17 63:16 66:14

MICHAEL RACENSTEIN, M.D.

October 17, 2019
Index: obscured..prepared

obscured 40:10
observation 48:5
observed 67:3
obstructed 45:8
obstructing 50:20
obstruction 21:6,14 42:4 50:9
obstructive 40:4
obtain 16:18
obtains 8:23
occurred 6:15
October 6:6 7:16,17,18 72:20
offered 27:20,22, 24
older 70:3
oncologists 79:15
oncology 22:13, 15,17,19
one-centimeter 45:18
open 16:22 38:6 62:16
opened 56:7
openly 59:3
operating 30:1,5 56:5 59:2
operation 28:2
opine 12:11
opinion 10:16 31:11,12 69:17 70:15 71:3,6 72:7 73:24 74:6
opinions 9:20 10:14 11:5,8,12,17 12:4,9,11 28:20 29:16 55:19 69:18

opposed 38:24 39:2 60:6 75:14
opposite 46:19
options 39:18
order 9:2,12 19:11 36:15 40:22 73:21,22 74:9 75:4, 24 81:5 82:1
ordered 17:14,20 19:5 37:2 43:2
ordering 9:3
orders 17:17
organ 38:15 78:14
original 7:9 75:12
originally 10:7 73:13
outcome 12:3 49:17
outer 44:22 45:4
overread 24:2

P

PACS 16:5,7
pain 18:16,20 27:7
pancreas 32:13
paper 57:6
paragraph 28:19 52:14 55:21 57:19 60:23
paranephric 51:5,7,20
parenchyma 54:16 60:3
part 18:17,23 21:19 39:6 44:22,24 45:4,5 48:1 51:12 63:8
partners 28:7

parts 32:9,21
pass 43:19
past 38:2 68:10
pathologic 45:20
pathologist 58:13
pathology 29:7 32:23 80:7
patient 8:24 14:11 16:19 17:7 19:15 24:5 25:19 26:4,6,14,23 27:6, 13 28:1,9 31:15 40:1 56:6,14 68:17 72:14 73:15 75:18 78:3 81:10
patient's 13:24 18:10 19:2
patients 14:7,10 23:9,14 30:5 31:17, 20,22 40:2 41:16 47:2 70:3 72:23,24 73:17 75:11,19 81:11,18
pattern 59:21,24 60:1,4,13
PDF 82:3
pelvis 27:7 41:19 50:11 63:10
pending 5:18 27:1
penile 32:17
Pennsylvania 26:1
people 58:17 61:8 78:15,24 79:7, 14 80:18,20,22
perceive 20:13, 22 34:11 35:1 39:5 59:17 77:6
perceived 37:3 43:11 46:18 47:20 67:18 73:15

perceives 67:2
percent 15:20 30:4 78:22
percentage 78:24
perceptibly 44:3 49:12
perform 14:18,19 17:14
performed 8:12 18:1 31:9 34:6 49:7 56:1,12 63:21
performs 15:2
period 71:10,18 72:4,9 73:5
peritoneal 32:19
permanent 26:13
person 15:11 59:16
personal 15:22 23:11
PET 15:1
phone 17:4,10
phonetic 25:14
phrases 51:4
physician 9:3 15:14 16:7,16,24 17:10,17 19:11 37:1 41:15 59:14 66:13 68:8
physicians 16:11 17:15 19:5,12 28:21 29:17 48:12 62:3 67:6
pick 65:15
picture 16:4 39:14
pictures 13:22
pieced 63:15,17
Pittsburgh 26:1

place 12:21 39:2 47:15 61:5 74:15
places 80:19
plain 28:7
plaintiff 4:9 25:4, 8,15,24 26:15 27:22 28:3
plaintiff's 11:19 12:15
plan 11:11
planning 61:10
point 5:16 11:24 38:11 49:4,23 55:10
pointed 8:14
pole 34:3 36:11 38:23 39:1 44:14 46:11,14 49:9 50:12 51:10,20 64:8,18
poor 81:3
pop 16:21
population 78:23 81:3
portion 59:4
post-contrast 40:13,14
potentially 45:20 50:19 61:16
practice 8:19 14:3 28:24
practitioner 40:24 66:16
pre-marked 6:4
preference 15:22
preliminary 41:7
premarked 4:2 12:14
prepare 8:2
prepared 7:15 12:22

MICHAEL RACENSTEIN, M.D.

October 17, 2019
Index: presence..renal

**presence** 53:3
61:1

**present** 20:22
36:16 38:9 49:8
52:21 55:23 76:4
77:14,15

**presentation**
59:22 60:7,10,24
71:8

**presentations**
60:16,20

**presented** 74:5,
12

**pretty** 20:5,7
23:21,22,24 31:3
33:10 35:4 42:5
46:8 51:21 57:12
65:5 69:23

**primarily** 79:16

**primary** 16:24
19:4,10,12 28:21
29:4,7,17 66:12
67:5 68:7 74:15

**prior** 8:20 37:7,22
38:1

**prisoner** 24:22

**prisoners** 24:17

**privy** 74:17

**probe** 56:8

**problem** 73:19

**problems** 19:2
26:14 29:6

**procedure** 14:5

**procedures**
5:22 14:14 79:11

**process** 38:8,17
39:7 47:16,23 48:6
52:1,9 53:5 54:22
58:16 60:5 61:7
68:5 73:18 75:11

**processes**
45:13 80:15

**professionally**

28:12

**progress** 70:19,
24 72:21

**progressed**
11:24 55:8

**progresses**
73:11

**progression**
55:4 72:9 73:9

**progressive**
54:9,10 55:7,14
70:16 73:17 74:1

**prompted** 36:3
49:2

**prospectively**
37:5 69:2

**prostate** 32:18

**protected** 16:14

**protocol** 38:4,5

**protocols** 37:21

**prove** 27:15

**provide** 15:24
16:1

**provided** 11:1
24:10

**provision** 24:18,
22

**pull** 37:22

**punctures** 14:12

**purely** 15:20

**puss** 79:12

**put** 11:13 34:18
35:20 56:8 58:24
63:12 78:17 79:12

**Putting** 51:6

**pyelograms**
39:21

**pyelonephritis**
21:6

---

**Q**

**quadrant** 18:15,
20 27:6

**qualified** 28:20

**quality** 31:5,10,
14

**query** 66:17 68:12

**question** 5:9,11,
14,18 18:24 29:20
38:15 40:6

**questions** 5:5,
21 11:13,16 55:17
61:23 79:18,22
81:20

**quick** 24:4 61:19

**quicker** 71:11

**quickly** 4:20 48:3

---

**R**

**Racenstein** 4:3,
12

**radiation** 41:4,6
79:15,16

**radiologist**
13:24 17:13,14,16,
18,21 19:14 25:18
26:11 28:3,8 29:13
31:11 36:5 48:21
49:13 58:24 59:10,
18 60:15 66:17,22
67:21 74:18

**radiologist's**
15:21

**radiologists**
58:11 79:7,10,14

**radiology** 6:20
13:12,18,19,20,21
15:4 19:13 23:13
76:7 79:4

**range** 34:17

**rate** 39:13

**reach** 11:11

**read** 10:15 14:20
28:7 30:7 32:5 36:5
50:2

**reading** 8:20
20:3 37:11

**realize** 37:20

**reason** 5:24 36:1,
7

**reasonable**
56:16 60:15 66:12

**reasons** 80:15,
22

**recall** 24:24 76:6

**receive** 62:18

**received** 7:10
10:9 12:16 62:22
74:7

**receiver** 67:1

**receiving** 59:15,
16

**recent** 12:19

**recently** 24:15

**recognize** 6:5

**recognized**
61:6

**recommend**
17:19 59:7

**recommendati
on** 37:1,5 48:22
56:22,24 59:5

**recommendati
ons** 19:18 29:9
48:24

**recommended**
80:23

**record** 4:11 5:3
6:23 9:6 30:23,24
61:21

**records** 6:17,19,

21 7:11 8:4,9,15,16,
19 71:24

**REDIRECT-
EXAMINATION**
80:1

**reference** 9:18
29:3

**referenced** 9:19
72:11

**referring** 17:10,
17 30:14 41:14

**reflecting** 78:17

**regard** 57:17

**region** 35:20

**regular** 33:15
82:3

**relate** 29:14

**related** 29:6,21
75:16,17,18 78:6

**relative** 36:23
53:8 54:15 57:21
58:7 66:19 67:16
71:18

**relevant** 6:21
9:24 10:4 74:18

**rely** 15:15,20

**relying** 17:16

**remember** 49:20
64:17

**remind** 4:20

**remove** 59:3

**removed** 74:3

**renal** 11:21 18:6
19:23 20:2,11,12
21:4,6,11,13 23:18,
19,24 24:3 29:6
33:3,5,9,14,20
34:21,24 35:5 36:8,
23 40:1,6 42:4,6,9,
11 43:7,10,14 44:1,
12,13 46:20 47:4,5
48:17 50:11 51:13
53:5 57:19 59:21

MICHAEL RACENSTEIN, M.D.

60:3,7,11,13,16 64:8 65:19,20 67:21,24 68:17,18 69:18,24 70:1,3,4, 10,11 74:1 76:24 77:4,7 78:1,3

**render** 6:13 13:23 28:20 31:11 72:7 79:8

**renewals** 12:24

**renewed** 13:1,2, 3,4

**rephrase** 5:12

**replaced** 48:4 69:22

**replaces** 60:5

**replacing** 38:24 68:5

**report** 6:5,11 7:2, 15,18,23 8:2,22 9:18 10:5,20 11:1,4, 8 15:14,15,19,21,24 16:2,8 24:13 26:22 28:17 29:16 32:2 33:1 45:17,21,22 47:6 48:14 51:4 55:18 59:6,11,15,17 64:6 76:7 79:9

**reports** 6:20 7:14 8:1 10:1,6,8,12,14 30:14 50:2 62:12,15

**represent** 4:9 7:4 45:12

**represented** 26:14

**request** 6:19 16:19 19:15

**requested** 9:3,4, 13

**requests** 11:16

**require** 17:5,12

**requires** 34:16

**requisition** 8:21 9:1,2,11 62:2,18

**requisitions** 62:7

**research** 57:2,5, 16

**residency** 13:12 21:23 22:7,15,24

**residual** 34:7

**resolve** 12:5

**resolved** 26:24

**respond** 5:6

**response** 80:3

**responsible** 58:21

**rest** 46:13 49:7

**result** 17:23 40:4 50:9

**results** 14:21

**retained** 6:8 10:21

**retrograde** 39:21

**retroperitoneu m** 32:14,19

**retrospect** 54:1

**retrospectively** 69:2

**return** 39:12,13

**review** 6:12,24 7:9 8:7,9,16,20 9:22 10:6,20 15:16,18 16:8 31:7 62:10

**reviewed** 6:17 7:21 8:1,4 9:21 10:7 25:13 31:5

**reviewing** 62:2

**revoked** 28:15

**ribs** 32:16

**rides** 81:6

**right-lower** 27:6

**right-upper** 18:20 36:11 51:10 64:8,18

**ROI** 35:20

**role** 13:24

**room** 14:11 30:1,5 40:23 41:16 56:5 59:2

**routine** 17:7

**routinely** 24:3

**rule** 58:1

**rules** 4:20 16:10

**ruling** 57:24

**runs** 40:15

**Rupcich** 7:8,12, 17,19 9:5 10:23 12:6 19:7 29:19 30:17,20 40:19 41:12,24 42:17 62:15 63:16 66:14 74:23 79:17,20 81:20,23 82:3

**Rush** 57:11

---

## S

**SAITH** 82:5

**sake** 10:15

**sat** 26:9

**save** 81:7

**scale** 34:13

**scan** 18:4,12 20:17 21:2 23:14 27:7 30:3,7 32:4,6 33:3,8,23 34:2,4,5 37:3,13,23 38:1,3,6 39:10,23 40:8,18 41:10 42:12 43:13, 24 45:14 47:14 49:5,6,14 52:15,21 54:8,17,23 55:13,23 56:9,13,15 63:1 64:3,7 68:23,24 71:17 72:16,19 80:3

**scanning** 57:3

**scans** 15:1 20:11 23:9 24:2 29:24 30:10 37:24 40:12 62:6,9,11 65:17 69:1 70:7 80:10

**section** 7:23 9:19 10:11 24:14 28:18 55:18

**seek** 80:22

**select** 6:17

**seminal** 32:18

**send** 48:13 61:13

**sense** 5:19 9:17 50:3 61:18 78:14

**sensitive** 69:11

**sensitivity** 30:2

**sentence** 29:3 52:22 60:23

**September** 6:9 7:9,12,13 55:13 70:17 71:1 72:3,19 76:14

**sequence** 6:15 73:20

**series** 5:4 40:12 61:4 71:15 72:2 73:9 75:1,23

**serve** 14:2,3

**served** 24:15,21 25:1

**services** 24:10, 18,23 81:3

**set** 18:6 63:12

**setting** 71:16,20

**settings** 75:6 76:1

**settle** 27:19

**severe** 68:18

**shadow** 65:4

**shakes** 5:7

**shape** 20:15 21:1, 11

**short** 71:18 72:4 73:20,22 74:9 75:4, 24

**shorter** 75:15

**show** 8:15 12:10 72:8 76:24

**showed** 6:14 26:3 27:8 74:1

**shown** 52:3 57:12 64:16

**shows** 35:4 45:3 51:19

**shrinking** 77:20

**sic** 10:24

**side** 46:16 57:22 66:19,20 68:1,13

**sides** 31:21

**sign** 23:8 48:13 61:13

**signal** 36:22 44:23 45:3,4

**signature** 44:23 45:1 65:2 81:23

**significance** 47:12

**significant** 17:5 31:16,21 42:19 44:11 47:1 48:16 49:11 50:17 51:21 67:10,15 78:18

**significantly** 11:24

**signs** 9:15 74:1

**similar** 57:16 73:9,13

**single** 23:14 63:22

**sit** 70:1,8,14

**situation** 19:18 36:24 42:21 48:20

MICHAEL RACENSTEIN, M.D.

October 17, 2019
Index: size..technology

**size** 20:20 21:1,11 42:7 44:7,10 48:16 49:10,11 65:9,10 66:11,16,23 67:2, 10,12,13,15,20 68:9 69:9 77:7 78:8,11, 12,14,17 82:3

**sizes** 45:16,17 59:11

**skill** 18:6

**skips** 63:11

**slice** 54:17

**slices** 63:10

**slow** 73:17

**small** 20:14 30:8 32:18 33:6 40:10 57:14 65:15,21 66:1 69:5,8 76:18,19 78:23

**smaller** 42:7 45:18 56:18 65:14 67:23 68:4 69:12 77:6

**smooth** 33:10,15 35:4

**social** 75:16 80:16

**soft** 36:22 69:12

**solid** 42:12

**someone's** 18:15

**sonogenic** 31:18

**sonographic** 65:2

**sort** 8:19 9:22 39:23 49:23

**sound** 39:11,12 43:19

**sounds** 33:14

**source** 39:12 48:18

**sources** 13:21

**speak** 19:13

**speaking** 76:1

**specialties** 13:11

**specific** 6:19 9:16 14:4 19:1 29:2 65:2

**specifically** 10:17 29:14 42:24 57:7

**speculate** 64:21, 24

**spend** 6:23 7:2

**spent** 7:5

**spine** 26:2,21 28:1 32:16

**spleen** 32:13

**spoke** 7:12,19

**spot** 39:1 64:20

**spots** 45:12

**spotted** 59:8

**staff** 16:12 75:10 81:17

**stage** 12:1 26:5

**staging** 80:12

**standard** 44:8

**standardly** 63:21

**start** 40:3 41:8,10 66:3

**starting** 31:3 32:3

**starts** 7:24

**state** 4:11 13:1,2 28:19 57:20

**stated** 67:17

**states** 11:5

**station** 35:10

**stenosis** 68:17

**stereotactic** 14:15

**stone** 40:2,7,10 50:11,20 51:15,22 64:9 65:5,7

**stones** 18:21 21:7,14,16 40:4,5, 10 42:3 45:12 64:11,12,14,17,19, 22 65:1,11,14,15

**stored** 16:4

**story** 49:21

**stricture** 50:20

**structure** 52:20

**structures** 32:17,18

**studies** 8:1,12,13 9:20,21 14:12 37:12,14 57:8 61:4

**study** 9:4,19 17:18,20,24 18:1,24 20:3,16,22 26:9 33:24 35:4,5 36:5, 19 37:7,22 40:13,14 41:19 52:15,16 55:24 63:5 64:14 73:12 76:20 80:4,5

**subdural** 25:16

**subjective** 15:4

**submit** 15:14 79:9

**submitted** 6:6, 16 15:9 18:8 27:12 31:7

**subsequent** 8:13

**subsequently** 25:19 26:4,23 27:16

**subtle** 73:14

**suburbs** 29:1

**succumbed** 26:5 27:17

**sue** 28:3

**sued** 26:16,19

**Sufficient** 77:10

**suggest** 20:4 36:15 68:24

**suggested** 54:12 71:4

**suggesting** 61:1

**suggestion** 36:10,12 37:13 48:6 49:14 53:9

**suggests** 53:3 58:8

**sum** 27:20

**summarize** 12:23 13:6

**Summer** 74:3

**support** 81:17

**supports** 53:1 57:2

**suppose** 71:12 74:10

**Supreme** 28:10

**surgeon** 56:7,8

**surgeons** 57:1, 10

**surgery** 11:23 13:10,11 56:14 61:10 69:8,14 72:18

**suspect** 69:3 76:9,12,17

**suspected** 58:2

**suspended** 28:14

**suspicion** 37:10 58:10

**suspicions** 58:19,22

**suspicious** 17:8 54:10 57:22 58:16

61:12

**swelling** 51:7

**switch** 30:19

**sworn** 4:4

**syllable** 51:6

**symmetric** 33:12

**symptom** 23:8

**symptoms** 9:14, 15 19:3

**syndrome** 26:8

**synonymous** 52:7 64:11

**system** 16:5,11, 17 21:16 23:23 34:7,9 42:5 45:6 50:10,14,16

---

**T**

**tag-teaming** 30:18

**takes** 47:15 68:10 75:7

**talk** 30:13 51:24 54:9 55:14 59:20 60:24 65:18 68:9

**talked** 62:2,24 66:9 68:19

**talking** 40:16 65:17 78:22 80:14

**targeted** 63:20

**taxi** 81:7

**team** 14:1

**teased** 10:3

**technologist** 8:23

**technologists** 15:3 62:3 81:17

**technology** 62:7 80:8

MICHAEL RACENSTEIN, M.D.

October 17, 2019
Index: teleconferences..uropathy

**teleconferences** 71:22

**telemedicine** 8:17 74:15

**telephone** 9:8

**tend** 78:15 81:12

**tennis** 60:2

**terminated** 55:11

**terms** 45:22

**test** 9:12,13 17:13, 17 19:18 37:2 40:22,24 41:3,7 42:21 65:13 80:13

**testicular** 32:17

**testified** 25:7

**testify** 5:24 25:4

**testifying** 4:24

**testimony** 26:2 61:23 76:3 77:14

**tests** 14:18,19,20, 23 15:2 17:14 19:5

**texture** 43:18 46:10

**therapeutic** 79:5,13

**therapy** 79:16

**thickened** 46:21

**thickening** 45:11 46:11

**thickness** 45:10

**thin** 46:23

**thing** 33:2 50:5 56:16 59:20 62:24 64:6

**things** 10:3 12:1 15:7 18:8,17 23:18 31:24 32:23 58:15 72:6,17 74:14 81:14

**thinking** 42:21

**thinned** 46:17

**thinners** 25:20

**thinness** 45:10

**thinning** 45:11 46:17,18 47:1,2 78:6

**thoracic** 26:2 32:16

**thought** 10:4 49:19 62:15

**thrombus** 52:23 53:10,19 54:11 55:5,7 56:15 69:22 70:13

**thyroid** 14:17

**time** 7:5,7 11:21, 22 20:23 30:11 33:21 35:8 37:19,24 48:7,8 49:18 50:3 51:17 52:9 53:19 56:1,12,14 59:7 61:4,5 62:22 63:22 70:9 71:10,18 72:4, 5,20 73:6,21,22 74:2,12 75:12,21 78:4 79:19

**timeframe** 11:23 69:20 74:24 75:14

**timely** 12:2 26:9

**times** 19:12 20:6 26:19 29:10 30:2,10 54:19

**ting** 62:21

**tiny** 65:11

**tissue** 36:22 54:16 69:12

**tissues** 38:18 39:11 51:7

**titled** 38:1

**today** 4:21,23 5:22 7:22

**today's** 5:4

**told** 18:10 28:2

**tool** 35:9 42:13

**top** 11:5 31:4 46:9

**total** 7:4

**totally** 44:4

**track** 50:13

**tract** 42:22

**trained** 21:20 22:5,13,21 60:19

**training** 13:6,15, 16

**transcript** 5:5

**transducer** 39:14

**transferred** 39:14

**transitional** 21:3 23:23

**translate** 63:18

**transportation** 75:17 80:24 81:4,8

**treat** 79:16

**treated** 73:2

**treaters** 71:14

**treating** 23:7,17

**treatment** 11:21

**trial** 27:2,19

**trigger** 35:12

**true** 10:19 12:17 19:20 21:20,22 22:5,6,13,14,21,23 24:16 28:22 33:19 44:18 48:2 50:7 55:16 59:23 61:13 64:5 76:5 77:18 78:10,20

**truth** 68:2

**truthfully** 6:1

**tubes** 79:13

**tumor** 26:5 52:23 53:7,10,18 54:10,

19,23 55:1,7 56:15 60:6 69:19,22 70:13 73:6,13 74:1

**tumors** 35:16 53:6 54:6

**turn** 74:20

**turned** 75:24

**turning** 11:4

**two-centimeter** 44:10 48:15 59:17 66:10 67:6

**type** 18:1 21:4 57:10 79:3

**typical** 17:21 36:1 45:22 65:5

**typically** 8:20 9:11 15:15 17:2 37:14 45:15 60:19

**TYRRELL** 79:18 81:22 82:4

— U —

**UCLA** 13:9

**ulcer** 18:21

**ultimate** 49:17

**ultimately** 25:21 26:5 40:21 58:12

**ultrasound** 13:14 14:15,24 18:6 20:17 23:15 30:1,3 31:15 39:8,9,10,15 40:17 41:2,5,11,16, 22 42:2,3,6,8,13,16, 20 43:12,17,20 44:20 45:21 46:2 47:10,15 48:9 49:2 51:17,18,22 52:9 53:19,22,23 55:24 56:3,4,9,12,20 57:13,20,24 58:4 59:9 63:19 64:1,2, 13,16 65:6,8 66:9 68:21 69:4,15 71:4, 16 72:15 74:7,13,16

**ultrasounds** 43:2,6

**unclear** 17:19

**uncommon** 23:22,24

**understand** 4:24 5:11,13,14 29:20 51:3

**understanding** 11:18

**unfortunate** 27:22

**units** 34:23

**University** 13:8 57:11

**unremarkable** 67:19

**unusual** 60:20, 24

**updates** 12:21, 23

**upfront** 62:8,21

**upper** 14:12 34:3 38:23 39:6 46:11 49:9 50:12 51:12,19 63:9

**ureter** 50:11,20, 21

**urinary** 32:17

**urine** 21:17 50:15

**urogenital** 42:22

**urograms** 39:21

**urologist** 40:23 56:7 59:1

**urologists** 29:8, 18,24 30:7

**urology** 22:5,7,9, 11 74:16

**uropathy** 40:4

MICHAEL RACENSTEIN, M.D.

October 17, 2019
Index: vague..years

**V**

**vague** 12:6 40:19
41:12 42:17 63:16
**variation** 44:8
**vary** 78:11
**vascular** 13:14
**vein** 53:10
**velocity** 39:13
**vena** 32:15
**version** 12:19
**versus** 25:14
77:15 79:2,3
**vertebral** 32:15
**vesicles** 32:18
**vessels** 32:20
**view** 41:18 43:3
63:13,24 77:12,17
**viewable** 38:9
77:10
**Village** 4:15
**visible** 33:21

**W**

**Wackman** 4:9
30:12,19,22
**wait** 81:6
**Waive** 81:24
**walked** 27:23
**wanted** 30:9
**warning** 48:13
61:13
**warrants** 19:19
**watch** 72:21
**water** 50:15
**waves** 39:11
43:19

**weeks** 73:23
74:10 76:10
**Wexford** 10:21
**Wide** 25:14
**widely** 73:7
**William** 4:9 11:6
25:14
**wind** 43:12
**witnesses** 71:14
**word** 36:12 64:10
**work** 11:11 17:12
26:10 28:20 29:17
34:13 35:10 57:11
75:6
**worked** 25:15
**working** 24:7
29:5 67:5,6
**world** 60:11
**worrisome**
66:23
**wound** 27:13
**wrong** 48:14,17
**wrote** 77:2

**X**

**X-RAY** 14:24 17:8

**Y**

**year** 70:7 73:6,16
**years** 13:13 23:13
26:4 70:2,4,9