1    **U.S. DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION**

2

3    WILLIAM KENT DEAN,            )
                                   )
4            Plaintiff,            )
                                   )    NO. 17-cv-3112
5        vs.                       )    Judge Sue E. Myerscough
                                   )
6    WEXFORD HEALTH SOURCES,       )    Magistrate Judge Tom
     INC., DR. ABDUR NAWOOR        )    Schanzle-Haskins
7    and UNKNOWN HEALTHCARE        )
     EMPLOYEES,                    )
8                                  )
             Defendants.           )
9

10                       DEPOSITION

11           Deposition of **WILLIAM SEVERINO, M.D.**, taken

12   at the instance of Dr. Abdur Nawoor, Dr. Rebecca

13   Einwohner, Kathy Galvin and Wexford Health Sources,

14   Inc., Defendants, on February 8, 2019, commencing at

15   12:58 p.m. at Springfield Clinic 1st, 800 North First

16   Street, Second Floor, Springfield, Illinois, before

17   Cheryl A. Davis, a Certified Shorthand Reporter,

18   pursuant to Notice of Taking Deposition and the

19   stipulation attached hereto.

20

21                  **DAVIS REPORTING SERVICE**
                Cheryl A. Davis, CSR #084-001662
22              Certified Shorthand Reporters
                    3 Hickory Hills Drive
23              Springfield, Illinois  62707
                     (217) 546-6868
24

2

1                    A P P E A R A N C E S

2

3        MR. WILLIAM J. STROM
         MS. CHLOE HOLT
         Jenner & Block
4        353 North Clark Street
         Chicago, Illinois 60654-3456
5        Telephone:  312/222-9350

6            (Appearing on behalf of the Plaintiff)

7

8        MR. JOSEPH RUPCICH
         Cassiday Schade, LLP
         111 North Sixth Street
9        2nd Floor
         Springfield, Illinois 62701
10       Telephone:  217/572-1714

11           (Appearing on behalf of Defendants Dr. Abdur
             Nawoor, Dr. Rebecca Einwohner, Kathy Galvin
12           and Wexford Health Sources, Inc.)

13

14       MR. JEREMY TYRRELL
         Assistant Attorney General
         500 South Second Street
15       Springfield, Illinois 62701
         Telephone:  217/785-4555
16
             (Appearing on behalf of Defendant Lisa
17           Mincy)

18

19       MS. THERESA M. POWELL
         Heyl, Royster, Voelker & Allen
         3731 Wabash Avenue
20       Springfield, Illinois  62711
         Telephone:  217/522-8822
21
             (Appearing on behalf of Dr. William
22           Severino)

23

24

1                          I N D E X

       WITNESS                                    PAGE
2
         WILLIAM SEVERINO, M.D.
3          Direct Examination by Mr. Rupcich        5
           Cross Examination by Ms. Holt           42
4          Redirect Examination by Mr. Rupcich     62

5

6

7

8

9

10

11

12

13      EXHIBITS                    MARKED     IDENTIFIED

14       Exhibit 1                    15           15
         Exhibit 2                                 33
15
        (The original exhibits were retained by the court
16      reporter and provided with all certified copies of
        the transcript.)
17

18

19

20

21

22

23

24

4

1            S T I P U L A T I O N

2            It is stipulated and agreed, by and between
    the parties hereto, through their attorneys, that the
3    deposition of **WILLIAM SEVERINO, M.D.** may be taken
    before Cheryl A. Davis, a Certified Shorthand
4    Reporter, upon oral interrogatories, on
    February 8, 2019, A.D., at the instance of Dr. Abdur
5    Nawoor, Dr. Rebecca Einwohner, Kathy Galvin and
    Wexford Health Sources, Inc., Defendants, commencing
6    at 12:58 p.m. at Springfield Clinic 1st, 800 North
    First Street, Second Floor, Springfield, Illinois;

7
            That the oral interrogatories and the
8    answers of the witness may be taken down in shorthand
    by the Reporter and afterwards transcribed;

9
            That all requirements of the Civil Practice
10    Act and the Rules of the Supreme Court as to dedimus,
    and the reading over and signing of the deposition by
11    the witness, are expressly waived;

12            That any objections as to competency,
    materiality or relevancy are hereby reserved, but any
13    objection as to the form of the question is waived
    unless specifically noted;

14
            That the deposition or any parts thereof may
15    be used for any purpose for which depositions are
    competent, by any of the parties hereto, without
16    foundation proof;

17            That any party hereto may be furnished
    copies of the deposition at his or her own expense.

18

19

20

21

22

23

24

1          <u>TRANSCRIPT OF DEPOSITION</u>

2                    (Whereupon the witness was sworn

3                    by the court reporter.)

4          MR. RUPCICH:  Good afternoon.  My name is

5     Joe Rupcich.  I represent Wexford Health Sources,

6     Dr. Nawoor, and several of the medical providers at

7     Taylorville Correctional Center.

8                    **WILLIAM SEVERINO, M.D.**,

9     called as a witness herein, at the instance of Dr.

10    Abdur Nawoor, Dr. Rebecca Einwohner, Kathy Galvin and

11    Wexford Health Sources, Inc., Defendants, having been

12    first duly sworn on his oath, was examined and

13    testified as follows:

14                    DIRECT EXAMINATION

15       BY MR. RUPCICH:

16       Q.    Could you state your name?

17    THE WITNESS:

18       A.    William Severino.

19       Q.    What's your profession?

20       A.    Physician.

21       Q.    Licensed in the State of Illinois?

22       A.    Correct.

23       Q.    How long?

24       A.    Do you include like when I was a resident

1    too?

2         Q.    Let's say fully licensed after residency

3    going forward.

4         A.    Since 2000.

5         Q.    Since 2000.

6         A.    Yeah.

7         Q.    Do you have a particular specialty?

8         A.    Yes.

9         Q.    And what is that?

10        A.    Urology.

11        Q.    Are you board certified in urology?

12        A.    Yes.

13        Q.    Has your entire practice since 2000 been in

14   the field of urology?

15        A.    Yes.

16        Q.    Can you give me a general description of

17   what the practice of urology is?

18        A.    Sure.  Urology is a subspecialty.  It's a

19   surgical subspecialty.  It focuses on the urinary

20   tract of both men, women and children, both medical

21   issues as well as surgical issues.

22        Q.    Involving the urinary tract.

23        A.    Around the urinary tract.

24        Q.    And the urinary tract would encompass what?

1        A.    In general, when people ask me, I tell them

2   kidneys, bladder, in men prostates, genitalia in men

3   and women for that.

4        Q.    So from the kidneys on down?

5        A.    Kidneys on down.  That's right.  Top of the

6   kidney to the tip of the urethra.

7        Q.    Where are you currently employed?

8        A.    Springfield Clinic.

9        Q.    You practice urology here at Springfield

10  Clinic?

11       A.    Correct.

12       Q.    Can you give me a description of your

13  practice here?

14       A.    Yeah.  We're -- or I -- you know, we're a

15  multispecialty clinic.  Our clinic -- or our urology

16  department currently has three urologists.  I'm one

17  of three.  My specific practice is basically general

18  urology.  So I don't focus on one thing per se.  You

19  know, I do a lot of different -- a variety of things

20  within urology, men, women, some kids, for that.

21       Q.    Consist of office visits as well as surgical

22  procedures?

23       A.    Yeah.  My current practice is probably

24  60 percent office, 40 percent surgery, roughly.

1      Q.    And where do you have surgical privileges?

2      A.    Currently I have them in Lincoln at Lincoln

3   Memorial Hospital.  I have them in Taylorville at the

4   hospital over there.  I have them across the street

5   at Memorial.  I have them at our Ambulatory Surgery

6   Center on Sixth Street, and I have them in

7   Jacksonville as well at the hospital at Passavant.

8      Q.    And have you had a chance to review the

9   records in this case?

10      A.    Not recently, although previously I had

11   looked at them with Theresa.

12      Q.    You performed a surgery on the patient in

13   this case; correct?

14      A.    Correct.

15      Q.    Where was that done?

16      A.    Across the street at Memorial.

17      Q.    Memorial.

18      A.    Yeah.

19      Q.    So as of the summer of 2016, you had

20   privileges at Memorial?

21      A.    Correct.

22      Q.    And did you list that currently as you do

23   surgeries there?

24      A.    I do.

1        Q.    But not St. John's?

2        A.    I do not currently practice at St. John's.

3        Q.    How long has that been?

4        A.    You know, I think we stopped going there --

5 it's been about three or four years we stopped going

6 there.

7        Q.    How long have you been at the Clinic?  Did

8 you tell me that?

9        A.    I started here in the summer of 2000.

10       Q.    Do you see patients from the Illinois

11 Department of Corrections from time to time?

12       A.    Correct.

13       Q.    How are you referred patients from DOC?

14       A.    You know, that I can't honestly tell you.

15 They show up on my list, and we see them, I mean.

16       Q.    Somebody else handles that?

17       A.    Yeah.  I mean, literally they show up on my

18 list, and we take a look at them.  We see what comes,

19 take what comes.  I mean, we don't go advertising,

20 come to see us.  They show up.

21       Q.    Right, yeah.

22           So you have reviewed these records on the

23 patient William Kent Dean, but not --

24       A.    Not recently.

1       Q.    Not recently.  Okay.

2       A.    I say whenever I spoke with those guys, I'd

3   say a month ago or whatever.

4       Q.    All right.

5       A.    You have the record.

6       Q.    And that was going to be my next question.

7   Other than Ms. Powell, have you spoke with any

8   lawyers about this case?

9       A.    Him and his partner.

10      Q.    Him being Mr. Strom?

11      A.    Yeah.  And that gentleman, whoever was on

12  the other -- I don't know who that was.

13          MR. STROM:  His name is Nathan Wackman.

14          THE WITNESS:  Yeah, that's right.

15  BY MR. RUPCICH:

16      Q.    And that was a phone call?

17      A.    That was a phone call.

18      Q.    You reviewed Mr. Dean's records in

19  preparation for that phone call or during the phone

20  call?

21      A.    During the phone call.

22      Q.    Do you remember anything about the phone

23  call or what the nature of it was, what it was about?

24      A.    Specifics, no, but it was generalities.

1      Q.    Concerning Mr. Dean's treatment at the

2  Clinic?

3      A.    Yeah.  It was just in general about what was

4  going on with him.

5      Q.    Did you give any opinions to your

6  recollection during the course of that call about

7  Mr. Dean's care, his prognosis, anything like that?

8      A.    Absolutely.

9      Q.    And what was it?

10      A.    If I remember correctly, when I saw him in

11  the office, I said if he wanted any chance of walking

12  out of prison, he would have to do that operation or

13  he would die in prison.  I explicitly told him there

14  was a chance he could die on the table and explicitly

15  told him that he might die afterwards very shortly.

16  And, you know, like I told them, I'm surprised he

17  made it out of the hospital.  I'm even more impressed

18  that he's still alive today after that.

19      Q.    Would it be fair to say that he's done well

20  postsurgically then?

21      A.    Thus far.  Thus far.

22      Q.    He's exceeded your expectations?

23      A.    He has.  He has.

24      Q.    Do you remember Mr. Dean independently of

1    the records?  Do you remember the man?

2         A.    Quite well.

3         Q.    And I represent doctors, and I hate when

4    lawyers quiz them on records without giving them the

5    records.  But generally what do you remember about

6    this fellow or --

7         A.    He was quite an animated fella, quite a

8    character.  I specifically remembering talking to him

9    and saying, you don't look like a criminal.  You

10   don't act like a criminal.  I asked him what he did,

11   what he was in for, and he was very up front about it

12   for that.

13        Q.    Do you have a recollection of his medical

14   course independent of the records?

15        A.    Roughly, yeah.  I mean, I know what we saw

16   him for, and I know what transpired after that.

17        Q.    Do you know how long it's been since you've

18   seen him?

19        A.    Probably a couple years.  Again, that's not

20   an exact, but I would suspect a couple of years.

21        Q.    I understand.  And --

22        A.    I'm sure I saw him after surgery at least

23   once.

24        Q.    And --

1          A.    Beyond that, I can't recall.

2          Q.    Were you surprised that he's still alive two

3    or so years later?

4          A.    Yeah, yeah, absolutely.

5          Q.    And why is that?

6          A.    He had a horrible disease, very horrible

7    disease for that.

8          Q.    Horrible in what sense?

9          A.    Renal cell cancer tends to behave terribly.

10   Even people that you think are going to do well

11   sometimes do terrible.  He had something that -- you

12   know, about as bad as you can see in terms of a

13   cancer of a kidney, you know, invasion into the vena

14   cava up toward the kidney.  You know, that's about as

15   big as it gets for that type of thing for that.

16         Q.    Do you mean it was aggressive?

17         A.    Yeah, yeah.  When you see a tumor that big

18   with that type of invasion, that by definition is an

19   aggressive disease.  A lot of people would not even

20   go near that.  They would send that somewhere else.

21   They wouldn't even -- they'd say, I'm afraid of this.

22         Q.    You mean not operate on him?

23         A.    Yeah.  They would never take that on.  They

24   would never even attempt that.

1    Q.    Because of the complexity of the procedure?

2    A.    Yeah, yeah, very complex.  As complex as it

3    gets.

4    Q.    Yeah, I saw that in your record.

5    A.    That is the most complex type of surgery you

6    can do, at least in urology, or in my opinion.

7    Q.    When you say that's the most complex type,

8    what do you mean by that?

9    A.    Major operation where they put him under

10   hypothermic cardiac arrest.  They basically bleed him

11   out, stop your heart.  You're dead for a half an hour

12   while you try to take the tumor out and then try to

13   bring you back for that.

14   Q.    How many times have you done a similar

15   procedure of that in your career?

16   A.    With a hypothermic cardiac arrest, this is

17   the first time we ever did that.  We've done other --

18   Kayla Thrombeck (phonetic spelling).  I mean, we

19   probably did about one a year.  You'll see about one

20   a year with that, for that.

21   Q.    This one was different because what?

22   A.    They hypothermic cardiac arrest, basically

23   stopped his heart, bled him out, and, you know, so

24   basically no bleeding for that.

1      Q.    And the purpose of that is to minimize

2   intraoperative bleeding?

3      A.    Yeah, yeah.  So you can try to get all the

4   tumor out without the person dying on the table.

5                        (Whereupon Exhibit 1 was marked

6                         for identification by the court

7                         reporter.)

8      Q.    Doctor, I'm going to hand you Deposition

9   Exhibit 1.  I'd just ask you to flip through it.

10      A.    Sure.

11      Q.    And I'm going to ask you if they appear to

12   be Mr. Dean's records from the Clinic.

13      A.    Yeah.

14      Q.    Are you familiar with these type of records?

15      A.    Yeah, yeah.  These are our standard records.

16      Q.    The standard records made by people that

17   work at the Clinic?

18      A.    Correct.

19      Q.    Okay.  Could you flip to page 20, and I'm

20   going to ask you if that was your first visit with

21   Mr. Dean, March 10, 2016.

22      A.    Yeah, uh-huh.

23      Q.    What were you seeing him for?

24      A.    He came in with gross hematuria.

1    Q. As a urologist, gross hematuria, is that a

2 nonspecific finding?

3    A. It's just blood in the urine.  Yeah,

4 basically that's what it means.  Visible blood in the

5 urine.

6    Q. Suggestive of anything in particular?

7    A. There's a whole litany of things it can

8 mean.

9    Q. What was your assessment of Mr. Dean at this

10 time?

11    A. He had gross hematuria.  He needs evaluated

12 for that.

13    Q. How did you work that up?

14    A. Currently the standard of care for gross

15 hematuria is -- what I mention there is CT IVP and a

16 cystoscopy.

17    Q. What's a CT IVP?

18    A. That's basically a CAT scan of the kidneys

19 and the tubes that drain the kidneys.

20    Q. And cystoscopy so you can check the --

21    A. Bladder.

22    Q. -- urethra and ureter and bladder?  Is that

23 --

24    A. Yeah.

1          Q.    It says he's a patient of Dr. Baron,

2     B-A-R-O-N.  Who is that?

3          A.    That actually is a typo.  It should have

4     said former.  He was my partner that retired --

5          Q.    I see.

6          A.    -- for that.

7          Q.    So the standard of care was the CT IVP and

8     then the --

9          A.    Cystoscopy.

10         Q.    -- cystoscopy, and then you're going to

11    follow up with him after those -- after the CT?

12         A.    Yeah.  Usually how we do it, typically start

13    top down.  So we'll get the CT scan and see him back,

14    see if that shows anything, and then if -- you know,

15    and then go from there with the scope for that.

16         Q.    Okay.  And it looks like you followed up

17    with him on April 14, 2016, at page 18?  I numbered

18    them down there in the lower -- actually --

19         A.    Are they backwards?  I've got 19, 17.  Oh,

20    here is 18.  Yeah.  Yeah, here we go.

21         Q.    One of these I had my secretary make without

22    -- why don't you use this.  We'll switch the sticker.

23         A.    Sure.

24         Q.    That one is not double-sided.

1    A.    Sure.  Okay.

2    Q.    This visit was April 14, 2016?

3    A.    Correct.

4    Q.    Now, is this after the CT IVP?  Are you able

5    to tell?

6    A.    According to my note, he had a CT urogram,

7    so, yeah.

8    Q.    Is that something you would have reviewed

9    the results of?  read a radiology report?  looked at

10   the film?

11   A.    Both, both.

12   Q.    Are you able to tell from your note what it

13   showed?

14   A.    According to this, it looks like he had a

15   right kidney cancer with potential invasion of the

16   vena cava.

17   Q.    What is the vena cava?

18   A.    Main blood vessel or the main vein of the

19   entire body.  You know, basically all the blood from

20   your lower extremity drains in it to go back to the

21   heart.

22   Q.    And is it in the proximity of the -- run by

23   the kidney that was affected?

24   A.    Yeah.  It's on the right side of the body.

1      Q.    So is that like a direct metastasis from the

2  kidney, or do you know?

3      A.    Well, yeah.  It's complex, but with renal

4  cell carcinoma, one of the things that it can do is

5  you can actually get a tumor or what we call tumor

6  thrombus that actually grows into the venous system.

7  There's a vein that drains the right kidney that goes

8  into the vena cava directly, and so you can actually

9  get growth of tumor thrombus that goes into the vein

10 and then goes up the vena cava or can go down and

11 then, you know, can propagate proximally or distally

12 from there.

13     Q.    And he had the thrombus to the vena cava.

14     A.    From what we could tell.  Again, the films

15 weren't great, it looks like, but for that.

16     Q.    Did the cystoscopy -- how did that fit into

17 this?

18     A.    You know, I don't think we did a cystoscopy

19 at that time.  I can't remember if we did that, only

20 because, hey, this was what we found on him there.

21     Q.    Didn't need to keep looking.  You'd found

22 it.

23     A.    Yeah.  As I say, this was a big problem.

24     Q.    Now, you made some plans for future

1    diagnostic testing and consultation in this note.  Is

2    that right?

3         A.   Yeah.

4         Q.   What was your plan going forward after

5    seeing this mass?

6         A.   Yeah.  Typically, if we see something

7    particularly that we think is in the vena cava, what

8    we've traditionally or a lot of times done is

9    coordinate or see with a vascular surgeon because,

10   again, that can be very, very difficult dissection to

11   dissect out the vena cava.  Sometimes it has to be

12   reconstructed.  So a lot of times we'll work with one

13   of the vascular surgeons as well.

14        Q.   So that would be out of your particular

15   surgical expertise?

16        A.   Well, I can do some of that, but, you know,

17   we don't reconstruct vena cavas every day.  I can sew

18   a hole up in the vena cava if I had to, but when you

19   might have to replace it with a graft or, you know,

20   encounter massive bleeding, it's probably the best to

21   do those with people that do that type of stuff every

22   day.

23        Q.   I see.  And is this a patient that you would

24   have ordered an MRI on if he didn't have a pacemaker?

1        A.    Absolutely, yeah, yeah.  This would have

2    been one that -- just because they're probably a

3    little bit better in terms of being able to define

4    the exact extent of that tumor thrombus.

5        Q.    But you weren't able to get that.

6        A.    Yeah.  They don't like to do those with

7    pacemakers there for that.

8        Q.    You wanted a chest x-ray?

9        A.    Uh-huh.

10        Q.    To look for additional metastasis?

11        A.    Mainly, yeah, to see if there was anything

12    obvious.

13        Q.    Now, this is what I think you mentioned

14    earlier.  We were able to resect this and it's

15    confined.  He might have a -- or he will probably

16    have about a 35 percent/5-year survival rate.

17        A.    Yeah.

18        Q.    And is that based off of literature that

19    you're aware of?

20        A.    Yeah, yeah.

21        Q.    Or where does that come from?

22        A.    Literature.  Yeah, I feel like the

23    literature plus experience for that.

24        Q.    Would that be like a median survival rate or

1      just sort of --

2             A.    Average.

3             Q.    Average?

4             A.    Yeah, yeah.  You would expect a high number

5      of people would die from this within five years.

6             Q.    So was this a metastatic cancer based upon

7      what you were seeing at this time?

8             A.    No.  We didn't see any obvious metastases on

9      scan for that there.

10            Q.    Would the liver have been visible in the

11     scan?

12            A.    They can be, although, again, CTs sometimes

13     aren't perfect for livers as well.  And if he had

14     something huge in there, that would show up.  But if

15     he had, you know, a centimeter or two, they may not

16     show up on that type of thing.

17            Q.    And I seem to recall from your operative

18     report that you saw a few spots on the liver.

19            A.    I thought -- yeah, I vaguely remember that.

20     I thought it looked maybe metastases for that.  Hard

21     to know.  I mean, we didn't take a piece of his liver

22     out or anything, but, you know, hard to know for sure

23     on that.

24            Q.    Is it possible that was there at the time of

1    this April CT but small enough that it wasn't

2    visible?

3          A.    Sure, yeah.  You know, CTs don't pick up

4    microscopic foci and, you know, a millimeter or a

5    centimeter foci.  You know, they're not perfect.

6          Q.    So what's the plan going forward as of April

7    14, 2016?

8          A.    You know, this was one where, you know, we

9    have a vascular surgeon.  We get our vascular

10   surgeon, and I think actually it was the one we

11   typically use.  His name is Steve Ryan.  You know, we

12   have him look at the films and get him involved and

13   then try to coordinate it to get it done at the

14   hospital, and this is where that St. John's came in.

15          You know, we had stopped going to -- it must

16   have been January of '16 when we stopped going to

17   St. John's.  That's why we wanted to see if we could

18   do it at Memorial.  That's probably with the prison.

19   I don't know.  Maybe they have a contract or did have

20   a contract, but we didn't have privileges there, so

21   that's why we had to see if we could do it across the

22   street.

23          Q.    And that's where you ended up --

24          A.    Yep.

1     Q.    -- doing it.

2     A.    Yep.  They were able to let us do it.

3     Q.    So there's something in this chart toward

4  the back called tasks.  Are you familiar with tasks?

5     A.    Yeah, uh-huh, yeah.

6     Q.    And there's some communication, it looks

7  like, between you and someone you called Steve to

8  look at the CT.  Is that the vascular surgeon?

9     A.    Steve Ryan.  Yeah, he's a vascular surgeon.

10     Q.    What are tasks in your system?

11     A.    You know, basically they're just a way of

12  communicating with, you know, whether it's staff,

13  nurses, other physicians.  You know, instead of

14  calling them on the phone, it goes -- you get a task

15  list, and you type it in, and it goes to them.  And

16  so literally it pops up immediately.  In order to get

17  rid of it, you've got to read it.  So it almost is a

18  -- it's basically a backup plan to make sure stuff

19  doesn't get missed.

20     Q.    And you can communicate internally with it?

21     A.    Yeah, uh-huh, yeah.

22     Q.    And then if you address the task, it will

23  stop bugging you?

24     A.    Well, yeah.  I mean, you have to -- there's

1    a thing called "done" a task.  You have to "done" it

2    for that.  Or if somebody sends you one, you can --

3    there's a reply.  You know, you can type them back or

4    whatever for that, or reassign.  You can send it to

5    somebody else.

6         Q.   So at page 106 of the exhibit, it looks like

7    there's some correspondence there.  4/15/16, Steve,

8    if you could take a look at his CT.

9         A.   Yeah, uh-huh.

10        Q.   That's you communicating with the vascular

11   surgeon?

12        A.   Correct.

13        Q.   To have him look at it to -- from the

14   perspective of this issue with the vena cava?

15        A.   Yeah.

16        Q.   Vena cava?  Am I --

17        A.   Vena cava, yeah.

18             MR. STROM:  I'm sorry.  What page was that?

19             MR. RUPCICH:  106.

20             MR. STROM:  Thank you.

21   BY MR. RUPCICH:

22        Q.   What other workup needed to be done on this

23   patient between April 14, 2016, and when he was going

24   to go -- undergo surgery?

1      A.    You know, as I recall, the other thing that

2    became -- I think -- and I may not be 100 percent.

3    Somehow cardiothoracic got involved.  Probably what

4    happened was Steve Ryan looked at the films and said,

5    hey, this may go up pretty high, and so then had to

6    have him see a cardiac surgeon because, again, when

7    you get into the chest, you know, to get up to the

8    heart there, we don't do median sternotomies, you

9    know, so we needed to potentially have somebody to

10   get involved with that.

11      Q.    A third surgeon.

12      A.    Yeah, yeah.

13      Q.    Okay.

14      A.    And that may have been because Steve Ryan

15   looked at the films and said, hey, I think we better

16   have a cardiothoracic surgeon available, or help or

17   whatever.

18      Q.    Take a look at page 16.  It looks like your

19   next visit.  If you can just take a minute to look at

20   it.  June 9, 2016, is that right?

21      A.    Yeah, yeah, uh-huh.

22           MS. POWELL:  You're on 17.

23           MR. RUPCICH:  Well --

24           THE WITNESS:  Yeah, but this is the --

1          MR. RUPCICH:  -- the narrative is on this.

2          THE WITNESS:  This is the part, yeah.

3          MS. POWELL:  Okay.

4    BY MR. RUPCICH:

5      Q.   What was going on at this visit?

6      A.   You know, this looks like we reviewed the

7    films with the radiologist, and they thought maybe it

8    even, you know, went up really high, which, you know,

9    is just above the diaphragm which is right below the

10   heart, and that's where we thought, hey, we might

11   have to have a cardiothoracic surgeon to be able to

12   get up above it, which would mean you have to open

13   the chest up for that.

14     Q.   And that was in June.  I'm trying to find

15   that.

16     A.   Yeah.  This would have been June 9th.

17     Q.   Okay.

18     A.   And it looks like he saw cardiology as well,

19   and that's just to get his heart checked out prior to

20   a major operation.

21     Q.   So would that have been between April 14 and

22   June 9?

23     A.   Yeah, yeah.

24     Q.   Are you able to tell what other workup was

1    being done during that time, if any?

2        A.    Well, the only thing I can say is it looks

3    like he saw cardiology sometime in between.  Whether

4    he saw somebody else, this is all I can say, based on

5    this.

6        Q.    I see that it says in your note there was no

7    evidence of distant metastasis.

8        A.    Yeah.

9        Q.    Or metastatic disease, and that's, again,

10    based upon your review of the CT and --

11        A.    Mainly the report, but also we look at those

12    too for that.

13        Q.    And I suppose the vascular surgeon's review?

14    Had you spoken with the vascular surgeon?

15        A.    That -- I don't recall for that.  You know,

16    if I did, I didn't put it in here.  I might have seen

17    him in passing or whatever, but I can't recall if I

18    did or not.

19        Q.    So as of June 9, 2016, what's our plan at

20    this point other than getting the cardiothoracic

21    surgeon involved?

22        A.    Once we get them involved, then get him set

23    up and we try to do it.

24        Q.    Is this an emergency surgery?

1      A.    An emergency?  No, no.

2      Q.    Explain the time frame in which you'd

3  schedule a surgery like this.

4      A.    As soon as we can get everybody on board,

5  you know, get everybody seen and get it scheduled.

6  You know, this is a ten-hour case or whatever.

7  You've got to have three surgeons that are available

8  for ten hours on the same day.  There's a little bit

9  of complexity in that with that because, again, if

10  it's not done right, you're guaranteed you'll have a

11  dead patient on the table.

12      Q.    Is that why you wanted these other surgeons

13  present?

14      A.    Absolutely.

15      Q.    To give the patient the best possible chance

16  for a good outcome?

17      A.    That is correct.

18      Q.    It looks like the surgery was done July 19.

19      A.    Yeah.  Now, somewhere in there I think he

20  did see the cardiac surgeon, but if I remember, he

21  saw one, but I think it turned out to be a different

22  one that actually did it because he was tied up in

23  something else, if I remember right.  I thought he

24  was going to see Hazelrigg.

1    Q.    Yeah.  Some --

2    A.    I don't know if that came up.  But then I

3  think Gopaldos was actually the one that was the

4  cardiac surgeon involved.

5    Q.    Somebody ordered another CT.  If you look at

6  page 90.

7    A.    Yeah, Hazelrigg, yeah.

8    Q.    So is that -- does that give you any more

9  insight into this?

10    A.    Yeah.  He was the guy we wanted or was going

11  to see for the cardiothoracic part.

12    Q.    Dr. Hazelrigg.

13    A.    Uh-huh.

14    Q.    And where does Dr. Hazelrigg work out of?

15    A.    I think he's still with SIU School of

16  Medicine.  He's one of the heart surgeons.

17    Q.    Who is Dr. Coakley?

18    A.    Coakley?  He's a radiologist and, in my

19  opinion, the best radiologist we have in Springfield.

20  He's our go-to guy.

21    Q.    Okay.  Look at page 102 then, at the very

22  bottom, on June 1, 2016.

23    A.    Okay.  Yeah.  So Coakley read it and wanted

24  another CT.

1      Q.    Okay.  So you had, in your opinion, the best

2    radiologist in Springfield look at the film.

3      A.    Yeah.

4      Q.    And he wanted another one.

5      A.    Yep.  And he's our go-to guy.  So if he says

6    he wants another scan --

7      Q.    You get it for him?

8      A.    He's our go-to guy.  Yeah.

9      Q.    Do you know if you saw the follow-up CT?

10     A.    That I can't say for sure.  I probably did,

11   but it was probably -- for certain the day of

12   surgery.  I don't know if I saw that particular scan

13   after that, though, for that.

14     Q.    I have a copy of it here.  I only made one.

15   I'm going to show it to you.

16     A.    In fact, I don't even know --

17     Q.    Because I don't see it in here.

18     A.    You know, again, I probably -- again, this

19   is how you know who -- this is my nurse, Julie

20   Thornton.  So my name -- it doesn't look like I was

21   in on this conversation here per se, or didn't come

22   to my task list.

23     Q.    The conversation that Dr. Coakley was

24   ordering the CT?

1     A.    Yeah.  That would have been between Julie

2   and whoever else here.  So here's one, Steve Ryan to

3   me.  This one was up here, but then these were my

4   nurse down here.

5     Q.    And you're still on the same page.  You're

6   at page 102.  You're pointing to the --

7     A.    Yeah.

8     Q.    -- May 6, 2016, 7:02 a.m. back and forth

9   between you and Dr. Ryan?

10    A.    Well, I'm looking here at 6/1/16, about that

11  Coakley wanting another CT.

12    Q.    Oh, okay.

13    A.    Oh, yeah, this would have been me -- this

14  was Steve talking to me here.  And then I -- here's

15  when I say reassign.  I had my nurse see this, you

16  know, saying, hey, we might want to have

17  cardiothoracic surgery see.  So that's where we had

18  to get Hazelrigg involved.

19    Q.    Okay.  So it's being moved forward as

20  additional surgeons are becoming involved, and then

21  they have recommendations of what they need?

22    A.    Yeah, and another radiologist and another CT

23  scan.

24    Q.    I'm going to have you take a look at

1    Exhibit 2.

2        A.    Can I grab my readers real quick?

3            MR. RUPCICH:  Absolutely.  We'll take a

4    break real quick.

5                        (Whereupon a short recess was

6                        taken.)

7    BY MR. RUPCICH:

8        Q.    Anything else you see in those tasks that

9    caught your interest?  There is one at page 119 that

10   interested me.

11       A.    Which one?

12       Q.    Page 119.  The first one, 3/1/16, 9:27 a.m.,

13   Robin Dunn.  Do you know who that is?

14       A.    I have no idea.  It might have been a

15   receptionist.

16       Q.    Caller:  Dr. Nawoo [sic], Physician; Nurse

17   Call.  Requesting to see if patient can be seen

18   sooner.  Patient has bleeding severely every day.

19   Please call.  Do you ever remember anything about

20   moving up the initial appointment?

21       A.    No.  No, I don't.

22       Q.    Take a look at Exhibit 2 for me, if you

23   would.  It's the second CT, I'll represent.  Does

24   that appear to be correct?

1      A.    Yeah.

2      Q.    Is that something you think you've seen

3   before?

4      A.    Probably, probably.

5      Q.    Now, this one does note something with

6   respect to the liver.

7      A.    Yeah.  They said widespread metastatic

8   disease.

9      Q.    Do you have any opinion on why the prior CT

10  didn't?

11     A.    It may have not been visible at that point

12  in time.

13     Q.    Just the quality of the film?

14     A.    It can be, yeah.  It can be the quality.  It

15  could have been there.  It could have been you

16  couldn't see it at the time for that.

17     Q.    Otherwise --

18     A.    You know, normally it says who ordered --

19  yeah.  Okay.  I was going to say, I didn't know who

20  ordered that.

21     Q.    So that's the treating doctor, Dr. Nawoor.

22     A.    Okay.

23     Q.    It's not the surgeon.  It probably is

24  because --

1       A.      I was going to say, it's not us, yeah.

2       Q.      Probably because the order went through the

3    treating doctor.

4       A.      Sure.

5       Q.      Take a look for me back in the chart at

6    page 59.  Is that the operative report?

7       A.      Yes.  And this would have been -- this would

8    have been mine.  The other guys probably had their

9    own as well.

10      Q.      That's your operative report.

11      A.      Yeah, this is from me, yeah.

12      Q.      And this is the procedure you described to

13   me at the beginning of the deposition.

14      A.      Uh-huh.

15      Q.      One of the most complex you've ever been

16   involved in to this day?

17      A.      Still is.

18      Q.      Still is.

19              You say the maximum complex modifier in

20   terms of nephrectomy, tediousness, size, and the fact

21   that it invaded all the way up to the -- ooh.

22      A.      His atrium, yeah.

23      Q.      I don't know what that word is, but.

24      A.      Atrium?

1      Q.    (Points on Exhibit 2.)

2      A.    Oh.  That's so when you bill, you know,

3   there's a standard level, and if it exceeds what

4   would be.  You know, a normal, you know,

5   straightforward case, you can maxi -- you know, you

6   can up the cost, the fee.

7      Q.    I thought that was a medical term.

8      A.    No, no.  It's just to try to get paid more

9   money for it.

10     Q.    I gotcha.  Understand.  Nine-hour case.  You

11  were in surgery for nine hours.

12     A.    Nine hours.

13     Q.    Was there anything during the course of the

14  procedure that was surprising based upon the

15  preoperative workup?

16     A.    You know, as predicted, it was a difficult

17  case, I mean.  And, in fact, I even think I

18  mentioned, you know, how you have a big desmoplastic.

19  It means like fibrous-type reaction, scar stuck sort

20  of.  It's maybe not a technical term, stuck, but, you

21  know, a lot of times tissue planes free up very

22  easily.  This did not.

23          MR. STROM:  Dr. Severino, would you mind

24  just repeating that "d" word that you used?

1          THE WITNESS:  Desmoplastic.

2          MR. STROM:  And could you spell that for the

3     court reporter, please?

4          THE WITNESS:  D-E-S-M-O-P-L-A-S-T-I-C.

5          MR. STROM:  Thank you.

6          Sorry, Joe.

7          MR. RUPCICH:  No.  Thank you.

8     Q.    And do you remember what surgeons were

9     actually present for this nine-hour procedure?

10    A.    Myself, Steve Ryan, and I think the heart

11    surgeon -- it was not Hazelrigg.  I think it -- I

12    don't know the guy's first name.  I think it's

13    Gopaldos would have been the cardiothoracic surgeon.

14    Q.    How many people would have been on the

15    surgical team like in the suite?  Like how big a

16    group would you have had in there?

17    A.    Probably ten.

18    Q.    Ten?

19    A.    You have an anesthetist, anesthesiologist.

20    Randy Sulaver was a resident at the time.  A couple

21    nurses.  You would have had the perfusionist for the

22    bypass part.  Steve Ryan, the heart surgeon.

23    Circulating nurse.  There would have been quite a few

24    for that.  There again, not all of them would be

1    working at the same time, but.

2         Q.    I was trying to figure out when the surgery

3    was actually scheduled, and I'm at page 83, counsel.

4    Are you able to tell from that?

5         A.    No.

6         Q.    It says on 6/24 at 1:26 p.m., Chad at

7    Taylorville aware of surgery time.  Does that suggest

8    as of that date the surgery was scheduled?

9         A.    Yeah.  She would have known on that date

10   that, hey, this is when -- Chad will schedule patient

11   to see his cardiologist.  Yeah, I guess Chad is at

12   the correctional center.

13        Q.    He is, right.

14        A.    So Julie is my nurse that schedules, so she

15   obviously talked to him.

16        Q.    Going back a page to 82?

17        A.    Yeah, somewhere the 23rd, 24th.

18        Q.    Somewhere around the 23rd, 24th of June, the

19   surgery was scheduled for the 19th of July?

20        A.    Yeah.

21        Q.    You first saw the patient, we agreed, on

22   March 10 of 2016.  Isn't that right?

23        A.    Correct.

24        Q.    And the cancer diagnosis came along with the

1    CT around April 12th to 14th.  Is that what we saw?

2        A.    Correct.

3        Q.    He had surgery July 19, 2016.  Is that

4    right?

5        A.    Yeah, uh-huh.

6        Q.    Do you have an opinion on whether this was a

7    reasonable time frame to -- from when you first saw

8    this patient to do the surgery?

9        A.    You know, obviously it took a lot of

10   coordinating and stuff.  I mean, like I said, you've

11   got to do this right or you're guaranteed the patient

12   will die on the table.  I mean, you had multiple

13   physicians' time frames.  You know, we had another

14   radiologist look at it.  You know, there's a lot of

15   coordinating here.

16       Q.    So is that a yes?

17       A.    Yeah.  I mean, I would argue I would rather

18   have it scheduled correctly than have a patient die

19   on the table because you want to try to hurry up, oh,

20   let's just do it.

21       Q.    Go to page 10, if you would.  Does it appear

22   to be an August 11, 2016, Clinic visit?

23       A.    Yeah.  This would have been post-op, yeah.

24   So I did see him afterwards.

1      Q.    Based on what when I looked through the

2    records, this looks like the last time you saw him?

3      A.    Yeah.

4      Q.    Would you have handed him off to oncology

5    then?

6      A.    Yeah.  We would have -- in fact, I think we

7    probably would have said -- yeah, want to probably

8    have him see oncology to be evaluated for that.

9      Q.    And how was he doing as of August 11, 2016?

10      A.    Unbelievably well, unbelievably well.

11      Q.    Why do you say that?

12      A.    He was talking to me and he was alive.  For

13    what he had done, that's impressive.

14         MR. RUPCICH:  I don't have any other

15    questions.

16         MR. STROM:  Okay.

17         THE WITNESS:  I mean, maybe that sounds

18    glib, but they stop -- you know, he had no blood flow

19    to his brain for a half an hour or whatever.  The

20    fact that he wakes up and can talk to you, that's

21    impressive.

22    BY MR. RUPCICH:

23      Q.    Let me ask you this.  That procedure and the

24    fashion its done, are you aware of any literature on

1    the survival rate of that?

2         A.    Specifically for hypothermic circulatory

3    arrest, no, no.  That would be cardiac stuff.  Like I

4    said, that's the first one I've ever been involved

5    with for that.  But I know for the disease that he

6    has, it's not a very good outcome.  But then to

7    actually do that, I'm impressed that he woke up and

8    was able to talk to us.

9         Q.    It was kind of a Hail Mary surgery?  Is

10   that --

11        A.    I wouldn't go that far, but, you know, like

12   I told him, if he wanted a chance to walk -- and I

13   remember him telling me, he wanted to walk out of

14   prison.  I remember him telling me that.  I think he

15   told me five years left.  I said, well, without

16   trying this, there's a guarantee you won't walk out

17   of prison.

18        Q.    He would have died --

19        A.    Died.

20        Q.    -- without the surgery.

21        A.    For sure.  Yeah, for sure.

22             MR. RUPCICH:  That's all I have.

23             MR. STROM:  Should we take five minutes?

24             MR. RUPCICH:  If you'd like.

1          MR. STROM:  Yeah.

2                      (Whereupon a recess was taken

3                      from 1:49 p.m. to 1:59 p.m.)

4                  CROSS EXAMINATION

5     BY MS. HOLT:

6          Q.    Dr. Severino, we met before, but as a

7     reminder, my name is Chloe Holt, and I'm here with my

8     colleague Bill Strom, and we represent the plaintiff,

9     William Kent Dean, and I just have a few follow-up

10    questions from your earlier testimony.

11         A.    Sure.

12         Q.    You testified before that you've treated

13    inmates from the Illinois Department of Corrections

14    facilities.  Was that correct?

15         A.    Correct.

16         Q.    Do you know how regularly?

17         A.    You know, maybe a patient a month, maybe one

18    a month, or every other month maybe.

19         Q.    From different institutions or usually from

20    the same facility?

21         A.    Different.

22         Q.    Different ones?

23         A.    Different, uh-huh.

24         Q.    Do you know which ones?

1      A.    Yeah.  There's one, I think, in Rushville.

2    I think there's one in Lincoln, and those are the two

3    off the top of my head.

4      Q.    Okay.

5      A.    I wouldn't know their names, but I know

6    there's one -- there might be two west of here.

7    Maybe Mt. Sterling and then Lincoln.  I know there's

8    a prison up there.

9      Q.    Okay.

10      A.    So we see them from, you know, various

11    places.

12      Q.    Okay.  What kind of conditions do you

13    usually treat them for?

14      A.    From the prisons?  I'm trying to think off

15    the top of my head.  There was one inmate that had a

16    testicular cancer that we saw.  There was another

17    inmate that had -- you know, an older guy, difficulty

18    urinating.  Another one recently that had prostate

19    issues, elevated PSA.  I'm trying to think.  We've

20    seen a couple female inmates.  Probably, you know, I

21    don't know, a kidney stone or something like that.

22    Just off the top of my head, I'd say maybe one every

23    month or every other month maybe for that.

24      Q.    Okay.  You also testified earlier that when

1    Mr. Dean came to you, he was presenting with gross

2    hematuria.

3         A.   Yes.

4         Q.   Can you describe gross hematuria again?

5         A.   Yeah.  It's visible blood in the urine.

6         Q.   Okay.

7         A.   Yeah.

8         Q.   And are there any other types of hematuria?

9         A.   Yeah.  There's microscopic, which would be

10   not visible to the naked eye but under the

11   microscope.  And then, you know, some people would

12   say pseudohematuria where they think they have blood

13   in their urine and it's not blood.

14        Q.   Would you say that hematuria is a serious

15   condition?

16        A.   It can be.  Yeah.

17        Q.   When would you say it is a serious condition

18   versus when it's not?

19        A.   It's a serious condition when you find a

20   malignancy.

21        Q.   Is any type of hematuria more serious than

22   another?

23        A.   That's a difficult question, but yes and no.

24   Yeah, it can be.  It can be life-threatening.  If

1    people lose massive amounts of blood quickly, you

2    know, they can lose so much blood that they can need

3    transfused or their blood pressure may go low.  So,

4    yes, it can be a serious condition in terms of

5    immediate, oh, yeah, they're bleeding to death.

6         Q.    Does the amount of time a patient is

7    experiencing hematuria weigh into that at all?

8         A.    It may.  It may, yeah, yeah.  Like I said,

9    if somebody loses massive amounts of blood in one

10   day, you know, they can potentially have a poor

11   outcome, you know, if they're requiring transfusions

12   or a drop in their blood pressure for that.

13        Q.    And, I guess, if a patient presented with

14   hematuria and been experiencing that for several

15   weeks and months, would that be more alarming than if

16   a patient had just started presenting with hematuria?

17        A.    You would work them up the same way.

18        Q.    Okay.

19        A.    I mean, you do the same thing.  You do scan

20   and scope regardless.

21        Q.    And you said before, that was the standard

22   of care?

23        A.    That is the standard of care, yeah.  There

24   are a little variations on that, but in general

1    there's guidelines, the AUA guidelines.  That would

2    be the number one way to do it.

3         Q.    And AUA is the --

4         A.    American Urological Association, our

5    governing body.

6         Q.    And you just stated that there were some

7    variations of the standard of care.  Could you

8    elaborate on those?

9         A.    Yeah.  Occasionally, say somebody is

10   allergic to the IV contrast.  You might do an MRI of

11   the kidneys and upper tracts because the contrast

12   used with that typically doesn't cause allergic

13   reactions.  If somebody had poor kidney function and

14   you didn't want to give them IV contrast, you might

15   do an ultrasound of the kidneys.  But then to check

16   the tubes, you know, you might have to look in their

17   bladder and shoot contrast up from below.  So there

18   can be minor variations.  But, as we discussed, you

19   know, the top -- from the top to the tip, you've kind

20   of got to do something typically to evaluate that, to

21   see if you can identify a significant problem.

22        Q.    Would there be any other reason to start

23   with an ultrasound other than what you just

24   mentioned?

1      A.    Another reason?

2      Q.    Yeah.

3      A.    Yeah.  Well, yeah.  I mean, if you thought

4  maybe they, you know, couldn't, like I say, tolerate

5  an MRI because it's a tight tube, you might do an

6  ultrasound because you're just out in the open for

7  that.  You know, some people get claustrophobic from

8  an MRI.

9      Q.    But the standard of care --

10     A.    Even a CT, I mean, some people moan about

11  it, but it's not that tight.

12     Q.    But the standard of care is to start with a

13  CT scan?

14     A.    If you could, yeah.  If you could safely do

15  one, if the kidney functions, they're not allergic,

16  that would be the ideal way of doing it.  And again,

17  those are guidelines.  That's why they're called AUA

18  guidelines.  They're not an absolute set-in-stone

19  type of thing for that.

20     Q.    And would it affect your response to

21  hematuria if the patient had a history of kidney

22  stones, or would it still be kind of the same

23  standard of care that you just went over?

24     A.    Yeah.  I mean, obviously, if somebody says,

1   oh, I've had stones and I've got blood in my urine,

2   yeah, that's probably going to be the number one

3   thing that pops in your head.  You would still check

4   them.  I mean, hey, you got a stone?  But if somebody

5   said, well, geez, I've had stones and, hey, I've got

6   blood in my urine, you know, a lot of times, you

7   know, kidney stones are -- it's a recurrent problem.

8        Q.   Okay.

9        A.   A really recurrent problem.  So you wouldn't

10  be shocked if somebody came back with another stone

11  for that.

12       Q.   Does gross hematuria indicate a likely worse

13  diagnosis than microscopic?

14       A.   It can, but not always.  And that's -- some

15  people get confused on that.  You can have a tiny

16  amount of blood in the urine, meaning microscopic,

17  and have a horrible problem, and you can have

18  literally a bloody Mary, and I've got nothing for

19  that with that.  Now, if you look at the literature,

20  though, in terms of, hey, microscopic hematuria, in

21  somebody that has no symptoms, the risk of finding

22  malignancy is probably about 2.5 percent.

23       Q.   Okay.

24       A.   When they have gross hematuria, it goes up.

1    It's higher than that.

2         Q.    Do you know approximately what that is?

3         A.    Probably 40 to 50 percent.

4         Q.    Okay.

5         A.    Roughly, for that, with that.  But, again,

6    we've found plenty of people with bad disease with,

7    hey, you've got three red cells in your urine and,

8    oh, geez, you've got bad bladder cancer or something

9    like that.

10        Q.    And when you say literature, are you

11   referring to like guidelines, or is there anything

12   else that you're referring to?

13        A.    That would just be the general urological

14   literature, you know, if you like read in the Journal

15   of Urology or whatever.

16        Q.    Can I redirect your attention to pages 37

17   and 38 in Exhibit 1?  It's the CT results from April

18   12th.

19        A.    Yes.

20        Q.    So you testified before that it was possible

21   that the metastatic disease was there at that time,

22   but it was too small to be seen.

23        A.    Yeah.

24        Q.    And you stated before that that could have

1    been because of the imaging quality?

2        A.    Yeah.

3        Q.    Is it also possible that it was there but

4    just too small to be seen at that point in time?

5        A.    Yes.

6        Q.    Okay.  Can I also redirect your attention to

7    pages 18 and 19 of Exhibit 1?  These are the visit

8    notes from April 14th.

9        A.    Yeah.

10       Q.    During this visit you went over Mr. Dean's

11   diagnosis and the need to have surgery.

12       A.    Correct.

13       Q.    And you stated earlier that the surgery was

14   not an emergency, but would it be fair to say that it

15   was urgent?

16       A.    Urgent, hey, when you can get it set up and

17   scheduled correctly.  I mean, you know, you want to

18   get everything in order and, you know, have him see

19   who he needed to be seen and all that.  And once you

20   can arrange those visits and get three guys together

21   for ten hours in a cardiac operating room.

22       Q.    Yeah.  In the visit notes you also state

23   that Julie was going to work to see if he could have

24   surgery done at Memorial.  Is that correct?

1       A.    Correct.

2       Q.    What does that mean?  What did that entail?

3       A.    Well, I can tell you what this means, but if

4   you wanted to, you would have to ask her exactly what

5   she meant.  My bet is is probably at the time there

6   was -- and maybe I'm wrong.  There might have been a

7   contract with the prison system that, hey, for

8   surgeries, they have to have them done at St. John's.

9   Now I don't know if that's a fact, but there was some

10  suggestion, oh, they have to do them at Saints.

11  Well, I don't have privileges at St. John's, so.  You

12  know, we wanted to do it.  Well, you can't do it if

13  you don't have privileges there.  I would have had to

14  find somebody else to do it for him for that.

15      Q.    So would she have been reaching out to the

16  hospital?

17      A.    No, I don't think so.

18      Q.    Okay.

19      A.    I don't think so.  She probably would have

20  been working with the prison system to find out, hey,

21  are you going to let us do this here?  Can we make an

22  exception?  Or whatever.  And again, there may be --

23  I don't know -- there may be contract issues with

24  that.  I don't know.  But that's probably what that

1    meant, was that, hey, they wanted us to go there, but

2    I can't go there.

3        Q.    And can I direct you to page 106 in

4    Exhibit 1?

5        A.    Yeah.

6        Q.    And can you look at the entry on April 21st?

7        A.    Yeah, uh-huh.

8        Q.    What does that say?

9        A.    That means -- what I think it means is the

10   prison system said, hey, we can -- we don't have to

11   go to St. John's.

12       Q.    Okay.

13       A.    We can do it at Memorial, meaning I could do

14   it is what that means.  I don't have to send him

15   somewhere else.

16       Q.    Okay.  And then as you said before, they

17   likely weren't working with the hospital at this

18   point?

19       A.    I doubt it.  I doubt it.  I mean, to me this

20   just means, hey, she got the okay, that, hey, we can

21   try to do this at Memorial.

22       Q.    Okay.

23       A.    And not have to go to St. John's for it.

24       Q.    And can I direct your attention to page 96

1    of Exhibit 1?

2         A.    Yep.

3         Q.    And do you know what that document is?

4    Sorry.  Do you recognize what that document is, what

5    you're looking at?

6         A.    Oh, right here?

7         Q.    Yeah.

8         A.    It's just a task list.

9         Q.    And the document refers to Chad from

10   Taylorville.

11        A.    Yeah.  I don't know who Chad is.

12        Q.    You don't know who Chad is?

13        A.    It must be a nurse at the corrections

14   facility, but I don't know.  I'm not sure who he is.

15        Q.    And then the next entry down it refers to

16   Dr. Nawoor.  Do you know who that is?

17        A.    I'm assuming he's the prison doc, but I'm

18   not -- I would assume that's who it is.

19        Q.    Okay.

20        A.    I would assume that's who it is.

21        Q.    Do you know why they would have been

22   contacting your office at this time?

23        A.    Just to know when we were going to do the

24   case.  At least according to this, that's -- he was

1    just calling to find out.

2           Q.    So you did not take the calls.

3           A.    No.

4           Q.    Do you know who would have been responsible

5    for taking the calls?

6           A.    The person that -- Tina Wise would have been

7    that person that took the call, which I think is a

8    receptionist.

9           Q.    Receptionist.

10          A.    I don't even know if she works for us

11   anymore.

12          Q.    Would they have mentioned any of these calls

13   to you?

14          A.    The receptionist?

15          Q.    Yeah.

16          A.    I don't even know who they are.

17          Q.    Okay.

18          A.    No.  I know that's sad, but I don't even

19   know -- I don't go out front, so.

20          Q.    Are you aware of any other contacts

21   between -- other than ones we've gone over today

22   between your office and either staff or doctors at

23   Taylorville?

24          A.    If they're in here, they would be in here.

1    At least with me, I wouldn't have had any other

2    contact with anybody.  And I say typically if there's

3    a phone call, particularly Julie, my nurse, she

4    documents everything, so.  If somebody called, it's

5    in there.

6         Q.   Okay.

7         A.   Even if it's frivolous, it's in there.

8         Q.   Can I also redirect your attention to

9    pages 59 and 60 from Exhibit 1?

10        A.   Yeah.

11        Q.   The surgery report.

12        A.   Yeah, uh-huh.

13        Q.   And you did, I believe on page 60, note the

14   possibility of metastatic disease.

15        A.   Yeah, uh-huh.

16        Q.   Can you describe again what you saw that

17   made you think that?

18        A.   Yeah.  I think when we were -- you know, the

19   right kidney sits basically below your liver, and so

20   in order to get there, you've kind of got to move

21   that out of the way.  So if I remember correctly, I

22   think in looking, I saw some spots on the liver that

23   I probably assumed were metastases.

24        Q.   Okay.

1        A.    You can get scar and everything, but I would

2     suspect that they were metastases.  And I think -- I

3     probably noted that.  Maybe not.  Yeah, I did note

4     that up in the first paragraph of the description of

5     the procedure.

6        Q.    And you did send some of the renal cells for

7     a biopsy.  Is that correct?

8        A.    The whole specimen goes off to the pathology

9     folks.

10       Q.    But you didn't send any of the possible

11    metastasis from the liver?

12       A.    No, we didn't take a piece of the liver.  I

13    didn't want to take a piece of the liver.  The

14    problem is, especially with that type of procedure,

15    you know, they have to anticoagulate them, and the

16    liver can bleed a whole heck of a lot.  And if you

17    take a whack out of the liver, you know, (a), it's

18    not going to help them, but, (b), you might create a

19    big problem with bleeding afterwards.  I suppose I

20    could have stuck a needle in it, but, again, you

21    probably want to avoid getting involved in bleeding

22    of the liver.  That can be a big problem.

23       Q.    Is it common for people with disease like

24    Mr. Dean to develop metastatic disease?

1        A.    With what he had?

2        Q.    Yeah.

3        A.    They all get it.

4        Q.    Okay.

5        A.    Eventually they'll all get it for that.  And

6   again, that's from experience.  I mean, I've been

7   practicing 19 years.  Every person that I've seen,

8   off the top of my head, that's had disease this

9   extensive, they all eventually will get -- if they

10  don't have it up front, and most of them do, they

11  will get it for that.

12       Q.    Uh-huh.

13       A.    And again, that's just from 19 years of

14  experience.

15       Q.    Do you ever recall saying or thinking that

16  if Mr. Dean's surgery was successful, he wouldn't

17  have to undergo further treatment such as

18  chemotherapy?

19       A.    Do I recall that?

20       Q.    (Ms. Holt nods head up and down.)

21       A.    No.

22       Q.    In your opinion, would that have been a

23  likely outcome?

24       A.    That he would need more treatment?

1      Q.    Yeah.

2      A.    Absolutely.

3      Q.    Absolutely?

4      A.    Yeah.

5      Q.    Do you ever recall saying or thinking that

6    you thought Mr. Dean decided not to have the surgery?

7      A.    Not to have the surgery?

8      Q.    (Ms. Holt nods head up and down.)

9      A.    No.  No, he was gung-ho for it.

10     Q.    Okay.

11     A.    Like I said, I remember him telling me he

12   wanted to walk out of prison.  I said, if you want

13   any chance of walking out of prison, you've got to do

14   this, regardless of, hey, you might not wake up.  He

15   was pretty adamant about that.  He wants to walk out

16   of prison, not go out another way.

17     Q.    Did any of the delays in scheduling ever

18   make you fear he had changed or would change his

19   mind?

20     A.    Probably not.  No.  I mean, I don't -- the

21   last time I saw him, I don't -- I don't think I

22   talked to him after that, but I don't think he would

23   have changed his mind.  Or at least when I talked to

24   him, you know, the last time I talked to him at the

1    Clinic, I would have probably not believed he would

2    have wanted to change his mind, not from what he told

3    me.

4         Q.   And just to check, Dr. Nawoor wouldn't have

5    had access to the task system.  Is that correct?

6         A.   That I do not know.

7         Q.   Okay.

8         A.   I don't know what they're hooked into or at

9    that time.  Things have changed, obviously.  At that

10   time I don't know, you know, who was able to access

11   that.

12        Q.   Okay.

13        A.   I know at the time, you know, I could talk

14   with Steve Ryan.  I don't even know if at that time

15   if Hazelrigg was able to get on this system or not,

16   three, two and a half years ago.  I think they can

17   now.

18        Q.   Okay.

19        A.   But back then -- so I would bet he couldn't.

20   I would just imagine that he would not be hooked into

21   that system, but I don't know that for a fact for

22   that.

23             MS. HOLT:  Okay.  Well, I likely don't have

24   any further questions.

1              MR. STROM:  Should we take just a
2     five-minute break and check real quick and then call
3     it for sure?
4              MR. RUPCICH:  Yeah.  I probably have three,
5     but, yeah.
6              MR. STROM:  Yeah.  We'll just make sure that
7     we're sewn up and then let you go ahead.
8              MR. RUPCICH:  Jeremy?
9              MR. TYRRELL:  I don't have any questions.
10                      (Whereupon a recess was taken
11                       from 2:19 to 2:22 p.m.)
12              MS. HOLT:  I just have one final question.
13              THE WITNESS:  Sure.
14    BY MS. HOLT:
15       Q.    Did you ever have any contact with
16    Dr. Nawoor?
17       A.    I don't recall.  I don't know that I ever
18    talked to him actually.
19       Q.    Okay.  So you don't recall any conversations
20    over the phone with him?
21       A.    Not off the top of my head, but, I mean,
22    it's possible.  But, I mean, I can't recall anything
23    off the top of my head.
24       Q.    What about any emails exchanged?

1      A.    With Nawoor?

2      Q.    Yes.

3      A.    In that I'm not text savvy, there would

4  definitely have been no emails.  This is relatively

5  recent (witness holding up phone).  So I know that

6  for a fact.  There would have been no emails.  Now,

7  could he have called?  That's possible.  I don't

8  recall.  But I am pretty darn sure there was no

9  emails.

10     Q.    Have you ever met him in person, had any

11  face-to-face conversations?

12     A.    You know, I know there was a doc Ray Nawoor

13  that I think was an internist here in Springfield,

14  but I thought his name was R-A-Y.  I don't know if

15  that's the same Rahmon Nawoor.  I don't know if it's

16  the same person.

17     Q.    Okay.  But no conversation --

18     A.    Ray Nawoor is a little guy.

19     Q.    Sorry.  No conversations related to

20  Mr. Dean's case in person that you can recall?

21     A.    Not that I can recall.  And I know there was

22  no emails.

23     Q.    Okay.

24     A.    So that I'm sure.  I mean, if there's a

1    conversation, I don't recall.  But I know there were

2    no e-mails for that.

3              MS. HOLT:  Well, thank you.

4              THE WITNESS:  Just because I don't email,

5    so.

6              MR. RUPCICH:  Very briefly, Doctor.

7                    REDIRECT EXAMINATION

8    BY MR. RUPCICH:

9        Q.    You had said the standard of care for gross

10   hematuria is a CT?

11       A.    CT urogram or CT IVP and a scope typically.

12       Q.    And that's based on -- and that's standard

13   care in neurology.

14       A.    Correct, set forth by the AUA.

15       Q.    And those are guidelines.

16       A.    That is important.  They are guidelines.

17   They are not absolutes.

18       Q.    So you would have to evaluate an individual

19   patient?

20       A.    Sure.

21       Q.    Take a history; correct?

22       A.    Correct.

23       Q.    And make an individualized judgment on the

24   specific clinical circumstances?

1      A.    Correct.

2      Q.    And the ordering of diagnostic testing would

3  be based on that particular patient's clinical

4  picture?

5      A.    Correct.

6      Q.    You were asked about whether gross hematuria

7  can, I think, pose a serious risk, and you had said,

8  well, if the patient is losing a lot of blood.

9      A.    Rapidly, uh-huh.

10      Q.    Could lead to anemia?

11      A.    Yeah, yeah, sure.

12      Q.    Before you do surgery, is there a workup of

13  blood counts?

14      A.    In general, yes, but not for all surgeries.

15      Q.    Would Mr. Dean have been taken into surgery

16  if he was anemic on this procedure?

17      A.    He might, yeah.  Now, we were anticipating

18  blood loss.  So, in fact, we probably typed and

19  crossed him for six or eight or ten units,

20  anticipating he was probably going to get blood for

21  that, so.

22      Q.    I mean going into surgery.

23      A.    If they're real low, we might transfuse them

24  ahead.  You know, if somebody had a hemoglobin of

1    six, we're probably going to transfuse them ahead of

2    time.  But, you know, if they're eight or ten and

3    they're not symptomatic, you know, we might start

4    with the understanding that he's probably going to

5    lose blood and we're probably going to give it.

6    Actually I think we used cell saver on this which,

7    again, basically any blood that he lost that we

8    sucked up, we could give his own blood back to him.

9    In fact, I think we -- yeah, we did use cell saver.

10   And still he got 11 units of blood, you know, but he

11   got a bunch back through the cell saver for that.

12       Q.    Any indication in the operative report that

13   he was dangerously low going into the procedure?

14       A.    In the operative report?

15       Q.    Yeah, or in any of the records that you saw.

16       A.    There would not be anything in the operative

17   report.  And I didn't see it in -- there is

18   somewhere, probably in here in the notes, what his

19   pre-op hemoglobin was.  I don't recall what it was.

20       Q.    That's what we would --

21       A.    But I'm sure it's got to be in there

22   somewhere because that would be something -- this guy

23   you would check that ahead of time.

24       Q.    So we would look for the preoperative

1    hemoglobin numbers.

2         A.   Yeah, or CBC.  It would be included in

3    there.

4         Q.   Okay.

5         A.   It's got to be in there.  I won't know what

6    it was off the top of my head, but I'd be shocked if

7    we didn't check it.

8              MR. RUPCICH:  That's all.

9              MR. STROM:  That's all from us.

10             MR. TYRRELL:  I have no questions.

11             MR. RUPCICH:  Signature?  Do you want to

12   review it?  Most doctors who are non-parties don't.

13             MS. POWELL:  Yeah, you don't want to read

14   it.

15             THE WITNESS:  I think she probably put what

16   I said.

17             MS. POWELL:  Yeah.

18             MR. RUPCICH:  All right.  He'll waive then.

19             FURTHER DEPONENT SAITH NAUGHT.

20                     (Time concluded:  2:26 p.m.)

21

22

23

24

```
1    STATE OF ILLINOIS  )
                        )SS
2    COUNTY OF SANGAMON )

3

4                 C E R T I F I C A T E

5        I, Cheryl A. Davis, a Certified Shorthand

6    Reporter, do hereby certify that prior to the taking

7    of the deposition herein, and on February 8, 2019,

8    the Deponent WILLIAM SEVERINO, M.D. was, by me, sworn

9    to testify to the truth in relation to the matter in

10   controversy herein.  That on said date the foregoing

11   deposition was taken down in shorthand by me and

12   afterwards reduced to typewritten form by me, and

13   that the foregoing transcript contains a true and

14   accurate translation of all such shorthand notes.

15       Given under my hand on this 21st day of February,

16   2019, at Springfield, Illinois.

17

18
          _____
19                Certified Shorthand Reporter
                  License No. 084-001662
20

21

22

23

24
```

## #

**#084-001662** [1] - 1:21

## '

**'16** [1] - 23:16

## 0

**084-001662** [1] - 66:19

## 1

**1** [9] - 3:14, 15:5, 15:9, 30:22, 49:17, 50:7, 52:4, 53:1, 55:9
**10** [3] - 15:21, 38:22, 39:21
**100** [1] - 26:2
**102** [2] - 30:21, 32:6
**106** [3] - 25:6, 25:19, 52:3
**11** [3] - 39:22, 40:9, 64:10
**111** [1] - 2:8
**119** [2] - 33:9, 33:12
**12:58** [2] - 1:15, 4:6
**12th** [2] - 39:1, 49:18
**14** [5] - 17:17, 18:2, 23:7, 25:23, 27:21
**14th** [2] - 39:1, 50:8
**15** [2] - 3:14
**16** [1] - 26:18
**17** [2] - 17:19, 26:22
**17-cv-3112** [1] - 1:4
**18** [3] - 17:17, 17:20, 50:7
**19** [6] - 17:19, 29:18, 39:3, 50:7, 57:7, 57:13
**19th** [1] - 38:19
**1:26** [1] - 38:6
**1:49** [1] - 42:3
**1:59** [1] - 42:3
**1st** [2] - 1:15, 4:6

## 2

**2** [4] - 3:14, 33:1, 33:22, 36:1
**2.5** [1] - 48:22
**20** [1] - 15:19
**2000** [4] - 6:4, 6:5,

6:13, 9:9
**2016** [14] - 8:19, 15:21, 17:17, 18:2, 23:7, 25:23, 26:20, 28:19, 30:22, 32:8, 38:22, 39:3, 39:22, 40:9
**2019** [4] - 1:14, 4:4, 66:7, 66:16
**217** [1] - 1:23
**217/522-8822** [1] - 2:20
**217/572-1714** [1] - 2:10
**217/785-4555** [1] - 2:15
**21st** [2] - 52:6, 66:15
**23rd** [2] - 38:17, 38:18
**24th** [2] - 38:17, 38:18
**2:19** [1] - 60:11
**2:22** [1] - 60:11
**2:26** [1] - 65:20
**2nd** [1] - 2:9

## 3

**3** [1] - 1:22
**3/1/16** [1] - 33:12
**312/222-9350** [1] - 2:5
**33** [1] - 3:14
**35** [1] - 21:16
**353** [1] - 2:4
**37** [1] - 49:16
**3731** [1] - 2:19
**38** [1] - 49:17

## 4

**4/15/16** [1] - 25:7
**40** [2] - 7:24, 49:3
**42** [1] - 3:3

## 5

**5** [1] - 3:3
**50** [1] - 49:3
**500** [1] - 2:14
**546-6868** [1] - 1:23
**59** [2] - 35:6, 55:9

## 6

**6** [1] - 32:8
**6/1/16** [1] - 32:10

## 6/24 [1] - 38:6

**60** [3] - 7:24, 55:9, 55:13
**60654-3456** [1] - 2:4
**62** [1] - 3:4
**62701** [2] - 2:9, 2:15
**62707** [1] - 1:23
**62711** [1] - 2:20

## 7

**7:02** [1] - 32:8

## 8

**8** [3] - 1:14, 4:4, 66:7
**800** [2] - 1:15, 4:6
**82** [1] - 38:16
**83** [1] - 38:3

## 9

**9** [3] - 26:20, 27:22, 28:19
**90** [1] - 30:6
**96** [1] - 52:24
**9:27** [1] - 33:12
**9th** [1] - 27:16

## A

**A.D** [1] - 4:4
**a.m** [2] - 32:8, 33:12
**ABDUR** [1] - 1:6
**Abdur** [4] - 1:12, 2:11, 4:4, 5:10
**able** [12] - 18:4, 18:12, 21:3, 21:5, 21:14, 24:2, 27:11, 27:24, 38:4, 41:8, 59:10, 59:15
**absolute** [1] - 47:18
**absolutely** [7] - 11:8, 13:4, 21:1, 29:14, 33:3, 58:2, 58:3
**absolutes** [1] - 62:17
**access** [2] - 59:5, 59:10
**according** [3] - 18:6, 18:14, 53:24
**accurate** [1] - 66:14
**Act** [1] - 4:10
**act** [1] - 12:10
**adamant** [1] - 58:15
**additional** [2] - 21:10, 32:20
**address** [1] - 24:22

**advertising** [1] - 9:19
**affect** [1] - 47:20
**affected** [1] - 18:23
**afraid** [1] - 13:21
**afternoon** [1] - 5:4
**afterwards** [5] - 4:8, 11:15, 39:24, 56:19, 66:12
**aggressive** [2] - 13:16, 13:19
**ago** [2] - 10:3, 59:16
**agreed** [2] - 4:2, 38:21
**ahead** [4] - 60:7, 63:24, 64:1, 64:23
**alarming** [1] - 45:15
**alive** [3] - 11:18, 13:2, 40:12
**Allen** [1] - 2:19
**allergic** [3] - 46:10, 46:12, 47:15
**almost** [1] - 24:17
**Ambulatory** [1] - 8:5
**American** [1] - 46:4
**amount** [2] - 45:6, 48:16
**amounts** [2] - 45:1, 45:9
**anemia** [1] - 63:10
**anemic** [1] - 63:16
**anesthesiologist** [1] - 37:19
**anesthetist** [1] - 37:19
**animated** [1] - 12:7
**answers** [1] - 4:8
**anticipating** [2] - 63:17, 63:20
**anticoagulate** [1] - 56:15
**appear** [3] - 15:11, 33:24, 39:21
**Appearing** [4] - 2:6, 2:11, 2:16, 2:21
**appointment** [1] - 33:20
**April** [10] - 17:17, 18:2, 23:1, 23:6, 25:23, 27:21, 39:1, 49:17, 50:8, 52:6
**argue** [1] - 39:17
**arrange** [1] - 50:20
**arrest** [4] - 14:10, 14:16, 14:22, 41:3
**assessment** [1] - 16:9
**Assistant** [1] - 2:14
**Association** [1] - 46:4
**assume** [2] - 53:18,

53:20
**assumed** [1] - 55:23
**assuming** [1] - 53:17
**atrium** [2] - 35:22, 35:24
**attached** [1] - 1:19
**attempt** [1] - 13:24
**attention** [4] - 49:16, 50:6, 52:24, 55:8
**Attorney** [1] - 2:14
**attorneys** [1] - 4:2
**AUA** [4] - 46:1, 46:3, 47:17, 62:14
**August** [2] - 39:22, 40:9
**available** [2] - 26:16, 29:7
**Avenue** [1] - 2:19
**average** [2] - 22:2, 22:3
**avoid** [1] - 56:21
**aware** [4] - 21:19, 38:7, 40:24, 54:20

## B

**B-A-R-O-N** [1] - 17:2
**backup** [1] - 24:18
**backwards** [1] - 17:19
**bad** [3] - 13:12, 49:6, 49:8
**Baron** [1] - 17:1
**based** [8] - 21:18, 22:6, 28:4, 28:10, 36:14, 40:1, 62:12, 63:3
**became** [1] - 26:2
**becoming** [1] - 32:20
**beginning** [1] - 35:13
**behalf** [4] - 2:6, 2:11, 2:16, 2:21
**behave** [1] - 13:9
**below** [3] - 27:9, 46:17, 55:19
**best** [4] - 20:20, 29:15, 30:19, 31:1
**bet** [2] - 51:5, 59:19
**better** [2] - 21:3, 26:15
**between** [9] - 4:2, 24:7, 25:23, 27:21, 28:3, 32:1, 32:9, 54:21, 54:22
**beyond** [1] - 13:1
**big** [7] - 13:15, 13:17, 19:23, 36:18, 37:15, 56:19, 56:22
**bill** [1] - 36:2

**Bill** [1] - 42:8
**biopsy** [1] - 56:7
**bit** [2] - 21:3, 29:8
**bladder** [5] - 7:2, 16:21, 16:22, 46:17, 49:8
**bled** [1] - 14:23
**bleed** [2] - 14:10, 56:16
**bleeding** [7] - 14:24, 15:2, 20:20, 33:18, 45:5, 56:19, 56:21
**Block** [1] - 2:3
**blood** [24] - 16:3, 16:4, 18:18, 18:19, 40:18, 44:5, 44:12, 44:13, 45:1, 45:2, 45:3, 45:9, 45:12, 48:1, 48:6, 48:16, 63:8, 63:13, 63:18, 63:20, 64:5, 64:7, 64:8, 64:10
**bloody** [1] - 48:18
**board** [2] - 6:11, 29:4
**body** [3] - 18:19, 18:24, 46:5
**bottom** [1] - 30:22
**brain** [1] - 40:19
**break** [2] - 33:4, 60:2
**briefly** [1] - 62:6
**bring** [1] - 14:13
**bugging** [1] - 24:23
**bunch** [1] - 64:11
**BY** [9] - 5:15, 10:15, 25:21, 27:4, 33:7, 40:22, 42:5, 60:14, 62:8
**bypass** [1] - 37:22

**C**

**caller** [1] - 33:16
**cancer** [7] - 13:9, 13:13, 18:15, 22:6, 38:24, 43:16, 49:8
**carcinoma** [1] - 19:4
**cardiac** [8] - 14:10, 14:16, 14:22, 26:6, 29:20, 30:4, 41:3, 50:21
**cardiologist** [1] - 38:11
**cardiology** [2] - 27:18, 28:3
**cardiothoracic** [7] - 26:3, 26:16, 27:11, 28:20, 30:11, 32:17, 37:13
**care** [11] - 11:7,

16:14, 17:7, 45:22, 45:23, 46:7, 47:9, 47:12, 47:23, 62:9, 62:13
**career** [1] - 14:15
**case** [9] - 8:9, 8:13, 10:8, 29:6, 36:5, 36:10, 36:17, 53:24, 61:20
**Cassiday** [1] - 2:8
**CAT** [1] - 16:18
**caught** [1] - 33:9
**cava** [12] - 13:14, 18:16, 18:17, 19:8, 19:10, 19:13, 20:7, 20:11, 20:18, 25:14, 25:16, 25:17
**cavas** [1] - 20:17
**CBC** [1] - 65:2
**cell** [5] - 13:9, 19:4, 64:6, 64:9, 64:11
**cells** [2] - 49:7, 56:6
**center** [1] - 38:12
**Center** [2] - 5:7, 8:6
**centimeter** [2] - 22:15, 23:5
**CENTRAL** [1] - 1:1
**certain** [1] - 31:11
**Certified** [5] - 1:17, 1:22, 4:3, 66:5, 66:19
**certified** [2] - 3:16, 6:11
**certify** [1] - 66:6
**Chad** [6] - 38:6, 38:10, 38:11, 53:9, 53:11, 53:12
**chance** [6] - 8:8, 11:11, 11:14, 29:15, 41:12, 58:13
**change** [2] - 58:18, 59:2
**changed** [3] - 58:18, 58:23, 59:9
**character** [1] - 12:8
**chart** [2] - 24:3, 35:5
**check** [6] - 16:20, 46:15, 48:3, 59:4, 60:2, 64:23, 65:7
**checked** [1] - 27:19
**chemotherapy** [1] - 57:18
**Cheryl** [4] - 1:17, 1:21, 4:3, 66:5
**chest** [3] - 21:8, 26:7, 27:13
**Chicago** [1] - 2:4
**children** [1] - 6:20
**CHLOE** [1] - 2:3
**Chloe** [1] - 42:7
**circulating** [1] -

37:23
**circulatory** [1] - 41:2
**circumstances** [1] - 62:24
**Civil** [1] - 4:9
**Clark** [1] - 2:4
**claustrophobic** [1] - 47:7
**Clinic** [10] - 1:15, 4:6, 7:8, 7:10, 9:7, 9:12, 15:12, 15:17, 39:22, 59:1
**clinic** [2] - 7:15
**clinical** [2] - 62:24, 63:3
**Coakley** [5] - 30:17, 30:18, 30:23, 31:23, 32:11
**colleague** [1] - 42:8
**commencing** [2] - 1:14, 4:5
**common** [1] - 56:23
**communicate** [1] - 24:20
**communicating** [2] - 24:12, 25:10
**communication** [1] - 24:6
**competency** [1] - 4:12
**competent** [1] - 4:15
**complex** [7] - 14:2, 14:5, 14:7, 19:3, 35:15, 35:19
**complexity** [2] - 14:1, 29:9
**concerning** [1] - 11:1
**concluded** [1] - 65:20
**condition** [4] - 44:15, 44:17, 44:19, 45:4
**conditions** [1] - 43:12
**confined** [1] - 21:15
**confused** [1] - 48:15
**consist** [1] - 7:21
**consultation** [1] - 20:1
**contact** [2] - 55:2, 60:15
**contacting** [1] - 53:22
**contacts** [1] - 54:20
**contains** [1] - 66:13
**contract** [4] - 23:19, 23:20, 51:7, 51:23
**contrast** [4] - 46:10, 46:11, 46:14, 46:17
**controversy** [1] -

66:10
**conversation** [4] - 31:21, 31:23, 61:17, 62:1
**conversations** [3] - 60:19, 61:11, 61:19
**coordinate** [2] - 20:9, 23:13
**coordinating** [2] - 39:10, 39:15
**copies** [2] - 3:16, 4:17
**copy** [1] - 31:14
**correct** [25] - 5:22, 7:11, 8:13, 8:14, 8:21, 9:12, 15:18, 18:3, 25:12, 29:17, 33:24, 38:23, 39:2, 42:14, 42:15, 50:12, 50:24, 51:1, 56:7, 59:5, 62:14, 62:21, 62:22, 63:1, 63:5
**correctional** [1] - 38:12
**Correctional** [1] - 5:7
**Corrections** [2] - 9:11, 42:13
**corrections** [1] - 53:13
**correctly** [4] - 11:10, 39:18, 50:17, 55:21
**correspondence** [1] - 25:7
**cost** [1] - 36:6
**counsel** [1] - 38:3
**counts** [1] - 63:13
**COUNTY** [1] - 66:2
**couple** [4] - 12:19, 12:20, 37:20, 43:20
**course** [3] - 11:6, 12:14, 36:13
**COURT** [1] - 1:1
**court** [4] - 3:15, 5:3, 15:6, 37:3
**Court** [1] - 4:10
**create** [1] - 56:18
**criminal** [2] - 12:9, 12:10
**CROSS** [1] - 42:4
**Cross** [1] - 3:3
**crossed** [1] - 63:19
**CSR** [1] - 1:21
**CT** [26] - 16:15, 16:17, 17:7, 17:11, 17:13, 18:4, 18:6, 23:1, 24:8, 25:8, 28:10, 30:5, 30:24, 31:9, 31:24, 32:11, 32:22, 33:23, 34:9, 39:1, 47:10, 47:13,

49:17, 62:10, 62:11
**CTs** [2] - 22:12, 23:3
**current** [1] - 7:23
**cystoscopy** [6] - 16:16, 16:20, 17:9, 17:10, 19:16, 19:18

**D**

**D-E-S-M-O-P-L-A-S-T-I-C** [1] - 37:4
**dangerously** [1] - 64:13
**darn** [1] - 61:8
**date** [3] - 38:8, 38:9, 66:10
**Davis** [4] - 1:17, 1:21, 4:3, 66:5
**DAVIS** [1] - 1:21
**dead** [2] - 14:11, 29:11
**DEAN** [1] - 1:3
**Dean** [9] - 9:23, 11:24, 15:21, 16:9, 42:9, 44:1, 56:24, 58:6, 63:15
**Dean's** [7] - 10:18, 11:1, 11:7, 15:12, 50:10, 57:16, 61:20
**death** [1] - 45:5
**decided** [1] - 58:6
**dedimus** [1] - 4:10
**Defendant** [1] - 2:16
**Defendants** [5] - 1:8, 1:14, 2:11, 4:5, 5:11
**define** [1] - 21:3
**definitely** [1] - 61:4
**definition** [1] - 13:18
**delays** [1] - 58:17
**department** [1] - 7:16
**Department** [2] - 9:11, 42:13
**DEPONENT** [1] - 65:19
**Deponent** [1] - 66:8
**deposition** [7] - 4:3, 4:10, 4:14, 4:17, 35:13, 66:7, 66:11
**DEPOSITION** [2] - 1:10, 5:1
**Deposition** [3] - 1:11, 1:18, 15:8
**depositions** [1] - 4:15
**describe** [2] - 44:4, 55:16
**described** [1] - 35:12
**description** [3] -

6:16, 7:12, 56:4
**desmoplastic** [2] - 36:18, 37:1
**develop** [1] - 56:24
**diagnosis** [3] - 38:24, 48:13, 50:11
**diagnostic** [2] - 20:1, 63:2
**diaphragm** [1] - 27:9
**die** [6] - 11:13, 11:14, 11:15, 22:5, 39:12, 39:18
**died** [2] - 41:18, 41:19
**different** [7] - 7:19, 14:21, 29:21, 42:19, 42:21, 42:22, 42:23
**difficult** [3] - 20:10, 36:16, 44:23
**difficulty** [1] - 43:17
**direct** [3] - 19:1, 52:3, 52:24
**DIRECT** [1] - 5:14
**Direct** [1] - 3:3
**directly** [1] - 19:8
**discussed** [1] - 46:18
**disease** [12] - 13:6, 13:7, 13:19, 28:9, 34:8, 41:5, 49:6, 49:21, 55:14, 56:23, 56:24, 57:8
**dissect** [1] - 20:11
**dissection** [1] - 20:10
**distally** [1] - 19:11
**distant** [1] - 28:7
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 1:1
**doc** [2] - 53:17, 61:12
**DOC** [1] - 9:13
**doctor** [3] - 15:8, 34:21, 35:3
**Doctor** [1] - 62:6
**doctors** [3] - 12:3, 54:22, 65:12
**document** [3] - 53:3, 53:4, 53:9
**documents** [1] - 55:4
**done** [16] - 8:15, 11:19, 14:14, 14:17, 20:8, 23:13, 25:1, 25:22, 28:1, 29:10, 29:18, 40:13, 40:24, 50:24, 51:8
**double** [1] - 17:24
**double-sided** [1] - 17:24

**doubt** [2] - 52:19
**down** [11] - 4:8, 7:4, 7:5, 17:13, 17:18, 19:10, 32:4, 53:15, 57:20, 58:8, 66:11
**DR** [1] - 1:6
**Dr** [23] - 1:12, 2:11, 2:11, 2:21, 4:4, 4:5, 5:6, 5:9, 5:10, 17:1, 30:12, 30:14, 30:17, 31:23, 32:9, 33:16, 34:21, 36:23, 42:6, 53:16, 59:4, 60:16
**drain** [1] - 16:19
**drains** [2] - 18:20, 19:7
**Drive** [1] - 1:22
**drop** [1] - 45:12
**duly** [1] - 5:12
**Dunn** [1] - 33:13
**during** [6] - 10:19, 10:21, 11:6, 28:1, 36:13, 50:10
**dying** [1] - 15:4

## E

**e-mails** [1] - 62:2
**easily** [1] - 36:22
**eight** [2] - 63:19, 64:2
**Einwohner** [4] - 1:13, 2:11, 4:5, 5:10
**either** [1] - 54:22
**elaborate** [1] - 46:8
**elevated** [1] - 43:19
**email** [1] - 62:4
**emails** [5] - 60:24, 61:4, 61:6, 61:9, 61:22
**emergency** [3] - 28:24, 29:1, 50:14
**employed** [1] - 7:7
**EMPLOYEES** [1] - 1:7
**encompass** [1] - 6:24
**encounter** [1] - 20:20
**ended** [1] - 23:23
**entail** [1] - 51:2
**entire** [2] - 6:13, 18:19
**entry** [2] - 52:6, 53:15
**especially** [1] - 56:14
**evaluate** [2] - 46:20, 62:18
**evaluated** [2] -

16:11, 40:8
**eventually** [2] - 57:5, 57:9
**evidence** [1] - 28:7
**exact** [2] - 12:20, 21:4
**exactly** [1] - 51:4
**Examination** [3] - 3:3, 3:3, 3:4
**EXAMINATION** [3] - 5:14, 42:4, 62:7
**examined** [1] - 5:12
**exceeded** [1] - 11:22
**exceeds** [1] - 36:3
**exception** [1] - 51:22
**exchanged** [1] - 60:24
**Exhibit** [12] - 3:14, 3:14, 15:5, 15:9, 33:1, 33:22, 36:1, 49:17, 50:7, 52:4, 53:1, 55:9
**exhibit** [1] - 25:6
**EXHIBITS** [1] - 3:13
**exhibits** [1] - 3:15
**expect** [1] - 22:4
**expectations** [1] - 11:22
**expense** [1] - 4:17
**experience** [3] - 21:23, 57:6, 57:14
**experiencing** [2] - 45:7, 45:14
**expertise** [1] - 20:15
**explain** [1] - 29:2
**explicitly** [2] - 11:13, 11:14
**expressly** [1] - 4:11
**extensive** [1] - 57:9
**extent** [1] - 21:4
**extremity** [1] - 18:20
**eye** [1] - 44:10

## F

**face** [2] - 61:11
**face-to-face** [1] - 61:11
**facilities** [1] - 42:14
**facility** [2] - 42:20, 53:14
**fact** [10] - 31:16, 35:20, 36:17, 40:6, 40:20, 51:9, 59:21, 61:6, 63:18, 64:9
**fair** [2] - 11:19, 50:14
**familiar** [2] - 15:14, 24:4
**far** [3] - 11:21, 41:11
**fashion** [1] - 40:24

**fear** [1] - 58:18
**February** [4] - 1:14, 4:4, 66:7, 66:15
**fee** [1] - 36:6
**fella** [1] - 12:7
**fellow** [1] - 12:6
**female** [1] - 43:20
**few** [3] - 22:18, 37:23, 42:9
**fibrous** [1] - 36:19
**fibrous-type** [1] - 36:19
**field** [1] - 6:14
**figure** [1] - 38:2
**film** [3] - 18:10, 31:2, 34:13
**films** [5] - 19:14, 23:12, 26:4, 26:15, 27:7
**final** [1] - 60:12
**First** [2] - 1:15, 4:6
**first** [9] - 5:12, 14:17, 15:20, 33:12, 37:12, 38:21, 39:7, 41:4, 56:4
**fit** [1] - 19:16
**five** [4] - 22:5, 41:15, 41:23, 60:2
**five-minute** [1] - 60:2
**flip** [2] - 15:9, 15:19
**Floor** [3] - 1:16, 2:9, 4:6
**flow** [1] - 40:18
**foci** [2] - 23:4, 23:5
**focus** [1] - 7:18
**focuses** [1] - 6:19
**folks** [1] - 56:9
**follow** [3] - 17:11, 31:9, 42:9
**follow-up** [2] - 31:9, 42:9
**followed** [1] - 17:16
**follows** [1] - 5:13
**FOR** [1] - 1:1
**foregoing** [2] - 66:10, 66:13
**form** [2] - 4:13, 66:12
**former** [1] - 17:4
**forth** [2] - 32:8, 62:14
**forward** [4] - 6:3, 20:4, 23:6, 32:19
**foundation** [1] - 4:16
**four** [1] - 9:5
**frame** [2] - 29:2, 39:7
**frames** [1] - 39:13
**free** [1] - 36:21
**frivolous** [1] - 55:7
**front** [3] - 12:11, 54:19, 57:10

**fully** [1] - 6:2
**function** [1] - 46:13
**functions** [1] - 47:15
**furnished** [1] - 4:17
**FURTHER** [1] - 65:19
**future** [1] - 19:24

## G

**Galvin** [4] - 1:13, 2:11, 4:5, 5:10
**geez** [2] - 48:5, 49:8
**general** [7] - 6:16, 7:1, 7:17, 11:3, 45:24, 49:13, 63:14
**General** [1] - 2:14
**generalities** [1] - 10:24
**generally** [1] - 12:5
**genitalia** [1] - 7:2
**gentleman** [1] - 10:11
**given** [1] - 66:15
**glib** [1] - 40:18
**go-to** [3] - 30:20, 31:5, 31:8
**Gopaldos** [2] - 30:3, 37:13
**gotcha** [1] - 36:10
**governing** [1] - 46:5
**grab** [1] - 33:2
**graft** [1] - 20:19
**great** [1] - 19:15
**gross** [10] - 15:24, 16:1, 16:11, 16:14, 44:1, 44:4, 48:12, 48:24, 62:9, 63:6
**group** [1] - 37:16
**grows** [1] - 19:6
**growth** [1] - 19:9
**guarantee** [1] - 41:16
**guaranteed** [2] - 29:10, 39:11
**guess** [2] - 38:11, 45:13
**guidelines** [7] - 46:1, 47:17, 47:18, 49:11, 62:15, 62:16
**gung** [1] - 58:9
**gung-ho** [1] - 58:9
**guy** [7] - 30:10, 30:20, 31:5, 31:8, 43:17, 61:18, 64:22
**guys** [3] - 10:2, 35:8, 50:20

## H

57:20, 58:8
**HOLT** [6] - 2:3, 42:5, 59:23, 60:12, 60:14, 62:3
**honestly** [1] - 9:14
**hooked** [2] - 59:8, 59:20
**horrible** [4] - 13:6, 13:8, 48:17
**Hospital** [1] - 8:3
**hospital** [6] - 8:4, 8:7, 11:17, 23:14, 51:16, 52:17
**hour** [5] - 14:11, 29:6, 36:10, 37:9, 40:19
**hours** [4] - 29:8, 36:11, 36:12, 50:21
**huge** [1] - 22:14
**hurry** [1] - 39:19
**hypothermic** [4] - 14:10, 14:16, 14:22, 41:2

## I

**idea** [1] - 33:14
**ideal** [1] - 47:16
**identification** [1] - 15:6
**IDENTIFIED** [1] - 3:13
**identify** [1] - 46:21
**ILLINOIS** [2] - 1:1, 66:1
**Illinois** [11] - 1:16, 1:23, 2:4, 2:9, 2:15, 2:20, 4:6, 5:21, 9:10, 42:13, 66:16
**imagine** [1] - 59:20
**imaging** [1] - 50:1
**immediate** [1] - 45:5
**immediately** [1] - 24:16
**important** [1] - 62:16
**impressed** [2] - 11:17, 41:7
**impressive** [2] - 40:13, 40:21
**INC** [1] - 1:6
**Inc** [4] - 1:14, 2:12, 4:5, 5:11
**include** [1] - 5:24
**included** [1] - 65:2
**independent** [1] - 12:14
**independently** [1] - 11:24
**indicate** [1] - 48:12

**indication** [1] - 64:12
**individual** [1] - 62:18
**individualized** [1] - 62:23
**initial** [1] - 33:20
**inmate** [2] - 43:15, 43:17
**inmates** [2] - 42:13, 43:20
**insight** [1] - 30:9
**instance** [3] - 1:12, 4:4, 5:9
**instead** [1] - 24:13
**institutions** [1] - 42:19
**interest** [1] - 33:9
**interested** [1] - 33:10
**internally** [1] - 24:20
**internist** [1] - 61:13
**interrogatories** [2] - 4:4, 4:7
**intraoperative** [1] - 15:2
**invaded** [1] - 35:21
**invasion** [3] - 13:13, 13:18, 18:15
**involved** [11] - 23:12, 26:3, 26:10, 28:21, 28:22, 30:4, 32:18, 32:20, 35:16, 41:4, 56:21
**involving** [1] - 6:22
**issue** [1] - 25:14
**issues** [4] - 6:21, 43:19, 51:23
**IV** [2] - 46:10, 46:14
**IVP** [5] - 16:15, 16:17, 17:7, 18:4, 62:11

## J

**Jacksonville** [1] - 8:7
**January** [1] - 23:16
**Jenner** [1] - 2:3
**Jeremy** [1] - 60:8
**JEREMY** [1] - 2:13
**Joe** [2] - 5:5, 37:6
**John's** [8] - 9:1, 9:2, 23:14, 23:17, 51:8, 51:11, 52:11, 52:23
**JOSEPH** [1] - 2:7
**Journal** [1] - 49:14
**Judge** [2] - 1:5, 1:6
**judgment** [1] - 62:23
**Julie** [5] - 31:19, 32:1, 38:14, 50:23, 55:3

**July** [3] - 29:18, 38:19, 39:3
**June** [7] - 26:20, 27:14, 27:16, 27:22, 28:19, 30:22, 38:18

## K

**Kathy** [4] - 1:13, 2:11, 4:5, 5:10
**Kayla** [1] - 14:18
**keep** [1] - 19:21
**Kent** [2] - 9:23, 42:9
**KENT** [1] - 1:3
**kidney** [13] - 7:6, 13:13, 13:14, 18:15, 18:23, 19:2, 19:7, 43:21, 46:13, 47:15, 47:21, 48:7, 55:19
**kidneys** [7] - 7:2, 7:4, 7:5, 16:18, 16:19, 46:11, 46:15
**kids** [1] - 7:20
**kind** [5] - 41:9, 43:12, 46:19, 47:22, 55:20
**known** [1] - 38:9

## L

**last** [3] - 40:2, 58:21, 58:24
**lawyers** [2] - 10:8, 12:4
**lead** [1] - 63:10
**least** [5] - 12:22, 14:6, 53:24, 55:1, 58:23
**left** [1] - 41:15
**level** [1] - 36:3
**License** [1] - 66:19
**licensed** [2] - 5:21, 6:2
**life** [1] - 44:24
**life-threatening** [1] - 44:24
**likely** [4] - 48:12, 52:17, 57:23, 59:23
**Lincoln** [4] - 8:2, 43:2, 43:7
**Lisa** [1] - 2:16
**list** [6] - 8:22, 9:15, 9:18, 24:15, 31:22, 53:8
**litany** [1] - 16:7
**literally** [3] - 9:17, 24:16, 48:18
**literature** [7] - 21:18,

21:22, 21:23, 40:24, 48:19, 49:10, 49:14
**liver** [12] - 22:10, 22:18, 22:21, 34:6, 55:19, 55:22, 56:11, 56:12, 56:13, 56:16, 56:17, 56:22
**livers** [1] - 22:13
**LLP** [1] - 2:8
**look** [22] - 9:18, 12:9, 21:10, 23:12, 24:8, 25:8, 25:13, 26:18, 26:19, 28:11, 30:5, 30:21, 31:2, 31:20, 32:24, 33:22, 35:5, 39:14, 46:16, 48:19, 52:6, 64:24
**looked** [6] - 8:11, 18:9, 22:20, 26:4, 26:15, 40:1
**looking** [4] - 19:21, 32:10, 53:5, 55:22
**looks** [11] - 17:16, 18:14, 19:15, 24:6, 25:6, 26:18, 27:6, 27:18, 28:2, 29:18, 40:2
**lose** [3] - 45:1, 45:2, 64:5
**loses** [1] - 45:9
**losing** [1] - 63:8
**loss** [1] - 63:18
**lost** [1] - 64:7
**low** [3] - 45:3, 63:23, 64:13
**lower** [2] - 17:18, 18:20

## M

**M.D** [5] - 1:11, 3:2, 4:3, 5:8, 66:8
**Magistrate** [1] - 1:6
**mails** [1] - 62:2
**main** [2] - 18:18
**major** [2] - 14:9, 27:20
**malignancy** [2] - 44:20, 48:22
**man** [1] - 12:1
**March** [2] - 15:21, 38:22
**MARKED** [1] - 3:13
**marked** [1] - 15:5
**Mary** [2] - 41:9, 48:18
**mass** [1] - 20:5
**massive** [3] - 20:20, 45:1, 45:9

materiality [1] - 4:12
matter [1] - 66:9
maxi [1] - 36:5
maximum [1] - 35:19
mean [31] - 9:15, 9:17, 9:19, 12:15, 13:16, 13:22, 14:8, 14:18, 16:8, 22:21, 24:24, 27:12, 36:17, 39:10, 39:12, 39:17, 40:17, 45:19, 47:3, 47:10, 47:24, 48:4, 50:17, 51:2, 52:19, 57:6, 58:20, 60:21, 60:22, 61:24, 63:22
meaning [2] - 48:16, 52:13
means [7] - 16:4, 36:19, 51:3, 52:9, 52:14, 52:20
meant [2] - 51:5, 52:1
median [2] - 21:24, 26:8
medical [4] - 5:6, 6:20, 12:13, 36:7
Medicine [1] - 30:16
Memorial [9] - 8:3, 8:5, 8:16, 8:17, 8:20, 23:18, 50:24, 52:13, 52:21
men [4] - 6:20, 7:2, 7:20
mention [1] - 16:15
mentioned [4] - 21:13, 36:18, 46:24, 54:12
met [2] - 42:6, 61:10
metastases [4] - 22:8, 22:20, 55:23, 56:2
metastasis [4] - 19:1, 21:10, 28:7, 56:11
metastatic [6] - 22:6, 28:9, 34:7, 49:21, 55:14, 56:24
microscope [1] - 44:11
microscopic [5] - 23:4, 44:9, 48:13, 48:16, 48:20
might [18] - 11:15, 20:19, 21:15, 27:10, 28:16, 32:16, 33:14, 43:6, 46:10, 46:14, 46:16, 47:5, 51:6, 56:18, 58:14, 63:17, 63:23, 64:3
millimeter [1] - 23:4

Mincy [1] - 2:17
mind [4] - 36:23, 58:19, 58:23, 59:2
mine [1] - 35:8
minimize [1] - 15:1
minor [1] - 46:18
minute [2] - 26:19, 60:2
minutes [1] - 41:23
missed [1] - 24:19
moan [1] - 47:10
modifier [1] - 35:19
money [1] - 36:9
month [6] - 10:3, 42:17, 42:18, 43:23
months [1] - 45:15
most [5] - 14:5, 14:7, 35:15, 57:10, 65:12
move [1] - 55:20
moved [1] - 32:19
moving [1] - 33:20
MR [39] - 2:2, 2:7, 2:13, 5:4, 5:15, 10:13, 10:15, 25:18, 25:19, 25:20, 25:21, 26:23, 27:1, 27:4, 33:3, 33:7, 36:23, 37:2, 37:5, 37:7, 40:14, 40:16, 40:22, 41:22, 41:23, 41:24, 42:1, 60:1, 60:4, 60:6, 60:8, 60:9, 62:6, 62:8, 65:8, 65:9, 65:10, 65:11, 65:18
MRI [4] - 20:24, 46:10, 47:5, 47:8
MS [11] - 2:3, 2:18, 26:22, 27:3, 42:5, 59:23, 60:12, 60:14, 62:3, 65:13, 65:17
Mt [1] - 43:7
multiple [1] - 39:12
multispecialty [1] - 7:15
must [2] - 23:15, 53:13
Myerscough [1] - 1:5

## N

naked [1] - 44:10
name [8] - 5:4, 5:16, 10:13, 23:11, 31:20, 37:12, 42:7, 61:14
names [1] - 43:5
narrative [1] - 27:1
Nathan [1] - 10:13
nature [1] - 10:23
NAUGHT [1] - 65:19
Nawoo [1] - 33:16

NAWOOR [1] - 1:6
Nawoor [13] - 1:12, 2:11, 4:5, 5:6, 5:10, 34:21, 53:16, 59:4, 60:16, 61:1, 61:12, 61:15, 61:18
near [1] - 13:20
need [5] - 19:21, 32:21, 45:2, 50:11, 57:24
needed [3] - 25:22, 26:9, 50:19
needle [1] - 56:20
needs [1] - 16:11
nephrectomy [1] - 35:20
neurology [1] - 62:13
never [2] - 13:23, 13:24
next [3] - 10:6, 26:19, 53:15
nine [4] - 36:10, 36:11, 36:12, 37:9
nine-hour [2] - 36:10, 37:9
NO [1] - 1:4
non [1] - 65:12
non-parties [1] - 65:12
nonspecific [1] - 16:2
normal [1] - 36:4
normally [1] - 34:18
North [4] - 1:15, 2:4, 2:8, 4:6
note [7] - 18:6, 18:12, 20:1, 28:6, 34:5, 55:13, 56:3
noted [2] - 4:13, 56:3
notes [4] - 50:8, 50:22, 64:18, 66:14
nothing [1] - 48:18
Notice [1] - 1:18
number [3] - 22:4, 46:2, 48:2
numbered [1] - 17:17
numbers [1] - 65:1
nurse [7] - 31:19, 32:4, 32:15, 37:23, 38:14, 53:13, 55:3
Nurse [1] - 33:16
nurses [2] - 24:13, 37:21

## O

oath [1] - 5:12

objection [1] - 4:13
objections [1] - 4:12
obvious [2] - 21:12, 22:8
obviously [4] - 38:15, 39:9, 47:24, 59:9
occasionally [1] - 46:9
OF [4] - 1:1, 5:1, 66:1, 66:2
office [5] - 7:21, 7:24, 11:11, 53:22, 54:22
older [1] - 43:17
once [3] - 12:23, 28:22, 50:19
oncology [2] - 40:4, 40:8
one [39] - 7:16, 7:18, 14:19, 14:21, 17:21, 17:24, 19:4, 20:12, 21:2, 23:8, 23:10, 25:2, 29:21, 29:22, 30:3, 30:16, 31:4, 31:14, 32:2, 32:3, 33:9, 33:11, 33:12, 34:5, 35:15, 41:4, 42:17, 43:1, 43:2, 43:6, 43:15, 43:18, 43:22, 45:9, 46:2, 47:15, 48:2, 60:12
ones [3] - 42:22, 42:24, 54:21
ooh [1] - 35:21
op [2] - 39:23, 64:19
open [2] - 27:12, 47:6
operate [1] - 13:22
operating [1] - 50:21
operation [3] - 11:12, 14:9, 27:20
operative [6] - 22:17, 35:6, 35:10, 64:12, 64:14, 64:16
opinion [6] - 14:6, 30:19, 31:1, 34:9, 39:6, 57:22
opinions [1] - 11:5
oral [2] - 4:4, 4:7
order [4] - 24:16, 35:2, 50:18, 55:20
ordered [4] - 20:24, 30:5, 34:18, 34:20
ordering [2] - 31:24, 63:2
original [1] - 3:15
otherwise [1] - 34:17
outcome [4] - 29:16, 41:6, 45:11, 57:23

own [3] - 4:17, 35:9, 64:8

## P

p.m [7] - 1:15, 4:6, 38:6, 42:3, 60:11, 65:20
pacemaker [1] - 20:24
pacemakers [1] - 21:7
page [18] - 15:19, 17:17, 25:6, 25:18, 26:18, 30:6, 30:21, 32:5, 32:6, 33:9, 33:12, 35:6, 38:3, 38:16, 39:21, 52:3, 52:24, 55:13
PAGE [1] - 3:1
pages [3] - 49:16, 50:7, 55:9
paid [1] - 36:8
paragraph [1] - 56:4
part [3] - 27:2, 30:11, 37:22
particular [5] - 6:7, 16:6, 20:14, 31:12, 63:3
particularly [2] - 20:7, 55:3
parties [3] - 4:2, 4:15, 65:12
partner [2] - 10:9, 17:4
parts [1] - 4:14
party [1] - 4:17
Passavant [1] - 8:7
passing [1] - 28:17
pathology [1] - 56:8
patient [21] - 8:12, 9:23, 17:1, 20:23, 25:23, 29:11, 29:15, 33:17, 33:18, 38:10, 38:21, 39:8, 39:11, 39:18, 42:17, 45:6, 45:13, 45:16, 47:21, 62:19, 63:8
patient's [1] - 63:3
patients [2] - 9:10, 9:13
people [14] - 7:1, 13:10, 13:19, 15:16, 20:21, 22:5, 37:14, 44:11, 45:1, 47:7, 47:10, 48:15, 49:6, 56:23
per [2] - 7:18, 31:21
percent [5] - 7:24,

26:2, 48:22, 49:3
**percent/5-year** [1] - 21:16
**perfect** [2] - 22:13, 23:5
**performed** [1] - 8:12
**perfusionist** [1] - 37:21
**person** [7] - 15:4, 54:6, 54:7, 57:7, 61:10, 61:16, 61:20
**perspective** [1] - 25:14
**phone** [9] - 10:16, 10:17, 10:19, 10:21, 10:22, 24:14, 55:3, 60:20
**phone)** [1] - 61:5
**phonetic** [1] - 14:18
**Physician** [1] - 33:16
**physician** [1] - 5:20
**physicians** [1] - 24:13
**physicians'** [1] - 39:13
**pick** [1] - 23:3
**picture** [1] - 63:4
**piece** [3] - 22:21, 56:12, 56:13
**places** [1] - 43:11
**Plaintiff** [2] - 1:4, 2:6
**plaintiff** [1] - 42:8
**plan** [4] - 20:4, 23:6, 24:18, 28:19
**planes** [1] - 36:21
**plans** [1] - 19:24
**plenty** [1] - 49:6
**plus** [1] - 21:23
**point** [4] - 28:20, 34:11, 50:4, 52:18
**pointing** [1] - 32:6
**points** [1] - 36:1
**poor** [2] - 45:10, 46:13
**pops** [2] - 24:16, 48:3
**pose** [1] - 63:7
**possibility** [1] - 55:14
**possible** [7] - 22:24, 29:15, 49:20, 50:3, 56:10, 60:22, 61:7
**post** [1] - 39:23
**post-op** [1] - 39:23
**postsurgically** [1] - 11:20
**potential** [1] - 18:15
**potentially** [2] - 26:9, 45:10
**POWELL** [5] - 2:18,

26:22, 27:3, 65:13, 65:17
**Powell** [1] - 10:7
**Practice** [1] - 4:9
**practice** [7] - 6:13, 6:17, 7:9, 7:13, 7:17, 7:23, 9:2
**practicing** [1] - 57:7
**pre** [1] - 64:19
**pre-op** [1] - 64:19
**predicted** [1] - 36:16
**preoperative** [2] - 36:15, 64:24
**preparation** [1] - 10:19
**present** [2] - 29:13, 37:9
**presented** [1] - 45:13
**presenting** [2] - 44:1, 45:16
**pressure** [2] - 45:3, 45:12
**pretty** [3] - 26:5, 58:15, 61:8
**previously** [1] - 8:10
**prison** [3] - 11:12, 11:13, 23:18, 41:14, 41:17, 43:8, 51:7, 51:20, 52:10, 53:17, 58:12, 58:13, 58:16
**prisons** [1] - 43:4
**privileges** [5] - 8:1, 8:20, 23:20, 51:11, 51:13
**problem** [8] - 19:23, 46:21, 48:7, 48:9, 48:17, 56:14, 56:19, 56:22
**procedure** [10] - 14:1, 14:15, 35:12, 36:14, 37:9, 40:23, 56:5, 56:14, 63:16, 64:13
**procedures** [1] - 7:22
**profession** [1] - 5:19
**prognosis** [1] - 11:7
**proof** [1] - 4:16
**propagate** [1] - 19:11
**prostate** [1] - 43:18
**prostates** [1] - 7:2
**provided** [1] - 3:16
**providers** [1] - 5:6
**proximally** [1] - 19:11
**proximity** [1] - 18:22
**PSA** [1] - 43:19
**pseudohematuria** [1] - 44:12

**purpose** [2] - 4:15, 15:1
**pursuant** [1] - 1:18
**put** [3] - 14:9, 28:16, 65:15

## Q

**quality** [3] - 34:13, 34:14, 50:1
**questions** [5] - 40:15, 42:10, 59:24, 60:9, 65:10
**quick** [3] - 33:2, 33:4, 60:2
**quickly** [1] - 45:1
**quite** [4] - 12:2, 12:7, 37:23
**quiz** [1] - 12:4

## R

**R-A-Y** [1] - 61:14
**radiologist** [6] - 27:7, 30:18, 30:19, 31:2, 32:22, 39:14
**radiology** [1] - 18:9
**Rahmon** [1] - 61:15
**Randy** [1] - 37:20
**rapidly** [1] - 63:9
**rate** [3] - 21:16, 21:24, 41:1
**rather** [1] - 39:17
**ray** [1] - 21:8
**Ray** [2] - 61:12, 61:18
**reaching** [1] - 51:15
**reaction** [1] - 36:19
**reactions** [1] - 46:13
**read** [5] - 18:9, 24:17, 30:23, 49:14, 65:13
**readers** [1] - 33:2
**reading** [1] - 4:10
**real** [4] - 33:2, 33:4, 40:2, 63:23
**really** [2] - 27:8, 48:9
**reason** [2] - 46:22, 47:1
**reasonable** [1] - 39:7
**reassign** [2] - 25:4, 32:15
**Rebecca** [4] - 1:12, 2:11, 4:5, 5:10
**recent** [1] - 61:5
**recently** [4] - 8:10, 9:24, 10:1, 43:18
**receptionist** [4] -

33:15, 54:8, 54:9, 54:14
**recess** [1] - 33:5, 42:2, 60:10
**recognize** [1] - 53:4
**recollection** [2] - 11:6, 12:13
**recommendations** [1] - 32:21
**reconstruct** [1] - 20:17
**reconstructed** [1] - 20:12
**record** [2] - 10:5, 14:4
**records** [13] - 8:9, 9:22, 10:18, 12:1, 12:4, 12:5, 14:12, 15:12, 15:14, 15:15, 15:16, 40:2, 64:15
**recurrent** [2] - 48:7, 48:9
**red** [1] - 49:7
**Redirect** [1] - 3:4
**redirect** [3] - 49:16, 50:6, 55:8
**REDIRECT** [1] - 62:7
**reduced** [1] - 66:12
**referred** [1] - 9:13
**referring** [2] - 49:11, 49:12
**refers** [2] - 53:9, 53:15
**regardless** [2] - 45:20, 58:14
**regularly** [1] - 42:16
**related** [1] - 61:19
**relation** [1] - 66:9
**relatively** [1] - 61:4
**relevancy** [1] - 4:12
**remember** [15] - 10:22, 11:10, 11:24, 12:1, 12:5, 19:19, 22:19, 29:20, 29:23, 33:19, 37:8, 41:13, 41:14, 55:21, 58:11
**remembering** [1] - 12:8
**reminder** [1] - 42:7
**renal** [3] - 13:9, 19:3, 56:6
**repeating** [1] - 36:24
**replace** [1] - 20:19
**reply** [1] - 25:3
**report** [9] - 18:9, 22:18, 28:11, 35:6, 35:10, 55:11, 64:12, 64:14, 64:17
**Reporter** [5] - 1:17, 4:4, 4:8, 66:6, 66:19

**reporter** [4] - 3:16, 5:3, 15:7, 37:3
**Reporters** [1] - 1:22
**REPORTING** [1] - 1:21
**represent** [4] - 5:5, 12:3, 33:23, 42:8
**requesting** [1] - 33:17
**requirements** [1] - 4:9
**requiring** [1] - 45:11
**resect** [1] - 21:14
**reserved** [1] - 4:12
**residency** [1] - 6:2
**resident** [2] - 5:24, 37:20
**respect** [1] - 34:6
**response** [1] - 47:20
**responsible** [1] - 54:4
**results** [2] - 18:9, 49:17
**retained** [1] - 3:15
**retired** [1] - 17:4
**review** [4] - 8:8, 28:10, 28:13, 65:12
**reviewed** [4] - 9:22, 10:18, 18:8, 27:6
**rid** [1] - 24:17
**risk** [2] - 48:21, 63:7
**Robin** [1] - 33:13
**room** [1] - 50:21
**roughly** [3] - 7:24, 12:15, 49:5
**Royster** [1] - 2:19
**Rules** [1] - 4:10
**run** [1] - 18:22
**Rupcich** [3] - 3:3, 3:4, 5:5
**RUPCICH** [23] - 2:7, 5:4, 5:15, 10:15, 25:19, 25:21, 26:23, 27:1, 27:4, 33:3, 33:7, 37:7, 40:14, 40:22, 41:22, 41:24, 60:4, 60:8, 62:6, 62:8, 65:8, 65:11, 65:18
**Rushville** [1] - 43:1
**Ryan** [9] - 23:11, 24:9, 26:4, 26:14, 32:2, 32:9, 37:10, 37:22, 59:14

## S

**sad** [1] - 54:18
**safely** [1] - 47:14
**Saints** [1] - 51:10

**SAITH** [1] - 65:19
**SANGAMON** [1] - 66:2
**saver** [3] - 64:6, 64:9, 64:11
**savvy** [1] - 61:3
**saw** [20] - 11:10, 12:15, 12:22, 14:4, 22:18, 27:18, 28:3, 28:4, 29:21, 31:9, 31:12, 38:21, 39:1, 39:7, 40:2, 43:16, 55:16, 55:22, 58:21, 64:15
**scan** [9] - 16:18, 17:13, 22:9, 22:11, 31:6, 31:12, 32:23, 45:19, 47:13
**scar** [2] - 36:19, 56:1
**Schade** [1] - 2:8
**Schanzle** [1] - 1:6
**Schanzle-Haskins** [1] - 1:6
**schedule** [2] - 29:3, 38:10
**scheduled** [6] - 29:5, 38:3, 38:8, 38:19, 39:18, 50:17
**schedules** [1] - 38:14
**scheduling** [1] - 58:17
**School** [1] - 30:15
**scope** [3] - 17:15, 45:20, 62:11
**se** [2] - 7:18, 31:21
**second** [1] - 33:23
**Second** [3] - 1:16, 2:14, 4:6
**secretary** [1] - 17:21
**see** [36] - 9:10, 9:15, 9:18, 9:20, 13:12, 13:17, 14:19, 17:5, 17:13, 17:14, 20:6, 20:9, 20:23, 21:11, 22:8, 23:17, 23:21, 26:6, 28:6, 29:20, 29:24, 30:11, 31:17, 32:15, 32:17, 33:8, 33:17, 34:16, 38:11, 39:24, 40:8, 43:10, 46:21, 50:18, 50:23, 64:17
**seeing** [3] - 15:23, 20:5, 22:7
**seem** [1] - 22:17
**send** [5] - 13:20, 25:4, 52:14, 56:6, 56:10
**sends** [1] - 25:2

**sense** [1] - 13:8
**serious** [6] - 44:14, 44:17, 44:19, 44:21, 45:4, 63:7
**SERVICE** [1] - 1:21
**set** [4] - 28:22, 47:18, 50:16, 62:14
**set-in-stone** [1] - 47:18
**several** [2] - 5:6, 45:14
**severely** [1] - 33:18
**Severino** [4] - 2:22, 5:18, 36:23, 42:6
**SEVERINO** [5] - 1:11, 3:2, 4:3, 5:8, 66:8
**sew** [1] - 20:17
**sewn** [1] - 60:7
**shocked** [2] - 48:10, 65:6
**shoot** [1] - 46:17
**short** [1] - 33:5
**Shorthand** [5] - 1:17, 1:22, 4:3, 66:5, 66:19
**shorthand** [3] - 4:8, 66:11, 66:14
**shortly** [1] - 11:15
**show** [5] - 9:15, 9:17, 9:20, 22:14, 22:16, 31:15
**showed** [1] - 18:13
**shows** [1] - 17:14
**sic** [1] - 33:16
**side** [1] - 18:24
**sided** [1] - 17:24
**signature** [1] - 65:11
**significant** [1] - 46:21
**signing** [1] - 4:10
**similar** [1] - 14:14
**sits** [1] - 55:19
**SIU** [1] - 30:15
**six** [2] - 63:19, 64:1
**Sixth** [2] - 2:8, 8:6
**size** [1] - 35:20
**small** [3] - 23:1, 49:22, 50:4
**someone** [1] - 24:7
**sometime** [1] - 28:3
**sometimes** [3] - 13:11, 20:11, 22:12
**somewhere** [7] - 13:20, 29:19, 38:17, 38:18, 52:15, 64:18, 64:22
**soon** [1] - 29:4
**sooner** [1] - 33:18
**sorry** [3] - 25:18, 53:4, 61:19

**Sorry** [1] - 37:6
**sort** [2] - 22:1, 36:19
**sounds** [1] - 40:17
**SOURCES** [1] - 1:6
**Sources** [5] - 1:13, 2:12, 4:5, 5:5, 5:11
**South** [1] - 2:14
**specialty** [1] - 6:7
**specific** [2] - 7:17, 62:24
**specifically** [3] - 4:13, 12:8, 41:2
**specifics** [1] - 10:24
**specimen** [1] - 56:8
**spell** [1] - 37:2
**spelling) ** [1] - 14:18
**spoken** [1] - 28:14
**spots** [2] - 22:18, 55:22
**SPRINGFIELD** [1] - 1:1
**Springfield** [14] - 1:15, 1:16, 1:23, 2:9, 2:15, 2:20, 4:6, 4:6, 7:8, 7:9, 30:19, 31:2, 61:13, 66:16
**SS** [1] - 66:1
**St** [8] - 9:1, 9:2, 23:14, 23:17, 51:8, 51:11, 52:11, 52:23
**staff** [2] - 24:12, 54:22
**standard** [13] - 15:15, 15:16, 16:14, 17:7, 36:3, 45:21, 45:23, 46:7, 47:9, 47:12, 47:23, 62:9, 62:12
**start** [4] - 17:12, 46:22, 47:12, 64:3
**started** [2] - 9:9, 45:16
**state** [2] - 5:16, 50:22
**STATE** [1] - 66:1
**State** [1] - 5:21
**Sterling** [1] - 43:7
**sternotomies** [1] - 26:8
**Steve** [11] - 23:11, 24:7, 24:9, 25:7, 26:4, 26:14, 32:2, 32:14, 37:10, 37:22, 59:14
**sticker** [1] - 17:22
**still** [9] - 11:18, 13:2, 30:15, 32:5, 35:17, 35:18, 47:22, 48:3, 64:10
**stipulated** [1] - 4:2
**stipulation** [1] - 1:19

**stone** [4] - 43:21, 47:18, 48:4, 48:10
**stones** [4] - 47:22, 48:1, 48:5, 48:7
**stop** [3] - 14:11, 24:23, 40:18
**stopped** [5] - 9:4, 9:5, 14:23, 23:15, 23:16
**straightforward** [1] - 36:5
**street** [3] - 8:4, 8:16, 23:22
**Street** [6] - 1:16, 2:4, 2:8, 2:14, 4:6, 8:6
**Strom** [2] - 10:10, 42:8
**STROM** [13] - 2:2, 10:13, 25:18, 25:20, 36:23, 37:2, 37:5, 40:16, 41:23, 42:1, 60:1, 60:6, 65:9
**stuck** [3] - 36:19, 36:20, 56:20
**stuff** [4] - 20:21, 24:18, 39:10, 41:3
**subspecialty** [2] - 6:18, 6:19
**successful** [1] - 57:16
**sucked** [1] - 64:8
**Sue** [1] - 1:5
**suggest** [1] - 38:7
**suggestion** [1] - 51:10
**suggestive** [1] - 16:6
**suite** [1] - 37:15
**Sulaver** [1] - 37:20
**summer** [2] - 8:19, 9:9
**suppose** [2] - 28:13, 56:19
**Supreme** [1] - 4:10
**surgeon** [18] - 20:9, 23:9, 23:10, 24:8, 24:9, 25:11, 26:6, 26:11, 26:16, 27:11, 28:14, 28:21, 29:20, 30:4, 34:23, 37:11, 37:13, 37:22
**surgeon's** [1] - 28:13
**surgeons** [6] - 20:13, 29:7, 29:12, 30:16, 32:20, 37:8
**surgeries** [3] - 8:23, 51:8, 63:14
**surgery** [29] - 7:24, 8:12, 12:22, 14:5, 25:24, 28:24, 29:3, 29:18, 31:12, 32:17,

**stone** column continued:
36:11, 38:2, 38:7, 38:8, 38:19, 39:3, 39:8, 41:9, 41:20, 50:11, 50:13, 50:24, 55:11, 57:16, 58:6, 58:7, 63:12, 63:15, 63:22
**Surgery** [1] - 8:5
**surgical** [6] - 6:19, 6:21, 7:21, 8:1, 20:15, 37:15
**surprised** [2] - 11:16, 13:2
**surprising** [1] - 36:14
**survival** [3] - 21:16, 21:24, 41:1
**suspect** [2] - 12:20, 56:2
**switch** [1] - 17:22
**sworn** [5] - 5:2, 5:12, 66:8
**symptomatic** [1] - 64:3
**symptoms** [1] - 48:21
**system** [8] - 19:6, 24:10, 51:7, 51:20, 52:10, 59:5, 59:15, 59:21

## T

**table** [5] - 11:14, 15:4, 29:11, 39:12, 39:19
**task** [6] - 24:14, 24:22, 25:1, 31:22, 53:8, 59:5
**tasks** [4] - 24:4, 24:10, 33:8
**Taylorville** [5] - 5:7, 8:3, 38:7, 53:10, 54:23
**team** [1] - 37:15
**technical** [1] - 36:20
**tediousness** [1] - 35:20
**Telephone** [4] - 2:5, 2:10, 2:15, 2:20
**ten** [7] - 29:6, 29:8, 37:17, 37:18, 50:21, 63:19, 64:2
**ten-hour** [1] - 29:6
**tends** [1] - 13:9
**term** [2] - 36:7, 36:20
**terms** [5] - 13:12, 21:3, 35:20, 45:4, 48:20

**terrible** [1] - 13:11
**terribly** [1] - 13:9
**testicular** [1] - 43:16
**testified** [4] - 5:13, 42:12, 43:24, 49:20
**testify** [1] - 66:9
**testimony** [1] - 42:10
**testing** [2] - 20:1, 63:2
**text** [1] - 61:3
**THE** [11] - 1:1, 5:17, 10:14, 26:24, 27:2, 37:1, 37:4, 40:17, 60:13, 62:4, 65:15
**thereof** [1] - 4:14
**THERESA** [1] - 2:18
**Theresa** [1] - 8:11
**thinking** [2] - 57:15, 58:5
**third** [1] - 26:11
**Thornton** [1] - 31:20
**threatening** [1] - 44:24
**three** [8] - 7:16, 7:17, 9:5, 29:7, 49:7, 50:20, 59:16, 60:4
**Thrombeck** [1] - 14:18
**thrombus** [4] - 19:6, 19:9, 19:13, 21:4
**tied** [1] - 29:22
**tight** [2] - 47:5, 47:11
**Tina** [1] - 54:6
**tiny** [1] - 48:15
**tip** [2] - 7:6, 46:19
**tissue** [1] - 36:21
**today** [2] - 11:18, 54:21
**together** [1] - 50:20
**tolerate** [1] - 47:4
**Tom** [1] - 1:6
**took** [2] - 39:9, 54:7
**top** [11] - 7:5, 17:13, 43:3, 43:15, 43:22, 46:19, 57:8, 60:21, 60:23, 65:6
**toward** [2] - 13:14, 24:3
**tract** [4] - 6:20, 6:22, 6:23, 6:24
**tracts** [1] - 46:11
**traditionally** [1] - 20:8
**transcribed** [1] - 4:8
**TRANSCRIPT** [1] - 5:1
**transcript** [2] - 3:16, 66:13
**transfuse** [2] - 63:23, 64:1

**transfused** [1] - 45:3
**transfusions** [1] - 45:11
**translation** [1] - 66:14
**transpired** [1] - 12:16
**treat** [1] - 43:13
**treated** [1] - 42:12
**treating** [2] - 34:21, 35:3
**treatment** [3] - 11:1, 57:17, 57:24
**true** [1] - 66:13
**truth** [1] - 66:9
**try** [8] - 14:12, 15:3, 23:13, 28:23, 36:8, 39:19, 52:21
**trying** [5] - 27:14, 38:2, 41:16, 43:14, 43:19
**tube** [1] - 47:5
**tubes** [2] - 16:19, 46:16
**tumor** [7] - 13:17, 14:12, 15:4, 19:5, 19:9, 21:4
**turned** [1] - 29:21
**two** [5] - 13:2, 22:15, 43:2, 43:6, 59:16
**type** [13] - 13:15, 13:18, 14:5, 14:7, 15:14, 20:21, 22:16, 24:15, 25:3, 36:19, 44:21, 47:19, 56:14
**typed** [1] - 63:18
**types** [1] - 44:8
**typewritten** [1] - 66:12
**typically** [7] - 17:12, 20:6, 23:11, 46:12, 46:20, 55:2, 62:11
**typo** [1] - 17:3
**TYRRELL** [3] - 2:13, 60:9, 65:10

### U

**U.S** [1] - 1:1
**ultrasound** [3] - 46:15, 46:23, 47:6
**unbelievably** [2] - 40:10
**under** [3] - 14:9, 44:10, 66:15
**undergo** [2] - 25:24, 57:17
**units** [2] - 63:19, 64:10

**UNKNOWN** [1] - 1:7
**unless** [1] - 4:13
**up** [46] - 9:15, 9:17, 9:20, 12:11, 13:14, 16:13, 17:11, 17:16, 19:10, 20:18, 22:14, 22:16, 23:3, 23:23, 24:16, 26:5, 26:7, 27:8, 27:12, 27:13, 28:23, 29:22, 30:2, 31:9, 32:3, 33:20, 35:21, 36:6, 36:21, 39:19, 40:20, 41:7, 42:9, 43:8, 45:17, 46:17, 48:24, 50:16, 56:4, 57:10, 57:20, 58:8, 58:14, 60:7, 61:5, 64:8
**upper** [1] - 46:11
**ureter** [1] - 16:22
**urethra** [2] - 7:6, 16:22
**urgent** [2] - 50:15, 50:16
**urinary** [4] - 6:19, 6:22, 6:23, 6:24
**urinating** [1] - 43:18
**urine** [8] - 16:3, 16:5, 44:5, 44:13, 48:1, 48:6, 48:16, 49:7
**urogram** [2] - 18:6, 62:11
**urological** [1] - 49:13
**Urological** [1] - 46:4
**urologist** [1] - 16:1
**urologists** [1] - 7:16
**Urology** [1] - 49:15
**urology** [10] - 6:10, 6:11, 6:14, 6:17, 6:18, 7:9, 7:15, 7:18, 7:20, 14:6

### V

**vaguely** [1] - 22:19
**variations** [3] - 45:24, 46:7, 46:18
**variety** [1] - 7:19
**various** [1] - 43:10
**vascular** [9] - 20:9, 20:13, 23:9, 24:8, 24:9, 25:10, 28:13, 28:14
**vein** [3] - 18:18, 19:7, 19:9
**vena** [3] - 13:13, 18:16, 18:17, 19:8, 19:10, 19:13, 20:7, 20:11, 20:17, 20:18,

25:14, 25:16, 25:17
**venous** [1] - 19:6
**versus** [1] - 44:18
**vessel** [1] - 18:18
**visible** [6] - 16:4, 22:10, 23:2, 34:11, 44:5, 44:10
**visit** [8] - 15:20, 18:2, 26:19, 27:5, 39:22, 50:7, 50:10, 50:22
**visits** [2] - 7:21, 50:20
**Voelker** [1] - 2:19
**vs** [1] - 1:5

### W

**Wabash** [1] - 2:19
**Wackman** [1] - 10:13
**waive** [1] - 65:18
**waived** [2] - 4:11, 4:13
**wake** [1] - 58:14
**wakes** [1] - 40:20
**walk** [5] - 41:12, 41:13, 41:16, 58:12, 58:15
**walking** [2] - 11:11, 58:13
**wants** [2] - 31:6, 58:15
**weeks** [1] - 45:15
**weigh** [1] - 45:7
**west** [1] - 43:6
**WEXFORD** [1] - 1:6
**Wexford** [5] - 1:13, 2:12, 4:5, 5:5, 5:11
**whack** [1] - 56:17
**whole** [3] - 16:7, 56:8, 56:16
**widespread** [1] - 34:7
**WILLIAM** [7] - 1:3, 1:11, 2:2, 3:2, 4:3, 5:8, 66:8
**William** [4] - 2:21, 5:18, 9:23, 42:9
**Wise** [1] - 54:6
**WITNESS** [11] - 3:1, 5:17, 10:14, 26:24, 27:2, 37:1, 37:4, 40:17, 60:13, 62:4, 65:15
**witness** [5] - 4:8, 4:11, 5:2, 5:9, 61:5
**woke** [1] - 41:7
**women** [3] - 6:20, 7:3, 7:20
**word** [2] - 35:23,

36:24
**work** [6] - 15:17, 16:13, 20:12, 30:14, 45:17, 50:23
**working** [3] - 38:1, 51:20, 52:17
**works** [1] - 54:10
**workup** [4] - 25:22, 27:24, 36:15, 63:12
**worse** [1] - 48:12

### X

**x-ray** [1] - 21:8

### Y

**year** [2] - 14:19, 14:20
**years** [9] - 9:5, 12:19, 12:20, 13:3, 22:5, 41:15, 57:7, 57:13, 59:16

Exhibit 1 to Severino Deposition - EX L

**Office Visit 1**

## Amended, Final

Patient:    **WILLIAM DEAN**

Encounter:    Aug 11 2016 10:55AM        EMRN:    0001429012

will follow up in 6 weeks' time. Note Natalie will make sure that he get set up to see oncology as he is at high risk for failure if he doesn't have metastatic disease already. Amended : WILLIAM SEVERINO MD; 08/11/2016 12:50 PM CST.

**Signature**

Electronically signed by : NATALIE WHITE ; 08/11/2016 11:14 AM CST.

Electronically signed by : WILLIAM SEVERINO MD; 08/11/2016 12:50 PM CST.

Electronically signed by : WILLIAM SEVERINO MD; 08/11/2016 12:50 PM CST.

**Springfield Clinic**

**William K. Dean 11**

## Final - Receipt

### 07/19/2016/ WILLIAM DEAN/ 0001429012/ DOB: 08/29/1960

MEMORIAL MEDICAL CENTER
Springfield, Illinois

PATIENT NAME: DEAN ,WILLIAM
DATE OF BIRTH: 08/29/1960
MRN: 1408290

ATTENDING PHYSICIAN: STEPHEN HAZELRIGG, M.D.
SURGEON: WILLIAM SEVERINO, M.D.
DICTATING PHYSICIAN: WILLIAM SEVERINO, M.D.
COSIGNING PHYSICIAN: NO COSIGNATURE REQUIRED

OPERATIVE NOTE

ACCOUNT#: 266739408

DATE OF ADMISSION: 07/19/2016

DATE OF SURGERY: 07/19/2016

cc:

PREOPERATIVE DIAGNOSIS:  Right renal mass with vena caval thrombus extension to the right atrium.

OPERATIVE PROCEDURE:  Right radical nephrectomy with IVC thrombectomy with median sternotomy, cardiopulmonary bypass with deep hypothermic circulatory arrest.

FIRST ASSISTANT:  RANDY SULAVER II, M.D., RES.

The IVC thrombectomy will be dictated by Dr. Ryan.

ESTIMATED BLOOD LOSS:  Not estimated.

FLUIDS:  He was given 785 through the Cell Saver, 11 units of packed cells, 4 units of FFP, 2 units of platelets, and 2 units of cryoprecipitate.

INDICATION FOR PROCEDURE:  This is a 55-year-old gentleman who was found to have a large right renal mass IVC and extension up to the level of the atrium.  He presented for the above procedure.

OPERATIVE FINDINGS:  Approximately 16-cm mass.  Unbelievably hard desmoplastic reaction around the IVC.  An occluded left renal vein and occluded right inferior vena cava below the right renal vein.  He had tumor thrombus and bland thrombus up to the level of the right atrium.  He also had several nodules on the liver, consistent with metastatic disease.

DESCRIPTION OF PROCEDURE:  The patient was taken to the operating room and placed under general anesthesia.  Once general anesthesia was obtained, tubes and lines were inserted.  Cardiothoracic will dictate the median sternotomy portion.  A subcostal incision was made extending from the right side across to the left side.  Cautery was used to go down through the layers.  We entered the abdomen.  It was apparent he probably had a couple of metastatic nodules to the liver on the right lobe and the left lobe.  No other obvious metastatic disease was appreciated.

With that being done, we identified the right colon and transverse colon.  I mobilized this medially and then identified the duodenum and mobilized that.  This was firmly adherent to the vena cava.  It took a tremendous amount of time to even identify the vena cava.  We really could never truly identify the inferior

Springfield Clinic
William K. Dean 59

## Springfield Clinic
1025 S. 6th Street, Springfield Clinic
Springfield, IL 62794
(217) 528-7541

## Task Details
**Patient:** DEAN, WILLIAM
**MRN:** 0001429012
**Other:** (217) 824-4004
**Sex:** M
**Age:** 58 years
**DOB:** 8/29/1960

**AKA:** WILLIAM DEAN
**Home Phone:** (217) 824-4004
**Work Phone:**
**Allergy:** Med Only
**Directives:**
**PCP:** NO PRIMARY GIVEN

### Comment History:

**06/23/2016 10:58 AM         THORNTON, JULIA**
TASK CREATED
I was checking in with you to see when patient can be scheduled for the surgery. Will need to coordinate with Dr. Hazelrigg, Dr. Ryan and Dr. Severino's schedules. If any questions, I will be at 528-7541 ext 42799 today or you can reply to the task. Thank you, Dr. Severino/Julie, LPN

**06/23/2016 12:16 PM         BOESDORFER (SIU), STEPHANIE**
TASK REPLIED TO: Previously Assigned To Hazelrigg (SIU), Nurse Tasks
our first availability wouldnt be until the week of July 18th.
He could do
18th- 1st start
19th- open all day at this point
20th- he has a TAVR which ususally start about 10am.
then he is out 21st and 22nd

**06/23/2016 01:17 PM         THORNTON, JULIA**
TASK EDITED
Hi Pat-- Do any of these dates work with Dr. Ryan's schedule?

**06/23/2016 01:53 PM         EKLE, PATRICIA**
TASK EDITED
Steve is available on 7-19 at 1030ish and 7-20 nothing so far. Does he need to be there in beginning of case?? Pat

**06/23/2016 02:07 PM         RICHARDSON, KRISTIN**
TASK REASSIGNED: Previously Assigned To Severino, Nurse Staff

**06/23/2016 02:14 PM         THORNTON, JULIA**
TASK EDITED
Looking at 7/19 (Tues) and could start around 10:30. Does that work for you? I know Dr. Severino is doing a nephrectomy but how do you want the rest of the consent to read? Also, I assume this is being done up in cardiac? If so, what is there number and I could go ahead and schedule it. Thanks

**06/23/2016 02:27 PM         BOESDORFER (SIU), STEPHANIE**
TASK REPLIED TO: Previously Assigned To Hazelrigg (SIU), Nurse Tasks
the 19th works- ill put it down in our schedule/

median sternotomy, resection of renal cell thrombus from inferior vena cava on cardiopulmonary bypass vs circ arrest

CVOR scheduling- 788 4578

**06/23/2016 03:10 PM         THORNTON, JULIA**
TASK EDITED
Pat-I have it scheduled up in Cardiac on 7/19/16 at 10:30am. Dr. Severino said he would be ready for Dr. Ryan at noon. As of now, the consent reads Right Radical Nephrectomy with median sternotomy, resection of renal cell thrombus from inferior vena cava on cardiopulmonary bypass vs. circulatory arrest. Does Dr. Ryan need me to add anything? Let me if this works. Thanks

**06/23/2016 03:48 PM         EKLE, PATRICIA**
TASK EDITED
Julie-It works. I have pt. on our surgery schedule for 7-19. Dr. states nothing to add to consent. You will order blood and antibiotics and labs we would order. Pat. Thank you.

**Springfield Clinic**
**William K. Dean 82**

# Springfield Clinic

1025 S. 6th Street, Springfield Clinic
Springfield, IL 62794
(217) 528-7541

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

06/23/2016 03:51 PM          RICHARDSON,KRISTIN
  TASK REASSIGNED: Previously Assigned To Severino,Nurse Staff

06/23/2016 04:19 PM          THORNTON,JULIA
  TASK EDITED
  I have patient scheduled up in Cardiac for 7/19/16 at 10:30am. I will get H&P and orders over and do pre op labs. We will give him Gent
  80mg and Amp 1gm IV preop. Will also type and cross 4 units of prbc's and have thigh ted hose and kendall boots on call to OR. Is there
  anything else you want me to put on the orders?

06/23/2016 04:51 PM          OPPERMAN (SIU),KATRINA
  TASK REPLIED TO: Previously Assigned To Hazelrigg (SIU),Nurse Tasks
  For us, he only needs knee high TEDs. Labs, he will need CBC, CMP, INR, UA, MRSA PCR, HgbA1C, Chest x-ray, EKG (these all within
  7 days of surgery), and the type and hold for 4 units please. Thank you!

06/24/2016 09:20 AM          THORNTON,JULIA
  TASK IN PROGRESS

06/24/2016 09:30 AM          THORNTON,JULIA
  TASK EDITED

06/24/2016 01:21 PM          THORNTON,JULIA
  TASK IN PROGRESS

06/24/2016 01:26 PM          THORNTON,JULIA
  TASK EDITED
  Chad at Taylorville Correctional Center aware of surgery time. Chad will schedule patient to see his cardiologist at Praire 7-10 days prior to
  procedure. Chad requests that written orders be faxed to 217-824-8075.

06/27/2016 08:44 AM          THORNTON,JULIA
  TASK EDITED
  Per Dr. Severino, type and cross 8 units of PRBC's. Surgery orders/instructions were faxed to Chad at 824-8075.

07/07/2016 08:41 AM          THORNTON,JULIA
  TASK EDITED

07/15/2016 09:17 AM          THORNTON,JULIA
  TASK IN PROGRESS

07/15/2016 09:27 AM          THORNTON,JULIA
  TASK EDITED
  Felicia from TMH prison faxing over labs and H&P.

07/18/2016 10:27 AM          THORNTON,JULIA
  TASK COMPLETED

**Springfield Clinic**
**William K. Dean 83**

**Springfield Clinic**
1025 S. 6th Street, Springfield Clinic
Springfield, IL 62794
(217) 528-7541

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN, WILLIAM | | | |
| **MRN:** | 0001429012 | | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | | **Work Phone:** | |
| **Age:** | 58 years | | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | | **Directives:** | |
| | | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 92616052 |
| **Assigned To:** | SEVERINO, WILLIAM |
| **Delegated:** | No |
| **Task:** | Document Appointment |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 06/14/2016 10:15AM |
| **Created By:** | OPPERMAN (SIU), KATRINA |
| **Overdue:** | |

**Task About:**

No information available.

**Comment History:**

06/14/2016 10:15 AM          OPPERMAN (SIU),KATRINA
  TASK CREATED
  I have this patient set up to see Dr. Hazelrigg on 6/20. After he sees, we can start coordinating surgery date/times.
06/14/2016 10:54 AM          RICHARDSON,KRISTIN
  TASK REASSIGNED: Previously Assigned To Severino ,Nurse Staff
  FYI
06/15/2016 04:57 AM          SEVERINO,WILLIAM
  TASK COMPLETED

**Springfield Clinic**
**William K. Dean 86**

**Springfield Clinic**
1025 S. 6th Street, Springfield Clinic
Springfield, IL 62794
(217) 528-7541

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN, WILLIAM | | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | | **Work Phone:** | |
| **Sex:** | M | | **Allergy:** | Med Only |
| **Age:** | 58 years | | **Directives:** | |
| **DOB:** | 8/29/1960 | | **PCP:** | NO PRIMARY GIVEN |

**Comment History:**

06/10/2016 09:42 AM          THORNTON, JULIA
TASK CREATED
Dr. Severino would like to speak to either Dr. Hazelrigg or the nurse about this patient. Would like to discuss before making appt. Dr. Severino's cell number is 217-741-6188.

06/10/2016 12:20 PM          BOESDORFER (SIU), STEPHANIE
TASK EDITED
info is on Dr. H desk to review
I spoke with Dr. Severino
Once H reviews films and gives me the OK, then we can start coordinating and scheduling for surgery.

06/10/2016 12:20 PM          BOESDORFER (SIU), STEPHANIE
TASK IN PROGRESS

06/13/2016 11:38 AM          OPPERMAN (SIU), KATRINA
TASK REPLIED TO: Previously Assigned To Hazelrigg (SIU), Nurse Tasks
Hi Julia,

Dr. Hazelrigg would like to see the patient. I called the prison to set up an appt; they have to obtain preauth first. Once they call me back, I'll get him scheduled to see Dr. Hazelrigg ASAP.

Thanks, Katrina
06/13/2016 01:16 PM          THORNTON, JULIA
TASK EDITED

06/13/2016 03:00 PM          THORNTON, JULIA
TASK EDITED
Noted. Check back for appt time.

06/16/2016 11:03 AM          THORNTON, JULIA
TASK EDITED
Patient has appt with Dr. Hazelrigg on 6/20

06/16/2016 11:03 AM          THORNTON, JULIA
TASK COMPLETED

**Springfield Clinic**
**William K. Dean 90**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

**Comment History:**

04/28/2016 05:18 AM        RYAN,STEPHEN
  TASK CREATED
  SMR to review CT again for Urology.

05/02/2016 08:29 AM        RYAN,STEPHEN
  TASK EDITED
  Please have his 4/12/16 CT from TMH tele'd again to me.  It was tele'd once, but I can't find it now.

05/02/2016 11:42 AM        EKLE,PATRICIA
  TASK EDITED
  CT tleed to MMC.

05/05/2016 07:02 AM        RYAN,STEPHEN
  TASK EDITED
  Bill, in looking at this CT again, I believe the IVC is occluded above the renal veins, and the top of the tumor thrombus may extend above the hepatic vein.  CT surgery may need to be involved, but I don't believe we can get above this tumor from the abdoman.  Also, I think the left renal vein may be occluded chronically, although I cannot be certain.  He has two right renal arteries.  I am happy to help with the case, but it may be helpful to have CT surgery look at the CT scan.

05/05/2016 07:04 AM        SEVERINO,WILLIAM
  TASK REASSIGNED: Previously Assigned To SEVERINO,WILLIAM
  juie see this

05/06/2016 09:14 AM        THORNTON,JULIA
  TASK IN PROGRESS

05/06/2016 09:14 AM        THORNTON,JULIA
  TASK EDITED
  talk to severino

05/06/2016 09:15 AM        THORNTON,JULIA
  TASK EDITED

05/10/2016 03:16 PM        THORNTON,JULIA
  TASK EDITED
  Dr. Severino is having Dr. Coakley review films.

05/13/2016 07:18 AM        THORNTON,JULIA
  TASK EDITED
  Sent another message to dr. coakley

06/01/2016 09:07 AM        THORNTON,JULIA
  TASK IN PROGRESS

06/01/2016 09:10 AM        THORNTON,JULIA
  TASK EDITED
  Dr. Coakley reviewed films and would like patient to have another CT. Patient needs a CT abd/pelv/chest with IV and oral contrast and to see Dr. Severino back in the office to review before deciding on appropriate surgery. Need to call Chad at the prison and let him know so he can get approved and scheduled.

06/01/2016 12:19 PM        RICHARDSON,KRISTIN

**Springfield Clinic**
**William K. Dean 102**

**Springfield Clinic**
**1025 S. 6th Street, Springfield Clinic**
**Springfield, IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN, WILLIAM | | | |
| **MRN:** | 0001429012 | | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | | **Work Phone:** | |
| **Age:** | 58 years | | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | | **Directives:** | |
| | | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 89940384 |
| **Assigned To:** | RYAN, STEPHEN |
| **Delegated:** | No |
| **Task:** | Miscellaneous |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 04/15/2016 07:30AM |
| **Created By:** | SEVERINO, WILLIAM |
| **Overdue:** | |

**Task About:**

No information available.

## Comment History:

04/15/2016 07:30 AM          SEVERINO, WILLIAM
TASK CREATED
steve if you could take a liook at his ct it was done in taylorivlle hart to make out height of cava thrombus.  cant have mri has pacemaker.
my nurse is seeing if could have surgery at mmc or not thanks bill

04/20/2016 05:35 AM          RYAN, STEPHEN
TASK EDITED
I would be glad to help.  Are you doing this op, or does he have to go to SJH?

04/20/2016 06:44 AM          SEVERINO, WILLIAM
TASK REPLIED TO : Previously Assigned To SEVERINO , WILLIAM
steve my nurse is seeing if can be done at mmc, if not ill have to send him to siu.  i should know today.  were you able to tell on his ct how
high the thrombus goes up the ive .  i cant tell thnks bill

04/21/2016 11:51 AM          THORNTON, JULIA
TASK EDITED
fyi-procedure has been approved to be done at mmc.

04/28/2016 05:17 AM          RYAN, STEPHEN
TASK COMPLETED

**Springfield Clinic**
1025 S. 6th Street, Springfield Clinic
Springfield, IL 62794
(217) 528-7541

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

**Comment History:**

04/14/2016 04:25 PM          RATLIFF,SHANNA
TASK CREATED
Pt needs to have surgery for right renal mass with vena cava thrombosis. Dr Severino would like you to check with Taylorville correctional or Wexford to see if this can be done at MMC. Please contact facility to schedule. Order was also given for pt to have chest xray PA-L.

04/19/2016 09:10 AM          THORNTON,JULIA
TASK IN PROGRESS

04/19/2016 12:06 PM          THORNTON,JULIA
TASK EDITED
Called Felicia at 824-4004 ext 5723 at Taylorville corrections. Need to see if patient can have procedure for renal mass done at MMC due to Dr. Severino not having privilages at STJ. Waiting on call back.

04/19/2016 12:16 PM          THORNTON,JULIA
TASK EDITED
Spoke to Felicia. Requesting office notes to be faxed and she will have the Dr. put in an urgent referall to Wexford. Office notes faxed to 824-8075.

04/21/2016 11:51 AM          THORNTON,JULIA
TASK EDITED
Procedure has been approved to be done at MMC. Waiting on response from Dr. Ryan.

05/02/2016 10:18 AM          WISE,TINA
TASK EDITED
Chad from the Taylorville Correctional facility called to touchbase.
He hasn't gotten anything via fax concerning labs or anything needing to be done prior to procedure.
217-824-4004, ext. 5722

05/04/2016 12:01 PM          THORNTON,JULIA
TASK IN PROGRESS

05/04/2016 12:02 PM          THORNTON,JULIA
TASK EDITED
Patient is seeing praire heart next week. Nurse chad will call back with appt time.

05/10/2016 03:24 PM          THORNTON,JULIA
TASK EDITED
Patient had cardiac clearance appt at Praire on Friday. Notes being faxed.

05/15/2016 04:43 PM          THORNTON,JULIA
TASK EDITED
Waiting on Dr. Coakley to review films.

05/17/2016 01:06 PM          ALPHIN,SARA
TASK EDITED
Chad/Taylorville Correctional -checking status of procd set-up -at  824-4004-
#5722

06/01/2016 09:07 AM          THORNTON,JULIA
TASK EDITED
see other task

**Springfield Clinic**
**William K. Dean 109**

## Springfield Clinic
1025 S. 6th Street, Springfield Clinic
Springfield, IL 62794
(217) 528-7541

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN, WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 88304320 |
| **Assigned To:** | Severino, Floor Staff |
| **Delegated:** | No |
| **Task:** | Follow Up |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 03/10/2016 12:04PM |
| **Created By:** | THORNTON, JULIA |
| **Overdue:** | |

**Task About :**

No information available.

## Comment History:

03/10/2016 12:04 PM          THORNTON, JULIA
TASK CREATED
Patient needs CT IVP, BMP and office cysto. Taylorville Prison will call to schedule. Facility Dr. has to approve first.

03/24/2016 09:43 AM          WHITACRE, BETHANY
TASK EDITED
Per Severino, Nurse Staff task from 3/22/2016, Felicia called back to let us know the cysto was approved. Called her back at 824-4004 ext 5723 and left message for her to call back to schedule cysto and ct ivp.

03/28/2016 08:54 AM          ALPHIN, SARA
TASK EDITED
Felicia returned call --at 824-4004 #5723

03/28/2016 02:46 PM          WHITACRE, BETHANY
TASK IN PROGRESS

03/28/2016 03:21 PM          WHITACRE, BETHANY
TASK EDITED
spoke with Felicia at Taylorville Prison. Scheduled patient for in office cysto no sbe 4/14/2016 @ 3:15pm @ SC Taylorville. Scheduled patient for CT IVP @TMH on 4/12/2016 at 1:00pm. Faxed order for CT to TMH at 824-1646. Patient will have BMP and PSA drawn at Taylorville Prison 1 week prior to appt. Results will be faxed to 217-527-3844 and patient will bring paper copy in to office appt also.

03/28/2016 03:27 PM          WHITACRE, BETHANY
TASK COMPLETED

**Springfield Clinic**
**William K. Dean 116**

**Springfield Clinic**

1025 S. 6th Street, Springfield Clinic
Springfield, IL 62794
(217) 528-7541

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN, WILLIAM | | | |
| **MRN:** | 0001429012 | | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | | **Work Phone:** | |
| **Age:** | 58 years | | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | | **Directives:** | |
| | | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 87841327 |
| **Assigned To:** | Severino, Nurse Staff |
| **Delegated:** | No |
| **Task:** | Call Back |
| **Status:** | Complete |
| **Priority:** | Urgent |
| **Created:** | 03/01/2016 09:27AM |
| **Created By:** | DUNN, ROBIN |
| **Overdue:** | |

**Task About:**

No information available.

## Comment History:

03/01/2016 09:27 AM          DUNN, ROBIN
  TASK CREATED
  Caller: Dr. Nawoo, Physician; Nurse Call
  Requesting to see if pt can seen sooner-pt has bleeding severely every day-please call 824-4004 ext 5720

03/01/2016 09:28 AM          GAWEDZINSKI, TRACY
  TASK REASSIGNED: Previously Assigned To Roszhart, Nurse Staff
  Can Dr Severino see next time in Taylorville. Dr Roszhart not back until 3/15/16

03/01/2016 10:05 AM          GARNER, JENNIFER
  TASK EDITED
  Please advise- No openings for 3/10/16.

03/01/2016 12:24 PM          SEVERINO, WILLIAM
  TASK REPLIED TO: Previously Assigned To SEVERINO, WILLIAM
  talk to julie we will have time on 3-10

03/01/2016 02:45 PM          GARNER, JENNIFER
  TASK EDITED
  Please see comments below and advise.

03/01/2016 03:14 PM          THORNTON, JULIA
  TASK EDITED
  3/10/16 11am TVille

03/01/2016 05:02 PM          GARNER, JENNIFER
  TASK EDITED
  Lisa to leave message for appointment on 3/10/16 at 11:00 a.m.

03/01/2016 05:02 PM          GARNER, JENNIFER
  TASK COMPLETED

**Taylorville Memorial Hospital**


EXHIBIT
2

201 East Pleasant
Taylorville, IL 62568
(217) 824-3331

## RADIOLOGY DEPARTMENT

Name: Dean, William N21885
DOB: 08/29/1960
Doctor: A. Rahmon Nawoor, M.D.
Ordering Doctor: A. Rahmon Nawoor, M.D.
Accession Number: 641687820160608

Patien No.: 310174
Age/Sex: 55 / M
Room No.:

Adm Date: 06/08/2016
MR #: 080976
Patient Type:OP

Family Doctor:
Date of Service: 06/08/2016

CT chest abdomen and pelvis

History:  Diagnosis right renal carcinoma in April2016.  No chemotherapy or radiation.

Comparison:  Prior CT IVP dated April12,2016

**TECHNIQUE:**  Oral contrast was given.  Examination is performed after the intravenous administration of 100mL Isovue 370 injected uneventfully via catheter antecubital fossa.

Findings:  Multilevel degenerative disc disease is seen in the thoracic and lumbar spine . A transitional vertebra is present at the lumbosacral junction

Cardiac pacemaker enters from the left.

Heart is normal in size.  Calcified lymph nodes are seen in the mediastinum and bilateral hila.  Moderate coronary artery calcification is present.  Small amount of anteriorly situated partially loculated pericardial fluid or pericardial thickening is present.

Liver is diffusely enlarged.  Multiple large hypodense lesions are seen within the liver both lobes largest situated posteriorly in the right lower lobe.  Gallstones are present in the dependent portion of the gallbladder.

Lung windows demonstrate no alveolar infiltrates or pleural effusions.  Small 6mm uncalcified pulmonary nodule is seen in the inferior aspect middle lobe lateral segment.  Calcified granuloma is seen in the inferior middle lobe.

Bilateral gynecomastia is present.

Extensive intraluminal filling defect involves the inferior vena cava in its upper abdominal portion into its mid to distal intrahepatic portion.

Adrenals are normal.  Left kidney and demonstrates a small nonobstructing calculus in its upper pole aspect measuring 4-5mm in greatest extent.

The majority of the left kidney is replaced by a large multilobulated heterogeneous mass sparing only the lower pole aspect representing a malignant neoplasm.  Intraluminal filling defect is seen in the renal vein extending into the inferior vena cava.  Inferior vena cava proximal to this area is collapsed.  Perinephric fat stranding is

IDOC Taylorville Med Recs 001683

## Taylorville Memorial Hospital

201 East Pleasant
Taylorville, IL 62568
(217) 824-3331

### RADIOLOGY DEPARTMENT

Name: Dean, William N21885
DOB: 08/29/1960
Doctor: A. Rahmon Nawoor, M.D.
Ordering Doctor: A. Rahmon Nawoor, M.D.
Accession Number: 641687820160608

Patien No.: 310174
Age/Sex: 55 / M
Room No.:

Adm Date: 06/08/2016
MR #: 080976
Patient Type:OP

Family Doctor:
Date of Service: 06/08/2016

present. The mass has increased in size in the interval now measuring 14 x 7.1cm in perpendicular dimensions compared with the previous 13.1 x 5.8cm when measured in comparable location.

There is a moderate sized periumbilical omentum containing hernia present.

Diffuse urinary bladder wall thickening is present. Vascular calcification is seen in the pelvis and and femoral vessels. No pelvic adenopathy seen.

Impression:

Multilevel degenerative disc disease

Cardiac pacemaker

Small amount of asymmetric pericardial fluid or pericardial thickening

Widespread metastatic disease to liver increased in severity

Cholelithiasis

Indeterminate uncalcified pulmonary nodule

Prior granulomatous disease

Bilateral gynecomastia

Large renal cell carcinoma involving major portions of right kidney increased in size associated with extensive venous thrombosis extending from the hepatic vein into the distal superior portion of the intrahepatic inferior vena cava

Moderate sized periumbilical hernia

Diffuse urinary bladder wall thickening which could be due to obstructive uropathy

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D HCU  6 | 1 5/16
MD REVIEWED_____ Nr una A
FILE_____
OTHER_____

IDOC Taylorville Med Recs 001684

Name: Dean, William N21885
DOB: 08/29/1960
Doctor: A. Rahmon Nawoor, M.D.
Ordering Doctor: A. Rahmon Nawoor, M.D.
Accession Number: 641687820160608

Patien No.: 310174
Age/Sex: 55 / M
Room No.:

Adm Date: 06/08/2016
MR #: 080976
Patient Type:OP

Family Doctor:
Date of Service: 06/08/2016

**\*\*\* THIS IS AN ELECTRONICALLY VERIFIED REPORT \*\*\***

**6/8/2016 1:44 PM:   George Magre, M.D.**

GM:gm

George Magre, M.D.

TMH

IDOC Taylorville Med Recs 001685