IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM KENT DEAN,<br><br>    Plaintiff,<br><br>  v.<br><br>WEXFORD HEALTH SOURCES, INC., DR. ABDUR NAWOOR, DR. REBECCA EINWOHNER, NURSE KATHY GALVIN, and LISA MINCY,<br><br>    Defendants. | Case No. 17-CV-3112<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Tom Schanzle-Haskins |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL AND
FOR LEAVE TO FILE EXCESS PAGES**

  Plaintiff WILLIAM KENT DEAN, by and through his attorneys, Jenner & Block LLP, and pursuant to Federal Rule of Civil Procedure 5(d) and Central District of Illinois Local Rule 5.10(A)(2), moves for advance leave of the Court to file its Response Memorandum in Opposition to Defendants' Motions for Summary Judgment under seal and for leave to file excess pages. In support, Plaintiff states as follows:

1. On April 12, 2019, the Court entered the one of two operative Protective Orders (Dkt. 73) in this case. (*See also* HIPAA Qualified Protective Order, Dkt. 8 (Apr. 26, 2017).)

2. Under Section I of the Protective Order (Dkt. 73), parties "may, at the time of production, designate . . . information as 'Confidential.'"

3. The parties have designated certain materials produced in discovery as "Confidential."

4. Under Section IV of the Protective Order, "[t]o the extent any party intends to rely in a filing on a document marked as 'Confidential' the party shall prior to filing such document, seek leave of the Court to file the document under seal in accordance with CDIL-LR [5.10](A)(2)."

5. On October 25, Defendants Wexford Health Sources, Inc. ("Wexford"), Dr. Abdur Nawoor, Dr. Rebecca Einwohner, and Kathy Galvin (collectively, "Wexford Defendants") and Defendant Lisa Mincy filed their respective Motions for Summary Judgment. (Dkt. 100 (Wexford Defendants); Dkt. 101 (Mincy).)

6. Wexford Defendants' Motion for Summary Judgment (Dkt. 100) seeks summary judgment on seven of ten operative counts as to four separate Defendants. Wexford Defendants' Motion for Summary Judgment comprises 22 pages of Argument.

7. Mincy's Motion for Summary Judgment (Dkt. 101) seeks summary judgment on one further count of the ten operative counts. Mincy's Motion for Summary Judgment comprises approximately six pages of argument.

8. Plaintiff's Response to these Motions for Summary Judgment is due November 8, 2019.

9. Plaintiff intends to file a single combined Response Memorandum in Opposition to Defendants' Motions for Summary Judgment.

10. Plaintiff intends to rely in its Response Memorandum on certain documents designated "Confidential" by the parties in discovery.

11. Pursuant to Section IV of the Protective Order, Plaintiff now respectfully requests advance leave of the Court to file under seal his combined Response Memorandum, its Appendix responding to Defendants' Statements of Undisputed Material Facts (*see* Local Rule 7.1(D)(2)(b)), and its exhibits (collectively, the Proposed Sealed Documents).

12.     Plaintiff proposes to file the Proposed Sealed Documents under seal in their entirety as of the deadline to file its Responses to Defendants Motions for Summary Judgment, November 8, 2019, in the interest of economy of time.

13.     Plaintiff further proposes to meet and confer with Defendants regarding the scope of redactions necessary to the Response Memorandum, its Appendix, and its exhibits to create redacted copies of each of the Proposed Sealed Documents by agreement and suitable to be filed on the Court's public docket.

14.     Plaintiff further proposes to file these agreed redacted copies of the Proposed Sealed Documents on the Court's public docket on or before November 15, 2019, or such other date as the Court shall designate.

15.     Plaintiff further respectfully requests advance leave of the Court to file excess pages for its combined Response Memorandum. In response to the five movant Defendants' 28 total pages of argument, Plaintiff anticipates its combined Response Memorandum will include no more than 30 pages of argument to address the eight counts on which summary judgment has been sought.

16.     This motion is made in good faith, not for the purpose of undue limitations to the public's right to access to the courts, and for the purpose of avoiding unnecessary delays.

WHEREFORE, Plaintiff William Kent Dean respectfully requests this honorable Court grant his Motion for Leave to File Under Seal and for Leave to File Excess Pages, for an Order directing the filing of a set of the Proposed Sealed Documents as redacted by the agreement of the parties on or before November 15, 2019, and for such other relief as the Court may find just and equitable.

Dated:  November 8, 2019	Respectfully Submitted,

    /s/ Craig C. Martin
Craig C. Martin
Joel T. Pelz
William M. Strom
Nathaniel K.S. Wackman
Chloe E. Holt
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL  60654
(312) 222-9350
cmartin@jenner.com
jpelz@jenner.com
wstrom@jenner.com
nwackman@jenner.com
cholt@jenner.com

*Attorneys for William Kent Dean*

**CERTIFICATE OF SERVICE**

I, William M. Strom, hereby certify that I caused a copy of **Plaintiff's Motion for Leave to File Under Seal and for Leave to File Excess Pages** to be served on all counsel of record via the Court's ECF system on November 8, 2019:

    /s/ William M. Strom
William M. Strom
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL  60654
(312) 222-9350
wstrom@jenner.com

*Attorney for William Kent Dean*