E-FILED
Monday, 18 November, 2019  11:37:57 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 01

# FILED UNDER SEAL