# EXHIBIT 02

# FILED UNDER SEAL