# EXHIBIT 5

# Wexford Health
SOURCES INCORPORATED

# Renal Teleclinic Orders

2/8/16

Name: Dean, William          ID#: N21885          Location: Taylorville IC

Next appointment: 2 months     Thurs 3/31/16 ? 10:30
Referrals: _____     Reason: _____

Imaging:
- ☐ Renal ultrasound
- ☐ With dopplers
- ☐ Without dopplers
- ☐ Venous mapping study
- ☐ Other: _____
- ☐ Explanation: _____

Medications: Cozaar (generic equivalent) 25 mg QD x 3 months

Renal biopsy:

Labs:

- ☐ 24 hr urine
- ☐ Creatine clearance
- ☐ Protein
- ☐ Urea catabolic rate
- ☐ Oxalate
- ☐ Citrate
- ☐ Cysteine
- ☐ Magnesium
- ☐ Na
- ☐ K
- ☐ PH
- ☐ Sodium
- ☐ Urea
- ☐ Struvite
- ☐ Calcium
- ☐ Phosphorus

- ☐ Other: _____
- ☒ CBC  pre-clinic
- ☐ Ferritin  ☐ FE  ☐ TIBC  ☐ TSAT  ☐ B12  ☐ Folate
- ☐ Reticulocytes
- ☐ BMP
- ☐ RFP
- ☐ LFT
- ☐ CMP
- ☐ Calcium
- ☐ PHOS
- ☐ MAG
- ☐ PTH
- ☐ Vitamin D 25-OH
- ☐ UPEP  ☐ SPEP  ☐ Immunofixation  ☐ Free chains  ☐ ANA  ☐ C3  ☐ C4
- ☐ HIV  ☐ HCV Antibodies  ☐ HBV Antibodies  ☐ Antigen
- ☒ UA  ☐ microscopy 2/8/16 → email to Dr Einwohner
- ☒ Urine albumin to creatine ratio  pre clinic
- ☐ Urine calcium to creatine ratio
- ☐ Urine osmolarity  ☐ UNA  ☐ Serum osmolarity

Nursing:
Vaccinations: _____
Blood pressure checks: _____

Onsite evaluation: Case for collegial WBD.

[signature: Einwohner]

Einwohner Records Bates #000059



# Wexford Health SOURCES INCORPORATED
## Renal Progress Note

Name: DEAN, WILLIAM    Age/DOB: 55 8/29/1960    Date: 2/8/16
Location: TAYLORVILLE, IL    Number: N21885

**Medication List:**
- ASA 81mg QD
- CaCO3 3,125mg BID
- Fiber-Lax T BID
- LASIX 40mg QD
- Gly??DE 5mg BID
- ???IN ELEVAM HS
- COZAAR 25mg BID
- METFORMIN 1g BID
- Amiodarone 125mg QD
- vit D3 2000 IU po QD
- Mi-Acid w/Bismol (cough)

**Problems List:**
- Low Back Pain
- DM
- Hematuria, Lithiasis — ESWL 4/14  no changes F/u 8/14 pmh
- HTN
- Cardiomyopathy
- AFIB Ablation — possible CCT
- Seizures 12/15  no meds no mass @ flow  no mass @ flow no hydro
- Renal US 2/2/16 @ 15.2 cm @ 13.3  Bladder no wall thickening.
  2/7/16 resolved.

ROS: Gen fatigue appetite loss early satiety dysguesia GI emesis constipation nausea diarrhea heartburn pain belching water brash GI bleed postprandial fullness; Cardiopulmonary: CP DOE, PND orthopnea apnea cough phlegm hemoptysis edema palpitation urinary frequency frothing crystalluria flank pain hematuria voiding initiation problems slow stream dripping/dribbling, discharge incomplete voiding; Heme: bruising bleeding Neuro: twitches, ha, parasthesia, LOC; Rheum: myalgias bone pain arthritis arthralgia hernia Back Pain Misc/Other: Nerves, chauler, other

hematuria x 3 wks
today slight pt pain passed painless bits pieces 2/7/15

PE: BP: 129/79    Wt: 247#    Gen: NAD    ABD: moist + pink mbrs    Back: NT c supra pub tender    Ext: +edema LE
T: 98    P: 60    RR: 18    Heent:    COR: RRR c HR e S1 ep mid syst    Lungs: CTA    Neuro:
LABS: Na: 136    Cl: 97    BUN: 16    Glucose:    CA: 9.5    PTH:
K: 4.2    HCO3: 31    Creat: 0.69    PHOS: 3.8 3/15    VITD: 34 5/15    Other:
TC:    TG:    LDL:    HDL:    LFT:    UA: 4/7/16 1.007 6: spot 116 RBC large blood no casts non acute
Ualb/creatinine ratio: 454 mg/g    Fe:    TIBC:    TSAT:    Ferritin:
/ ferritin 10/15    48/11.7  35 g  ← 13.6  Plan

**Impression**
CKD Stage G: __    A: TT3A    Etiology:
Change in creat: Holding ~ 1
Change in urine: Hematuria 1/16 - symptoms resolved and returned today. / ESWL up cons, Thought us. h/o lithiasis.
Uremia:
Cardiovascular: BP: Good    Lipids:
Volume:    Ho MI/vasc:
Glycemic control: 5.9). 1/16
Min Bone disease:
Potassium: ☑ Acceptable  ☐ High/low explain: last ()
Bicarbonate: ☑ Acceptable  ☐ High/low explain:
Anemia: ✓ 48 labs wnl h/o hematuria
PCKD symptoms: Renal lithiasis hematuria pyuria: repeat US no stone hydro h/o prev Tx w/ lithoza no mass
Extrarenal: lithoza TBA
Access: 3/2017 h/o prior lithotripsy.
Renal replacement therapy: No stone detected
Code status:

Plan:
1) Follow UACR/CREAT w/ RTN hematuria resolving
2) Recheck COZAAR (cont low salt low-Na+) protein
3) Follow CK
4) Given ? passage stone and faint pink urine c 2° stone on US but likely stone recurrence ✓ UA ✓ present CARD college ✓ cont lit stone prophylaxis ✓ such cell prn.

2/9/16 labs / no new UA

Einwohner Records Bates #000060

# Rebecca Einwohner

| | |
|---|---|
| **From:** | Rebecca Einwohner |
| **Sent:** | Thursday, January 07, 2016 11:51 AM |
| **To:** | Stephen Ritz |
| **Cc:** | Becky Adams |
| **Subject:** | Taylorville patient Dean, William ho past lithiasis with repeat hematuria--? collegial and investigation |

Hi Steve
I just saw patient Dean, W N21885 from Taylorville.
He reports intermittent hematuria with clots over the past couple weeks. He has passed ca ox stones in the past and has had urology consults with lithotripsy.

His onsite UA dip showed hematuria last month and I'm requesting a UA with micro. The last ct 7/15 had calculi when an inpatient.

I suggest
Collegial review with Dr. Butler with consideration of re-imaging and urology eval.


Rebecca Einwohner, MD. Nephrology
Wexford Health Sources
RAISE the Standard
Desk Number 412-937-8590x337
Virtual Fax 412-539-0437


**Wexford Health** SOURCES INCORPORATED

# Renal Progress Note

Name: Dean, William    Age/DOB: 55  8/24/1960    Date: 1/7/16
Location: Taylorville    Number: N 21885

## Medication List:
- Lasix 81 mg po QD
- Coreg 3.125 mg BID
- Fibercon T BID
- Lasix 40 mg QD
- Glipizide 10 mg BID
- Enteric Coated ASA po QD
- Cozaar 25 mg HS
- Metformin 1g BID
- Spironolactone 25mg QD
- Vitamin D3 2000 IU po QD
- PRN steroid cream to ABD

All: Antihistamines — [itchy?] → cough (3-4 days)

## Problems List
- Low Back Pain
- DM
- Hematuria, lithiasis — 7hr CT
- HTN — 150/77 12/8, 130/82 12/23
- Cardiomyopathy
- Defibrillator
- Scabies — Treated PMD 12/8 and 12/22/15

**ROS:** Gen fatigue appetite los early satiety dysguesia GI emesis <u>constipation</u> nausea diarrhea heartburn pain belching water brash GI bleed postprandial fullness; **Cardiopulmonary:** CP DOE, PND orthopnea apnea cough phlegm hemoptysis edema palpitation **urinary** frequency frothing crystalluria flank pain <u>hematuria</u> voiding initiation problems slow stream, dripping/dribbling, discharge incomplete voiding; **Heme:** bruising bleeding Neuro: twitches, ha, parasthesia, LOC; **Rheum:** myalgias bone pain arthritis arthralgia hernia Back Pain **Misc/Other**

SD type: painless intermittent dark/red clots 1-2 hr
12/28/15

PE: BP: 148/87  Wt: 243#  Gen: NAD  ABD: blisters, trial spots  Back: resolved tonight, discharge from anus 7/15  Ext: no other bleeding site
T: 98°  P: 58  RR: 20  Heent:  COR: WNL RR S CM  Lungs: CTA  Neuro:
LABS: Na: 136  Cl: 97  BUN: 16  Glucose: 152  CA: 9.5  PTH:
K: 4.2  HCO3: 31  Creat: 0.99  PHOS: 3.8 7/15  VITD: 34 5/15  Other: left CrCl 85.1
TC:  TG:  LDL: 45 mg 10/15 c stone passing  HDL:  LFT:  UA:
Ualb/creatinine ratio: OMSPD  Fe:  TIBC:  TSAT:  Ferritin:

12.7/11.1/35.9/392

Impression
CKD Stage G: 2A  A: repeat requested  Etiology: (PCKD) DM Ho HTN, lithiasis

Plan: 1.020 c 6.1, +prt 30, +blood
✓ urine albumin/creat ratio
work stone/hematuria

Change in creat: little change from last visit
Change in urine: Benign UA 10/15/15
Uremia:
Cardiovascular: BP: with abs  Lipids:
 Volume: access  Ho MI/vasc:
Glycemic control: HgbA1c 6.3? 11/15
Min Bone disease: LAS CA, P, VitD acceptable
Potassium: ☑ Acceptable ☐ High/low explain:
Bicarbonate: ☑ Acceptable ☐ High/low explain:
Anemia: Hgb decreased 13.6 → 11.1  c ↑ WBC, hematuria
PCKD symptoms: Renal lithiasis (hematuria) pyruria: +1 OCT OX stones 4/15
Extrarenal:
Access: hematuria  H/o lithotripsy
Renal replacement therapy: may be  H/o stones
Code status: related to stones

Cont low salt low fat low med protein
flush water
mod ca intake
f/u w/ urology for evaluation hematuria
- Follow CBC
✓ UA c microscopy
Evaluate hematuria
discussed scabies, uncertain rash PMD
MGC Shot Tooth last held today ok pt refuse
discussed D/W Butler urology test

1/11/16 1/7/16 UA 1.007 6.5 30 large blood WNL 41/H.P. 7 WBC — addressed questions

# Wexford Health SOURCES INCORPORATED — Renal Teleclinic Orders

1/7/16

**Name:** Dean, William  **ID#:** N2885  **Location:** Taylorville IC

**Next appointment:** 1 month  2/8/16  2 Eastern
**Referrals:**  **Reason:** 1 Central

**Imaging:** ☐ Renal ultrasound  ☐ With dopplers  ☐ Without dopplers  ☐ Venous mapping study
☐ Other: _____  ☐ Explanation: _____

**Medications:**
Vitamin D3 2000 IU PO QD x 4 months

**Renal biopsy:**

Labs:

- ☐ 24 hr urine
- ☐ Creatine clearance
- ☐ Protein
- ☐ Urea catabolic rate
- ☐ Oxalate
- ☐ Citrate
- ☐ Cysteine
- ☐ Magnesium
- ☐ Na
- ☐ K
- ☐ PH
- ☐ Sodium
- ☐ Urea
- ☐ Struvite
- ☐ Calcium
- ☐ Phosphorus

- ☐ Other: _____
- ☑ CBC
- ☐ Ferritin  ☐ FE  ☐ TIBC  ☐ TSAT  ☐ B12  ☐ Folate
- ☐ Reticulocytes
- ☐ BMP
- ☐ RFP
- ☐ LFT
- ☐ CMP
- ☐ Calcium
- ☐ PHOS
- ☐ MAG
- ☐ PTH
- ☐ Vitamin D 25-OH
- ☐ UPEP  ☐ SPEP  ☐ Immunofixation  ☐ Free chains  ☐ ANA  ☐ C3  ☐ C4
- ☐ HIV  ☐ HCV Antibodies  ☐ HBV Antibodies  ☐ Antigen
- ☑ UA today
- ☐ Urine albumin to creatine ratio
- ☐ Urine calcium to creatine ratio
- ☐ Urine osmolarity  ☐ UNA  ☐ Serum osmolarity

**Nursing:**
Vaccinations: _____
Blood pressure checks: _____

**Onsite evaluation:**
Care for college —
Valley NU UM RN Becky.
Care was discussed with MD

Einwohner/Records Bates #000063