# EXHIBIT 11

Office Visit 1
## Final

| | | | |
|---|---|---|---|
| Patient: | WILLIAM DEAN | | |
| Encounter: | Mar 10 2016 11:00AM | EMRN: | 0001429012 |

HR: 64 b/min L Radial ; Regular
Resp: 16 r/min ; Normal
.
**Notes**
William Dean comes in today.  He is a 55-year-old patient for patient of Dr. Baron.  It looks like he had a right ESWL approximately a year and a half ago.  Recently had gross hematuria with clots.  No flank pain no dysuria.  Voiding okay now.  Nonsmoker.  He currently is incarcerated.  He's not had any imaging.
Nonsmoker
On exam sitting in a wheelchair he's wearing shackles.  No acute distress.  He is accompanied by his guards.
Impression gross hematuria with clots
Plan CT IVP and office cystoscopy to detect any possible pathology.  We will see if they can do a BMP and a PSA.  We will do a digital rectal examination at the time of our flexible cystoscopy.
**Signature**
Electronically signed by : BETHANY  WHITACRE ; 03/10/2016 11:45 AM CST.
Electronically signed by : WILLIAM  SEVERINO MD; 03/11/2016 6:15 AM CST.