E-FILED
Monday, 18 November, 2019  11:37:58 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 12

**Springfield Clinic**
**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

**Task ID:** 135491644

**Assigned To:** Severino, Nurse Staff

**Delegated:** No

**Task:** Call Back

**Status:** Inactive

**Priority:** Routine

**Created:** 10/18/2018 01:13PM

**Created By:** COLE, RAVEN

**Overdue:** No

**Task About:**

No information available.

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

**Comment History:**

10/18/2018 01:13 PM          COLE,RAVEN
TASK CREATED
Caller: Nathaniel Wackman, Other
Attorney for pt, Would like to speak with Dr.Severino personally regarding the patient, stated if anything is needed due to HIPAA policy please let him know and he'll get something faxed over, but would like to speak with the doctor at his convenience.

PH:312-840-7571

10/18/2018 02:05 PM          REID,REBECCA
TASK IN PROGRESS

10/18/2018 02:15 PM          SHOMIDIE,NICOLE
TASK EDITED

10/18/2018 02:28 PM          REID,REBECCA
TASK EDITED
Will need to speak with office manager to make sure not violating HIPAA guidelines .

10/18/2018 02:28 PM          REID,REBECCA
TASK EDITED

10/18/2018 02:31 PM          REID,REBECCA
TASK EDITED
Per covering office manager for Urology, will need to get a release of information. Who the patient is and what it is regarding to send over to privacy to review before our office speaks with attorney.

10/18/2018 02:36 PM          REID,REBECCA
TASK EDITED
Spoke with Nathaniel and advised will need release of information on patient. Who the patient is and what it is concerning. He stated will fax to 527-2620. Will forward on to Privacy office once received. Also let Dr. Severino know the request below.

10/18/2018 04:12 PM          REID,REBECCA
TASK EDITED
Fax received.

10/19/2018 03:24 PM          REID,REBECCA
TASK EDITED
Faxed to Correspondence in attn to Heather. She will contact our office back.

10/19/2018 03:54 PM          REID,REBECCA
TASK EDITED
Per Heather in Correspondence, paperwork is HIPAA compliant . We can speak with Nathaniel regarding patient and information requested .

10/19/2018 03:56 PM          REID,REBECCA
TASK EDITED
Nathaniel Wackamn Attorney for patient is wanting to speak with you regarding patient .

312-840-7571

10/20/2018 10:00 AM          SEVERINO,WILLIAM
TASK REPLIED TO: Previously Assigned To SEVERINO ,WILLIAM
show this to annn marie ive never done this before

**Springfield Clinic**
**William K. Dean 62**

**Springfield Clinic**

1025 S. 6th Street, Springfield Clinic
Springfield,IL 62794
(217) 528-7541

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

10/22/2018  09:06 AM          THORNTON,JULIA
  TASK EDITED
  Printed for Ann Marie.
10/22/2018  03:37 PM          REID,REBECCA
  TASK EDITED
  This task has been printed and provided to office manager for further instruction. Will outdate to follow up.

**Springfield Clinic**
**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | |
|---|---|
| **Patient:** | DEAN,WILLIAM |
| **MRN:** | 0001429012 |
| **Other:** | (217) 824-4004 |
| **Sex:** | M |
| **Age:** | 58 years |
| **DOB:** | 8/29/1960 |

| | |
|---|---|
| **AKA:** | WILLIAM DEAN |
| **Home Phone:** | (217) 824-4004 |
| **Work Phone:** | |
| **Allergy:** | Med Only |
| **Directives:** | |
| **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID :** | 95193980 |
| **Assigned To :** | SEVERINO, WILLIAM |
| **Delegated:** | No |
| **Task:** | Sign Note |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 08/11/2016 12:50PM |
| **Created By:** | System |
| **Overdue:** | |

**Task About :**

Note Date: 11 Aug 2016 11:14 AM
Note Type: Office Visit 1
Note Owner: SEVERINO, WILLIAM

**Comment History:**

08/11/2016 12:50 PM                    System
    Previously Signed Document has been Amended

**Springfield Clinic**
**William K. Dean 64**

# Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | | |
| **MRN:** | 0001429012 | | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | | **Work Phone:** | |
| **Age:** | 58 years | | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | | **Directives:** | |
| | | | **PCP:** | NO PRIMARY GIVEN |

**Task ID:** 95193934

**Assigned To:** Severino, Floor Staff

**Delegated:** No

**Task:** Miscellaneous

**Status:** Complete

**Priority:** Routine

**Created:** 08/11/2016 12:50PM

**Created By:** SEVERINO, WILLIAM

**Overdue:**

**Task About:**

No information available.

## Comment History:

08/11/2016 12:50 PM          SEVERINO,WILLIAM
TASK CREATED
natalie was going to make sure he got set up to see oncology through the prison   we need to make sure that happens

08/11/2016 12:56 PM          NOLL,CAITLIN
TASK EDITED

08/11/2016 12:59 PM          WHITE,NATALIE
TASK EDITED
Called Taylorville Correctional Facility and spoke to Diane. Informed her per Dr Severino, pt will need to see Oncology and also f/u in 6 weeks with Dr Severino. Diane states someone from the facility will call and schedule appt with Oncology and appt with Dr. Severino.

08/11/2016 01:01 PM          SEVERINO,WILLIAM
TASK REPLIED TO: Previously Assigned To SEVERINO,WILLIAM
thnks

08/11/2016 01:29 PM          WHITE,NATALIE
TASK COMPLETED

**Springfield Clinic**
**William K. Dean 65**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | **Work Phone:** | |
| **Sex:** | M | **Allergy:** | Med Only |
| **Age:** | 58 years | **Directives:** | |
| **DOB:** | 8/29/1960 | **PCP:** | NO PRIMARY GIVEN |

**Task ID:**       95190373

**Assigned To:**   SEVERINO, WILLIAM

**Delegated:**     No

**Task:**          CoSign Note

**Status:**        Complete

**Priority:**      Routine

**Created:**       08/11/2016  11:59AM

**Created By:**    WHITACRE, BETHANY

**Overdue:**

**Task About :**

Note Date: 11 Aug 2016 11:58 AM
Note Type: Nursing Note
Note Owner: SEVERINO, WILLIAM

### Comment History:

08/11/2016 11:59 AM          WHITACRE,BETHANY
  TASK CREATED
  thank you!

**Springfield Clinic**
**William K. Dean 66**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

### Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

**Task ID:**          95190332

**Assigned To :**    SEVERINO, WILLIAM

**Delegated:**      No

**Task:**              Sign Note

**Status:**           Complete

**Priority:**         Routine

**Created:**         08/11/2016  11:58AM

**Created By:**     System

**Overdue:**

**Task About :**

Note Date: 11 Aug 2016 11:58 AM
Note Type: Nursing Note
Note Owner: SEVERINO, WILLIAM

**Comment History:**

08/11/2016  11:58 AM              System
    Sign Note

**Springfield Clinic**
**William K. Dean 67**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 95188118 |
| **Assigned To:** | Enc Review Team |
| **Delegated:** | No |
| **Task:** | Review Enc Form |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 08/11/2016  11:31AM |
| **Created By:** | SEVERINO, WILLIAM |
| **Overdue:** | |

**Task About:**

Encounter Date: 11 Aug 2016
Billing Provider: SEVERINO, WILLIAM

**Comment History:**

08/11/2016  11:31 AM          SEVERINO,WILLIAM
   Review diagnosis and charge codes and submit charges

# Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | | | |
|---|---|---|---|
| **Task ID:** | 95186266 | | |
| **Assigned To:** | SEVERINO, WILLIAM | **Task About:** | |
| **Delegated:** | No | Note Date: 11 Aug 2016 11:14 AM | |
| **Task:** | Sign Note | Note Type: Office Visit 1 | |
| **Status:** | Complete | Note Owner: SEVERINO, WILLIAM | |
| **Priority:** | Routine | | |
| **Created:** | 08/11/2016  11:14AM | | |
| **Created By:** | System | | |
| **Overdue:** | | | |

**Comment History:**

08/11/2016  11:14 AM          System
   Sign Note

# Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | | |
|---|---|---|
| **Task ID:** | 95185185 | **Task About:** |
| **Assigned To:** | SEVERINO, WILLIAM | Encounter Date: 11 Aug 2016 |
| **Delegated:** | No | Billing Provider: SEVERINO, WILLIAM |
| **Task:** | Submit Enc Form | |
| **Status:** | Complete | |
| **Priority:** | Routine | |
| **Created:** | 08/11/2016  11:04AM | |
| **Created By:** | System | |
| **Overdue:** | | |

### Comment History:

| | |
|---|---|
| 08/11/2016  11:04 AM | System |
| Submit Encounter Form | |

**Springfield Clinic**
**William K. Dean 70**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | | **Work Phone:** | |
| **Sex:** | M | | **Allergy:** | Med Only |
| **Age:** | 58 years | | **Directives:** | |
| **DOB:** | 8/29/1960 | | **PCP:** | NO PRIMARY GIVEN |

**Task ID:**      95080489

**Assigned To:**      MILHAUSER, NICHOLE

**Delegated:**      No

**Task:**      Pt Acct Question

**Status:**      Complete

**Priority:**      Routine

**Created:**      08/09/2016 01:40PM

**Created By:**      MILHAUSER, NICHOLE

**Overdue:**

**Task About :**

No information available.

---

**Comment History:**

08/09/2016 01:40 PM      MILHAUSER,NICHOLE
   TASK CREATED
   PLEASE MAKE ENCOUNTER

   Location: MMC
   Hospital MRN: 1408290
   Date Admitted: 07/19/16
   Date of Service: 07/19/16

   Report Received: Operative

   A Touchworks encounter has not been submitted for the above service . In order to avoid a further delay in processing, submit your
   Touchworks encounter as soon as possible.  You may mark this task as complete when you submit your encounter .

   If you do not wish to bill this service, reassign this task to "CU Clarification" with instructions not to bill.

08/09/2016 07:57 PM      SEVERINO,WILLIAM
   TASK REASSIGNED: Previously Assigned To SEVERINO ,WILLIAM
   can u takek care of this

08/11/2016 08:43 AM      THORNTON,JULIA
   TASK REASSIGNED: Previously Assigned To Severino ,Uro Scheduling
   Encounter is in Touchworks but has the wrong date. The encounter that was billed was for 7/23/16. The correct date is 7/19/16. Thank you

08/12/2016 01:40 PM      CAPRANICA,DAKOTA
   TASK REASSIGNED: Previously Assigned To CU,Clarification

08/19/2016 11:23 AM      SURBER,HEATHER
   TASK COMPLETED

---

**Springfield Clinic**
**William K. Dean 71**

**Springfield Clinic**

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | | |
| **MRN:** | 0001429012 | | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | | **Work Phone:** | |
| **Age:** | 58 years | | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | | **Directives:** | |
| | | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 94889083 |
| **Assigned To:** | Severino, Nurse Staff |
| **Delegated:** | No |
| **Task:** | Call Back |
| **Status:** | Complete |
| **Priority:** | ASAP |
| **Created:** | 08/04/2016 01:47PM |
| **Created By:** | HOLMAN, JENNIFER |
| **Overdue:** | |

**Task About :**

No information available.

## Comment History:

08/04/2016 01:47 PM          HOLMAN,JENNIFER
  TASK CREATED
  Caller: Charles/Corrections; Nurse Call
  wanting to schedule 7-10 follow up
  ph 824-4006 ext 5722

08/08/2016 09:51 AM          WISE,TINA
  TASK EDITED
  Chad called from T'ville Correctional Center.
  Please call him back @ 824-4004, ext. 5722

08/08/2016 10:11 AM          RICHARDSON,KRISTIN
  TASK EDITED
  Spoke with Chad at the Prision. Patient scheduled to see Dr. Severino on Friday 08/19/2016 at 11:25 in Lincoln, Il. Writer gave Chad the
  address of the SC in Lincoln.  Chad verbalized a understanding.

08/08/2016 11:23 AM          RICHARDSON,KRISTIN
  TASK EDITED
  Check back for cancellations in Taylorville

08/09/2016 09:08 AM          THORNTON,JULIA
  TASK EDITED
  Appt rescheduled to 8/11/16 in Taylorville at 10:55am. Chad at Taylorville Corrections aware.

08/09/2016 09:08 AM          THORNTON,JULIA
  TASK COMPLETED

**Springfield Clinic**
**William K. Dean 72**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | **Work Phone:** | |
| **Sex:** | M | **Allergy:** | Med Only |
| **Age:** | 58 years | **Directives:** | |
| **DOB:** | 8/29/1960 | **PCP:** | NO PRIMARY GIVEN |

**Task ID:**       94867234

**Assigned To:**   SEVERINO, WILLIAM

**Delegated:**     No

**Task:**          Submit IP Enc

**Status:**        Complete

**Priority:**      Routine

**Created:**       08/04/2016  10:00AM

**Created By:**    System

**Overdue:**

**Task About :**

Encounter Date: 23 Jul 2016
Billing Provider: SEVERINO, WILLIAM

**Comment History:**

08/04/2016  10:00 AM                System
    Submit Encounter Form

**Springfield Clinic**
**William K. Dean 73**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | | |
|---|---|---|
| **Task ID:** | 94809560 | **Task About:** |
| **Assigned To:** | IVERSEN, TAMARA | No information available. |
| **Delegated:** | No | |
| **Task:** | Pt Acct Question | |
| **Status:** | Removed | |
| **Priority:** | Routine | |
| **Created:** | 08/03/2016  10:05AM | |
| **Created By:** | IVERSEN, TAMARA | |
| **Overdue:** | | |

**Remove Reason:** Not Needed

### Comment History:

08/03/2016  10:05 AM          IVERSEN,TAMARA
  TASK CREATED
    sent Dr Severino a clarification as Dr Ryans card stated co-surgery.  If this is co-surgery to add Dr Ryan to the operative report for dos 7/19/16

08/11/2016  02:33 PM          IVERSEN,TAMARA
  TASK REMOVED
  clarification answered

**Springfield Clinic**
**William K. Dean 74**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | | |
| **MRN:** | 0001429012 | | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | | **Work Phone:** | |
| **Age:** | 58 years | | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | | **Directives:** | |
| | | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 94746925 |
| **Assigned To:** | Severino, Uro Scheduling |
| **Delegated:** | No |
| **Task:** | Call Back |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 08/02/2016 09:33AM |
| **Created By:** | HOLMAN, JENNIFER |
| **Overdue:** | |

**Task About:**

No information available.

### Comment History:

08/02/2016 09:33 AM        HOLMAN,JENNIFER
TASK CREATED
Caller: Tammy/Coding; Nurse Call
needing to speak to nurse had question regarding a procedure pls call
ext 43746

08/02/2016 12:03 PM        EILERS,CRISTINA
TASK REASSIGNED: Previously Assigned To Severino,Nurse Staff

08/02/2016 12:17 PM        THORNTON,JULIA
TASK IN PROGRESS

08/02/2016 01:31 PM        THORNTON,JULIA
TASK EDITED
addendum added stating that dr. ryan was co surgeon

08/02/2016 01:31 PM        THORNTON,JULIA
TASK COMPLETED

**Springfield Clinic**
**William K. Dean 75**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

**Task ID:**          94414333

**Assigned To:**   SEVERINO, WILLIAM

**Delegated:**      No

**Task:**             Review Document

**Status:**           Complete

**Priority:**         ASAP

**Created:**         07/25/2016  03:46PM

**Created By:**    System

**Overdue:**

**Task About :**

Note Date: 25 Jul 2016 03:46 PM
Note Type: Surgical Pathology
Note Owner: SEVERINO, WILLIAM

**Comment History:**

07/25/2016  03:46 PM          System
  Transcription received for DEAN, WILLIAM

07/25/2016  05:58 PM          SEVERINO,WILLIAM
  TASK COMPLETED

**Springfield Clinic**
**William K. Dean 76**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

### Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | **Work Phone:** | |
| **Sex:** | M | **Allergy:** | Med Only |
| **Age:** | 58 years | **Directives:** | |
| **DOB:** | 8/29/1960 | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 94349267 |
| **Assigned To:** | SEVERINO, WILLIAM |
| **Delegated:** | No |
| **Task:** | Submit IP Enc |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 07/23/2016 03:58PM |
| **Created By:** | System |
| **Overdue:** | |

**Task About:**

Encounter Date: 23 Jul 2016
Billing Provider: SEVERINO, WILLIAM

**Comment History:**

07/23/2016  03:58 PM          System
    Submit Encounter Form

**Springfield Clinic**

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 94069145 |
| **Assigned To :** | SEVERINO, WILLIAM |
| **Delegated:** | No |
| **Task:** | Sign Note |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 07/18/2016  10:27AM |
| **Created By:** | System |
| **Overdue:** | |

**Task About :**

Note Date: 18 Jul 2016 10:27 AM
Note Type: Surgery Instructions
Note Owner: SEVERINO, WILLIAM

**Comment History:**

07/18/2016  10:27 AM          System
    Sign Note

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | | **Work Phone:** | |
| **Sex:** | M | | **Allergy:** | Med Only |
| **Age:** | 58 years | | **Directives:** | |
| **DOB:** | 8/29/1960 | | **PCP:** | NO PRIMARY GIVEN |

| | | |
|---|---|---|
| **Task ID:** | 93745550 | |
| **Assigned To:** | Severino, Nurse Staff | **Task About:** |
| **Delegated:** | No | No information available. |
| **Task:** | Call Back | |
| **Status:** | Complete | |
| **Priority:** | Routine | |
| **Created:** | 07/11/2016 09:20AM | |
| **Created By:** | PIECHOWSKI, REBECCA | |
| **Overdue:** | | |

**Comment History:**

07/11/2016 09:20 AM          PIECHOWSKI,REBECCA
TASK CREATED
Caller: Pat , Nurse; Nurse Call
Pat from Tville Correctional was calling to talk to nurse regarding pt. Pt is scheduled for some testing before appt. One test was for MERSA. Is this test a blood culture? If so she does not have culture tubes. Please call her back at 217-824-4004 ext 5720.

07/11/2016 09:23 AM          THORNTON,JULIA
TASK IN PROGRESS

07/11/2016 09:24 AM          THORNTON,JULIA
TASK EDITED
Pat aware that the MRSA culture is a nasal swab.

07/11/2016 09:24 AM          THORNTON,JULIA
TASK COMPLETED

**Springfield Clinic**
**William K. Dean 79**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | | **Work Phone:** | |
| **Sex:** | M | | **Allergy:** | Med Only |
| **Age:** | 58 years | | **Directives:** | |
| **DOB:** | 8/29/1960 | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 93530612 |
| **Assigned To:** | Severino, Uro Scheduling |
| **Delegated:** | No |
| **Task:** | Call Back |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 07/05/2016 03:28PM |
| **Created By:** | ALPHIN, SARA |
| **Overdue:** | |

**Task About:**

No information available.

## Comment History:

07/05/2016 03:28 PM          ALPHIN,SARA
  TASK CREATED
  Caller: T'ville Correctiona, Nurse; Nurse Call
  pt set for cardiac clearence appt  7/12/16
  w/Dr Pathak  --if ?--824-4004---#5722-for Chad

07/05/2016 05:25 PM          RICHARDSON,KRISTIN
  TASK REASSIGNED: Previously Assigned To Severino,Nurse Staff

07/07/2016 08:33 AM          THORNTON,JULIA
  TASK EDITED
  noted.

07/12/2016 12:36 PM          THORNTON,JULIA
  TASK EDITED

07/15/2016 09:26 AM          THORNTON,JULIA
  TASK EDITED

07/15/2016 09:28 AM          THORNTON,JULIA
  TASK COMPLETED

**Springfield Clinic**
**William K. Dean 80**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 93051071 |
| **Assigned To:** | Severino, Uro Scheduling |
| **Delegated:** | No |
| **Task:** | Follow Up |
| **Status:** | Complete |
| **Priority:** | ASAP |
| **Created:** | 06/23/2016  10:58AM |
| **Created By:** | THORNTON, JULIA |
| **Overdue:** | |

**Task About:**

No information available.

**Springfield Clinic**
**William K. Dean 81**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | | |
| **MRN:** | 0001429012 | | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | | **Work Phone:** | |
| **Age:** | 58 years | | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | | **Directives:** | |
| | | | **PCP:** | NO PRIMARY GIVEN |

**Comment History:**

06/23/2016 10:58 AM          THORNTON,JULIA
TASK CREATED
I was checking in with you to see when patient can be scheduled for the surgery. Will need to coordinate with Dr. Hazelrigg, Dr. Ryan and Dr. Severino's schedules. If any questions, I will be at 528-7541 ext 42799 today or you can reply to the task. Thank you, Dr. Severino/Julie,LPN

06/23/2016 12:16 PM          BOESDORFER (SIU),STEPHANIE
TASK REPLIED TO: Previously Assigned To Hazelrigg (SIU),Nurse Tasks
our first availability wouldnt be until the week of July 18th.
He could do
18th- 1st start
19th- open all day at this point
20th- he has a TAVR which ususally start about  10am.
then he is out 21st and 22nd

06/23/2016 01:17 PM          THORNTON,JULIA
TASK EDITED
Hi Pat-- Do any of these dates work with Dr. Ryan's schedule?

06/23/2016 01:53 PM          EKLE,PATRICIA
TASK EDITED
Steve is available on 7-19 at 1030ish and 7-20 nothing so far.Does he need to be there in beginning of case?? Pat

06/23/2016 02:07 PM          RICHARDSON,KRISTIN
TASK REASSIGNED: Previously Assigned To Severino,Nurse Staff

06/23/2016 02:14 PM          THORNTON,JULIA
TASK EDITED
Looking at 7/19 (Tues) and could start around 10:30. Does that work for you? I know Dr. Severino is doing a nephrectomy but how do you want the rest of the consent to read? Also, I assume this is being done up in cardiac? If so, what is there number and I could go ahead and schedule it. Thanks

06/23/2016 02:27 PM          BOESDORFER (SIU),STEPHANIE
TASK REPLIED TO: Previously Assigned To Hazelrigg (SIU),Nurse Tasks
the 19th works- ill put it down in our schedule/

median sternotomy, resection of renal cell thrombus from inferior vena cava on cardiopulmonary bypass vs circ arrest

CVOR scheduling- 788 4578

06/23/2016 03:10 PM          THORNTON,JULIA
TASK EDITED
Pat-I have it scheduled up in Cardiac on 7/19/16 at 10:30am. Dr. Severino said he would be ready for Dr. Ryan at noon. As of now, the consent reads Right Radical Nephrectomy with median sternotomy, resection of renal cell thrombus from inferior vena cava on cardiopulmonary bypass vs. circulatory arrest. Does Dr. Ryan need me to add anything? Let me if this works. Thanks

06/23/2016 03:48 PM          EKLE,PATRICIA
TASK EDITED
Julie-It works.I have pt. on our surgery schedule for 7-19.Dr. states nothing to add to consent.You will order blood and antibiotics and labs we would order. Pat. Thank you.

**Springfield Clinic**
**William K. Dean 82**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

06/23/2016 03:51 PM  RICHARDSON,KRISTIN
  TASK REASSIGNED: Previously Assigned To Severino,Nurse Staff

06/23/2016 04:19 PM  THORNTON,JULIA
  TASK EDITED
  I have patient scheduled up in Cardiac for 7/19/16 at 10:30am. I will get H&P and orders over and do pre op labs. We will give him Gent 80mg and Amp 1gm IV preop. Will also type and cross 4 units of prbc's and have thigh ted hose and kendall boots on call to OR. Is there anything else you want me to put on the orders?

06/23/2016 04:51 PM  OPPERMAN (SIU),KATRINA
  TASK REPLIED TO: Previously Assigned To Hazelrigg (SIU),Nurse Tasks
  For us, he only needs knee high TEDs. Labs, he will need CBC, CMP, INR, UA, MRSA PCR, HgbA1C, Chest x-ray, EKG (these all within 7 days of surgery), and the type and hold for 4 units please. Thank you!

06/24/2016 09:20 AM  THORNTON,JULIA
  TASK IN PROGRESS

06/24/2016 09:30 AM  THORNTON,JULIA
  TASK EDITED

06/24/2016 01:21 PM  THORNTON,JULIA
  TASK IN PROGRESS

06/24/2016 01:26 PM  THORNTON,JULIA
  TASK EDITED
  Chad at Taylorville Correctional Center aware of surgery time. Chad will schedule patient to see his cardiologist at Praire 7-10 days prior to procedure. Chad requests that written orders be faxed to 217-824-8075.

06/27/2016 08:44 AM  THORNTON,JULIA
  TASK EDITED
  Per Dr. Severino, type and cross 8 units of PRBC's. Surgery orders/instructions were faxed to Chad at 824-8075.

07/07/2016 08:41 AM  THORNTON,JULIA
  TASK EDITED

07/15/2016 09:17 AM  THORNTON,JULIA
  TASK IN PROGRESS

07/15/2016 09:27 AM  THORNTON,JULIA
  TASK EDITED
  Felicia from TMH prison faxing over labs and H&P.

07/18/2016 10:27 AM  THORNTON,JULIA
  TASK COMPLETED

**Springfield Clinic**
**William K. Dean 83**

**Springfield Clinic**
**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 92969269 |
| **Assigned To:** | Severino, Uro Scheduling |
| **Delegated:** | No |
| **Task:** | Miscellaneous |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 06/21/2016 07:40PM |
| **Created By:** | SEVERINO, WILLIAM |
| **Overdue:** | |

**Task About :**

No information available.

### Comment History:

06/21/2016 07:40 PM        SEVERINO,WILLIAM
   TASK CREATED
   did u haear from them
06/23/2016 10:58 AM        THORNTON,JULIA
   TASK EDITED
   being addressed on other task.
06/23/2016 10:58 AM        THORNTON,JULIA
   TASK COMPLETED

**Springfield Clinic**
**William K. Dean 84**

**Springfield Clinic**
**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

**Task ID:**        92887850

**Assigned To:**    SEVERINO, WILLIAM

**Delegated:**      No

**Task:**           Review Note

**Status:**         Complete

**Priority:**       Routine

**Created:**        06/20/2016 02:01PM

**Created By:**     System

**Overdue:**

**Task About :**

Note Date: 20 Jun 2016 01:15 PM
Note Type: SIU Consult Letter
Note Owner: HAZELRIGG (SIU), STEPHEN

**Comment History:**

06/20/2016  02:01 PM                System
   Carbon Recipient - Please Review

06/21/2016  07:43 PM                SEVERINO,WILLIAM
   TASK COMPLETED

**Springfield Clinic**
**William K. Dean 85**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield, IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN, WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

**Task ID:**          92616052

**Assigned To:**    SEVERINO, WILLIAM

**Delegated:**       No

**Task:**              Document Appointment

**Status:**            Complete

**Priority:**          Routine

**Created:**          06/14/2016  10:15AM

**Created By:**      OPPERMAN (SIU), KATRINA

**Overdue:**

**Task About:**

No information available.

### Comment History:

06/14/2016  10:15 AM          OPPERMAN (SIU), KATRINA
TASK CREATED
I have this patient set up to see Dr. Hazelrigg on 6/20. After he sees, we can start coordinating surgery date/times.

06/14/2016  10:54 AM          RICHARDSON, KRISTIN
TASK REASSIGNED: Previously Assigned To Severino ,Nurse Staff
FYI

06/15/2016  04:57 AM          SEVERINO, WILLIAM
TASK COMPLETED

**Springfield Clinic**
**William K. Dean 86**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield, IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN, WILLIAM | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | **Work Phone:** | |
| **Sex:** | M | **Allergy:** | Med Only |
| **Age:** | 58 years | **Directives:** | |
| **DOB:** | 8/29/1960 | **PCP:** | NO PRIMARY GIVEN |

**Task ID:**        92523837

**Assigned To:**   Enc Review Team

**Delegated:**      No

**Task:**             Review Enc Form

**Status:**           Complete

**Priority:**         Routine

**Created:**         06/11/2016  04:03PM

**Created By:**     SEVERINO, WILLIAM

**Overdue:**

**Task About:**

Encounter Date: 09 Jun 2016
Billing Provider: SEVERINO, WILLIAM

**Comment History:**

06/11/2016  04:03 PM          SEVERINO, WILLIAM
    Review diagnosis and charge codes and submit charges

**Springfield Clinic**

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | | **Work Phone:** | |
| **Sex:** | M | | **Allergy:** | Med Only |
| **Age:** | 58 years | | **Directives:** | |
| **DOB:** | 8/29/1960 | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID :** | 92523524 |
| **Assigned To :** | SEVERINO, WILLIAM |
| **Delegated:** | No |
| **Task:** | Submit Enc Form |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 06/11/2016 03:30PM |
| **Created By:** | System |
| **Overdue:** | |

**Task About :**

Encounter Date: 09 Jun 2016
Billing Provider: SEVERINO, WILLIAM

**Comment History:**

| | |
|---|---|
| 06/11/2016  03:30 PM | System |
| Submit Encounter Form | |

**Springfield Clinic**
**William K. Dean 88**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

**Task ID:**  92475908

**Task About:**

No information available.

**Assigned To:**  Severino, Uro Scheduling

**Delegated:**  No

**Task:**  Follow Up

**Status:**  Complete

**Priority:**  ASAP

**Created:**  06/10/2016 09:42AM

**Created By:**  THORNTON, JULIA

**Overdue:**

**Springfield Clinic**
**William K. Dean 89**

**Springfield Clinic**
**1025 S. 6th Street, Springfield Clinic**
**Springfield, IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | | |
| **MRN:** | 0001429012 | | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | | **Work Phone:** | |
| **Age:** | 58 years | | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | | **Directives:** | |
| | | | **PCP:** | NO PRIMARY GIVEN |

**Comment History:**

06/10/2016  09:42 AM            THORNTON,JULIA
  TASK CREATED
  Dr. Severino would like to speak to either Dr. Hazelrigg or the nurse about this patient. Would like to discuss before making appt. Dr. Severino's cell number is 217-741-6188.

06/10/2016  12:20 PM            BOESDORFER (SIU),STEPHANIE
  TASK EDITED
  info is on Dr. H desk to review
  I spoke with Dr. Severino
  Once H reviews films and gives me the OK, then we can start coordinating and scheduling for surgery.

06/10/2016  12:20 PM            BOESDORFER (SIU),STEPHANIE
  TASK IN PROGRESS

06/13/2016  11:38 AM            OPPERMAN (SIU),KATRINA
  TASK REPLIED TO: Previously Assigned To Hazelrigg (SIU),Nurse Tasks
  Hi Julia,

  Dr. Hazelrigg would like to see the patient. I called the prison to set up an appt; they have to obtain preauth first. Once they call me back, I'll get him scheduled to see Dr. Hazelrigg ASAP.

  Thanks, Katrina

06/13/2016  01:16 PM            THORNTON,JULIA
  TASK EDITED

06/13/2016  03:00 PM            THORNTON,JULIA
  TASK EDITED
  Noted. Check back for appt time.

06/16/2016  11:03 AM            THORNTON,JULIA
  TASK EDITED
  Patient has appt with Dr. Hazelrigg on 6/20

06/16/2016  11:03 AM            THORNTON,JULIA
  TASK COMPLETED

**Springfield Clinic**
**William K. Dean 90**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield, IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN, WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 92439489 |
| **Assigned To:** | Charge Edits Team |
| **Delegated:** | No |
| **Task:** | Mng Chg Edits (Manage Charge Edits) |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 06/09/2016 01:34PM |
| **Created By:** | SEVERINO, WILLIAM |
| **Overdue:** | |

**Task About:**

Encounter Date: 09 Jun 2016
Billing Provider: SEVERINO, WILLIAM

**Springfield Clinic**
**William K. Dean 91**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

**Task ID:**        92438287

**Assigned To:**    SEVERINO, WILLIAM

**Delegated:**      No

**Task:**           Sign Note

**Status:**         Complete

**Priority:**       Routine

**Created:**        06/09/2016  01:22PM

**Created By:**     System

**Overdue:**

**Task About:**

Note Date: 09 Jun 2016 01:22 PM
Note Type: Office Visit 1
Note Owner: SEVERINO, WILLIAM

**Comment History:**

06/09/2016  01:22 PM          System
    Sign Note

**Springfield Clinic**
**William K. Dean 92**

**Springfield Clinic**
**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | | **Work Phone:** | |
| **Sex:** | M | | **Allergy:** | Med Only |
| **Age:** | 58 years | | **Directives:** | |
| **DOB:** | 8/29/1960 | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID :** | 92437384 |
| **Assigned To :** | SEVERINO, WILLIAM |
| **Delegated:** | No |
| **Task:** | Submit Enc Form |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 06/09/2016 01:11PM |
| **Created By:** | System |
| **Overdue:** | |

**Task About :**

Encounter Date: 09 Jun 2016
Billing Provider: SEVERINO, WILLIAM

**Comment History:**

06/09/2016 01:11 PM          System
   Submit Encounter Form

**Springfield Clinic**
**William K. Dean 93**

## Springfield Clinic
**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID :** | 92202612 |
| **Assigned To :** | Severino, Floor Staff |
| **Delegated:** | No |
| **Task:** | Overdue Order |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 06/04/2016 02:45PM |
| **Created By:** | System |
| **Overdue:** | |

**Task About :**

Provider: Severino,Floor Staff
Task completed when no items existed for the
patient needing this task for SEVERINO,
WILLIAM

### Comment History:

06/04/2016 02:45 PM          System
   Overdue Order

06/06/2016 07:56 AM          GARNER,JENNIFER
   TASK REASSIGNED: Previously Assigned To SEVERINO,WILLIAM

**Springfield Clinic**
**William K. Dean 94**

# Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | | **Work Phone:** | |
| **Sex:** | M | | **Allergy:** | Med Only |
| **Age:** | 58 years | | **Directives:** | |
| **DOB:** | 8/29/1960 | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 92032130 |
| **Assigned To:** | Severino, Nurse Staff |
| **Delegated:** | No |
| **Task:** | Call Back |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 06/01/2016  10:01AM |
| **Created By:** | DUNN, ROBIN |
| **Overdue:** | |

**Task About:**

No information available.

### Comment History:

06/01/2016 10:01 AM          DUNN,ROBIN
   TASK CREATED
   Caller: Cynthia, Spouse; Nurse Call
   Pt's wife is requestng to discuss pt's kidney cancer-please call 824-4004
06/02/2016 02:08 PM          RICHARDSON,KRISTIN
   TASK EDITED
   Attempted to call patient's wife however the number given was the Taylorville Correction Center.
06/02/2016 02:08 PM          RICHARDSON,KRISTIN
   TASK COMPLETED

**Springfield Clinic**
**William K. Dean 95**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | | |
| **MRN:** | 0001429012 | | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | | **Work Phone:** | |
| **Age:** | 58 years | | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | | **Directives:** | |
| | | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 91742355 |
| **Assigned To:** | Severino, Uro Scheduling |
| **Delegated:** | No |
| **Task:** | Call Back |
| **Status:** | Complete |
| **Priority:** | ASAP |
| **Created:** | 05/24/2016 03:36PM |
| **Created By:** | WISE, TINA |
| **Overdue:** | |

**Task About :**

No information available.

### Comment History:

05/24/2016 03:36 PM              WISE,TINA
TASK CREATED
Caller: T'ville Corr., Other; Nurse Call; (217)824-4004; ext. 5722
Chad called from Taylorville Correction Facility.  He's calling to speak to Nurse Julie concerning a surgery.

05/25/2016 11:19 AM              WISE,TINA
TASK EDITED
Dr. Nawoor called and wants to know when procedure is going to be scheduled.
He asked as soon as you find out please call Chad the nurse at T'ville Correctional Facility.
217-824-4004, ext. 5722

05/25/2016 11:44 AM              GARNER,JENNIFER
TASK REASSIGNED: Previously Assigned To Severino,Nurse Staff

05/25/2016 01:34 PM              THORNTON,JULIA
TASK IN PROGRESS

06/01/2016 09:07 AM              THORNTON,JULIA
TASK EDITED
see other task

06/01/2016 09:07 AM              THORNTON,JULIA
TASK COMPLETED

**Springfield Clinic**
**William K. Dean 96**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

**Task ID:**           91304837

**Assigned To:**    Severino, Floor Staff

**Delegated:**       No

**Task:**                Overdue Order

**Status:**             Complete

**Priority:**           Routine

**Created:**           05/15/2016  03:45PM

**Created By:**      System

**Overdue:**

**Task About:**

Provider: Severino,Floor Staff
Task completed when no items existed for the
patient needing this task for SEVERINO,
WILLIAM

**Comment History:**

05/15/2016  03:45 PM              System
   Overdue Order

05/16/2016  06:01 AM              GARNER,JENNIFER
   TASK REASSIGNED: Previously Assigned To SEVERINO,WILLIAM

**Springfield Clinic**
**William K. Dean 97**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | | |
| **MRN:** | 0001429012 | | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | | **Work Phone:** | |
| **Age:** | 58 years | | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | | **Directives:** | |
| | | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 91207004 |
| **Assigned To:** | Severino, Floor Staff |
| **Delegated:** | No |
| **Task:** | Overdue Order |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 05/12/2016  01:00PM |
| **Created By:** | System |
| **Overdue:** | |

**Task About :**

Provider: Severino,Floor Staff
Task completed when no items existed for the
patient needing this task for SEVERINO,
WILLIAM

### Comment History:

05/12/2016  01:00 PM          System
   Overdue Order

05/12/2016  01:33 PM          GARNER,JENNIFER
   TASK REASSIGNED: Previously Assigned To SEVERINO,WILLIAM

**Springfield Clinic**
**William K. Dean 98**

**Springfield Clinic**

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | |
|---|---|
| **Patient:** | DEAN,WILLIAM |
| **MRN:** | 0001429012 |
| **Other:** | (217) 824-4004 |
| **Sex:** | M |
| **Age:** | 58 years |
| **DOB:** | 8/29/1960 |

| | |
|---|---|
| **AKA:** | WILLIAM DEAN |
| **Home Phone:** | (217) 824-4004 |
| **Work Phone:** | |
| **Allergy:** | Med Only |
| **Directives:** | |
| **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID :** | 90832446 |
| **Assigned To :** | Severino, Floor Staff |
| **Delegated:** | No |
| **Task:** | Overdue Order |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 05/04/2016  03:45PM |
| **Created By:** | System |
| **Overdue:** | |

**Task About :**

Provider: Severino,Floor Staff
Task completed when no items existed for the
patient needing this task for SEVERINO,
WILLIAM

**Comment History:**

05/04/2016  03:45 PM          System
  Overdue Order

05/05/2016  08:40 AM               GARNER,JENNIFER
  TASK REASSIGNED: Previously Assigned To SEVERINO,WILLIAM

**Springfield Clinic**
**William K. Dean 99**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID :** | 90824331 |
| **Assigned To :** | Severino, Nurse Staff |
| **Delegated:** | No |
| **Task:** | Call Back |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 05/04/2016 02:29PM |
| **Created By:** | DUNN, ROBIN |
| **Overdue:** | |

**Task About :**

No information available.

### Comment History:

05/04/2016 02:29 PM          DUNN,ROBIN
   TASK CREATED
   Caller: Cynthia, Spouse; Nurse Call
   Pt's wife would like to discuss the kidney cancer pt was diagnosised with-please call 815-830-5863
05/06/2016 10:56 AM          GARNER,JENNIFER
   TASK EDITED
   Cynthia verbalized understanding that all communication about patient would need to go through correctional facility since patient is
   incarcerated.
05/06/2016 10:56 AM          GARNER,JENNIFER
   TASK COMPLETED

**Springfield Clinic**
**William K. Dean 100**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 90519840 |
| **Assigned To:** | Severino, Uro Scheduling |
| **Delegated:** | No |
| **Task:** | Miscellaneous |
| **Status:** | Complete |
| **Priority:** | ASAP |
| **Created:** | 04/28/2016  05:18AM |
| **Created By:** | RYAN, STEPHEN |
| **Overdue:** | |

**Task About :**

No information available.

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield, IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

**Comment History:**

04/28/2016 05:18 AM          RYAN,STEPHEN
   TASK CREATED
   SMR to review CT again for Urology.

05/02/2016 08:29 AM          RYAN,STEPHEN
   TASK EDITED
   Please have his 4/12/16 CT from TMH tele'd again to me.  It was tele'd once, but I can't find it now.

05/02/2016 11:42 AM          EKLE,PATRICIA
   TASK EDITED
   CT tleed to MMC.

05/05/2016 07:02 AM          RYAN,STEPHEN
   TASK EDITED
   Bill, in looking at this CT again, I believe the IVC is occluded above the renal veins, and the top of the tumor thrombus may extend above
   the hepatic vein.  CT surgery may need to be involved, but I don't believe we can get above this tumor from the abdoman.  Also, I think the
   left renal vein may be occluded chronically, although I cannot be certain.  He has two right renal arteries.  I am happy to help with the case,
   but it may be helpful to have CT surgery look at the CT scan.

05/05/2016 07:04 AM          SEVERINO,WILLIAM
   TASK REASSIGNED: Previously Assigned To SEVERINO,WILLIAM
   juie see this

05/06/2016 09:14 AM          THORNTON,JULIA
   TASK IN PROGRESS

05/06/2016 09:14 AM          THORNTON,JULIA
   TASK EDITED
   talk to severino

05/06/2016 09:15 AM          THORNTON,JULIA
   TASK EDITED

05/10/2016 03:16 PM          THORNTON,JULIA
   TASK EDITED
   Dr. Severino is having Dr. Coakley review films.

05/13/2016 07:18 AM          THORNTON,JULIA
   TASK EDITED
   Sent another message to dr. coakley

06/01/2016 09:07 AM          THORNTON,JULIA
   TASK IN PROGRESS

06/01/2016 09:10 AM          THORNTON,JULIA
   TASK EDITED
   Dr. Coakley reviewed films and would like patient to have another CT. Patient needs a CT abd/pelv/chest with IV and oral contrast and to
   see Dr. Severino back in the office to review before deciding on appropriate surgery. Need to call Chad at the prison and let him know so he
   can get approved and scheduled.

06/01/2016 12:19 PM          RICHARDSON,KRISTIN

**Springfield Clinic**
**William K. Dean 102**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | | |
| **MRN:** | 0001429012 | | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | | **Work Phone:** | |
| **Age:** | 58 years | | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | | **Directives:** | |
| | | | **PCP:** | NO PRIMARY GIVEN |

TASK EDITED
Spoke with Felicia and gave her the orders for a ct abdomen/pelvis/chest. Felicia asked writer to fax over documentation so they can submit for approval. Asked if the task list was sufficent. Felicia stated yes. Information faxed to 217-824-8075. Once they get an approval they will call the office.

06/03/2016 02:15 PM          THORNTON,JULIA
TASK EDITED
Waiting for ct results.

06/06/2016 09:39 AM          THORNTON,JULIA
TASK EDITED
ct scheduled for this wed at tmh and has follow up with severino this thursday.

06/10/2016 03:01 PM          THORNTON,JULIA
TASK EDITED
Info faxed to Dr. Ryan's office at 528-1932

06/16/2016 11:03 AM          THORNTON,JULIA
TASK EDITED
Patient has appt with Dr. Hazelrigg on 6/20

06/23/2016 11:00 AM          THORNTON,JULIA
TASK EDITED
Task sent to Dr. Hazelrigg.

06/23/2016 01:18 PM          THORNTON,JULIA
TASK EDITED
Hazelrigg's office responded with available dates for surgery. Forwarded message to Dr. Ryan's nurse.

06/24/2016 11:05 AM          THORNTON,JULIA
TASK EDITED
surgery scheduled for 7/19

06/24/2016 11:05 AM          THORNTON,JULIA
TASK COMPLETED

**Springfield Clinic**
**William K. Dean 103**

**Springfield Clinic**

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | | |
|---|---|---|
| **Task ID:** | 90114032 | |
| | | **Task About:** |
| **Assigned To:** | Severino, Uro Scheduling | No information available. |
| **Delegated:** | No | |
| **Task:** | Call Back | |
| **Status:** | Complete | |
| **Priority:** | ASAP | |
| **Created:** | 04/19/2016 02:13PM | |
| **Created By:** | WISE, TINA | |
| **Overdue:** | | |

### Comment History:

04/19/2016 02:13 PM          WISE,TINA
TASK CREATED
Caller: Kelly Murphy, Nurse; Nurse Call; (412)539-0183
Kelly Murphy a nurse with Um Wexford is needing a procedure code for this patient's surgery.  She's asking if you can please call her back asap.;

04/19/2016 02:20 PM          GARNER,JENNIFER
TASK REASSIGNED: Previously Assigned To Severino,Nurse Staff

04/20/2016 10:23 AM          THORNTON,JULIA
TASK IN PROGRESS

04/21/2016 11:44 AM          THORNTON,JULIA
TASK EDITED
see other task

04/21/2016 11:44 AM          THORNTON,JULIA
TASK COMPLETED

**Springfield Clinic**
**William K. Dean 104**

## Springfield Clinic
**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | | **Work Phone:** | |
| **Sex:** | M | | **Allergy:** | Med Only |
| **Age:** | 58 years | | **Directives:** | |
| **DOB:** | 8/29/1960 | | **PCP:** | NO PRIMARY GIVEN |

**Task ID :** 89942925

**Assigned To :** Enc Review Team

**Delegated :** No

**Task :** Review Enc Form

**Status :** Complete

**Priority :** Routine

**Created :** 04/15/2016  08:21AM

**Created By :** SEVERINO, WILLIAM

**Overdue :**

**Task About :**

Encounter Date: 14 Apr 2016
Billing Provider: SEVERINO, WILLIAM

**Comment History:**

04/15/2016  08:21 AM                SEVERINO,WILLIAM
   Review diagnosis and charge codes and submit charges

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield, IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN, WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 89940384 |
| **Assigned To:** | RYAN, STEPHEN |
| **Delegated:** | No |
| **Task:** | Miscellaneous |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 04/15/2016 07:30AM |
| **Created By:** | SEVERINO, WILLIAM |
| **Overdue:** | |

**Task About:**

No information available.

### Comment History:

04/15/2016 07:30 AM          SEVERINO, WILLIAM
TASK CREATED
steve if you could take a liook at his ct it was done in taylorivlle hart to make out height of cava thrombus.  cant have mri has pacemaker.
my nurse is seeing if could have surgery at mmc or not thanks bill

04/20/2016 05:35 AM          RYAN, STEPHEN
TASK EDITED
I would be glad to help.  Are you doing this op, or does he have to go to SJH?

04/20/2016 06:44 AM          SEVERINO, WILLIAM
TASK REPLIED TO: Previously Assigned To SEVERINO, WILLIAM
steve my nurse is seeing if can be done at mmc, if not ill have to send him to siu.  i should know today.  were you able to tell on his ct how
high the thrombus goes up the ivc .  i cant tell thnks bill

04/21/2016 11:51 AM          THORNTON, JULIA
TASK EDITED
fyi-procedure has been approved to be done at mmc.

04/28/2016 05:17 AM          RYAN, STEPHEN
TASK COMPLETED

**Springfield Clinic**
**William K. Dean 106**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 89934097 |
| **Assigned To:** | RYAN, STEPHEN |
| **Delegated:** | No |
| **Task:** | Follow Up |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 04/14/2016 04:59PM |
| **Created By:** | RATLIFF, SHANNA |
| **Overdue:** | |

**Task About:**

No information available.

### Comment History:

04/14/2016 04:59 PM          RATLIFF,SHANNA
TASK CREATED
Per Dr Severino's request, please review CT Films on this pt regarding right renal mass with vena cava thrombosis. Films are in Springfield Clinic PACS. Thank you.

04/19/2016 05:45 AM          RYAN,STEPHEN
TASK EDITED
Check with Dr Severino's office to see if they are going to be removing this tumor or will SIU do it.  Prisoner.

04/19/2016 01:37 PM          MARSAGLIA,ANGELA
TASK EDITED
will Dr. Severino be removing the tumor for this pateint?

Thank you,
Dr. S. Ryan's staff

04/19/2016 03:38 PM          THORNTON,JULIA
TASK EDITED
We are in the process of getting the procedure approved to be done at MMC. If it is able to be done at Memorial, Dr. Severino will be the one doing it. We will have an answer by tomorrow.

04/20/2016 11:00 AM          MARSAGLIA,ANGELA
TASK EDITED

04/20/2016 03:20 PM          MARSAGLIA,ANGELA
TASK EDITED
FYI

04/28/2016 05:31 AM          RYAN,STEPHEN
TASK COMPLETED

**Springfield Clinic**
**William K. Dean 107**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | | |
|---|---|---|
| **Task ID:** | 89931956 | |
| **Assigned To:** | Severino, Uro Scheduling | **Task About:** |
| **Delegated:** | No | No information available. |
| **Task:** | Schedule Procedure | |
| **Status:** | Complete | |
| **Priority:** | Routine | |
| **Created:** | 04/14/2016  04:25PM | |
| **Created By:** | RATLIFF, SHANNA | |
| **Overdue:** | | |

**Springfield Clinic**
**William K. Dean 108**

# Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

### Comment History:

04/14/2016 04:25 PM          RATLIFF,SHANNA
TASK CREATED
Pt needs to have surgery for right renal mass with vena cava thrombosis.  Dr Severino would like you to check with Taylorville correctional or Wexford to see if this can be done at MMC.  Please contact facility to schedule.  Order was also given for pt to have chest xray PA-L.

04/19/2016 09:10 AM          THORNTON,JULIA
TASK IN PROGRESS

04/19/2016 12:06 PM          THORNTON,JULIA
TASK EDITED
Called Felicia at 824-4004 ext 5723 at Taylorville corrections. Need to see if patient can have procedure for renal mass done at MMC due to Dr. Severino not having privileges at STJ. Waiting on call back.

04/19/2016 12:16 PM          THORNTON,JULIA
TASK EDITED
Spoke to Felicia. Requesting office notes to be faxed and she will have the Dr. put in an urgent referall to Wexford. Office notes faxed to 824-8075.

04/21/2016 11:51 AM          THORNTON,JULIA
TASK EDITED
Procedure has been approved to be done at MMC. Waiting on response from Dr. Ryan.

05/02/2016 10:18 AM          WISE,TINA
TASK EDITED
Chad from the Taylorville Correctional facility called to touchbase.
He hasn't gotten anything via fax concerning labs or anything needing to be done prior to procedure.
217-824-4004, ext. 5722

05/04/2016 12:01 PM          THORNTON,JULIA
TASK IN PROGRESS

05/04/2016 12:02 PM          THORNTON,JULIA
TASK EDITED
Patient is seeing praire heart next week. Nurse chad will call back with appt time.

05/10/2016 03:24 PM          THORNTON,JULIA
TASK EDITED
Patient had cardiac clearance appt at Praire on Friday. Notes being faxed.

05/15/2016 04:43 PM          THORNTON,JULIA
TASK EDITED
Waiting on Dr. Coakley to review films.

05/17/2016 01:06 PM          ALPHIN,SARA
TASK EDITED
Chad/Taylorville Correctional -checking status of procd set-up --at  824-4004-#5722

06/01/2016 09:07 AM          THORNTON,JULIA
TASK EDITED
see other task

---

**Springfield Clinic**
**William K. Dean 109**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

06/01/2016  09:07 AM          THORNTON,JULIA
  TASK COMPLETED

# Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN | |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 | |
| **Sex:** | M | **Work Phone:** | | |
| **Age:** | 58 years | **Allergy:** | Med Only | |
| **DOB:** | 8/29/1960 | **Directives:** | | |
| | | **PCP:** | NO PRIMARY GIVEN | |

| | |
|---|---|
| **Task ID:** | 89927529 |
| **Assigned To:** | SEVERINO, WILLIAM |
| **Delegated:** | No |
| **Task:** | Sign Note |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 04/14/2016 03:35PM |
| **Created By:** | System |
| **Overdue:** | |

**Task About:**

Note Date: 14 Apr 2016 03:35 PM
Note Type: Office Visit 1
Note Owner: SEVERINO, WILLIAM

**Comment History:**

04/14/2016 03:35 PM              System
   Sign Note

04/14/2016 03:36 PM              SEVERINO,WILLIAM
   Sign Document

**Springfield Clinic**
**William K. Dean 111**

**Springfield Clinic**
**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN, WILLIAM | | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | | **Work Phone:** | |
| **Sex:** | M | | **Allergy:** | Med Only |
| **Age:** | 58 years | | **Directives:** | |
| **DOB:** | 8/29/1960 | | **PCP:** | NO PRIMARY GIVEN |

| | | | |
|---|---|---|---|
| **Task ID:** | 89925335 | **Task About:** | |
| **Assigned To:** | SEVERINO, WILLIAM | Encounter Date: 14 Apr 2016 | |
| **Delegated:** | No | Billing Provider: SEVERINO, WILLIAM | |
| **Task:** | Submit Enc Form | | |
| **Status:** | Complete | | |
| **Priority:** | Routine | | |
| **Created:** | 04/14/2016  03:13PM | | |
| **Created By:** | System | | |
| **Overdue:** | | | |

**Comment History:**

04/14/2016  03:13 PM          System
    Submit Encounter Form

**Springfield Clinic**
**William K. Dean 112**

**Springfield Clinic**

**1025 S. 6th Street, Springfield Clinic**
**Springfield, IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN, WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 89109983 |
| **Assigned To:** | Severino, Nurse Staff |
| **Delegated:** | No |
| **Task:** | Follow Up |
| **Status:** | Complete |
| **Priority:** | ASAP |
| **Created:** | 03/28/2016 03:30PM |
| **Created By:** | WHITACRE, BETHANY |
| **Overdue:** | |

**Task About :**

No information available.

### Comment History:

03/28/2016  03:30 PM          WHITACRE, BETHANY
TASK CREATED
Patient is scheduled for CT IVP 4/12/2016 at TMH. Patient is on Metformin. Patient is an inmate at Taylorville Prison. Felicia at Taylorville Prison (824-4004 ext 5723) states patient will have CR drawn 4/15/2016 to see if patient can restart metformin. Please followup.

04/15/2016  03:14 PM          GARNER, JENNIFER
TASK EDITED
Patient will have CR drawn on 4/18/16. No labs were drawn for patient today and they have shipped out and will not have pick up again until 4/18/16. Cathy verbalized understanding of rechecking for kidney function prior to restarting Metformin and will have labs drawn on 4/18/16.

04/15/2016  03:14 PM          GARNER, JENNIFER
TASK COMPLETED

**Springfield Clinic**
**William K. Dean 113**

**Springfield Clinic**
**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | | **Work Phone:** | |
| **Sex:** | M | | **Allergy:** | Med Only |
| **Age:** | 58 years | | **Directives:** | |
| **DOB:** | 8/29/1960 | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 88843782 |
| **Assigned To:** | Severino, Nurse Staff |
| **Delegated:** | No |
| **Task:** | Call Back |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 03/22/2016  01:08PM |
| **Created By:** | DUNN, ROBIN |
| **Overdue:** | |

**Task About :**

No information available.

**Comment History:**

03/22/2016  01:08 PM          DUNN,ROBIN
  TASK CREATED
  Caller: Felicia/Correctiona, Nurse; Nurse Call
  Felicia stated she was able to get the cysto approved for pt-please call to set up 824-4004 ext 5723

03/24/2016  08:49 AM          WHITACRE,BETHANY
  TASK EDITED
  left message at 824-4004 ext 5723 for felicia to call back to schedule cysto and ct ivp. There is also a task on the Severino, Floor staff task
  list about this.

03/25/2016  03:44 PM          GARNER,JENNIFER
  TASK EDITED
  Duplicate. Please see other Severino Floor Task.

03/25/2016  03:44 PM          GARNER,JENNIFER
  TASK COMPLETED

**Springfield Clinic**
**William K. Dean 114**

**Springfield Clinic**
**1025 S. 6th Street, Springfield Clinic**
**Springfield, IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| Patient: | DEAN, WILLIAM | | AKA: | WILLIAM DEAN |
| MRN: | 0001429012 | | Home Phone: | (217) 824-4004 |
| Other: | (217) 824-4004 | | Work Phone: | |
| Sex: | M | | Allergy: | Med Only |
| Age: | 58 years | | Directives: | |
| DOB: | 8/29/1960 | | PCP: | NO PRIMARY GIVEN |

| | |
|---|---|
| Task ID: | 88388904 |
| Assigned To: | Enc Review Team |
| Delegated: | No |
| Task: | Review Enc Form |
| Status: | Complete |
| Priority: | Routine |
| Created: | 03/11/2016 04:16PM |
| Created By: | SEVERINO, WILLIAM |
| Overdue: | |

**Task About:**

Encounter Date: 10 Mar 2016
Billing Provider: SEVERINO, WILLIAM

**Comment History:**

03/11/2016 04:16 PM          SEVERINO, WILLIAM
  Review diagnosis and charge codes and submit charges

**Springfield Clinic**
**William K. Dean 115**

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield, IL 62794**
**(217) 528-7541**

## Task Details

| | | | | |
|---|---|---|---|---|
| **Patient:** | DEAN, WILLIAM | | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | | **Work Phone:** | |
| **Sex:** | M | | **Allergy:** | Med Only |
| **Age:** | 58 years | | **Directives:** | |
| **DOB:** | 8/29/1960 | | **PCP:** | NO PRIMARY GIVEN |

| | |
|---|---|
| **Task ID:** | 88304320 |
| **Assigned To:** | Severino, Floor Staff |
| **Delegated:** | No |
| **Task:** | Follow Up |
| **Status:** | Complete |
| **Priority:** | Routine |
| **Created:** | 03/10/2016  12:04PM |
| **Created By:** | THORNTON, JULIA |
| **Overdue:** | |

**Task About :**

No information available.

### Comment History:

03/10/2016  12:04 PM          THORNTON, JULIA
   TASK CREATED
   Patient needs CT IVP, BMP and office cysto. Taylorville Prison will call to schedule. Facility Dr. has to approve first.

03/24/2016  09:43 AM          WHITACRE, BETHANY
   TASK EDITED
   Per Severino, Nurse Staff task from 3/22/2016, Felicia called back to let us know the cysto was approved. Called her back at 824-4004 ext 5723 and left message for her to call back to schedule cysto and ct ivp.

03/28/2016  08:54 AM          ALPHIN, SARA
   TASK EDITED
   Felicia returned call --at 824-4004 #5723

03/28/2016  02:46 PM          WHITACRE, BETHANY
   TASK IN PROGRESS

03/28/2016  03:21 PM          WHITACRE, BETHANY
   TASK EDITED
   spoke with Felicia at Taylorville Prison. Scheduled patient for in office cysto no sbe 4/14/2016 @ 3:15pm @ SC Taylorville. Scheduled patient for CT IVP @TMH on 4/12/2016 at 1:00pm. Faxed order for CT to TMH at 824-1646. Patient will have BMP and PSA drawn at Taylorville Prison 1 week prior to appt. Results will be faxed to 217-527-3844 and patient will bring paper copy in to office appt also.

03/28/2016  03:27 PM          WHITACRE, BETHANY
   TASK COMPLETED

**Springfield Clinic**
**William K. Dean 116**

# Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | | |
| **MRN:** | 0001429012 | **AKA:** | WILLIAM DEAN |
| **Other:** | (217) 824-4004 | **Home Phone:** | (217) 824-4004 |
| **Sex:** | M | **Work Phone:** | |
| **Age:** | 58 years | **Allergy:** | Med Only |
| **DOB:** | 8/29/1960 | **Directives:** | |
| | | **PCP** | NO PRIMARY GIVEN |

**Task ID:**  88301815

**Assigned To :**  SEVERINO, WILLIAM

**Delegated:**  No

**Task:**  Sign Note

**Status:**  Complete

**Priority:**  Routine

**Created:**  03/10/2016  11:43AM

**Created By:**  System

**Overdue:**

**Task About :**

Note Date: 10 Mar 2016 11:43 AM
Note Type: Office Visit 1
Note Owner: SEVERINO, WILLIAM

## Comment History:

| | |
|---|---|
| 03/10/2016  11:43 AM | System |
| Sign Note | |
| 03/10/2016  11:45 AM | SEVERINO,WILLIAM |
| Sign Document | |

**Springfield Clinic**
**William K. Dean 117**

# Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | **Work Phone:** | |
| **Sex:** | M | **Allergy:** | Med Only |
| **Age:** | 58 years | **Directives:** | |
| **DOB:** | 8/29/1960 | **PCP:** | NO PRIMARY GIVEN |

| | | |
|---|---|---|
| **Task ID :** | 88298610 | |
| **Assigned To :** | SEVERINO, WILLIAM | **Task About :** |
| **Delegated:** | No | Encounter Date: 10 Mar 2016 |
| **Task:** | Submit Enc Form | Billing Provider: SEVERINO, WILLIAM |
| **Status:** | Complete | |
| **Priority:** | Routine | |
| **Created:** | 03/10/2016 10:52AM | |
| **Created By:** | System | |
| **Overdue:** | | |

**Comment History:**

03/10/2016 10:52 AM          System
    Submit Encounter Form

---

## Springfield Clinic

**1025 S. 6th Street, Springfield Clinic**
**Springfield,IL 62794**
**(217) 528-7541**

## Task Details

| | | | |
|---|---|---|---|
| **Patient:** | DEAN,WILLIAM | **AKA:** | WILLIAM DEAN |
| **MRN:** | 0001429012 | **Home Phone:** | (217) 824-4004 |
| **Other:** | (217) 824-4004 | **Work Phone:** | |
| **Sex:** | M | **Allergy:** | Med Only |
| **Age:** | 58 years | **Directives:** | |
| **DOB:** | 8/29/1960 | **PCP:** | NO PRIMARY GIVEN |

| | | |
|---|---|---|
| **Task ID:** | 87841327 | **Task About:** |
| **Assigned To:** | Severino, Nurse Staff | No information available. |
| **Delegated:** | No | |
| **Task:** | Call Back | |
| **Status:** | Complete | |
| **Priority:** | Urgent | |
| **Created:** | 03/01/2016 09:27AM | |
| **Created By:** | DUNN, ROBIN | |
| **Overdue:** | | |

**Comment History:**

03/01/2016 09:27 AM          DUNN,ROBIN
  TASK CREATED
  Caller: Dr. Nawoo, Physician; Nurse Call
  Requesting to see if pt can seen sooner-pt has bleeding severely every day-please call 824-4004 ext 5720

03/01/2016 09:28 AM          GAWEDZINSKI,TRACY
  TASK REASSIGNED: Previously Assigned To Roszhart ,Nurse Staff
  Can Dr Severino see next time in Taylorville. Dr Roszhart not back until 3/15/16

03/01/2016 10:05 AM          GARNER,JENNIFER
  TASK EDITED
  Please advise- No openings for 3/10/16.

03/01/2016 12:24 PM          SEVERINO,WILLIAM
  TASK REPLIED TO: Previously Assigned To SEVERINO ,WILLIAM
  talk to julie we will have time on 3-10

03/01/2016 02:45 PM          GARNER,JENNIFER
  TASK EDITED
  Please see comments below and advise.

03/01/2016 03:14 PM          THORNTON,JULIA
  TASK EDITED
  3/10/16 11am TVille

03/01/2016 05:02 PM          GARNER,JENNIFER
  TASK EDITED
  Lisa to leave message for appointment on 3/10/16 at 11:00 a.m.

03/01/2016 05:02 PM          GARNER,JENNIFER
  TASK COMPLETED