E-FILED
Monday, 18 November, 2019  11:37:59 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 13

# Expert Report of Nivedita Dhar, M.D.

*Dean v. Wexford Health Sources, Inc.*, No. 17-cv-3112

**August 30, 2019**

## Qualifications and Experience

Attached to this report is my *curriculum vitae*.

## Expert Fees and Prior Testimony

The fee for consultation and medical record review in this matter is $550 per hour, and the fee for testimony at deposition or at trial in this matter is $650 per hour, plus travel expenses. I testified as an expert witness both by deposition and at trial in one case in the past four years: *Derrick A. Boyd v. EMH Regional Medical Center*, No. 12CV174997 (Lorain County, Ohio Court of Common Pleas). I testified on behalf of defendant in the *Boyd* case.

## Documents Reviewed and Basis for Opinions

I have reviewed the documents listed in the attached appendix.

Based upon my review of medical records, my training, and my experience, I am providing an opinion as to the appropriateness of care provided to Plaintiff William Kent Dean, including whether Mr. Dean suffered any injury as a result of actions or inactions by defendants Wexford Health Sources, Dr. Abdur Nawoor, Dr. Rebecca Einwohner, Kathy Galvin, and Lisa Mincy.

My investigation is ongoing and therefore my opinions are subject to modification or augmentation at a later date.

## Summary of Opinions

- There was an unreasonable delay in urological evaluation of the patient.
- There was an unreasonable delay in appropriate imaging of the upper tracts of the patient.
- There was a significant and unreasonable delay in surgical intervention after the renal mass was diagnosed.
- There was an unreasonable failure by the primary care team to recognize that this patient needed systemic control of the cancer by medical oncologic treatment soon after the surgery.

## **Factual Summary**

Mr. Dean first saw Dr. Nawoor complaining of painless gross hematuria on December 23, 2015. At the time, Mr. Dean was 55 years old. Dr. Nawoor's notes from that visit state that Mr. Dean has chronic recurrent hematuria. They further state that Mr. Dean had a CT scan done one year ago which Dr. Nawoor wanted to review. Dr. Nawoor's notes also state that he was concerned about a kidney stone because Mr. Dean had one previously. Dr. Nawoor's notes state that a urine dipstick performed showed large blood and that Mr. Dean refused to strain urine (indicated for kidney stones). *See* IDOC Taylorville Med Recs 001340.

Dr. Nawoor's notes further state that Mr. Dean was told at this visit to drink water and if the hematuria persisted, to go to the ER or a urologist. *Id.*

On January 7, 2016, Mr. Dean saw Dr. Einwohner, a nephrologist, at a telemedicine appointment. Dr. Einwohner's notes state that a urine dipstick shows "large blood." Dr. Einwohner then initiated the collegial review process. *See* Einwohner Records Bates # 000061-63.

On January 13, 2016, Dr. Ritz conducted a collegial review by phone with Dr. Nawoor. The collegial review made the decision for Mr. Dean to have a renal ultrasound onsite and a bladder USD by precise. The collegial review notes do not mention a GU referral or evaluation of Mr. Dean's lower tracts. *See* IDOC No. 000088. The actions contradicted the guidance described in Wexford's medical guidelines document. *See* Wexford Health Sources, *Medical Guidelines, Region: Illinois* (no bates numbers) (Ritz Individual Dep. Ex. 4).

The ultrasound was completed February 2, 2016. The ultrasound results were normal: no masses with only cortical thinning. Ultrasound also showed no renal lesions or hydronephrosis. *See* February 2 Renal Ultrasound Results, William Dean (no bates numbers) (Galvin Dep. Ex. 6).

Mr. Dean was discussed in collegial review on February 10, 2016, and approved for a urology follow-up. *See* IDOC No. 000092. Dr. Nawoor saw Mr. Dean on February 26, 2016, after Mr. Dean again complained of gross hematuria. *See* IDOC Taylorville Med Recs 001351.

Mr. Dean saw a urologist, Dr. Severino, on March 10, 2016. Dr. Severino ordered a cystoscopy and a CT scan on that date. *See* IDOC Taylorville Med Recs 001076, 78. Those tests were approved at collegial reviews on March 22 and March 30, 2016. *See* IDOC No. 000094-95.

Dr. Nawoor spoke with Dr. Severino on April 1, 2016 to see if he could expedite the cystoscopy and CT scan dates, but Dr. Severino said he could not. *See* Nawoor Dep. Tr. 285:4-23.

Mr. Dean received a CT scan/urogram on April 12, 2016. The CT scan detected a right renal mass growing a tumor thrombus, or a tumor which extended into the inferior vena cava ("IVC"), the large blood vessel returning blood to the heart from the lower extremities. Mr. Dean had a pacemaker so he could not get an MRI to evaluate the exact extent of the tumor thrombus. Mr. Dean was seen by Dr. Severino on April 14; they discussed the renal mass, and surgery was recommended. On April 18, Dr. Severino recommended to Dr. Nawoor that Mr. Dean be scheduled for surgery. *See* IDOC Taylorville Med Recs 001082, 001093-94; Springfield Clinic William K. Dean 37-38.

Cardiology approval and clearance was given on May 6, 2016, and also July 12, 2016. Because of the delay in the surgery, Mr. Dean had to get a second cardiology approval. *See* DEAN-PRAIRIE-000008, 000013-16.

Surgery was approved on April 21 and then also on June 14 through the collegial review process. *See* IDOC No. 000098, 000103. Surgery was eventually performed on July 19, 2016. *See* IDOC Taylorville Med Recs 001390. The surgery required hypothermic cardiac arrest and was nine hours long. Mr. Dean's tumor had invaded into his atrium and there was a desmoplastic reaction with scar tissue. *See* DEAN-SPRINGFIELD-000006-7.

On August 11, 2016, Mr. Dean followed-up with Dr. Severino. *See* Springfield Clinic William K. Dean 10-11.

Mr. Dean was prescribed Votrient on October 19, 2016, but it was not approved by defendants until November 14, 2016. *See* IDOC Taylorville Med Recs 001678; Votrient Prescription Records (Mincy Dep. Ex. 16).

## Analysis, Opinions, and Conclusions

Mr. Dean first presented with gross hematuria on December 23, 2015, and was determined to be hemodynamically stable. He received an ultrasound on February 2, 2016 and he first saw a urologist on March 10, 2016. The underlying cause of his hematuria was determined on April 12, 2016, via a CT scan. Thus, there was a period of almost three months between Mr. Dean presenting with gross hematuria and being seen by a urologist and a period of almost four months between when Mr. Dean presented with gross hematuria and when the underlying cause was determined via a CT scan.

The standard of care for the assessment of a painless gross hematuria patient includes a careful history, physical examination, laboratory examination, and a prompt urologic evaluation. Painless gross hematuria is a symptom that may not be life-threatening but would benefit from close investigation and active clinical management by a urologist. The origins of gross hematuria are generally urologic and can be caused by a variety of etiologies found along the entire genitourinary tract, including urolithiasis (*i.e.*, kidney stones), urinary tract infection, malignancy (*i.e.*, cancer), iatrogenic causes, and trauma. Clinical evaluation of these patients should always involve urological consultation with urine cytology (cell studies), urine culture, imaging studies, and cystoscopy.

The initial evaluation of patients presenting with gross hematuria is 3-fold: assess hemodynamic stability, determine the underlying cause of hematuria, and ensure urinary drainage. During this period from December 23 to April 12, Mr. Dean continued to have intermittent episodes of gross hematuria which, despite his repeated communications to the primary care providers, did not precipitate a prompt urologic evaluation.

Prompt evaluation and appropriate referral of patients with documented hematuria should be initiated in the primary care setting according to published best practice guidelines (*see* auanet.org, the website of the American Urological Association, or "AUA") and aimed at early detection of urologic abnormality. Overall, approximately 40% of patients

4

with gross hematuria are found to harbor a neoplasm—cancer—of the genitourinary tract.[12] As a result, a clinician should consider otherwise unexplained gross hematuria to be of a possible malignant origin until proven otherwise. Methodical assessment of the upper and lower urinary tracts, as recommended by the AUA best practice guidelines (auanet.org), is paramount for the early detection and successful management of the underlying genitourinary disease.

A delay of almost three months for urologic consultation and evaluation of the upper and lower urinary tracts in a patient with gross hematuria is not consistent with AUA best practice guidelines. This departure from the standard of care was negligent and deliberately indifferent to Mr. Dean's serious medical needs.

In the interim, Mr. Dean received initial imaging, which was a single renal ultrasound (no retrograde pyelogram), on February 2, 2016. The standard of care for imaging in a hematuria workup is multi-phasic CT urography. This includes 3 phases with and without contrast: a noncontrast phase for identification of kidney stones, a nephrogenic phase for evaluation of renal masses, and an excretory phase for assessment of filling defects in the collecting system (ureters and bladder). Another option is MR urography, but that is only used when a patient has a severe allergic reaction to iodine. If CT or MRI are unavailable or the patient is ineligible due to pregnancy, iodinated contrast allergy, or renal insufficiency, renal and bladder ultrasound examination with retrograde pyelogram is an option (auanet.org). Mr. Dean's initial imaging, which was a single renal US ultrasound (no retrograde pyelogram), is not consistent with AUA best practice guidelines. Ultrasound has only a 40% sensitivity for identifying renal tumors, meaning that 60% of renal tumors could not be detected by ultrasound due to multiple factors, including operator dependence. Furthermore, this sensitivity can range from 0–57% depending on the size of the lesion.[3] CT urogram, is the preferred modality of imaging the renal tract for the detection of genitourinary malignancy and has the sensitivity for detecting pathology in patients with hematuria varies from 94.1–100%, with a 97.4% specificity.[45] The AUA Panel noted that non-contrast CT provides

5

more information and creates greater diagnostic certainty than renal ultrasound. It is medically impossible for a patient to have a normal renal ultrasound in February 2016 and then a renal mass with an IVC thrombus in April 2016.

Mr. Dean was informed of his renal mass with intravascular thrombus on April 14, 2016, at which time surgical intervention was strongly recommended. Mr. Dean had a repeat CT scan in June 2016, which showed disease progression especially in the liver. He underwent surgery on July 19, 2016.

The standard of care for a renal mass with intravascular thrombus is surgical resection (radical nephrectomy and caval thrombectomy—*i.e.*, removal of the diseased kidney and the tumor thrombus growing into the inferior vena cava and towards the heart). It represents the only option to obtain local control of the disease and is associated with durable oncologic control in approximately half of these patients. Such vascular invasion implies a heightened biologic behavior of the tumor and warrants early coordinated surgical intervention especially since there is an absence of effective alternative treatments.

Due to the absence of effective alternative treatment, surgical treatment is even recommended in the presence of distant metastases such as seen on the repeat CT scan in June 2016. In preparation for such a complex surgery, medical clearance is necessary. The delay in surgery for this patient was so significant that his initial cardiac clearance had to be repeated. An aggressive surgical approach is the only hope for curing patients having renal cell carcinoma with a tumor thrombus in the inferior vena cava. There is an overall survival benefit for patients who received surgical management and thereby delaying such a surgery is considered medically poor judgment.

Survival of patients with metastatic renal cell carcinoma may increase if aggressive surgery is combined with chemo/immunotherapy. Mr. Dean had to be his own advocate to see an oncologist as he recovered from a complex surgery as evidence by emails within the prison system. The

treatment of metastatic renal cell carcinoma has evolved tremendously over the past decades and oncologist are best served to manage these patients.

Mr. Dean first presented with gross hematuria on December 23, 2015, the underlying cause of the hematuria was determined to be a renal mass on April 12, 2016, and he underwent surgical intervention for his renal mass on July 19, 2016. There is an over three month delay from the time that the renal mass was determined via CT to the operation and an almost 7-month delay from the time of symptom presentation to the operation. This delay resulted in radiographic demonstration of disease progression both intravascularly and systemically. This increased tumor burden can negatively affect overall survival, by both making the surgery harder and by making systemic oncologic treatment harder. In this case, the delayed surgery resulted in such an increased tumor burden. Thus, this delay was negligent and represented deliberate indifference to Mr. Dean's serious medical need.

Furthermore, after the surgery, which can only control the disease locally, there was an additional delay until November in combating the disease systemically, which is unfortunate since the introduction of targeted therapy has significantly improved the prognosis and treatment outcome for these patients.

Respectfully submitted,

_____

Nivedita Dhar, M.D.

_____

[1] Grossfeld G.D., Litwin M.S., Wolf J.S., et al: Evaluation of asymptomatic microscopic hematuria in adults: the American Urological Association best practice policy–part I: definition, detection, prevalence, and etiology. Urology 2001; 57: pp. 599-603

[2] Sutton J.M.: Evaluation of hematuria in adults. JAMA 1990; 263: pp. 2475-2480

[3] Grossfeld GD, Carroll PR. Evaluation of asymptomatic microscopic hematuria. Urol Clin N Am 1998;25:661–76

[4] O'Connor OJ, Fitzgerald E, Maher MM. Imaging of haematuria. AJR Am J Roentgenol 2010;195:263–7

[5] Albani JM, Ciaschini MW, Streem SB, et al. The role of computerized tomographic urography in the initial evaluation of hematuria. J Urol 2007;177:644–8

Nivedita Dhar, M.D.

Office Address: 4160 John R. Street
　　　　　　　Suite 1021
　　　　　　　Detroit, MI 48201
Telephone: 313-966-9852
Email Address: ndhar@dmc.org

## EDUCATION

| | |
|---|---|
| *Graduate:* M.D., St. Louis University School of Medicine, St. Louis, MO | 1996- 2000 |
| *Baccalaureate:* B.A. (Molecular Biology and Biochemistry), Wesleyan University, Middletown, CT | 1994-1996 |
| Oberlin College, Oberlin, OH | 1992-1994 |

## POSTGRADUATE TRAINING

| | |
|---|---|
| Fellow (Urologic Oncology), University of Bern, Switzerland | 2006-2007 |
| Resident (Urology), Cleveland Clinic, Cleveland, OH | 2002-2006 |
| Resident (Urology), State University of New York at Buffalo, NY | 2001-2002 |
| Resident (General Surgery), State University of New York at Buffalo, NY | 2000-2001 |

## FACULTY APPOINTMENTS

| | |
|---|---|
| Clinical Associate Professor, Department of Osteopathic Surgical Specialties, Michigan State University | 8/2019-p |
| Associate Professor, Clinician Educator , Department of Urology, Wayne State University, Detroit, MI | 2019-7/2019 |
| Assistant Professor, Clinician Educator , Department of Urology, Wayne State University, Detroit, MI | 2008-2019 |

## HOSPITAL OR OTHER PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| Beaumont Hospital, Dearborn | 2008-present |
| Karmanos Cancer Center | 2008-present |
| Detroit Medical Center, Detroit Receiving Hospital | 2008-present |
| John D. Dingell VA Medical Center, Detroit | 2015- present |
| Associate Staff Physician, Cleveland Clinic, Cleveland, OH. | 2007-2008 |

## MAJOR PROFESSIONAL SOCIETIES

| | |
|---|---|
| American Urological Association | 2000- Present |
| Society of Women in Urology | 2002-present |

**MEDICAL LICENSURE**

| | |
|---|---|
| State of Michigan License 4301092348 Issued 6/2/2008 | Exp. 1/31/2021 |
| State of Ohio License #90181 Issued 7/16/2007 | Exp. 4/1/2009 |

**BOARD CERTIFICATION**
Urology Board Certification #16154- Expiration date 2/28/2020

**HONORS/AWARDS**

AUA Early-Career Investigators Workshop Invitation                    2018
*Requires nomination and then an application that is reviewed by the AUA research committee to determine if  the applicant will be invited to the workshop*

Third place Ignite to Innovate at Wayne State University             2018
*30 innovations were submitted for the ignite to innovate shark tank competition.*

| | |
|---|---|
| European Association of Urology, Best Poster | 2009 |
| American Urologic Association Travel Awards, Society of Women in Urology | 2006 |
| Travel Scholarship, International Volunteers in Urology | 2005 |
| Howard Hughes Fellowship | 1995(Summer) |
| Howard Hughes Fellowship | 1994(Summer) |

**SERVICE**

**Wayne State University**
**Department of Urology, School of Medicine**

| | |
|---|---|
| Compensation Committee member | 2014 – 2019 |
| Clinical Competency Committee member | 2015 – 2019 |
| Program Evaluation Committee member | 2015 – 2019 |
| Course Director of the James M. Pierce Jr., MD Memorial Lectureship | 2013 |

**BioMedical Engineering Department, School of Engineering**

Medical Leader for Capstone Project                                   2017 – present
*I work with biomedical engineering students to design update/create medical devices based on clinical issues related to stress incontinence. I have worked with the following biomedical engineering students to design a urethral cuff and actuator. Cooper Laurain\*, Rasik Mostafa\*, Shreya Potukutchi\*,  David Tes\*and  Israa*

*Hadi\**

**<u>UPG</u>**

| | |
|---|---|
| Medical Director of Urology Dearborn Clinic | 2015 –2019 |
| ICD-10 Committee Member | 2014-2017 |
| Electronic Medical Records Steering Committee Member | 2014-2017 |

**<u>Affiliate Medical Organizations</u>**
**Karmanos Cancer Institute**

| | |
|---|---|
| Credentialing Committee | 2010 – 2011 |

**<u>Professional</u>**

| | |
|---|---|
| Foster residents/medical students for Society of Women in Urology | 2011 – present |
| Mentor residents/medical students for Society of Women in Urology | 2018 – present |
| Course Director of Michigan Urologic Annual Course | 2012 |

**<u>Community</u>**

| | |
|---|---|
| Lunch time Conversations on female sexual dysfunction with Karmanos Cancer Survivors | 2012 - 2014 |
| Lunch time Conversations with Wayne State University female medical students considering a profession in urology | 2012 - 2013 |
| Michigan Bladder Cancer Awareness Day Steering Committee | 2011 - 2013 |

**<u>Scholarly Service</u>**

| | |
|---|---|
| Service for Peer-Reviewed Journals | |
| Manuscript Reviewer for The Journal of Urology (average 2 reviews per year) | 2007 - present |
| Manuscript Reviewer for Urology (average 4 reviews per year) | 2012 - present |

**TEACHING**

**<u>Teaching at Wayne State University</u>**
**Learners are Urology residents, Obstetrics and Gynecology residents and medical students**

| | |
|---|---|
| Clinical Instruction | 2008 – present |
| Grand Rounds Conference | 2008 - present |

| | |
|---|---|
| Journal Club | 2008 - present |
| Urology Clinic | 2008 – present |
| Urologic Oncology Conference | 2008 - 2011 |

**Learners are faculty, urology residents and medical students.**
<u>Following are CME presentations</u>

| | |
|---|---|
| **Urology Jeopardy,** WSU Urology Grand Rounds | 11/16/2018 |
| **Management of Refractory OAB,** Michigan Urologic Scientific Meeting | 1/24/2018 |
| **Therapy for Refractory OAB**, WSU Urology Grand Rounds | 9/22/2017 |
| **Interstitial Cystitis,** WSU Urology Grand Rounds | 9/29/2017 |
| **Urinary Tract Infections,** WSU Urology Grand Rounds | 12/22/2017 |
| **Refractory OAB,** Wayne Day, Department of OB/GYN | 12/5/2017 |
| **UTI Clinical Guidelines**, WSU Urology Grand Rounds | 12/9/2016 |
| **Peyronnie's Update**, WSU Urology Grand Rounds | 10/2016 |
| **Interstitial Cystitis AUA Clinical Guidelines**, WSU Grand Rounds | 10/16/2015 |
| **Therapy for Refractory OAB,** WSU Urology Grand Rounds | 9/2014 |
| **Bladder Cancer Review,** Michigan Urologic Society Review | 3/22/2013 |
| **History of Oncology,** James M. Pierce Jr., MD Memorial Lectureship | 10/4/2013 |
| **Bladder Pain Syndrome** WSU Urology Grand Rounds | 9/2011 |
| **Extended pelvic lymph node dissection in Bladder cancer,** James M. Pierce Jr., MD Memorial Lectureship | 10/2009 |

**MENTORSHIP**

| | |
|---|---|
| **Jack Trebelhorn\* M.D.,** Urology Resident**,** Expectation of Pain With Ambulatory Cystoscopy In Arabic Women Population and Clinical Pathway Utilizing Arabic Written Medical Information to Improve Care.  This is a quality improvement and clinical pathway project for Dr. Trebelhorn's residency requirement.  This work will be presented at a poster session by Dr. Trebelhorn at the Annual Meeting of American Urologic Association in May 2019. | 2018 – present |
| **Khalil Saad\*M.D. and Jesse Jacobs\* M.D**., Urology Resident, Pediatric Smart Artificial Urinary Sphincter<br>We worked to adapt the artificial urinary sphincter for pediatric patients.  We were awarded the FDA/Boston Pediatric Device Consortium.  This work was presented at a podium presentation by Dr. Jacobs at the Annual Meeting of the North Central Section of the AUA on 9/6/2018 | 2017-2018 |
| **Navneet Mander\* M.D.,** Urology Resident, Magnetic Artificial Urinary Sphincter:<br>We worked with engineers to develop the magnetic urethral sphincter as a novel urinary sphincter for stress urinary incontinence.  This work was presented as a podium presentation by Dr. Mander at the Annual Meeting of American Urologic Association in 2016.  We have completed additional urethral dynamic testing and are currently working on a paper for publication. | 2015-2017 |

**Jawad Khan* M.D.,** WSU medical student, urinary tract infections in women above      2012-2014
the age of 40.
Dr. Khan spent a dedicated month of his medical school rotation on this research
project.  An abstract was submitted and accepted to the Annual Meeting of the North
Central Section of the AUA in 2013.  After the urology research month, he elected to
no longer go into urology and matched in orthaepedic surgery.


### GRANTS, CONTRACTS, AND OTHER FUNDING

### Active Other Grants and Contracts

**Role:** Role: Co-Principal Investigator, Percent Effort: 5%
Title: Smart Artificial Urinary Sphincter
Source: Michigan Tech MTRAC Innovation Hub Advanced Applied Materials Program
8/1/2019-8/31/2020
Total Cost: $26,000

Role: Co-Principal Investigator, Percent Effort: 5%
Title: Smart Artificial Urinary Sphincter
Source: Case Western Reserve University Medical Center Innovations
3/1/2019-8/31/2019
Total Cost: $26,000

Role: Principal Investigator, Percent Effort: 5%
Title: Smart Artificial Urinary Sphincter
Source: FDA/Boston Pediatric Device Consortium
12/5/2017-8/31/2018
Total Cost: $50,000

Role: Principal Investigator, Percent Effort: 5%
Title: Smart Artificial Urinary Sphincter
Source: Veterans Affair, Innovation Grant
12/15/2017-9/30/2018
Total Cost: $25,000


Role: Principal Investigator, Percent Effort: 5%
Title: Smart Artificial Urinary Sphincter
Source: Michigan Translational Research and Commercialization Funding
9/15/2017-2/1/2018
Total Cost: $20,000

**Previously Funded Grants and Contracts**

Role: Co-investigator
Harper Trust Fund
Title: Identification of vesical autoantigens in interstitial cystitis: Genomic approach
Total Cost: $25,000

**Previously Submitted, Not Funded Grants and Contracts**

Role: Principal Investigator,
Paralyzed Veterans of America Education Foundation
Title: Smart Artificial Urinary Sphincter for Neurogenic Stress Urinary Incontinence
Overall Score: 3.3

Role: Principal Investigator,
Congressionally Directed Medical Research Programs, Spinal Cord Injury
Title: Smart Artificial Urinary Sphincter for Neurogenic Stress Urinary Incontinence

**PATENTS**

**2019:** United States Non-provisional Patent Application Numbers 62/637,707
Devices and Systems for Treatment of Urinary Incontinence, and Methods of Making and Using Same
My role: primary inventor


2018: United States Provisional Patent Application Numbers 62/639,836
Device for Improving Incontinence and Reducing Rates of Urethral Atrophy and Erosion
My role: primary inventor

2018: United States Provisional Patent Application Numbers 62/637,101
Devices and Systems for Treatment of Urinary Incontinence, and Methods of Making and Using Same
My role: primary inventor

2017: United States Provisional Patent Application Numbers 62/535,640
Device for Improving Incontinence and Reducing Rates of Urethral Atrophy and Erosion
My role: primary inventor

**PUBLICATIONS**

**Peer-Reviewed Publications**

**Reports of Original Work**

1. Elshafei A, Kovac E, Dhar N, Levy D, Polascik T, Mouraviev V, Yu C, Jones JS.  A pretreatment nomogram for prediction of biochemical failure after primary cryoablation of the prostate. Prostate. 2015 Sept; 75 (13): 1447-1453. Cited: 5, Impact 3.347

2. Dhar N, Ward JF, Cher ML, Jones JS. Primary full-gland prostate cryoablation in older men (> age of 75 years): results from 860 patients tracked with the COLD Registry. BJU Int. 2011 Aug;108(4):508-12.  Cited: 29, Impact 4.688

3. Jazaerly T* (pathology student),  Jaratli H, Sakr W,  Almardini N, Urabi M,  Dhar N, Giorgadze T.   Intravascular papillary endothelial hyperplasia of the bladder: Case report and review of the literature. Avicenna J med 2011;1:55-57

4. Fergany AF, Dhar N, Budd GT, Skacel M, Garcia JA: Primary extraosseous ewing sarcoma of the kidney with level III inferior vena cava thrombus. Clin Genitourin Cancer. 2009 Oct; 7 (3): E95-7. Cited: 22, Impact 2.534

5. Zehnder P, Bhatta Dhar N, Thurairaja R, Ochsner K, Studer UE: Effect of urinary tract infection on reservoir function in patients with ileal bladder substitute. J Urol. 2009 Jun;181(6):2545-9. Cited: 25, Impact 5.381

6. Jeshke S, Burkhard FC, Thurairaja R, Bhatta Dhar N, Studer UE: Extended lymph node dissection for prostate cancer.  Curr Urol 9(3): 237-242, 2008.  Cited: 12, Impact 1.983

7. Bhatta Dhar NB, Klein EA, Reuther AM, Thalmann GN, Madersbacher S, Studer UE. Outcome after radical cystectomy with limited or extended pelvic lymph node dissection J Urol 179(3): 873-878, 2008.Cited: 285, Impact 5.381

8. Thomas AA, Nguyen CT, Bhatta Dhar NB, Sabanegh ES, Jones JS: Topical anesthesia with EMLA does not decrease pain during vasectomy.  J Urol 180(1): 271-273, 2008. Cited: 16, Impact 5.381

9. Mattei A, Fuechsel FG, Bhatta Dhar N, Warncke SH, Thalmann GN, Krause T, Studer UE: The template of the primary lymphatic landing sites of the prostate should be

revisited: Results of a multimodality mapping study.  Eur Urol. 53(1):118-125. 2008.
Cited: 285, Impact 17.581

10. Weight CJ, Reuther AM, Zippe CR, Bhatta Dhar N, Gunn PW, Klein EA.  Limited pelvic
lymph node dissection does not improve biochemical relapse free survival at 10 years
after radical prostatectomy in patients with low risk prostate cancer.  Urology 71(1):141-
145, 2008. Cited: 57, Impact 2.394

11. Bhatta Dhar N, Hernandez AV, Reinhardt K, Giannarini G, Zehnder P, Müller RM,
Studer UE:  Prevalence of nephrolithiasis in patients with ileal bladder substitutes.
Urology 71(1):128-130, 2008. Cited: 8, Impact 2.394

12. Bhatta Dhar N, Jones JS, Reuther AM, Dreicer R, Campbell SC, Sanii K, Klein EA:
Presentation, location, and overall survival of pelvic recurrence following radical
cystectomy for transitional cell carcinoma of the bladder.  Brit J Urol Intl 101(8):969-
972, 2008.  Cited: 43, Impact 4.688

13. Bhatta Dhar N, Klein EA, Reuther AM, Thalmann GN, Madersbacher S, Studer UE:
Outcome after radical cystectomy with limited or extended pelvic lymph node dissection.
J Urol 179(3):873-878, 2008. Cited: 285, Impact 5.381

14. Bhatta Dhar N, Studer UE: Detection of occult lymph node metastases in locally
advanced node-negative prostate cancer.   Nat Clin Pract Urol 4(10):520-521, 2007.
Impact: 3.13

15. Bhatta Dhar N, Mills RD, Burkhard FC, Studer UE: Nerve sparing radical cystectomy
and orthotopic bladder replacement in females.  Eur Urol 52(4):1006-1014, 2007. Cited:
70, Impact 17.581

16. Bhatta Dhar N, Jones JS: Vasectomy: A simple snip? Indian J Urol 23:6-8, 2007. Cited: 4

17. Bhatta Dhar N, Burkhard FC, Studer UE: Role of lymphadenectomy in clinically organ
confined prostate cancer.  World J Urol. 25(1):39-44, 2007. Cited: 14, Impact 2.981

18. Bhatta Dhar N, Jones JS, Bhatt A and Babineau D:  A prospective evaluation of the
impact of scheduled follow-up appointments with compliance rates post –vasectomy. Brit
J Urol Intl 99(5):1094-1097, 2007.  Cited: 8, Impact 4.688

19. Figler BD, Reuther A., Bhatta Dhar N, Magi-Galluzzi C, Zhou M, Klein EA: PSA is still predictive of tumor volume and grade late in the PSA era. Urology 70(4):711-6, 2007. Cited: 15, Impact 2.394

20. Bhatt A, Kalyana N, Bhatta Dhar N, Rackley RR, Ulchaker JC, Jones JS and Zippe C: Neurovascular preservation in the orthotopic cystectomy: The impact on female sexual function. Urology. 67(4):742-5, 2006.  Cited: 66, Impact 2.394

21. Bhatta Dhar N, Campbell SC, Zippe CD, Derweesh IH, Reuther AM, Fergany A, Klein EA: Outcomes in patients with urothelial carcinoma of the bladder with limited pelvic lymph node dissection. Brit J Urol Intl 98(6): 1172-1175, 2006. Cited: 36, Impact 4.688

22. Bhatta Dhar N and Shoskes DA: Treatment response to conventional and novel therapies in chronic prostatitis. Curr Prostate Rep 4(4): 193-198, 2006. Cited: 17

23. Bhatta Dhar N, Grundfest S, Jones JS and Streem SB: Jejunoileal bypass reversal: effect on renal function, metabolic parameters and stone formation.  J Urol 74(5):1844-6, 2005. Cited: 18, Impact 5.381

24. Bhatta Dhar N, Thornton J, Karafa MT, Streem SB:  A Multivariate analysis of risk factors associated with subcapsular hematoma following electromagnetic shockwave lithotripsy.  J Urol 172(6 Pt 1): 2271-2274, 2004. Cited: 162, Impact 5.381

25. Bhatta Dhar N, Angermeier KW, Montague DK: Long-term Mechanical Reliability of AMS 700 CX/CXM Inflatable Penile Prosthesis. J Urol. 76(6): 2599-2601, 2006. Cited: 67, Impact 5.381

26. Bhatta Dhar N, Bhatt A, Jones JS: Determining the success of vasectomy.  Brit J Urol Intl 97(4):773-776, 2006. Cited: 28, Impact 4.688

27. Bhatta Dhar N, Angermeier KW, Streem SB, Klein EA:  Idiopathic ureteral strictures without evidence of malignancy.  Urology 64(2):377-378, 2004. Cited: 4, Impact 2.394

28. Bhatta-Dhar N, Reuther AM, Zippe C, Klein EA:  No difference in six-year biochemical failure rates with or without pelvic lymph node dissection during radical prostatectomy in low-risk patients with localized prostate cancer. Urology 63(3): 528-531, 2004.    Cited: 100, Impact 2.394

**Book Authorships, Editorships, and Chapters**

29. Bhatta Dhar N and Studer UE: Ileal Orthotopic Bladder Substitution.  In: Hinman's Atlas of Urologic Surgery, the 3rd edition, Resnick, Howards, McGuire, Preminger and Smith (eds).  Philadelphia, Elsevier; 2012

30. Bhatta Dhar N and Studer UE: Ileal Orthotopic Bladder Substitution. In: Textbook of Reconstructive Urology, Montague, Gill, Ross and Angermeier (eds). London, Informa Healthcare Publishers;2008

31. Bhatta Dhar N and Studer UE:  Managing the Patients with Orthotopic Bladder Substitution.  In: Glenn's Urologic Surgery 7e, Graham, Keane (eds). Philadelphia, Lippincott Williams & Wilkins Publishers;2010

## Published Abstracts

1. Mander, NS* (urology resident), Mohammadi M, Shahinpoor M, Bhatta K and Dhar N. Magnetic Artificial Sphincter (MARS): A Novel Urinary Sphincter for Stress Urinary Incontinence , American Urological Association, Volume 195, Issue 4, Supplement, Pages 1180–1181, 2016

2. Bhatta Dhar N, Liss Z* (urology resident), Cher MC and Jones JS:. 467 Primary Full Gland and Salvage Prostate Cryoablation: Updated Results from 4693 Patients Tracked with the COLD Registry. The Journal of Urology 183(4) · April 2010

3. Bhatta Dhar N, Cher MC, Pisters LL, Ward JF and Jones JS:  Primary Full Gland Prostate Cryoablation: Updated Results from 3209 Patients Tracked with the COLD Registry, Volume 181, Issue 4, Supplement, Pages 225–226, 2009

4. Bhatta Dhar N, Cher MC and Jones JS:  Primary Full Gland Prostate Cryoablation in Men > age of 75: Results from 861 Patients Tracked with the COLD Registry, The Journal of Urology volume 181(4):226-227, 2009

5. Bhatta Dhar N, Cher MC, Scionti S, Lugani F and Jones JS: Focal /Partial Gland Prostate Cryoablation: Results of 795 Patients from Multiple Centers tracked with the COLD Registry, The Journal of Urology, Volume 181, Issue 4, Supplement, Page 715, 2009

6. Bhatta Dhar N, Cher MC, Levy DA, Pister LL, Ward JF and Jones JS:  Salvage Prostate Cryoablation: Updated Results From 445 Patients Tracked with The COLD Registry. The Journal of Urology, Vol. 181, Issue 4, p715–716

7.     Dhar N, Hernandez A, Tan N., Sabenanegh E., Jones JS: Factors Affecting Why Men Undergo a Vasectomy Consultation and Schedule the Procedure but Fail to Proceed to have the Procedure Performed. The Journal of Urology, Vol. 181, Issue 4, p787, 2009

8.     Bhatta Dhar N, Moore C, Bhatt A, Hernandez AV, Zippe C, Vasavada S and  Rackley R: Long Term Outcomes of Cystectomy with Bladder Substitution in the Treatment of Advanced Interstitial Cystitis / BPS: A Retrospective Cohort Series, The Journal of Urology, Vol. 179, Issue 4, p246–247, 2008

9.     Bhatta Dhar N, Thalmann GN, Zehnder P, Reinhard K and Studer UE. Prognosis of Pathological T3a and b Bladder Cancer: No Difference between Primarily Invasive and Initially Superficial but Subsequent Progressive Invasive Disease, The Journal of Urology, Vol. 179, Issue 4, p551–552, 2008

10.    Bhatta Dhar N, Klein EA, Reuther AM and Studer UE:  Extended Pelvic Lymph Node Dissection is Associated with Lower Recurrence Rates in Patients after Radical Cystectomy: A Nonrandomized Inter-Institutional Comparison, The Journal of Urology, Vol. 177, Issue 4, p113, 2007

11.    Bhatta Dhar N, Lippuner K, Ochsner K, Zehnder P and Studer UE:  No Increased Risk of Osteoporosis in Long Term Survivors with an Ileal Orthotopic Bladder Substitute, The Journal of Urology, Vol. 177, Issue 4, p63–64, 2007

12.    Bhatta Dhar N, Ochsner K, Burkhard F, Thalmann G and Studer UE:  Low Long-Term Incidence of Nephrolithiasis in Patients with Ileal Bladder Substitutes, The Journal of Urology, Vol. 177, Issue 4, p63, 2007

13.    Bhatta Dhar N, Flechner SM, Modlin C, Cook D., Goldfarb DA, Lakin ML: Changes in Sex Hormone Levels and Erectile Dysfunction in Adult Male Kidney Transplant Recipients Treated with Sirolimus, The Journal of Urology, Vol. 177, Issue 4, p384, 2007

14.    Bhatta Dhar N, Babineau D and Jones JS: Prospective Evaluation of the Impact of Scheduled Follow-up Appointments with Compliance Rates Post –Vasectomy, The Journal of Urology, Vol. 177, Issue 4, p640, 2007

15.  Bhatta Dhar N, Bhatt A, Rackley RR., Ulchaker JC, Jones JS and Zippe C: Neurovascular Preservation in The Orthotopic Cystectomy: Impact on Female Sexual Function, The Journal of Urology, Vol. 175, Issue 4, p47, 2006

16.  Bhatta Dhar N, Angermeier KW and Montague DK: Long-term Mechanical Reliability of AMS 700 CX/CXM Inflatable Penile Prosthesis, The Journal of Urology, Vol. 175, Issue 4, p423, 2006

17.  Figler BD, Bhatta Dhar N, Reuther A., Magi-Galluzzi C, Zhou M. and Klein EA: PSA is still predictive of tumor volume and grade late in the PSA era, The Journal of Urology, Vol. 175, Issue 4, p475–476, 2006

18.  Bhatta Dhar N and Jones JS: Significance of Rare Non Motile Sperm, The Journal of Urology, Vol. 173, Issue 4, p449, 2005

19.  Bhatta Dhar N, Grundfest S and Streem SB:  Jejuno-Ileal Bypass Reversal: Effect on Renal Funtion, Metabolic Parameters, and Stone Formation, The Journal of Urology, Vol. 174, Issue 5, p1844–1846, 2005

20.  Bhatta Dhar N, Thornton J, Karafa MT and Streem SB:  A Multivariate Analysis of Risk Factors Associated with Subcapsular Hematoma Following Electromagnetic Shockwave Lithotripsy, The Journal of Urology, Vol. 171, Issue 4, p495, 2004.

## PRESENTATIONS

## Podium Presentations (refereed)

1.  Jesse C. Jacobs * (urology resident), MD. Kahlil Saad (urology resident)*, MD. Bert Muller, PhD. Bekim Osmani, PhD. Jeremy Rickli, PhD. Tino Topper, PhD. Steve Majerus, PhD. Kirstan K. Meldrum, MD. Nivedita Dhar, MD, The Smart Artificial Urinary Sphincter (SAUS) as a Novel Device in Treating Bladder Outlet Incompetence in the Pediatric Patient. Podium presented at NCS of AUA 2018, Chicago

2.  Navneet S. Mander* (urology resident), Mahdi Mohammadi, Mohsen Shahinpoor, Krishna Bhatta,  Dhar N, Magnetic Artificial Sphincter (MARS): A Novel Urinary Sphincter for Stress Urinary Incontinence.  Podium presented at AUA 2016, San Diego

3.  Bhatta Dhar N, Liss Z* (urology resident), Cher MC and Jones JS:. 467 Primary Full Gland and Salvage Prostate Cryoablation: Updated Results from 4693 Patients

Tracked with the COLD Registry. The Journal of Urology 183(4).  Podium presented at April 2010

4.     Bhatta Dhar N and Jones JS:  Factors affecting  why men undergo a vasectomy consultation and schedule the procedure but fail to proceed to have the procedure performed.  Podium presented at AUA 2009, Chicago

5.     Bhatta Dhar N, Cher MC, Louis LP, Ward JF and Jones JS:  Primary Full Gland Prostate Cryoablation: Updated Results from 3209 Patients Tracked with the COLD Registry.  Podium presented at AUA 2009, Chicago

6.     Bhatta Dhar N, Cher MC and Jones JS:  Primary Full Gland Prostate Cryoablation in Men > age of 75: Results from 861 Patients Tracked with the COLD Registry. Podium presented at AUA 2009, Chicago

7.     Bhatta Dhar N, Klein EA, Reuther AM and Studer UE:  Extended Pelvic Lymph Node Dissection is Associated with Lower Recurrence Rates in Patients after Radical Cystectomy: A Nonrandomized Inter-Institutional Comparison, podium presented at AUA, 2007, Anaheim

8.     Vaze A, Jones SJ and Bhatta Dhar N: Prospective Evaluation of the Impact of Scheduled Follow-up Appointments with Compliance Rates Post –Vasectomy, podium presented at North Central Section of AUA, 2006, San Diego

9.     Bhatta Dhar N, Bhatt A, Rackley RR., Ulchaker JC, Jones JS and Zippe C: Neurovascular Preservation in The Orthotopic Cystectomy: Impact on Female Sexual Function, podium presented at AUA, 2006, Atlanta

10.    Bhatta Dhar N and Jones JS: Significance of Rare Non Motile Sperm, podium presentation at North Central Section of AUA, 2005, Chicago

11.    Bhatta Dhar N, Grundfest S and Streem SB:  Jejuno-Ileal Bypass Reversal: Effect on Renal Funtion, Metabolic Parameters, and Stone Formation, presented as a podium at the AUA, 2005, San Antonio

12.    Bhatta Dhar N and Jones JS: Single Azoospermic Semen Analysis at Three Months Post Vasectomy is Adequate to Determine the Patient Azoospermic, presented as a podium at the AUA, 2005, San Antonio.

13.   Bhatta Dhar N, Jones JS, Kitay R, Angie M, Horvat M and Bhatt A:  Scheduled Follow-up Appointment Improves Compliance in Confirming Sterility Following Vasectomy, podium presentation at Ohio Urological meeting, 2004, Columbus

14.   Bhatta Dhar N, Thornton J, Karafa MT and Streem SB:  A Multivariate Analysis of Risk Factors Associated with Subcapsular Hematoma Following Electromagnetic Shockwave Lithotripsy, podium presentation at World Congress of Endourology, 2003, Montreal

**Poster Presentations (refereed)**

1.   Trebelhorn J * (urology resident), Chancellor M and Dhar N: Expectation of Pain With Ambulatory   Cystoscopy In Arabic Women Population and Clinical Pathway Utilizing Arabic   Written Medical Information to Improve Care.  poster to be presented at AUA 2019, Chicago

2.   Bhatta Dhar N, Cher MC and Jones JS:  Focal /Partial Gland Prostate Cryoablation: Results of 795 Pateints from Multiple Centers tracked with the COLD Registry. poster presented at AUA 2009, Chicago

3.   Bhatta Dhar N, Cher MC and Jones JS:  Salvage  Prostate Cryoablation: Updated Results From 445 Patients Tracked with The COLD Registry. poster presented at AUA 2009, Chicago.

4.   Bhatta Dhar N, Thalmann GN, Zehnder P, Reinhard K and Studer UE .Prognosis of Pathological T3a and b Bladder Cancer: No Difference between Primarily Invasive and Initially Superficial but Subsequent Progressive Invasive Disease, poster presented at AUA, 2008, Orlando

5.   Bhatta Dhar N,  Moore C, Bhatt A, Hernandez AV, Zippe C, Vasavada S and Rackley R: Long Term Outcomes of Cystectomy with Bladder Substitution in the Treatment of Advanced Interstitial Cystitis / BPS: A Retrospective Cohort Series, poster presented at AUA, 2008, Orlando

6.   Bhatta Dhar N, Lippuner K, Ochsner K, Zehnder P and Studer UE:  No Increased Risk of Osteoporosis in Long Term Survivors with an Ileal Orthotopic  Bladder Substitute, poster presented at AUA, 2007, Anaheim

7.   Bhatta Dhar N, Ochsner K, Burkhard F, Thalmann G and Studer UE:  Low Long Term Incidence of Nephrolithiasis in Patients with Ileal Bladder Substitutes, poster presented at AUA, 2007, Anaheim

8.      Zehnder P, Bhatta Dhar N, Ochsner K and Studer UE: Relationship of Urinary Tract Infection and  Reservoir  Function in  Patients with Ileal Bladder Substitute, poster presented at AUA, 2007, Anaheim

9.      Bhatta Dhar N, Babineau D and Jones JS: Prospective Evaluation of the Impact of Scheduled Follow-up Appointments with Compliance Rates Post –Vasectomy, poster presented at AUA, 2007, Anaheim

10.     Bhatta Dhar N, Flechner S, Modlin C, Cook D, Goldfarb D and Lakin M: Changes in Sex Hormone  Levels and  Erectile Dysfunction in Adult Male Kidney Transplant Recipients Treated with Sirolimus, poster presented at AUA, 2007, Anaheim

11.     Bhatta Dhar N, Flechner S, Derweesh I, Modlin C, Goldfarb D, Cook D and Lakin M: The Effect of Sirolimus on Sex Hormone Levels of Adult Male Renal Transplant Recipients, poster presented at World Transplant Congress, 2006, Boston

12.     Figler BD, Bhatta Dhar N, Reuther A., Magi-Galluzzi C, Zhou M. and Klein EA: PSA is still predictive of tumor volume and grade late in the PSA era, poster presented at AUA, 2006, Atlanta

13.     Bhatta Dhar N, Angermeier KW and Montague DK: Long-term Mechanical Reliability of AMS 700 CX/CXM Inflatable Penile Prosthesis, poster presented at AUA, 2006, Atlanta

14.     Bhatta Dhar N, Jones JS, Kitay R, Angie M, Horvat M and Bhatt A:  First Semen Analysis 12 Weeks Post Vasectomy May Reduce the Number of Subsequent Semen Analyses, poster  presentation at the North Central Section of AUA, 2004, Palm Beach

15.     Bhatta Dhar N, Thornton J, Karafa MT and Streem SB:  A Multivariate Analysis of Risk Factors Associated with Subcapsular Hematoma Following Electromagnetic Shockwave Lithotripsy, poster presentation at the AUA, 2004, San Francisco

16.     Bhatta Dhar N, Rackley RR and Vasavada S:  The Outcomes and Management of the Recurrent Vesicovaginal Fistula, poster presentation  at North Central Section meeting of AUA, 2003, Vancouver.

**Invited Lectures/Presentations**

Local/Regional
   1.  **Management of Refractory OAB,** Michigan Urologic Scientific Meeting, , 1/24/2018
   2.  **Bladder Cancer Review,** Michigan Urologic Society Review, 03/22/2013

Invited Seminars and Grand Rounds

   1.  **Refractory OAB**, Wayne Day December 5, 2017
   2.  **Therapy for Refractory OAB**, WSU Urology Grand Rounds, 9/22/2017
   3.  **Interstitial Cystitis,** WSU Urology Grand Rounds, 9/29/2017
   4.  **Urinary Tract Infections,** WSU Urology Grand Rounds, 12/22/2017
   5.  **Refractory OAB,** Wayne Day, Department of OB/GYN, 12/5/2017
   6.  **UTI Clinical Guidelines**, WSU Urology Grand Rounds, 12/9/2016
   7.  **Peyronnie's Update**, WSU Urology Grand Rounds, 10/2016
   8.  **Interstitial Cystitis AUA Clinical Guidelines**, WSU Grand Rounds, 10/16/2015
   9.  **Therapy for Refractory OAB,** WSU Urology Grand Rounds, 9/2014
   10. **History of Oncology,** James M. Pierce Jr., MD Memorial Lectureship, 10/4/2013
   11. **Bladder Pain Syndrome** WSU Urology Grand Rounds, 9/2011
   12. **Extended pelvic lymph node dissection in Bladder cancer,** James M. Pierce Jr., MD Memorial Lectureship, 10/2009

**THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| WILLIAM KENT DEAN, | |
| Plaintiff, | |
| v. | Case No. 17-CV-3112 |
| WEXFORD HEALTH SOURCES, INC., DR. ABDUR NAWOOR, DR. REBECCA EINWOHNER, NURSE KATHY GALVIN, and LISA MINCY, | Judge Sue E. Myerscough  Magistrate Judge Tom Schanzle-Haskins |
| Defendants. | |

**Amended Appendix: Index of Materials Plaintiff's Experts Considered**

| Document Description | Bates Range / Source |
|---|---|
| 1/6/2016 - Blood Test Results | IDOC Taylorville Med Recs 001501 |
| 1/7/2016 - Renal Teleclinic Notes | IDOC Taylorville Med Recs 001700 |
| 1/7/2016 - Urine Test Results | IDOC Taylorville Med Recs 001502 |
| 1/13/2016 - 2/2/2016 - Patient Notes | IDOC Taylorville Med Recs 001343 |
| 2/2/2016 - Renal Ultrasound Results | IDOC Taylorville Med Recs 001680 |
| 2/8/2016 - Patient Notes - Urine Dip Results | IDOC Taylorville Med Recs 001345 |
| 2/8/2016 - Renal Teleclinic Notes | IDOC Taylorville Med Recs 001702 |
| 2/10/2016 - Patient Notes - Urine Dip Results | IDOC Taylorville Med Recs 001347 |
| 2/10/2016 - Patient Notes | IDOC Taylorville Med Recs 001346 |
| 2/16/2016 - 2/18/2016 - Patient Notes | IDOC Taylorville Med Recs 001348 |
| 2/16/2016 - Blood Test Results | IDOC Taylorville Med Recs 001503 |
| 2/18/2016 - 2/25/2016 - Patient Notes | IDOC Taylorville Med Recs 001349 |
| 2/25/2016 - Patient Notes | IDOC Taylorville Med Recs 001350 |
| 2/26/2016 - Blood Test Results | IDOC Taylorville Med Recs 001504-05 |
| 2/26/2016 - Patient Notes | IDOC Taylorville Med Recs 001351 |
| 4/16 - 8/16 - Patient Chart Prepared for William Dean | DEAN-SPRINGFIELD-000001-23 |
| 12/23/2015 - Blood Test Results | IDOC Taylorville Med Recs 001499 |
| 12/23/2015 - Patient Notes | IDOC Taylorville Med Recs 001341 |
| 12/28/2015 - Blood Test Results | IDOC Taylorville Med Recs 001500 |
| 8/26/2016 - Votrient Delay Records | • Cancer Care Specialists Med Recs 000152-59 <br> • IDOC Taylorville Med Recs 001579 |
| 7/17/2017 - Amended Complaint | Dkt. 28 |
| General Practitioner Care Package | DEAN-EXPERT-000012-64 |

| Document Description | Bates Range / Source |
|---|---|
| Example Physician Report and Lawyer Affidavit | DEAN-EXPERT-000001-04 |
| William Kent Dean v. Wexford Health Source et al. Timeline | DEAN-EXPERT-000009-11 |
| ARB Grievances | ARB Grievances 000001-07 |
| Cancer Care Specialists Meds Recs | Cancer Care Specialists Med Recs 000001-291 |
| IDOC Taylorville Counseling Summary | IDOC Taylorville Counseling Summary 000001-09 |
| IDOC Taylorville Disc Card | IDOC Taylorville Disc Card 000001-02 |
| IDOC Taylorville Grievances | IDOC Taylorville Grievances 000001-10 |
| IDOC Taylorville Med Recs | IDOC Taylorville Med Recs 000001-2066 |
| IDOC Taylorville TFL | IDOC Taylorville TFL 000001-10 |
| Peter Brown Expert Report | DEAN-EXPERT-000096-107 |
| Veena Raiji Expert Report | DEAN-EXPERT-000108-115 |
| Nathaniel R. Evans, II Expert Report | DEAN-EXPERT-000116-152 |
| Einwohner Records | Einwohner Records Bates #000001-180 |
| 11/20/2018 - Deposition Transcript of Rebecca Einwohner | |
| 12/6/2018 - Letter re Availability to Download of R. Einwohner Deposition Transcript | |
| Unsigned Errata of Rebecca Einwohner | |
| 3/27/2019 - Deposition Transcript of Kathy Galvin | |
| Deposition Exhibits 1 through 21 from Kathy Galvin Deposition | |
| 4/4/2019 - Deposition Transcript of Roderick L. Matticks | |
| 4/3/2019 - Amended Notice of 30(b)(6) Deposition | |
| 4/3/2019 - Notice of Deposition of Dr. Roderick Matticks | |
| Deposition Exhibits 1 through 10 from Roderick Matticks Deposition | |
| Essential of Correctional Nursing | *See also* Mincy 10/12/2018 Deposition Transcript at 40:3-41:22 |
| 10/12/2018 - Deposition Transcript of Lisa Mincy | |
| Deposition Exhibits 1 through 16 from Lisa Mincy Deposition | |
| 11/30/2018 - Amended Notice of Deposition of Defendant Dr. Abdur Nawoor | |
| 1/13/2016 - Collegial UM Notes | *See* Defendant Wexford's Response to Plaintiff's Request to Produce (Mar. 27, 2019) |
| 2/10/2016 - Collegial UM Notes | *See* Defendant Wexford's Response to Plaintiff's Request to Produce (Mar. 27, 2019) |
| 3/30/2016 - Collegial Notes | Dean v. Wexford, et al. (17-3112) IDOC No.: 000095 |
| 4/21/2016 - Collegial Notes | Dean v. Wexford, et al. (17-3112) IDOC No.: 000098 |
| 5/4/2016 - Collegial Notes | Dean v. Wexford, et al. (17-3112) IDOC No.: 000099 |
| 6/2/2016 - Collegial Notes | Dean v. Wexford, et al. (17-3112) IDOC No.: 000100-01 |

| Document Description | Bates Range / Source |
|---|---|
| 6/14/2016 - Collegial Notes | Dean v. Wexford, et al. (17-3112) IDOC No.: 000103 |
| 6/28/2016 - Collegial Notes | Dean v. Wexford, et al. (17-3112) IDOC No.: 000104 |
| 8/3/2016 - Collegial Notes | Dean v. Wexford, et al. (17-3112) IDOC No.: 000106 |
| 8/17/2016 - Collegial Notes | DEAN – UM Notes – EX. H to Defendant Wexford's Response to Plaintiff's Request to Produce (Mar. 27, 2019) |
| 8/31/2016 - Collegial Notes | Dean v. Wexford, et al. (17-3112) IDOC No.: 000109-113 |
| 9/27/2016 - Collegial Notes | Dean v. Wexford, et al. (17-3112) IDOC No.: 000115 |
| 10/27/2016 - Collegial Notes | Dean v. Wexford, et al. (17-3112) IDOC No.: 000117 |
| 1/9/2017 - Collegial Notes | Dean v. Wexford, et al. (17-3112) IDOC No.: 000119 |
| 1/31/2017 - Collegial Notes | Dean v. Wexford, et al. (17-3112) IDOC No.: 000121 |
| 02/28/2017 - Collegial Notes | Dean v. Wexford, et al. (17-3112) IDOC No.: 000123 |
| 12/3/2018 - Deposition Transcript of Abdur Nawoor | |
| 12/4/2018 - Deposition Transcript of Abdur Nawoor | |
| 12/14/2018 - Letter re Completion of Abdur Nawoor Deposition Transcript | |
| 12/17/2018 - Letter re Completion of Abdur Nawoor Deposition Transcript | |
| Unsigned Errata of Abdur Nawoor | |
| Deposition Exhibits 13 through 23 from Abdur Nawoor Deposition, Day 2 | |
| 2/8/2019 - Deposition Transcript of William Severino | |
| Deposition Exhibits 1 through 2, and A through C, of William Severino Deposition | |
| 4/12/2019 - Third Amended Complaint | Dkt. 72 |
| DEAN - Medical - ILLINOIS (215) Rev. 10.5 - EX. F | *See* Defendant Wexford's Response to Plaintiff's Request to Produce (Mar. 27, 2019) |
| DEAN - UTILIZATION MANAGEMENT -- ILLINOIS (2014) 7.1 - CONFIDENTIAL - EX. G | *See* Defendant Wexford's Response to Plaintiff's Request to Produce (Mar. 27, 2019) |
| Dean v. Wexford Produced Documents | Dean v. Wexford, et al. (17-3112) IDOC No.: 000088-149 |
| 4/11/2017 - Patient Chart | DEAN-SPRINGFIELD-000001-23 |
| REC Springfield Clinic Records | Springfield Clinic William K. Dean 1-119 |
| 10/5/2016 - Pathology Surgical Result Report | DEAN-DECATUR-000001-02 |
| 10/3/2016 - CT Guided Needled Biopsy-Aspiration Result Report | DEAN-DECATUR-000003-04 |

| Document Description | Bates Range / Source |
|---|---|
| 9/10/2016 - EKG 12 LEAD Result Report | DEAN-DECATUR-000005-06 |
| 9/10/2016 - Adult Trans Thoracic Echo 2d Complete with Contract Result Report | DEAN-DECATUR-000007-09 |
| 7/25/2019 – Defendant Wexford's Supplemental Rule 26 Disclosures | |
| Dean - Claim Forms | Dean - Claim Forms Bates #000001-318 |
| Dean - Decatur Memorial Hospital Imaging Records | Dean - Decatur Memorial Hospital Imaging Records - Bates #000001-16 |
| Dean Cancer Care Production | DEAN-CANCER-CARE 000001-676 |
| Wexford Health - Utilization Management Policies and Procedures | *See* Defendant Wexford's Response to Plaintiff's Request to Produce (Mar. 27, 2019) |
| Wexford Health - Medical Guidelines | *See* Defendant Wexford's Response to Plaintiff's Request to Produce (Mar. 27, 2019) |
| Wexford Health - Utilization Management Guidelines | *See* Defendant Wexford's Response to Plaintiff's Request to Produce (Mar. 27, 2019) |
| UM Notes | *See* Defendant Wexford's Response to Plaintiff's Request to Produce (Mar. 27, 2019) |
| 3/25/2019 - Deposition Transcript of Chad Christer | |
| Plaintiff's Exhibits 1 through 14 from Chad Christer | |
| 6/26/2018 - Deposition Transcript of William Kent Dean | |
| 6/27/2018 - Deposition Transcript of William Kent Dean | |
| Exhibits 1 through 5 from William Kent Dean Deposition | |
| Exhibits 1 through 23 from Abdur Nawoor Depositions | |
| 8/16/2019 - Deposition Transcript of Steven Ritz | |
| 8/6/2019 - Amended Notice of Deposition of Steven Ritz | |
| Ritz CV | Ritz Individual Deposition Exhibit No. 1 |
| Deposition Transcript of Stephen Ritz in Carlos A. Montanez v. Dr. John Trost, Dr. Ritz, Gail Walls, Kimberly Butler, Todd Brookes, and Wexford Health Sources, Inc. | |
| 2014 Wexford UM Guidelines | Ritz Individual Deposition Exhibit No. 2 |
| 2016 Wexford UM Guidelines | Ritz Individual Deposition Exhibit No. 3 |
| 2014 Lippert Report | Ritz Individual Deposition Exhibit No. 5 |
| 2018 Lippert Report | Ritz Individual Deposition Exhibit No. 6 |
| 4/10/2019 - Wexford's Interrogatory Answers | |
| Excerpt from Nawoor Deposition | Ritz Individual Deposition Exhibit No. 16 |
| 7/25/2018 – Wexford's Health Sources, Inc.'s Supplemental Rule 26 Initial Disclosures | |
| 8/16/2019 - Steven Ritz 30(b)(6) Deposition Transcript | |
| 8/6/2019 - Second Amended Notice of Deposition for Steven Ritz (30)(b)(6) | |

| Document Description | Bates Range / Source |
|---|---|
| Wexford Health Sources Comprehensive Utilization Management Website | Ritz 30(b)(6) Deposition Exhibit No. 2 |
| 3/27/2019 - Wexford Response to Plaintiff's Request to Produce | |
| 4/28/2017 - Envelope to Dr. John Scherschel and Dr. Richard Holloway | DEAN-PRAIRIE-000001 |
| 3/16/2017 - Signed Medical Release of William Kent Dean | DEAN-PRAIRIE-000002-03 |
| Prairie Cardiovascular Consultants Medical Records | DEAN-PRAIRIE-000004-12 |
| 5/6/2016 - Patient Consultation | DEAN-PRAIRIE-000013-16 |
| 10/22/2015 - Patient Follow-up | DEAN-PRAIRIE-000017-20 |
| 11/29/2018 - L. Mincy Response to Plaintiff's First Set of Requests for Production | |
| Nurse Mincy Emails | Dean v. Wexford, et al. (17-3112) IDOC No.: 000860-69 |
| 10/28/2016 - Email from L. Mincy to C. Hobrock re Dean N21885 | Dean v. Wexford, et al. (17-3112) IDOC No.: 001028 |
| Quality Improvement Meeting Records | Dean v. Wexford, et al. (17-3112) IDOC No.: 001108-1262 |
| 3/21/2019 - L. Mincy Second Supplemental Response to Plaintiff's First Set of Requests for Production of Documents | |
| DEAN - DNR – EX. J | *See* Defendant Wexford's Response to Plaintiff's Request to Produce (Mar. 27, 2019) |
| DEAN - Nawoor Notes – EX. E | *See* Defendant Wexford's Response to Plaintiff's Request to Produce (Mar. 27, 2019) |
| Prairie Cardiovascular Consultants | DEAN-PRAIRIE-000001-20 |
| Decatur Hospital Documents | DEAN-DECATUR-000001-09 |
| Springfield Clinic Records | DEAN-SPRINGFIELD-000001-23 |