# EXHIBIT 14

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**



Date: 5/16/2016  Offender: Dean  ID#: N21885
(Please Print)

Present Facility: Taylorville Corr Ctr  Facility where grievance issue occurred: Taylorville Corr Ctr

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ ADA Disability Accommodation
☐ Staff Conduct       ☐ Dietary         ☒ Medical Treatment           ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator   ☐ Other (specify):

☐ Disciplinary Report: ____/____/____
               Date of Report              Facility where issued

RECEIVED MAY 20 [stamp]

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete; Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I've been urinating blood since Dec 19th 2016. I've been to HCU many times, after blood and urine tests I was sent to Dr. Severino at Springfield Clinic on March 10th 2016. Finally on April 12th I was given a CT scan! On April 14th 2016 Dr. Severino told me I have Kidney Cancer and it goes into a vein that leads to my lungs. He said we had to do surgery before it spreads. He said at that point I have a 35% chance to live 5 years. C/O Ross and C/O Stupall were in the room, they heard him. I asked how soon till surgery? He said "It needs to be in no more than a few weeks!" It's now almost 5 weeks later! With each passing day my life expectancy goes down! At times over the last 5 months the blood was so heavy there are large blood clots. So large I can barely pass them and when I do it is with great pain! The heavy clots are back again for the last 2 weeks. I have endured 5 months of physical and mental suffering! I shouldn't be made to wait any longer! If they wait long enough it will spread all over and then its to late!

Relief Requested: Surgery! Get HCU, Wexford to stop dragging this out and get me to Surgery!

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[Signature]   N21885   5/16/2016
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 5/17/16   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per Health Care Unit D.O.N. Galvin, surgeon has been contacted to schedule a surgical date. Currently awaiting a response.

T. Perry    T. Perry    5/18/16
Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: 5/17/16   Is this determined to be of an emergency nature?
☒ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner

[Signature]   5/17/16
Chief Administrative Officer's Signature    Date

GALVIN Dep
EXHIBIT NO. 15
Date: 3-27-19
Deb Krotz, RMR/CRR/CSR

Distribution: Master File: Offender    Page 1    DOC 0046 (8/2012)