E-FILED
Monday, 18 November, 2019 11:37:59 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 15

Send Claims to:
Wexford Health Sources
P.O. Box 16218
Pittsburgh, PA 15220
1-412-937-8590

Pre-certification Number

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

_____Taylorville_____
(Facility)

Offender's Name: William Dean    ID# N21885

Reason for Referral:
- [ ] Consult
- [ ] Non-Formulary Medications
- [ ] Medical Equipment
- [ ] Evaluation
- [x] Management
- [ ] Procedure/service (specify) _____
- [ ] Other (specify) _____

Urgent: [x] Yes   [ ] No

Referred to: h/o renal cell carcinoma — Dr Severino — Surgery

Rationale for Referral: As above

ABDUR NAWOOR, MD

Print Referring Practitioner's Name: Nawoor
Referring Practitioner's Signature: Naw
Date: 4/1/16

Report of Referral (Use Reverse Side, if necessary)

Findings: _____

Assessment: _____

Recommendations/Plans: _____

Print Practitioner's Name _____ Practitioner's Signature _____ Date _____

Facility Medical Director Use Only
I have reviewed the recommendations and:

- [ ] Approve.
- [ ] Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name _____ Facility Medical Director's Signature _____ Date _____

Distribution: Offender's Medical File, and
if denied/revised, Health Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

IDOC Taylorville Med Recs 001086