E-FILED
Monday, 18 November, 2019 11:37:59 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 16

Bruce Rauner
Governor



John Baldwin
Acting Director

# The Illinois Department of Corrections

Taylorville Correctional Center
Route 29 South, P.O. Box 1000 • Taylorville, IL  62568 • (217) 824-4004 TDD: (800) 526-0844

**M E M O R A N D U M**

**DATE:**     April 26, 2016

**TO:**       See Distribution

**FROM:**     Quality Improvement Coordinator

**SUBJECT:**  April 26, 2016 QI Meeting Minutes

Members Present: Cindy Hobrock, Kathy Galvin, Alton Angus, Dr, Nawoor, Lisa Mincy, Chad Christer, Warden Smith

Members Absent: Nichole Stonecipher, Dr. Tweedy, Don Grimes, Shawn Cates, A/W Jones

I.  Quality Improvement Studies

   A.  **Studies Category:**  Pharmacy Services (Outcome)
   **Aspect of Care:**  Pharmacy Services
   **Indicator: Criteria:**  Delivery to offender within 24 hours after medication is received.
   **Threshold:** 100%
   **Sample Size:** 50
   **Data Source:** Medication Packing List
   **Findings:**  95% of all received meds were delivered to respective inmate or nurse within 24 hours.  5% not received due to inmate not showing up for the medication pickup line they received a call pass for.
   **Recommendations:**  Repeat – Next time call them over – new orders
   **Follow-Up:**

   Study for May

   B.  **Studies Category:**  Ancillary Services
   **Aspect of Care:**  Critical Labs
   **Indicator: Criteria:**
   **Threshold:**
   **Sample Size:**
   **Data Source:**

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

*www.illinois.gov/idoc*

Dean v. Wexford, et al. (17-3112) IDOC No.: 000150