# EXHIBIT 17

Bruce Rauner
Governor



John Baldwin
Acting Director

# The Illinois Department of Corrections

Taylorville Correctional Center
Route 29 South, P.O. Box 1000 • Taylorville, IL  62568 • (217) 824-4004 TDD: (800) 526-0844

**M E M O R A N D U M**

**DATE:** May 24, 2016

**TO:** See Distribution

**FROM:** Quality Improvement Coordinator

**SUBJECT:** May 24, 2016 QI Meeting Minutes

Members Present: Shawn Cates, Kathy Galvin, Felipe Zavala, Alton Angus, Dr. Nawoor, Cindy Hobrock, Chad Christer, Lisa Mincy, Felicia Waterman

Members Absent: Nichole Stonecipher, Dr. Tweedy, Don Grimes, Warden Smith

I. Quality Improvement Studies

   A. **Studies Category**:  Ancillary Service
      **Aspect of Care:**  Critical Labs
      **Indicator:** Criteria:  Is the institution notified by telephone call from UIC?
      **Threshold: 100%**
      **Sample Size: 100**
      **Data Source: Lab Results**
      **Findings:**  No critical labs this time frame.
      **Recommendations:**
      **Follow-Up:**

   B. **Studies Category:**  Pharmacy Services (Outcome)
      **Aspect of Care:**  Pharmacy Services
      **Indicator: Criteria:**  Were faxed medication orders received within 24 hours of ordering?.
      **Threshold:** 100%
      **Sample Size:** 85
      **Data Source:** Prescription Orders
      **Findings:** 85 of 85 were received within 24 hours of original faxed order compliance of 100%
      **Recommendations:**
      **Follow-Up:**

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

*www.illinois.gov/idoc*

Dean v. Wexford, et al. (17-3112) IDOC No.: 000165