# EXHIBIT 18



Bruce Rauner  
Governor

John Baldwin  
Acting Director

# The Illinois Department of Corrections

Taylorville Correctional Center  
Route 29 South, P.O. Box 1000 • Taylorville, IL 62568 • (217) 824-4004 TDD: (800) 526-0844

**M E M O R A N D U M**

**DATE:** June 28, 2016

**TO:** See Distribution

**FROM:** Quality Improvement Coordinator

**SUBJECT:** June 28, 2016 QI Meeting Minutes

**Members Attending:** Shawn Cates, Cindy Hobrock, Alton Angus, Kathy Galvin, Lisa Mincy, Chad Christer, Don Grimes, Felipe Zavala, Dr. Nawoor

**Members Absent:** Nicole Stonecipher, Warden Smith, Dr. Tweedy, Felicia Waterman

I. Quality Improvement Studies

    A. **Studies Category**: Dental Care (Outcome)  
       **Aspect of Care:** Has the delay of offenders scheduled for filling resulted in the tooth or teeth being extracted.  
       **Indicator:** Criteria: Has the delay of offenders scheduled for filling resulted in the tooth or teeth being extracted.  
       **Threshold:** 100%  
       **Sample Size:** 25 appointments / 90 days  
       **Data Source:** Waiting list, Medical Records & Log Sheets  
       **Findings:** 25 charts reviewed. Delay in fillings has caused no extractions.  
       **Recommendations:**  
       **Follow-Up:**

Study for July

    B. **Studies Category:** NONE  
       **Aspect of Care:**  
       **Indicator: Criteria:**  
       **Threshold:**  
       **Sample Size:**  
       **Data Source:**

**\*\*Look into what studies need to be repeated from Annual Meeting**

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

*www.illinois.gov/idoc*

Dean v. Wexford, et al. (17-3112) IDOC No.: 000178