E-FILED
Monday, 18 November, 2019  11:38:00 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 19

# Wexford Health
SOURCES INCORPORATED

# Renal Teleclinic Orders

9/6/16

Name: ____Dotn, William____ ID#: __N21855__ Location: __Taylorville, IL__

Next appointment: ____Thurs Sept 22, 2016 10:30 EST / 9:30 CST____

Referrals: _____ Reason: _____

Imaging: ☐ Renal ultrasound   ☐ With dopplers   ☐ Without dopplers   ☐ Venous mapping study

☐ Other: _____   ☐ Explanation: _____

Medications:  ____Vitamin D3 2000 w/o CCB x 4 months____

Renal biopsy:  ____Pre Teleclinic Sept 2016____

Labs:

- ☐ 24 hr urine
- ☐ Creatine clearance
- ☐ Protein
- ☐ Urea catabolic rate
- ☐ Oxalate
- ☐ Citrate
- ☐ Cysteine
- ☐ Magnesium
- ☐ Na
- ☐ K
- ☐ PH
- ☐ Sodium
- ☐ Urea
- ☐ Struvite
- ☐ Calcium
- ☐ Phosphorus

- ☐ Other: _____
- ☒ CBC
- ☐ Ferritin
- ☒ FE  ☒ TIBC  ☒ TSAT  ☐ B12  ☐ Folate
- ☐ Reticulocytes
- ☐ BMP
- ☒ RFP
- ☐ LFT
- ☐ CMP
- ☐ Calcium
- ☐ PHOS
- ☐ MAG
- ☒ PTH
- ☐ Vitamin D 25-OH
- ☐ UPEP  ☐ SPEP  ☐ Immunofixation  ☐ Free chains  ☐ ANA  ☐ C₃  ☐ C₄
- ☐ HIV  ☐ HCV Antibodies  ☐ HBV Antibodies  ☐ Antigen
- ☐ UA
- ☐ Urine albumin to creatine ratio
- ☐ Urine calcium to creatine ratio
- ☐ Urine osmolarity  ☐ UNA  ☐ Serum osmolarity

Nursing:
Vaccinations: _____
Blood pressure checks: _____

Onsite evaluation:  Sure to DRE  {CT Results / Labs and note}

Emwohner
E N Wohner

# Wexford Health
SOURCES INCORPORATED

## Renal Progress Note

Name: DEAN, WILLIAM  Age/DOB: 55 8/29/1960  Date: 7/13/16
Location: TAYLORVILLE  Number: N21885

### Medication List:
- COREG 3.125 Q 12HR    VIT D3 2000 IU QD
- FIBERLAX 1 BID    FESO4 325mg TID
- LASIX 40mg QD
- GLIPIZIDE 5mg BID
- CORAL 25mg QD
- METFORMIN 1g Q12HR
- ex2 mo SPIRONOLACTONE 16.5mg QD
- Cold sweats

### Problems List:
- DM
- HEMATURIA, LITHIASIS, RENAL CANCER
- Cardiomyopathy
- DEFIBRILLATOR

### Since last visit
- CT SCAN EVAL RENAL CA FOR PT
- SH, FH no new

30 days → 3 mos/wk clots, fresh blood → not clear. NO

ROS: Gen fatigue appetite loss early satiety dysgeusia GI emesis constipation nausea diarrhea heartburn pain belching water brash GI bleed — no other postprandial fullness; Cardiopulmonary: CP DOE, PND orthopnea apnea cough phlegm hemoptysis edema palpitation urinary frequency frothing crystalluria flank pain hematuria voiding initiation problems slow stream dripping/dribbling, discharge incomplete voiding; Heme: bruising bleeding Neuro: twitches, ha, paresthesia, LOC; Rheum: myalgias bone pain arthritis arthralgia hernia Back Pain Misc/Other denies oth

psych no mood depression attempts to cope keep spirits up

PE:
- BP: 102/64  Wt: 248#  Gen: NAD  ABD:  Back:  Ext: ⊕ edema
- T: 98°  P: 54  RR: 16  HEENT:  COR: RRSCMR  Lungs: CTA  Neuro:

LABS 6/7/16:
- Na: 140  Cl: 99  BUN: 21  Glucose: 72  Ca: 9.6 Alb 3.6  PTH:
- K: 5.1  HCO3: 29  Creat: 1.41 (<1.5) staying  PHOS: 3.8 2/15  VitD: 67  Other: eGFR CKD est 55.7
- TC:  TG:  LDL:  HDL:  LFT: WNL  UA:
- UAlb/creatinine ratio: growing 4/16  Fe:  TIBC:  TSAT: 4). 5/16  Ferritin: 1.73
- 6/23/16 6.1 /813 /72.4 /26 /332

### Impression
Notation Renal Cancer Dr-SNASSER '16

- CKD Stage G: 3a  A: 2  Etiology: Renal Cancer
- Change in creat: increased past year   6/10 DM HTN lithiasis PST
- Change in urine: c̄ diagnosis Rec Hematuria
- Uremia:
- Cardiovascular: BP: asymptomatic OK  Lipids:
  - Volume: ⊕ edema  Ho MI/vasc:
- Glycemic control:
- Min Bone disease: LAST OK Ca, PHOS, VIT D>50 OK
- Potassium: ☑ Acceptable ☐ High/low explain:
- Bicarbonate: ☑ Acceptable ☐ High/low explain:
- Anemia:    Epo refused
- PCKD symptoms: Renal lithiasis hematuria pyruria:
  - Extrarenal:
- Access:
- Renal replacement therapy: Advised
- Code status: conversations

### Plan
- SCAN RESULTS CT RD IMAGING
- RENAL CANCER
- Await intervention/Rx/ RENAL CA pt inmate awaiting surgery (per)
- May anticipate change eGFR following surgery if ↓ primary kidney towards for waste removal.
- Cont vit D supplement
- ✓ PHOS, PTH c̄ CHI-G3
- Refused epo, c ✓ Fe studies on iron.
- follow CBC improvement post iron supp
- Continue iron supp
- Sick call prn
- Avoid non prescribed meds
- Dose adjust new meds for CKD eGFR

Einwohner Records Bates #000039
55