E-FILED
Monday, 18 November, 2019 11:38:00 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 21

**Wexford Health** SOURCES INCORPORATED                                    **Renal Teleclinic Orders**

3/30/16

Name: DEAN, William        ID#: N91885    Location: Taylorville, IL

Next appointment: May 26th, 2016 (Thurs) 10 EST 9 CST

Referrals:                    Reason:

Imaging:    ☐ Renal ultrasound    ☐ With dopplers    ☐ Without dopplers    ☐ Venous mapping study
            ☐ Other: _____    ☐ Explanation: _____

Medications:

Renal biopsy:

Labs:

☐ 24 hr urine            ☑ Other: Labs - clinic May 2016
☐ Creat. clearance       ☐ CBC
☐ Protein                ☐ Ferritin   ☑ FE   ☑ TIBC   ☑ TSAT   ☐ B12   ☐ Folate
☐ Urea catabolic rate    ☐ Reticulocytes
☐ Oxalate                ☑ BMP
☐ Citrate                ☐ RFP
☐ Cysteine               ☐ LFT
☐ Magnesium              ☐ CMP
☐ Na                     ☐ Calcium
☐ K                      ☐ PHOS
☐ PH                     ☐ MAG
☐ Sodium                 ☐ PTH
☐ Urea                   ☑ Vitamin D 25-OH
☐ Struvite               ☐ UPEP   ☐ SPEP   ☐ Immunofixation   ☐ Free chains   ☐ ANA   ☐ C₃   ☐ C₄
☐ Calcium                ☐ HIV    ☐ HCV Antibodies    ☐ HBV Antibodies    ☐ Antigen
☐ Phosphorus             ☐ UA
                         ☐ Urine albumin to creatine ratio
                         ☐ Urine calcium to creatine ratio
                         ☐ Urine osmolarity   ☐ UNA   ☐ Serum osmolarity

Nursing:
    Vaccinations:
    Blood pressure checks:

Onsite evaluation:
1) Follow NaHAR/anemia & Cardiomyopathy.

Einwohner Records Bates #000057



# Wexford Health SOURCES INCORPORATED
## Renal Progress Note

Name: DEAN, WILLIAM  Age/DOB: 55  8/29/1960  Date: 3/30/16
Location: TAYLORVILLE  Number: N21885

**Medication List:**
- Lasix 40mg QD
- Coreg 3.125mg BID
- Spironolactone 12.5mg QD
- Losartan 25mg QD
- Vitamin D3 2100 IU QD
- Glucophage 1000mg BID
- Glipizide 5mg BID
- ASA 81mg QD
- Fibrolat T BID
- All: Azithromycin

**Problems List**
- DM
- Hematuria, Lithiasis
- HTN
- Cardiomyopathy
- Defibrillator
- SCABIES — since last visit
- Pt saw urology
- Telemetry: no arrhythmias
- Status phone c/w — currently clear
- no other urine sympt
- bled 31 days — no rectal or GI

**ROS:** Gen fatigue appetite loss early satiety dysguesia GL emesis constipation nausea diarrhea heartburn pain belching water brash GI bleed postprandial fullness; **Cardiopulmonary:** CP DOE, PND orthopnea apnea cough phlegm hemoptysis edema palpitation urinary frequency frothing crystalluria flank pain hematuria/voiding initiation problems slow stream dripping/dribbling, discharge incomplete voiding; **Heme:** bruising bleeding **Neuro:** twitches, na, parasthesia, LOC; **Rheum:** myalgias bone pain arthritis arthralgia hernia Back Pain **Misc/Other**

**PE:** BP: 123/69  Wt: 248# C 297#  Gen: deferred  ABD: deferred  Back:  Ext:
  97: 60 P  RR: 16  Heent:  COR: integument nl no rash  Lungs: nl no wheezing  Neuro:

**LABS:** 2/24/16
| Na: 138 | Cl: 100 | BUN: 17 | Glucose: 98 | CA: 9.7 +B 27 | PTH: |
| K: 4.8 | HCO3: 28 | Creat: 1.24 | PHOS: 3.8 3/15 | VITD: 34 5/15 | Other: eGFR CKD ep 65 |
| TC: 145 | TG: 108 | LDL: 95 | HDL: 28 | LFT: | UA: 1/7/16 |
| Ualb/creatinine ratio: 3/24/16 83mg/g | Fe: | TIBC: | TSAT: | Ferritin: |

3/24/16  8/4 (9.5/30.7) (78.1/325)  2/16 (10.4/32.5) (7.0/364)

**Impression** — presumed 2° to DM, HTN, lithiasis
CKD Stage G: 2  A: 2  Etiology: H/O DM HTN lithiasis

Change in creat:
Change in urine: decreased albuminuria 10/15 (hematuria) 3/16 possibly less blood
Uremia:
Cardiovascular: BP: ok  Lipids: HDL 28  Ho MI/vasc: cardiomyopathy
  Volume:
Glycemic control:
Min Bone disease: last Ca, P, vitD available no recent
Potassium: ☒ Acceptable ☐ High/low explain: (HD)
Bicarbonate: ☒ Acceptable ☐ High/low explain:
Anemia: microcytic anemia
PCKD symptoms: Renal lithiasis hematuria pyuria: saw urology 3/3/16 and IVP office cysto recommended
  Extrarenal:
Access:
Renal replacement therapy:
Code status:

Plan:
1) Any symptoms → sick call
2) continue follow on site PE
3) Cardiomyopathy + low HDL — on treatment Cozaar
   J vitD — 25-OH
4) Follow urology IVP cysto
5) Has seen Dr Nawaz continue eval evaluation for iron deficiency, will follow up 4/16
6) continue lithiasis prophylaxis drink water, moderate intake, low salt
7) addressed all questions

Eisenhower Records Bates #000058

**Wexford Health** SOURCES INCORPORATED

**Renal Teleclinic Orders**

2/8/16

Name: Dean, William  ID#: N21885  Location: Taylorville/IC

Next appointment: 2 months   Thurs 2/31/16 ? 10:30
Referrals: _____  Reason: _____

Imaging:
- [ ] Renal ultrasound
- [ ] With dopplers
- [ ] Without dopplers
- [ ] Venous mapping study
- [ ] Other: _____
- [ ] Explanation: _____

Medications: Cozaar (generic equivalent) 25 mg QD x 3 months

Renal biopsy:

Labs:
- [ ] 24 hr urine
- [ ] Other: _____
- [ ] Creatine clearance    [x] CBC pre-clinic
- [ ] Protein               [ ] Ferritin  [ ] FE  [ ] TIBC  [ ] TSAT  [ ] B12  [ ] Folate
- [ ] Urea catabolic rate   [ ] Reticulocytes
- [ ] Oxalate               [ ] BMP
- [ ] Citrate               [ ] RFP
- [ ] Cysteine              [ ] LFT
- [ ] Magnesium             [ ] CMP
- [ ] Na                    [ ] Calcium
- [ ] K                     [ ] PHOS
- [ ] PH                    [ ] MAG
- [ ] Sodium                [ ] PTH
- [ ] Urea                  [ ] Vitamin D 25-OH
- [ ] Struvite              [ ] UPEP  [ ] SPEP  [ ] Immunofixation  [ ] Free chains  [ ] ANA  [ ] C3  [ ] C4
- [ ] Calcium               [ ] HIV   [ ] HCV Antibodies  [ ] HBV Antibodies  [ ] Antigen
- [ ] Phosphorus            [x] UA & microscopy 2/8/16 → email to Dr Einwohner
                            [x] Urine albumin to creatine ratio pre clinic
                            [ ] Urine calcium to creatine ratio
                            [ ] Urine osmolarity  [ ] UNA  [ ] Serum osmolarity

Nursing:
  Vaccinations: _____
  Blood pressure checks: _____

Onsite evaluation: Case for collegial W8D.

*signature* Einwohner


**Wexford Health** SOURCES INCORPORATED

# Renal Progress Note

Name: DEAN, WILLIAM  Age/DOB: 55 8/29/1960  Date: 2/8/16
Location: TAYLORVILLE, IL  Number: N21885

### Medication List:
- ASA 81mg QD
- CaCO3 3,125mg BID
- Fiberlax T BID
- LASIX 40mg QD
- Gly(?) 5mg BID
- FLUCIN(?) ELEVEN HS
- COZAAR 25mg BID
- METFORMIN 1g BID
- AMIODARONE 125mg QD
- vit D3 2000 IU/D QD
- MiraLAX w/BRstu (comph)

### Problems List:
- LOW BACK PAIN
- DM
- HEMATURIA, LITHIASIS    ESWL 11/14
- HTN                     no changes Fu
- CARDIOMYOPATHY             84 pmh
- DEFIBRILLATOR              possible CCT(?)
- SEIZURES 12/15     no meds no mass @ flow
- RENAL US 2/2/16  @ 15.2cm  @ 13.3     no hydro
            (NO) 2/7/16 Resolved.     Bladder no wall thickening.

ROS: Gen fatigue appetite los early satiety dysguesia GI emesis constipation nausea diarrhea heartburn pain belching water brash GI bleed postprandial fullness; Cardiopulmonary CP DOE, PND orthopnea apnea cough phlegm hemoptysis edema palpitation urinary frequency frothing crystalluria flank pain hematuria voiding initiation problems slow stream dripping/dribbling, discharge incomplete voiding; Heme: bruising bleeding Neuro: twitches, ha, parasthesia, LOC; Rheum: myalgias bone pain arthritis arthralgia hernia Back Pain Misc/Other _yes_
_chronic_ _other_

hematuria x3 wks
today slight
p/u/pn
passed painless w/o piece/clot 1/7/15

PE: BP: 129/79  Wt: 247#  Gen: NAD  ABD: moist + pink mucous  Back: NT c superficial tender  Ext: +1 edema LE

T: 98  P: 60  RR: 18  Heent: moist + pink mvcbrs  COR: RRR c mr  e-s-j/ epistic prgm  Lungs: CTA  Neuro:

LABS: Na: 136  Cl: 97  BUN: 16  Glucose:  CA: 9.5  PTH:

K: 4.2  HCO3: 31  Creat: 0.59  PHOS: 3.8 3/15  VITD: 34  5/15  Other:

TC:  TG:  LDL:  HDL:  LFT:  UA: 4/7/16 1.007, 6.5, 2prot 116RBC (age B/om)

Ualb/creatinine ratio: 454 mg/g  Fe:  TIBC:  TSAT:  Ferritin:  No casts  monitoring
5 Creatinine 10/15           48/11.7  B.6
                              35 g    ←

### Impression                                Plan

CKD Stage G: ___  A: TT3A  Etiology: _____
                                                1.) Follow urob/c-scat w/rpn Hematuria Resolved
Change in creat: Holding ~ 1                    Wests op cont throat us no no lithiasis HTN.
Change in urine: Hematuria 1/16 - symptoms resolved and returned today.
Uremia: ___

Cardiovascular: BP: Good  Lipids:                2) Recheck COZAAR
                Volume: ___  Ho MI/vasc: ___    cont low salt low-Mel) proten

Glycemic control: 5.9 1/16

Min Bone disease: ___

Potassium: ✓ Acceptable ☐ High/low explain: last@

Bicarbonate: ✓ Acceptable ☐ High/low explain:

Anemia: ___ dec 48 last visit h/o Hematuria    3) Follow CXR

PCKD symptoms: Renal lithiasis hematuria pyruria: Repeat US     4) Given ? passage stone and faint pink urine
              h/o prev T2 wk   w/o stone, hydro    2 stones on US but likely stone recurrence
Extrarenal: ___ UA on exam ___ no mass     ✓ UA
                                ✓ Present C/W Cardiology
Access: ___ 3/2017  h/o prior lithotripsy       ✓ Cont ACEi/progphylaxis  Titrate
Renal replacement therapy:  No stone treated     ✓ Such cell prn.         mg/kg
Code status: ___                                                          ✓ UAs
                                                                          ✓ Vitals
                              Einwohner Records Bates #000064 ASA / protein

2/8/16 143 no new UA
No painful passage. clear urine 2/8/16 + DKA on to ___

# Rebecca Einwohner

**From:** Rebecca Einwohner
**Sent:** Thursday, January 07, 2016 11:51 AM
**To:** Stephen Ritz
**Cc:** Becky Adams
**Subject:** Taylorville patient Dean, William ho past lithiasis with repeat hematuria--? collegial and investigation

Hi Steve
I just saw patient Dean, W N21885 from Taylorville.
He reports intermittent hematuria with clots over the past couple weeks. He has passed ca ox stones in the past and has had urology consults with lithotripsy.

His onsite UA dip showed hematuria last month and I'm requesting a UA with micro. The last ct 7/15 had calculi when an inpatient.

I suggest
Collegial review with Dr. Butler with consideration of re-imaging and urology eval.


Rebecca Einwohner, MD. Nephrology
Wexford Health Sources
RAISE the Standard
Desk Number 412-937-8590x337
Virtual Fax 412-539-0437



# Wexford Health SOURCES INCORPORATED
## Renal Progress Note

Name: Dean, William  Age/DOB: 55  8/24/1960  Date: 1/7/16
Location: Taylorville  Number: N 21885

### Medication List:
- ASA 81mg po QD
- Coreg 3.125 mg BID
- Fibercaps T BID
- Lasix 40 mg QD
- Glipizide 10mg BID
- Enalapril CR xxx po QD
- Cozaar 25 mg HS
- Metformin 1g BID
- Spironolactone 25mg QD
- Vitamin D3 2000 IU po QD
- Pen steroid cream to ABD

Allergies: Antihistamines — dz int bxba → cough

### Problems List:
- Low Back Pain
- DM
- Hematuria, lithiasis — Hx CT
- HTN — 150/77 12/8, 130/82 12/23
- Cardiomyopathy
- Defibrillator
- Scabies — treated ×1 12/8 and 12/22/15 (no other)

**ROS:** Gen fatigue appetite loss early satiety dysguesia GI emesis constipation nausea diarrhea heartburn pain belching water brash GI bleed postprandial fullness; **Cardiopulmonary:** CP DOE, PND orthopnea apnea cough phlegm hemoptysis edema palpitation urinary frequency frothing crystalluria flank pain hematuria voiding initiation problems slow stream, dripping/dribbling, discharge incomplete voiding; **Heme:** bruising bleeding Neuro: twitches, ha, parasthesia, LOC; **Rheum:** myalgias bone pain arthritis arthralgia hernia Back Pain Misc/Other

**PE:** BP: 148/87  Wt: 243#  Gen: NAD  ABD: blisters trial sites  Back: @ discharge from Psh  Ext: no other bleeding site
T: 98°  P: 58  RR: 20  Heent:  COR: WNL PR 3 cm  Lungs: CTA  Neuro:
**LABS:** Na: 136  Cl: 97  BUN: 16  Glucose: 152  CA: 9.5  PTH:
K: 4.2  HCO3: 31  Creat: 0.99  PHOS: 3.8 7/15  VITD: 34 5/15  Other:
TC:  TG:  LDL:  HDL:  LFT:  UA: 45mg/g 10/15 c stone passage
Ualb/creatinine ratio:  Fe:  TIBC:  TSAT:  Ferritin:

### Impression
CKD Stage G: 2R  A: repeat requested  Etiology: DM, HTN, lithiasis
Change in creat: little change from last visit
Change in urine: Benign UA 10/15/15
Uremia:
Cardiovascular:  BP: WNL ASUS  Lipids:
Volume: access  Ho MI/vasc:
Glycemic control: HbA1c 6.3? 11/15
Min Bone disease: UK CA, P, VitD assessable
Potassium: ☒ Acceptable ☐ High/low explain:
Bicarbonate: ☒ Acceptable ☐ High/low explain:
Anemia: Hgb decreased 13.6 → 11.7  c ↑ WBC, hematuria
PCKD symptoms: Renal lithiasis hematuria pyruria: +1 Ox Ca, Ox stones  4/15
Extrarenal:
Access:
Renal replacement therapy:
Code status:

### Plan
- ✓ urine albumin/creat ratio
- When stone/hematuria
- Continue low salt, low fat, low med protein
- Flush water
- Mod Ca intake
- Follow up for evaluation of hematuria
- Follow WBC
- UA c microscopy
- Evaluate hematuria
- Observe scabies, uncertain rash post-tx
- Short term ASA held today ok pt refused
- Discussed D/W Butler, consult at AST

1/11/16 1/7/16 UA 1.007 6.5 30 large blood, WBC. Addressed questions.

# Wexford Health SOURCES INCORPORATED

## Renal Teleclinic Orders

1/7/16

Name: Dean, William        ID#: N2885     Location: Taylorville IC

Next appointment: 1 month  2/8/16    2 Eastern
Referrals:                 Reason:   1 Central

**Imaging:**
- ☐ Renal ultrasound
- ☐ With dopplers
- ☐ Without dopplers
- ☐ Venous mapping study
- ☐ Other: _____
- ☐ Explanation: _____

**Medications:**
Vitamin D3 2000 IU PO QD x 4 months

**Renal biopsy:**

**Labs:**

- ☐ 24 hr urine
- ☐ Creatine clearance
- ☐ Protein
- ☐ Urea catabolic rate
- ☐ Oxalate
- ☐ Citrate
- ☐ Cysteine
- ☐ Magnesium
- ☐ Na
- ☐ K
- ☐ PH
- ☐ Sodium
- ☐ Urea
- ☐ Struvite
- ☐ Calcium
- ☐ Phosphorus

- ☐ Other: _____
- ☒ CBC
- ☐ Ferritin  ☐ FE  ☐ TIBC  ☐ TSAT  ☐ B12  ☐ Folate
- ☐ Reticulocytes
- ☐ BMP
- ☐ RFP
- ☐ LFT
- ☐ CMP
- ☐ Calcium
- ☐ PHOS
- ☐ MAG
- ☐ PTH
- ☐ Vitamin D 25-OH
- ☐ UPEP  ☐ SPEP  ☐ Immunofixation  ☐ Free chains  ☐ ANA  ☐ C3  ☐ C4
- ☐ HIV  ☐ HCV Antibodies  ☐ HBV Antibodies  ☐ Antigen
- ☒ UA today
- ☐ Urine albumin to creatine ratio
- ☐ Urine calcium to creatine ratio
- ☐ Urine osmolarity  ☐ UNA  ☐ Serum osmolarity

**Nursing:**
Vaccinations: _____
Blood pressure checks: _____

**Onsite evaluation:**
Labs for collected
1/7/16 by UM RN Becky.
Case was discussed with MD

Einwohner/Records Bates #000063