E-FILED
Monday, 18 November, 2019 11:38:00 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 22

# Final

### 04/14/2016/ WILLIAM DEAN/ 0001429012/ DOB: 08/29/1960

**Chief Complaint**
- Patient is here today for a followup for hematuria

**Allergies**
Rec: 14Apr2016. List Reconciled and Reviewed.
ACE Inhibitors.

**Current Meds**
Rec: 14Apr2016. List Reconciled and Reviewed.
Cozaar 25 MG Oral Tablet(Losartan Potassium);; Qty0; R0; RPT.
Coreg 3.125 MG Oral Tablet(Carvedilol);; Qty0; R0; RPT.
Furosemide 40 MG Oral Tablet;; Qty0; R0; RPT.
Spironolactone 25 MG Oral Tablet;; Qty0; R0; RPT.
Fiber Laxative TABS;; RPT
Vitamin D CAPS;; RPT
MetFORMIN HCl - 1000 MG Oral Tablet;TAKE 1 TABLET TWICE DAILY.; RPT
GlipiZIDE 5 MG TBCR;; RPT
Aspirin 81 MG Oral Tablet;; RPT
Cozaar 25 MG Oral Tablet (Losartan Potassium);; RPT
Coreg 3.125 MG Oral Tablet (Carvedilol);; RPT
Furosemide 40 MG Oral Tablet;; RPT
Spironolactone 25 MG Oral Tablet;; RPT.

**Past Meds**
Discontinue Cozaar 50 MG Oral Tablet(Losartan Potassium).
Discontinue Coreg 6.25 MG Oral Tablet(Carvedilol).
Discontinue Hydrochlorothiazide TABS.
Discontinue Norvasc 10 MG Oral Tablet(AmLODIPine Besylate).
Discontinue TraMADol HCl - 50 MG Oral Tablet.

**Active Problems**
Hematuria   (599.70) (R31.9)
Incomplete bladder emptying   (788.21) (R33.9)
Nephrolithiasis   (592.0) (N20.0)
Postoperative follow-up   (V67.00) (Z09).

**Family Hx**
Family history of cardiac disorder: Paternal Grandfather,Paternal Grandmother (V17.49) (Z82.49)
Family history of lung cancer: Paternal Grandmother (V16.1) (Z80.1)
Family history of malignant neoplasm of brain: Paternal Grandmother (V16.8) (Z80.8).

**Personal Hx**
Married
Number of children: 1
Retired.

**Vital Signs**
Male Adult Vitals Recorded by WHITACRE, BETHANY on April 14,2016 03:36 PM
Height: 5 ft 10 in, Weight: 246 lb , BMI: 35.30 , BSA: 2.28
BP: 116/70 mm Hg RUE Sitting
Cuff Size:   Large ;
HR: 68 b/min L Radial ; Regular
Resp: 16 r/min ; Normal

**Notes**
William Dean follows up today. He's an incarcerated 55-year-old patient. History of stones in the past. He has had gross hematuria for a month. CT urogram suggests right renal cell carcinoma no obvious metastatic disease, does appear to have tumor thrombus at least into the vena cava. It's difficult to make out the extent of it.. He cannot have an MRI he has a pacemaker.   Explained this to him. He needs a chest x-ray to make sure there is no chest metastatic disease. We will have vascular surgery look at his

Einwohner Records Bates #000043

# Final

<u>04/14/2016/ WILLIAM DEAN/ 0001429012/ DOB: 08/29/1960</u>

films to see if they can determine the extent of his caval thrombus. If they can't, he might need an IVC cavogram. We'll have our nurse Julie work on this Monday to see if he can have his surgery done at Memorial. If he has to have it done St. John's, I will need to set him up within SIU physician since we do not have privileges anymore.. 15 minutes was spent with this patient, greater than 7-1/2 minutes counseling regarding this problem.

He understands if we are able to resect this and it is confined that he might we probably will have about a 35 % 5 year survival rate.

**Signature**
Electronically signed by : BETHANY WHITACRE ; 04/14/2016 3:36 PM CST.
Electronically signed by : WILLIAM SEVERINO MD; 04/15/2016 7:29 AM CST.

Einwohner Records Bates #000044

Page 2 of 3 Job - 381615 2016-04-13 13:57:23



Taylorville Memorial Hospital

#H29012
Appt. 4-14-16
201 East Pleasant
Taylorville, IL 62568
(217) 824-3331

## RADIOLOGY DEPARTMENT

Name: Dean, William N21885  Patien No.: 303745  Adm Date: 04/12/2016
DOB: 08/29/1960  Age/Sex: 55 / M  MR #: 080976
Doctor: William Severino  Room No.:  Patient Type:OP
Ordering Doctor: William Severino  Family Doctor:
Accession Number: 641250420160412  Date of Service: 04/12/2016

**EXAMINATION:** CT ABDOMEN and PELVIS with and without IV contrast

**HISTORY:** History of gross hematuria for 31 days, which has since resolved. History of kidney stones. History of right hernia repair.

**COMPARISON:** 8/15/2014

**TECHNIQUE:** CT of the abdomen and pelvis was performed with and without contrast. Coronal and sagittal reformatted images were obtained. 100mL of Isovue 370 was administered intravenously through a right hand IV.

**FINDINGS:**
The heart size is normal. There is no evidence of a pericardial effusion. Pacemaker lead wires are noted. There are atherosclerotic changes of the aorta and coronary vessels. There is no definite evidence of a pleural effusion. There is a calcified granuloma in the right middle lobe. There is mild bibasilar subsegmental atelectasis and scarring.



On the noncontrast images, there is no evidence of ureteral stones. There is a 0.7cm nonobstructing calculus in the upper pole of the left kidney.

There is enlargement of the right kidney with a large ill-defined hypoattenuating mass involving the majority of the right kidney measuring at least 13.1 x 5.8cm (axial image 64). There is nonspecific fat stranding surrounding the right kidney. There is mild normal functioning kidney noted in the inferior pole of the right kidney. There is nonenhancing thrombus in the or inferior vena cava, which is likely bland thrombus. The thrombus extends superiorly to the level of the superior aspect of the intrahepatic IVC. There is enlargement of the inferior vena cava. The right renal collecting system is not well opacified with contrast, therefore cannot be evaluated.



There are multiple prominent sub-centimeter retroperitoneal lymph nodes with the largest measuring 0.90cm in the retrocaval region (axial image 71).

There is normal excretion of contrast from the left renal collecting system with no definite evidence of a filling defect identified within the opacified portions of left renal collecting system. There is a stable too small to characterize hypoattenuating lesion in the lower pole of the left kidney measuring 0.8cm. There is mild circumferential thickening of the urinary bladder. The prostate gland measures 4.7cm.



Einwohner Records Bates #000045

Page 3 of 3 Job - 391615 2016-04-13 13:57:23

H29012



## Taylorville Memorial Hospital

201 East Pleasant
Taylorville, IL 62568
(217) 824-3331

## RADIOLOGY DEPARTMENT

Name: Dean, William N21885     Patien No.: 303745     Adm Date: 04/12/2016
DOB: 08/29/1960     Age/Sex: 55 / M     MR #: 080976
Doctor: William Severino     Room No.:     Patient Type: OP
Ordering Doctor: William Severino     Family Doctor:
Accession Number: 641250420160412     Date of Service: 04/12/2016

---

The liver is normal in appearance, with no focal abnormalities. There is no intrahepatic or extrahepatic biliary ductal dilatation. The spleen, pancreas, and adrenal glands are normal. There is cholelithiasis.



There is no evidence of a bowel obstruction. The appendix is well seen and demonstrates no evidence of appendicitis. There is a fat containing umbilical hernia. There is colonic diverticulosis without definite evidence of diverticulitis.

There is no free air or free fluid in the abdomen or pelvis.

There are no aggressive appearing osseous lesions. There are degenerative changes the spine. There is likely a bone island in the right femoral neck.

**IMPRESSION:**
1. Faceless appearance of the right kidney with a large ill defined mass in the upper pole of the right kidney with replacement of the majority of the right renal parenchyma. Findings are concerning for urothelial carcinoma versus less likely consideration of renal cell carcinoma.
2. Nonenhancing thrombus is noted in the inferior vena cava extending superiorly to the level of the superior aspect of the intrahepatic inferior vena cava.
3. Multiple prominent sub-centimeter nonspecific retroperitoneal lymph nodes.
4. Cholelithiasis.

Findings were discussed with Dr. Severino by Dr. Shah at 1352 hours on 4/13/2016.

```
*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
4/13/2016 1:53 PM:   Parvish Shah, D.O.
```
PS:ps

Parvish Shah, D.O.

RCM

# Final

### 03/10/2016/ WILLIAM DEAN/ 0001429012/ DOB: 08/29/1960

**Chief Complaint**
- Patient is here today for a followup for blood in his urine

**Allergies**
Rec: 10Mar2016. List Reconciled and Reviewed.
ACE Inhibitors.

**Current Meds**
Rec: 10Mar2016. List Reconciled and Reviewed.
Aspirin 81 MG Oral Tablet;; Qty0; R0; RPT.
Norvasc 10 MG Oral Tablet (AmLODIPine Besylate);; RPT
Coreg 6.25 MG Oral Tablet (Carvedilol);; RPT
Fiber Laxative TABS;; RPT
Vitamin D CAPS;; RPT
Cozaar 50 MG Oral Tablet (Losartan Potassium);; RPT
MetFORMIN HCl - 1000 MG Oral Tablet;TAKE 1 TABLET TWICE DAILY.; RPT
TraMADol HCl - 50 MG Oral Tablet;; RPT
GlipiZIDE 5 MG TBCR;; RPT
Hydrochlorothiazide TABS;TAKE 1 TABLET DAILY AS NEEDED. MDD:50; RPT
Aspirin 81 MG Oral Tablet;; RPT.

**Past Meds**
Discontinue Aspirin 325 MG Oral Tablet.

**Active Problems**
Hematuria  (599.70) (R31.9)
Incomplete bladder emptying  (788.21) (R33.9)
Nephrolithiasis  (592.0) (N20.0)
Postoperative follow-up  (V67.00) (Z09).

**Family Hx**
Family history of cardiac disorder: Paternal Grandfather,Paternal Grandmother (V17.49) (Z82.49)
Family history of lung cancer: Paternal Grandmother (V16.1) (Z80.1)
Family history of malignant neoplasm of brain: Paternal Grandmother (V16.8) (Z80.8).

**Personal Hx**
Married
Number of children; 1
Retired.

**Vital Signs**
Male Adult Vitals Recorded by WHITACRE, BETHANY on March 10,2016 11:43 AM
Height: 5 ft 10 in, Weight: 242 lb , BMI: 34.72 , BSA: 2.26
BP: 120/74 mm Hg RUE Sitting
Cuff Size:  Large ;
HR: 64 b/min L Radial ; Regular
Resp: 16 r/min ; Normal

**Notes**
William Dean comes in today. He is a 55-year-old patient for patient of Dr. Baron. It looks like he had a right ESWL approximately a year and a half ago. Recently had gross hematuria with clots. No flank pain no dysuria. Voiding okay now. Nonsmoker. He currently is incarcerated. He's not had any imaging.
Nonsmoker
On exam sitting in a wheelchair he's wearing shackles. No acute distress. He is accompanied by his guards.
Impression gross hematuria with clots
Plan CT IVP and office cystoscopy to detect any possible pathology. We will see if they can do a BMP and a PSA. We will do a digital rectal examination at the time of our flexible cystoscopy.

**Signature**
Electronically signed by : BETHANY WHITACRE ; 03/10/2016 11:45 AM CST.

Einwohner Records Bates #000047

## Final

**03/10/2016/ WILLIAM DEAN/ 0001429012/ DOB: 08/29/1960**

Electronically signed by : WILLIAM SEVERINO MD; 03/11/2016 6:15 AM CST.