# EXHIBIT 41

# Stinson, Kimberly

| | |
|---|---|
| **From:** | Stephen Ritz |
| **Sent:** | Monday, March 20, 2017 11:36 AM |
| **To:** | Becky Adams |
| **Subject:** | Re: Dean, William N21885 from Taylorville CC  DOB 8/29/1960 in: 2010 outdate: 2021 Opdivo |

This will need to be approved as no alternative available

**Stephen J. Ritz, D.O., FAAFP, CCHP**

Corporate Utilization Management Medical Director
Wexford Health Sources, Inc.

**"R.A.I.S.E. the Standard"**

Foster Plaza 4
501 Holiday Drive
Pittsburgh, PA  15220
(412) 937-8590 Ext. 206
(724) 674-4075 cell

This transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender.

On Mar 20, 2017, at 11:12 AM, Becky Adams <badams@wexfordhealth.com> wrote:

> Doc-
>
> The site called me about this – the report the patients wife is calling every day to see if he has been started on this med . Please let me know if there is anything else I can do to assist you .
>
> Thanks !
>
> Rebecca Adams
> Utilization Review RN, BSN
> **Wexford Health Sources**
> **Foster Plaza 4**
> **501 Holiday Drive**
> **Pittsburgh, PA 15220**
> Direct Dial: 1-412-937-5204
> 1-877-939-2884 ext 207

1

Fax: 1-412-937-9151

"R.A.I.S.E. the Standard"

**From:** Becky Adams
**Sent:** Tuesday, March 14, 2017 4:02 PM
**To:** Stephen Ritz
**Subject:** RE: Dean, William N21885 from Taylorville CC DOB 8/29/1960 in: 2010 outdate: 2021 Opdivo

Doc-

We discussed this patient in Taylorville collegial today and you requested the contact info for this patient's oncologist. See below :

Dr. Guaglianone - the number is 217-876-6600.

Thanks –

Rebecca Adams
Utilization Review RN, BSN
**Wexford Health Sources**
**Foster Plaza 4**
**501 Holiday Drive**
**Pittsburgh, PA 15220**
Direct Dial: 1-412-937-5204
1-877-939-2884 ext 207
Fax: 1-412-937-9151

"R.A.I.S.E. the Standard"

**From:** Stephen Ritz
**Sent:** Tuesday, March 14, 2017 10:19 AM
**To:** Neil Fisher
**Cc:** Becky Adams; Michelle Marrone
**Subject:** Re: Dean, William N21885 from Taylorville CC DOB 8/29/1960 in: 2010 outdate: 2021 Opdivo

Will do

**Stephen J. Ritz, D.O., FAAFP, CCHP**

Corporate Utilization Management Medical Director
Wexford Health Sources, Inc.

"R.A.I.S.E. the Standard"

2

Foster Plaza 4
501 Holiday Drive
Pittsburgh, PA  15220
(412) 937-8590 Ext. 206
(724) 674-4075 cell

This transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender.

On Mar 14, 2017, at 9:45 AM, Neil Fisher <NFisher@wexfordhealth.com> wrote:

> I cannot make this call today....
>
> Steve - I am certain you can address the issues.
>
> Thanks!
>
> Neil
>
> Dr. Neil A. Fisher, M.D., CCHP
> Corporate Medical Director Quality Management and Pharmacy Services
> Wexford Health Sources, Inc.
> 8900 North Central Avenue
> Suite 307
> Phoenix, AZ 85020
> Cellular: 602-501-4281
> Virtual Fax: 602-532-7216
> nfisher@wexfordhealth.com
>
> "R.A.I.S.E. the Standard."
>
> This transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender.
>
> > **From:** Becky Adams
> > **Sent:** Monday, March 13, 2017 9:03 AM
> > **To:** Michelle Marrone; Neil Fisher
> > **Cc:** Stephen Ritz
> > **Subject:** FW: Dean, William N21885 from Taylorville CC DOB 8/29/1960 in: 2010 outdate: 2021 Opdivo
> >
> > All –

See email below from Dr. Fisher . **Plan** is to discuss the Opdivo recommendation in Taylorville collegial . This call is scheduled for **March 14th @ 1:30 EST /12:30 CST** .

Call in numbers are :

1-877-366-0711
38856264#

Say your name and then hit #.


Please call/email w/ any questions.

Thanks !

Rebecca Adams
Utilization Review RN, BSN
**Wexford Health Sources**
**Foster Plaza 4**
**501 Holiday Drive**
**Pittsburgh, PA 15220**
Direct Dial: 1-412-937-5204
1-877-939-2884 ext 207
Fax: 1-412-937-9151

**"R.A.I.S.E. the Standard"**


**From:** Neil Fisher
**Sent:** Monday, March 13, 2017 11:30 AM
**To:** Becky Adams
**Cc:** Stephen Ritz
**Subject:** RE: Dean, William N21885 from Taylorville CC DOB 8/29/1960 in: 2010 outdate: 2021

I think the case should be discussed at collegial.

It will help with deciding what we are trying to accomplish in this case....Hospice care may be possibly more appropriate but we should be discussing the options and the status of the Patient.

Neil

Dr. Neil A. Fisher, M.D., CCHP
Corporate Medical Director Quality Management and Pharmacy Services
Wexford Health Sources, Inc.
8900 North Central Avenue
Suite 307
Phoenix, AZ 85020
Cellular: 602-501-4281
Virtual Fax: 602-532-7216
nfisher@wexfordhealth.com

"R.A.I.S.E. the Standard."

4

This transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender.

---

**From:** Becky Adams
**Sent:** Monday, March 13, 2017 8:14 AM
**To:** Neil Fisher
**Cc:** Stephen Ritz
**Subject:** FW: Dean, William N21885 from Taylorville CC DOB 8/29/1960 in: 2010 outdate: 2021

All-

This patient is housed @ T-ville and recommended for Opdivo. Please see review by Michelle Marrone. I was wondering if we should plan on discussing this in next collegial ?Not sure if Dr. Fisher has had a chance to review this yet – T-ville collegial is tomorrow so I thought I'd check and see if we should plan to discuss . Please let me know and thanks !


TY!


Rebecca Adams
Utilization Review RN, BSN
**Wexford Health Sources**
**Foster Plaza 4**
**501 Holiday Drive**
**Pittsburgh, PA 15220**
Direct Dial: 1-412-937-5204
1-877-939-2884 ext 207
Fax: 1-412-937-9151

"R.A.I.S.E. the Standard"


**From:** Michelle Marrone
**Sent:** Friday, March 10, 2017 12:27 PM
**To:** Becky Adams; Neil Fisher
**Cc:** Christer, Chad (Chad.Christer@doc.illinois.gov)
**Subject:** RE: Dean, William N21885 from Taylorville CC DOB 8/29/1960 in: 2010 outdate: 2021

Becky/Dr. Fisher,

I attached the NCCN Guidelines and a breakdown of the potential therapies (I apologize for the handwritten sheet-my Word and Excel programs aren't working on my PC right now).

There are many options, however most of them have the same relative cost. In the notes the oncologist mentions "other therapies" with an mTOR inhibitor (temsirolimus, everolimus) or combination of lenvatinib (VEGF TKI) and everolimus. The Votrient (pazopanib) that the patient failed is also a VEGF TKI.

The mTOR inhibitors seem to have limited use in these cases and are considered last line. NCCN prefers Opdivo (nivolumab) the lenbatinib/everolimus combo, or two other VEGF TKIs. I can see where the oncologist is coming from in choosing a medication in Opdivo that works in a completely different pathway (PD-1 inhibitor).

Opdivo would be around $15K per month (dosed IV every 2 weeks). It would need to be given off-site, so those charges would hit UM.

My honest opinion with this one, considering metastasis to multiple locations (liver, lung, lymph nodes), is what exactly are we trying to accomplish with further therapy and what is this patient's prognosis?

Let me know what else I can help with.

Thanks,
Michelle

Michelle R. Marrone, PharmD, CCHP
Senior Clinical Pharmacist

Wexford Health Sources
Foster Plaza 4
501 Holiday Drive
Pittsburgh, PA 15220

OFFICE: 412-937-8590 ext 271
CELL: 412-310-6428
FAX: (412) 937-8599
mmarrone@wexfordhealth.com

R.A.I.S.E. the Standard

---

**From:** Becky Adams
**Sent:** Thursday, March 09, 2017 4:49 PM
**To:** Neil Fisher
**Cc:** Michelle Marrone; Christer, Chad (Chad.Christer@doc.illinois.gov)
**Subject:** FW: Dean, William N21885 from Taylorville CC DOB 8/29/1960 in: 2010 outdate: 2021

Dr. Fisher –

This patient w/ dx of metastatic kidney CA – was approved in prior discussion for Votrient . Saw oncology 3/2/17 who is now recommending a chemo change to Opdivo . Discussed in collegial and site was instructed to forward the request for Opdivo for review . WEX note:

6

PATIENT FOUND TO HAVE RENAL CA- S/P RIGHT RADICAL NEPHRECTOMY W/ IVC
THROMBECTOMY VIA STERNOTOMY AND CHEVRON INCISION - SEEN BY DR SEVERIN(
POST-OP F/U 8/11/16- PER NOTE ? METS IN LIVER/ FAT - FELT PATIENT AT EXTREMELY I
RISK FOR RECURRENCE IF HE DOESNT ALREADY HAVE METASTATIC DISEASE -
RECOMMENDED FOR ONCOLOGY EVAL AND PATIENT SEEN BY ONCOLOGY 8/26/16-
RECOMMENDED AT THIS VISIT FOR WHOLE BODY BONE SCAN , FOR CT OF HEAD, CHE
ABDOMEN AND PELVIS AND THEN TO F/U W/ ONCOLOGY W/ RESULTS- PATIENT SEEN
ONCOLOGY IN F/U 9/22/16 - ? METASTATIC DISEASE TO LIVER - RECOMMENDED FOR BI
OF LIVER MASSES BEFORE CONSIDERATION OF STARTING TIK INHIBITOR -S/P GUIDED
NEEDLE BIOPSY OF LIVER MASSES BY INTERVENTIONAL RADIOLOGY @ DMH - THIS V
COMPLETED 10/3/16- PER SITE RECEIVED CALL FROM ONCOLOGY REQUESTING F/U W/
PATIENT TO DISCUSS BIOPSY RESULTS - PATIENT SEEN BY ONCOLOGY 10/19/16- PER N
PATIENT DOES HAVE METASTATIC RENAL CA- BIOPSY WAS POSITIVE FOR POORLY
DIFFERENTIATED CA - STARTED ON VOTRIENT - RECENTLY HAD F/U CT DONE 2/10/17 /
PATIENT SAW ONCOLOGY 3/2/17 W/ RESULTS - PER ONCOLOGY NOTE - "PROGRESSION
CANCER ON VOTRIENT" - "PLAN OPDIVO SALVAGE THERAPY NEXT WEEK " - RECEIVEI
REFERRAL REQUEST FOR ONCOLOGY F/U FOR CHEMO - CASE REVIEWED BY DR RITZ -
APPROVED FOR CHEMO/ONCOLOGY F/U AT THIS TIME - REQUEST FOR OPDIVO MUST (
THROUGH NON FORMULARY PROCESS


Attached is the oncology note from the last visit. Please let me know if there is anything else I can do to assist.

Thanks !

Rebecca Adams
Utilization Review RN, BSN
**Wexford Health Sources**
**Foster Plaza 4**
**501 Holiday Drive**
**Pittsburgh, PA 15220**
Direct Dial: 1-412-937-5204
1-877-939-2884 ext 207
Fax: 1-412-937-9151

**"R.A.I.S.E. the Standard"**




**From:** Christer, Chad [mailto:Chad.Christer@doc.illinois.gov]
**Sent:** Thursday, March 09, 2017 4:13 PM
**To:** Becky Adams
**Subject:** Dean N21885

Becky,

I wasn't sure who I needed to send the office note to for the change in medication for Dean N21885.

7

Chad Christer  RHIT
Medical Records Director/Facility Privacy Officer
Taylorville Correctional Center
Phone:  217-824-4004, ext. 5722
Fax:  217-824-8075
Chad.Christer@doc.illinois.gov

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

## Stinson, Kimberly

| | |
|---|---|
| **From:** | Stephen Ritz |
| **Sent:** | Friday, March 03, 2017 3:11 PM |
| **To:** | Becky Adams |
| **Subject:** | Re: Referral for William Dean N21885 DOB 8-29-1960 in: 2010 outdate: 2021 |

Must go thru non formulary process

**Stephen J. Ritz, D.O., FAAFP, CCHP**

Corporate Utilization Management Medical Director
Wexford Health Sources, Inc.

**"R.A.I.S.E. the Standard"**

Foster Plaza 4
501 Holiday Drive
Pittsburgh, PA  15220
(412) 937-8590 Ext. 206
(724) 674-4075 cell

This transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender.

On Mar 3, 2017, at 4:02 PM, Becky Adams <badams@wexfordhealth.com> wrote:

> Doc-
> Received this referral from Taylorville .
> Another case of end stage CA.  See WEX note: PATIENT FOUND TO HAVE RENAL CA- S/P RIGHT RADICAL NEPHRECTOMY W/ IVC THROMBECTOMY VIA STERNOTOMY AND CHEVRON INCISION - SEEN BY DR SEVERINO IN POST-OP F/U 8/11/16- PER NOTE ? METS IN LIVER/ FAT - FELT PATIENT AT EXTREMELY HIGH  RISK FOR RECURRENCE IF HE DOESNT ALREADY HAVE METASTATIC DISEASE - RECOMMENDED FOR ONCOLOGY EVAL AND PATIENT SEEN BY ONCOLOGY 8/26/16- RECOMMENDED AT THIS VISIT FOR WHOLE BODY BONE SCAN , FOR CT OF HEAD, CHEST , ABDOMEN AND PELVIS AND THEN TO F/U W/ ONCOLOGY W/ RESULTS- PATIENT SEEN BY ONCOLOGY IN F/U 9/22/16 - ? METASTATIC DISEASE TO LIVER - RECOMMENDED FOR BIOPSY OF LIVER MASSES BEFORE CONSIDERATION OF STARTING TIK INHIBITOR - APPROVED AFTER REFERRAL FOR GUIDED NEEDLE BIOPSY OF LIVER MASSES BY INTERVENTIONAL RADIOLOGY @ DMH AND THIS WAS COMPLETED 10/3/16- PER SITE RECEIVED

1

CALL FROM ONCOLOGY REQUESTING F/U W/ THIS PATIENT TO DISCUSS BIOPSY RESULTS - PATIENT LAST SEEN BY ONCOLOGY 10/19/16- PER NOTE PATIENT DOES HAVE METASTATIC RENAL CA- BIOPSY WAS POSITIVE FOR POORLY DIFFERENTIATED CA - STARTED ON VOTRIENT

This patient was started on Votrient - had an updated CT done 2/10/17 and last saw oncology 3/2/17. Per the handwritten note "progression of cancer on Votrient" and they recommend Opdivo. Per Dr. Nawoor 's referral - he did speak w/ patient and "patient adamant about starting OPDIVO"

Per this referral they want to start Opdivo chemo next week . We don't have the dictated oncology note - just the handwritten . Thoughts?


Thanks !

B


-----Original Message-----
From: Waterman, Felicia [mailto:FELICIA.WATERMAN@doc.illinois.gov]
Sent: Friday, March 03, 2017 10:05 AM
To: Becky Adams
Subject: Referral for William Dean N21885

Have a good day!!!   :)

Felicia Waterman ☺
Wexford Staff Assistant
Taylorville Correctional Center
Office:  217-824-4004 ext. 5723
Fax:  217-824-8075
Felicia.Waterman@doc.illinois.gov


-----Original Message-----
From: P426A2M644648@illinois.gov [mailto:P426A2M644648@illinois.gov]
Sent: Friday, March 03, 2017 8:12 AM
To: Waterman, Felicia
Subject: Scanned from a Xerox Multifunction Printer



Please open the attached document.  It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: DOC - Taylorville Device Name: P426A2M644648

2

For more information on Xerox products and solutions, please visit http://www.xerox.com

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

<Scanned from a Xerox Multifunction Printer.pdf>