# EXHIBIT 50

WEXFORD HEALTH SOURCES INCORPORATED

To:    Site Medical Director & HSA
From:   Utilization Management
Date/Time: 05/04/2016 18:41:32

DELIVERED MAY 0 5 2016

Subject:   Inmate Name:   DEAN, WILLIAM
          Inmate Number: N21885
               Site: TAYLORVILLE
            Service:
                99212    OFFICE/OUTPATIENT VISIT EST

Authorization ID: 324621059

Based upon a review of the information provided, Service is Approved.

Comments:
PATIENT W/ RECENT DX OF R RENAL MASS- LIKELY RENAL CA- RECOMMENDED FOR R NEPHRECTOMY - SITE CALLED AND REPORTED THAT UROLOGY IS REQUESTING CARDIAC CLEARANCE SUE TO PATIENT'S EXTENSIVE CARDIAC HX- APPROVED BY DR GARCIA IN COLLEGIAL W/ DR NAWOOR FOR CARDIOLOGY EVAL - NO IQ

From: _____
Dedicated Utilization Management

----------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-8384 - Phone
412-937-9151 - Fax
WWW.WEXFORDHEALTH.COM

2:17-cv-03112-JES-JEH # 115-1 Page 3 of 7
Dean v. Wexford et al (17-3112) IDOC No.: 000100

WEXFORD HEALTH SOURCES INCORPORATED

To: Site Medical Director & HSA
From: Utilization Management

DELIVERED JUN 0 3 2016

Date/Time: 06/02/2016 19:00:33

Subject:
  Inmate Name: DEAN, WILLIAM
  Inmate Number: N21885
  Site: TAYLORVILLE
  Service:
    71260   CT THORAX W/DYE
    74177   CT ABD & PELV W/CONTRAST

Authorization ID: 372613396

Based upon a review of the information provided, Service is Approved.

Comments:
PATIENT SEEN BY UROLOGY 03/10/2016 AND RECOMMENDED CT IVP FOR PERSISTANT HEMATURIA- CT DONE 4/12/16- S/P CYSTO 4/14/16- PER CT LARGE ILL DEFINED MASS IN UPPER POLE R KIDNEY W/ REPLACEMENT OF THE MAJORITY OF THE R RENAL PARENCHYMA - UROTHELIAL VS RENAL CELL PER CT - SEEN BY UROLOGY 4/14 FOR CYSTO - RECOMMENDED FOR R NEPHRECTOMY TO BE DONE 5/11/16 @ MEM MED CTR BY DR SEVERINO (SPRINGFIELD CLINIC) - IN THE INTERIM THIS PATIENT WAS RECOMMENDED FOR CARDIOLOGY CLEARANCE AND SITE HAS NOW REPORTED THAT DR SEVERINO IS REQUESTING AND CT OF CHEST /ABD/PELVIS WITH IV AND ORAL CONTRAST - PER NOTE SENT IN FROM SITE THE PRIOR IMAGING REVIEWED THIS TUMOR MAY NOT BE ACCESIBLE FROM ABDOMEN AND THERE IS A POSSIBILITY THAT CT SURGERY MAY NEED INVOLVED - APPROVED AFTER REVIEW FOR CT CHEST/ABD/PELVIS W/ IV AND ORAL CONTRAST - MEETS IQ

From: _____
Dedicated Utilization Management
---------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

WEXFORD HEALTH SOURCES INCORPORATED

To: Site Medical Director & HSA

From: Utilization Management

DELIVERED JUN 0 3 2016

Date/Time: 06/02/2016 19:00:33

Subject:
Inmate Name: DEAN, WILLIAM
Inmate Number: N21885
Site: TAYLORVILLE
Service:
99212   OFFICE/OUTPATIENT VISIT EST

Authorization ID: 817464112

Based upon a review of the information provided, Service is Approved.

Comments:
PATIENT SEEN BY UROLOGY 03/10/2016 AND RECOMMENDED CT IVP FOR PERSISTANT HEMATURIA- CT DONE 4/12/16- S/P CYSTO 4/14/16- PER CT LARGE ILL DEFINED MASS IN UPPER POLE R KIDNEY W/ REPLACEMENT OF THE MAJORITY OF THE R RENAL PARENCHYMA - UROTHELIAL VS RENAL CELL PER CT - SEEN BY UROLOGY 4/14 FOR CYSTO - RECOMMENDED FOR R NEPHRECTOMY TO BE DONE 5/11/16 @ MEM MED CTR BY DR SEVERINO (SPRINGFIELD CLINIC) - IN THE INTERIM THIS PATIENT WAS RECOMMENDED FOR CARDIOLOGY CLEARANCE AND SITE HAS NOW REPORTED THAT DR SEVERINO IS REQUESTING AND CT OF CHEST /ABD/PELVIS WITH IV AND ORAL CONTRAST - PER NOTE SENT IN FROM SITE THE PRIOR IMAGING REVIEWED THIS TUMOR MAY NOT BE ACCESIBLE FROM ABDOMEN AND THERE IS A POSSIBILITY THAT CT SURGERY MAY NEED INVOLVED - APPROVED AFTER REVIEW OF CASE FOR F/U W/ DR SEVERINO AFTER UPDATED CT'S COMPLETED TO DISCUSS FINDINGS AND PLAN - NO IQ

From:_____
Dedicated Utilization Management

------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Send Claims to:
Wexford Health Sources
P.O. Box 16218
Pittsburgh, PA 15220
1-412-937-8590

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Medical Special Services Referral and Report**

Pre-certification Number

Taylorville
(Facility)

Offender's Name: William Dean      ID# N21885

Reason for Referral:
- [x] Consult
- [ ] Evaluation
- [ ] Procedure/service (specify)
- [ ] Other (specify)
- [ ] Non-Formulary Medications
- [ ] Management
- [ ] Medical Equipment

Urgent: [ ] Yes  [ ] No

Referred to: _____ Renal Ca - awaiting surgery

Rationale for Referral: ABDUR NAWOOR, MD   Renal Ca will have this

Print Referring Practitioner's Name: Nawr
Referring Practitioner's Signature: Nq
Date: 6/13/16

**Report of Referral** (Use Reverse Side, if necessary)

Findings: _____

Assessment: _____

Recommendations/Plans: _____

Print Practitioner's Name _____   Practitioner's Signature _____   Date _____

Facility Medical Director Use Only
I have reviewed the recommendations and:
- [ ] Approve.
- [ ] Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name _____   Facility Medical Director's Signature _____   Date _____

Distribution: Offender's Medical File, and if denied/revised, Heath Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

WEXFORD HEALTH SOURCES INCORPORATED

To:      Site Medical Director & HSA

From:    Utilization Management                    DELIVERED JUN 1 4 2016

Date/Time: 06/14/201610:43:05

Subject:  Inmate Name:    DEAN, WILLIAM
          Inmate Number:  N21885
          Site:           TAYLORVILLE
          Service:
                          99202    OFFICE/OUTPATIENT VISIT NEW

Authorization ID: 936788876

Based upon a review of the information provided, Service is Approved.

Comments:
PATIENT SEEN BY UROLOGY 03/10/2016 AND RECOMMENDED CT IVP FOR PERSISTANT HEMATURIA- CT DONE 4/12/16- S/P CYSTO 4/14/16- PER CT LARGE ILL DEFINED MASS IN UPPER POLE R KIDNEY W/ REPLACEMENT OF THE MAJORITY OF THE R RENAL PARENCHYMA - UROTHELIAL VS RENAL CELL PER CT - SEEN BY UROLOGY 4/14 FOR CYSTO - RECOMMENDED FOR R NEPHRECTOMY TO BE DONE 5/11/16 @ MEM MED CTR BY DR SEVERINO (SPRINGFIELD CLINIC) - IN THE INTERIM THIS PATIENT WAS RECOMMENDED FOR CARDIOLOGY CLEARANCE AND SITE HAS NOW REPORTED THAT DR SEVERINO IS REQUESTING AND CT OF CHEST /ABD/PELVIS WITH IV AND ORAL CONTRAST - PER NOTE SENT IN FROM SITE THE PRIOR IMAGING REVIEWED THIS TUMOR MAY NOT BE ACCESIBLE FROM ABDOMEN AND THERE IS A POSSIBILITY THAT CT SURGERY MAY NEED INVOLVED - RECEIVED CALL FROM SITE - DR SEVERINO ( UROLOGY) IS RECOMMENDING THAT THIS PATIENT SEE DR HAZELRIGG FOR EVAL AS MAY NEED HIS ASSISTANCE W/ TUMOR REMOVAL - APPROVED AFTER REVIEW - NO IQ

From: _____
      Dedicated Utilization Management
------------------------------------------------------------------

      INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

WEXFORD HEALTH SOURCES INCORPORATED

To: Site Medical Director & HSA

From: Utilization Management

DELIVERED JUN 2 9 2016

Date/Time: 06/28/2016 10:27:34

Subject: Inmate Name: DEAN, WILLIAM
Inmate Number: N21885
Site: TAYLORVILLE
Service:
99212   OFFICE/OUTPATIENT VISIT EST

Authorization ID: 528395193

Based upon a review of the information provided, Service is Approved.

Comments:
PATIENT W/ RECENT DX OF R RENAL MASS- LIKELY RENAL CA- RECOMMENDED FOR R NEPHRECTOMY - SITE CALLED AND REPORTED THAT UROLOGY IS REQUESTING CARDIAC CLEARANCE DUE TO PATIENT'S EXTENSIVE CARDIAC HX- PATIENT SEEN BY CARDIOLOGY FOR CLEARANCE ON 5/6/16 - SURGERY NOW SCHEDULED FOR 7/19/16 AND DR SEVERINO IS REQUESTING AN UPDATED CARDIAC CLEARANCE TO BE DONE 7-10 DAYS PRIOR TO SURGERY - APPROVED AFTER REFERRAL REVIEW -  NO IQ

From: _____
Dedicated Utilization Management

------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-8384 - Phone
412-937-9151 - Fax
WWW.WEXFORDHEALTH.COM