IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM KENT DEAN,<br><br>                Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., DR. ABDUR NAWOOR, DR. REBECCA EINWOHNER, NURSE KATHY GALVIN, and LISA MINCY,<br><br>                Defendants. | Case No. 17-CV-3112<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Tom Schanzle-Haskins |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE
ARGUMENT OR EVIDENCE ABOUT UNRELATED MEDICAL CONDITIONS**

Plaintiff William Kent Dean, pursuant to Federal Rules of Evidence 401, 402, and 403, respectfully requests this Court enter an order excluding any arguments or evidence about Mr. Dean's medical conditions which are unrelated and irrelevant to the medical conditions at issue in this case

**BACKGROUND**

This case is set for trial on December 9, 2019.  Mr. Dean has sued five defendants—two doctors, two nurses, and Wexford Health Sources, Inc.—under 42 U.S.C. § 1983 for deliberate indifference to his serious medical needs and under Illinois state law for professional negligence. *See* Dkt. 72 (3d Am. Cmplt.).

This lawsuit concerns the diagnosis and treatment of cancer.  In addition to cancer, Mr. Dean has suffered two heart attacks within the past 10 years and is afflicted with sleep apnea, significant back problems, and is confined to a wheelchair.  None of these conditions have any

relevance to his cancer diagnosis or treatment. Mr. Dean is also obese, has a pacemaker, has diabetes and a history of kidney stones. Mr. Dean concedes that these conditions likely have some relevance to his cancer diagnosis or treatment.

## **ARGUMENT**

It is appropriate to bar evidence or argument about unrelated medical conditions in a lawsuit concerning medical diagnosis and treatment. *See Abernathy v. E. Ill. R.R. Co.*, 2017 WL 4330376, at *9 (C.D. Ill. Sept. 26, 2017) (Myerscough, J.) (granting motion in limine excluding unrelated medical conditions); *Edsall v. CSX Transp.*, 2008 WL 244344, at *2 (N.D. Ind. Jan. 28, 2008) (same). Mr. Dean's past heart attacks, his sleep apnea, his back problems, and his confinement to a wheelchair are unrelated to his cancer diagnosis or treatment. Significantly, neither of Wexford's experts—Dr. Richard Kosierowski and Dr. Michael Racenstein—discuss these conditions in their expert reports. Mr. Dean's experts similarly do not discuss these conditions in their expert reports. These conditions are thus irrelevant and should be excluded for that reason. *See* Fed. R. Evid. 402.

Allowing argument or evidence on these unrelated conditions risks unfairly prejudicing Mr. Dean because it "suggest[s] a decision on an improper basis." *See Thompson v. City of Chicago*, 722 F.3d 963, 971 (7th Cir. 2013) (citing Fed. R. Evid. 403). Fully apprised of Mr. Dean's significant history of medical ailments, a jury might, for example, think Mr. Dean does not take proper care of himself and that his medical problems are his own fault or that Mr. Dean is a difficult patient to diagnose or treat because he is so sick. None of those conclusions would be appropriate or accurate. In sum, argument or evidence about Mr. Dean's medical conditions risks significant prejudice.

**CONCLUSION**

    Mr. Dean respectfully requests this Court enter an order excluding any arguments or evidence about his unrelated medical conditions.

Dated: November 20, 2019

Respectfully Submitted,

    /s/ Craig C. Martin
Craig C. Martin
Joel T. Pelz
William M. Strom
Nathaniel K.S. Wackman
Chloe E. Holt
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350
cmartin@jenner.com
jpelz@jenner.com
wstrom@jenner.com
nwackman@jenner.com
cholt@jenner.com

*Attorneys for William Kent Dean*

**CERTIFICATE OF SERVICE**

I, Nathaniel K.S. Wackman, hereby certify that on November 20, 2019, I caused the foregoing **Motion in Limine** to be served on all counsel of record listed via the Court's ECF system.

    /s/ Nathaniel K.S. Wackman
Nathaniel K.S. Wackman
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL  60654
(312) 222-9350
nwackman@jenner.com

*Attorney for William Kent Dean*