THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM KENT DEAN,<br><br>                Plaintiff,<br><br>    v.<br><br>WEXFORD HEALTH SOURCES, INC., DR. ABDUR NAWOOR, DR. REBECCA EINWOHNER, NURSE KATHY GALVIN, and LISA MINCY,<br><br>                Defendants. | Case No. 17-CV-3112<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Tom Schanzle-Haskins |

## STIPULATIONS OF FACT

1. Plaintiff is an inmate within the IDOC, whose claims arise out of Taylorville. Doc. 72, par. 6.

2. Dr. Nawoor is a physician licensed in Illinois and has been employed by Wexford as the medical director at Taylorville since December 2015. Exhibit A, deposition of Abdur Nawoor, pg. 24, 54-55, 66-67.

3. Dr. Einwohner is a physician licensed to practice medicine in Pennsylvania and Illinois. Exhibit B, deposition of Rebecca Einwohner, pg. 87-88.

4. At the relevant time, Dr. Einwohner was a telemedicine physician for Wexford. Exhibit B, deposition of Rebecca Einwohner, pg. 35.

5. Kathy Galvin is a registered nurse in Illinois. Exhibit C, deposition of Kathy Galvin, pg. 27-28.

6. Ms. Galvin was director of nursing/site manager at Taylorville at the time relevant to the Complaint. Exhibit C, deposition of Kathy Galvin, pg. 15.

7. Lisa Mincy was the Health Care Unit Administrator ("HCUA") at Taylorville from December 16, 2015, to January 15, 2017. (Deposition of Lisa Mincy, attached hereto as Exhibit 2, 14:19–15:8.)

8. Chad Christer was the medical records supervisor and was responsible for scheduling outside medical appointment. (Ex. 2, 153:20–154:22.)

9. Dr. Severino is a board certified urologist—which is surgical subspecialty focusing on the urinary tracts of men, women, and children. (Deposition of Dr. Severino, attached hereto as Exhibit 3, 6:11–21.)

Dated: November 20, 2019

Respectfully Submitted,

/s/ Craig C. Martin
Craig C. Martin
Joel T. Pelz
William M. Strom
Nathaniel K.S. Wackman
Chloe E. Holt
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350
cmartin@jenner.com
jpelz@jenner.com
wstrom@jenner.com
nwackman@jenner.com
cholt@jenner.com

*Attorneys for William Kent Dean*

/s/ Joseph N. Rupcich (with consent)
Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

*Attorney for Defendants Dr. Abdur Nawoor, Dr. Rebecca Einwohner, Kathy Galvin, and Wexford Health Sources*

/s/ Jeremy C. Tyrrell (with consent)
Clayton Ankney
Jeremy Tyrrell
Assistant Attorney Generals
500 South Second Street
Springfield IL 62701
(217) 785-4555
(217) 782-8767 (Fax)
cankney@atg.state.il.us
jtyrrell@atg.state.il.us

*Attorneys for Defendant Lisa Mincy*

3