# EXHIBIT B

# PLAINTIFF'S LIST OF POTENTIAL WITNESSES

**Case Name:** *Dean v. Wexford Health Sources, Inc. et al.* | Case No. 17-cv-3112 | Pg. 1 of 1

| Witness Name | Address (City, State) | Expert | Adverse |
|---|---|---|---|
| William Kent Dean | Taylorville, Illinois | | |
| Cynthia Sue Dean | Ottawa, Illinois | | |
| William Martin Dean | Edgewater, Florida | | |
| Dr. Abdur Nawoor | Springfield, Illinois | | X |
| Dr. Rebecca Einwohner | Pittsburgh, Pennsylvania | | X |
| Kathy Galvin | Taylorville, Illinois | | X |
| Lisa Mincy | Beardstown, Illinois | | X |
| Dr. Steven Ritz | Pittsburgh, Pennsylvania | | X |
| Dr. Roderick Matticks | Springfield, Illinois | | X |
| Nickolas Little | Cranberry Township, Pennsylvania | | X |
| Chad Christer | | | |
| Dr. William Severino | | X | |
| Dr. Perry Guaglianone | | X | |
| Dr. Bruce P. Barnett | Dedham, Massachusetts | X | |
| Dr. Nivedita Dhar | Bloomfield Hills, Michigan | X | |
| Dr. Adam Metwalli | Chevy Chase, Maryland | X | |
| Dr. Richard Kosierowski | Port Angeles, Washington | X | X |
| Dr. Michael Racenstein | Wilmette, Illinois | X | X |