E-FILED
Monday, 16 December, 2019  05:14:18 PM
Clerk, U.S. District Court, ILCD

Nurse Lisa Mincy is no longer a defendant in this case.  You should not consider any claims against Nurse Mincy.  Do not speculate on the reasons.  Your focus must be on the remaining parties.  You may consider Nurse Mincy's testimony, just as you may consider the testimony of any other witness.