# VERDICT FORM
## Dean v. Wexford Health Sources, Inc., et al., 17-cv-3112

**FILED**
**DEC 1 7 2019**
**CLERK OF THE COURT**
**U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

1. **We, the jury, find as follows on Plaintiff's Eighth Amendment claims:**

*(Place an "X" on the appropriate line for each claim.)*

|  | For Plaintiff | | For Defendant |
|---|---|---|---|
| Abdur Nawoor | X | or | |
| Rebecca Einwohner | X | or | |
| Kathy Galvin |  | or | X |
| Wexford Health Sources, Inc. | X | or | |

2. **We, the jury, find as follows on Plaintiff's professional negligence claims:**

|  | For Plaintiff | | For Defendant |
|---|---|---|---|
| Abdur Nawoor | X | or | |
| Rebecca Einwohner | X | or | |
| Kathy Galvin |  | or | X |
| Wexford Health Sources, Inc. [as principal to non-defendant agent] | X | or | |

3. **We, the jury, find as follows on Plaintiff's institutional negligence claim:**

|  | For Plaintiff | | For Defendant |
|---|---|---|---|
| Wexford Health Sources, Inc. | X | or | |

*(If you found for Plaintiff on any of his claims, fill in below the compensatory damages you award. If you found against Plaintiff on all of Plaintiff's claims, skip parts 4 and 5 because you will not award damages.)*

**4. Compensatory Damages:**

**We, the jury, award the plaintiff, William Dean, compensatory damages for the physical pain and suffering that he experienced in the amount of:**

$ 100,000.00

**We, the jury, award the plaintiff, William Dean, compensatory damages for the emotional pain and suffering that he experienced in the amount of:**

$ 500,000.00

**We, the jury, award the plaintiff, William Dean, compensatory damages for the disability and loss of normal life/diminished life expectancy that he experienced and will experience in the future in the amount of:**

$ 100,000.00

**We, the jury, award the plaintiff, William Dean, compensatory damages for the medical care and supplies that he will need in the future in the amount of:**

$ _____300,000.⁰⁰_____

*(If you found against one or more Defendants on Plaintiff's Eighth Amendment claims, in addition to any compensatory damages awarded above, you may, but are not required to, award punitive damages against that particular Defendant. If you found in favor of all Defendants on Plaintiff's Eighth Amendment claims, skip part 5 because you may not award punitive damages. You cannot award punitive damages on the negligence claims.)*

**5. Having found against a particular Defendant on Plaintiff's Eighth Amendment claim, we fix Plaintiff's punitive damages against that Defendant, if any, as follows:**

| | |
|---|---|
| Abdur Nawoor | $ 25,000.00 |
| Rebecca Einwohner | $ 12,500.00 |
| Kathy Galvin | $ 0.00 |
| Wexford Health Sources, Inc. | $ 10,000,000.00 |

**We, the jury, having reached a unanimous agreement on Plaintiff's claims, sign below.**

Date: Dec 17th, 2019

s/ Presiding Juror
Presiding Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror