Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| WILLIAM KENT DEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case Number: 17-3112 |
| | ) |
| WEXFORD HEALTH SOURCE, | ) |
| DR. ABDUR NAWOOR, UNKNOWN | ) |
| HEALTH CARE EMPLOYEES, | ) |
| DR. REBECCA EINWOHNER, | ) |
| KATHY GALVIN, and LISA MINCY, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered. Defendant Unknown Health Care Employees was dismissed and terminated on 8/16/2018. Defendant Lisa Mincy was dismissed and terminated on 12/16/2019.

☒ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered a verdict for Plaintiff again Defendants Abdur Nawoor, Rebecca Einwohner, and Wexford Health Source. The jury rendered a verdict for Defendant Kathy Galvin.

**IT IS ORDERED AND ADJUDGED** Plaintiff recovers compensatory damages in the amount of $1,000,000 from the Defendants Abdur Nawoor, Rebecca Einwohner, and Wexford Health Source, joint and severally. Plaintiff does not recover any damages from Kathy Galvin.

**IT IS FURTHER ORDERED AND ADJUDGED** Plaintiff recovers punitive damages under his Eighth Amendment claim, as follows: Abdur Nawoor in the amount of $25,000.00; Rebecca Einwohner in the amount of $12,500.00; and Wexford Health Sources, Inc. in the amount of $10,000,000.00. This action is closed.

**Dated:  December 18, 2019**

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court