E-FILED
Thursday, 09 January, 2020  10:51:21 PM
Clerk, U.S. District Court, ILCD

# Exhibit A

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM KENT DEAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WEXFORD HEALTH SOURCES, INC., DR. ABDUR NAWOOR, DR. REBECCA EINWOHNER, NURSE KATHY GALVIN, and LISA MINCY,<br><br>　　　　　　Defendants. | Case No. 17-CV-3112<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Tom Schanzle-Haskins |

### DECLARATION OF CRAIG C. MARTIN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

I, Craig C. Martin, pursuant to 28 U.S.C. § 1746, hereby declare the following:

1.　I am the Chair and a Partner at the law firm Jenner & Block LLP, located at 353 North Clark Street, Chicago, Illinois 60654-3456, and one of the counsel for the plaintiff William Kent Dean in this action. I am a member in good standing of the bar of the State of Illinois. I am admitted to practice law in the United States District Court for the Central District of Illinois and am in good standing with this Court.

2.　I submit this declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs pursuant to 42 U.S.C. § 1988.

3.　This declaration is based upon personal knowledge, review of Jenner's internal records, and discussions with Jenner attorneys.

4.     Jenner is a top law firm operating in the Chicago market, with a widely-recognized, well-earned reputation for excellence. Jenner's pro bono program is well-known, and has been recognized ten times by *The American Lawyer* as the number one pro bono program in the country.

5.     I was appointed to represent Plaintiff William Kent Dean in this matter on May 19, 2017. I accepted this appointment, and along with other attorneys from my firm, represented Mr. Dean as part of my firm's pro bono program. Although Mr. Dean is a pro bono client, throughout our participation in this matter, we have represented him as vigorously as we would represent our other clients.

6.     The core team of Jenner attorneys working on Mr. Dean's case consisted of myself, Joel T. Pelz, William M. Strom, Nathaniel K.S. Wackman, and Chloe E. Holt. We received assistance at various times from others at Jenner, including staff associate Alexander N. Ghantous and summer associate Jeremy Sawyer.

7.     Some biographical information about the core team follows below. More can be found on our firm's website.

*Craig C. Martin*

8.     I graduated from the University of Notre Dame in 1985, and Harvard Law School in 1988. I joined Jenner & Block in 1989, was an associate at the firm until the end of 1995, and became a Partner on January 1, 1996. Beginning in about 1999, and continuing until the mid-2000s, I was the Chair of the Jenner & Block Hiring Committee. Beginning in 2000, I served on the firm's Management Committee until the mid-2000s, and since then have served on the firm's Policy Committee, which is responsible for the governance of the firm, among other things. I served as the Co-Chair and then Chair of Jenner & Block's Litigation Department for more than a decade (from about 2006 to 2018), and I am currently the Chair of Jenner & Block.

9. I regularly represent clients as lead counsel in trials in state and federal courts. I have tried several Section 1983 cases, including a case before this Court in 2017, as well as a number of significant matters for large public companies. My practice includes matters of economical and reputational significance for Fortune 500 companies, including matters involving antitrust, patents, contracts, securities fraud, class action litigation, trade secrets litigation, ERISA litigation, environmental litigation, and insurance litigation, among other things. In the past few years, I have tried a number of jury trials in cases that involved claims in the hundreds of millions of dollars. Recently, in August 2019, I was featured in The National Law Journal's "Masters of the Courtroom Winning Litigators" special report honoring trial lawyers for their victories in high-stakes matters after leading a team of Jenner attorneys in a jury trial in New York federal court to a $120 million outcome. I also teach Advanced Trial Advocacy at Harvard Law School. My hourly rate was $1,350 in 2019, and $1,300 in 2018.

*Joel T. Pelz*

10. My colleague Mr. Pelz graduated from Harvard Law School in 1980. Mr. Pelz has long been a partner at Jenner, and has extensive experience in high-profile and high-stakes litigation matters, especially those involving reinsurance, insurance, bankruptcy litigation, commercial contracts, and governmental authority (redistricting) issues. He has served as lead counsel in numerous bench and jury trials in both state and federal courts, including five pro bono murder trials, and has been named an *Illinois Super Lawyer* in business litigation every year since 2009. Mr. Pelz's hourly rate was $950 in 2019.

*William M. Strom*

11. My colleague Mr. Strom graduated *cum laude* and Order of the Coif from Northwestern University School of Law in 2013. At Northwestern, Mr. Strom served as Colloquy

3

Editor for the Northwestern University Law Review. After graduating from law school, Mr. Strom worked as a Law Fellow in the Children and Families Practice Group at LAF (now Legal Aid Chicago), and then served as a law clerk to the Honorable Sue E. Myerscough of the United States District Court for the Central District of Illinois. After his clerkship, Mr. Strom joined Jenner & Block where he is currently an associate in the Professional Responsibility practice group. He is admitted to the Central District of Illinois and to the Trial Bar of the Northern District of Illinois. Mr. Strom has experience representing clients in multimillion-dollar insurance disputes, putative class-action and derivative suits, and legal malpractice actions. He additionally maintains a robust pro bono practice, with a focus on civil rights litigation and defending the rights of people who are currently incarcerated. Mr. Strom's hourly rate was $725 in 2019, $675 in 2018, and $565 in 2017.

*Nathaniel K.S. Wackman*

12. My colleague Mr. Wackman graduated *summa cum laude* and Order of the Coif from University of Illinois College of Law in 2015. After graduating from law school, Mr. Wackman served as a law clerk to the Honorable Edith H. Jones of the United States Court of Appeals for the Fifth Circuit. He then joined Jenner & Block, where he has been the lead author on dispositive motion briefing in state and federal trial courts and has argued a motion to dismiss in the Cook County Circuit Court. Mr. Wackman has additionally served as first chair for an evidentiary hearing in the Cook County Circuit Court, and has brief and argued an appeal before the United States Court of Appeals for the Seventh Circuit. He is admitted in the Central District of Illinois, the Northern District of Illinois, the Fifth Circuit, and the Seventh Circuit. Mr. Wackman's hourly rate was $675 in 2019, $605 in 2018, and $510 in 2017.

*Chloe E. Holt*

13.     My colleague Ms. Holt graduated from Harvard Law School in 2018.  At Harvard, she served as Managing Editor of the *Harvard Negotiation Law Review*, and was a student in the Capital Punishment Clinic and the MacArthur Justice Center's Criminal Justice Appellate Clinic.  Ms. Holt worked at Jenner as a summer associate in 2017, and joined the firm as an associate in November 2018 after serving as a Law Fellow at the MacArthur Justice Center.  Since joining Jenner, Ms. Holt secured a Tenth Circuit appellate victory in a case involving prisoners' rights issues, successfully defended clients in consumer arbitrations, and won a preliminary injunction for a client in another prisoner civil rights case involving deficient medical care.  Ms. Holt has additional experience in defending clients in high-stakes matters.  She is admitted to the Central District of Illinois, the Northern District of Illinois, the Seventh Circuit, and the Tenth Circuit.  Ms. Holt's hourly rate was $475 in 2019, $465 in 2018, and $350 in 2017.

14.     The professional qualifications and experience of my colleagues further supports Mr. Dean's request for attorneys' fees and costs.  For the reasons set forth above, in the Motion, and in the Declarations of Joel T. Pelz and Chloe E. Holt filed contemporaneously herewith, Mr. Dean respectfully requests an award of $1,104,035 for attorneys' fees and $77,319.23 for costs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 9, 2020                                                                         */s/ Craig C. Martin*

5