IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM KENT DEAN, <br><br> Plaintiff, <br><br> v. <br><br> WEXFORD HEALTH SOURCES, INC., DR. ABDUR NAWOOR, DR. REBECCA EINWOHNER, NURSE KATHY GALVIN, and LISA MINCY, <br><br> Defendants. | Case No. 17-CV-3112 <br><br> Judge Sue E. Myerscough <br><br> Magistrate Judge Tom Schanzle-Haskins |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of a Citation to Discover Assets and a Notice of Citation to Discover Assets was served upon Dr. Rebecca Einwohner, c/o Joseph N. Rupcich, 111 N. 6th St., Suite 200 Springfield, IL 62701, via hand delivery and email to counsel on January 24, 2020.

Dated: January 31, 2020

Respectfully Submitted,

/s/ Craig C. Martin
Craig C. Martin
Joel T. Pelz
William M. Strom
Nathaniel K.S. Wackman
Chloe E. Holt
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL  60654
(312) 222-9350
cmartin@jenner.com
jpelz@jenner.com
wstrom@jenner.com
nwackman@jenner.com
cholt@jenner.com

*Attorneys for William Kent Dean*

**CERTIFICATE OF SERVICE**

I, William M. Strom, hereby certify that I caused a copy of **Notice of Service** to be served on all counsel of record via the Court's ECF system on January 31, 2020.

    /s/ William M. Strom
William M. Strom
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350
nwackman@jenner.com

*Attorney for William Kent Dean*