E-FILED
Friday, 31 January, 2020  11:31:53 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| WILLIAM KENT DEAN, | |
| Plaintiff, | |
| v. | Case No. 17-CV-3112 |
| WEXFORD HEALTH SOURCES, INC., DR. ABDUR NAWOOR, DR. REBECCA EINWOHNER, NURSE KATHY GALVIN, and LISA MINCY, | Judge Sue E. Myerscough |
| | Magistrate Judge Tom Schanzle-Haskins |
| Defendants. | |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of a Citation to Discover Assets and Notice of Citation to Discover Assets was served upon Wexford Health Sources, Inc., c/o Joseph N. Rupcich, 111 North Sixth St, 2nd Floor Springfield, IL 61701, via hand delivery and email to counsel on January 24, 2020.

Dated:  January 31, 2020

Respectfully Submitted,

_____/s/ Craig C. Martin_____
Craig C. Martin
Joel T. Pelz
William M. Strom
Nathaniel K.S. Wackman
Chloe E. Holt
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL  60654
(312) 222-9350
cmartin@jenner.com
jpelz@jenner.com
wstrom@jenner.com
nwackman@jenner.com
cholt@jenner.com

*Attorneys for William Kent Dean*

## **CERTIFICATE OF SERVICE**

I, William M. Strom, hereby certify that I caused a copy of **Notice of Service** to be served

on all counsel of record via the Court's ECF system on January 31, 2020.

    /s/ William M. Strom
William M. Strom
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL  60654
(312) 222-9350
nwackman@jenner.com

*Attorney for William Kent Dean*