UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **WILLIAM KEN DEAN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )    Case Number: 17-3112 |
| | ) |
| **WEXFORD HEALTH SOURCES, INC.,** | ) |
| **DR. ABDUR NAWOOR, UNKNOWN** | ) |
| **HEALTH CARE EMPLOYEES,** | ) |
| **DR. REBECCA EINWOHNER,** | ) |
| **KATHY GALVIN, and LISA MINCY.** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.   Defendant Unknown Health Care Employees was dismissed and terminated on 8/16/2018.   Defendant Lisa Mincy was dismissed and terminated on 12/16/2019.

☒ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict for Plaintiff against Defendants Abdur Nawoor, Rebecca Einwohner, and Wexford Health Sources, Inc.   The jury rendered a verdict for Defendant Kathy Galvin.

**IT IS ORDERED AND ADJUDGED** that Plaintiff recovers compensatory damages in the amount of $1,000,000.00 from the Defendants Abdur Nawoor, Rebecca Einwohner, and Wexford Health Source, joint and severally.   Plaintiff does not recover any damages from Kathy Galvin.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff recovers punitive damages under his Eighth Amendment claim, as follows:   Abdur Nawoor in the amount of $25,000.00; Rebecca Einwohner in the amount of $12,500.00; and Wexford Health Sources, Inc. in the amount of $7,000,000.00.

**IT IS FURTHER ORDERED AND ADJUDGED** that attorneys' fees are awarded in the amount of $602,786.25.   Nontaxable expenses are awarded in the amount of $31,077.53.   The total amount awarded pursuant to 42 U.S.C. § 1988 is $633,863.78.   Costs are awarded to Plaintiff in the amount of $33,337.67.

**Dated: 9/28/2020**

                                                                                           s/ Shig Yasunaga
                                                                                           Shig Yasunaga
                                                                                           Clerk, U.S. District Court

Approved:    s/ Sue E. Myerscough
                     Sue E. Myerscough
                     U.S. District Judge