## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM KENT DEAN,<br><br>                Plaintiff,<br><br>   v.<br><br>WEXFORD HEALTH SOURCES, INC., DR. ABDUR NAWOOR, and DR. REBECCA EINWOHNER,<br><br>                Defendants. | No. 17-CV-3112<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Tom Schanzle-Haskins |

## **DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants, Wexford Health Sources, Inc. ("Wexford"), Dr. Abdur Nawoor ("Dr. Nawoor"), and Dr. Rebecca Einwohner ("Dr. Einwohner") (collectively, "Defendants"), by and through their attorneys, Taft Stettinius & Hollister LLP, hereby appeal to the United States Court of Appeals for the Seventh Circuit from: (1) the December 18, 2019 judgment entered against the Defendants; (2) the district court's September 28, 2020 order denying the Defendants' post-trial motion; and (3) the September 28, 2020 amended judgment entered against the Defendants.

Dated:  October 21, 2020

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.,
DR. ABDUR NAWOOR, and DR. REBECCA EINWOHNER,
*Defendants-Appellants*,

By:      *s/ J. Timothy Eaton*
            One of Their Attorneys

J. Timothy Eaton - jeaton@taftlaw.com
Elizabeth E. Babbitt - ebabbitt@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, Illinois 60601
(312) 527-4000

28013517v3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 21, 2020, I electronically filed the foregoing ***Defendants' Notice of Appeal*** with the Clerk of the Court using the CM/ECF system.

The electronic case filing system sent a "Notice of E-Filing" to the following:

Jeremy Tyrrell
jtyrrell@atg.state.il.us
Illinois Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-9040
(217) 524-5091 (fax)

Joseph N. Rupcich
jrupcich@cassiday.com
Cassiday Schade LLP
111 North Sixth Street, 2nd Floor
Springfield, Illinois  62701

Craig C. Martin, Esq.
cmartin@willkie.com
Willkie Farr & Gallagher LLP
300 North LaSalle Street, Suite 500
Chicago, Illinois  60654
(312) 728-9000

*/s/ J. Timothy Eaton*

28077278v1