# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM KENT DEAN, | |
| Plaintiff, | |
| v. | Case No. 17-CV-3112 |
| WEXFORD HEALTH SOURCES, INC., DR. ABDUR NAWOOR, DR. REBECCA EINWOHNER, NURSE KATHY GALVIN, and LISA MINCY, | Judge Sue E. Myerscough |
| | Magistrate Judge Tom Schanzle-Haskins |
| Defendants. | |

## PLAINTIFF'S NOTICE OF CROSS-APPEAL

Notice is hereby given that Plaintiff William Kent Dean, by and through his counsel, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this matter (Dkt. 254) on September 28, 2020, and all orders merged into that final judgment.

Dated: November 2, 2020						Respectfully submitted,


								/s/ *Craig C. Martin*
								Craig C. Martin (Counsel of Record)
								Chloe E. Holt
								WILLKIE FARR & GALLAGHER LLP
								300 N. LaSalle Street, Suite 5000
								Chicago, IL  60654-3456
								(312) 728-9000
								cmartin@willkie.com
								cholt@willkie.com

								Joel T. Pelz
								JENNER & BLOCK LLP
								353 N. Clark Street
								Chicago, IL  60654-3456
								(312) 222-9350
								jpelz@jenner.com

								William S. Strom
								PALMERSHEIM & MATHEW LLP
								401 N. Franklin Street, Suite 4S
								Chicago, IL 60654
								(312) 319-1791
								wms@thepmlawfirm.com

								*Attorneys for Plaintiff William Kent Dean*

## **CERTIFICATE OF SERVICE**

I, Chloe E. Holt, an attorney, certify that on November 2, 2020, I caused the foregoing **Plaintiff's Notice of Cross-Appeal** to be served on all counsel of record listed via the Court's ECF system.

    /s/ *Chloe E. Holt*
*An attorney for Plaintiff William Kent Dean*