IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM KENT DEAN,<br><br>    Plaintiff,<br><br>  v.<br><br>WEXFORD HEALTH SOURCES, INC., DR. ABDUR NAWOOR, and DR. REBECCA EINWOHNER,<br><br>    Defendants. | No. 17-CV-3112<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Tom Schanzle-Haskins |

**DEFENDANTS' MOTION TO SUPPLEMENT THE RECORD ON APPEAL
PURSUANT TO FED. R. APP. P. 10(e)**

Defendants, Wexford Health Sources, Inc., Dr. Abdur Nawoor, and Dr. Rebecca Einwohner, by and through their undersigned attorneys, in support of their Motion to Supplement the Record on Appeal pursuant to Fed. R. App. P. 10(e), state as follows:

1.    This matter is currently pending on appeal before the Seventh Circuit and involves an appeal from: (1) the December 18, 2019 judgment entered against the Defendants; (2) the district court's September 28, 2020 order denying the Defendants' post-trial motion; and (3) the September 28, 2020 amended judgment entered against the Defendants.

2.    Counsel for Defendants have examined the record on appeal and have identified that it is missing the following documents, all of which were part of this case, pertinent to the appeal, and considered by the jury and/or the District Court in reaching the merits of the case and the entry of judgment. Specifically, the Record is missing the following filings that are attached hereto:

| Exhibit A | 12/02/19 | Transcript of the Final Pretrial Conference |
|---|---|---|
| Exhibit B | 12/09/19 | Transcript of the Defendants' Opening Statement |

| Exhibit C | 12/11/19 | Transcript of Plaintiff's Direct Examination of Dr. Abdur Nawoor |
|---|---|---|
| Exhibit D | 12/12/19 | Transcript of Plaintiff's Direct Examination of Dr. Rebecca Einwohner |
| Exhibit E | 12/16/19 | Transcript of Video Deposition of Perry Guaglianone |
| Exhibit F | 12/17/19 | Jury Verdict |
| Exhibit G | | Plaintiff's Trial Exhibit No. 193 (October 2018 *Statement Summary Report Including Review of Statewide Leaders and Overview of Major Services* prepared by Court-Appointed Expert Mike Puisis, DO in the matter of *Lippert v. Godinez*) |
| Exhibit H | | Plaintiff's Trial Exhibit No. 194 (December 2014 *Final Report of the Court Appointed Expert* prepared by Court-Appointed Expert Ron Shansky, MD in the matter of *Lippert v. Godinez*) |
| Exhibit I | 12/17/19 | Plaintiff's Demonstrative Slides Presented to the Jury During Closing Argument and Pertaining to Plaintiff's Trial Exhibits Nos. 193 and 194 |

3. Accordingly, the Defendants respectfully request leave to supplement the Record so that the issues raised in their appeal can be fully and fairly considered.

WHEREFORE, Defendants respectfully request that this Court enter an order that the record on appeal be supplemented with the exhibits and transcripts identified in this motion, and that the Clerk for the United States District Court for the Central District of Illinois, Springfield Division, prepare the documents in the form required for transmission to the Seventh Circuit.

Dated: November 30, 2020

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC.,
DR. ABDUR NAWOOR, and DR.
REBECCA EINWOHNER

By: *s/ J. Timothy Eaton*
      One of Their Attorneys

J. Timothy Eaton
jeaton@taftlaw.com
Elizabeth E. Babbitt
ebabbitt@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, Illinois 60601
(312) 527-4000

28273061v4

## CERTIFICATE OF SERVICE

I, J. Timothy Eaton, an attorney, certify that on November 30, 2020, I caused the foregoing **Defendants' Motion to Supplement the Record on Appeal pursuant to Fed. R. App. P. 10(e)** and the exhibits attached hereto to be served on all counsel of record listed via the Court's ECF system.

/s/ *J. Timothy Eaton*
J. Timothy Eaton
Taft Stettinius & Hollister LLP
111 E. Wacker Dr., Suite 2800
Chicago, IL 60601
(312) 836-4071
teaton@taftlaw.com

*Attorney for Defendants*

28273061v4