E-FILED
Monday, 30 November, 2020  06:53:47 PM
Clerk, U.S. District Court, ILCD

# Exhibit F

1

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF ILLINOIS
 2                   SPRINGFIELD DIVISION
    WILLIAM KENT DEAN,          )
 3                              )
             PLAINTIFF,         )
 4                              ) CASE NO. 17-CV-3112
          VS.                   )
 5                              )
    WEXFORD HEALTH SOURCES,      )
 6  INC, DR. ABDUR NAWOOR, DR.  ) SPRINGFIELD, ILLINOIS
    REBECCA EINWOHNER, NURSE    )
 7  KATHY GALVIN, AND LISA      )
    MINCY,                      )
 8                              )
             DEFENDANTS.        )
 9
                 EXCERPT OF PROCEEDINGS
10       BEFORE THE HONORABLE SUE E. MYERSCOUGH
                UNITED STATES DISTRICT JUDGE
11
    DECEMBER 17, 2019
12
    A P P E A R A N C E S:
13
      FOR THE PLAINTIFF:    CRAIG CHRISTOPHER MARTIN
14                          JOEL T. PELZ
                            WILLIAM STROM
15                          CHLOE E. HOLT
                            NATHANIEL WACKMAN
16                          JENNER & BLOCK
                            353 N. CLARK ST.
17                          CHICAGO, ILLINOIS

18      FOR DEFENDANTS      JOSEPH N. RUPCICH
        WEXFORD, NAWOOR,    ALEXANDRA RICE
19      EINWOHNER, GALVIN:  CASSIDAY SCHADE
                            111 NORTH 6TH STREET
20                          SPRINGFIELD, ILLINOIS

21

22

23  COURT REPORTER:        KATHY J. SULLIVAN, CSR, RPR, CRR
                            COURT REPORTER
24                          600 E. MONROE
                            SPRINGFIELD, ILLINOIS
25                          (217)492-4810
```

2

```
 1                    I N D E X

 2    WITNESS              DIRECT   CROSS   REDIRECT  RECROSS

 3

 4

 5

 6

 7

 8

 9

10                  E X H I B I T S

11    GOVERNMENT'S EXHIBIT
      NUMBER                    IDENTIFIED   ADMITTED
12

13

14

15

16

17    DEFENDANT'S EXHIBIT
      NUMBER                    IDENTIFIED   ADMITTED
18

19

20

21

22

23

24

25
```

```
1              P R O FC E E D I N G S

2      *    *    *    *    *    *    *    *    *    *    *

3         (Prior proceedings were reported but not

4         transcribed in this excerpt.)

5              THE COURT:  Please bring the jury.

6         Court is reconvened.  Is Dr. Nawoor not coming

7    back?

8              MR. RUPCICH:  He's not here.

9              THE COURT:  That doesn't answer my

10   question.

11             MR. RUPCICH:  He is not coming.

12             THE COURT:  He's been notified?

13             MR. RUPCICH:  Yeah.

14        (The jury entered the courtroom.)

15             THE COURT:  If you will please give the

16   jury verdict to Jeff, our Court Security Officer, I

17   will read the verdict to the courtroom.

18        Number one, we, the jury, find as follows on

19   Plaintiff's Eighth Amendment claims for plaintiff as

20   to Nawoor, Einwohner, and Wexford.  For Defendant

21   Galvin.

22        We, the jury, find as follows on plaintiff's

23   professional negligence claims, for plaintiff on

24   Nawoor, Einwohner, and Wexford.  For defendant for

25   Galvin.
```

1        Three.  We, the jury, find as follows on

2   plaintiff's institutional negligence claim for

3   plaintiff as to Wexford.

4        Compensatory damages, number 4, $100,000.

5        We, the jury, award plaintiff compensatory for

6   emotional pain and suffering $500,000.

7        For compensatory for disability and loss of

8   normal life, $100,000.

9        Compensatory for medical care, $300,000.

10       Having found against a particular defendant as

11  to punitives.  Nawoor, $25,000.  Einwohner, $12,500.

12  Kathy Galvin, zero.  Wexford Health Services,

13  $10 million.

14       We, the jury, having reached a unanimous

15  verdict dated December 17, 2019, signed by presiding

16  juror and the rest of the jury.

17       Do you wish me to poll the jury?

18            MR. MARTIN:  Plaintiff does not, Your

19  Honor.

20            MR. RUPCICH:  Yes, please.

21            THE COURT:  Is this your verdict?

22       I'm going to ask each of you.  I have to get it

23  ton the record individual.

24       Is this your verdict?

25            JUROR NUMBER 70:  Yes.

1      JUROR NUMBER 32:  Yes.

2      JUROR NUMBER 44:  Yes.

3      JUROR NUMBER 39:  Yes.

4      JUROR NUMBER 99:  Yes.

5      JUROR NUMBER 42:  Yes.

6      JUROR NUMBER 74:  Yes.

7      JUROR NUMBER 31:  Yes.

8      THE COURT:  Thank you very much.  I

9  appreciate the amount of time that you've given to

10  us for this verdict.

11      If you would like, I can come back and answer

12  questions for you.  You can talk to the lawyers now.

13      I know it's late and I know you're all

14  interested in getting home.  I'll just step back.

15  You're excused now.  You will not be called back to

16  jury duty in the next three years?  Two years?  They

17  have changed how we do the rolls.

18      So if you should get a call, simply say you

19  served on this date.  All right?

20      Does anyone wish to say anything else?

21      MR. MARTIN:  No.  We thank you for your

22  service.

23      THE COURT:  Thank you very much.  And I'll

24  stop back to speak with you for a moment.

25      Judgment is entered on the verdicts.  Court is

1    adjourned.

2        (Court was adjourned in this case.)

3

4    I, KATHY J. SULLIVAN, CSR, RPR, CRR, Official Court

5    Reporter, certify that the foregoing is a correct

6    transcript from the record of proceedings in the

7    above-entitled matter.

8

9

10

11

12                    This transcript contains the

13                    digital signature of:

14

15                    Kathy J. Sullivan, CSR, RPR, CRR

16                    License #084-002768

17

18

19

20

21

22

23

24

25