IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM KENT DEAN,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., DR. ABDUR NAWOOR, and DR. REBECCA EINWOHNER,<br><br>Defendants. | No. 17-CV-3112<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Tom Schanzle-Haskins |

**DEFENDANTS' UNOPPOSED MOTION
TO SUPPLEMENT THE RECORD ON APPEAL PURSUANT TO FED. R. APP. P. 10(e)**

Defendants, Wexford Health Sources, Inc., Dr. Abdur Nawoor, and Dr. Rebecca Einwohner, by and through their undersigned attorneys, in support of their Motion to Supplement the Record on Appeal pursuant to Fed. R. App. P. 10(e), state as follows:

1.  This matter is currently pending on appeal before the Seventh Circuit and involves an appeal from: (1) the December 18, 2019 judgment entered against the Defendants; (2) the district court's September 28, 2020 order denying the Defendants' post-trial motion; and (3) the September 28, 2020 amended judgment entered against the Defendants.

2.  Counsel for Defendants have examined the record on appeal and have identified that Plaintiff's Exhibit 137, which was admitted into evidence at trial by Plaintiff without objection by Defendants (Dkt. 200 at 155), was not included on the case's docket. Plaintiff's Exhibit 137 is the contract between Wexford and the Illinois Department of Corrections, and is material to issues presented in the ongoing appeal. A copy of Plaintiff's Exhibit 137 is attached hereto as <u>Exhibit A</u>.

3. Accordingly, Defendants respectfully request leave to supplement the Record with Plaintiff's Exhibit 137 so that the issues raised in their appeal can be fully and fairly considered.

4. Counsel for Defendants consulted with Counsel for Plaintiff prior to the filing of this Motion, and Plaintiff has no objection to this request.

WHEREFORE, Defendants respectfully request that this Court enter an order that the record on appeal be supplemented to include in the record Plaintiff's Exhibit 137, and that the Clerk for the United States District Court for the Central District of Illinois, Springfield Division, prepare the documents in the form required for transmission to the Seventh Circuit.

Dated: March 18, 2021

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC., DR. ABDUR NAWOOR, and DR. REBECCA EINWOHNER

By: *s/ J. Timothy Eaton*
     One of Their Attorneys

J. Timothy Eaton
jeaton@taftlaw.com
Elizabeth E. Babbitt
ebabbitt@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2800
Chicago, Illinois 60601
(312) 527-4000

29068201v2

## CERTIFICATE OF SERVICE

I, J. Timothy Eaton, an attorney, certify that on March 18, 2021, I caused the foregoing **Defendants' Motion to Supplement the Record on Appeal pursuant to Fed. R. App. P. 10(e)** and the exhibit attached hereto to be served on all counsel of record listed via the Court's ECF system.

/s/ *J. Timothy Eaton*
J. Timothy Eaton
Taft Stettinius & Hollister LLP
111 E. Wacker Dr., Suite 2800
Chicago, IL 60601
(312) 836-4071
teaton@taftlaw.com

*Attorney for Defendants*

29068201v2