E-FILED
Monday, 18 April, 2022 10:57:07 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| WILLIAM KENT DEAN,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., *et al*.,<br><br>Defendants. | Case No. 17-cv-03112<br><br>Judge James E. Shadid |

**NOTICE OF DEATH**

Undersigned counsel of record for Plaintiff William Kent Dean notes the death during the pendency of this action of Plaintiff William Kent Dean. Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel will file a motion for substitution within 90 days of the service of this statement to request substitution of the proper party.

Dated: April 18, 2022

Respectfully submitted,

*/s/ Craig C. Martin*

Craig C. Martin
Skyler J. Silvertrust
Chloe E. Holt
Elizabeth P. Astrup
WILLKIE FARR & GALLAGHER LLP
300 N. La Salle St., Suite 5000
Chicago, IL 60654
(312) 728-9000
cmartin@willkie.com
ssilvertrust@willkie.com
cholt@willkie.com
eastrup@willkie.com

Joel T. Pelz
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350
jpelz@jenner.com

William M. Strom
PALMERSHEIM & MATHEW LLP
401 N. Franklin St., Suite 4S
Chicago, IL 60654
(312) 319-1791
wms@thepmlawfirm.com

*Attorneys for Plaintiff William Kent Dean*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 18, 2022, the foregoing document entitled **NOTICE OF DEATH** was served on all counsel of record listed via the Court's CM/ECF system.

*/s/ Skyler J. Silvertrust*
Skyler J. Silvertrust
WILLKIE FARR & GALLAGHER LLP
300 N. La Salle St., Suite 5000
Chicago, IL 60654
ssilvertrust@willkie.com