# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Cynthia S. Dean,
*Independent Executor of the Estate of William Kent Dean* )
*Plaintiff* )
v. )
Wexford Health Source, Dr. Abdur Nawoor, Dr. Rebecca Einwohner )
*Defendant* )

Civil Action No. 17-CV-3112

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Cynthia S. Dean, *Independent Executor of the Estate of William Kent Dean* recover from the defendant *(name)* Wexford Health Source, Dr. Abdur Nawoor, Dr. Rebecca Einwohner the amount of One Hundred Fifty Five Thousand and One Hundred dollars ($ 155,100.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge James E. Shadid presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 8/22/2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk