# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

## EXHIBIT AND WITNESS LIST

Cynthia Dean  V.  Wexford Health Source, et al

Case Number: 17-CV-3112

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| James E. Shadid | C. Martin/S. Silvertrust/J. Pelz/C. Holt/E. Astrup/J. Salinger/K. Wales | J. Rupcich/J. Syrcle |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 8/12/2024 - 8/20/2024 | J. Johnson | J. Sullivan |

| Obj or no | PLF. EX NO. | DEF. EX NO. | DATE OFFERED | JOINT EX NO. | MARKED Y/N | ADMITTED Y/N | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|---|
| | | | 8/12/24 | | | | *Deposition of W. Dean read by Edward Urish |
| No | 1 | | 8/12/24 | | X | X | W. Dean's 2014 Monthly Planner |
| No | 2 | | 8/12/24 | | X | X | W. Dean's 2015 Monthly Planner |
| No | 3 | | 8/12/24 | | X | X | W. Dean's 2016 Monthly Planner |
| No | 5 | | 8/12/24 | | X | X | W. Dean's Illinois Department of Corrections Grievance 5/16/2016 |
| No | 4 | | 8/12/24 | | X | X | W. Dean's 2017 Monthly Planner |
| No | 57 | | 8/12/24 | | X | X | Illinois Department of Public Health Uniform Do-Not-Resuscitate Advance Directive for W. Dean |
| | | | 8/13/24 | | | | *Deposition of W. Dean read by Edward Urish |
| | | | 8/13/24 | | | | *Deposition of Dr. Nivedita Dhar read by attorney Kennon Wales |
| | | | 8/13/24 | | | | *William Dean |
| | | | 8/13/24 | | | | *Deposition of Dr. Rebecca Einwohner read by Sophia Goebel & prior video depositon played in open court. |
| No | 61 | | 8/13/24 | | X | X | Dr. Einwohner Records |
| No | 45 | | 8/13/24 | | X | X | Taylorville Memorial Hospital Radiology Report |
| | | | 8/14/24 | | | | *Cynthia Dean |
| No | 704 | | 8/14/24 | | X | X | Photographs of William K. Dean |
| No | 413 | | 8/14/24 | | X | X | Cancer Center Records for W. Dean |
| | | | 8/14/24 | | | | *Deposition of Dr. Abdur Nawoor read by Joseph Mario Buccilli |
| No | 46 | | 8/14/24 | | X | X | Wexford Health Sources Application of Employment for Dr. Nawoor |
| No | 56 | | 8/14/24 | | X | X | Wexford Health Sources Memo re Compliance with IDOC Policies, Procedures, Ads, Ids, Drs for Dr. Nawoor |
| No | 66 | | 8/14/24 | | X | X | Medical Special Services Referral and Report for W. Dean |
| No | 84 | | 8/14/24 | | X | X | Illinois Department of Correction Offender Outpatient Progress Notes of William Dean |
| No | 93 | | 8/14/24 | | X | X | Letter from Utilization Management to Site Medical Director re William Dean authorization of services |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

### EXHIBIT AND WITNESS LIST

Cynthia Dean V. Wexford Health Source, et al

Case Number: 17-CV-3112

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| James E. Shadid | | | C. Martin/S. Silvertrust/J. Pelz/C. Holt/E. Astrup/J. Salinger/K. Wales | | | J. Rupcich/J. Syrcle |
| TRIAL DATE (S) | | | COURT REPORTER | | | COURTROOM DEPUTY |
| 8/12/2024 - 8/20/2024 | | | J. Johnson | | | J. Sullivan |

| Obj or no | PLF. EX NO. | DEF. EX NO. | DATE OFFERED | JOINT EX NO. | MARKED Y/N | ADMITTED Y/N | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|---|
| No | 96 | | 8/14/24 | | X | X | Non-Formulary Drug Request |
| No | 114 | | 8/14/24 | | X | X | Letter from Utilization Management to Site Medical Director re William Dean authorization of services |
| No | 157 | | 8/14/24 | | X | X | Utilization Management Notes |
| No | 164 | | 8/14/24 | | X | X | Renal Teleclinic Orders - Taylorville CC |
| No | 166 | | 8/14/24 | | X | X | Illinois Department of Corrections Offender Outpatient Progress Notes |
| No | 168 | | 8/14/24 | | X | X | Email from L. Mincy to C. Hobrock re Dean N21885 |
| No | 180 | | 8/14/24 | | X | X | Email from L. Mincy to S. Cates, et al. re Scanned from a Xerox Multifunction Printer - attaching Incident Report |
| No | 181 | | 8/14/24 | | X | X | Medical Special Services Referral and Report for W. Dean |
| No | 186 | | 8/14/24 | | X | X | Utilization Management Note |
| No | 190 | | 8/14/24 | | X | X | Wexford Health Sources Medical Guidelines for Region: Illinois |
| No | 375 | | 8/14/24 | | X | X | Memo from Utilization Management to Site Medical Director & HSA re Postop Follow-up Visit |
| No | 376 | | 8/14/24 | | X | X | Illinois Department of Corrections Offender Outpatient Progress Notes |
| No | 377 | | 8/14/24 | | X | X | Illinois Department of Corrections Offender Outpatient Progress Notes |
| No | 382 | | 8/14/24 | | X | X | Memo from Utilization Management to Site Medical Director & HSA re Office/Outpatient Visit Est |
| No | 384 | | 8/14/24 | | X | X | Memo from Utilization Management to Site Medical Director & HSA re Needle Biopsy of Liver and Echo Guide for Biopsy |
| No | 385 | | 8/14/24 | | X | X | Memo from Utilization Management to Site Medical Director & HSA |
| No | 388 | | 8/14/24 | | X | X | Offender Outpatient Progress Notes |
| No | 389 | | 8/14/24 | | X | X | Offender Outpatient Progress Notes |
| No | 395 | | 8/14/24 | | X | X | Email from L. Mincy to R. Matticks re Problems |
| No | 402 | | 8/14/24 | | X | X | Medical Special Services Referral and Report for W. Dean |
| No | 404 | | 8/14/24 | | X | X | Email from N. Fisher to B. Adams, et al. re Votrient Dean N21885 Taylorville |
| No | 405 | | 8/14/24 | | X | X | Email from H. Feinstein to M. Marrone, et al. re Votrient Dean N21885 Taylorville |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

CENTRAL    DISTRICT OF    ILLINOIS

### EXHIBIT AND WITNESS LIST

Cynthia Dean  V.  Wexford Health Source, et al

Case Number: 17-CV-3112

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|---|
| James E. Shadid | | | | C. Martin/S. Silvertrust/J. Pelz/C. Holt/E. Astrup/J. Salinger/K. Wales | | | J. Rupcich/J. Syrcle |
| TRIAL DATE (S) | | | | COURT REPORTER | | | COURTROOM DEPUTY |
| 8/12/2024 - 8/20/2024 | | | | J. Johnson | | | J. Sullivan |

| Obj or no | PLF. EX NO. | DEF. EX NO. | DATE OFFERED | JOINT EX NO. | MARKED Y/N | ADMITTED Y/N | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|---|
| No | 406 | | 8/14/24 | | X | X | Email from S. Ritz to B. Adams re Votrient Dean N21885 Taylorville |
| | | | 8/15/24 | | | | *Dr. Abdur Nawoor |
| Obj | | 1 | 8/15/24 | | X | X | Mr. Dean's IDOC Medical Records (1-2066) |
| | | | 8/15/24 | | | | *Dr. Adam Metwalli |
| | 746 | | 8/15/24 | | | | Summary Slide Deck of Dr. Metwalli Opinions and Analysis (Demonstrative) **Did not go to jury room** |
| Obj | 500 | | 8/15/24 | | X | X | Fed. R. Evid. 1006 Summary of Post-Trial Medical Expenses |
| | | | 8/16/24 | | | | *Deposition of Dr. Michael Racenstein read by Attorney Joy Syrcle |
| | | | 8/16/24 | | | | *Dr. Joel DeCastro |
| No | | 2 | 8/16/24 | | X | X | Springfield Clinic Medical Records |
| | | | 8/19/24 | | | | *Dr. Adam Metwalli |
| | | | 8/19/24 | | | | *Dr. Stephen Ritz |
| No | | 24 | 8/19/24 | | X | X | Sections 1 & 2 of IDOC Contract |
| No | | 25 | 8/19/24 | | X | X | Email from Dr. Einwohner to Stephen Ritz 1/7/2016 |
| | | | 8/19/24 | | | | *Video Deposition of Dr. Einwohner |
| No | | 3 | 8/19/24 | | X | X | Dr. Einwohner Medical Records |
| | | | 8/19/24 | | | | *Dr. Joel DeCastro |
| | | | 8/19/24 | | | | *Continued Video Deposition of Dr. Einwohner |
| | | | 8/19/24 | | | | *Video deposition of Dr. William Severino |
| | | | 8/20/24 | | | | *Continued Video deposition of Dr. William Severino |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of ___3___ Pages