IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CYNTHIA S. DEAN, *Independent Executor of the Estate of William Kent Dean*, <br><br>Plaintiff, <br><br>v. <br><br>WEXFORD HEALTH SOURCES, INC., *et al.*, <br><br>Defendants. | Case No. 17-CV-3112 <br><br>Judge James E. Shadid <br><br>Magistrate Judge Jonathan E. Hawley |

**PLAINTIFF'S MOTION FOR A NEW TRIAL ON DAMAGES PURSUANT TO RULE 59**

Plaintiff Cynthia S. Dean, as Independent Executor of the Estate of William Kent Dean, by and through her attorneys and pursuant to Federal Rule of Civil Procedure 59, respectfully moves for a new trial on damages. For the reasons set forth in the accompanying Memorandum of Law in support of this Motion, Plaintiff respectfully requests the Court grant her Motion for a New Trial.

Dated: September 17, 2024

Respectfully Submitted,

/s/ *Skyler J. Silvertrust*
Craig C. Martin
Skyler J. Silvertrust
Jeremy H. Salinger
Chloe E. Holt
Elizabeth P. Astrup
Kennon R. Wales
WILLKIE FARR & GALLAGHER LLP
300 N. LaSalle St., Suite 5000
Chicago, IL 60654
(312) 728-9000
cmartin@willkie.com
ssilvertrust@willkie.com
jsalinger@willkie.com
cholt@willkie.com
eastrup@willkie.com
kwales@willkie.com

Joel T. Pelz
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350
jpelz@jenner.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2024, the foregoing **Plaintiff's Motion for a New Trial Pursuant to Rule 59** was filed and served on all counsel of record via the CM/ECF system.

                                               */s/ Skyler J. Silvertrust*
                                               Skyler J. Silvertrust
                                               WILLKIE FARR & GALLAGHER LLP
                                               300 N. LaSalle St., Suite 5000
                                               Chicago, IL 60654
                                               (312) 728-9000
                                               ssilvertrust@willkie.com